IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTY INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 99-309 (GMS) |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel on behalf of Plaintiffs, Honeywell International Inc. and Honeywell Intellectual Properties, Inc., in the above-referenced matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6681
Facsimile: (302) 576-3333

E-mail: msharp@ycst.com

*Attorneys for Honeywell International Inc., and Honeywell Intellectual Property Inc.,*

Dated: April 12, 2005

Of Counsel:

Jonathan F. Putnam, Esquire
Todd S. Schulman, Esquire
Lee Ann Stevenson, Esquire
Victoria Reznik, Esquire
Kirkland & Ellis, LLP
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800

Robert G. Krupka
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
(213) 680-8400

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2005, I electronically filed a true and correct copy of Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard D. Kirk, Esquire
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

_____
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6681
Facsimile: (302) 576-3333

E-mail: msharp@ycst.com

*Attorneys for Honeywell International Inc., and Honeywell Intellectual Property Inc.,*