IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HAMILTON SUNDSTRAND CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 99-309-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

   PLEASE TAKE NOTICE that Melanie K. Sharp and the law firm of Young, Conaway, Stargatt & Taylor hereby withdraw their appearance as counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. in the above-captioned case and Thomas C. Grimm and Leslie A. Polizoti and the law firm of Morris, Nichols, Arsht & Tunnell hereby enter their appearance on behalf of Honeywell International Inc. and Honeywell Intellectual Properties Inc.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT<br> & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| /s/ Melanie K. Sharp | /s/ Leslie A. Polizoti |
| _____ | _____ |
| Josy W. Ingersoll (#1088)<br>Melanie K. Sharp (#2501)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6600<br>msharp@ycst.com | Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Melanie K. Sharp, Josy W. Ingersoll, and Richard D. Kirk.

I also certify that on July 26, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard D. Kirk, Esquire
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

**BY E-MAIL (dherrington@cgsh.com)**

David H. Herrington, Esquire
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006

/s/ Leslie A. Polizoti (#4299)
lpolizoti@mnat.com

475672