IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORP., <br><br> Defendant. | Civil Action No. 99-309-GMS |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Defendant Hamilton Sundstrand Corp., by its undersigned attorneys, pursuant to Local Rule 83.5 and the attached certifications, moves the admission *pro hac vice* of Mark L. Levine, Chris J. Lind and Brian C. Swanson of Bartlit Beck Herman Palenchar & Scott LLP, on defendant's behalf. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney is being submitted to the Clerk's Office with this motion.

August 4, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, 9th floor
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
Attorneys for defendant
Hamilton Sundstrand Corporation

596839v1

OF COUNSEL:
BARTLIT BECK HERMAN PALENCHAR & SCOTT
Mark L. Levine
Chris J. Lind
Brian C. Swanson
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

        SO ORDERED, this _____ day of August, 2005.

        _____
        United States District Judge

596839v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/3/05

Mark L. Levine
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610

Counsel for Defendant Hamilton Sundstrand
  Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Colorado and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/3/05

_____
Chris Lind
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610

Counsel for Defendant Hamilton Sundstrand
 Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/3/05

Brian C. Swanson
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610

Counsel for Defendant Hamilton Sundstrand Corporation