IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORP., <br><br> Defendant. | Civil Action No. 99-309-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTE THAT, on September 1, 2005, copies of (1) Defendant Hamilton Sundstrand Corporation's Requests for Production of Documents and Things to Plaintiff Honeywell International, Inc. and (2) Defendant Hamilton Sundstrand Corporation's Interrogatories to Plaintiff Honeywell International, Inc. were served on the following in the manner shown:

**BY HAND**

Thomas C. Grimm
Jack C. Schecter
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**BY E-MAIL AND FIRST CLASS MAIL**
Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

600029v1

September 1, 2005                THE BAYARD FIRM

/s/ Richard Kirk
Richard D. Kirk (rk0922).
222 Delaware Avenue, 9th floor
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
(302) 655-5000
Attorneys for defendant Hamilton Sundstrand Corporation

OF COUNSEL:

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Mark L. Levine
Chris J. Lind
Brian C. Swanson
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

WS01 10013661
600029v1