IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>        Plaintiffs, <br><br>    v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br>        Defendant. | ) ) ) ) ) ) ) ) C.A. No. 99-309-GMS ) ) ) ) ) |

## NOTICE OF SERVICE

I hereby certify that copies of HONEYWELL'S SECOND SET OF INTERROGATORIES TO DEFENDANT and HONEYWELL'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT were caused to be served on September 29, 2005 upon the following in the manner indicated:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
  *Attorneys for Plaintiffs*

OF COUNSEL:

Jonathan F. Putnam
Lee Ann Stevenson
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

September 29, 2005
482519

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on September 29, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
tgrimm@mnat.com

482519