IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 99-309-GMS |
| HAMILTON SUNDSTRAND CORPORATION, | ) ) | |
| Defendant. | ) | |

<u>**NOTICE OF SERVICE**</u>

I hereby certify that copies of HONEYWELL'S RESPONSES TO SUNDSTRAND'S FIRST SET OF INTERROGATORIES and HONEYWELL'S RESPONSES TO SUNDSTRAND'S DOCUMENT REQUESTS were caused to be served on October 3, 2005 upon the following in the manner indicated:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

2

MORRIS, NICHOLS, ARSHT & TUNNELL


*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com

OF COUNSEL:                                    *Attorneys for Plaintiffs*

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

October 3, 2005
482519

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF, which will send notification of such filing to

Richard D. Kirk.

I also certify that on October 3, 2005, I caused to be served true and correct copies

of the foregoing document on the following in the manner indicated below:

### BY HAND

Richard D. Kirk
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

### BY E-MAIL

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*  _____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

482519