IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORP., <br><br> Defendant. | Civil Action No. 99-309-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTE that, on October 11, 2005, copies of HAMILTON SUNDSTRAND'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS were served in the manner shown:

**BY E-MAIL AND HAND**

Thomas C. Grimm
Jack C. Schecter
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**BY E-MAIL AND FIRST CLASS MAIL**

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

October 11, 2005                THE BAYARD FIRM

<div style="margin-left:2em;">

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th floor
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardfirm.com
(302) 655-5000
Attorneys for defendant Hamilton Sundstrand Corporation

</div>

Of counsel:

Mark L. Levine
Chris J. Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
(312) 494-4400

600029v1