IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORP., <br><br> Defendant. | C. A. No. 99-309-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTE that, on October 24, 2005, copies of DEFENDANT HAMILTON SUNDSTRAND CORPORATION'S SECOND SET OF INTERROGATORIES were served in the manner shown:

**BY E-MAIL AND HAND**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**BY E-MAIL AND FIRST CLASS MAIL**

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

600029v1

October 24, 2005        THE BAYARD FIRM

                                /s/ Richard D. Kirk (rk0922)
                                222 Delaware Avenue, 9th floor
                                P.O. Box 25130
                                Wilmington, DE  19899
                                rkirk@bayardfirm.com
                                (302) 655-5000
                                Attorneys for defendant Hamilton Sundstrand Corporation

Of counsel:

Mark L. Levine
Chris J. Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
(312) 494-4400

600029v1