IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 99-309-GMS<br>) |
| HAMILTON SUNDSTRAND CORPORATION, | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that copies of HONEYWELL'S NOTICE OF 30(b)(6) DEPOSITION were caused to be served on October 28, 2005 upon the following in the manner indicated:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL |
| | */s/ Thomas C. Grimm* |
| | Thomas C. Grimm (#1098) |
| | Leslie A. Polizoti (#4299) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| | (302) 658-9200 |
| | tgrimm@mnat.com |
| OF COUNSEL: | lpolizoti@mnat.com |
| | *Attorneys for Plaintiffs* |
| Jonathan F. Putnam | |
| Lee Ann Stevenson | |
| Vickie Reznik | |
| Michael Strapp | |
| KIRKLAND & ELLIS LLP | |
| Citigroup Center | |
| 153 East 53rd Street | |
| New York, NY  10022-4611 | |
| (212) 446-4800 | |
| | |
| October 28, 2005 | |
| 482519 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on October 28, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

482519