IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>          Plaintiffs, <br><br>       v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br>          Defendant. | C. A. No. 99-309-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTE that, on October 31, 2005, copies of (1) DEFENDANT HAMILTON SUNDSTRAND CORPORATION 'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION and (2) DEFENDANT HAMILTON SUNDSTRAND CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES were served in the manner shown:

**BY E-MAIL AND HAND**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

600029v1

**BY E-MAIL AND FIRST CLASS MAIL**

Jonathan F. Putnam                      Robert Krupka
Lee Ann Stevenson                       Kirkland & Ellis LLP
Vickie Reznik                           777 South Figueroa Street
Michael Strapp                          Los Angeles, CA 90017
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611


October 31, 2005                THE BAYARD FIRM


                                /s/ Richard D. Kirk (rk0922)
                                222 Delaware Avenue, 9th floor
                                P.O. Box 25130
                                Wilmington, DE 19899
                                rkirk@bayardfirm.com
                                (302) 655-5000
                                Attorneys for defendant Hamilton Sundstrand Corporation

Of counsel:

Mark L. Levine
Chris J. Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(312) 494-4400

600029v1