IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | C. A. No. 99-309-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTE that, on November 8, 2005, copies of DEFENDANT HAMILTON SUNDSTRAND CORPORATION'S FOURTH SET OF INTERROGATORIES were served in the manner shown:

**BY E-MAIL AND HAND**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**BY E-MAIL AND FIRST CLASS MAIL**

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

600029v1

November 8, 2005                THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th floor
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardfirm.com
(302) 655-5000
Attorneys for defendant Hamilton Sundstrand Corporation

Of counsel:

Mark L. Levine
Chris J. Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
(312) 494-4400

600029v1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 8, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on November 8, 2005, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LAP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

596059v1