IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | C. A. No. 99-309-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTE that, on November 14, 2005, copies of (1) DEFENDANT HAMILTON SUNDSTRAND CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES and (2) DEFENDANT HAMILTON SUNDSTRAND CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS and (3) THIS NOTICE OF SERVICE were served in the manner shown:

### BY E-MAIL AND FIRST CLASS MAIL

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

600029v1

**BY E-MAIL AND HAND**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

November 14, 2005          THE BAYARD FIRM

                                              /s/ Richard D. Kirk (rk0922)
                                              222 Delaware Avenue, 9th floor
                                              P.O. Box 25130
                                              Wilmington, DE  19899
                                              rkirk@bayardfirm.com
                                              (302) 655-5000
                                              Attorneys for defendant Hamilton Sundstrand Corporation

Of counsel:

Mark L. Levine
Chris J. Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(312) 494-4400

600029v1