IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 99-309-GMS ) |
| HAMILTON SUNDSTRAND CORPORATION, | ) ) |
| Defendant. | ) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF MARK HARRIS**

TO:   Hamilton Sundstrand Corp.
       Through its Attorneys of Record:

| | | |
|---|---|---|
| Mark L. Levine | David H. Herrington | Richard D. Kirk |
| Chris J. Lind | CLEARY, GOTTLIEB, | THE BAYARD FIRM |
| Brian Swanson | STEEN & HAMILTON LLP | 222 Delaware Avenue |
| BARTLIT BECK HERMAN | One Liberty Plaza | 10th Floor |
| PALENCHAR & SCOTT LLP | New York, NY 10006 | P.O. Box 25130 |
| 54 West Hubbard Street | | Wilmington, DE 19899 |
| Chicago, Illinois 60610 | | |

NOTICE IS HEREBY GIVEN pursuant to Rule 30 of the Federal Rules of Civil Procedure that Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. will take the deposition of Mark Harris upon oral examination to be recorded by audio, video and/or stenographic means. The deposition will commence at 9:00 a.m. on December 9, 2005 and will continue from day to day until complete.

The deposition will be conducted at the offices of Bartlit Beck Herman Palenchar & Scott LLP, 54 West Hubbard Street, Chicago, Illinois 60610 before a notary public or other officer authorized by law to administer oaths. You are hereby invited to attend and cross-examine.

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ Thomas C. Grimm*

                    _____
                    Thomas C. Grimm (#1098)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    tgrimm@mnat.com
                    lpolizoti@mnat.com
                    *Attorneys for Plaintiffs*
                    *Honeywell International Inc. and*
                    *Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

November 29, 2005
495031

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on November 29, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com