IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>HAMILTON SUNDSTRAND CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 99-309-GMS<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of HONEYWELL'S OBJECTIONS AND FIRST SUPPLEMENTAL RESPONSE TO SUNDSTRAND'S INTERROGATORY NO. 5 were caused to be served on December 2, 2005 upon the following in the manner indicated:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

                                                MORRIS, NICHOLS, ARSHT & TUNNELL

                                                */s/ Thomas C. Grimm*

                                                Thomas C. Grimm (#1098)
                                                Leslie A. Polizoti (#4299)
                                                1201 N. Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899-1347
                                                (302) 658-9200
                                                tgrimm@mnat.com

OF COUNSEL:                                  lpolizoti@mnat.com
                                                  *Attorneys for Plaintiffs*

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

December 2, 2005
482519

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on December 2, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard D. Kirk
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

482519