IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORP., <br><br> Defendant. | Civil Action No. 99-309-GMS |

## DEFENDANT'S NOTICE OF DEPOSITION
## (AL WAHLSTRAND)

TO:

Thomas C. Grimm
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jonathan Putman
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, Hamilton Sundstrand Corp. ("Sundstrand") will take the deposition on oral examination of Al Wahlstrand, commencing on a date to be agreed upon by the parties and continuing from day to day until complete.

The deposition will be conducted at the offices of Bartlit Beck Herman Palenchar & Scott LLP, 54 West Hubbard, Suite 300 Chicago, IL 60610 before a notary public or other officer

610600v1

authorized to administer oaths, and will be recorded by audio, stenographic and/or video means.

You are invited to attend and cross-examine.

December 6, 2005                                        THE BAYARD FIRM

                                                           /s/ Richard D. Kirk
                                                           Richard D. Kirk (rk0922)
                                                           222 Delaware Avenue, Suite 900
                                                           P.O. Box 25130
                                                           Wilmington, DE  19899
                                                           rkirk@bayardfirm.com
                                                           (302) 655-5000
                                                           *Attorney for Defendant*

OF COUNSEL:

Mark L. Levine
Chris J. Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
(312) 494-4400

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 6, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on December 6, 2005, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

| | |
|---|---|
| Jonathan F. Putnam | Robert Krupka |
| Lee Ann Stevenson | Kirkland & Ellis LLP |
| Vickie Reznik | 777 South Figueroa Street |
| Michael Strapp | Los Angeles, CA 90017 |
| Kirkland & Ellis LAP | |
| Citigroup Center | |
| 153 East 53rd Street | |
| New York, NY 10022-4611 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

596059v1