IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | C. A. No. 99-309-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTE that, on December 9, 2005, copies of Hamilton Sundstrand's First Supplemental Response to Plaintiff's Interrogatory No. 2 and Second Supplemental Response to Interrogatory No. 5, and this Notice of Service were served in the manner shown:

### BY E-MAIL AND FIRST CLASS MAIL

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

611116v1

<u>**BY E-MAIL AND HAND**</u>

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801


December 9, 2005          THE BAYARD FIRM

                          <u>/s/ Richard D. Kirk (rk0922)</u>
                          222 Delaware Avenue, 9th floor
                          P.O. Box 25130
                          Wilmington, DE 19899
                          rkirk@bayardfirm.com
                          (302) 655-5000
                          Attorneys for defendant Hamilton Sundstrand Corporation

OF COUNSEL:

Mark L. Levine
Chris J. Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(312) 494-4400

611116v1