IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  C.A. No. 99-309-GMS ) |
| HAMILTON SUNDSTRAND CORPORATION, | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that copies of the EXPERT REPORT OF MELVIN GARNER and the EXPERT REPORT OF GERARD MULLER were caused to be served on December 15, 2005 upon the following in the manner indicated:

**BY HAND**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

                                             MORRIS, NICHOLS, ARSHT & TUNNELL

                                             */s/ Thomas C. Grimm*
                                             Thomas C. Grimm (#1098)
                                             Leslie A. Polizoti (#4299)
                                             1201 N. Market Street
                                             P.O. Box 1347
                                             Wilmington, DE  19899-1347
                                             (302) 658-9200
                                             tgrimm@mnat.com

OF COUNSEL:                                lpolizoti@mnat.com
                                              *Attorneys for Plaintiffs*

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

December 15, 2005
482519

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on December 15, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

482519