IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.
and HONEYWELL INTELLECTUAL
PROPERTIES INC.,

        Plaintiffs,

    v.

HAMILTON SUNDSTRAND CORP.,

        Defendant.

C.A. No. 99-309-GMS

## RULE 7.1.1 CERTIFICATE

        I hereby certify that the subject of Honeywell's Expedited Motion to Deny Hamilton Sundstrand's Proposed Expert Access to Confidential Materials (D.I. 373) has been discussed with counsel for defendant and that the parties have not reached agreement.

*/s/ Julia Heaney*

_____

Julia Heaney (#3052)
jheaney@mnat.com

500062

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on January 3, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899


### BY E-MAIL

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006


*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com

500062