# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Edward M. McNally
(302) 888-6880
emcnally@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

January 17, 2006

**VIA HAND DELIVERY**

Mr. Ron Eberhard
Clerk's Office
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    *Honeywell International Inc., et al. v. Hamilton Sundstrand*, C.A. No. 99-309 GMS

Dear Mr. Eberhard:

Please be advised that Gretchen A. Bender is no longer a member of our Firm. Please remove her as counsel from the above-captioned case. Thank you.

Very truly yours,

Liza P. Tosi
Secretary to Edward M. McNally (#614)

1338631/1