IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | C.A. No. 99-309-GMS <br><br> **PUBLIC VERSION** |

**REDACTED
APPENDIX OF EXHIBITS TO
<u>HONEYWELL'S TRIAL BRIEF</u>**

OF COUNSEL:

Robert G. Krupka, P.C.
Jonathan F. Putnam
Lee Ann Stevenson
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

Original filing date: January 30, 2006
Redacted filing date:  February 6, 2006

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tcgefiling@mnat.com
lpolizoti@mnat.com
*Attorneys for Plaintiffs
Honeywell International Inc. and
Honeywell Intellectual Properties Inc.*

# INDEX OF EXHIBITS TO
# HONEYWELL'S PRETRIAL BRIEF

**Description**           **Tab**

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.*, No. Civ. A 99-309
    GMS, 2001 WL 66348 (D. Del. Jan. 8, 2001) .................................................................... 1

REDACTED DOCUMENT .................................................................................................... 2

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.* February 2001
    Trial Transcript (Excerpts) ................................................................................................ 3

U.S. Patent No. 4,380,893 ....................................................................................................... 4

U.S. Patent No. 4,428,194 ....................................................................................................... 5

Patent File History for U.S. Patent No. 4,428,194 ................................................................. 6

Patent File History for U.S. Patent No. 4,380,893 ................................................................. 7

Netherlands Patent No. 1,021,797 .......................................................................................... 8

U.S. Patent No. 1,052,172 ....................................................................................................... 9

U.S. Patent No. 3,411,702 ..................................................................................................... 10

U.S. Patent No. 2,994,471 ..................................................................................................... 11

Hamilton Sundstrand's Response to First Set of
    Requests for Admission ................................................................................................... 12

Manual of Patent Examining Procedure, June 1979, Fourth Edition ............................... 13

Special Verdict Form ............................................................................................................ 14

REDACTED DOCUMENT .................................................................................................. 15

REDACTED DOCUMENT .................................................................................................. 16

REDACTED DOCUMENT .................................................................................................. 17

REDACTED DOCUMENT .................................................................................................. 18

REDACTED DOCUMENT .................................................................................................. 19

Brief for the United States as Amicus Curiae, *Honeywell Int'l Inc. v.*
    *Hamilton Sundstrand Corp.*, No. 04-293, 2005 WL 1190441 (May 19, 2005) ................... 20

2

Curriculum Vitae of Melvin Garner ........................................................................................21

*Vardon Golf Co., Inc. v. Karsten Manu. Corp.*, No. 99 C 2785, 2002
     WL 1424567 .................................................................................................................22

*Sliptrack Sys., Inc. v. Steeler Metals, Inc.*, No. C-04-0462 PVT, 2004
     WL 2323935 (N.D. Cal. Oct. 12, 2004)........................................................................23

*Bio-Rad Labs, Inc. v. Applera Corp.*, No. C 02-05946 JW, 2005
     WL 2008020 (N.D. Cal. Aug. 12, 2005) ......................................................................24

*Liquid Dynamics Corp. v. Vaughan Co., Inc.*, No. 01 C 6934, 2004
     WL 2260626 (N.D. Ill. Oct. 1, 2004)............................................................................25

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on February 6, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

504284