# Exhibit 3

Case 1:99-cv-00309-GMS    Document 387-3    Filed 02/06/2006    Page 1 of 17

# In The Matter Of:

*Honeywell International Inc., et al.  v.*
*Hamilton Sundstrand*

---

*Trial Volume Number 2*
*February 6, 2001*

---

*Hawkins Reporting Service*
*715 N. King Street*
*Wilmington, DE  19801*
*(302) 658-6697    FAX: (302) 658-8418*

*Original File 2HONEY6.V1, 248 Pages*
*Min-U-Script® File ID: 1919664857*

**Word Index included with this Min-U-Script®**

make [14] commitments to our customers, make sure our [15] products of high qualities, they're reliable, [16] delivered on time, and we execute all our program [17] equipment. We obviously need to make financial [18] and internal metrics such as sales income, cash [19] flow, safety metrics, our inventory and so forth, [20] making sure all aspects of the business are [21] managed effectively, then finally continuing to [22] deploy innovative growth strategy and technology [23] to make sure we can maintain a good position on [24] the marketplace. That's sort of my first job.

### Page 315

[1] The second part of my job is to make [2] sure that the company has the resources to really [3] accomplish all of the foregoing, which is all [4] about people. I probably spend half of my time on [5] people to make sure we've got the right people in [6] the right job, coaching, mentoring, development of [7] careers, a lot of education, providing for [8] education of people to make sure that the human [9] resource, which is at the end of the day all we [10] really have in a company, is effectively deployed [11] for the business objectives.

[12] Q: I'd like to talk a minute about larger [13] Honeywell, Honeywell International. Could you [14] share a little bit about the company of which you [15] are a part?

[16] A: Yeah. Honeywell International is today a [17] terrific company, it's a 25 billion dollar [18] industrial conglomerate. It is one of the [19] companies which has been around for 124 years. It [20] is one of the stocks that makes up the Dow Jones [21] Industrial Average that you're familiar with. But [22] today, Honeywell has a broad portfolio. There's [23] industrial controls, in fact, controls that [24] control air conditioning and heating and

### Page 316

[1] ventilation systems in large buildings such as [2] this, and, in fact, it does control the system in [3] this building.

[4] It's also home and building [5] controls, you're all familiar with the thermostat, [6] the famous thermostat on the wall which is a [7] little tiny thing but it's all a part of a system [8] of home controls, and that's in 140 million homes [9] in the world. We manufacturer little screens that [10] are like the laminate materials, electronic and [11] circuit cart assemblies that go on PCs, the little [12] green circuit cards inside of Motorola phones for [13] example, some of the electronic materials we [14] manufacture.

[15] Then automotive, we have I'm sure [16] you've heard of Prestone, Autolite, Fram, Bendix [17] Brakes, a number of automotive brands, we build a [18] huge number of turbochargers.

[19] Then finally we have our aerospace [20] businesses, which I'm most familiar with, where we [21] build a lot of cockpit equipment. When you look [22] at the cockpit pit of a jet, almost everything [23] that's in there is some piece of equipment we [24] build, safety equipment, weather radar, enhanced

### Page 317

[1] ground assembly, communication, navigation devices [2] and so forth. We build systems in equipment, [3] auxiliary unit is one example of that that allows [4] modern aircraft, both military and commercial to [5] be, to effectively accomplish their mission. High [6] technology equipment in systems such as electric [7] power systems, air turbine start systems, the [8] pneumatic bleed system in air conditioning as well [9] as propulsion and APUs, which you've heard about.

[10] Q: How many people work at Honeywell?

[11] A: We have about 125,000 people. We're [12] probably manufacturing and service locations well [13] over 300 locations, and we're probably operating [14] around 13 or more countries around the world. [15] Counting service locations, it would be a lot more [16] than that.

[17] Q: Now, let's talk about your part of the [18] bit business. How many people work in your part [19] of the business?

[20] A: As I mentioned, I'm responsible or [21] engines and systems. Engines and systems is [22] approximately half of our aerospace business. [23] Engines and systems today is a five billion dollar [24] company. We have just under 20,000 employees. I

### Page 318

[1] have just under 20,000 employees in my direct [2] charge, and we're operating about, you think about [3] our business, about 25 manufacturing locations in [4] about 10 different countries around the world. So [5] engines and systems itself is a large business, [6] but it's also a global business and one we're [7] quite proud of.

[8] Q: Mr. Loranger, could you push the [9] microphone a little bit away from you? That's [10] better, because we're getting a little bit of [11] feedback; thank you.

[12] Well, let's talk about Garrett. You [13] started working, when you first started working [14] for Honeywell Company back in 1981, for Garrett. [15] Could you tell us a little bit about Garrett?

[16] A: The Garrett Corporation is really the [17] predecessor of the technology of what today makes [18] up actually most of engines and systems. It was [19] started back in the late '30s by Griff Garrett, [20] one of the pioneers in the aviation world. It, in [21] fact, was a company that was known as an innovator [22] in technology all through the emerging aviation, [23] the jet age space age, a company that was [24] continuously pushing the edges of the technical

### Page 319

[1] envelope to develop innovative products to make [2] airplanes, as you know, higher and faster and [3] farther in the sort of wonderful evolution of [4] aviation that occurred over the last 50 years.

[5] So Garrett Corporation, a high tech [6] knowledge diverse aerospace corporation started in [7] the late '30s or early '40s, and that company [8] today is essentially almost the same company that [9] engines and systems represents.

[10] MR. ZIEGLER: Could we possibly, [11] Your Honor, ask the witness to try to refrain from [12] going beyond the actual question?

[13] THE COURT: I'll keep an ear open [14] for that, Mr. Ziegler.

[15] BY MR. KRUPKA:

[16] Q: Could you tell us, please, Mr. Loranger, [17] did APUs exist back when Garrett was still Garrett [18] before it became part of Allied Signal and part of [19] Honeywell?

[20] A: Absolutely they did. The APU business [21] has been in existence for quite some time.

[22] Q: What was the origin of APUs?

[23] A: As I mentioned, it actually in the [24] emergence of this so-called jet age in the early

### Page 320

[1] to mid '40s, it became evident not only to our [2] self but to our customers that they needed a very [3] high power source of auxiliary power on board an [4] aircraft that could produce high energy air and [5] electricity to manage the systems of the [6] aircraft.

[7] So in the mid '40s we made the very [8] first auxiliary power unit. By the early '50s, it [9] had been installed on aircraft, and the rest is [10] history; virtually all aircraft today have them.

[11] Q: Commercial aircraft, did they used to [12] have APUs on board?

[13] A: The very early ones, no, they didn't. I [14] believe the Boeing 707 was the last commercial [15] aircraft that did not have an APU on it. And I [16] believe, I'm not for sure, but I believe either [17] the British aerospace Carovel, or excuse me, the [18] French Carovel or the Boeing 727 back in the early [19] '60s time frame were the first commercial [20] transports to have APUs on them, and all [21]

**In The Matter Of:**

*Honeywell International, Inc. v.
Hamilton Sundstrand Corp.*

---

*Trial Volume Number 3
February 7, 2001*

---

*Hawkins Reporting Service
715 N. King Street
Wilmington, DE  19801
(302) 658-6697    FAX: (302) 658-8418*

Original File 020701FC.V1, 312 Pages
Min-U-Script® File ID: 0568681796

**Word Index included with this Min-U-Script®**

surge controls [13] will work so that the equipment will work properly [14] in the field when it's started up.

[15] **Q:** And am I right you no longer work for [16] Exxon; is that correct, sir?

[17] **A:** That's correct. I left Exxon in 1986.

[18] **Q:** What have you done for the last 15 years?

[19] **A:** After that I started my own company and [20] continued to do much of they work I had done at [21] Exxon, but in addition, I also expanded into other [22] areas as well.

[23] **Q:** Okay. And have you been familiar during [24] your 30-year career, sir, with the evaluation of

Page 568

[1] control systems for compressors and gas turbines [2] like those used in the APU?

[3] **A:** Yes, throughout the entire period while [4] at Pratt & Whitney, while at Exxon and since [5] leaving Exxon, I've worked on several projects [6] which have involved the world's largest gas [7] turbines.

[8] **MR. PUTNAM:** With Your Honor's [9] permission, I would like to ask Mr. Muller to step [10] down and to point out to the jury the different [11] parts of the APU that we have got here.

[12] Is that okay?

[13] **THE COURT:** Yes.

[14] **MR. PUTNAM:** Mr. Herrington, do [15] what you want. I'm going to come around.

[16] With the Court's permission I would [17] invite Mr. Herrington to move to where he needs [18] to.

[19] **THE COURT:** That is fine.

[20] **THE WITNESS:** I should apologize [21] first — I gather this is working.

[22] I should apologize first because of [23] the way that we had to situate the gas turbine, [24] Your Honor will not be able to see the description

Page 569

[1] of each component.

[2] **THE COURT:** I'll probably move [3] around.

[4] **THE WITNESS:** Fine. May I also ask [5] if the jurors have difficulty in seeing, if [6] they're free to move about, if they wish?

[7] **THE COURT:** Yes, that is [8] acceptable.

[9] **BY MR. PUTNAM:**

[10] **Q:** Mr. Muller, the jury has heard a couple [11] of references to this, but it's been off in the [12] corner. Maybe you can start at a level of [13] generality and explain the major different [14] components we've got here, and then we can focus [15] in on them in a little bit more detail.

[16] **A:** Yes. Everything you see here, everything [17] you see here comes under the general category —

[18] **THE JUROR:** I'm going to look over [19] your shoulder.

[20] **THE WITNESS:** If you want to get a [21] little closer.

[22] Everything that you see here, there [23] are several components, and because of the special [24] function, it has the general category of auxiliary

Page 570

[1] power unit for the reasons that were described to [2] you earlier.

[3] Because it provides compressed air [4] and electrical power on the aircraft itself, so [5] that the aircraft does not have to depend on [6] anything on the ground at all. And wherever it [7] goes, it can always turn it on and make sure that [8] the proper temperature is maintained for the [9] passengers in the aircraft, as well as making sure [10] that there is electrical power for the cabin [11] lights and for the controls.

[12] So it's a very powerful unit and [13] does a very important function.

[14] There are two basic, two basic [15] components in its basic operation. And they are [16] two separate functions entirely.

[17] This portion here, from here back to [18] here is the gas turbine. This is the portion that [19] actually generates the power at a constant speed [20] which is very high.

[21] This might be an appropriate time to [22] mention as well that the auxiliary power unit is [23] fairly small. This is about four or 500 [24] horsepower.

Page 571

[1] **BY MR. PUTNAM:**

[2] **Q:** Mr. Muller, let me interrupt you. This [3] model is, is this a life-size model of the [4] 331-200?

[5] **A:** Yes. This is a life-size model of this [6] particular model of the 331 APU model.

[7] It is actually made up of actual [8] components that, for the purpose of demonstration [9] for engineers, and for tradeshows, and the various [10] functions, and also, to evaluate just for a [11] pictorial sense, they have actually taken actual [12] components and just cut into it, so you get a nice [13] visualization.

[14] This is not what was in mind when [15] they did this. This was not done expressly for [16] this purpose.

[17] **Q:** So I think you were explaining the back [18] half is the turbine section?

[19] **A:** Yes. And from here — now, from here and [20] perhaps we'll go into a bit more detail [21] afterwards, after each component, from here, air [22] flows in through here and as air flows through [23] here, you can see in here what is called an [24] impeller.

Page 572

[1] And, basically, what happens is [2] this, as it rotates in this direction, you have to [3] be very careful here, this is very sharp, as it [4] rotates in this direction. It's, basically, like [5] a fan draws air in and it moves it up, and it [6] moves it up at a very high speed into this blue [7] area.

[8] And what you see in this blue area [9] is the air is coming in. It's kind of a large [10] area in the front and then as it moves up here, it [11] gets squeezed into this small area.

[12] And this is where the compression [13] which is referred to occurs. It goes from a big [14] area to a small area.

[15] Then it goes through this channel, [16] that's just a channel, goes through what are [17] called some vanes to kind of straighten it out [18] because it's all mixed up. And then in the gas [19] turbine, it then reflows in a second impeller, [20] these are called impellers.

[21] And the same function occurs again [22] here as occurred here, which is additional [23] pressure is increased.

[24] The reason is because for the gas

Page 573

[1] turbine to function, it needs certain pressure of [2] gas. And once it has a certain high pressure of [3] gas, which is necessary for combustion to occur, [4] it then, at that point, continues, and notice by [5] the way, the flow is continuous. It just flows [6] around the blue here, comes back up here.

[7] Now, something else happens. In [8] this portion here is what is called a combustion [9] area.

[10] Now, the colors are made to denote [11] what the temperature would be, so that it's easier [12] to follow.

[13] You also might notice, by the way, [14] this is all sheet metal, so it really is sheet [15] metal. And that's important to keep in mind [16] because all the air comes in here and flows around [17] the outside to keep this cool.

[18] But a lot of the air flows into what [19] is called the combustion chamber. And in the [20] combustion chamber, there are actual nozzles that [21] spray in fuel, pretty much like the gas on the oil [22] furnace in one's house.

[23] It's spraying in the fuel, it's [24] combining with air. This high pressure air is

[6] But to be sure you have enough [7] electrical power, both engines are identical, they [8] both provide electricity, to make sure that you [9] have electricity, which is important to the [10] operation of the controls and all the navigation [11] equipment, what they do is they turn this back on [12] again.

[13] And the flow is very, very low and [14] they can stay at a constant very, very low flow, [15] which is very unusual for an extended period of [16] time, while the APU is solely providing [17] electricity as a back-up to make sure if anything [18] happens, they will have two independent sources of [19] electricity, even though one engine is operating.

[20] **Q:** Thank you, Mr. Muller. Let me ask you to [21] resume your seat for now.

[22] **MR. PUTNAM:** And for my pacing, [23] Your Honor, what time would you like to take the [24] morning break?

Page 588

[1] **THE COURT:** Eleven clock.

[2] **MR. PUTNAM:** Eleven clock. Thank [3] you, Your Honor.

[4] **THE COURT:** Which means 15 minutes. [5] I'm going to try to get that fixed.

[6] **MR. PUTNAM:** Thank you, Your Honor.

[7] BY MR. PUTNAM:

[8] **Q:** Mr. Muller, the jury has heard a number [9] of references to this thing called surge and I [10] asked you when you were up at the model to [11] identify where the surge valve in this particular [12] APU was.

[13] Can you tell me or tell the jury, [14] rather, what surge is?

[15] **A:** Well, surge has to do with the [16] characteristic of how this compressor works.

[17] So — can you hear me all right — [18] you see there you have the simple impeller, and it [19] has on the load compressor, and as I described [20] with the inlet guide vanes, that you open and [21] close them, the amount of flow goes from maximum [22] flow to a minimum flow.

[23] Characteristic of these compressors [24] is when you want maximum flow, it's not a problem,

Page 589

[1] you just kind of open it up. You open up the [2] vane, the maximum flow of air goes through.

[3] The compressor can do that very [4] simply with no concern whatsoever for years at [5] times, depending on how well it's designed.

[6] But when you start to reduce the [7] flow, keeping in mind that this is a very [8] sensitive piece of equipment, it's operating at [9] very high speeds and it's, in many ways, like a [10] race engine. Where race engines, where they [11] operate within the normal range, a very narrow [12] range of speeds, they can be very powerful.

[13] But if you try to get them operating [14] at low speeds they rumble. They don't work well. [15] They don't work as well as a regular engine, which [16] is not running as hard as a race engine.

[17] You can think of this as a race [18] engine. That is, when it's operating at maximum [19] flow and medium flow, it's fine, but when it gets [20] down to a very low flow condition, these [21] compressors begin to have the stress.

[22] They have to be carefully [23] controlled. They have to be babied. It's a [24] little bit like a situation when you were driving

Page 590

[1] home a few days ago, and when you drove here, it [2] was easy to drive, you could maneuver your car [3] very easily, and you could change lanes easily.

[4] But when you went home and there was [5] ice on the road, you ought to be very, very [6] careful because stability became very important. [7] And that's what happens at very low flow here.

[8] The stability of the compressor [9] becomes very natural and it can go into a [10] phenomena called surge.

[11] **Q:** Can you explain a little bit more about [12] what this surge condition is?

[13] **A:** We struggled with trying to find a way to [14] physically express how surge works. And we took a [15] few shots at it.

[16] We'll see how comfortable you are [17] with this.

[18] Surge is, basically, a phenomena [19] where as you go to lower and lower flows, these [20] compressors have a harder and harder time [21] generating the pressure to go into something.

[22] It's a little bit like this. If you [23] were to visualize, you first take a straw, a large [24] straw and you're blowing through it easily. And

Page 591

[1] as you're blowing through it easily, you're not [2] generating much pressure, it's easy to do.

[3] Visualize you take this plastic [4] straw and as you're blowing through it, you begin [5] to squeeze it down a little bit. And as you do [6] that, you find it takes more effort.

[7] You squeeze down a bit more effort, [8] trying to keep the same amount of flow going [9] through. That's what the compressor is doing.

[10] As the flow is reducing, the [11] pressure is increasing because now that it has a [12] restriction, it's trying to keep the same amount [13] of flow going through. So it has to generate more [14] pressure to push it through. It can continue to [15] do that for a while until you get to low flow.

[16] Now low flow, the way of thinking of [17] that is if at the end of this plastic pipe you put [18] a balloon, and visualize, you get a large [19] balloon. And as you're blowing on the balloon at [20] very low flow, the balloon is increasing this [21] size; the pressure is increasing.

[22] But after a while, you keep blowing [23] on it. You can't blow on it, the pressure is too [24] high, and you have to let it go.

Page 592

[1] As you let it go, the flow in the [2] balloon will come rushing back. Then you say, oh, [3] but someone told me I have to keep blowing the [4] balloon back up, and you blow the balloon back [5] up.

[6] But then you run out of breath, you [7] let it go, it comes surging back. And that's [8] where that word comes from.

[9] In reality, that's what you [10] physically see on a compressor when it's in [11] surge. You see flow going out and then when the [12] compressor can't generate enough, just like you [13] can't blow enough into the balloon, it suddenly [14] stops working and it rushes back.

[15] And we have a little animation, [16] don't we?

[17] **Q:** Yes. Let me ask the preparatory [18] question.

[19] Were you involved in preparing an [20] animation to try to illustrate a little bit about [21] this surge condition?

[22] **A:** Yes, I was.

[23] **Q:** Okay. Let me ask Mr. Schlaifer to run [24] the first part of the animation and, hopefully,

Page 593

[1] the jury in front — I think the jury will be able [2] to see it, and if not, maybe ask you to stand up.

[3] I think you'll be okay. I know this [4] is a big piece of equipment.

[5] And why don't you narrate, [6] Mr. Muller, what we're seeing.

[7] **A:** What you're seeing here is kind of [8] normal operation where flow would be going out of the [9] cabin and then out of the exhaust. But if you had [10] a malfunction in the surge control system or bleed [11] control system, they're used interchangeably, what [12] would happen is what I just described is the [13] balloon blowing up and the air coming back.

[14] And in the aircraft what you would [15] see is you would actually see at the air

based on a — [4] is based on a Sundstrand document which is figure [5] 12a in this big thick ECB document. That's what [6] it was taken from.

[7] **Q:** Let me ask you, maybe I'll lay a chart [8] over here in a minute, if you can relate this one [9] figure we have just gotten up to the overall [10] figure that you have there.

[11] **A:** Okay. This is — here, this is what is [12] called BCV closed loop PI surge control. This [13] figure 12a, which is all of this.

[14] And the DLPPS and T2 that are [15] indicated here refer to these things, exact same [16] thing. So, basically, you can see why, you know, [17] this is just a, just a blot showing what's really [18] inside here.

[19] **Q:** How about the variable BCV TCL that's [20] shown on the overall chart coming out, is that [21] shown on this chart?

[22] **A:** Yes. That's this green — this light [23] green, BCV TL is the same as this light green [24] shown here.

Page 633

[1] You can see the reason why to the [2] color coding, because it's easier to follow.

[3] **Q:** Let me ask you about Figure 12b, do you [4] also have a chart prepared for Figure 12b?

[5] **A:** Yes, I do.

[6] **Q:** Let's do the same thing. First of all, [7] I'll show the jury 12b, and then I'll ask you, [8] again, to relate it to the overall logic diagram.

[9] **A:** Here it's 12 — 12b shows where [10] measurements are made of pressure at the [11] discharge, pressure at the — pressure at the [12] inlet of the compressor, IGV position, temperature [13] T2, again, measured at the inlet of the [14] compressor, and IGV position, which you actually [15] have an electrical device on top of the IGV.

[16] And as it rotates, it gives you a [17] signal in proportion to the amount that's opened. [18] That's why it's shown in percentage.

[19] **Q:** And am I right, again, that the colors [20] that are on the chart you have added?

[21] **A:** Yes, I have.

[22] **Q:** But other than the coding for the colors [23] at the top, the source of the chart is?

[24] **A:** The source of the chart comes from

Page 634

[1] Sundstrand's ECB document.

[2] **Q:** And again, let me play chart holder.

[3] **A:** But I haven't finished with this yet. I [4] just want to indicate that there is, also you see [5] a term here DELPQP, this is not a measured value, [6] this is a calculated value. So it's shown [7] separately.

[8] It will be discussed shortly. What [9] the output is, which is shown in red here, which [10] is BLDSEL, which is bleed select. And basically, [11] the selection is to tell the surge control system [12] if it's operating at the high end of the flow or [13] if it's operating at the low end of the flow where [14] surge is possible.

[15] The logic being that when you're at [16] the high end of the flow chart, there is no [17] possibility for surge. But when you're at the low [18] end, there is possibility for surge and the surge [19] control system has to work hard to avoid it.

[20] **Q:** Okay. Can I be the chart holder now?

[21] **A:** Please.

[22] **Q:** Okay. Let me hold this up.

[23] I apologize for blocking the court [24] staff momentarily. Can you, again, relate this

Page 635

[1] diagram to the overall diagram?

[2] **A:** Yes. This diagram here refers to this [3] item here, which is shown as Figure 12b.

[4] **Q:** And can you match up to inputs and the [5] outputs like you did last time?

[6] **A:** Yes. Here are the measured values, P2, [7] PS2, actually position. They are the same as [8] here. It's repeated twice here because how it's [9] shown, and BLD select is this value here, which is [10] shown as zero one. And that feeds into the [11] logical sequence here.

[12] **Q:** Mr. Muller, I want to turn now to the [13] Honeywell patents, the '194 and '893 patents that [14] are the subject of this lawsuit.

[15] **A:** Excuse me, do you want me to return to [16] the witness stand?

[17] **Q:** Actually I think with the Court's [18] permission, I want you to stay there because you [19] can refer to these diagrams that we just [20] introduced to the jury.

[21] Let me ask you the question, have [22] you formed an expert opinion as to whether the [23] Sundstrand surge control system that's illustrated [24] there infringes the claims of the Honeywell '194

Page 636

[1] and '893 patent?

[2] **A:** Yes, I have.

[3] **Q:** Okay. I'm going to take you through [4] those claims one at a time, and let me start, if I [5] can, and ask Mr. Schlaifer if he please can put up [6] Claim 4 of the '194 patent.

[7] And let me say while we're waiting, [8] that the text, you have seen these before, a lot [9] of text, small display — actually it's not bad, [10] but I think you'll see we're going to be able to [11] blowup pieces, so hopefully, as we go through [12] them, it will be easier.

[13] Mr. Muller, have you formed an [14] expert opinion on whether Sundstrand APS 3200 [15] infringes Claim 4 of the Honeywell '194 patent?

[16] **A:** Yes, I have.

[17] **Q:** And what is that opinion?

[18] **A:** My opinion is that it does.

[19] **Q:** And in your opinion, is that infringement [20] literal or under the Doctrine of Equivalents?

[21] **A:** Based on my understanding of what a [22] literal infringement is, I believe it's literal [23] infringement.

[24] **Q:** Do you have an opinion if, whether there

Page 637

[1] was a finding that there was no literal [2] infringement, that there would still be [3] infringement under the Doctrine of Equivalents [4] claim?

[5] **A:** I believe it's literal infringement, but [6] implicit in that, if it's not literal, then it's [7] so close, that it's, basically, equivalent.

[8] **Q:** Now, on the left-hand side here we have [9] the text of the patent claim, and on the [10] right-hand side there, you have a column that says [11] present in Sundstrand's APS 3200.

[12] And in this one, there are three [13] places where it says Sundstrand admits yes. What [14] does that denote?

[15] **A:** Well, my understanding is that in prior [16] documents that Sundstrand has submitted in [17] exchanges between Honeywell and Sundstrand, that [18] they have admitted that these particular elements [19] of the claim have been agreed to. That is, [20] Sundstrand has agreed that they, in fact, infringe [21] on these particular elements of Claim 4.

[22] **Q:** Okay. Now, I'm going to ask you to go [23] through this word by word, element by element [24] because as Judge Sleet told the jury in the

Page 638

[1] beginning, and as Mr. Ziegler indicated and [2] Mr. Krupka indicated, we need to address every [3] element of the claims and determine whether it's [4] in the APS 3200.

[5] So let me start with the first [6] introductory part to Claim 4, and ask [7] Mr. Schlaifer to actually blow that up so I can [8] see it a little bit larger.

[9] "A method of utilizing a compressor [10] of a gas turbine engine to power pneumatically [11] operated apparatus having a variable inlet air [12] flow demand, the compressor having adjustable [13] inlet guide vanes, said method comprising the [14] steps of:"

[15] In your opinion, is that part of [16] Claim 4 of the '194 patent met by the APS 3200?

[17] A: Yes, it is.

[18] Q: Can you briefly explain why?

[19] A: Well, just going through the sentence, a [20] method of utilizing a compressor of a gas turbine [21] engine. And this is the compressor of the gas [22] turbine engine.

[23] To power pneumatically operated [24] apparatus, powering pneumatically operated

Page 639

[1] apparatus, refers to pressurized air to the [2] aircraft, which goes through an environmental [3] control system with a pneumatically operated [4] apparatus, having a variable inlet air flow [5] demand.

[6] We have guide vanes which vary the [7] inlet air flow demand. It's the BCV that has — I [8] got ahead of myself. This is not easy to read.

[9] I've been reading these for months. [10] The pneumatically operated apparatus having a [11] variable inlet air flow, this concerns the [12] environmental air control on the aircraft, [13] adjustable inlet guide vanes.

[14] These are the inlet guide vanes that [15] are on the APS 3200, and the method comprising of [16] the next item.

[17] Q: Let's go to the next steps. The first [18] step of the method of Claim 4 reads, [19] Interconnecting a supply duct between the [20] compressor and the pneumatically operated [21] apparatus."

[22] I note that's one of the ones where [23] we have Sundstrand admits, yes, but let me go [24] ahead and ask you for the record, in your opinion,

Page 640

[1] does the APS 3200 system meet that limitation?

[2] A: Yes, it does.

[3] Q: Can you show the jury where?

[4] A: Basically, as shown, from the compressor [5] itself, there is a duct which connects through the [6] bleed control valve to another duct which [7] eventually goes to the aircraft, to pneumatically [8] operated apparatus.

[9] Q: The next step of Claim 4 of the '194 [10] patent reads, "flowing discharge air from the [11] compressor through said supply duct to the [12] pneumatically operated at apparatus."

[13] Again, I note that's one where [14] Sundstrand admits yes. Let me ask you, is that [15] present in the APS 3200?

[16] A: Yes. The prior one referred to the [17] actual duct.

[18] This is now referring to what is in [19] the duct, which is the air going through the [20] duct. So it's the same logic as before.

[21] It goes from the compressor and the [22] pressurized air goes to the pneumatically operated [23] apparatus on the aircraft.

[24] Q: Clause C of Claim 4 is a mouthful, so I

Page 641

[1] want to take it in little steps. The first clause [2] of the claim, Clause C, Claim 4 reads maintaining [3] an essentially constant minimum supply duct flow [4] rate, despite fluctuations in the flow rate of air [5] received by the pneumatically operated [6] apparatus."

[7] I'm going to ask you, sir, piece by [8] piece, and then I'll ask you the overall thing. [9] That's the way to deal with such a long claim [10] term.

[11] Does the APS 3200 meet that part of [12] Claim 4?

[13] A: Yes.

[14] Q: Can you explain to the jury why that is?

[15] A: Well, as I described to you earlier, when [16] it says maintaining an essentially constant [17] minimum supply duct flow rate, this is the duct [18] that we're talking about. And what is supplying [19] the flow rate is the load compressor.

[20] And that flow stays, stays at a [21] constant minimum, not simply at a minimum, but it [22] stays at a constant minimum, despite the changes [23] in the position of the bleed control valve, [24] which, as you recall, I mentioned that when it diverts

Page 642

[1] flow between these two, by the way, equal sized [2] pipes, the diameter of this pipe, this duct is the [3] same as the diameter of this, the same as the [4] diameter of this duct, so it can take the full [5] capacity of the flow coming out of the compressor.

[6] And what that says is that — so [7] this enables it then, that even if I move this [8] valve completely over for all the air to go to the [9] aircraft, the flow here will stay constant. If I [10] take at the same time and move that valve [11] physically over to the exhaust, the flow will go [12] to the exhaust, but the flow will remain [13] constant.

[14] The compressor does not really know [15] how much air is going here or here as the valve is [16] being activated.

[17] Q: The next part of Step C of Claim 4 of the [18] '194 patent reads, "by exhausting air from said [19] supply duct in response to variations therein in [20] the value of a predetermined, flow-related [21] parameter."

[22] Is that met or present in the APS [23] 3200?

[24] A: Yes.

Page 643

[1] Q: Explain why, please.

[2] A: Well, two parts. Again, the air going to [3] the supply duct, but now the question is what is [4] controlling that, and that goes back to what I had [5] shown earlier.

[6] And what the point is here — the [7] issue here is the exhaust air from the apply duct [8] I just described. Now, the other part of it is [9] the predetermined flow-related parameter.

[10] And this is the pre-determined flow [11] related parameter. Where you take the change in [12] pressure, divide it by the pressure, and that is [13] compared to a value on a curve.

[14] And that's the predetermined portion [15] is the curve. So you go to the value, you go to [16] the curve and pick off a value. That's what's [17] referred to there.

[18] Q: Why is that a flow-related parameter?

[19] A: Well, because as the — in that guide [20] vane change position on the load compressor, the [21] flow changes on the load compressor, and that [22] results in a change in pressure.

[23] For as the flow is changing, the — [24] there is a change in pressure inside the

Page 644

[1] compressor, and also there is a change in the [2] pressure at the discharge of the compressor.

[3] So when you divide this value by [4] that value, you always get a different value [5] depending on what the flow is.

[6] Q: Okay. The next part of Claim 4C reads, [7] "The flow rate of air exhausted from said supply [8] duct being related to the magnitude of said [9] parameter value variations in both a proportional [10] and time-integral manner."

[11] Is that part met by the APS 3200?

[12] A: Yes, it is.

[13] Q: Can you show where, please?

[14] A: Now, we're getting into describing the [15] proportional and time integral manner. I'll get [16] into that in a moment.

[17] But to get that, we start off as we [18] said earlier, you've got your flow rate and [19] you generate a signal, which is called

DELPQP. I only [20] mention it because it comes up again and again.

[21] But you generate a signal, and [22] eventually before I get into discussing how this [23] happens, but this is really referring to when it [24] goes into this part of the circuitry.

Page 645

[1] Now what it's doing here — perhaps [2] I should describe this.

[3] What it's doing here is it measures [4] flow, it measures flow. And then it compares it. [5] It compares it against a desired value, a desired [6] value where the flow should be at that [7] particular — at that particular location.

[8] It's like the examples you heard [9] about temperature variation. You have a set point [10] at a certain value, this is your set point here. [11] And where you want to be is here, and so what you [12] get is a difference.

[13] So sort of where I am and where I [14] would like to be.

[15] Now, in controlled terminology, [16] that's referred to as an error. It's just the way [17] it's done, it's called an error. It's their [18] world.

[19] So in controlled thinking, it's [20] referred to as an error. And then this is a [21] signal.

[22] But before you can do anything with [23] the signal, you have to do a couple more things [24] with it. You just can't take that difference and

Page 646

[1] push it out into the valve and try to turn the [2] valve around.

[3] You have to do something because [4] it's not a usable signal yet. You have to do [5] something.

[6] You have to pass it through what is [7] called the controllers, and there are two ideas [8] here. And that is called a proportional [9] controller and an integral control.

[10] And physically, I feel that one way [11] of understanding what a proportional controller is [12] is this idea: If you're driving home, and you're [13] trying to get home, home is your desired value, [14] that's where I want to go.

[15] Now, if I'm five miles away and I'm [16] in a rush, I have something to do at home. I'm [17] five miles away, I'm going to apply greater load, [18] make a greater effort to get there.

[19] The proportional controller does [20] that. It says, Gee, if I'm far away, I'm going to [21] drive harder to get there faster because I want to [22] get there.

[23] If that error, if that distance, if [24] you happen to be three blocks away from home,

Page 647

[1] still have the same desire and value, still want [2] to be there, you're not trying as hard, it's not [3] as much effort because it's only a few blocks [4] away.

[5] Now, having said that what the [6] proportional controller will do is when you drive [7] by your house, you're not going to stop at your [8] house. If your proportional controller is [9] controlling your car at that point, it's going to [10] go up to your house and go right past it.

[11] And then it's going to go down the [12] block and say, Woops, I missed the house, and it's [13] going to come back and drive back up the road [14] again. And this time it may also miss it, but not [15] go quite as far beyond the driveway.

[16] It will do this for a while. This [17] is what proportional controllers could.

[18] So to help the proportional [19] controller work properly what it has is what is [20] called an integral controller. And what it says [21] is, basically, that the proportional controller [22] gets you close to your house and then the integral [23] controller says, I know where the driveway is, and [24] it makes the car turn in the driveway and go to

Page 648

[1] your desired point.

[2] So what this does here is generate [3] information, electrical information, taking the [4] result of these flow measurements, it takes the [5] result of this comparison that's made here, takes [6] that information, and then processes it along the [7] lines I've just described it, and then, finally, [8] comes out with an electrical signal, a signal [9] which then can be used by the bleed control valve [10] in order to get to the position it should be.

[11] Not just going back and forth and [12] getting close and running back and forth, but [13] getting to where it should be. And that's the way [14] it's done.

[15] Q: Okay. And then —

[16] A: But I have to cover that proportional [17] integral at some time.

[18] Q: And based on that explanation, does that [19] match up with the portion of Claim 4 that was most [20] recently read into the record?

[21] A: Yes, it does.

[22] Q: The next part of Claim 4 reads, " said [23] maintaining step including the steps of providing [24] an outlet passage from said supply duct."

Page 649

[1] Is that present in the APS 3200?

[2] A: Yes. Yes.

[3] It's providing — the passage that's [4] referred to here is an outlet passage,

including [5] the steps of providing an outlet passage from said [6] supply duct.

[7] Yes. These are the various passages [8] from the supply duct.

[9] Q: Okay. The next step, next part of Step C [10] of Claim 4 is, "positioning in said outlet passage [11] a surge bleed valve operable to selectively vary [12] the flow of air outwardly through said outlet [13] passage."

[14] Is that met in the APS 3200?

[15] A: Yes, it is. And it's met in what we have [16] been discussing now for a while, where the flow [17] comes out, it goes through the valve, and it goes [18] out here.

[19] I believe it's referring to [20] outwardly, or its goes to the aircraft.

[21] Q: The next part of Element C of Claim 4 of [22] the '194 patent says, "generating an integral [23] control signal in response to said variation in [24] said flow-related parameter, generating a

Page 650

[1] proportional signal in response to said variations [2] in said flow-related parameter."

[3] Is that met in the APS 3200?

[4] A: Yes, it is.

[5] Q: Can you show the jury where that is?

[6] A: This goes back to what I was saying [7] earlier, but what they're specifically breaking [8] out is we're taking this information here, but [9] we're only talking about passing it through this [10] portion, this dark blue portion, which is the [11] proportional portion of the analysis.

[12] Q: The next part of the claim — we may have [13] skipped —

[14] A: I believe there should be something [15] about integral controls. Did we move ahead?

[16] Q: Maybe we can go back to all of Claim C. [17] What I want to do is I'll point to it.

[18] A: Generating, yes.

[19] Q: Generating the integral — the next part [20] of Claim C of Claim 4 of the '194 patent was [21] generating an integral control signal in response [22] to said variation in said flow-related parameter. [23] It actually came in the claim before the [24] proportional signal.

Page 651

[1] You explained the proportional [2] signal. Is the part that I just read relating to [3] the integral signal present in the APS 3200?

[4] A: Yes, it is.

[5] Q: Can you show the jury where?

[6] A: It's — as I discussed earlier, this was

[7] a proportional portion in dark blue, the green [8] portion in parallel, simultaneously, this [9] integral, this integral portion which is where you [10] are generating an integral signal in response to [11] the flow-related parameter.

[12] **Q:** And the final, I think, part of Clause C, [13] we finally got to the end, is " simultaneously [14] utilizing said integral and proportional control [15] signals to operate said surge bleed valve."

[16] Is that present in the APS 3200?

[17] **A:** Yes, it is.

[18] **Q:** Can you show the jury where that is [19] present?

[20] **A:** Well, it gets, the proportional signal [21] and the integral signal get combined here and then [22] generates actually a control signal for the bleed [23] control valve.

[24] **Q:** I think we've now made it all the way

Page 652

[1] through Claim C and — or Clause C of Claim 4. [2] And to summarize, in your opinion, does the APS [3] 3200 surge control system meet all of the [4] different elements of Step C of Claim 4 of the [5] '194 patent?

[6] **A:** Yes, it does.

[7] **Q:** Now, let me turn to the final part of [8] Claim 4, which is Clause D.

[9] Clause D says, "adjusting the [10] relationship between the magnitude of said [11] integral and proportional control signals and the [12] magnitude of said parameter variations as a [13] function of the position of the inlet guide [14] vanes."

[15] Is that part of Claim 4 of the '194 [16] patent present in the APS 3200?

[17] **A:** Yes, it is.

[18] **Q:** Explain where, please.

[19] **A:** Well, this is the portion here, as I [20] indicated earlier, the IGV position. The IGV [21] position is used in the determination of where [22] the — of where the compressor is operating on the [23] flow curve that I referred to if it's operating in [24] the high flow region or in the low flow region.

Page 653

[1] When it's operating in the low flow [2] region, which means close to the area where surge [3] can occur, the proportional and integral — the [4] proportional and integral control portions are [5] functioning and the adjustment occurs when — I [6] should — I had forgotten to mention something to [7] you.

[8] It's very important because it ties [9] into what we're talking about here. I want to [10] take a small step back.

[11] **Q:** Okay.

[12] **A:** One thing I forgot to mention is it [13] refers to — what I forgot to mention was update [14] rate of ten milliseconds here, and the values [15] range between — I think in this particular case, [16] it's 10 to 40 milliseconds, which means what is [17] happening here is this calculation that I've shown [18] here, this instruction that goes out to the [19] control valve, it's not really continuous.

[20] It's not opening and closing a valve [21] on a water faucet. You open a bit and increase [22] and decrease it. It's not the way it works.

[23] Computers don't work that way. What [24] they do is they have to scan information. And

Page 654

[1] what they do, it's like polling — bad word these [2] days — but still, they have to scan around and [3] they actually, the computer will go and measure [4] pressure and temperature, then IGV position, and [5] it goes around and it makes all the calculations, [6] determines what the value should be, and then it [7] starts over again.

[8] And it does this continuously. In [9] fact, it does it from the moment the surge control [10] system or really when the engine is turned on, [11] when it's electrically turned on, it starts to do [12] it already.

[13] So it's doing it between 25, 25 [14] and — 25 and a hundred times a second, 25 and a [15] hundred times a second. It's making this [16] calculation continuously, and it does it all the [17] time.

[18] It never stops doing it. While the [19] engine is on, the electrical system is on, it does [20] it on a continual basis.

[21] Now, having said that, what it's [22] doing when it gets to a high flow condition, when [23] it gets to a high flow condition, this computation [24] continues, continues, but since there is no chance

Page 655

[1] for surge flow to occur, it doesn't bother to use [2] this information any longer, and says all we need [3] is a fixed value now, because it's a high flow. [4] There is no chance for error, so we [5] generate — so we generate a fixed signal of some [6] kind that keeps the valve fully opened going to [7] the aircraft. That's, basically, what it does.

[8] **Q:** Okay. And can you explain —

[9] **MR. ZIEGLER:** Your Honor, can I [10] just ask Mr. Putnam to record on the record where [11] the witness was moving his hand when he said, when [12] it gets to high flow conditions in this [13] computation?

[14] **THE WITNESS:** I believe it was [15] the — what I was referring to, Mr. Ziegler, is [16] that the come —

[17] **BY MR. PUTNAM:**

[18] **Q:** Let me respond to Mr. Ziegler's issue, [19] which I'm happy to do, and then — because I think [20] his issue was for me, not for the witness, which [21] was for the record, when Mr. Muller made the [22] statement that Mr. Ziegler referred to, he was [23] referring to the blue or the purple and dark green [24] portions of what we have marked as Plaintiffs'

Page 656

[1] Exhibit 954.

[2] Now, let me ask you, Mr. Muller, to [3] tie that language in Claim 4d. Show the jury, [4] please, how adjusting the relationship between the [5] magnitude of said integral and proportional [6] control signals and the magnitude of said [7] parameter variations as a function of the position [8] of the inlet guide vanes.

[9] **A:** Basically what it says there is for [10] varying flow, as I interpret it for varying flow, [11] the determination of where the proportional [12] integral controllers will impact is a function of [13] the IGV position, which will determine — which [14] will determine the actual — the actual [15] relationship of the proportional and integral [16] controller as it relates to the flow parameter, [17] which is measured — which is another way of [18] saying, a very long-winded way of saying it [19] determines — it basically — basically, adjusts [20] these values to accommodate for the fact that [21] there is a variation — that there is a part of [22] the flow control where it — there is no chance [23] for surge — part of the flow curve where there is [24] no chance for surge, and the lower part of the

Page 657

[1] flow curve, where there is the possibility of a [2] surge, referred to as high and low flow.

[3] **Q:** Is that a function of the position of [4] the inlet guide vanes?

[5] **A:** Yes, it is.

[6] **Q:** Where in the testimony is that shown?

[7] **A:** That's shown right here.

[8] **Q:** And for the record, you have up what [9] we've marked for identification as PTX 955; is [10] that right?

[11] **A:** Yes, it is.

[12] And your question, sir?

[13] **Q:** Where on PTX Exhibit 955 is the [14] position of the inlet guide vane function in?

[15] **A:** This is shown here as the input, as [16] the input in determining in the overall function [17] and — it's used as part of the logic which [18] determines —

which determines when the — where [19] we are on this curve, high or low flow.

[20] Q: Okay. Let me now ask Mr. Schlaifer to [21] put up all of Claim 4, and ask you now that we've [22] walked through each and every step, each and every [23] word of Claim 4 of Honeywell's '194 patent, is it [24] your opinion that Sundstrand's APS 3200 surge

Page 658

[1] control system literally infringes that patent?

[2] A: I believe so.

[3] Q: Now, let me turn to the Honeywell '893 [4] patent. And I think the pace will pick up a [5] little because a lot of the concepts will be [6] familiar.

[7] Let me ask Mr. Schlaifer to first [8] put up Claim 8 of the '893 patent.

[9] Okay. Again, we'll blow up the [10] language of the claims so that it's easier for the [11] jury to see as we go through it.

[12] I see here paragraphs where [13] Sundstrand admits yes, I also see paragraphs where [14] it says Sundstrand's expert admits yes. What's [15] that about?

[16] A: My understanding is that Sundstrand's [17] expert, in depositions that he participated in, [18] expressed a view which, in effect, admitted that [19] the — that that particular section here, Claim [20] 8c, and Claim 8e, in fact, Sundstrand did infringe [21] on them per the expert's statements.

[22] Q: Okay. And when you refer to the [23] Sundstrand expert statement, you're referring to [24] Mr. Shinskey; is that right?

Page 659

[1] A: Yes.

[2] Q: Let me just, for the record, identify [3] Plaintiffs' Exhibit 873. I'm not going to ask you [4] any substantive questions other than: Is what's [5] in the chart that you recall in connection with [6] the admission that you just referred to?

[7] A: Yes, it is.

[8] Q: And was it your recollection — you were [9] at Mr. Shinskey's deposition; is that right?

[10] A: Yes, I was.

[11] Q: And was it your recollection that [12] Mr. Shinskey indicated that the parts of the [13] claims that were in bold type in this Exhibit 873 [14] were the ones he was contesting, and the parts of [15] the claim that were in standard type were the ones [16] that he conceded were present in the APS 3200?

[17] A: That was my recollection, yes.

[18] Q: Okay. Let's walk through Claim 8, and as [19] I said, I think we'll be able to do it a little [20] bit more quickly, given that we have some similar [21] concepts. But we've got to do it step by step.

[22] Let me start with the top of Claim [23] 8, the first part of Claim 8 of the '893 patent. [24] I suppose I should ask you the overall question,

Page 660

[1] first.

[2] Do you have an opinion as to whether [3] the APS 3200 surge control system infringes [4] Claim 8 of Honeywell's '893 patent?

[5] A: Yes, I do.

[6] Q: What is that opinion?

[7] A: I believe that in that particular — in [8] that particular — are you asking me of the [9] element or Claim 8?

[10] Q: Claim 8, yes.

[11] A: As far as the claim, I believe it's [12] equivalent — on the basis of equivalents, it does [13] infringe on — that Element 8 — that Sundstrand [14] infringes on Element 8, yes.

[15] Q: I got you tangled up there. Let me start [16] the question over again.

[17] A: Yes.

[18] Q: What is your opinion with regard to [19] Claim 8 of Honeywell's '893 patent and the [20] Sundstrand APS 3200?

[21] A: Well, my opinion is that Sundstrand, in [22] fact, infringes on Claim 8.

[23] Q: Is that infringement literal or under the [24] Doctrine of Equivalents?

Page 661

[1] A: On certain aspects, the literal basis, [2] and certain elements, it's based on equivalents.

[3] Q: Okay. With that background, let me now [4] walk us through each part of Claim 8.

[5] The top of Claim 8 reads, "a gas [6] turbine engine accessory power unit having a [7] fluctuating compressed air supply demand, said [8] accessory power unit comprising."

[9] That's one I note Sundstrand admits [10] yes to. Does the APS 3200 meet that part of [11] Claim 8, in your opinion?

[12] A: Yes, it does. And as indicated earlier, [13] this is the gas turbine portion. And the [14] compressed air supply, after having a fluctuating [15] compressed air supply depending on what the [16] aircraft is demanding.

[17] Q: The next part of Claim 8 which Sundstrand [18] also admits is "a compressor having adjustable inlet guide [19] vanes."

[20] Does the APS 3200 meet that part of [21] the claim?

[22] A: Yes, it does. They're shown here.

[23] Q: And for the record you have Honeywell PTX [24] 952 in front of the jury; is that correct?

Page 662

[1] A: That is correct.

[2] Q: The next part of Claim 8 reads, "duct [3] means for receiving compressed air discharged from [4] said compressor and supplying the received air to [5] the pneumatically-powered apparatus."

[6] Again, that's one that Sundstrand [7] admits. Can you show where on PTX 952 that is [8] indicated?

[9] A: Yes. This is the duct portion that that [10] refers to.

[11] Q: Okay. The next part of Claim 8 of the [12] '893 patent, Part C reads, "surge bleed means [13] operable to exhaust from said duct means a [14] selectively variable quantity of air to assure at [15] least a predetermined minimum flow rate through [16] said duct means and thereby prevent surge of said [17] compressor."

[18] Is that present in the APS 3200?

[19] A: Yes, it is.

[20] Q: Can you show where?

[21] A: It refers to the bleed control valve [22] which can divert flow back and forth between the [23] aircraft and the exhaust.

[24] Q: The next part of Claim 8 of Honeywell's

Page 663

[1] '893 patent reads, "sensing means or sensing the [2] value of a predetermined, flow-related parameter [3] within said duct means and generating an output [4] signal indicative of said value, said value [5] of said flow-related parameter being substantially [6] independent of the temperature of the compressed [7] air."

[8] Is that met in the Sundstrand [9] APS 3200?

[10] A: Yes, it is.

[11] Q: Can you explain why, please?

[12] A: At the — in the duct itself, if you [13] recall, I mentioned that they measure a pressure [14] at the discharge of the compressor itself, that is [15] measured in the duct portion of the compressor at [16] the discharge where the output — the discharge is [17] part of the duct of the compressor.

[18] And let's see. What more does it [19] say?

[20] Sensing means is the actual pressure [21] sensor, where there is a hole in the duct. So [22] there's a pressure device screwed into it, and [23] it's also in communication with whatever the air [24] is in the duct. And that's the sensing means, I

Page 664

[1] believe, that that's referred to.

[2] For sensing a value of predetermined [3] flow-related parameter within said duct means, [4] that sensing value is used in the flow parameter, [5] which I showed you earlier, that sensing means [6] refers to this value here, this is the pressure [7] means value for the generation of this term, which [8] is a function of flow.

[9] Q: Let me just stop you, this value here, [10] you're referring to PS on —

[11] A: It's on PTX 954.

[12] Q: And then this value here, which was a [13] function of flow, you were circling the DELPQP?

[14] A: That's correct. I'm sorry if I went a [15] bit too fast there.

[16] Q: No. I want to make sure the court [17] reporters have a record of what's happening.

[18] A: Yes. I was referring to what is called [19] DELPQP which is a — which is a value which is [20] generated from delta P divided by PS, the [21] discharge pressure measured, which is referred to [22] here as a sensing means.

[23] Q: Okay. And the last part of Claim D, [24] Part D of Claim 8 says "said value of said

Page 665

[1] flow-related parameter being substantially [2] independent of the temperature of the compressed [3] air.

[4] Is that part also met by the APS [5] 3200?

[6] A: Yes, the value of the pressure measured [7] here — sorry. The value, the value of the [8] pressure measured here is independent of [9] temperature.

[10] Q: And when you say "here", you're pointing [11] to what I think you have identified as the duct [12] flow, the bleed control valve on PTX 952?

[13] A: Yes, it's the general area around the [14] discharge of the compressor.

[15] Q: Okay. The next part of Claim 8 reads, [16] "compare for means for receiving said sensing [17] means output signal and generating an error signal [18] representing the difference between the incensed [19] value of said parameter and a desired value [20] thereof, said comparator means having an [21] adjustable control set point representing said [22] desired value of said parameter."

[23] A: Yes.

[24] Q: Is that met by the APS 3200?

Page 666

[1] A: Yes, it is. And this is the comparator [2] that it's referring to in this particular case. [3] And what it's measuring here is the said [4] parameter, I believe is the flow parameter, and it [5] is comparing it

against the point here and — and [6] this is — and this is where the comparing [7] function occurs.

[8] Q: I think on the demonstrative we have left [9] off one word. The word parameter was in the end [10] of the claim.

[11] A: Yes.

[12] Q: I take it the said parameter is the rest [13] of Claim E?

[14] A: As I recall, that was the same set [15] parameter as said earlier in that sentence, yes.

[16] Q: The text part of Claim 8 reads, " means [17] for transmitting to said comparator means a reset [18] signal for varying said set point as a function of [19] the position of said inlet guide vanes in [20] accordance with a predetermined reset schedule."

[21] Let me ask you if you believe that [22] part of Claim 8 is met either literally or [23] equivalently by the APS 3200 surge control system?

[24] A: I believe that's met equivalently.

Page 667

[1] Q: Okay. And can you explain to the jury [2] the basis for that opinion?

[3] A: Well, it says means for transmitting to [4] said comparator a reset signal for varying said [5] set point as a function of the position of said [6] inlet guide vanes.

[7] Well, a means is a device which is [8] mounted right on the inlet guide vane and as it [9] rotates, it generates a value which is a [10] percentage of it opening and closing. And that's [11] what it refers to as the means.

[12] And then a means for transmitting [13] said comparator means for a said — I'm sorry. I [14] should speak more slowly. And that value is then [15] in turn — and that inlet vane, vane position is [16] then, in turn — then, in turn, is used in this [17] equivalent comparator for setting a high or low [18] flow.

[19] Q: When you say this equivalent comparator, [20] you're referring to the BLDSEL thing?

[21] A: Referring to the area just prior, the [22] actual generation, the actual item which generates [23] the BLD select signal.

[24] Q: Let me ask you, in your opinion, what is

Page 668

[1] the function being served in Claim 8 of the '893 [2] patent by the claim term of means for transmitting [3] to said comparator means a reset signal, et [4] cetera?

[5] What's the function of Part F of [6] Claim 8?

[7] A: Well, I believe I might have men-

tioned [8] that earlier. If I didn't, I thought I had.

[9] It was the actual — I believe it [10] was the generation of the signal that — the means [11] are the — the means are the actual device on the [12] IGV, which is — that is the means for [13] transmitting the value to the said comparator, [14] yes.

[15] Q: Okay. Let me ask you to take a step back [16] and ask what is the function that is being served [17] in the patented system by Step 8 of Claim 8 of [18] the — Step F of Claim 8 of the '893 patent?

[19] A: What it serves to do is to determine, is [20] to establish for the surge control system and tell [21] it when it's in high or low flow.

[22] Q: Okay. And what is the function in the [23] APS 3200 of the measurement?

[24] A: The function in the APS 3200 of the

Page 669

[1] measurement is to determine — is to — it [2] utilizes this information to — in relationship [3] in order to tell the surge control system, to tell [4] the surge control system when — when — in order [5] as part of the surge control to tell it when it is [6] operating in high flow, and when it is operating [7] in low flow.

[8] Q: And what is the way that the patent — [9] Claim 8f, what is the way that it uses that [10] information to serve that function?

[11] A: It uses the function to make a [12] determination — that's how you — which then is [13] used in — it goes back to our earlier chart.

[14] Q: And you're putting up now PTX 953?

[15] A: Yes, I believe that's what it is.

[16] This goes back to what we talked [17] about earlier, where basically the actual, the [18] actual flow and the generation of this BCV control [19] signal, the IGV position is then used to actually [20] determine, as I just indicated, when it's in high [21] or low flow, which eventually generates the actual [22] control signal for the bleed control valve.

[23] Q: What is the result of the patents used in [24] Claim F of the inlet guide vane position?

Page 670

[1] A: It is used in the control of the surge [2] control system.

[3] Q: Do you have an opinion as to whether the [4] function, way and result of Claim 8f is identical [5] to the function, way and result of the use of the [6] inlet guide vane position in the APS 3200 surge [7] control system?

[8] A: Yes.

[9] Q: And what is that opinion?

[10] **A:** Yeah, I believe it's equivalent to it. [11] Yes.

[12] **Q:** Now, let me ask you to go to the next [13] part of Claim 8, or to put up — and I guess we [14] have got two parts left that Sundstrand admits.

[15] The next one is "control means for [16] receiving said error signal and transmitting to [17] said surge bleed means a control signal to operate [18] said surge bleed means, the magnitude of said [19] control signal having, relative to the magnitude [20] of said error signal, a proportional component and [21] an integral component."

[22] Is that met in the APS 3200?

[23] **A:** Yes. Yes it is.

[24] And it's met in this chart again,

Page 671

[1] working it through item by item. We refer, again, [2] to the pressure value, the flow parameter value, [3] which compares it against a set point which [4] generates an error. There is an error signal [5] indicated here which then — and then it goes [6] through the proportional and integral controller, [7] which eventually results in the control of the [8] bleed control valve.

[9] **Q:** Okay. And the final part of Claim 8 of [10] the '893 patent reads, "whereby said minimum flow [11] rate through said duct means is essentially [12] constant regardless of the compressed air supply [13] demand of the pneumatically-powered apparatus."

[14] Can I ask you whether that is [15] present in the APS 3200 surge control system?

[16] **A:** Yes, it is.

[17] **Q:** Can you show where that is present?

[18] **A:** As in other claims, it's present in this [19] portion here, where the minimum no rate is [20] maintained by use of this valve to — by [21] altered — by moving the air to the aircraft and [22] to the exhaust in equal portions that are such [23] that you maintain a constant flow going through [24] the compressor.

Page 672

[1] **MR. PUTNAM:** And let me ask [2] Mr. Schlaifer to turn to all of Claim 8.

[3] **BY MR. PUTNAM:**

[4] **Q:** Now that we've gone through each part of [5] Claim 8, do you have — let me just ask you again [6] to state your opinion on whether Claim 8 of [7] Honeywell's '893 patent is met by the Sundstrand [8] APS 3200 surge control system?

[9] **A:** Yes.

[10] **Q:** Now, let me turn to the next claim, which [11] is in dispute in this case, and that is Claim 10 [12] of the '893 patent.

[13] Claim 10 looks to be a little bit [14] shorter than Claim 8, because as the jury would [15] see if they looked at the actual patents in the [16] book, this is the full length of Claim 10.

[17] Claim 10 reads, "the accessory power [18] unit of Claim 8 wherein said control means include [19] parallel proportional and integral controllers [20] coupled to a summer having an outlet connected to [21] said surge bleed means."

[22] First of all let me ask you about [23] the form of the claim there. There is a reference [24] at the start of Claim 10 to Claim 8. What's that

Page 673

[1] about?

[2] **A:** Well, what I understand that to mean is [3] that Claim 10, everything in Claim 8 is — Claim 8 [4] is part of Claim 10.

[5] **Q:** So is it your understanding that [6] Claim 8 — Claim 10 includes everything in Claim 8 [7] and then an additional element?

[8] **A:** Yes.

[9] **Q:** And I think there may have been a [10] reference to something earlier called a dependent [11] patent claim.

[12] Is it your understanding that [13] Claim 10 is an example of a dependent patent [14] claim?

[15] **A:** That's what I understand.

[16] **Q:** And just for the terminology, it is [17] dependent on Claim 8; is that your understanding?

[18] **A:** That's what that term implies.

[19] **Q:** Now, we already did Claim 8, so I just [20] want to focus here on your opinion on Claim 8 [21] itself.

[22] Let me just focus here on the new [23] material that is added by Claim 10, which is, [24] "wherein said control means include parallel

Page 674

[1] proportional and integral controllers coupled to a [2] summer having an outlet connected to said surge [3] bleed means."

[4] Is that present on the APS 3200?

[5] **A:** Yes, it is.

[6] **Q:** And can you show the jury where that's [7] present?

[8] **A:** It's present here and here. I believe [9] the difference earlier is that it referred to [10] these individually, and here it's basically saying [11] that they are coupled in parallel, which is what [12] these black lines are showing, which then goes to [13] a summer, where they are sum, and that generates [14] the surge, the surge bleed means which is shown [15] here.

[16] **Q:** Okay. The next part of Claim 10 — I'm [17] sorry, the next patent claim at issue is Claim 11 [18] of Honeywell's '893 patent. And let me ask [19] Mr. Schlaifer to put that up on the board.

[20] Claim 11 of the '893 patent reads, [21] " the accessory power unit of Claim 8 wherein said [22] sensing means include at least one [23] pressure-to-electric transducer, and said [24] comparator means and said control means comprise

Page 675

[1] electronic components."

[2] Again, this is a — let me ask you [3] this question. In your opinion, is this claim met [4] by the APS 3200 surge control system?

[5] **A:** Yes, it is.

[6] **Q:** Again, it's dependent on Claim 8; is that [7] your understanding?

[8] **A:** That's my understanding as before.

[9] **Q:** And we've already dealt with your opinion [10] on Claim 8, and its infringement, so let me [11] address the new part added by Claim 11.

[12] The new part added by Claim 11 reads [13] "wherein said sensing means include at least one [14] pressure-to-electric transducer and said [15] comparator means and said control means comprise [16] electronic components."

[17] Why is that present in the APS 3200?

[18] **A:** Well, as indicated earlier, the pressure [19] sensors, the pressure sensor is actually a devised [20] which is screwed into the duct itself, the [21] discharge as one example, where it takes the [22] pressure reading.

[23] It then converts that pressure [24] reading into an electrical signal which can be

Page 676

[1] used within the computer, because computers can [2] only use electrical signal. So that's one example [3] of it.

[4] And as far as the remainder of it, [5] this as I indicated before, all of this is done [6] electronically. And in fact, the actual document [7] itself is referred to as — make sure I get the [8] terminology right, the electrical control box.

[9] **Q:** Okay. That takes care of Claim 11 of [10] Honeywell's '893 patent.

[11] We have two patent claims left that [12] are at issue, Claims 19 and 23. I wonder, Your [13] Honor, if I could have a brief side-bar with you [14] before we proceed to those claim terms.

[15] (Beginning of side-bar conference.)

Page 677

[1] **MR. PUTNAM:** Your Honor, [2] Mr. Muller, the reason for the side-bar, I [3] apologize for this, is to see if we can take the [4] lunch break fifteen minutes ear-

lier.

[5] Mr. Muller has been on his feet all [6] day. I don't know if he's hypoglycemic. When we [7] have been working with him, we have to feed him [8] lunch early because he starts losing energy. It's [9] important stuff, so with your permission, I would [10] like to end fifteen minutes early.

[11] (Conclusion of side-bar conference.)

[12] THE COURT: We're going to take our [13] luncheon recess a bit early today. We will break [14] now and return at two p.m.

[15] See you then.

[16] MR. PUTNAM: Thank you, Your [17] Honor.

[18] (A brief recess was taken.)

[19] THE COURT: Counsel please be [20] seated.

[21] MR. KRUPKA: Your Honor, two [22] housekeeping matters that I just wanted to mention [23] to the Court before you reviewed some things over [24] the lunch hour.

Page 678

[1] In view of Your Honor's ruling this [2] morning with respect to the deposition [3] designations that we were hoping to read later [4] this afternoon, about which there is still some [5] dispute, I just wanted to mention that I believe [6] it's true that Mr. Van Santen, who is one of the [7] deposition designations in dispute, will be a live [8] witness.

[9] THE COURT: Well, I'm glad you [10] raised that issue because I had intended to [11] address the substance of the letters of February [12] 6th.

[13] MR. KRUPKA: Okay.

[14] MR. ZIEGLER: Just before you rely [15] on what Mr. Krupka said —

[16] THE COURT: Whether he is or whether [17] he's not, it doesn't matter.

[18] MR. ZIEGLER: Okay.

[19] THE COURT: What the Court has [20] before it are Honeywell's objections to [21] Sundstrand's objections to certain deposition [22] designations. And I guess what I'm going to do is [23] sustain Honeywell's objections to the objections.

[24] MR. KRUPKA: Thank you, Your Honor.

Page 679

[1] THE COURT: As a matter of form. [2] There will be — it is the core's [3] view that these are issues of weight, and not [4] questions of admissibility. And that you, [5] Hamilton, have ample opportunity through argument [6] and cross-examination to refute the contentions, [7] direct or indirect, that Hamilton seeks to have [8] the inferences that Hamilton seeks to have drawn [9] specifically, for instance, through the testimony [10] of the designations of Mr. Van Santen.

[11] And that's the Court's ruling.

[12] MR. KRUPKA: Your Honor, just one [13] other point of clarification. Since this is my [14] first trial before this Court, I just want to make [15] sure that I am complying with the Court's wishes [16] with respect to how things are conducted.

[17] It was my understanding that one [18] lawyer deals with each witness, one lawyer for [19] each side, and that we don't have a tag team. I [20] was a little surprised to hear Mr. Ziegler [21] interpose an objection during Mr. Muller's [22] testimony, because I had thought that it was [23] Mr. Herrington who had made previous objections.

[24] And I just would like to have a

Page 680

[1] clarification to that for future reference.

[2] THE COURT: That's a fair point and [3] that is a point that we didn't go over earlier, so [4] there was nothing improper that was done. It is [5] the Court's preference that one lawyer handle a [6] witness.

[7] MR. ZIEGLER: Your Honor, just to [8] explain, I actually didn't object, I simply asked [9] that the record be clarified to show where the [10] witness had put his hand on the chart.

[11] Mr. Herrington was seated at the [12] counsel table, only I was standing to the side and [13] saw what was going on.

[14] THE COURT: I think your opponent [15] took it as objection, I understand the [16] clarification, I hope the clarification has she [17] had.

[18] MR. KRUPKA: Thank you, Your Honor.

[19] THE COURT: Anything else we need to [20] discuss before we adjourn to take lunch?

[21] MR. KRUPKA: I don't think so, Your [22] Honor.

[23] THE COURT: See you back at 2:00.

[24] (A brief recess was taken.)

Page 681

[1] THE COURT: Good afternoon.

[2] MR. KRUPKA: Good afternoon.

[3] THE COURT: We're ready.

[4] MR. KRUPKA: Your Honor, if I may [5] just hand to Ms. Preston some additions to the [6] juror notebook that will be necessary before the [7] depositions are shown. There is two — there is [8] request for admissions that Exhibit 2.

[9] (Jury entering the courtroom at [10] 2:00 p.m.)

[11] THE COURT: Good afternoon, members [12] of the jury. Are you all ready to go? Okay.

[13] THE CLERK: Mr. Muller, you're [14] still under oath. You may resume the stand.

[15] THE COURT: Mr. Putnam.

[16] MR. PUTNAM: Thank you, Your [17] Honor.

[18] BY MR. PUTNAM:

[19] Q: Mr. Muller, why don't you stay off the [20] stand because I think we are going to do a little [21] bit more of what we were doing.

[22] Before lunch we went through your [23] opinions on literal infringement of Claim 4 of the [24] '194 patent and infringement under the doctrine

Page 682

[1] of equivalence on Claims 8, 10 and 11 of the '893 [2] patent and that left two patent claims that are at [3] issue in this case that we didn't have a chance to [4] go through, through lunch.

[5] I think we'll see some familiar [6] concepts. I don't know how long it will take, but [7] we need to go through those.

[8] Let me ask you about Claim 19 of the [9] '893 patent and ask Mr. Schlaifer to put it up.

[10] Mr. Muller, have you formed an [11] opinion on whether the surge control system used [12] by the APS 3200 infringes claim 19 of the '893 [13] patent?

[14] A: Yes, I have.

[15] Q: And what is that opinion?

[16] A: And that opinion is that it does [17] infringe, yes.

[18] Q: And is that infringement literal or under [19] the doctrine of equivalence in your view for this [20] claim 19?

[21] A: I believe it's under the doctrine of [22] equivalence.

[23] Q: Again, let me ask you to walk through [24] each step of the claim, starting with the first

Page 683

[1] part. And the first part of claim 19 reads, "A [2] control system for assuring a substantially [3] constant minimum flow rate through a duct [4] receiving air discharged from a compressor or the [5] like having adjustable inlet guide vanes.

[6] Why don't you put up whatever chart [7] you want to.

[8] A: I'm putting up Honeywell PTX 952.

[9] Q: And can you — I take it from your [10] earlier answer that you believe that the 3200 does [11] meet this part of Claim 19; is that correct?

[12] A: Yes, it does.

[13] Q: And can you show where that is,

please?

[14] **A:** As in the prior case as similarly, the [15] actual constant minimum flow is determined at the [16] discharge of the load compressor.

[17] The duct receiving is what is shown [18] here, has been shown throughout receiving air [19] discharged from a compressor or the like having [20] adjustable inlet guide vanes and that refers to [21] this compressor which was adjustable guide vanes.

[22] **Q:** The next part of claim 19 of the '893 [23] patent reads, "The duct having a supply outlet [24] connect to do a pneumatically-operated apparatus

Page 684

[1] having a variable supply air demand, the duct [2] further having an exhaust outlet, said control [3] system comprising."

[4] Is that part present in the APS [5] 3200?

[6] **A:** Yes, it is.

[7] **Q:** Can you tell the jury, please?

[8] **A:** Yes. The duct it's referring to is here [9] of course which we did previously, which is the [10] duct having the supply outlet connected to a [11] pneumatically operated apparatus having a variable [12] supply air demand, that referring to the aircraft [13] environmental control system.

[14] The duct further having an exhaust [15] outlet which generally constitutes this portion as [16] well.

[17] **Q:** Okay. The next part of Claim 19 of the [18] '893 patent, I see is one that Sundstrand expert [19] admits yeses on is," A flow regulating device [20] adapted to be positioned enter the exhaust outlet [21] and operable to selectively vary air flow [22] outwardly there through." Is that present in the [23] claim?

[24] **A:** Yes.

Page 685

[1] **Q:** The next part of claim 19 reads, "a [2] sensing device having a sensing portion adapted to [3] be positioned in the duct to sense therein a [4] predetermined parameter related to the air flow [5] rate through the duct, said sensing device further [6] having an output portion."

[7] Is that present in the APS 3200?

[8] **A:** Yes, it is.

[9] **Q:** Can you show where, please, it is?

[10] **A:** As I indicated earlier, in the discharge [11] portion of the compressor where a pressure sensor [12] is utilized in order to measure a parameter, which [13] is associated with the flow rate.

[14] **Q:** Okay. The next portion of Claim 19 [15] reads, "An adjustable set point comparator having [16] an input portion couple to said output portion of [17] said sensing device, and an outlet adapted to [18] generate an error signal."

[19] Is that present in the APS 3200 [20] system?

[21] **A:** Yes, it is. And that's illustrated on [22] Honeywell PTX 954. Let's just go through that a [23] moment. An adjustable set point comparator which [24] refers to this, this signifies a comparator.

Page 686

[1] The adjustable set point arrives [2] from SRGSPT, coupled to output portion of said [3] sensing device, this is the output portion of the [4] said sensing device which is the change in [5] pressure over pressure which measures flow and an [6] outlet adapted to generate an error signal, and [7] here is the error signal emanating from the [8] comparator.

[9] **Q:** The next portion reads, a proportional [10] controller having an inlet coupled to said output [11] of said comparator and further having an outlet."

[12] Is that present in the APS 3200?

[13] **A:** Yes. And all that is saying is that [14] continuing on, that this connects to the [15] proportional controller and that in turn has an [16] outlet as well, it comes out through here.

[17] **Q:** Okay. The next part of Claim 19 of the [18] '893 patent reads, "An integral controller having [19] an inlet coupled to said outlet of said comparator [20] and further having an outlet."

[21] Is that present in the APS 3200?

[22] **A:** Yes, it is. It is in the same way that [23] the proportional controller was the integral [24] controller, also has the inlet coupled to the set

Page 687

[1] comparator, and it also has an outlet as well.

[2] **Q:** Okay. The next part of Claim 19 of the [3] '893 patent, part F says, "A summer having a [4] first inlet coupled to said outlet of said [5] proportional controller, a second inlet coupled to [6] said outlet of said integral controller, and an [7] outlet coupled to said flow regulating device."

[8] Is that present in the APS 3200?

[9] **A:** Yes, it is.

[10] **Q:** Can you show the jury where it is?

[11] **A:** And that basically completes the thought [12] of where the outlet here, the outlet from the [13] integral controller and the outlet from the [14] proportional controller complete a summer, sums [15] both signals to generate one signal and that's [16] what "coupled" really means.

[17] And then it goes off to direct the [18] flow regulating device which is the signal [19] generated here, this is the BCVCTL. It's a signal [20] that goes to the bleed control valve to regulate [21] it.

[22] **Q:** The final part of Claim 19 of the '893 [23] patent reads, "A guide vane position sensor and a [24] function generator coupled in series between the

Page 688

[1] inlet guide vanes and said input portion of said [2] comparator."

[3] In your opinion, is that portion of [4] Claim 19 present in the APS 3200?

[5] **A:** Yes, it is.

[6] **Q:** And is it your opinion that that is [7] literally present or present by the doctrine of [8] equivalence?

[9] **A:** I believe it's present by the doctrine [10] of equivalence.

[11] **Q:** Can you show, please, the jury, the basis [12] for that belief, that opinion?

[13] **A:** I'm placing Honeywell PTX 955 up for [14] illustration.

[15] And basically here this is [16] illustrated by the measurement of the IGV [17] position, the guide vane position sensor is here. [18] This is the function generator that it goes [19] through, and it's between inlet guide vanes and [20] the inlet portion to a said comparator and here is [21] the said comparator.

[22] **Q:** What is the function that is being served [23] by the guide vane position sensor and the rest of [24] clause G of Claim 19 of the '893 patent?

Page 689

[1] **A:** The function is to identify a guide vane [2] position in order to help in the control of the [3] surge control system.

[4] **Q:** What is the function of the inlet guide [5] vane position sensor and the other elements that [6] you've identified to the chart that we've labeled [7] plaintiffs Exhibit 955?

[8] **A:** The purpose here is to measure the guide [9] vane position in order to help to, as input to the [10] surge control system.

[11] **Q:** What is the way in which the sensor in [12] Claim 19 G works?

[13] **A:** The sensor in 19 G, the sensor, the [14] sensor on the — the sensor on the Honeywell — [15] I'm sorry, the sensor on the patent. — The [16] sensor on the patent refers to a device which I've [17] referred to earlier which is at the end of the [18] inlet guide vane which measures the position and [19] generates a signal which is relative to the [20] position of the guide vane.

[21] **Q:** Okay. And how does the guide vane [22] position sensor and the other elements in the APS [23] 3200 work? What is the way in which they work in [24] the APS 3200?

Case 1:99-cv-00309-GMS    Document 387-3    Filed 02/06/2006    Page 16 of 17

Honeywell International, Inc. v.
Hamilton Sundstrand Corp.
Trial Volume Number 3
February 7, 2001

Page 690

[1] A: On the APS 3200, the vane position is [2] measured in the same way. As the vane position [3] moves, there is a device which determines its [4] position and generates a signal proportional to [5] the signal of the guide vane.

[6] Q: And what's the result in the patent of [7] the use of this guide vane position sensor that's [8] called out in Claim 19 G?

[9] A: The — it is used in the operation of the [10] surge control system.

[11] Q: Okay. And what's the result of the guide [12] vane position sensor that is shown in the Hamilton [13] Sundstrand APS 3200 system?

[14] A: It's the same thing, the value of the IGV [15] position is used in the proper operation of the [16] surge control system.

[17] Q: Mr. Schlaifer if you can go to the final [18] screen on Claim 19. Now, that we've gone through [19] all of Claim 19, let me ask you for the record to [20] restate, now that we've seen it all, what is your [21] opinion on whether the Hamilton Sundstrand APS [22] 3200 infringes Claim 19 of the '893 patent?

[23] A: I believe it does infringe.

[24] Q: Finally for the patent claims, let me

Page 691

[1] turn to Claim 23 of the '893 patent. A welcomed [2] relief in terms of its length. It says "The [3] control system of Claim 19 wherein said control [4] system is electronic."

[5] First of all, is this another one of [6] those dependent claims that we saw earlier?

[7] A: Yes, as I indicated earlier, this is [8] another dependent claim.

[9] Q: So I think what you said earlier was this [10] incorporates all of the limitations, all of the [11] different elements of Claim 19 that we were just [12] looking at and then adds one additional element; [13] correct?

[14] A: Yes. The same thing is done here as was [15] done in the former claims wherein there was a [16] dependent claim based on a claim that was [17] mentioned in the actual claim itself.

[18] Q: Okay. Well, we've already covered all [19] the parts of Claim 19, that's what we just did. [20] Let me ask you about this new part added by claim [21] 23. Wherein said control system is electronic. [22] Is that met by the APS 3200?

[23] A: Yes, it certainly is. The entire [24] operation of the APS 3200 is based on electronic

Page 692

[1] instruments, or concepts, concepts and logics and [2] devices.

[3] Q: I'm now taking you through your opinions [4] on doctrine of equivalence under the '893 patent. [5] I want to return, if I can, to Claim 4 of the '194 [6] patent. [7] And you previously testified to your [8] opinion that Claim 4 of the '194 patent was [9] literally infringed; is that correct?

[10] A: That's correct.

[11] Q: All right. Now, let me ask you this [12] question, Mr. Muller. If it was determined that [13] Clause D of Claim 4, if this clause, Clause D, was [14] not literally present in the APS 3200, would you [15] have an opinion as to whether this clause, this [16] part was present by the doctrine of equivalence in [17] the APS 3200?

[18] A: Well, as I said, yes, the answer — yes, [19] I would.

[20] Q: And what would the opinion be, sir?

[21] A: And my opinion would be as it was [22] formally, that if I believe that this was in fact [23] a literal infringement, and for some reason it [24] should be shown not to satisfy the strict, the

Page 693

[1] strict interpretation of what a — an allege [2] infringement is, by my logic, by my reasoning it [3] would certainly infringe on the basis of [4] equivalence.

[5] Q: What is the function of this adjustment, [6] just of the relationship that is called out in [7] Clause D of Claim 4 of the patent?

[8] A: The function of that is to aid in the [9] operation, is to allow the proper operation of the [10] surge control system.

[11] Q: Okay. And what is the function of the [12] relationship between the control signals and the [13] parameter variations as a function of the guide [14] vane positions in the APS 3200?

[15] A: The function there is in order to [16] establish if the APS 3200 is operating under a [17] high flow condition or a low flow condition.

[18] Q: And what is the way in which the APS 32 [19] — what is the way in which Claim 4 of the '194 [20] patent adjusts that relationship?

[21] A: It adjusts that relationship as was [22] formally shown — it adjusts — the relationship, [23] this relationship here, this relationship here, [24] which is the proportional and the integral

Page 694

[1] portion, this relationship here is adjusted by the [2] IGV position in such a way that it determines — [3] that that it determines — it determines if the [4] compressor is operating under high or low flow [5] condition.

[6] Q: And what is the result of the adjustment [7] of the relationship of the magnitudes set forth in [8] Claim 4 D of the '194 patent?

[9] A: The result of it is to, as I said [10] earlier, basically, it's to allow the surge [11] control system to properly operate from the [12] standpoint of that it provides it with an ability [13] to control the — to control the compressor when [14] it is operating in an area where surge is [15] possible, and also at the same time when the [16] compressor is in a high flow rate, at the help in [17] determining when it's in the high flow regime [18] where no surge is possible.

[19] Q: Is that the same result as occurs at the [20] APS 3200 surge control system?

[21] A: Yes.

[22] Q: Thank you. Why don't you go ahead and [23] resume the stand now. And I guess just let me ask [24] the final question having gone through that. —

Page 695

[1] Why don't you resume the stand.

[2] So in summary, is it your opinion [3] that to the extent that it's determined that Claim [4] 4 of the '194 patent is not literally infringed [5] that there would still be infringement under the [6] doctrine of equivalence?

[7] A: Yes, for the reasons I cited earlier.

[8] Q: Thank you.

[9] There has been some mention of this [10] issue of temperature. Does the APS 3200 measure [11] temperature?

[12] A: Yes, it measures temperature among the [13] whole series of other measurements such as [14] pressure, pressure IGV and so on.

[15] Q: Does that measurement affect your opinion [16] as to whether there is infringement of the [17] Honeywell patent as we've just gone through?

[18] A: No.

[19] Q: Why not?

[20] A: Well, because the Honeywell patent, and [21] the APS 3200 both, or the APS 3200 measures the [22] same things that are measured by the Honeywell [23] patent. The fact that it may measure other things [24] as well is perfectly — is perfectly reasonable,

Page 696

[1] but as long as it measures the same things as are [2] measured in the Honeywell patent, my understanding [3] is that that means, in fact, it is infringing.

[4] MR. PUTNAM: Thank you, Your [5] Honor. No further questions.

[6] THE COURT: Mr. Herrington, you may

[7] cross-examine.

[8] **MR. HERRINGTON:** Thank you, Your [9] Honor. Could we have the Claim 4 brought back up [10] that Mr. Muller was just talking about?

[11] Your Honor, if I may ask Mr. Muller [12] to step down so we can review some of these charts [13] that we have been looking at.

[14] **THE COURT:** Certainly.

[15] **MR. HERRINGTON:** Thank you.

[16] **MR. PUTNAM:** Your Honor, do you [17] mind if I stand back there in order to see?

[18] **THE COURT:** That's fine.

[19] **MR. PUTNAM:** If Your Honor doesn't [20] mind, I suspect Mr. Herrington wont mind.

[21] **MR. HERRINGTON:** Not at all [22] CROSS-EXAMINATION [23] BY MR. HERRINGTON:

[24] **Q:** So, Mr. Muller, you understand that

Page 697

[1] element D requires adjusting the relationship [2] between the magnitude of said integral and [3] proportional control signals and the magnitude of [4] said proportional control signals as a management [5] function of the inlet guide vanes?

[6] **A:** Yes.

[7] **Q:** You said that occurs in the 3200 in that [8] in the guide vane position affects whether this [9] bleed select signal is zero or one?

[10] **A:** That's right.

[11] **Q:** So is it the switching between zero and [12] one that adjusts the relationship between the [13] magnitudes of said integral and proportional [14] control signals and the magnitudes of said [15] parameter variations?

[16] **A:** That's not the way I think of it. The [17] way I think of it is that it is basically what is [18] being done here, is that the proportional and [19] integral control signals are being continuously [20] generated. And they get generated regardless if [21] the compressor is in high or low flow.

[22] But where the IGV position is used [23] here is that because of the characteristics of the [24] APS 3200, it has an additional step, and — what

Page 698

[1] it does is it establishes a fixed position for the [2] bleed control valve under a high flow condition.

[3] Nevertheless, the proportional — [4] and the proportional integral control signals [5] continue to be generated but now what you have [6] done is you have changed the magnitudes of those [7] as

far as the surge control system is as [8] established by the position of the IGV's.

[9] **Q:** In your understanding, the test that uses [10] IGV position changes the magnitudes of the PI [11] signal?

[12] **A:** As far as the surge control system [13] operates and as far as I understand it.

[14] **Q:** So it has a different magnitude depending [15] on the IGV position?

[16] **A:** As far as the bleed control valve is [17] concerned, yes.

[18] **Q:** And that's the understanding of the facts [19] that you have been using in doing your analysis?

[20] **A:** The explanation I just gave I think is [21] consistent with what I have said throughout the [22] morning and part of this afternoon.

[23] **Q:** Very good.

[24] Now, Mr. Muller, again, IGV position

Page 699

[1] has an affect on whether this bleed select signal [2] is zero or one; is that correct?

[3] **A:** Yes, that's correct.

[4] **Q:** And all of the things you've said about [5] what happens in the 3200 with respect to IGV [6] position and how it satisfies the patent claims, [7] that goes to IGV position changing the signal [8] between zero and one?

[9] **A:** No. It actually has to do with the fact [10] that as far as the proportional and integral, the [11] magnitude of those and as they impact on the bleed [12] control valve. So all I'm saying is that the IGV [13] position controls, has direct impact on the bleed [14] control valve by modifying the magnitudes of the [15] proportional and integral controls.

[16] **Q:** Which way does it modify them, does it [17] make them bigger or smaller?

[18] **A:** No, as I said earlier, the value [19] continues but what it does do is it imposes a [20] fixed value, a high flow because of the [21] characteristics that, the characteristics of this [22] compressor, so it has an additional — it has an [23] additional capability in order to set the bleed [24] control valve open so that all the flow goes to

Page 700

[1] the aircraft.

[2] **Q:** And Mr. Muller, does IGV position [3] determine or switch bleed select signal from zero [4] to one or from one to zero?

[5] **A:** What it does is it establishes a value of [6] zero or one, which is used in the determination of [7] that fixed value to keep the bleed control open, [8] even though during the entire time the [9] proportional and integral control signals

are [10] generated and primarily going along.

[11] **Q:** Does it switch the value from zero to [12] one?

[13] **A:** It doesn't switch the value, as I [14] understand it that value continues but what it [15] does is it imposes a fixed value on the control [16] bleed value as the signals continue to be [17] generated.

[18] **Q:** What I'm asking is, the effect on this [19] red line will not effect, the effect of this red [20] line to BCVCTL is whether it's zero or one?

[21] **A:** This BCVCTL continues to function [22] and operate. What this determines is if there is an [23] additional set value, fixed value which is used to [24] generate, I know I think it's a ten volt signal,

Page 701

[1] which then goes to the bleed control valve and [2] fixes it open to keep it in this high flow [3] position so that it does not because of the [4] compressor characteristics, the flow [5] characteristics of this compressor.

[6] So it does not mistakenly identify [7] that it finds itself in a low flow condition.

[8] **Q:** That's a function of whether this bleed [9] select value is zero or one?

[10] **A:** This value of zero or one is used in [11] determining if the fixed value is to be imposed.

[12] **MR. HERRINGTON:** My colleague [13] suggested a microphone so that I could be heard. [14] Is there one available?

[15] **Q:** Stepping back, Mr. Muller, what is the [16] event that adjusts the relationship between the [17] magnitudes of said integral and proportional [18] control signals and the magnitudes of said [19] parameter variations as a function of the position [20] of the inlet guide vanes?

[21] **A:** I'll wait until you put — it's not fair [22] to answer a question before you are properly [23] mic'd up.

[24] **Q:** Thank you.

Page 702

[1] Please.

[2] **A:** As I've said, as I said formally, the [3] value is used for setting the — for invoking a [4] fixed value that will fix the bleed control valve [5] open to make sure it stays under high flow. So [6] the actual surge control system, the BCVCTL signal [7] continues, and it's also available but it effects [8] it because it imposes another value so it's [9] modified in that fashion.

[10] **Q:** Let me show you another chart. Let me [11] reask the question because I'm not sure you [12] addressed it. What event is it, how do you know [13] that there has been an adjustment between the [14] magnitudes of the integral and