**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HAMILTON SUNDSTRAND CORP.,<br><br>Defendant. | Civil Action No. 99-309-GMS |

**EXHIBIT 7**
**HAMILTON SUNDSTRAND'S LIST OF EXHIBITS**

Hamilton Sundstrand's list of exhibits follows on AO Form 187.

AO 187 (Delaware Rev. 7/00) Exhibit and Witness List

# United States District Court

DISTRICT OF DELAWARE

Honeywell International Inc. and
Honeywell Intellectual Properties Inc.
v.
Hamilton Sundstrand Corporation

EXHIBIT AND WITNESS LIST

**Case Number: 99-309-GMS**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gregory M. Sleet | Thomas C. Grimm | Richard D. Kirk |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| March 23-24, 2006 | Kevin Maurer | April Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0101 | | | | ; Hamilton Standard L 1011 APU Student Notes document ; SUND003237-SUND003387; |
| | DTX 0102 | | | | 05/08/1969; Hamilton Standard Drawing No. 738712 re: Housing Compressor; SUND002830; HWL Remand 003 |
| | DTX 0103 | | | | 05/20/1970; Hamilton Standard Drawing re: Power Unit, Auxiliary; SUND002835; HWL Remand 002 |
| | DTX 0104 | | | | 05/30/1975; Hamilton Standard Memo re: L-1011 APU Surge Control Redesign Feasibility Study; SUND000268-SUND000294 ; HSC Remand 047 |
| | DTX 0105 | | | | 08/15/1975; Hamilton Standard Manual Master Key L1011 Tristar Auxiliary Power Unit Volume 2 - System Description/Operation - Trouble Shooting; SUND000431-SUND000667; HWL Remand 005 |
| | DTX 0106 | | | | 08/15/1975; Hamilton Standard Manual Master Key L1011 Tristar Auxiliary Power Unit Volume 2 - System Description/Operation - Trouble Shooting with annotations; SUND003968-SUND004192; |
| | DTX 0107 | | | | 08/26/1975; Hamilton Standard Memo re: L-1011 APU Surge Control 3.5:1 Boosted Venturi Signal Probe Evaluation; SUND000304-SUND000323; |
| | DTX 0108 | | | | 10/28/1975; Hamilton Standard Memo re: Transmittal of Report on L-1011 APU Surge Control Improvements; SUND000669-SUND000757; HWL Remand 004 |
| | DTX 0109 | | | | 10/18/1979; Hamilton Standard Report: Qualification Test Report of the APU Model ST6C-421 for the L-1011 Tristar Aircraft Airplane and Supplements 1, 2 and 3; SUND000776-SUND000962; |
| | DTX 0110 | | | | 02/00/1980; Hamilton Standard Development Test Procedure And Report of the Surge Valve and Control HS P/N's 738057-1 & 738058-1 for the L-1011 Tristar Aircraft Auxiliary Power Unit; SUND000324-SUND000376; |
| | DTX 0111 | | | | 05/29/1981; Hamilton Standard Specification No. HS 5839: Shock Switch and Adjustible Orifice, L-1011 APU Surge Control System Revision A; SUND000295-SUND000303; |
| | DTX 0112 | | | | ; Became JTX42; ; |
| | DTX 0113 | | | | ; APS 3000 Systems & Controls Proposal; HSA176594-HSA176685; Jonestrask 002 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0114 | | | | ; Appendix: Derivation of Corrected Parameters; ; |
| | DTX 0115 | | | | ; BCV Control flow chart; ; |
| | DTX 0116 | | | | ; Graph: Figure 1: Load Compressor DP/P vs. Corrected Exit Flow; ; |
| | DTX 0117 | | | | ; Graph: Figure 5: S/N Q22 Test Data 94% Corr Speed (T2=128 F) BCV Open to Delivery for all Points; ; |
| | DTX 0118 | | | | ; Graph: Figure 6: S/N Q22 Test Data 100% Corr Speed (T2=60F) BCV Open to Delivery for all Points; ; |
| | DTX 0119 | | | | ; Graph: Figure 7: S/N Q22 Test Data 103% Corr Speed (T2=30F) BCV Open to Delivery for all Points; ; |
| | DTX 0120 | | | | ; Graph: Figure 13: Engine 1500 Test Data 2 Pack Mode 98% Nc (T2=85F); ; |
| | DTX 0121 | | | | ; Graph: Figure 14: Engine 1500 Test Data 2 Pack Mode 98% Nc (T2=85F); ; |
| | DTX 0122 | | | | ; Became JTX41; ; |
| | DTX 0123 | | | | ; Became JTX 1; ; |
| | DTX 0124 | | | | 02/11/1991; Sundstrand Memo re: Air flow sensor; HSA151726; Gruebel 055 |
| | DTX 0125 | | | | ; Became JTX 2; ; |
| | DTX 0126 | | | | ; Became JTX 3; ; |
| | DTX 0127 | | | | 07/08/1991; Sundstrand Coordination memo re: APS 3000 load compressor airflow sensor characteristics; HSB065472-HSB065478; HSC Remand 042 |
| | DTX 0128 | | | | ; Became JTX 4; ; |
| | DTX 0129 | | | | ; Became JTX 5; ; |
| | DTX 0130 | | | | ; Became JTX 6; ; |
| | DTX 0131 | | | | 02/19/1992; Sundstrand Coordination memo re: APS performance northwest BAFO; HSB070016-HSB070019; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0132 | | | | ; Became JTX 7; ; |
| | DTX 0133 | | | | 04/22/1992; Sundstrand Coordination memo re: ICD 02/08/001 issue 2; HSB050382-HSB050389; |
| | DTX 0134 | | | | 10/12/1992; Sundstrand Coordination memo re: ECS demand signal/APS3200 performance; HSB055024; |
| | DTX 0135 | | | | 10/26/1992; Sundstrand Coordination memo re: compatibility performance; HSB055058-HSB055059; |
| | DTX 0136 | | | | 11/05/1992; Sundstrand Coordination memo re: Performance test for CEPr; HSB055088-HSB055092; |
| | DTX 0137 | | | | 11/25/1992; Sundstrand Coordination memo re: software version 0.1.3 altitude build; HSB055222-HSB055226; |
| | DTX 0138 | | | | ; Became JTX 40; ; |
| | DTX 0139 | | | | 12/15/1992; Sundstrand Coordination Memo re: Load Compressor Data; HSB035082; 233 |
| | DTX 0140 | | | | 12/18/1992; Sundstrand Coordination memo re: load compressor set point; HSB070191-HSB070193; |
| | DTX 0141 | | | | ; Became JTX 36; ; |
| | DTX 0142 | | | | 01/19/1993; Sundstrand Coordination memo re: ECB Interfaces, ICD 2/08/001; HSB070258-HSB070268; |
| | DTX 0143 | | | | ; Became JTX 8; ; |
| | DTX 0144 | | | | ; Became JTX 9; ; |
| | DTX 0145 | | | | ; Became JTX 10; ; |
| | DTX 0146 | | | | ; Became JTX 11; ; |
| | DTX 0147 | | | | 02/05/1993; Sundstrand Coordination Memo re: Load Compressor Delta P/P; HSB030430-HSB030431; 231 |
| | DTX 0148 | | | | ; Became JTX 12; ; |
| | DTX 0149 | | | | 02/16/1993; Sundstrand Coordination memo re: ICD 2/08/001 issue 6; HSB075039-HSB075051; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0150 | | | | ; Became JTX 35; ; |
| | DTX 0151 | | | | ; Became JTX 13; ; |
| | DTX 0152 | | | | ; Became JTX 14; ; |
| | DTX 0153 | | | | 04/08/1993; Sundstrand Coordination memo re: SW version 1.0.1 discrepancies; HSB035239-HSB035240; |
| | DTX 0154 | | | | ; Became JTX 15; ; |
| | DTX 0155 | | | | 07/12/1993; Sundstrand Coordination memo re: Q21M9; Perf Qual Test; SW version 1.0.1 discrepancies; HSB035558-HSB035561; |
| | DTX 0156 | | | | ; Became JTX 16; ; |
| | DTX 0157 | | | | 10/13/1993; Sundstrand Coordination memo re: Flight V0074 LC transient pressure fluctuations; HSB035779-HSB035782; |
| | DTX 0158 | | | | 11/12/1993; APIC Engineering Specification APS3200 System Requirements Specification; HSA097850-HSA097882; |
| | DTX 0159 | | | | ; Became JTX 17; ; |
| | DTX 0160 | | | | 12/07/1993; Sundstrand Coordination Memo re: IGV Position compensation in S/W; HSB035839; 236 |
| | DTX 0161 | | | | 09/30/1994; Sundstrand Coordination memo re: surge control; HSB060097-HSB060099; |
| | DTX 0162 | | | | ; Became JTX 18; ; |
| | DTX 0163 | | | | ; Became JTX 19; ; |
| | DTX 0164 | | | | ; Became JTX 39; ; |
| | DTX 0165 | | | | ; Became JTX 20; ; |
| | DTX 0166 | | | | ; Became JTX 21; ; |
| | DTX 0167 | | | | ; Became JTX 22; ; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0168 | | | | ; Became JTX 23, JTX 24 and JTX 25; ; |
| | DTX 0169 | | | | ; Became JTX 34; ; |
| | DTX 0170 | | | | 12/01/2000; Expert Report of John Szillat; ; HSC Remand 043 |
| | DTX 0171 | | | | ; File: Critical Design Review; AS123284-AS123290; HSC Remand 021 |
| | DTX 0172 | | | | ; Handwritten memo re: Surge Control Schedule Change For GTCP 331-200; AS123265-AS123268; HSC Remand 020 |
| | DTX 0173 | | | | ; AlliedSignal Presentation re: GTC131-3(A) load compressor surge control system; RMDAS000218-RMDAS000224; HSC Remand 034 |
| | DTX 0174 | | | | ; Became JTX 26; ; |
| | DTX 0175 | | | | ; File: Simulation of compressor; AS122993-AS123000 ; HSC Remand 009 |
| | DTX 0176 | | | | ; Data, graphs, notes re: surge systems; AS146108-AS146122; |
| | DTX 0177 | | | | ; Handwritten memo re: information on surge system; AS146096-AS146102; |
| | DTX 0178 | | | | 05/19/1969; Garrett Corp. memo re: Guide to patents and inventions; RMDAS000048; |
| | DTX 0179 | | | | 04/15/1976; Airesearch Mfg. Memo re: Pneumatic Control System for F-18 Demonstration; AS199782-AS199809; HSC 004 |
| | DTX 0180 | | | | 07/06/1977; Airesearch Mfg. Co. memo re: F-18 surge valve; AS079211-AS085912; |
| | DTX 0181 | | | | 03/03/1978; Garrett Airesearch Model GTCP331-250 Auxiliary Power Unit for the Boeing New Airplane, Preliminary Technical Proposal 31-2834 Vol. 1; ; HSC 023 |
| | DTX 0182 | | | | 03/15/1978; Airesearch MFG. memo re: F-18 surge control system development summary; AS085893-AS085912; HSC Remand 007 |
| | DTX 0183 | | | | 03/29/1978; Airesearch Mfg. memo re: Fooled F-18 surge control valve concept; AS085951-AS085955; |
| | DTX 0184 | | | | 06/09/1978; Airesearch Mfg. memo re: GTCP331 surge control valve; AS201705-AS201709; HSC Remand 008 |
| | DTX 0185 | | | | 07/06/1979; Honeywell Preliminary Design Review for the Model GTCP331-200 Auxiliary Power Unit and Electric Control Unit July 23-24, 1979 excerpt; AS200041; AS200070-AS200080; HSC Remand 010 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0186 | | | | 07/06/1979; Honeywell Preliminary Design Review for the Model GTCP331-200 [] Auxiliary Power Unit and Electronic Control Unit July 23-24, 1979; AS200041-AS200490; |
| | DTX 0187 | | | | 08/01/1979; Garrett Technical Discussions Power Section Surge Protection Airesearch Model GTCP331-250(E) APU; AS037703-AS037714; |
| | DTX 0188 | | | | 08/11/1979; Airesearch Mfg. GTCP331-200 APU Project Development Test Outline: Surge Protection System Evaluation; AS123039-AS123043; HSC Remand 011 |
| | DTX 0189 | | | | 09/10/1979; Garrett GTCP331-200/250 APU Project Development Test Outline re: Surge Valve control; AS147056-AS147063; |
| | DTX 0190 | | | | 11/26/1979; Garrett drawings re: Model GTCP331-200 Surge System Requirements; AS122953-AS122956; |
| | DTX 0191 | | | | 12/06/1979; Garrett Coordination memo re: L/C surge control; AS123106-AS123116; |
| | DTX 0192 | | | | 12/19/1979; Garrett presentation re: model GTCP331-200 surge system review; AS199763-AS199778; HSC Remand 012 |
| | DTX 0193 | | | | 12/28/1979; Garrett Coordination memo re: 331-200 driven compressor maps; AS147278-AS147296; HSC Remand 014 |
| | DTX 0194 | | | | 02/15/1980; Garrett Procurement Specification for the Electronic Control Box (ECB) P/N 2117402-1 used with Airesearch Model GTCP331-250 [E] Auxiliary Power Unit; ; |
| | DTX 0195 | | | | 03/04/1980; File: Boeing SCV schedule; calculation of schedule for feedback actuator; AS123053-AS123057; HSC Remand 015 |
| | DTX 0196 | | | | 04/01/1980; Garrett memo re: GTCP331-200/250 IGV position loop definition; AS122946-AS122948; |
| | DTX 0197 | | | | 04/17/1980; Airesearch memo re: update on the GTCP331 closed loop surge control testing; AS146792-AS146819; HSC Remand 017 |
| | DTX 0198 | | | | 01/28/1981; Garrett memo re: GTC-200 (F-18 APU) surge control system and MASC; AS086013-AS086026; HSC Remand 018 |
| | DTX 0199 | | | | 05/14/1981; Garrett Technical Description of the Electric Control Unit for the GTCP331-200(A) APU P/N 2117342-1; AS022251-AS022318; |
| | DTX 0200 | | | | 12/01/1981; File: GTCP 331-250 comp map; AS147274-AS147277; HSC Remand 016 |
| | DTX 0201 | | | | 12/02/1981; Garrett Technical Description of Electronic Control Unit P/N 2117342-1 for the GTCP331-200(A) Auxiliary Power Unit; AS025997-AS026067; HSC Remand 019 |
| | DTX 0202 | | | | 12/16/1983; Garrett Memo re: Test results of GTCP85-1000 diffuser flow sensor; RMDAS000070-RMDAS000091 ; HSC Remand 022 |
| | DTX 0203 | | | | 05/01/1985; Garrett memo re: selection and operation of the GTC131 surge control system; RMDAS000092-RMDAS000103; HSC Remand 023 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0204 | | | | 09/20/1985; Garrett memo re: GTCP36-300 surge control system dynamic analysis and design; RMDAS000225-RMDAS000252; HSC Remand 027 |
| | DTX 0205 | | | | 12/06/1985; Handwritten notes with document re: GTCP131 diffuser meeting; RMDAS000215-RMDAS000217; HSC Remand 033 |
| | DTX 0206 | | | | 07/07/1986; Garrett presentation re: Garrett GTCP331-200 APU for the B767-400 Aircraft; AS027541-AS027572; HSC Remand 024 |
| | DTX 0207 | | | | ; Became JTX 38; ; |
| | DTX 0208 | | | | 09/19/1988; AlliedSignal Functional Description for the GTCP331-350[C] Auxiliary Power Unit/Subsystem and Electronic Control Box; ; |
| | DTX 0209 | | | | 04/28/1989; File: flow sensor, containing coordination memos re: flow sensor; AS011043-AS011060; |
| | DTX 0210 | | | | 05/04/1989; AlliedSignal GAPD/Turbomecca coordination memo re: selection of static pressure pickup for surge control; AS009522-AS009524; HSC Remand 025 |
| | DTX 0211 | | | | ; AlliedSignal Employees Guide to Patents and Inventions; AS183527-AS183573 ; |
| | DTX 0212 | | | | 12/05/1996; AlliedSignal Procurement Specification for the GTCP331-350[C] Auxiliary Power Unit Load Compressor Part Number 3804007-ALL; AS010853-AS010949; |
| | DTX 0213 | | | | ; 331-350 design notebooks (production ordered by the Court); ; |
| | DTX 0214 | | | | 02/01/1990; Coordination memo re: load compressor surge control system; RMDAS000480-RMDAS000483; |
| | DTX 0215 | | | | 1927; German Article: Ackert, Gas Dynamics and English Translation; SUND004899-SUND004952; |
| | DTX 0216 | | | | 09/00/1980; Article: Ashjaee, Straight-Walled, Two-Dimensional Diffusers - Transitory Stall and Peak Pressure Recovery; SUND004953-SUND004960; |
| | DTX 0217 | | | | 03/00/1977; Article: Baghdadi, The effect of rotor blade wakes on Centrifugal Compressor Diffuser Performance - A Comparative Experiment; SUND007981-SUND007988; |
| | DTX 0218 | | | | 06/00/1981; Article: Bardina, A Prediction Method for Planar Diffuser Flows; SUND005826-SUND005832; |
| | DTX 0219 | | | | 1978; Excerpt from Mark's Standard Handbook for Mechanical Engineers, Baumeister; SUND003930-SUND003933 ; |
| | DTX 0220 | | | | 1958; Excerpts from Mechanical Engineers' Handbook, Baumeister; ; |
| | DTX 0221 | | | | 1971; Excerpt from Fluid Meters Their Theory and Application: Bean, The Classification of Fluid Meters; SUND006244-SUND006252; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0222 | | | | ; Boyce, Tutorial Session on Practical Approach to Surge and Surge Control Systems; SUND003854-SUND003883; |
| | DTX 0223 | | | | 05/10/1992; Article: Bonciani, Unsteady Flow Phenomena in an Industrial Centrifugal Compressor Stage; SUND004432-SUND004443; |
| | DTX 0224 | | | | 06/18/1914; Article: Buckingham, On Physically Similar Systems; Illustrations of the Use of Dimensial Equations; SUND004964-SUND004995; |
| | DTX 0225 | | | | 10/00/1981; Standard University Report - Childs, A Computational Method for Subsonic Compressible Flow in Diffusers; SUND004996-SUND005132; |
| | DTX 0226 | | | | 1979; The American Society of Mechanical Engineers Article: Conrad, The Calculation of Performance Maps for Centrifugal Compressors with Vane-Island Diffusers; SUND006128-SUND006143; |
| | DTX 0227 | | | | 1971; The American Society of Mechanical Engineers Article: Copp, NACA Research Memorandum, Effects of Inlet Wall contour on the Pressure Recovery; SUND006144-SUND006171; |
| | DTX 0228 | | | | 03/25/1974; Creare Science and Technology Technical Note: Dean, The Fluid Dynamic Design of Advanced Centrifugal Compressors; SUND005160-SUND005259; |
| | DTX 0229 | | | | 02/00/1970; U.S. Army Aviation Materiel Laboratories Technical Report 69-76: Dean, Fluid Mechanics Analysis of High-Pressure-Ratio Centrifugal Compressor Data; SUND006437-SUND007011; |
| | DTX 0230 | | | | 1984; Russian Article: Deych, Gidrogazodinamika and English translation; SUND005780; |
| | DTX 0231 | | | | 04/28/1972; Article: Deich, Gas Dynamics of Diffusers and Exhaust Ducts of Turbomachines; SUND005296-SUND005314; |
| | DTX 0232 | | | | 1978; Excerpt from Fluid Mechanics Thermodynamics of Turbomachinery, Dixon; SUND007948-SUND007964; |
| | DTX 0233 | | | | 03/00/1979; NASA Report: Dolan, Design, Development, and Test of a Laster Velocimeter for a Small 8:1 Pressure Ratio Centrifugal Compressor; SUND005326-SUND005333; |
| | DTX 0234 | | | | ; Became JTX 27; ; |
| | DTX 0235 | | | | 05/00/1968; Article: Fallin, Controls for an Axial Turboblower; HSC100923-HSC100926; |
| | DTX 0236 | | | | 10/00/1977; Article: Fehervari, Asymmetric Algorithm Tightens Compressor Surge Control; HSC100920-HSC100922; |
| | DTX 0237 | | | | 05/06/1986; Article from The Third International Conference on Turbocharging and Turbocharges: Fisher, Development of Vaned Diffuser Compressors for Heavy Duty Diesel Engine Turbochargers; SUND004222-SUND004233; |
| | DTX 0238 | | | | 03/00/1981; Journal Mechanical Engineering Science: Fisher, A study of Diffuser/Rotor Interaction in a Centrifugal Compressor; SUND004234-SUND004241 ; |
| | DTX 0239 | | | | 12/10/1909; Article: Gibson, On the Flow of Water through Pipes and Passages having Converging or Diverging Boundaries; SUND005913-SUND005925 ; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0240 | | | | 1972; Excerpt from NASA Turbine Design and Application Volume 1, Glassman; SUND003940-SUND003946; |
| | DTX 0241 | | | | 1996; Excerpt from Genesis of the Jet, Frank Whittle and the Invention of the Jet, Golley; SUND005958-SUND005960; |
| | DTX 0242 | | | | 11/00/1970; Excerpt from Mechanics and Thermodynamics of Propulsion, Chemical Rockets, Expansion in Nozzles, Hill; SUND003951-SUND003956; |
| | DTX 0243 | | | | 1958; Article: Horlock, Fluid Mechanics and Thermodynamics of Axial Compressors, Some Concepts; SUND006273-SUND006303; |
| | DTX 0244 | | | | 1956; Article: Howarth, Modern Developments in the Fluid Dynamics High Speed Flow; SUND003541-SUND003547 ; |
| | DTX 0245 | | | | 2001; Excerpt from Jane's Civil Aircraft - Lockheed L-1011 Tristar, Aboulafia; SUND005961-SUND005962; |
| | DTX 0246 | | | | 1984; Article: Jansen, Improvements in Surge Margin Centrifugal Compressors; SUND003408-SUND003424; |
| | DTX 0247 | | | | 12/00/1976; Creare Technical Note: Japikse, The development and Design of High Performance Turbomachinery; SUND006304-SUND006342; |
| | DTX 0248 | | | | 07/00/1979; Engineering for Power Article: Japikse, Annular Diffuser Performance for an Automotive Gas Turbine; SUND005537-SUND005551; |
| | DTX 0249 | | | | 1982; Article: Japikse, Advanced Diffusion Levels in Turbocharger Compressors and Component Matching; SUND004570-SUND004583; |
| | DTX 0250 | | | | 1984; Turbomachinery Diffuser Design Technology, Japikse; ; |
| | DTX 0251 | | | | 06/08/1986; ASME Article: Japikse, Optimization of Industrial Centrifugal Compressors, Part 6A: Studies in Component in Performance - Eight Design Cases from 1972 to 1982; SUND004526-SUND004541; |
| | DTX 0252 | | | | 06/08/1986; ASME Article: Japikse, Optimization of Industrial Centrifugal Compressors, Part 6B: Studies in Component in Performance - Eight Design Cases from 1972 to 1982; SUND004542-SUND004559; |
| | DTX 0253 | | | | 1996; Centrifugal Compressor Design and Performance, Japikse; ; |
| | DTX 0254 | | | | 1997; Introduction to Turbomachinery, Japikse; ; |
| | DTX 0255 | | | | 1998; Diffuser Design Technology, Japikse; ; |
| | DTX 0256 | | | | 2003; Axial and Radial Turbines, Moustapha; ; |
| | DTX 0257 | | | | ; ASME Article: Jiang, Improved Vane-Island Diffusers at High Swirl; SUND004560-SUND004569; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0258 | | | | 05/00/1974; Article: Juhasz, Effect of Diffuser Bleed on Performance of an Annular Swirl Can Combustor; SUND005890-SUND005912 ; |
| | DTX 0259 | | | | 04/00/1975; Article: Juhasz, Effect of Wall Edge Suction on Performance of a Short Dump Annular Diffuser with Exit Passage Flow Resistance; SUND005574-SUND005606; |
| | DTX 0260 | | | | 1975; Article: Juhasz, Effect of Wall Suction on Performance of a Short Annular Diffuser at Inlet Mach Numbers up to 0.5; SUND005552-SUND005573; |
| | DTX 0261 | | | | 1982; Article: Kano, Study of Flow Distribution and Aerodynamic Performance of Centrifugal Compressor; SUND005833-SUND005849; |
| | DTX 0262 | | | | 00/00/1963; Sulzer Technical Review Article: Kempe, The Control of Turbo-Compressors; HSB401041-HSB401053; |
| | DTX 0263 | | | | 01/00/1969; Journal of Engineering for Power Article: Kenny, A Novel Low-Cost Diffuser for High Performance Centrifugal Compressors; SUND006263-SUND006272; |
| | DTX 0264 | | | | ; Agard Advisory Group For Aerospace Research & Development: Kenny, Lecture Series No. 39 on Advanced Compressors - Supersonic Radial Diffusers; SUND004283-SUND004317; |
| | DTX 0265 | | | | 12/14/1971; ASME Article: Kenny, A Comparison of the Predicted and Measured Performance of High Pressure Ratio Centrifugal Diffusers; SUND003812-SUND003831; |
| | DTX 0266 | | | | 03/00/1973; NASA Technical Note: Klassen, Performance of A Low-Pressure-Ratio Centrifugal Compressor with Four Diffuser Designs; SUND003682-SUND003709; |
| | DTX 0267 | | | | 01/00/1979; Article: Kolnsberg, Reasons for Centrifugal Compressor Surging and Surge Control; SUND003425-SUND003432; |
| | DTX 0268 | | | | 11/00/1980; AGARD Article: Krain, Experimental and Theoretical Investigations on the Internal Flow in a Centrifugal Compressor Diffuser; SUND005850-SUND005871; |
| | DTX 0269 | | | | 1980; AGARD Article: Japikse, The Influence of Diffuser Inlet Pressure Fields on The Range and Durability of Centrifugal Compressor Stages; SUND005874-SUND005889 ; |
| | DTX 0270 | | | | 02/00/1960; Excerpt form Elements of Gasdynamics, Liepmann; SUND003528-SUND003533; |
| | DTX 0271 | | | | 05/08/1967; Chemical Engineering Article: Magliozzi, Control System Prevents Surging in Centrifugal-Flow Compressors; HSC100927-HSC100930; |
| | DTX 0272 | | | | 02/02/1970; Garrett Corp. Interim Technical Report: Meshew, Advanced Auxiliary Power System Technology Program; SUND005633-SUND005636; |
| | DTX 0273 | | | | 11/00/1974; Article: Newton, The Cost of Inefficiency in Refrigeration Fluid Machinery; SUND005637-SUND005644; |
| | DTX 0274 | | | | 12/00/1977; Article: Nisenfeld, Parallel Compressor Control; HSC100905-HSC100909; |
| | DTX 0275 | | | | 02/00/1978; Article: Nisenfeld, Parallel Compressor Control ... What Should be Considered; HSC100910-HSC100913; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0276 | | | | 11/00/1978; Article: Nisenfeld, Parallel Compressor Control; HSC100914-HSC100919; |
| | DTX 0277 | | | | 04/00/1975; Excerpt from: Aerodynamic and Mechanical Design of an 8:1 Pressure Ratio Centrifugal Compressor, Osborne; SUND005645-SUND005659; |
| | DTX 0278 | | | | 02/23/1976; SAE Article: Pampreen, The Use of Variable Inlet Guide Vanes for Automotive Gas Turbine Engine Augmentation and Load Control; SUND004685-SUND004700; |
| | DTX 0279 | | | | 1949; Excerpt from Essentials of Fluid Dynamics with Applications to Hydraulics, Aeronautics, Meteorology and Other Subjects, Prandtl; SUND003534-SUND003540; |
| | DTX 0280 | | | | 02/00/1953; NACA Technical Note 2888: Reid, Performance Characteristics of Plane-Wall Two-Dimensional Diffusers; SUND005660-SUND005740; |
| | DTX 0281 | | | | 01/06/1966; Journal of Basic Engineering Article: Reneau, Performance and Design of Straight, Two-Dimensional Diffusers; SUND004256-SUND004265; |
| | DTX 0282 | | | | 1982; ASME Article: Rodgers, The Performance of Centrifugal Compressor Channel Diffusers; SUND004242-SUND004255; |
| | DTX 0283 | | | | 11/30/1973; ASME Article: Rodgers, Design and Test of a Small Two-Stage High Pressure Ratio Centrifugal Compressor; SUND004591-SUND004604; |
| | DTX 0284 | | | | ; Article: Rodgers, Impeller Stallings as Influenced by Diffusion Limitations; SUND004815-SUND004845; |
| | DTX 0285 | | | | 03/00/1973; Technical Report 73-4: Rodgers, Two-Stage High Pressure-Ratio Centrifugal Compressor prepared for U.S. Army; SUND004701-SUND004766; |
| | DTX 0286 | | | | 1957; Excerpt from History of Hydraulics: Roman Water Supply Systems, Rouse; SUND008114-SUND008127; |
| | DTX 0287 | | | | 05/00/1975; Creare Science and Technology Diffuser Data Book, Rundstadler; SUND003433-SUND003527; |
| | DTX 0288 | | | | 09/00/1973; Journal of Fluids of Engineering Article: Rundstadler, Further Data on the Pressure Recovery Performance of Straight-Channel, Plane-Divergence Diffusers at High Sibsonic Mach Numbers; SUND004861-SUND004872; |
| | DTX 0289 | | | | 09/00/1969; Journal of Basic Engineering Article: Runstadler, Straight Channel Diffuser Performance at High Inlet Mach Numbers; SUND004873-SUND004898 ; |
| | DTX 0290 | | | | 1969; Excerpt from SAE Aerospace Applied Thermodynamics Manual: Thermodynamics and Compressible Flow; SUND003233-SUND003236 ; |
| | DTX 0291 | | | | 1986; Russian Article: Seleznev, Theory and Calculation of Turbo Compressors and English translation; SUND006253-SUND006262; |
| | DTX 0292 | | | | 1970; Russian Article: Deich, Hydro and Gas Dynamics and English translation; SUND007927-SUND007947; |
| | DTX 0293 | | | | 1953; Excerpts from The Dynamics and Thermodynamics of Compressible Fluid Flow, Shapiro; SUND006172-SUND006243; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0294 | | | | 1956; Excerpt from Principles of Turbomachinery: Thermodynamics of Gas Flow, Sheperd; SUND006343-SUND006396; |
| | DTX 0295 | | | | 04/00/1964; ASME Article: Shouman, The Use of Compressor-Inlet Prewhirl for the Control of Small Gas Turbines; SUND003963-SUND003967; |
| | DTX 0296 | | | | ; Article: Sovrano, Experimental Investigation of the Near-Surge Flow in a High Performance Centrifugal Compressor; SUND004767-SUND004790; |
| | DTX 0297 | | | | 12/00/1970; Garrett Corp. Report excerpt: Spragins, Advanced Auxiliary Power System Technology Program; SUND005630-SUND005632; |
| | DTX 0298 | | | | 12/00/1977; Proceedings of the Sixth Turbomachinery Symposium Article: Boyce, Dynamic Simulation of Compressor Systems; SUND003625-SUND003662; |
| | DTX 0299 | | | | 1927; Excerpt from The Flow of Elastic Fluids, Stodola; SUND005774-SUND005779; |
| | DTX 0300 | | | | ; Article: Toyama, An Experimental Study of Surge in Centrifugal Compressors; SUND003755-SUND003776; |
| | DTX 0301 | | | | ; ASME Article: Stohlgren, The GTCP331, A 600 hp Auxiliary Power Unit Program; ; |
| | DTX 0302 | | | | 1982; German Excerpt from Thermal Turbo Machines Vol. 2 and English translation, Traupel; SUND007972-SUND007980; |
| | DTX 0303 | | | | 1977; German Excerpt from Thermal Turbo Machines Vol. 1 and English translation, Traupel; SUND007965-SUND007971; |
| | DTX 0304 | | | | 12/14/1977; ASME Article: Verdonk, Vaned Diffuser Inlet Flow Conditions for a High Pressure Ratio Centrifugal Compressor; SUND003777-SUND003792; |
| | DTX 0305 | | | | 1976; Article: Warnock, Typical Compressor Control Configurations; HSC101022-HSC101036; |
| | DTX 0306 | | | | 1982; Excerpt from Tubrocharging The International Combustion Engine: The Radial Flow Compressor, Watson; SUND006397-SUND006436; |
| | DTX 0307 | | | | 10/00/1969; USAAVLABS Technical Report 69-56: Rundstadler, Pressure Recovery of Performance of Straight-Channel, Single-Plane Divergence Diffusers at High Mach Numbers for U.S. Army; SUND007012-SUND007504; |
| | DTX 0308 | | | | 09/00/1967; Boeing Technical Report 67-47: Welliver, Design and Development of Small, Single-Stage Centrifugal Compressor (U); SUND007505-SUND007926; |
| | DTX 0309 | | | | 12/25/1972; Chemical Engineering Article: White, Surge Control for Centrifugal; HSB401304-HSB401312; HSC Remand 031 |
| | DTX 0310 | | | | 03/26/1969; SAE Article: Wojciehewski, On-Board Gas Turbine APU's for Executive Aircraft; SUND005810-SUND005817; |
| | DTX 0311 | | | | ; Became JTX 37; ; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0312 | | | | 05/00/1966; Garrett Corp. Report for NASA: Perrone, Brayton Cycle 3.2 Inch Radial Compressor Performance Evaluation; SUND007989-SUND008113; |
| | DTX 0313 | | | | 05/17/1949; U.S. Patent 2,470,565; SUND005626-SUND005629; |
| | DTX 0314 | | | | 10/29/1957; U.S. Patent 2,811,302; ; HSC Remand 028 |
| | DTX 0315 | | | | 02/14/1961; U.S. Patent 2,971,328; ; |
| | DTX 0316 | | | | ; Became JTX 28; ; |
| | DTX 0317 | | | | 07/31/1962; U.S. Patent 3,047,210; RMDAS000150-RMDAS000159; |
| | DTX 0318 | | | | ; Became JTX 29; ; |
| | DTX 0319 | | | | 10/21/1969; U.S. Patent 3,473,727; SUND003548-SUND003558; |
| | DTX 0320 | | | | 08/26/1975; U.S. Patent 3,901,620; SUND003559-SUND003564; |
| | DTX 0321 | | | | 06/15/1976; U.S. Patent 3,936,367; SUND003565-SUND003570; |
| | DTX 0322 | | | | 09/06/1977; U.S. Patent 4,046,490; SUND003571-SUND003579; |
| | DTX 0323 | | | | 02/06/1979; U.S. Patent 4,137,710; SUND003580-SUND003584; |
| | DTX 0324 | | | | 03/06/1979; U.S. Patent 4,142,838; SUND003585-SUND003592; |
| | DTX 0325 | | | | 03/15/1979; German Patent DE 27 39 229; SUND003615-SUND003624; |
| | DTX 0326 | | | | 05/29/1979; U.S. Patent 4,156,578; SUND003593-SUND003603; |
| | DTX 0327 | | | | 08/07/1979; U.S. Patent 4,164,033; SUND001656-SUND001663; HSC Remand 029 |
| | DTX 0328 | | | | 08/07/1979; U.S. Patent 4,164,035; SUND001803-SUND001812; |
| | DTX 0329 | | | | 12/11/1979; U.S. Patent 4,177,649; SUND005789-SUND005794; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0330 | | | | 05/20/1980; U.S. Patent 4,203,701; SUND003604-SUND003607 ; |
| | DTX 0331 | | | | 06/03/1980; U.S. Patent 4,205,941; SUND003390-SUND003398; |
| | DTX 0332 | | | | 07/08/1980; U.S. Patent Re. 30,329; SUND003399-SUND003407; |
| | DTX 0333 | | | | 10/28/1980; U.S. Patent 4,230,437; SUND003608-SUND003614; |
| | DTX 0334 | | | | 01/12/1982; U.S. Patent 4,309,871; SUND005795-SUND005808; |
| | DTX 0335 | | | | ; Became JTX 30; ; |
| | DTX 0336 | | | | ; Became JTX 31; ; |
| | DTX 0337 | | | | ; Became JTX 32; ; |
| | DTX 0338 | | | | ; Became JTX 33; ; |
| | DTX 0339 | | | | 04/03/1987; European Patent 0212971; ; |
| | DTX 0340 | | | | 05/05/1987; U.S. Patent 4,662,817; RMDAS000064-RMDAS000069; HSC Remand 026 |
| | DTX 0341 | | | | 11/25/2005; Online European Patent Register Search Results; ; |
| | DTX 0342 | | | | 12/10/1999; AlliedSignal's Responses to Sundstrand's First Set of Interrogatories; ; |
| | DTX 0343 | | | | 01/20/2000; Honeywell's Supplemental Responses to Sundstrand's First Set of Interrogatories (Nos. 2, 5, 7); ; |
| | DTX 0344 | | | | 04/19/2000; Honeywell's Second Supplemental Responses to Sundstrand's First Set of Interrogatories (Nos. 2, 5, 6, 8, 9, 12); ; |
| | DTX 0345 | | | | 07/03/2000; Honeywell's Responses and Objections to Defendant's Second Set of Interrogatories to Plaintiffs; ; |
| | DTX 0346 | | | | 07/03/2000; Honeywell's Responses and Objections to Defendant's First Set of Requests to Admit to Plaintiffs; ; |
| | DTX 0347 | | | | 07/21/2000; Honeywell's Third Supplemental Responses and Objections to Defendant's First Set of Interrogatories (Nos. 1, 5, 6, 9, 10) to Plaintiffs; ; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0348 | | | | 09/05/2000; Honeywell's Fourth Supplemental Responses and Objections to Defendant's First Set of Interrogatories (No. 1) to Plaintiffs; ; |
| | DTX 0349 | | | | 09/07/2000; Declaration of Gerard Muller in Support of Honeywell's Responses to Sundstrand's Summary Judgment Motions Filed August 7, 2000; ; HSC Remand 006 |
| | DTX 0350 | | | | 09/07/2000; Declaration of Jim Crocker Clark in Support of Honeywell's Responses to Sundstrand's Summary Judgment Motions Filed August 7, 2000; ; HSC Remand 005 |
| | DTX 0351 | | | | 09/08/2000; Honeywell's Opposition to Hamilton Sundstrand's Motion For Summary Judgment With Regard to Infringement and Validity of Honeywell's '893 and '194 Patents; ; |
| | DTX 0352 | | | | 01/08/2001; Honeywell International, Inc., et al. v. Hamilton Sundstrand Corp., No. 99-309-GMS, 2001 U.S. Dist. LEXIS 2155 (Del. January 8, 2001); ; |
| | DTX 0353 | | | | 02/05/2001-02/16/2001; 2001 Trial transcript, vols. 1-10; ; |
| | DTX 0354 | | | | 02/20/2001; Judgment and Special Verdict Form; ; |
| | DTX 0355 | | | | 05/07/2001; Honeywell's Opposition to Hamilton Sundstrand's Brief in Support of Motions For Judgment As A Matter of Law And For A New Trial on Issues Pertaining to Liability; ; |
| | DTX 0356 | | | | 09/27/2001; Honeywell International, Inc., et al. v. Hamilton Sundstrand Corp. 166 F. Supp. 2d 1008 (Del. 2001); ; |
| | DTX 0357 | | | | 12/04/2001; U.S. Court of Appeals, Fed. Cir., Brief for Plaintiffs-Appellants Honeywell; ; |
| | DTX 0358 | | | | 03/22/2002; U.S. Court of Appeals, Fed. Cir., Reply Brief for Plaintiffs-Appellants Honeywell; ; |
| | DTX 0359 | | | | 05/02/2004; Honeywell International, Inc., et al. v. Hamilton Sundstrand Corp. 370 F.3d 1131 (Fed. Cir. 2004); ; |
| | DTX 0360 | | | | 08/29/2005; Hearing transcript; ; |
| | DTX 0361 | | | | 10/03/2005; Honeywell's Responses to Sundstrand's First Set of Interrogatories; ; HSC Remand 004 |
| | DTX 0362 | | | | 10/11/2005; Defendant's Notice of 30(b)(6) Deposition; ; HSC Remand 001 |
| | DTX 0363 | | | | 10/17/2005; Honeywell's Responses to Sundstrand's First Set of Requests For Admission; ; |
| | DTX 0364 | | | | 10/28/2005; Honeywell's Notice of 30(b)(6) Deposition; ; HWL Remand 001 |
| | DTX 0365 | | | | 11/08/2005; Defendant's Notice of 30(b)(6) deposition; ; HSC Remand 002 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0366 | | | | 11/23/2005; Honeywell's Responses to Sundstrand's Second Set of Interrogatories; ; |
| | DTX 0367 | | | | 12/02/2005; Honeywell's Objections and First Supplemental Response to Sundstrand's Interrogatory No. 5; ; |
| | DTX 0368 | | | | ; Number not used; ; |
| | DTX 0369 | | | | ; John Goolkasian Curriculum Vitae; ; |
| | DTX 0370 | | | | ; David Japikse Curriculum Vitae; ; |
| | DTX 0371 | | | | ; Handwritten drawing for single stage centrifugal compressor without variable inlet guide vanes (IGV); ; HSC Remand 035 |
| | DTX 0372 | | | | ; Handwritten drawing re: Venturi; ; HSC Remand 036 |
| | DTX 0373 | | | | ; Handwritten drawing re: diffusers; ; HSC Remand 039 |
| | DTX 0374 | | | | 02/01/2006; Honeywell's Supplemental Responses to Sundstrand's Interrogatories Nos. 2-6; ; |
| | DTX 0375 | | | | 08/07/1979; Figure 1 from U.S. Patent 4,164,033 re: Air Flow Rate; ; HSC Remand 003 |
| | DTX 0376 | | | | 2002; Excerpt from Janes Aircraft Recognition Guide, Endres & Gething; ; |
| | DTX 0377 | | | | 2003; Excerpt from Civil Aircraft 2003/2004, Frawley; ; |
| | DTX 0378 | | | | ; L-1011 Production List; ; |
| | DTX 0379 | | | | 08/04/1992; Sundstrand Engineering Specification APS 3200 ECB Requirements Revision E; HSA122904-HSA123045; |
| | DTX 0380 | | | | 05/23/1995; Sundstrand Engineering Specification APS 3200 ECB Requirements Revision M; HSA123728-HSA123914; |
| | DTX 0381 | | | | ; Citation sheet re: Fluid Mechanics Analysis of High-Pressure Ratio Centrifugal Compressor Data; ; |
| | DTX 0382 | | | | ; Handwritten flow chart: Evolution of GTCP331-350 Hydraulic Surge Control System up to April 1989; RMDAS000632; |
| | DTX 0383 | | | | ; Handwritten AlliedSignal presentation: Surge Control Development Activities in Raunheim; RMDAS000488-RMDAS000497; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DTX 0384 | | | | 11/00/1987; AlliedSignal Presentation re: Surge Control Study for GTCP331-350/Boeing 767-400 ; AS103031-AS103086; |
| | DTX 0385 | | | | ; Demonstratives on foreseeability; ; |
| | DTX 0386 | | | | ; Demonstratives on tangential relationship; ; |
| | DTX 0387 | | | | ; Demonstratives on other reasons; ; |
| | DTX 0388 | | | | ; Demonstratives relating to testimony of John Goolkasian; ; |
| | DTX 0389 | | | | ; Demonstratives relating to testimony of David Japikse; ; |
| | DTX 0390 | | | | ; Demonstratives on background of compressors, diffusers and surge control; ; |
| | DTX 0391 | | | | ; Demonstratives relating to L1011 surge control system; ; |
| | DTX 0392 | | | | ; Demonstratives relating to APS 3200 surge control system; ; |
| | DTX 0393 | | | | ; www.utc.com; ; |
| | DTX 0394 | | | | ; www.honeywell.com; ; |
| | DTX 0395 | | | | ; Demonstratives for opening statement; ; |
| | DTX 0396 | | | | ; Demonstratives for closing argument; ; |
| | DTX 0397 | | | | ; Other demonstratives; ; |
| | DTX 0398 | | | | ; All exhibits not previously listed that are referred to in deposition testimony designated by HSC; ; |
| | DTX 0399 | | | | ; L1011 diffuser; ; |
| | DTX 0400 | | | | ; APS 3200 APU diffuser; ; |
| | DTX 0401 | | | | 11/28/2005; Letter re: 30(b)(6) depositions; ; |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |