# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351-9415
lpolizoti@mnat.com

February 28, 2006

**BY E-FILING**

Dr. Peter T. Dalleo
Clerk, United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *Honeywell International Inc. and Honeywell Intellectual Properties Inc. v. Hamilton Sundstrand Corp.*, C.A. No. 99-309 (GMS)

Dear Dr. Dalleo:

      Enclosed is plaintiffs' revised Exhibit 6 to the Pretrial Order. Please substitute the revised exhibit list for current Exhibit 6 of the parties' Final Pretrial Order (D.I. 388). Also enclosed are Exhibits 12-15. Please insert them into the Final Pretrial Order as well.

      Thank you for your assistance.

                    Respectfully,

                    */s/ Leslie A. Polizoti*

                    Leslie A. Polizoti (#4299)

Enclosures
cc:    Richard D. Kirk, Esquire (by e-filing, electronic mail and by hand - w/ encls.)
        Mark L. Levine, Esquire (by electronic mail - w/encls.)
        Jonathan F. Putnam, Esquire (by electronic mail - w/ encls.)