EXHIBIT 6

Case 1:99-cv-00309-GMS   Document 399-2   Filed 02/28/2006   Page 1 of 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | Case No.: 99-309 (GMS) |

**FINAL PRETRIAL ORDER
EXHIBIT 6**

**HONEYWELL'S LIST OF EXHIBITS**

Honeywell's list of exhibits follows on AO Form 187.

# United States District Court

### DISTRICT OF DELAWARE

**EXHIBIT AND WITNESS LIST**

Honeywell International Inc. and
Honeywell Intellectual Properties Inc.
v. Hamilton Sundstrand Corporation

**CASE NUMBER:** 99-309-GMS

| PRESIDING JUDGE  Gregory M. Sleet | PLAINTIFF'S ATTORNEY  Thomas C. Grimm | DEFENDANT'S ATTORNEY  Richard D. Kirk |
|---|---|---|
| TRIAL DATE(S)  **March 23, 2006** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1001. | | | | | 1/31/84 | United States Patent No. 4,428,194  AS 198995 - 199005 |
| PTX 1002. | | | | | 4/26/83 | United States Patent No. 4,380,893  AS 198898 - 198907 |
| PTX 1003. | | | | | | File History for the United States Patent No. 4,428,194  HSB 401518 - 82 |
| PTX 1004. | | | | | | File History for the United States Patent No. 4,380,893  HSB 401406 - 84 |
| PTX 1005. | | | | | 3/19/68 | United States Patent No. 3,373,675  RMD AS 000104 - 108 |
| PTX 1006. | | | | | 11/19/68 | United States Patent No. 3,411,702  RMD AS 000109 - 113 |
| PTX 1007. | | | | | 8/1/61 | United States Patent No. 2,994,471  RMD AS 000114 - 116 |
| PTX 1008. | | | | | 10/22/74 | United States Patent No. 3,842,720  RMD AS 000117 - 121 |
| PTX 1009. | | | | | 4/24/73 | United States Patent No. 3,728,955  RMD AS 000122 - 130 |
| PTX 1010. | | | | | 12/19/72 | United States Patent No. 3,706,270  RMD AS 000131 - 134 |
| PTX 1011. | | | | | 4/29/69 | United States Patent No. 3,441,045  RMD AS 000135 - 139 |
| PTX 1012. | | | | | 1/23/68 | United States Patent No. 3,364,837  RMD AS 000140 - 146 |
| PTX 1013. | | | | | 1/9/68 | United States Patent No. 3,362,626  RMD AS 000147 - 149 |
| PTX 1014. | | | | | 9/28/15 | United States Patent No. 1,154,959  RMD AS 000160 - 163 |
| PTX 1015. | | | | | 2/4/13 | United States Patent No. 1,052,172  RMD AS 000164 - 166 |
| PTX 1016. | | | | | 10/84 | Patent Procurement  RMD AS 000001 - 44 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1017. | | | | | | Employees' Guide To Patents and Inventions RMD AS 000050 - 63 |
| PTX 1018. | | | | | 8/3/00 | Declaration of Peter J. Suttie |
| PTX 1019. | | | | | 7/17/00 | Hamilton Sundstrand's Response to Plaintiffs' First Set of Requests of Admission |
| PTX 1020. | | | | | 10/30/00 | Hamilton Sundstrand's Response to Honeywell's Second Set of Requests for Admission |
| PTX 1021. | | | | | 10/11/05 | Hamilton Sundstrand's Response to Plaintiffs' First Set of Requests for Admission (Remand) |
| PTX 1022. | | | | | 10/31/05 | Defendant Hamilton Sundstrand Corporation's Objections and Responses to Plaintiff' second Set of Requests for Admission |
| PTX 1023. | | | | | 12/9/05 | Hamilton Sundstrand's Response to Plaintiffs' Third Set of Requests for Admission |
| PTX 1024. | | | | | 12/10/99 | Hamilton Sundstrand's Response to Plaintiffs' First Set of Interrogatories |
| PTX 1025. | | | | | 4/3/00 | Hamilton Sundstrand's Response to Plaintiffs' Second Set of Interrogatories |
| PTX 1026. | | | | | 4/19/00 | Hamilton Sundstrand's Supplemental Response to Plaintiffs' Interrogatories Nos. 1 and 2 |
| PTX 1027. | | | | | 5/15/00 | Hamilton Sundstrand's Supplemental Response to Plaintiffs' Interrogatories 3 and 4 |
| PTX 1028. | | | | | 7/12/00 | Hamilton Sundstrand's Second Supplemental Response to Plaintiffs' Interrogatory No. 1 |
| PTX 1029. | | | | | 7/12/00 | Hamilton Sundstrand's Second Supplemental Response to Plaintiffs' Interrogatories Nos. 3 and 4 |
| PTX 1030. | | | | | 10/25/00 | Hamilton Sundstrand's Response to Honeywell's Interrogatory Concerning Surge Control Devices |
| PTX 1031. | | | | | 11/14/00 | Hamilton Sundstrand's Responses to Honeywell's Fourth Set of Interrogatories |
| PTX 1032. | | | | | 11/29/00 | Hamilton Sundstrand's First Supplemental Response to Honeywell's Interrogatory No. 22 |
| PTX 1033. | | | | | 12/22/00 | Hamilton Sundstrand's First Supplemental Response to Honeywell's Interrogatory No. 19 & 23 and Second Supplemental Response to Honeywell's Interrogatory No. 22 |
| PTX 1034. | | | | | 10/11/05 | Hamilton Sundstrand's Response to Plaintiffs' First Set of Interrogatories |

2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1035. | | | | | 10/31/05 | Defendant Hamilton Sundstrand Corporation's Objections and Responses to Plaintiffs' Second Set of Interrogatories |
| PTX 1036. | | | | | 11/14/05 | Defendant Hamilton Sundstrand Corporation's Objections and Responses to Plaintiffs' Third Set of Interrogatories |
| PTX 1037. | | | | | 11/23/05 | Defendant Hamilton Sundstrand Corporation's Objections and First Supplemental Responses to Plaintiffs' Interrogatory Nos. 5, 6 and 8 |
| PTX 1038. | | | | | 12/9/05 | Hamilton Sundstrand's Response to Plaintiffs' Fourth Set of Interrogatories |
| PTX 1039. | | | | | 12/9/05 | Hamilton Sundstrand's First Supplemental Response to Plaintiffs' Interrogatory No. 2 and Second Supplemental Response to Interrogatory No. 5 |
| PTX 1040. | | | | | 1/25/06 | Hamilton Sundstrand's Objections and Supplemental Responses to Plaintiffs' First Set of Interrogatories Nos. 2, 3, 4, 8 and 9 |
| PTX 1041. | | | | | 11/12/92 | Sundstrand Power Systems Fax re: Surge Control HSA 161464 - 476 |
| PTX 1042. | | | | | 9/92 | Fradin, Christian, "Detailed Measurements of the Flow Field in Vaneless and Vaned Diffusers of Centrifugal Compressors RMD AS 000308 - 325 |
| PTX 1043. | | | | | | http://www.sussex.ac.uk/Units/tfmrc/Research/r_cencom.htm RMD AS 000204 - 206 |
| PTX 1044. | | | | | 2002 | Krain, Hartmut, "Unsteady Diffuser Flow in a Transonic Centrifugal Compressor," International Journal of Rotating Machinery RMD AS 000283 - 291 |
| PTX 1045. | | | | | 6/06/05 | Dubitsky, O., and Japikse, D., "Vaneless Diffuser Advanced Model" RMD AS 000296 - 307 |
| PTX 1046. | | | | | 4/22/88 | Memorandum To: Bernard Macarez, From: Ed Goff, Re: GTCP331-350 Load Compressor Static Pressure Pickup for Surge Control AS 004756 - 57 |
| PTX 1047. | | | | | | http://www.omega.com/literature/transactions/volume4/T9904-060FLOW.html RMD AS 000326 - 36 |
| PTX 1048. | | | | | | TS-160 Compressor Surge Control RMD AS 000339 - 40 |
| PTX 1049. | | | | | 8/19/97 | Carter, Don, "Key Controls Upgrade for Critical Hydrogen Recycle Unit RMD AS 000341 - 51 |

3

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1050. | | | | | | http://www.miconsystems.com/papers/centrif.htm<br>RMD AS 000352 - 74 |
| PTX 1051. | | | | | | DeltaV, Compressor Anti-Surge Control Application - Whitepaper<br>RMD AS 000375 - 83 |
| PTX 1052. | | | | | | http://efunda.com/formulae/fluids/venturi_flowmeter.cfm<br>RMD AS 000384 - 86 |
| PTX 1053. | | | | | 9/47 | Brown, W.B., and Bradshaw, G.R., National Advisory Committee for Aeronautics, "Method of Designing Vaneless Diffusers and Experimental Investigation of Certain Undetermined Parameters<br>RMD AS 000389 - 426 |
| PTX 1054. | | | | | | http://www.ist.rwth-aachen.de/enforschung/laufrad.html<br>RMD AS 000427 - 28 |
| PTX 1055. | | | | | | Liu, Z. and Hill, D.L., "Issues surrounding Multiple Frames of Reference Models for Turbo Compressor Applications<br>RMD AS 000429 - 37 |
| PTX 1056. | | | | | 7/00 | Abidogun, K.B., and Ahmed, S.A., "Detailed Experimental Measurements of Flowfield Characteristics in a Radial Vaneless Diffuser"<br>RMD AS 000196 - 203 |
| PTX 1057. | | | | | | Sorokes, J.M., Borer, C.J., and Koch, J.M., "Investigation of the Circumferential Static Pressure Non-Uniformity Caused by a Centrifugal Compressor Discharge Volute"<br>RMD AS 000173 - 86 |
| PTX 1058. | | | | | 12/80 | Yoshinaga, Y., Gyobu, I., Mishina, H., Koseki, F., Nishida, H., "Aerodynamic Performance of a Centrifugal Compressor with Vaned Diffusers"<br>SUND 005818 - 20 |
| PTX 1059. | | | | | 12/5/94 | APS3200 Bleed System, Ed Edelman (Edelman Ex. 71)<br>HSA 226735 - 76 |
| PTX 1060. | | | | | 2/4/93 | Software Problem Report (Edelman Ex. 67)<br>HSB 110069 - 103 |
| PTX 1061. | | | | | 5/27/93 | Coordination Memo re: B-Factor Control Logic Problems (Edelman Ex. 62)<br>HSB 035443 - 52 |
| PTX 1062. | | | | | 3/2/93 | Coordination Memo re: Load Compressor Control (Suttie Ex. 43)<br>HSA 152238 - 44 |

4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1063. | | | | | 7/2/91 | Engineering Specification APS3200 ECB Requirements Specifications (Suttie Ex. 9) HSA 96782 - 965 |
| PTX 1064. | | | | | 10/1/91 | Coordination Memo re: Load Compressor Flow Measurement HSA 211487 |
| PTX 1065. | | | | | 10/25/91 | Coordination Memo re: Load Compressor Flow Measurements HSA 211483 - 87 |
| PTX 1066. | | | | | 4/23/69 | Hamilton Sundstrand Memorandum To: R.A. Moser, From: A.F. Rapp, Re: Dynamic Analysis of the Surge Control for the L-1011 APU WPI: 651-D31-000A SUND 006002 - 29 |
| PTX 1067. | | | | | 7/15/80 | Hamilton Sundstrand Memorandum To: K.I. Harner, From: A.T. Chen, Re: Dynamic Simulation and Analysis of the Nonflowing Surge Control for the Modified L-1011 APU SUND 006049 - 127 |
| PTX 1068. | | | | | 11/4/94 | Coordination Memo re: Pressure Ratio Calculation of Low Flow vs. High Flow Predictor (Edelman Ex. 66) HSB 040385 - 88 |
| PTX 1069. | | | | | 3/9/66 | European Patent No. 1,021,797 (Shell) HSB 401400 - 5 |
| PTX 1070. | | | | | 6/2/91 | Coordination Memo re: Airflow Sensor (PTX 877) HSB 065560 |
| PTX 1071. | | | | | 2/22/91 | Engineering Specification APS 3000 ECB Requirements Specification HSA 122288 - 354 |
| PTX 1072. | | | | | 7/2/91 | Engineering Specification APS 3200 ECB Requirements Specification HSA 123378 - 539 |
| PTX 1073. | | | | | 2/28/91 | Engineering Specification APS 3000 System Requirements Specification HSA 127942 - 73 |
| PTX 1074. | | | | | 2/21/92 | Coordination Memo re: Load Compressor Flow Measurements ECB/APU Interfaces HSB 070018 - 19 |
| PTX 1075. | | | | | 9/10/92 | Coordination Memo re: Qualification ECB HSB 070094 |
| PTX 1076. | | | | | 9/10/92 | Coordination Memo re: Qualification ECB HSB 070095 |
| PTX 1077. | | | | | 10/28/92 | Coordination Memo re: Compatibility Test HSB 070147 - 48 |

5

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1078. | | | | | 12/18/92 | Coordination Memo re: Load Compressor Delta P/P Set Point<br>HSB 070191 |
| PTX 1079. | | | | | 1/25/93 | Coordination Memo re: ECB Interface ICD 2/08/001<br>HSB 070374 - 83 |
| PTX 1080. | | | | | 1/27/93 | Coordination Memo re: ECB Interface ICD 2/08/001 Draft #6<br>HSB 070384 - 94 |
| PTX 1081. | | | | | 3/2/93 | Coordination Memo re: Load Compressor Control<br>HSB 070395 - 98 |
| PTX 1082. | | | | | 2/9/93 | Coordination Memo re: IGV Schedule with ECS Demand<br>HSB 075032 - 33 |
| PTX 1083. | | | | | 2/11/93 | Coordination Memo re: IGV Schedule with ECS Min Demand<br>HSB 075036 - 37 |
| PTX 1084. | | | | | 11/16/93 | Coordination Memo re: L/C Bleed and N Fluctuations<br>HSB 060043 - 46 |
| PTX 1085. | | | | | 10/24/94 | Coordination Memo re: L/C Surge Control<br>HSB 060113 - 4 |
| PTX 1086. | | | | | 12/15/94 | Coordination Memo re: Surge Protection<br>HSB 060120 |
| PTX 1087. | | | | | 1/3/95 | Coordination Memo re: $\Delta P/P$ Set Point<br>HSB 060122 |
| PTX 1088. | | | | | 1/11/95 | Coordination Memo re: Minimum BCV Flow Leakage for Closed IGV<br>HSB 060123 - 24 |
| PTX 1089. | | | | | 2/6/95 | Coordination Memo re: L/C Corrected Flow<br>HSB 060128 |
| PTX 1090. | | | | | 9/13/89 | APS 3000 Review, APS 3000 Control Systems and Accessories<br>(Suttie Ex. 46)<br>HSA 176217 - 295 |
| PTX 1091. | | | | | 3/26/93 | APS 3200 Engineering Report, Surge Margin Throughout Operating Envelope (Dep. Ex. 242)<br>HSA 211142 - 49 |
| PTX 1092. | | | | | 2/11/93 | Coordination Memo re: IGV Schedule with ECS Min Demand (Dep. Ex. 244)<br>HSA 211379 - 80 |
| PTX 1093. | | | | | 11/30/82 | Coordination Memo re: IGV Schedule with ECS Min Demand<br>(Edelman Ex. 68)<br>HSA 211392 - 93 |
| PTX 1094. | | | | | 9/17/93 | APIC APS 3000 Interface Control Document re: ECB Interfaces<br>(Suttie Ex. 45)<br>HSA 226567 - 76 |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1095. | | | | | 3/98 | Sundrand Aerospace, Troubleshooting Guide (Suttie Ex. 42) HSA 240000 - 147 |
| PTX 1096. | | | | | | Alan Greubel's Lab Notebook, Systems 250, 1/92-11/92 (Greubel Ex. 56) HSA 505292 - 383 |
| PTX 1097. | | | | | 8/21/90 | Coordination Memo re: APU Real-Time Simulation (PTX 876) HSB 045219 - 22 |
| PTX 1098. | | | | | 7/8/91 | Coordination Memo re: APS 3000 Load Compressor Airflow Sensor Characteristics HSB 065472 - 73 |
| PTX 1099. | | | | | 6/2/91 | Coordination Memo re: Airflow Sensor HSB 065560 |
| PTX 1100. | | | | | 11/26/91 | Coordination Memo re: Load Compressor Flow Measurements HSB 065585 - 91 |
| PTX 1101. | | | | | 12/18/92 | Coordination Memo re: Load Compressor ΔP/P Set Point (Suttie Ex. 47) HSB 215483 |
| PTX 1102. | | | | | 11/26/91 | Coordination Memo re: Load Compressor Flow Measurements (Ducrocq Ex. 83) HSB 215520 - 22 |
| PTX 1103. | | | | | | Surge Control Logic Drawings (Suttie Ex. 12) HSA 161477 - 79 |
| PTX 1104. | | | | | 6/23/92 | Coordination Memo re: ΔP Measurement (Suttie Ex. 13) HSB 215504 - 6 |
| PTX 1105. | | | | | 2/4/97 | Figure 12A: Closed Loop PI Surge Control (Suttie Ex. 17) HSA 96920 |
| PTX 1106. | | | | | 2/4/97 | Figure 12I: Surge Control Choked Flow Compensation Logic (Suttie Ex. 19) HSA 96921 |
| PTX 1107. | | | | | 2/4/97 | Figure 12C: BCV Altitude Block-Out, Authority Limit, Rate Limit and Sequencing Logic (Suttie Ex. 20) HSA 96922 |
| PTX 1108. | | | | | | BCV Control Diagram (Suttie Ex. 21) |
| PTX 1109. | | | | | 3/16/90 | Revised Agenda, Turbomecca/SPS Meeting - Control Systems (Suttie Ex. 22) HSA 176194 - 216 |
| PTX 1110. | | | | | 10/16/90 | Sundstrand Memo re: APS 3000 Reverse Pneumatic Flow (Suttie Ex. 44) HSA 152363 |
| PTX 1111. | | | | | 1/13/93 | Coordination Memo re: Load Compressor ΔP/P Set Point (Suttie Ex. 48) HSB 215481 - 82 |

7

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1112. | | | | | 4/4/93 | Sundstrand Memo re: Differences Between ICD (Document 2/08/001) and Software Version 1.0.1 (Suttie Ex. 49) HSA 351515 - 19 |
| PTX 1113. | | | | | 1/29/93 | Coordination Memo re: Load Compressor Control (Dep. Ex. 232) HSB 035001 - 3 |
| PTX 1114. | | | | | 2/1/93 | Sundstrand Memo re: B Factor Calculations (Dep. Ex. 239) HSB 260155 - 56 |
| PTX 1115. | | | | | 1/11/93 | APS3200 Qualification S/W 0.1.5 Start Control Diagrams HSA 226466 - 72 |
| PTX 1116. | | | | | 4/5/93 | Sundstrand Memo re: Software Version 1.0.1 Definition (Dep. Ex. 247) HSA 351507 - 14 |
| PTX 1117. | | | | | 3/23/93 | Sundstrand Memo re: APS3200 S/W Version 1.0 (Dep. Ex. 249) HSA 351528 - 35 |
| PTX 1118. | | | | | 9/21/89 | AI-TM/Sundstrand, A324 APU Meeting, APS 3000 Control Systems and Accessories (Ducrocq Ex. 72) HSA 176718 - 61 |
| PTX 1119. | | | | | 10/25/91 | Coordination Memo re: Load Compressor Flow Measurements (Ducrocq Ex. 84) HSA 146418 - 22 |
| PTX 1120. | | | | | 9/1/92 | Sundstrand Memo re: APS3200 S/W Version TD2.14 (Edelman Ex. 59) HSA 225909 - 14 |
| PTX 1121. | | | | | 2/21/92 | Coordination Memo re: Load Compressor Flow Measurements ECB/APU Interfaces (Edelman Ex. 60) HSA 211515 - 16 |
| PTX 1122. | | | | | 10/24/94 | Coordination Memo re: L/C Surge Control System (Edelman Ex. 64) HSB 060111 - 12 |
| PTX 1123. | | | | | 11/3/94 | Coordination Memo re: Load Compressor Control Design - LC Pressure Ratio as Flow Predictor (Edelman Ex. 65) HSB 040384 |
| PTX 1124. | | | | | 2/22/93 | Coordination Memo re: Load Compressor ΔP/P (Edelman Ex. 69) HSA 211155 - 56 |
| PTX 1125. | | | | | 11/13/93 | Figure 1: APS 3200 System Schematic (Greubel Ex. 52) HSA 97878 |
| PTX 1126. | | | | | | Demonstratives: Foreseeability |
| PTX 1127. | | | | | | Demonstratives: Tangential Relationship |
| PTX 1128. | | | | | | Demonstratives: Other Reasons |

8

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1129. | | | | | | Demonstratives: To Illustrate Deposition Testimony and Expert Report of Melvin Garner |
| PTX 1130. | | | | | | Demonstratives: To Illustrate Deposition Testimony and Expert Reports of Gerard Muller |
| PTX 1131. | | | | | 03/10/93 | Coordination Memo re Understand B Factor HSB 035165 |
| PTX 1132. | | | | | 04/11/94 | Coordination Memo re $\Delta P/P$ Setpoint Modification HSB 040123 - 124 |
| PTX 1133. | | | | | 09/09/94 | Coordination Memo re Load Compressor Surge HSB 040317 - 318 |
| PTX 1134. | | | | | 09/26/94 | Coordination Memo re APS 3200 'Surge' Program Plan HSB 040323 - 324 |
| PTX 1135. | | | | | 11/03/94 | Coordination Memo re Load Compressor Control Design - LC Pressure Ratio as Flow Predictor HSB 040384 |
| PTX 1136. | | | | | 3/10/93 | Coordination Memo re Transient Bend Information HSB 035163 - 164 |
| PTX 1137. | | | | | 02/02/93 | Coordination Memo re Load Compressor Control HSB 035011- 012 |
| PTX 1138. | | | | | 10/20/92 | Coordination Memo re $\Delta P/P$ Signal Noise: request for status of investigation HSB 055051 |
| PTX 1139. | | | | | 11/04/94 | Coordination Memo re Pressure Ratio Calculation of Low Flow v. High Flow Predictor HSB 040385 - 387 |
| PTX 1140. | | | | | 09/16/92 | Coordination Memo re Load Compressor Airflow Measurement HSB 050656 - 658 |
| PTX 1141. | | | | | 08/26/92 | Coordination Memo re $\Delta P/P$ sensor Noise; discussion of test results HSB 050591 - 598 |
| PTX 1142. | | | | | 08/19/92 | Coordination Memo re L/C Airflow Measurement HSB 050562 - 563 |
| PTX 1143. | | | | | 08/03/92 | Coordination Memo re L/C Airflow Measurement HSB 050532 |
| PTX 1144. | | | | | 07/29/92 | Coordination Memo re Q22 Load Compressor Diffuser HSB 050531 |
| PTX 1145. | | | | | 07/23/92 | Coordination Memo re L/C Airflow Measurement HSB 050458 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1146. | | | | | 07/10/92 | Coordination Memo re Starter Motor & Load Compressor Airflow Measurement HSB 050438 |
| PTX 1147. | | | | | 06/24/92 | Coordination Memo re Load Compressor Airflow Measurement HSB 050435 |
| PTX 1148. | | | | | 06/22/92 | Coordination Memo re Load Compressor Airflow measurement HSB 050434 |
| PTX 1149. | | | | | 06/03/92 | Coordination Memo re Systems Testing HSB 050420 |
| PTX 1150. | | | | | 01/13/92 | Coordination Memo re SPS Support for TM Engine operation HSB 050281 - 282 |
| PTX 1151. | | | | | 10/25/91 | Coordination Memo re Load Compressor Flow Measurements HSB 065623 - 626 |
| PTX 1152. | | | | | 01/15/92 | Coordination Memo re Load Compressor Flow Measurements HSB 065584 |
| PTX 1153. | | | | | | www.eucomairlines.de |
| PTX 1154. | | | | | | http://www.rolls-royce.com/civil_aerospace/default.jsp |
| PTX 1155. | | | | | | http://www.aviatorsale.com/seller/431/ |
| PTX 1156. | | | | | | http://home2.swipnet.se/~w-26408/1011link.htm |
| PTX 1157. | | | | | | http://www.tristar500.net/ |
| PTX 1158. | | | | | | http://www.caa.co.uk/default.aspx?categoryid=60&pagetype=90&pageid=124 |
| PTX 1159. | | | | | | http://trijets.net/tristar/ |
| PTX 1160. | | | | | 06/00/79 | Manual of Patent Examining - Original Fourth Edition. U.S. Department of Commerce & U.S. Patent and Trademark Office |
| PTX 1161. | | | | | | Curriculum Vitae of Melvin Garner |
| PTX 1162. | | | | | | Curriculum Vitae of Gerard Muller |
| PTX 1163. | | | | | 1/15/98 | Overhaul Manual SUND 001851-1916 |
| PTX 1164. | | | | | 6/15/99 | Overhaul Manual SUND 001917-78 |
| PTX 1165. | | | | | 4/15/79 | Overhaul Manual SUND 001979-95 |
| PTX 1166. | | | | | 11/15/86 | Overhaul Manual SUND 001996-2059 |

10

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE OF DOC. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| PTX 1167. | | | | | 2/15/86 | Overhaul Manual SUND 002060-2159 |
| PTX 1168. | | | | | 5/1/79 | Overhaul Manual SUND 002160-2249 |
| PTX 1169. | | | | | 10/15/97 | Overhaul Manual SUND 002250-2705 |
| PTX 1170. | | | | | 4/15/82 | Overhaul Manual SUND 002706-767 |
| PTX 1171. | | | | | 5/1/82 | Overhaul Manual SUND 002768-2824 |