EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HONEYWELL INTERNATIONAL INC.
and HONEYWELL INTELLECTUAL
PROPERTIES INC.

              Plaintiffs,

     v.                                  **C.A. No. 99-309-GMS**

HAMILTON SUNDSTRAND CORP.,

              Defendant.

**FINAL PRETRIAL ORDER
EXHIBIT 12**

**HONEYWELL'S DEPOSITION DESIGNATIONS**

| **Peter J Suttie 06/14/00** | **Peter J Suttie 06/29/00** | **Peter J. Suttie 10/24/00** | **Edward C. Edelman 07/10/00** |
|---|---|---|---|
| 6:10 - 12 | 237:18 - 25 | 403:23 - 404:25 | 8:6 - 17 |
| 7:11 - 8:3 | 238:1 - 239:25 | 405:1 - 9 | 15:4 - 5 |
| 8:10 - 17 | 240:1 - 17 | 446:14 - 19 | 15:14 - 16:9 |
| 11:2 - 4 | 241:1 - 25 | 448:15 - 22 | 21:15 - 23 |
| 13:4 - 7 | 242:1 - 3 | 449:1 - 17 | 25:24 - 26:24 |
| 17:10 - 24 | 244:6 - 14 | 450:15 - 25 | 29:4 - 20 |
| 19:1 - 3 | 245:13 - 25 | 451:1 - 5 | 30:11 - 24 |
| 20:8 - 13 | 246:1 - 8 | 452:18 - 25 | 31:8 - 24 |
| 21:11 - 22:25 | 247:16 - 25 | 453:1 - 3 | 50:8 - 11 |
| 23:1 - 9 | 248:1 - 249:25 | 454:15 - 21 | 55:10 - 56:17 |
| 37:2 - 14 | 250:1 - 9 | 458:7 - 19 | 63:2 - 9 |
| 37:19 - 21 | 250:13 - 251:20 | 461:20 - 462:7 | 63:22 - 23 |
| 43:22 - 44:12 | 252:8 - 21 | 462:21 - 25 | 64:11 - 12 |
| 61:10 - 20 | 253:24 - 25 | 463:1 - 7 | 64:24 - 65:2 |
| 63:3 - 15 | 254:1 - 19 | 475:13 - 476:25 | 66:10 - 25 |
| 63:23 - 64:2 | 255:3 - 25 | 477:1 - 15 | 67:1 - 19 |
| 72:11 - 25 | 256:1 - 3 | | 68:10 - 25 |
| 73:1 - 2 | | | 69:4 - 7 |
| 86:9 - 87:13 | | | 69:12 - 70:08 |
| 118:7 - 16 | | | 73:11 - 74:3 |
| 119:1 - 6 | | | 74:12 - 25 |
| 119:13 - 120:20 | | | 75:1 - 76:12 |
| 122:9 - 18 | | | 89:11 - 90:25 |
| 128:20 - 25 | | | 91:1 - 92:6 |
| 129:5 - 9 | | | 92:16 - 20 |
| 131:18 - 21 | | | 96:18 - 25 |
| | | | 97:1 - 2 |
| | | | 97:20 - 98:14 |
| | | | 111:6 - 14 |
| | | | 121:17 - 122:8 |
| | | | 151:14 - 21 |
| | | | 152:11 - 12 |
| | | | 153:2 - 12 |
| | | | 154:9 - 18 |
| | | | 155:2 - 156:25 |
| | | | 157:1 - 6 |
| | | | 166:18 - 23 |
| | | | 167:15 - 23 |
| | | | 168:20 - 25 |
| | | | 169:1 |
| | | | 169:12 - 14 |

EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORP., <br><br> Defendant. | Civil Action No. 99-309-GMS |

**EXHIBIT 13**

**HAMILTON SUNDSTRAND'S COUNTER-DESIGNATIONS AND OBJECTIONS TO
HONEYWELL'S DEPOSITION DESIGNATIONS**

HSC intends to play both its original deposition designations and its "counter" designations together, whether the deposition is played in Honeywell's case-in-chief or in HSC's case. Accordingly, HSC incorporates by reference its counter-designations into its original designation list and its original designations into its counter-designation list.

# Hamilton Sundstrand Deposition
## Counter Designations
## Edward Edelman
## 7/10/2000

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 11 | 8 | to | 11 | 16 |
| 14 | 21 | | 15 | 3 |
| 18 | 1 | | 18 | 5 |
| 20 | 4 | | 20 | 19 |
| 64 | 13 | | 64 | 13 |
| 74 | 4 | | 74 | 11 |
| 122 | 10 | | 122 | 12 |
| 129 | 3 | | 129 | 5 |
| 129 | 14 | | 129 | 16 |
| 157 | 24 | | 158 | 4 |
| 167 | 24 | | 168 | 1 |

**Hamilton Sundstrand Deposition**
**Counter Designations**
**Peter Suttie**
**6/14/2000**

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 6 | 15 | to | 6 | 16 |
| 6 | 21 | | 7 | 2 |
| 19 | 4 | | 19 | 10 |
| 41 | 16 | | 41 | 22 |
| 44 | 21 | | 45 | 2 |
| 65 | 14 | | 66 | 12 |
| 67 | 4 | | 67 | 8 |
| 102 | 5 | | 102 | 16 |
| 123 | 6 | | 123 | 6 |
| 123 | 9 | | 123 | 22 |
| 125 | 6 | | 125 | 18 |
| 126 | 8 | | 126 | 11 |
| 127 | 11 | | 127 | 15 |
| 127 | 17 | | 127 | 17 |
| 137 | 8 | | 137 | 11 |
| 137 | 18 | | 137 | 22 |
| 139 | 4 | | 139 | 7 |
| 139 | 10 | | 139 | 11 |
| 140 | 7 | | 140 | 9 |
| 140 | 12 | | 140 | 16 |
| 140 | 22 | | 141 | 9 |
| 143 | 20 | | 144 | 2 |
| 144 | 7 | | 144 | 13 |
| 144 | 19 | | 145 | 17 |

**Hamilton Sundstrand Deposition**
**Counter Designations**
**Peter Suttie**
**6/29/2000**

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 256 | 4 | to | 256 | 11 |
| 280 | 21 | | 281 | 6 |
| 316 | 3 | | 316 | 8 |
| 316 | 22 | | 317 | 2 |
| 317 | 5 | | 317 | 5 |
| 317 | 11 | | 317 | 17 |

3

**Hamilton Sundstrand Deposition**
**Counter Designations**
**Peter Suttie**
**10/24/2000**

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 446 | 25 | to | 447 | 3 |
| 451 | 6 | | 451 | 18 |
| 454 | 22 | | 454 | 25 |
| 456 | 5 | | 457 | 17 |
| 457 | 22 | | 458 | 5 |
| 463 | 25 | | 464 | 6 |
| 468 | 22 | | 469 | 1 |
| 469 | 3 | | 469 | 9 |

**Hamilton Sundstrand's Objections to
Honeywell's Deposition Designations**

| Deponent/Deposition Date | Page(s)/Line(s) | Objection(s) |
|---|---|---|
| **Ed Edelman 7/10/00** | 55:21-56:2 | 402; 403; attorney colloquy |
| | 66:15 | 402; 403; attorney colloquy |
| | 76:5 | 402; 403; attorney colloquy |
| | 121:20-122:3 | 402; 403 |
| | 122:4-122:8 | 402; 403; attorney colloquy |
| | 156:14-156:15 | 402; 403; attorney colloquy |
| | | |
| **Peter Suttie 6/14/00** | 87:9-87:13 | 402; 403 |
| | | |
| **Peter Suttie 6/29/00** | 251:3-251:8 | 402; 403 |
| | | |

## Hamilton Sundstrand's Objections to
## Honeywell's Counter Deposition Designations*

| Deponent/Deposition Date | Page(s)/Line(s) | Objection(s) |
|---|---|---|
| **James Clark 12/6/05** | | |
| | 30:4-30:8 | 402; 403 |
| | 56:2 | Improper designation of a question without an answer |
| | 100:15-100:21 | 402; 403; Nonresponsive; no question pending; improper designation of answer without question |
| | 138:14-138:18 | 402; 403 |
| | 139:13-139:24 | 402; 403 |
| | 140:2-140:12 | 402; 403 |
| | 159:10-159:15 | Improper designation of question without answer |
| | 192:10-192:16 | Foundation; 802; 402; 403 |
| | 193:3-193:22 | Foundation; 802; 402; 403 |
| | 194:2-194:3 | Foundation; 802; 402; 403 |
| | 194:10-194:16 | Foundation; 802; 402; 403 |
| | 194:18-194:20 | Foundation; 802; 402; 403 |
| | 194:23-194:25 | Foundation; 802; 402; 403 |
| | 195:2-195:10 | Foundation; 802; 402; 403 |
| | | |
| **James Clark 12/7/05** | | |
| | 352:3-352:21 | 402; 403 |
| | 369:6-369:16 | 402; 403 |
| | 369:20-370:18 | 402; 403 |
| | 375:22-376:25 | 402; 403 |
| | 380:7-380:10 | 402; 403 |
| | 380:23-381:15 | 402; 403 |

*HSC objects to designations of lawyer's objections on the record as "improper designation of lawyer argument; 402; 403"

EXHIBIT 14

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAMILTON SUNDSTRAND CORP.,<br><br>　　　　　　Defendant. | Civil Action No. 99-309-GMS |

## EXHIBIT 14

## HAMILTON SUNDSTRAND'S DEPOSITION TRANSCRIPT AND VIDEO DESIGNATIONS

HSC intends to play both its original deposition designations and its "counter" designations together, whether the deposition is played in Honeywell's case-in-chief or in HSC's case. Accordingly, HSC incorporates by reference its counter-designations into its original designation list and its original designations into its counter-designation list.

# Hamilton Sundstrand Deposition Designations
## James Clark
## 12/6/2005

| Start Page | Line | | End Page | Line |
|:---:|:---:|:---:|:---:|:---:|
| 5 | 10 | to | 5 | 13 |
| 7 | 22 | | 7 | 23 |
| 8 | 7 | | 8 | 13 |
| 9 | 22 | | 10 | 4 |
| 10 | 14 | | 11 | 12 |
| 13 | 11 | | 14 | 6 |
| 19 | 9 | | 19 | 16 |
| 19 | 19 | | 19 | 19 |
| 19 | 21 | | 19 | 23 |
| 21 | 10 | | 21 | 14 |
| 24 | 15 | | 24 | 19 |
| 26 | 7 | | 26 | 11 |
| 27 | 9 | | 27 | 22 |
| 29 | 16 | | 30 | 3 |
| 30 | 9 | | 31 | 2 |
| 31 | 5 | | 31 | 6 |
| 31 | 8 | | 31 | 15 |
| 33 | 14 | | 34 | 6 |
| 34 | 11 | | 34 | 18 |
| 35 | 25 | | 36 | 19 |
| 36 | 22 | | 37 | 3 |
| 37 | 10 | | 37 | 18 |
| 38 | 8 | | 38 | 15 |
| 41 | 2 | | 41 | 19 |
| 41 | 22 | | 41 | 25 |
| 42 | 2 | | 42 | 5 |
| 43 | 7 | | 43 | 24 |
| 45 | 3 | | 45 | 12 |
| 45 | 15 | | 45 | 16 |
| 45 | 23 | | 45 | 23 |
| 45 | 25 | | 46 | 1 |
| 46 | 3 | | 46 | 16 |
| 48 | 8 | | 48 | 19 |
| 49 | 21 | | 50 | 6 |
| 50 | 20 | | 50 | 23 |
| 51 | 8 | | 51 | 17 |
| 51 | 23 | | 52 | 13 |
| 52 | 23 | | 52 | 24 |

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 53 | 6 | to | 53 | 10 |
| 53 | 13 | | 53 | 14 |
| 53 | 16 | | 53 | 20 |
| 54 | 10 | | 54 | 12 |
| 55 | 6 | | 55 | 8 |
| 55 | 11 | | 55 | 12 |
| 56 | 16 | | 56 | 25 |
| 57 | 2 | | 57 | 6 |
| 57 | 8 | | 57 | 9 |
| 57 | 11 | | 57 | 14 |
| 57 | 16 | | 58 | 13 |
| 59 | 5 | | 59 | 18 |
| 59 | 20 | | 59 | 21 |
| 59 | 23 | | 60 | 6 |
| 60 | 9 | | 60 | 11 |
| 60 | 13 | | 60 | 19 |
| 60 | 21 | | 61 | 4 |
| 62 | 9 | | 62 | 21 |
| 63 | 5 | | 63 | 8 |
| 63 | 11 | | 63 | 17 |
| 63 | 19 | | 63 | 23 |
| 64 | 1 | | 64 | 4 |
| 64 | 7 | | 64 | 12 |
| 66 | 24 | | 67 | 6 |
| 67 | 11 | | 67 | 20 |
| 68 | 15 | | 68 | 22 |
| 68 | 24 | | 68 | 25 |
| 69 | 10 | | 69 | 12 |
| 69 | 16 | | 69 | 17 |
| 70 | 23 | | 71 | 2 |
| 71 | 6 | | 71 | 18 |
| 72 | 5 | | 72 | 17 |
| 73 | 6 | | 73 | 8 |
| 73 | 11 | | 73 | 17 |
| 73 | 22 | | 73 | 25 |
| 74 | 3 | | 74 | 4 |
| 74 | 6 | | 74 | 7 |
| 74 | 24 | | 75 | 13 |
| 78 | 21 | | 79 | 4 |
| 79 | 7 | | 79 | 10 |
| 79 | 15 | | 79 | 17 |
| 80 | 1 | | 80 | 13 |
| 89 | 1 | | 89 | 4 |

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 89 | 6 | to | 89 | 9 |
| 89 | 11 | | 89 | 16 |
| 91 | 9 | | 91 | 19 |
| 92 | 3 | | 92 | 18 |
| 94 | 22 | | 95 | 19 |
| 95 | 21 | | 96 | 1 |
| 96 | 3 | | 96 | 23 |
| 97 | 4 | | 97 | 9 |
| 97 | 11 | | 97 | 13 |
| 97 | 15 | | 97 | 20 |
| 98 | 3 | | 98 | 19 |
| 98 | 22 | | 98 | 24 |
| 99 | 1 | | 99 | 13 |
| 101 | 1 | | 101 | 3 |
| 101 | 5 | | 101 | 16 |
| 102 | 13 | | 102 | 20 |
| 102 | 23 | | 102 | 25 |
| 109 | 3 | | 109 | 11 |
| 109 | 19 | | 110 | 4 |
| 110 | 7 | | 110 | 15 |
| 111 | 4 | | 111 | 15 |
| 112 | 10 | | 112 | 25 |
| 113 | 3 | | 113 | 25 |
| 114 | 16 | | 114 | 18 |
| 114 | 20 | | 114 | 25 |
| 115 | 2 | | 115 | 7 |
| 116 | 2 | | 116 | 14 |
| 116 | 16 | | 116 | 18 |
| 116 | 20 | | 117 | 4 |
| 117 | 25 | | 118 | 3 |
| 118 | 6 | | 118 | 22 |
| 119 | 8 | | 120 | 6 |
| 121 | 17 | | 122 | 1 |
| 125 | 1 | | 125 | 3 |
| 125 | 6 | | 125 | 25 |
| 126 | 17 | | 127 | 8 |
| 127 | 15 | | 128 | 17 |
| 128 | 20 | | 128 | 21 |
| 130 | 8 | | 130 | 14 |
| 131 | 4 | | 131 | 24 |
| 134 | 8 | | 134 | 15 |
| 134 | 24 | | 135 | 7 |
| 135 | 16 | | 135 | 19 |

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 135 | 25 | to | 136 | 9 |
| 136 | 12 | | 136 | 20 |
| 136 | 22 | | 136 | 23 |
| 136 | 25 | | 137 | 22 |
| 140 | 22 | | 141 | 2 |
| 141 | 4 | | 141 | 15 |
| 145 | 2 | | 145 | 15 |
| 145 | 18 | | 145 | 21 |
| 147 | 23 | | 148 | 16 |
| 149 | 1 | | 149 | 4 |
| 149 | 6 | | 149 | 10 |
| 149 | 12 | | 150 | 7 |
| 150 | 11 | | 150 | 13 |
| 150 | 21 | | 150 | 25 |
| 154 | 17 | | 154 | 20 |
| 154 | 22 | | 154 | 23 |
| 157 | 2 | | 157 | 6 |
| 158 | 1 | | 158 | 14 |
| 160 | 25 | | 161 | 3 |
| 161 | 6 | | 161 | 8 |
| 161 | 10 | | 161 | 12 |
| 161 | 15 | | 161 | 20 |
| 161 | 23 | | 162 | 5 |
| 162 | 8 | | 162 | 14 |
| 164 | 12 | | 165 | 8 |
| 178 | 16 | | 178 | 18 |
| 178 | 23 | | 178 | 24 |
| 179 | 5 | | 179 | 10 |
| 179 | 12 | | 179 | 13 |
| 182 | 11 | | 182 | 17 |
| 182 | 20 | | 182 | 24 |
| 183 | 18 | | 184 | 3 |
| 184 | 13 | | 184 | 18 |
| 184 | 20 | | 185 | 5 |
| 187 | 1 | | 187 | 5 |
| 187 | 8 | | 187 | 10 |
| 187 | 19 | | 188 | 5 |
| 188 | 18 | | 188 | 25 |
| 189 | 11 | | 189 | 22 |
| 189 | 25 | | 190 | 5 |
| 190 | 8 | | 190 | 10 |
| 190 | 12 | | 190 | 21 |
| 191 | 7 | | 191 | 10 |

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 191 | 15 | to | 192 | 9 |
| 194 | 5 | | 194 | 9 |
| 195 | 11 | | 195 | 19 |
| 196 | 7 | | 196 | 14 |
| 198 | 12 | | 198 | 19 |
| 199 | 8 | | 199 | 13 |
| 204 | 18 | | 204 | 24 |
| 216 | 7 | | 217 | 3 |
| 217 | 22 | | 218 | 4 |
| 218 | 25 | | 219 | 3 |
| 219 | 6 | | 219 | 8 |
| 220 | 10 | | 221 | 2 |
| 222 | 25 | | 223 | 4 |
| 223 | 6 | | 223 | 6 |
| 224 | 5 | | 224 | 13 |
| 224 | 17 | | 224 | 20 |
| 225 | 7 | | 227 | 14 |
| 227 | 21 | | 230 | 18 |
| 231 | 5 | | 231 | 23 |
| 232 | 15 | | 232 | 23 |
| 232 | 25 | | 233 | 1 |
| 233 | 3 | | 234 | 5 |
| 238 | 25 | | 239 | 15 |
| 242 | 19 | | 242 | 24 |
| 246 | 17 | | 247 | 6 |
| 249 | 20 | | 249 | 24 |
| 250 | 5 | | 250 | 10 |
| 255 | 25 | | 256 | 8 |
| 256 | 11 | | 256 | 12 |
| 256 | 14 | | 256 | 16 |
| 256 | 18 | | 256 | 20 |
| 256 | 25 | | 257 | 5 |
| 258 | 1 | | 258 | 6 |
| 259 | 23 | | 260 | 2 |
| 264 | 21 | | 264 | 25 |
| 268 | 25 | | 269 | 7 |
| 269 | 9 | | 270 | 2 |
| 270 | 11 | | 271 | 6 |

## Hamilton Sundstrand Deposition Designations
## James Clark
## 12/7/2005

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 284 | 21 | to | 287 | 21 |
| 291 | 8 | | 291 | 12 |
| 294 | 23 | | 295 | 3 |
| 295 | 5 | | 295 | 7 |
| 304 | 4 | | 304 | 8 |
| 308 | 8 | | 309 | 23 |
| 310 | 4 | | 310 | 11 |
| 312 | 21 | | 313 | 8 |
| 313 | 24 | | 314 | 7 |
| 316 | 4 | | 316 | 5 |
| 316 | 13 | | 316 | 14 |
| 317 | 9 | | 317 | 14 |
| 321 | 9 | | 321 | 16 |
| 321 | 25 | | 322 | 22 |
| 322 | 25 | | 323 | 5 |
| 323 | 19 | | 324 | 3 |
| 325 | 25 | | 326 | 5 |
| 326 | 8 | | 327 | 4 |
| 330 | 4 | | 330 | 6 |
| 330 | 9 | | 330 | 19 |
| 332 | 10 | | 332 | 12 |
| 332 | 14 | | 332 | 18 |
| 336 | 6 | | 336 | 10 |
| 339 | 2 | | 339 | 24 |
| 340 | 12 | | 340 | 20 |
| 340 | 23 | | 341 | 2 |
| 344 | 6 | | 344 | 8 |
| 345 | 15 | | 345 | 24 |
| 346 | 2 | | 346 | 7 |
| 346 | 11 | | 346 | 13 |
| 346 | 16 | | 346 | 17 |
| 346 | 25 | | 347 | 9 |
| 347 | 12 | | 347 | 21 |
| 347 | 24 | | 347 | 25 |
| 350 | 19 | | 350 | 24 |
| 351 | 23 | | 352 | 2 |
| 352 | 22 | | 352 | 25 |
| 353 | 3 | | 353 | 6 |

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 353 | 9 | to | 353 | 10 |
| 353 | 21 | | 353 | 24 |
| 358 | 24 | | 359 | 11 |
| 365 | 17 | | 365 | 22 |
| 374 | 3 | | 375 | 10 |
| 383 | 11 | | 383 | 16 |
| 383 | 20 | | 384 | 22 |
| 386 | 6 | | 386 | 10 |
| 386 | 25 | | 387 | 2 |
| 387 | 5 | | 387 | 7 |
| 390 | 5 | | 390 | 15 |
| 393 | 1 | | 394 | 8 |
| 395 | 19 | | 395 | 22 |
| 396 | 16 | | 396 | 19 |
| 397 | 9 | | 397 | 12 |
| 398 | 14 | | 399 | 11 |
| 410 | 15 | | 410 | 17 |
| 410 | 20 | | 411 | 11 |
| 413 | 1 | | 413 | 17 |
| 414 | 12 | | 414 | 15 |
| 414 | 18 | | 414 | 21 |
| 414 | 23 | | 415 | 15 |
| 416 | 25 | | 417 | 4 |
| 417 | 9 | | 417 | 14 |
| 421 | 13 | | 421 | 15 |
| 421 | 18 | | 421 | 19 |
| 427 | 17 | | 427 | 19 |
| 427 | 22 | | 427 | 23 |
| 428 | 10 | | 428 | 15 |
| 431 | 7 | | 431 | 10 |
| 431 | 20 | | 432 | 4 |
| 432 | 7 | | 432 | 20 |
| 436 | 13 | | 436 | 15 |
| 436 | 18 | | 436 | 18 |
| 439 | 16 | | 439 | 18 |
| 439 | 21 | | 439 | 24 |
| 440 | 5 | | 440 | 17 |
| 440 | 20 | | 440 | 25 |
| 445 | 1 | | 445 | 10 |
| 445 | 18 | | 445 | 21 |
| 446 | 4 | | 446 | 8 |
| 446 | 12 | | 446 | 14 |
| 447 | 10 | | 447 | 23 |

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 448 | 8 | to | 448 | 11 |
| 448 | 13 | | 448 | 13 |
| 449 | 2 | | 449 | 13 |
| 450 | 20 | | 450 | 25 |
| 451 | 7 | | 451 | 11 |
| 451 | 22 | | 451 | 25 |
| 458 | 7 | | 458 | 9 |
| 458 | 13 | | 458 | 17 |
| 458 | 21 | | 458 | 24 |
| 459 | 18 | | 459 | 22 |
| 463 | 1 | | 463 | 13 |
| 463 | 15 | | 463 | 22 |
| 464 | 11 | | 464 | 16 |
| 464 | 19 | | 464 | 22 |
| 468 | 15 | | 468 | 17 |
| 468 | 25 | | 469 | 4 |
| 469 | 7 | | 469 | 19 |
| 471 | 12 | | 471 | 14 |
| 471 | 17 | | 471 | 22 |
| 471 | 25 | | 472 | 1 |
| 472 | 4 | | 472 | 11 |
| 473 | 8 | | 473 | 9 |
| 473 | 12 | | 473 | 14 |
| 474 | 2 | | 474 | 11 |
| 474 | 13 | | 474 | 15 |
| 475 | 2 | | 475 | 6 |
| 475 | 8 | | 475 | 11 |
| 476 | 10 | | 476 | 11 |
| 476 | 13 | | 476 | 18 |
| 477 | 2 | | 477 | 6 |
| 477 | 9 | | 477 | 20 |
| 477 | 23 | | 478 | 7 |
| 478 | 23 | | 478 | 25 |
| 479 | 3 | | 479 | 8 |
| 479 | 15 | | 479 | 18 |
| 479 | 21 | | 480 | 3 |
| 482 | 7 | | 482 | 14 |
| 489 | 1 | | 489 | 4 |
| 490 | 22 | | 491 | 2 |
| 495 | 8 | | 495 | 20 |
| | | | | |

**Hamilton Sundstrand Deposition**
**Counter Designations**
**James Clark**
**12/6/2005**

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 65 | 11 | to | 65 | 14 |
| 65 | 16 | | 65 | 17 |
| 65 | 19 | | 65 | 25 |
| 108 | 13 | | 108 | 15 |
| 129 | 18 | | 129 | 19 |
| 129 | 22 | | 129 | 24 |
| 144 | 10 | | 144 | 19 |
| 151 | 1 | | 151 | 4 |
| 157 | 19 | | 157 | 21 |
| 185 | 23 | | 186 | 4 |
| 186 | 6 | | 186 | 16 |
| 186 | 19 | | 186 | 25 |
| 205 | 22 | | 205 | 24 |
| 253 | 10 | | 253 | 13 |
| 258 | 15 | | 259 | 10 |
| 272 | 8 | | 273 | 17 |
| 273 | 20 | | 273 | 22 |

# Hamilton Sundstrand Deposition
## Counter Designations
## James Clark
## 12/7/2005

| Start Page | Line | | End Page | Line |
|---|---|---|---|---|
| 308 | 2 | to | 308 | 7 |
| 325 | 21 | | 325 | 23 |
| 327 | 15 | | 327 | 19 |
| 348 | 9 | | 348 | 13 |
| 348 | 15 | | 348 | 18 |
| 349 | 16 | | 349 | 18 |
| 349 | 20 | | 350 | 6 |
| 350 | 9 | | 350 | 12 |
| 360 | 15 | | 360 | 21 |
| 366 | 23 | | 367 | 16 |
| 388 | 17 | | 388 | 25 |
| 422 | 23 | | 423 | 1 |
| 424 | 11 | | 424 | 12 |
| 424 | 15 | | 424 | 16 |
| 429 | 25 | | 431 | 6 |
| 435 | 9 | | 435 | 9 |
| 435 | 12 | | 435 | 13 |
| 435 | 14 | | 435 | 25 |
| 436 | 3 | | 436 | 12 |
| 442 | 18 | | 443 | 11 |
| 450 | 15 | | 450 | 19 |
| 452 | 13 | | 452 | 21 |
| 452 | 25 | | 453 | 1 |
| 453 | 3 | | 453 | 6 |
| 455 | 9 | | 456 | 7 |
| 456 | 9 | | 456 | 13 |
| 456 | 16 | | 456 | 17 |
| 467 | 7 | | 467 | 13 |
| 469 | 20 | | 469 | 25 |
| 471 | 3 | | 471 | 11 |
| 482 | 21 | | 482 | 25 |

EXHIBIT 15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

HONEYWELL INTERNATIONAL INC.
and HONEYWELL INTELLECTUAL
PROPERTIES INC.

            Plaintiffs,

    v.

HAMILTON SUNDSTRAND CORP.,

            Defendant.

           **C.A. No. 99-309-GMS**

**FINAL PRETRIAL ORDER**
**EXHIBIT 15**

**HONEYWELL'S OBJECTIONS TO HSC'S DEPOSITION DESIGNATIONS AND**
**HONEYWELL'S COUNTER-DEPOSITION DESIGNATIONS**

**Honeywell's Objections to HSC's Deposition Designations**

**Jim Clark (12/06/05 - 12/07/05)**

| Page and Line Number | Objection(s) |
|---|---|
| 30:9 - 31:15 | 402, 602, 701 |
| 41:16 - 42:5 | 602, 701, 802 |
| 45:3 - 46:16 | 402, 403, 602, 802 |
| 48:8 - 19 | 402 |
| 49:21 - 50:6 | 602. 802 |
| 51:23 - 52:13 | 602, 802 |
| 59:23 - 60:3 | 701 |
| 63:19 - 23 | 802, 602 |
| 70:23 - 71:3 | 602 |
| 71:6 - 18 | 602 |
| 72:5 - 17 | 602, 701 |
| 89:1 - 16 | 602, 802 |
| 92:3 - 18 | 802, 602, 701 |
| 96:3 - 23 | 802, 602 |
| 97:4 - 20 | 602, 802 |
| 119:8 - 120:6 | 602 |
| 126:17 - 127:8 | 602, 701 |
| 130:8 - 14 | 602 |
| 134:24 - 135:7 | 602, 403 |
| 136:25 - 137:22 | 802 |

| Page and Line Number | Objection(s) |
|---|---|
| 140:22 - 141:15 | 602, 802 |
| 160:25 - 162:14 | 602, 701 |
| 187:19 - 188:5 | 701 |
| 199:8 - 13 | 106 |
| 216:7 - 217:3 | 802 |
| 217:22 - 218:4 | 802 |
| 270:11 - 271:6 | 602, 802 |
| 284:21 - 287:21 | 602, 802 |
| 291:8 - 12 | 802 |
| 308:8 - 309:23 | 602 |
| 321:9 - 16 | 602 |
| 330:4 - 19 | 602 |
| 332:10 - 18 | 602 |
| 345:15 - 347:25 | 602, 802 |
| 358:24 - 359:11 | 403, 602 |
| 383:11 - 384:22 | 602, 802 |
| 386:6 - 10 | 602, 802 |
| 393:1 - 394:8 | 403, 402, 501 |
| 395:19 - 22 | 501, 402, 403 |
| 396:16 - 19 | 402, 403, 501 |
| 397:9 - 12 | 402, 403, 501 |

| | |
|---|---|
| 410:15 - 411:11 | 701 |
| 413:1 - 17 | 602, 701, 802 |
| 414:12 - 415:15 | 701, 602 |
| 421:13 - 19 | 701, 602 |
| 427:17 - 23 | 701, 602 |
| 431:7 - 10 | 602, 701 |
| 431:20 - 432:20 | 602, 701 |
| 436:13 - 18 | 602, 701 |
| 439:16 - 24 | 602, 701 |
| 440:5 - 25 | 602, 701 |
| 445:1 - 446:14 | 602, 701 |
| 447:10 - 23 | 602, 701 |
| 448:8 - 13 | 602, 701 |
| 449:2 - 13 | 602, 701 |
| 450:20 - 25 | 602, 701 |
| 451:7 - 11 | 602, 701 |
| 451:22 - 25 | 602, 701 |
| 458:7 - 24 | 602, 701 |
| 471:12 - 472:11 | 602, 701 |
| 473:8 - 14 | 602, 701 |
| 475:2 - 11 | 602, 701 |
| 477:2 - 478:7 | 602. 701 |
| 479:3 - 480:3 | 602, 701 |

3

**Honeywell's Objections to HSC's Counter Designations**

**Peter Suttie 10/24/00**

| Page and Line Number | Objection(s) |
|---|---|
| 454:22 - 25 | 402, 6403 |

**Honeywell's Counter-Deposition Designations**

### Jim Clark 12/06/06 - 12/07/05

| | | | |
|---|---|---|---|
| 8:14 - 17 | 45:18 - 21 | 70:12 - 21 | 97:21 - 25 |
| 24:20 - 25:12 | 45:24 | 71:3 - 4 | 98:1 - 2 |
| 25:15 - 16 | 46:18 - 47:2 | 71:19 - 25 | 98:20 - 21 |
| 25:18 | 47:25 | 72:1 - 4 | 99:14 - 16 |
| 25:21 - 24 | 48:1 - 7 | 73:9 - 10 | 99:18 - 24 |
| 26:1 - 6 | 48:19 - 49:3 | 76:5 - 77:6 | 100:15 - 21 |
| 28:12 - 20 | 49:4 - 20 | 79:5 - 6 | 101:4 |
| 28:23 - 29:15 | 55:14 - 25 | 79:18 - 24 | 102:21 - 22 |
| 30:4 - 8 | 56:1 - 2 | 80:25 - 81:20 | 107:15 - 25 |
| 31:3 - 4 | 57:1 | 82:1 - 8 | 108:1 - 12 |
| 34:7 - 10 | 57:10 | 82:10 - 83:3 | 109:12 - 15 |
| 36:20 - 21 | 58:24 - 59:4 | 83:7 - 16 | 111:16 - 25 |
| 37:5 - 9 | 59:19 | 83:19 - 25 | 112:1 - 9 |
| 38:16 - 39:4 | 61:5 - 8 | 84:1 - 5 | 114:19 |
| 39:8 - 20 | 61:19 - 25 | 89:5 | 115:8 - 25 |
| 40:13 - 17 | 62:1 - 8 | 90:2 - 7 | 116:1 |
| 41:20 - 21 | 63:2 - 4 | 91:20 - 25 | 116:15 |
| 42:6 - 22 | 63:9 - 10 | 92:1 - 2 | 117:5 - 24 |
| 42:25 - 43:5 | 64:5 - 6 | 92:23 - 93:25 | 118:4 - 5 |
| 43:25 | 64:14 - 25 | 94:1 - 21 | 118:23 - 119:6 |
| 44:1 - 4 | 67:21 - 25 | 95:20 | 122:2 - 10 |
| 44:10 - 13 | 68:1 - 2 | 96:24 - 97:3 | 125:4 - 5 |
| 45:13 - 14 | 68:23 | 97:10 | 127:9 - 14 |

| | | | |
|---|---|---|---|
| 128:18 - 19 | 160:2 - 9 | 198:7 - 11 | 256:22 - 24 |
| 128:23 - 129:6 | 160:12 - 13 | 198:20 - 199:7 | 258:7 - 14 |
| 129:8 - 17 | 160:15 - 17 | 202:19 - 203:2 | 265:9 - 16 |
| 130:1 - 7 | 161:4 - 5 | 205:16 - 21 | 269:8 |
| 130:15 - 131:3 | 161:13 - 14 | 205:25 | 271:11 - 25 |
| 135:8 - 14 | 161:21 - 22 | 206:1 - 3 | 272:1 - 7 |
| 135:20 - 24 | 162:6 - 7 | 217:4 - 21 | |
| 136:10 - 11 | 178:19 - 22 | 218:5 - 14 | |
| 136:21 | 179:1 - 4 | 218:15 | |
| 138:14 - 18 | 179:11 | 218:16 - 24 | |
| 139:13 - 25 | 182:18 - 19 | 219:10 - 21 | |
| 140:1 - 12 | 184:19 | 220:1 - 6 | |
| 141:3 | 185:6 - 22 | 222:6 - 12 | |
| 141:16 - 22 | 190:6 - 7 | 224:14 - 15 | |
| 144:20 - 145:1 | 192:10 - 15 | 227:15 - 20 | |
| 145:16 - 17 | 193:3 - 22 | 232:24 | |
| 149:5 | 194:2 - 3 | 241:12 - 25 | |
| 149:11 | 194:10 | 242:1 - 17 | |
| 151:5 - 25 | 194:11 - 16 | 242:25 - 243:7 | |
| 152:1 - 21 | 194:18 - 20 | 245:23 - 25 | |
| 154:21 | 194:23 - 25 | 246:1 - 6 | |
| 157:7 - 18 | 195:2 - 10 | 253:14 - 22 | |
| 159:4 - 15 | 196:23 - 197:10 | 254:1 - 22 | |

6

**Honeywell's Counter-Counter Deposition Designations**

| Deposition | Page and Line Number |
|---|---|
| Edward Edelman (07/10/00) | 168:2 - 17 |