IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAMILTON SUNDSTRAND CORP.,<br><br>    Defendant. | C.A. No. 99-309-GMS |

### STIPULATION AS TO POST-TRIAL SUBMISSIONS AND ARGUMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel, and subject to the approval of the Court, as follows:

1. The parties shall exchange and file their post-trial submissions on April 28, 2006; and

2. The parties shall present their closing arguments for this remand proceeding to the Court beginning at 10:00 a.m. on May 9, 2006.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | THE BAYARD FIRM |
|---|---|
| /s/ Thomas C. Grimm (tg1098)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>tgrimm@mnat.com<br>Attorney for Plaintiffs | /s/ Richard D. Kirk (rk0922)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>Attorney for Defendant |

619362v1

| OF COUNSEL FOR PLAINTIFFS: | OF COUNSEL FOR DEFENDANTS: |
|---|---|
| Jonathan F. Putnam<br>Lee Ann Stevenson<br>Vickie Reznik<br>Michael Strapp<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Mark L. Levine<br>Chris Lind<br>Brian C. Swanson<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60610<br>(312) 494-4400 |
| and | and |
| Robert Krupka<br>KIRKLAND & ELLIS LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017 | David H. Herrington<br>CLEARY, GOTTLIEB, STEEN<br>  & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000 |

619362v1