IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | C.A. No. 99-309-GMS |

**APPENDIX OF EXHIBITS TO
HONEYWELL'S REPLY TRIAL BRIEF**

                                      Thomas C. Grimm (#1098)
                                      Leslie A. Polizoti (#4299)
                                      MORRIS, NICHOLS, ARSHT & TUNNELL
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      (302) 658-9200

                                      *Attorneys for Plaintiffs*
                                      *Honeywell International Inc. and*
                                      *Honeywell Intellectual Properties Inc.*

OF COUNSEL:
Robert G. Krupka, P.C.
Jonathan F. Putnam
Lee Ann Stevenson
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

March 10, 2006

# INDEX OF EXHIBITS TO
# HONEYWELL'S REPLY TRIAL BRIEF

| **Description** | **Tab** |
|---|---|
| *Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.* February 2001 Trial Transcript (Excerpts) | 26 |
| July 15, 1980 Hamilton Standard Memo re Modified L-1011 APU | 27 |
| Honeywell's Responses to Sundstrand's First Set on Interrogatories | 28 |
| November 1987 331-350 APU Surge Control Study | 29 |
| December 5, 1994 APS 3200 Bleed System Presentation | 30 |
| December 6, 2005 Deposition of James Clark | 31 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on March 10, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com