# Exhibit 26

Case 1:99-cv-00309-GMS    Document 404-2    Filed 03/10/2006    Page 1 of 14

# In The Matter Of:

*Honeywell International Inc., et al. v.
Hamilton Sundstrand*

---

*Trial Volume Number 6
February 12, 2001*

---

*Hawkins Reporting Service
715 N. King Street
Wilmington, DE  19801
(302) 658-6697     FAX: (302) 658-8418*

Original File 021201FC.V1, 261 Pages
Min-U-Script® File ID: 0171938648

**Word Index included with this Min-U-Script®**

Trial Volume Number 6
February 12, 2001
Case 1:99-cv-00309-GMS   Document 404-2   Filed 03/10/2006   Page 3 of 14
Honeywell International Inc., et al. v.
Hamilton Sundstrand

Page 1445

[1] kind of a pictorial view of the surge control [2] system.
[3] So we have here identified figure 13 [4] as the surge control unit. And we identify the [5] controller as a PI D controller.
[6] Now, PI D, the D part is derivative [7] action, it's a third mode of the controller. And [8] whenever I'm controlling flow, I know I cannot use [9] derivative. It is not beneficial to the action of [10] a flow controller, so it's always set to zero, in [11] which case the PI D controller reduces to a PI [12] controller.
[13] Q: Does a PI D controller include the [14] functions of a PI controller?
[15] A: Yes, the PI D controller has all the [16] functions of the PI controller plus the derivative [17] action if one chooses to use it.
[18] Q: Now, Mr. Kempe's article doesn't discuss [19] using electronic control for the surge control [20] system?
[21] A: No, it doesn't.
[22] Q: By the time of the year before the [23] Honeywell patent applications were filed, would [24] that be something that would be known to an

Page 1446

[1] engineer of ordinary skill in this field?
[2] A: Yes, in 1963 when this article was [3] published, electronic control was in its infancy. [4] And not all of the components that are required in [5] a surge control system would be available [6] implemented electronically, but by the 1970's, [7] there was a complete line of components [8] available.
[9] And people who were skilled in the [10] art would recognize that electronic control was [11] faster and more accurate than pneumatic control. [12] So by the early '70's, all surge control systems [13] were implemented electronically.
[14] Q: Let's go to the page 16, which I [15] think is the third page in.
[16] Does Kempe's article discuss [17] generally the importance in a surge control system [18] of matching the set point with the surge line?
[19] A: Yes, he does. I think we have to go back [20] to page one to find that Excuse me. In fact, [21] it's the next page after this.
[22] Yes, let me blowup this section [23] here. Kempe says, "For economic reasons it is [24] important to keep the blow-off limit as near to

Page 1447

[1] the surge limit as possible, in other words to [2] match the response curve of the surge control [3] device with the surge characteristic."
[4] Q: Now, Mr. Shinskey, stepping back, looking [5] at all these features that Kempe dispose, as [6] adjusting the set point using guide vane position, [7] using proportional integral controls, a flow-rated [8] parameter that's independent of temperature, does [9] the information that he provides give enough [10] disclosure so that an engineer of ordinary ability [11] in the field would be able to take what he's [12] showing and actually implement it in a surge [13] control system?
[14] A: Yes, definitely.
[15] Q: All right. Why don't we turn to our next [16] article, and that's Defendant's Exhibit 147, the [17] Warnock article.
[18] THE COURT: Before you do that, let [19] me pole the jury here. I misspoke earlier when I [20] said that we were going to be on our normal [21] schedule today.
[22] Ms. Preston advises me that I have a [23] meeting at 12 noon which leads to me to ask [24] whether you would like to take a morning break or

Page 1448

[1] work straight through until noon. We would break [2] from 12:00 until 1:15.
[3] Do you want to stay and work [4] straight through to 12:00?
[5] THE JURY: A short break.
[6] THE COURT: Why don't we take a [7] short ten-minute break right now. Okay.
[8] (A brief recess was taken.)
[9] THE COURT: Mr. Shinskey, take a [10] seat, please.
[11] (Jury entering the courtroom at [12] 11:15 a.m.)
[13] THE COURT: All right. We'll [14] continue. And we're going until noon and break [15] until 1:15.
[16] BY MR. HERRINGTON:
[17] Q: I think we left off with the Warnock [18] article, Defendant's Exhibit 147.
[19] Mr. Shinskey, could I ask you to [20] tell us the name of this article?
[21] A: Typical Compressor Control [22] Configurations.
[23] Q: And the author?
[24] A: Y.D Warnock.

Page 1449

[1] Q: Is — are you familiar with Mr. Warnock?
[2] A: Yes, I am.
[3] Q: Who is he — who was he?
[4] A: He was an application engineer at Warnock [5] Products Company, which is a competitor of my [6] company. He held a position within his company [7] similar to what I held in my company.
[8] Q: Was he a controls engineer?
[9] A: Yes.
[10] Q: Why don't we look at the top left corner, [11] I believe that shows a date. If you could please [12] explain what that reflects?
[13] A: Yes. This is copyright 1976, I.S.A. [14] I.S.A. Is the Instrument Society of America. And [15] A.C. is their annual conference which would have [16] been held in 1976.
[17] This article would be a print from [18] their proceedings of that conference.
[19] Q: And if you could, please, just describe [20] who attends an annual conference of the Instrument [21] Society of America?
[22] A: The I.S.A. is a professional society [23] which fosters the development of technology in [24] measurement and control systems applied to a

Page 1450

[1] variety of industries.
[2] They have representatives from — in [3] fact, they have divisions for the petroleum [4] chemical industries, pulp and paper, aerospace, [5] automotive, biomedical and so forth, and control [6] and instrument engineers from all of those [7] industries will attend their annual conferences.
[8] Q: What's the purpose of a paper that's [9] being delivered at this annual conference?
[10] A: The paper delivered at this conference [11] would be used by the presenter to show his [12] findings, his results, the technology that was [13] developed in his company to the rest of the [14] membership, so that they would be able to benefit [15] by and possibly use the technology presented in [16] the paper.
[17] Q: Before we discuss what the contents of [18] this article, was this article something that the [19] patent examiner had when he was considering the [20] validity of the Honeywell patents?
[21] A: I did not see this among the references [22] that the examiner cited, no.
[23] Q: Now, generally what is the subject of [24] this article?

Page 1451

[1] A: Well, in this article, Warnock tries to [2] cover the whole universe of compressor control [3] configurations regardless of the demands or the [4] applications of compressors. And therefore, he [5] shows many, many different systems, which apply to [6] different applications.
[7] Q: Does he discuss compressors with [8] adjustable inlet guide vanes?
[9] A: Yes, he does.

Honeywell International Inc., et al. v. Hamilton Sundstrand
Case 1:99-cv-00309-GMS   Document 404-2   Filed 03/10/2006   Page 4 of 4
Trial Volume Number 6
February 12, 2001

[10] Q: And where is that?

[11] A: He describes adjustable inlet guide vanes [12] in one of the later pages, it's figure 15, and [13] there is text associated with figure 15.

[14] Q: I don't know if I've said yet, I believe [15] this is at Tab P in the jury book.

[16] A: His figure 15 shows, in fact, a [17] compressor with a guide vane operator, as you can [18] see. The guide vane operator is right here. And [19] the guide vane operator happens to be driven by a [20] pressure controller.

[21] Then he shows a function block here [22] where the position of the guide vanes is used to [23] adjust the set point for the surge flow [24] controller.

### Page 1452

[1] There is the set point and a surge [2] controller is identified here.

[3] Q: Is he depicting the adjustment of the set [4] point based on inlet guide vane position?

[5] A: Yes, he is. In essentially the same [6] manner as the patents, the position of the guide [7] vane signal goes through a function block, [8] converted into an equivalent flow of set point.

[9] Q: You mentioned that he also in his text is [10] describing this figure. Where is that?

[11] A: That appears on the page of the text that [12] begins with the description of what's happening in [13] figure 15.

[14] And I'll read the text, it says [15] "When changes in guide vane position introduce a [16] pronounced difference between the actual surge [17] line and the surge control line defined by a [18] particular surge control system, accuracy, in [19] fact, this is an important word," the accuracy of [20] the surge control can be improved by entering the [21] guide vane position into the system for [22] compensation."

[23] And then he goes on to describe how [24] figure 15 shows a flow surge control system with a

### Page 1453

[1] set point generated by the guide vane loading [2] signal.

[3] Q: And what does that mean?

[4] A: Well, that means that the guide vane [5] position signal is characterized into a [6] corresponding set point change, so that the system [7] will be operated efficiently as possible, but [8] still kept out of surge for all the various [9] positions of the guide vanes.

[10] And he shows that this can be done [11] by straight line approximation or by a nonlinear [12] characterizing device and he's describing the [13] functional relationship between the guide vane [14] position and the set point.

[15] Q: Does Mr. Warnock's article have any [16] explanation or any figures explaining use to [17] adjust the set point based on inlet guide vane [18] position?

[19] A: Yes, if we can go back to the previous [20] page, I think figure 14, in fact, shows the [21] relationship.

[22] Yes, in figure 14, he relates, he [23] relates the flow meter differential pressure [24] measurement to the guide vane position, that each

### Page 1454

[1] one of these points that appear on the — each one [2] of the points that appear on the graph represents [3] a surge point.

[4] And he shows how the surge point [5] will move as the guide vanes are moved, and [6] therefore we have to develop a control system that [7] has a surge control line, that is where we're [8] controlling flow on the safe side of the surge [9] points for all various guide vane positions.

[10] And he list them all from 70 degrees [11] rotation to zero.

[12] Q: And then he shows a surge control system [13] that adjusts the set point based on guide vane [14] position?

[15] A: Yes, he essentially is implementing the [16] function in figure 15, which we've already seen.

[17] Q: All right. Now, you talked about how the [18] Honeywell patent claims refer to the use of [19] proportional integral controls. What type of [20] controls does Mr. Warnock's article recommend for [21] a surge control system?

[22] A: Warnock specifies proportional plus [23] integral control. And that appears if you go back [24] to the text just under the heading figure 15, we

### Page 1455

[1] go to the next piece of text over here. And so [2] he's talking about the surge controller as can be [3] seen at the very top, the heading is Surge [4] Control, then he talks about reset and describes a [5] proportional plus reset controller as his surge [6] controller.

[7] And "reset" is another word for [8] "integral". That was the word — the word [9] "reset" was developed earlier in the technology [10] and later it was identified as an integral mode, [11] so reset is very common used in industry.

[12] Then he goes on to describe how the [13] reset access is in the controller, then we can run [14] into a problem called "reset windup". And he goes [15] into disclosing how the controller can be [16] protected against this reset windup problem and so [17] you can see proportional and integral are part of [18] his scheme.

[19] Q: Does Warnock also discuss measuring a [20] flow-related parameter?

[21] A: Yes, of course he does. If we could look [22] at figure 6(a).

[23] In figure 6(a), he shows a flow [24] measurement made on the discharge of the

### Page 1456

[1] compressor, so we have discharge flow. Then [2] pressure measurement also made on the discharge to [3] the compressor. And then he shows a divider where [4] we divide one by the other.

[5] And in this case, his example shows [6] pressure divided by the differential pressure [7] across the flow meter. This is the inverse of the [8] flow-related parameter which is described in the [9] patents, however in this case the text Warnock [10] goes on to point out that we can calculate this [11] either as the pressure divided by the differential [12] pressure or as the inverse. This is a purely [13] arbitrary function. You can do it either one-way [14] or the other way. And either way produces the [15] same result.

[16] This is in essence the flow-related [17] parameter of the patents, and if the flow-related [18] parameter of the patents is independent of [19] temperature, then this flow-related parameter is [20] as well.

[21] Q: When you say here the flow-related [22] parameter of the patents, you're talking about [23] what?

[24] A: The flow-related parameter of the patents

### Page 1457

[1] is PT minus PS over PT. The function that is [2] calculated in figure 6(a) is the inverse of that [3] parameter. But as I said in the text, Warnock [4] describes that it can be calculated either in this [5] way or as the inverse, either way produces the [6] same result.

[7] Q: Let's look at figure 15 for just a [8] moment.

[9] Now, in figure 15, Mr. Warnock is [10] showing measuring a flow parameter on the inlet [11] side of the compressor?

[12] A: Yes, he does.

[13] Q: Does he also discuss how that measurement [14] can be taken on the discharge side?

[15] A: He does. There is a section of this [16] paper where he discusses this relationship between [17] inlet and outlet flow measurements. And so one can [18] be replaced with the other, if compensation [19] — and sometimes, compensation isn't even necessary, [20] especially in constant speed compressors.

[21] Q: Now, some of the Honeywell patent [22] claims talk about using electronic

controls. Does [23] Warnock refer to using electronic equipment in the [24] surge control system?

*Page 1458*

[1] **A:** Yes, he does. I believe this is — this [2] text follows the discussion on the reset windup [3] protection. If we could go back to the text that [4] has —

[5] **Q:** I think it's page 12.

[6] **A:** Yes. Right at the very top, the first [7] full paragraph at the top talks about, he has [8] developed this method or described this method for [9] protecting the proportional plus reset controller [10] against windup. That method is — he names the [11] batch switch.

[12] And so he says, "The batch switch [13] system is available on a number of pneumatic [14] controllers as an option, and a number of [15] electronic controllers as a standard feature."

[16] So he does address electronic surge [17] control systems.

[18] **Q:** Now, looking back at the, Mr. Warnock's [19] introduction to his article on the first page, [20] does he discuss the importance of matching a set [21] point of a surge control system with where the [22] surge point would be?

[23] **A:** Yes, I believe he does. I think it's [24] over here.

*Page 1459*

[1] Now, he addresses here, and this is [2] quite important, he addresses the economy of the [3] system. And he says since bypassing or blowing [4] off gas waste power, it's desirable to determine [5] surge flow as accurately as possible to avoid [6] bypassing while maintaining safe operation.

[7] However, he says, this is not a [8] simple matter. Surge flow for compressors is not [9] a fixed quantity, but is related to other [10] variables. And I'm going to underline here other [11] variables.

[12] And among those variables, of [13] course, would be inlet guide vanes. And speedy [14] and so forth. And so where other variables [15] substantially affect surge flow, they must be [16] measured and included in the surge system, and [17] that's the role of inlet guide vanes when they [18] were variable.

[19] He goes on to say, surge conditions [20] can be defined completely in terms of variables [21] other than flow. But the problem of defining [22] surge conditions has led to the development of a [23] wide variety of systems.

[24] And of course he shows many examples

*Page 1460*

[1] of those systems in his paper.

[2] **Q:** I believe you already reviewed one of the [3] examples he shows is when a compressor has [4] adjustable guide vanes that the set point should [5] be adjusted based on the guide vane position?

[6] **MR. PUTNAM:** Objection, leading.

[7] **THE COURT:** Why don't you rephrase [8] it.

[9] **Q:** With respect to compressors that have [10] adjustable guide vanes, what does Mr. Warnock [11] show?

[12] **A:** Mr. Warnock's conclusion with adjustable [13] guide vanes, he uses the adjustable guide vanes to [14] set the set point of the surge controller and [15] therefore compensate for the guide vanes in their [16] affect on the location of the surge limit.

[17] **Q:** Now, Mr. Shinskey, we've talked about [18] Warnock disclosing data of the set point based on [19] inlet guide vane position, his reference to using [20] a flow-related parameter that would be to [21] temperature, to using, would an engineer of [22] ordinary skill read this article back in the late [23] 1970's be able to take what Warnock is describing [24] and implement it in a surge control system?

*Page 1461*

[1] **A:** Yes, he could.

[2] **Q:** Why don't we turn to the White article, [3] that's Defendant's Exhibit 6. This is Tab N in [4] the jury book.

[5] Mr. Shinskey, if you could, please, [6] tell us the title of the article?

[7] **A:** Surge Control for Centrifugal [8] Compressors.

[9] **Q:** Do you recognize the author?

[10] **A:** Yes, the author, M.H. White was a member [11] of the Foxboro Company at the same time I was, and [12] at the time the article was prepared.

[13] **Q:** And if you could, please, tell us the [14] journal in which this article was published?

[15] **A:** This article appeared in Chemical [16] Engineering magazine. Chemical Engineering [17] magazine, a technical magazine which serves the [18] chemical industry and the light industries, [19] different — wherever chemical technology is used, [20] and food processing, paper mills, hydrocarbons and [21] so forth, Chemical Engineering magazine is used.

[22] And it also includes technical [23] articles on controlling those processes in all of [24] those industries.

*Page 1462*

[1] **Q:** And are you familiar with generally the [2] circulation of this journal?

[3] **A:** It would be over 100,000, I would [4] believe. I have subscribed to Chemical [5] Engineering magazine for almost 50 years and some [6] of my articles have appeared in here as well.

[7] **Q:** Now, this particular article by [8] Mr. White, has this been cited in other [9] publications?

[10] **A:** Yes, in fact, Warnock does include White [11] as a reference in his article. And it is — this [12] article that he published here was — has been [13] used at the Foxboro Company as kind of a standard [14] for engineers in the work that they have done in [15] designing surge control for compressor.

[16] **Q:** I don't know if you mentioned yet, what [17] is the date of this article?

[18] **A:** December 25th, 1972.

[19] **Q:** That was before the that was before the [20] patents were applied for?

[21] **A:** Yes.

[22] **Q:** You reviewed the file wrapper for the [23] Honeywell patents. Was this article examined by [24] the patent office when they were considering the

*Page 1463*

[1] validity of the Honeywell patents?

[2] **A:** It is not among their references, no.

[3] **Q:** What is the subject of Mr. White's [4] article?

[5] **A:** Mr. White is trying to show engineers how [6] to design an efficient and safe surge control [7] system, again, for a variety of different [8] compressors.

[9] **Q:** Does he discuss surge control for [10] compressors that have adjustable inlet guide [11] vanes?

[12] **A:** Yes, he does.

[13] **Q:** Where is that?

[14] **A:** That's about four or five pages into the [15] paper.

[16] Yes, here it is. Inlet guide vanes [17] shown here. And he talks about constant speed [18] compressors which is, of course, the case in the [19] patent.

[20] **Q:** Let me just interrupt for a second. [21] That's page 60 of his article?

[22] **A:** Page 60.

[23] **Q:** Okay.

[24] **A:** Constant speed centrifugal and axial

*Page 1464*

[1] compressors being frequently equipped with [2] adjustable inlet guide vanes. So it appears right [3] here.

[4] And then he talks about addition [5] reply, axial compressors may have adjustable [6] stator blade, so he puts the stator blades of an [7] axial compressor into the same category inlet [8] guide vanes of a centrifugal compressor.

[9] He describes beside influencing the



Trial Volume Number 6  
February 12, 2001  
Case 1:99-cv-00309-GMS   Document 404-2   Filed 03/10/2006   Page 6 of 14  
Honeywell International Inc., et al. v.  
Hamilton Sundstrand

system match the surge line in [16] order to economize the operation of the system.

[17] Is there any discussion of that in [18] the Shell patent?

[19] A: There is, on page 1, column 1, line 27, [20] begins with "Since the bypassing or blow off of [21] gas through the bypass or the blow-off line [22] represents a loss, in any case a loss of power,[23] the valve is only open when and insofar as it is [24] necessary to avoid surging."

Page 1497

[1] Q: Now, as we discussed, the patent office [2] found that the Shell patent proposed proportional [3] and integral controls?

[4] A: Yes.

[5] Q: For a surge control system?

[6] A: Yes.

[7] Q: Have you had an opportunity whether or [8] not Shell does disclose that. It appears in [9] figure two of the patent there is some text that [10] describes it as well.

[11] A: It's on page 2, and it's at the last [12] paragraph on the first column of page 2.

[13] Q: Okay. Thank you.

[14] Going back to what we just read [15] about what Shell says about keeping the — opening [16] the bypass valve only when and insofar as it is [17] necessary to avoid surging, how, if at all, does [18] that relate to adjusting the set point based on [19] guide vane position when a compressor has [20] adjustable guide vanes?

[21] A: Well, if — we know that as the guide [22] vanes are moved the flow at which surge develops [23] changes in accordance with the position of the [24] guide vanes.

Page 1498

[1] And since the Shell patent states [2] the importance of the economy of the compressor to [3] open the blow-off or bypass valve only when and [4] insofar as necessary to avoid surging, then we see [5] that if we didn't change the set point when the [6] guide vanes are moved, then we will be — to [7] protect the compressors against all possible surge [8] conditions, then we must be venting or blowing off [9] compressed air unnecessarily at lower guide vane [10] positions.

[11] Q: And does that translate into a motivation [12] to use adjusting the set point based on guide vane [13] position when a compressor has adjustable guide [14] vanes?

[15] A: That is definitely an economical [16] motivation, yes.

[17] Q: All right. Let me turn to what we call [18] the Glennon patent, the '035 patent, that's [19] Defendant's Exhibit 142.

[20] Let me just ask you, Mr. Shinskey,[21] if I could, identify the title of this patent?

[22] A: Surge Control for Variable Speed Variable [23] Geometry Compressors.

[24] The connotation "variable geometry"

Page 1499

[1] refers to adjustable guide vanes.

[2] Q: This is Tab U in the jury book.

[3] THE JUROR: Tab what?

[4] MR. HERRINGTON: U.

[5] BY MR. HERRINGTON:

[6] Q: And if you could, please, identify the [7] person to whom this patent was issued and the [8] assignee of the patent?

[9] A: The inventors are Timothy Gleeson, [10] Theodore Sarphine, I believe, and it's assigned to [11] the Sundstrand Corporation.

[12] Q: I believe you may have misspoken. Is it [13] Timothy Glennon?

[14] A: Glennon, I'm sorry.

[15] Q: And the assignee is?

[16] A: Sundstrand Corporation.

[17] Q: And if you could, please, identify what [18] date this application for a patent was filed?

[19] A: It was filed on September 14th, 1977.

[20] Q: And when was the patent issued?

[21] A: Issued August 7th, 1979.

[22] Q: Now, does the Glennon patent contain a [23] discussion of adjusting the set point based on [24] inlet guide vane position?

Page 1500

[1] A: Yes, it does. We'll have to move in to [2] about the third or fourth — well, the next [3] figure, or what is figure one on the next page [4] shows the motivation for adjusting.

[5] Here we have — some of the things [6] we've seen before where the surge line varies with [7] the position of guide vanes. And in this [8] position, Glennon covers variable speed as well as [9] variable guide vanes.

[10] And so Glennon shows that as the [11] guide vanes are changed from fully opened to fully [12] closed, the surge point moves following the [13] contour of the surge line.

[14] And, therefore, it would be [15] desirable to move the set point of the surge [16] controller commensurate with the movement of the [17] surge point.

[18] Q: Is that shown in the Glennon patent as [19] well?

[20] A: The implementation is shown in the [21] Glennon patent, yes. It's perhaps two or three [22] more figures after this.

[23] This is the one, yes. Here we have [24] the IGV position is indicated here. The IGV

Page 1501

[1] position is measured and then it goes through [2] what's called a describing function.

[3] The describing function is [4] essentially the functionality that we see in the [5] other patents relating or converting the position [6] of the guide vane into a signal representing the [7] corresponding flow as a set point for the [8] controller.

[9] And this is sent on to the [10] comparator, which you'll see right here and in [11] that way performs essentially the same role in the [12] Glennon patent as we have seen guide vane [13] positions in both the prior art and in the [14] Honeywell patents.

[15] Q: All right. Let me ask you about another [16] Glennon patent that's Defendant's Exhibit 143. [17] This is Tab V in the jury book.

[18] And let me just maybe to move this [19] through this a little more quickly. This is also [20] a patent issued to Glennon and others and assigned [21] to the Sundstrand Corporation?

[22] A: That's correct.

[23] Q: And the application date is September [24] 14th, 1977, and this patent was issued on August

Page 1502

[1] 7th, 1979?

[2] A: That's correct.

[3] Q: And does this patent also have a [4] discussion of adjusting the set point based on [5] guide vane position?

[6] A: Yes, it does.

[7] Q: Maybe just quickly identify the figures [8] where that is?

[9] A: Figure one again is very similar to the [10] figure one in the previous patent. And shows a [11] similar relationship to the position of the guide [12] vanes and the surge point plotted in flow versus [13] compression ratio.

[14] Q: And then is there another figure actually [15] shown?

[16] A: Yes, there is another figure. And this [17] figure shows more complex calculation than in the [18] previous patent, but it also shows as well this [19] input signal here, inlet guide vane and/or speed [20] information, if employed.

[21] So it shows the capability for [22] bringing inlet guide vane position into the set [23] point of the surge controller and again, the [24] comparator appears right here, that's the same

generator [22] coupled in series between the inlet guide vanes [23] and said input portion of said comparator."

[24] Mr. Shinskey, is that element

Page 1420

[1] satisfied in the APS 3200?

[2] A: No, it's not. The guide vane position [3] signal does not — is not connected either through [4] a function generator or any other way coupled in [5] series between the guide vanes and in the input of [6] the comparator of said comparator in the APS 3200.

[7] Q: Can you show chart 32, please.
[8] When we read element C of Claim 19, [9] which said, "An adjustable set point comparator [10] having an input portion coupled to said output [11] portion of said sensing device, and an outlet [12] adapted to generate an error signal."

[13] Can you identify where that would be [14] in the APS 3200?

[15] A: Again, the comparator is this circle [16] here, which receives a set point as an input, [17] which receives the DELPQP surge variable as [18] another input and generates an error signal which [19] is output to the P and I controller.

[20] Q: And in element G of claim 19 states, [21] "Guide vane position sensor and a function [22] generator couple in series between the inlet guide [23] vanes in said input portion of said comparator."

[24] Is that present in the APS 3200?

Page 1421

[1] A: No, it's not present.

[2] Q: If you could explain why that's not so?

[3] A: The set point which is set to 2 [4] comparator in the APS 3200 is generated as a [5] function of temperature and not guide vane [6] position. So it substitutes for the role of guide [7] vane position in the APS 3200, essentially [8] replaces guide vane position as an input.

[9] Q: Now, is the APS 3200 in using inlet guide [10] vane position in another part of its control [11] logic, is that equivalent to what claim 19 (g) [12] requires in stating that a guide vane position [13] sensor and a function generator coupled in series [14] between the inlet guide vanes and input portion of [15] said guide vane comparator?

[16] A: No, the guide vane portion is not [17] connected.

[18] Q: Looking at element G, what is the [19] function in the patent claim of having a guide [20] vane position sensor and a function generator [21] coupled in series between the inlet guide vanes [22] and the input portion of said comparator?

[23] A: The function is to change the set point [24] of the flow-related parameter as inlet guide vane

Page 1422

[1] position changes in the patent.

[2] Q: And again, is that function performed in [3] the APS 3200 by inlet guide vane position?

[4] A: No, it's not performed by inlet guide [5] vane position. It is performed by temperature, [6] however.

[7] Q: Can you compare in terms of way and [8] result what element G requires and what the APS [9] 3200 actually does?

[10] A: The way this operates is in the patent is [11] to send the guide vane position signal through a [12] function generator which produces a relationship [13] between the set point of the surge controller, [14] which is the desired value of flow and the [15] temperature.

[16] In the case of the — excuse me, in [17] the patent, the relationship is between the set [18] point of the surge controller and the guide vane [19] position. In the APS 3200, the guide vane [20] position instead is used in such a way as to [21] disconnect the PI controller from the bleed valve.

[22] Q: Now, I believe Mr. Muller in arguing that [23] element G was satisfied in the APS 3200 pointed to [24] something that he said was a comparator, and it

Page 1423

[1] was different than what he had pointed to as [2] satisfying element C.

[3] In your understanding, is that a [4] fair reading of the function that's required by [5] element G of Claim 19?

[6] A: No. I would say it's not a fair reading [7] because element G requires the connection to the [8] said input portion of said comparator, and [9] Mr. Muller pointed to a different device on [10] another diagram which was not even a comparator.

[11] Q: Why don't we turn to Claim 23 of the '893 [12] patent. That's chart 60, 60(a) or 60(b).

[13] Mr. Shinskey, in your understanding [14] is Claim 23 dependent on Claim 19?

[15] A: Yes, it is.

[16] The Claim 23 states that it uses [17] Claim 19 as a basis, and simply is an additional [18] term to add to what the elements of claim 19 would [19] be.

[20] Q: And in your understanding, is Claim 23 [21] infringed by the APS 3200?

[22] A: No. Claim 23 would not be infringed if [23] Claim 19 were not infringed.

[24] Q: All right. Mr. Shinskey, looking at all

Page 1424

[1] of the Honeywell patent claims that are being [2] asserted here and looking at how IGV position is [3] used in all of those claims, does inlet guide vane [4] position perform that same role in the APS 3200?

[5] A: No, it does not.

[6] Q: In the APS 3200, is there something else [7] that occupies that role that's required by IGV [8] position in the patent claims?

[9] A: The role of IGV in the patent claims is [10] to adjust the set point for the surge control [11] variable. And temperature plays that role in the [12] APS 3200.

[13] Q: With respect to an argument that the APS [14] 3200 does use inlet guide vane position in the [15] same way that the patents require and that the [16] 3200's use of temperature is just something extra [17] that can be ignored, do you have any opinion with [18] respect to that issue?

[19] A: The APS 3200 does not use guide vane [20] position in surge control. It simply is a [21] secondary test recognizing a high-flow condition [22] which locks out the surge control system or [23] maintains a locked out condition for the surge [24] control system.

Page 1425

[1] It does not help in surge control at [2] all.

[3] Q: And how is temperature used in the APS [4] 3200?

[5] A: Temperature is used to adjust the set [6] point of the surge controller so as to maintain [7] the compressor out of surge as temperature [8] variations take place.

[9] Q: Okay. We are a going to turn now to the [10] question of whether the Honeywell patents are [11] valid in light of the prior art that has been [12] identified in this case.

[13] Mr. Shinskey, let me ask you, did [14] you consider the question of whether the Honeywell [15] patent claims that are at issue in the lawsuit [16] were either anticipated by or made obvious by what [17] was already known in the field of surge control [18] for compressors as of the time more than a year [19] before the Honeywell patent applications were even [20] filed?

[21] A: I did consider that, yes.

[22] Q: And what was your conclusion on that [23] question?

[24] A: My conclusion was that there were many

Page 1426

[1] references of prior art that included all of the [2] elements that were claimed in the Honeywell [3] patent, and these — this prior art were [4] publications that predated the filing of the [5] application

Honeywell International Inc., et al. v Hamilton Sundstrand
Case 1:99-cv-00309-GMS  Document 404-2  Filed 03/10/2006  Page 8 of 14
Trial Volume Number 6
February 12, 2001

for the Honeywell patents.

[6] **Q:** Now, first of all, let's take a look at [7] what the patent office itself found was already [8] known in the field at the time the Honeywell [9] patent applications were filed.

[10] If you could, please, pull up chart [11] No. 4.

[12] Mr. Shinskey, could you explain what [13] this chart shows with respect to what the patent [14] office itself found was already known in the field [15] of surge control?

[16] **A:** Yes. On the left-hand side, we have [17] Claims 48 and 49 from the application that was [18] filed with the patent office. And these claims [19] were not accepted by the patent office. And the [20] claims that were allowed differed from the claims [21] that were rejected on the basis that they had the [22] provision for adjusting the set point of the surge [23] controller or otherwise changing the output of the [24] surge controller as a function of inlet guide vane

Page 1427

[1] position.

[2] **Q:** Just to explain to the jury, looking at [3] the language in Claim 4, the language that's not [4] highlighted, what does that correlate to with [5] respect to what we see in the left-hand column?

[6] **A:** Well, all the other elements are [7] essentially the same. You can even see the same [8] language, for example, subparagraph A is the same [9] in both cases.

[10] So the only distinction of the [11] addition of the feature of adjustable guide vanes [12] and the use of adjustable guide vanes in effecting [13] the controllers's output.

[14] **Q:** Let me show you what's called the file [15] wrapper for the '194 patent, that's Defendant's [16] Exhibit 12, and if we could walk through what is [17] reflected there in this Claim 4 chart.

[18] **MR. HERRINGTON:** Your Honor, may I [19] approach the witness?

[20] **THE COURT:** Yes, you may.

[21] BY MR. HERRINGTON:

[22] **Q:** Mr. Shinskey, first of all, could you [23] identify what Defendant's Exhibit 12 is?

[24] **A:** Yes. This appears to be the file wrapper

Page 1428

[1] for the patent, and therefore, includes the [2] examiners's comments and reasons for rejecting [3] some of the claims and whatever amendments [4] followed that.

[5] **Q:** This is for the '194 patent? It even [6] shows that in the top right corner of the first [7] page?

[8] **A:** Yes, it does.

[9] **Q:** Why don't you turn to the page that has a [10] Bates stamp number, HSB 401556.

[11] **A:** I have that page.

[12] **Q:** Looking at the claims that are numbered [13] 48 and 49, does that correlate with what we've [14] shown on chart four on the board there?

[15] **A:** Yes. The wording in the file wrapper is [16] the same as the wording that's on the screen.

[17] **THE COURT:** The jury can't read it.

[18] **MR. HERRINGTON:** Okay. We can make [19] it bigger.

[20] Is that better?

[21] **THE COURT:** No, it's the size.

[22] **Q:** Why don't we leave that up for a minute [23] and let me ask you, what we have here on the [24] left-hand side is Claim 48 as it was shown in a

Page 1429

[1] patent claim that Honeywell originally tried to [2] obtain from the patent office, is that correct?

[3] **A:** That's correct.

[4] **Q:** And did the patent office allow that [5] claim?

[6] **A:** No, the patent office did not allow Claim [7] 48.

[8] **Q:** And before we move on, if we could focus [9] on Claim 49. Is Claim 49 another claim that [10] Honeywell tried to obtain from the patent office?

[11] **A:** Yes, it is. Claim 49 depends on Claim [12] 48, but it is rejected as well.

[13] **Q:** The patent office — did the patent [14] office allow that claim?

[15] **A:** No, the patent office did not allow the [16] claim.

[17] **Q:** Why don't we turn to HSB 401565.

[18] Could you identify what that is, [19] please?

[20] **A:** I believe this is what is called office [21] action, where the patent examiner lists which [22] claims were rejected, which are objected to, and [23] so forth.

[24] **Q:** Okay. Let me ask you to turn to the

Page 1430

[1] second page of that document, and I'll read from [2] the first — the second full paragraph. Let me [3] ask you, what is shown by the second page?

[4] **A:** In the second page are the reasons for [5] rejecting the claims which the examiner rejected.

[6] **Q:** And I'm going to try — we're going to [7] try to project this onto the screen.

While we're [8] waiting for that, let me read what the patent [9] examiner stated in this office action. He states, [10] "Shell," and if you understand what that refers [11] to, what does "Shell" refer to?

[12] **A:** Shell is the international oil company [13] that has a patent relevant to the art.

[14] **Q:** It states: Shell discloses a compressor [15] control system including surge control passage 9 [16] with valve 10, P and delta P sensor, dividing [17] circuit 14 and controller 15. Controller 15 [18] compares the quotion with circuit 15 with set [19] point 16. Note that the controller in figure two [20] has both proportional and integral action.

[21] What does that last sentence refer [22] to?

[23] **A:** The last sentence refers to the fact [24] that Shell in their patent was, claimed proportional

Page 1431

[1] and integral control of the surge variable.

[2] **Q:** And it goes on to state, "Moreover, [3] Shell's system operate according to a method [4] generally similar to that claimed."

[5] Now, skipping over to the next page, [6] the first full paragraph, we just referred to [7] Claims 48 and 49 that Honeywell originally tried [8] to obtain from the patent office, and here it [9] states, "Claims 48 and 49 are rejected like claims [10] 41 through 43 and 52 above in view of Louis. The [11] Shell control system is obviously applicable to [12] any dynamic compressor, including gas turbine [13] driven compressor means such as those disclosed by [14] Louis."

[15] If you could please explain what you [16] understand the patent examiner has stated here?

[17] **A:** Well, the patent examiner says that the [18] system as patented by Shell, the system —

[19] **MR. HERRINGTON:** I'm sorry, we're [20] not able to project this.

[21] **THE COURT:** Is there — is this [22] document available to the jury in the jury [23] notebook?

[24] **MR. HERRINGTON:** I believe it may be

Page 1432

[1] in the jury book.

[2] **THE COURT:** Why don't you take a [3] moment and see.

[4] **MR. HERRINGTON:** All right. We'll [5] take just a moment.

[6] BY MR. HERRINGTON:

[7] **Q:** What we're reading from is in Tab I [8] of the jury notebook. And looking in

controls. Does [23] Warnock refer to using electronic equipment in the [24] surge control system?

Page 1458

[1] A: Yes, he does. I believe this is — this [2] text follows the discussion on the reset windup [3] protection. If we could go back to the text that [4] has —

[5] Q: I think it's page 12.

[6] A: Yes. Right at the very top, the first [7] full paragraph at the top talks about, he has [8] developed this method or described this method for [9] protecting the proportional plus reset controller [10] against windup. That method is — he names the [11] batch switch.

[12] And so he says, "The batch switch [13] system is available on a number of pneumatic [14] controllers as an option, and a number of [15] electronic controllers as a standard feature."

[16] So he does address electronic surge [17] control systems.

[18] Q: Now, looking back at the, Mr. Warnock's [19] introduction to his article on the first page, [20] does he discuss the importance of matching a set [21] point of a surge control system with where the [22] surge point would be?

[23] A: Yes, I believe he does. I think it's [24] over here.

Page 1459

[1] Now, he addresses here, and this is [2] quite important, he addresses the economy of the [3] system. And he says since bypassing or blowing [4] off gas waste power, it's desirable to determine [5] surge flow as accurately as possible to avoid [6] bypassing while maintaining safe operation.

[7] However, he says, this is not a [8] simple matter. Surge flow for compressors is not [9] a fixed quantity, but is related to other [10] variables. And I'm going to underline here other [11] variables.

[12] And among those variables, of [13] course, would be inlet guide vanes. And speedy [14] and so forth. And so where other variables [15] substantially affect surge flow, they must be [16] measured and included in the surge system, and [17] that's the role of inlet guide vanes when they [18] were variable.

[19] He goes on to say, surge conditions [20] can be defined completely in terms of variables [21] other than flow. But the problem of defining [22] surge conditions has led to the development of a [23] wide variety of systems.

[24] And of course he shows many examples

Page 1460

[1] of those systems in his paper.

[2] Q: I believe you already reviewed one of the [3] examples he shows is when a compressor has [4] adjustable guide vanes that the set point should [5] be adjusted based on the guide vane position?

[6] MR. PUTNAM: Objection, leading.

[7] THE COURT: Why don't you rephrase [8] it.

[9] Q: With respect to compressors that have [10] adjustable guide vanes, what does Mr. Warnock [11] show?

[12] A: Mr. Warnock's conclusion with adjustable [13] guide vanes, he uses the adjustable guide vanes to [14] set the set point of the surge controller and [15] therefore compensate for the guide vanes in their [16] affect on the location of the surge limit.

[17] Q: Now, Mr. Shinskey, we've talked about [18] Warnock disclosing data of the set point based on [19] inlet guide vane position, his reference to using [20] a flow-related parameter that would be to [21] temperature, to using, would an engineer of [22] ordinary skill read this article back in the late [23] 1970's be able to take what Warnock is describing [24] and implement it in a surge control system?

Page 1461

[1] A: Yes, he could.

[2] Q: Why don't we turn to the White article, [3] that's Defendant's Exhibit 6. This is Tab N in [4] the jury book.

[5] Mr. Shinskey, if you could, please, [6] tell us the title of the article?

[7] A: Surge Control for Centrifugal [8] Compressors.

[9] Q: Do you recognize the author?

[10] A: Yes, the author, M.H. White was a member [11] of the Foxboro Company at the same time I was, and [12] at the time the article was prepared.

[13] Q: And if you could, please, tell us the [14] journal in which this article was published?

[15] A: This article appeared in Chemical [16] Engineering magazine. Chemical Engineering [17] magazine, a technical magazine which serves the [18] chemical industry and the light industries, [19] different — wherever chemical technology is used, [20] and food processing, paper mills, hydrocarbons and [21] so forth, Chemical Engineering magazine is used.

[22] And it also includes technical [23] articles on controlling those processes in all of [24] those industries.

Page 1462

[1] Q: And are you familiar with generally the [2] circulation of this journal?

[3] A: It would be over 100,000, I would [4] believe. I have subscribed to Chemical [5] Engineering magazine for almost 50 years and some [6] of my articles have appeared in here as well.

[7] Q: Now, this particular article by [8] Mr. White, has this been cited in other [9] publications?

[10] A: Yes, in fact, Warnock does include White [11] as a reference in his article. And it is — this [12] article that he published here was — has been [13] used at the Foxboro Company as kind of a standard [14] for engineers in the work that they have done in [15] designing surge control for compressor.

[16] Q: I don't know if you mentioned yet, what [17] is the date of this article?

[18] A: December 25th, 1972.

[19] Q: That was before the that was before the [20] patents were applied for?

[21] A: Yes.

[22] Q: You reviewed the file wrapper for the [23] Honeywell patents. Was this article examined by [24] the patent office when they were considering the

Page 1463

[1] validity of the Honeywell patents?

[2] A: It is not among their references, no.

[3] Q: What is the subject of Mr. White's [4] article?

[5] A: Mr. White is trying to show engineers how [6] to design an efficient and safe surge control [7] system, again, for a variety of different [8] compressors.

[9] Q: Does he discuss surge control for [10] compressors that have adjustable inlet guide [11] vanes?

[12] A: Yes, he does.

[13] Q: Where is that?

[14] A: That's about four or five pages into [15] the paper.

[16] Yes, here it is. Inlet guide vanes [17] shown here. And he talks about constant speed [18] compressors which is, of course, the case in the [19] patent.

[20] Q: Let me just interrupt for a second. [21] That's page 60 of his article?

[22] A: Page 60.

[23] Q: Okay.

[24] A: Constant speed centrifugal and axial

Page 1464

[1] compressors being frequently equipped with [2] adjustable inlet guide vanes. So it appears right [3] here.

[4] And then he talks about addition [5] reply, axial compressors may have adjustable [6] stator blade, so he puts the stator blades of an [7] axial compressor into the same category inlet [8] guide vanes of a centrifugal compressor.

[9] He describes beside influencing the

[10] compressor output, moving these vanes also changes [11] the slope of the surge curve. There is a surge [12] line for each vane position, just as there is, for [13] example, for each inlet temperature.

[14] **Q:** Now, does Mr. White describe a system [15] where the set point is adjusted based on guide [16] vane position?

[17] **A:** Yes, he does. I believe it's his figure [18] nine that shows that. Now, figure nine, White [19] uses for two different purposes. And in his first [20] purpose, he describes automatic temperature [21] compensation for compressors where we are [22] compressing a gas over a very, very wide [23] temperature range.

[24] And in that case, if the temperature

### Page 1465

[1] of the gas is variable, then White uses a [2] temperature measurement and sends that temperature [3] measurement into a calculation to adjust the set [4] point of the surge controller.

[5] Then he goes on after he's finished [6] with his discussion of temperature compensation, [7] he goes on to discuss what we do in the case of [8] inlet guide vane variation, and he uses the same [9] diagram to do double service here, so he doesn't [10] have to draw the diagram over again.

[11] And he replaces the temperature [12] input with IGV position, and he says the [13] functional relationship is quite similar, and in [14] this configuration, variations in the position of [15] the inlet guide vanes go on to adjust the [16] temperature — excuse me, adjust the set point for [17] the surge controller.

[18] **Q:** Does Mr. White's article provide a [19] description of what's shown in figure nine?

[20] **A:** Yes, the text immediately to the right of [21] figure nine on the same page I believe describes [22] that.

[23] He talks about, first of all, if we [24] don't put any compensation in for variable guide

### Page 1466

[1] vanes, this could result in bypassing gas at times [2] when it is not required. And therefore, when [3] vanes are positioned from a manual station and not [4] frequently changed, it's possible to simply make [5] an adjustment manually.

[6] However, he says, when frequent [7] changes in vane position produce large variations [8] in the slope of the surge line, it is desirable to [9] make the changes in the setting automatically. [10] And then he goes on to say, using a system like [11] the one for automatic temperature compensation in [12] figure nine.

[13] So he says the signal for the [14] controller to the vane operator, which is an [15] indication of the position of the vane, instead of [16] temperature measurement, is fed into the analog [17] computer to adjust the ratio setting.

[18] Then he goes on to say, this [19] produces a linear relationship between the ratio [20] setting and the vane position that is not [21] precisely correct; however, the errors introduced [22] are usually small enough to be neglected.

[23] **Q:** Let me ask you about measuring the flow [24] parameter. Does White describe how to measure a

### Page 1467

[1] flow parameter in the discharge side of the [2] compressor?

[3] **A:** Yes, he does. If we can back up, there [4] is a discussion on discharge line flow [5] measurement. Now, the discussion on discharge [6] line flow measurement begins on this page and [7] continues to the next page, but in the next page [8] he relates it specifically to the case — and [9] we've skipped a page here somehow.

[10] **Q:** Why don't I see if I can project it on [11] the Elmo.

[12] This is on page 61. 61 doesn't have [13] a page number, but it's preceding 62.

[14] **A:** Can you lower it down just a little bit?

[15] Okay. This is the area of interest [16] right here. Can I still — can I still mark this [17] up, Stephanie? No. Okay.

[18] The paragraph that begins right in [19] the middle of the page here says, When the [20] compressor operates at constant speed, the [21] instrumentation can be further simplified, that [22] means we don't have to divide by temperature, [23] multiply by pressure and so forth.

[24] Under the condition the compress

### Page 1468

[1] ratio is constant at the search point and [2] therefore the equation 33 reduces to a simple [3] proportionality between a flow measurement made at [4] the inlet which produces a signal H1 and a flow [5] measurement made at the discharge of the [6] compressor which produces a signal H2.

[7] And therefore, we can use a standard [8] control system, simply replace H1 with H2.

[9] **Q:** Now, the Honeywell patents talk about [10] using proportional integral controls in a surge [11] control system. Does Mr. White in his article [12] discuss using proportional and integral controls?

[13] **A:** Yes, he does. It's under the heading of [14] Instrumentation. If we look at the second [15] paragraph here, he says the surge controller [16] should have in addition to proportional and reset [17] functions.

[18] **Q:** This is on page 58 of the article.

[19] **A:** And then he goes on, he goes on to [20] describe the need for windup protection, referring [21] to batch feature, which is the same terminology [22] that Warnock used in his system, in his paper.

[23] **Q:** Now, some of the Honeywell patent claims [24] refer to using electronic equipment, and does

### Page 1469

[1] Mr. White refer to that as well?

[2] **A:** Yes, he does. If we look at the first [3] paragraph under this heading of instrumentation, [4] he says that the equipment can be either pneumatic [5] or electronic.

[6] **Q:** Looking at all the features we've [7] discussed, adjusting the set point based on inlet [8] guide vane position, measuring a parameter in the [9] discharge side of the compressor, using PI control [10] for the surge control system, and using electronic [11] equipment, would an engineer of ordinary ability [12] working in the period a year before the Honeywell [13] patents were applied for, be able to take the [14] White article and implement a surge control system [15] that uses those features?

[16] **A:** Yes, definitely.

[17] **Q:** Do you have any knowledge of the White [18] article actually being used in that way?

[19] **A:** Oh, yes. The White article has been [20] used, again, by engineers at the Foxboro Company [21] to develop surge control systems.

[22] **Q:** Why don't we look at what's called the [23] Fallin article, that's our Exhibit No. 19. This [24] is Tab Q in the jury book.

### Page 1470

[1] Mr. Shinskey, if you could please, [2] read the title of the article?

[3] **A:** Controls for an Axial Turbo Blower.

[4] **Q:** Who are the authors?

[5] **A:** The authors are Fallin and Belas, [6] employees of the Bethlehem Steel Corporation at [7] the time the article was published.

[8] **Q:** When was this article published?

[9] **A:** May 1968 is the date.

[10] **Q:** And in what journal was it published?

[11] **A:** This article was published in [12] Instrumentation Technology, which is the Journal [13] of the Instrument Society of America, published [14] monthly.

[15] **Q:** If you'll turn one page you'll see [16] where that's shown a little bit lower on the screen.

**In The Matter Of:**

*Honeywell International Inc., et al. v.*
*Hamilton Sundstrand*

*Trial Volume Number 7*
*February 13, 2001*

*Hawkins Reporting Service*
*712 King Street*
*Wilmington, DE 19801*
*(302) 658-6697*

*Original File 021301FC.V1, 319 Pages*
*Min-U-Script® File ID: 3579518546*

**Word Index included with this Min-U-Script®**

in [21] Tucson before I graduated college and then once I [22] graduated I stayed on with them for a short time [23] thereafter.

[24] **Q:** And that AlliedSignal is what is now

###### Page 1713

[1] known as Honeywell?

[2] **A:** Correct.

[3] **Q:** Did you, while during the — [4] approximately how long after graduating from [5] college were you at AlliedSignal?

[6] **A:** After I graduated, I probably was there [7] for a year.

[8] **Q:** And I take it you worked at Allied also [9] as a — while you were still a student in college?

[10] **A:** Correct.

[11] **Q:** At any point during your employment with [12] AlliedSignal in Tucson, Mr. Greubel, did you have [13] any role in designing or developing or [14] manufacturing their APU products?

[15] **A:** No.

[16] **Q:** What products of AlliedSignal's did you [17] work on, have a significant role in connection [18] with?

[19] **A:** Well, when I was a student engineer for a [20] period of my two years there, I worked in a [21] reliability group, so I wasn't really involved [22] with any kind of particular product. It was just [23] electronic controllers that I was helping out [24] with, database entry, printing out reports and

###### Page 1714

[1] plotting data, things of that nature.

[2] After I graduated and went full-time [3] as a degree in engineering, I worked on a database [4] program for the electrical engineers. And I also [5] worked on primarily cabin pressure control systems [6] after that.

[7] **Q:** What are "cabin pressure control [8] systems," Mr. Greubel?

[9] **A:** It's basically a system that keeps the [10] pressure in an aircraft cabin comfortable so that [11] when you're going up to 40,000 feet your ears [12] don't pop. It just keeps the cabin at a [13] comfortable pressure.

[14] **Q:** Do those cabin pressure control systems [15] have anything to do with APUs?

[16] **A:** No.

[17] **Q:** I think you mentioned that when you were [18] a student employee and then perhaps later, you [19] also had some job responsibilities with entering [20] information in a database; is that right?

[21] **A:** Right.

[22] **Q:** And did you enter any information in a [23] database that had anything to do with APUs?

[24] **A:** No. They were just electronic components

###### Page 1715

[1] that might have found themselves into some APU [2] product way down the road, but it was nothing with [3] APUs.

[4] **Q:** Now, was any of the work that you did [5] while you were at what's now known as Honeywell [6] related in any way to controlling surge on an [7] auxiliary power unit?

[8] **A:** No, not at all.

[9] **Q:** Before you joined Sundstrand in the [10] summer of 1990, Mr. Greubel, did you have any [11] experience at all in designing or developing a [12] surge control system?

[13] **A:** No.

[14] **Q:** What led you to move from Tucson and work [15] at AlliedSignal to join Hamilton Sundstrand in San [16] Diego, California in the summer of 1990, [17] Mr. Greubel?

[18] **A:** Sundstrand was looking for engineers, and [19] I had grown up in Tucson and I had just graduated [20] recently. I decided I wanted to try something [21] different, live in a different area of the [22] country. I was still single, so I thought that [23] would be a good idea.

[24] Also AlliedSignal was having

###### Page 1716

[1] problems with layoffs and morale wasn't that good, [2] so it was kind of the two main reasons why I [3] decided to take the opportunity to move to San [4] Diego.

[5] **Q:** When you got to San Diego and joined [6] Sundstrand, do you recall the first project you [7] were assigned to?

[8] **A:** Yes, I was put on the APS 3200 program [9] and I was mainly cast with working with computer [10] programs, modeling of the control system and the [11] engine for the APS 3200.

[12] **Q:** At some point were you asked to work on [13] the development of the surge control system being [14] developed for the APS 3200?

[15] **A:** Yes.

[16] **Q:** And approximately when did that happen?

[17] **A:** Probably within a few months after [18] starting there.

[19] **Q:** So sometime in 1990?

[20] **A:** Yeah.

[21] **Q:** Now, today, are you generally familiar [22] with how the surge control on the APS 3200 has [23] worked for the period at least since February 3rd, [24] 1999?

###### Page 1717

[1] **A:** Yes.

[2] **Q:** Now, going back to the fall of 1990, — [3] withdrawn, let me ask you another question.

[4] Today, do you have responsibilities [5] for the 3200 or have you been assigned to other [6] products?

[7] **A:** No, I have other programs now.

[8] **Q:** But back in 1990 when you were first [9] asked to start helping out on developing the surge [10] control system for the APS 3200, at that point had [11] Hamilton Sundstrand determined whether to have a [12] single or varying set point for the surge control [13] logic?

[14] **A:** No.

[15] **Q:** And had it decided at that point to vary [16] the set point in accordance with air inlet [17] temperature?

[18] **A:** No.

[19] **Q:** Had it decided at the point you were [20] asked to join the team to use proportional and [21] integral controls?

[22] **A:** That would have been decided already. [23] That's a simple control loop, so that would have [24] been in place already.

###### Page 1718

[1] **Q:** At the point in 1990 that you first [2] started working on developing the surge control [3] logic, had Hamilton Sundstrand become aware that [4] there was a double-solution issue with respect to [5] the particular measurement of air in the [6] compressor?

[7] **A:** At the point that I started?

[8] **Q:** Yes.

[9] **A:** No.

[10] **Q:** And is it fair to say not having yet [11] identified that there was that double solution [12] issue, it hadn't yet figured out how to solve the [13] double-solution issue?

[14] **A:** Correct.

[15] **Q:** Had Sundstrand, at the time in 1990 when [16] you first started working on the surge control [17] system, decided to have a test of high flow versus [18] low flow as part of the overall system?

[19] **A:** Back when I started?

[20] **Q:** Yes.

[21] **A:** No, because we didn't know about the [22] double solution at that point.

[23] **Q:** And had it decided at that point what [24] logic should be used to determine whether the

###### Page 1719

[1] system was in high or low flow?

[2] **A:** No, again, because we didn't re-

## In The Matter Of:

*Honeywell International Inc., et al.   v.*
*Hamilton Sundstrand*

___

*Hearing Volume Number 10*
*February 16, 2001*

___

*Hawkins Reporting Service*
*715 N. King Street, Suite 3*
*Wilmington, DE  19801*
*(302) 658-6697    FAX: (302) 658-8418*

*Original File 021601FC.V1, 166 Pages*
*Min-U-Script® File ID: 2868977548*

**Word Index included with this Min-U-Script®**

Honeywell International Inc., et al. v.
Hamilton Sundstrand
Case 1:99-cv-00309-GMS   Document 404-2   Filed 03/10/2006   Page 14 of 14
Hearing Volume Number 10
February 16, 2001

fringed.

**Page 2597**

[1] So the key issue is the absence in [2] generating those PI control signals, the things [3] that control the surge valve of any input from IGV [4] position. It's not there in the 3200.

[5] Now, IGV position is relied upon in [6] another aspect of this overall system. And I'm [7] going to turn to that right now. But the patent [8] calls for using IGV position to generate the PI [9] control signals that are used to operate that [10] little exhaust valve.

[11] And perhaps I should step back a [12] moment and just review what has come out in the [13] testimony that inside this little compressor [14] that's whirling around and compressing the air for [15] use in the aircraft, if the demand for that air [16] falls, the air flowing through the compressor has [17] no where to go, and surge can occur.

[18] And therefore, to prevent that from [19] happening, the system automatically will open up [20] this valve. If the aircraft doesn't need the [21] compressed air that's being made and therefore the [22] flow inside the compressor is falling because it's [23] got no where to go, this valve is opened and [24] controlled by these PI signals, so it has

**Page 2598**

[1] someplace to go, so that there is enough air [2] flowing through to prevent surge.

[3] And in the 3200, the PI control [4] signals control the operation of that valve to [5] prevent surge. They rely on the desired value, if [6] the parameter value coming in gets into this [7] range, if it's 89 degrees outside, and the [8] parameter value goes below .205, then you're going [9] to have a difference, and then you're going to [10] have a proportional integral control signal that [11] is going to open that valve a little bit, let some [12] air out.

[13] If there is a bigger difference, if [14] your parameter value is way below .205, you're [15] going to get a bigger error signal, it's going to [16] generate a larger signal in the end, the valve [17] will open more. That's what's going on.

[18] Let me turn to how the 3200 does use [19] IGV position. And if we could have the next [20] chart, Stephanie. Do you know which one it is? [21] Could you enlarge it for me?

[22] This is a separate part of the logic [23] that the APS 3200 uses. And what it signifies, [24] this is the — represents the high-flow test. And

**Page 2599**

[1] you will recall from the testimony that this [2] particular parameter, DELPQP which has particular [3] characteristics, follows a curve where it doesn't [4] correlate perfectly with air flow in the [5] compressor.

[6] As flow increases, it goes up. As [7] flow continues to increase, it appears to go [8] down.

[9] Therefore the logic was developed to [10] say which side of that curve are we on so that the [11] system can know if the set point — if the [12] parameter value that's being reported is below the [13] set point, whether it's truly in a high-flow [14] situation, or a low-flow situation. You only need [15] to open your surge valve if you're really in low [16] flow.

[17] Because this particular parameter [18] has this, as Mr. Muller called it, this funny [19] characteristic that you can get a double solution, [20] that you can theoretically have a reading of a [21] parameter value of .18 when you are, in fact, [22] there is a lot of air going through this there.

[23] And you can also get a reading of [24] .18 when you're in low flow, because of that it

**Page 2600**

[1] was understood to be a need to have a test to find [2] out if you had this value .18 whether you were in [3] low flow and needed to let your PI signals control [4] the valve or whether you were in high flow, in [5] which there was no need to have the PI signals [6] control the valve.

[7] So there are two parts of the test. [8] The first one, and it's written on this chart, and [9] again, there is no dispute that this is how it [10] works.

[11] If the value of the parameter goes [12] as high as .35, that's way above all those set [13] points, there is no concern at .35 that you're [14] anywhere near the surge limit. You don't have to [15] be, if there is that much movement in the air [16] going through the compressor, you don't have to be [17] opening your exhaust valve.

[18] So if the parameter value goes above [19] .35, this system cuts out those PI control [20] signals, and substitutes a separate signal that [21] everybody degrees, both experts agree is not a [22] proportional and integral control signal. It's [23] just a fixed voltage. And it keeps the exhaust [24] valve shut because you're in high-flow mode, you

**Page 2601**

[1] don't have to be modulating or moving that exhaust [2] valve.

[3] And a separate test is built in that [4] involves IGV position, and it also involves [5] pressures and it involves temperature and it is a [6] back up test that if it's not greater than .35, [7] this test determines which side of that curve [8] you're on. Is it in high flow or is it in low [9] flow?

[10] And if it determines that it is in [11] high flow, all it does is it maintains this [12] constant signal, this non PI signal that's already [13] started to be generated once you got to the .35 [14] line, it just retains it.

[15] And if it determines that you're in [16] low flow, it then allows that — it then chooses [17] the PI signal to operate the surge control valve.

[18] The PI signals that then operate the [19] surge control valve, ladies and gentlemen, are the [20] same ones that are constantly being generated. [21] Regardless of how this test comes out and this [22] lock out of those signals, the PI signals that are [23] generated are the ones that are dependent on [24] temperature.

**Page 2602**

[1] So the only role of IGV position in [2] this entire system is a back up test to determine [3] whether because of the funny characteristic of [4] this particular way to measure the air movement, [5] the machine is in high or low-flow mode.

[6] But there is nothing — if we could [7] put the language from Claim 4 back up there.

[8] What Claim 4 calls for, and Claim 8 [9] and Claim 19, is in generating the signals that [10] control the position of that valve and using [11] proportional and integral control signals, that [12] the magnitudes of those signals be affected under [13] the control logic by IGV position.

[14] And that simply does not happen in [15] the 3200. It's just not part of its design.

[16] And conversely, this high-flow test, [17] this back up high-flow test that does monitor IGV [18] position is no where in the patent. And that is [19] what this case is about. And you didn't hear a [20] word of this from Mr. Krupka.

[21] Mr. Krupka contented himself with [22] saying incorrectly that Mr. Shinskey admitted in [23] this courtroom that Claim 4D was satisfied by the [24] 3200. That is simply not the case.

**Page 2603**

[1] Initially to support that proposition, Mr. Schlaifer mistakenly put up a [3] snippet from somebody else's testimony entirely, [4] then when Mr. Putnam passed the note and [5] Mr. Shinskey's testimony was put up, you could see [6] that that testimony did not have Mr. Shinskey [7] saying yes, element 4D in the 3200, it adjusts the [8] PI signals in accordance with IGV position.

[9] In fact, during that part of the [10] cross-examination, I have no, ladies and [11] gentlemen, and if you focused on this as I did, [12] but in fact Mr. Putnam at that