# EXHIBIT 27
# PART II

FIGURE 14. TWO PACK ECS FLOW SHUTOFF TRANSIENT
-25°F DAY, SEA LEVEL, MAX. MODE

FLAPPER STROKE(IN): 0.1000E-01, 0.5000E-02, 0.0
SENSOR DELTA P(PSID): 0.1300E+02, 0.8000E+01, 0.3000E+01
COMP DISC PRES(PSIA): 0.6500E+02, 0.5700E+02, 0.4900E+02
COMP DISC FLOW (PPM): 0.1400E+03, 0.1200E+03, 0.1000E+03
COR. ECS FLOW (PPM): 0.1600E+03, 0.8000E+02, 0.0

Surge Point (67.i)

R.S. POPPET STROKE: 0.8000E-01, 0.4000E-01, 0.0
SURGE FLOW(PPM): 0.4000E+03, 0.2000E+03, 0.0
ACTUATOR STROKE(IN): 0.2000E+01, 0.1200E+01, 0.4000E+00
XDOT .OR. IGV ANGLE: 0.4000E+02, 0.0, -0.4000E+02
ACTUATOR PRESS(PSIA): 0.1100E+03, 0.7000E+02, 0.3000E+02

TIME (SECOND): 0.0, 0.1600E+01, 0.3200E+01, 0.480

SUND 006078

Highly Confidential
Pursuant to Court Order

FIGURE 15. APU ISOLATION VALVE TURNOFF TRANSIENT
-25°F DAY, SEA LEVEL, MAX. MODE

FLAPPER STROKE(IN): 0.1000E-01, 0.5000E-02, 0.0

SENSOR DELTR PIPSID: 0.8000E+01, 0.6000E+01, 0.4000E+01

COMP DISC PRES(PSIA): 0.6800E+02, 0.6000E+02, 0.5200E+02

Surge Point (67.1)

COMP DISC FLOW (PPM): 0.1400E+03, 0.1200E+03, 0.1000E+03

COR. ECS FLOW (PPM): 0.1600E+03, 0.8000E+02, 0.0

0.0 0.1000E+01 0.3200E+01 0.400

R.S. POPPET STROKE: 0.4000E-01, 0.2000E-01, 0.0

SURGE FLOW(PPM): 0.1600E+03, 0.8000E+02, 0.0

ACTUATOR STROKE(IN): 0.2400E+01, 0.1600E+01, 0.8000E+00

IGV ANGLE .OR. XDOT: 0.1000E+02, -0.1000E+02, -0.3000E+02

ACTUATOR PRESS(PSIA): 0.1100E+03, 0.7000E+02, 0.3000E+02

0.0 0.1600E+01 0.3200E+01 0.

TIME (SECONDS)

SUND 006079

Highly Confidential
Pursuant to Court Order

2PSC

FIGURE 16. APU ISOLATION VALVE TURNOFF TRANSIENT
-25°F DAY, SEA LEVEL, MAX. MODE, 10% FRICTION

SUND 006080

Highly Confidential
Pursuant to Court Order

2SC1

FIGURE 17. APU ISOLATION VALVE TURNOFF TRANSIENT
-25°F DAY. SEA LEVEL. MAX. MODE. 150% FRICTION

SUND 006081

Highly Confidential
Pursuant to Court Order

FIGURE 18. TWO ATM FLOW SHUTOFF TRANSIENT
130°F DAY, SEA LEVEL, MAX. MODE

FLAPPER STROKE(IN): 0.1600E-01, 0.8000E-02, 0.0
SENSOR DELTA P(PSID): 0.8000E+01, 0.4000E+01, 0.0
COMP DISC PRES(PSIA): 0.5100E+02, 0.4700E+02, 0.4300E+02
Surge Point (48.1)
COMP DISC FLOW (PPM): 0.1200E+03, 0.1000E+03, 0.8000E+02
CCR. ECS FLOW (PPM): 0.1000E+03, 0.5000E+02, 0.0
0.0 0.1600E+01 0.3200E+01 0.480
TIME (SECOND)

R.S. POPPET STROKE: 0.1600E-01, 0.8000E-02, 0.0
SURGE FLOW(PPM): 0.1800E+03, 0.1000E+03, 0.2000E+02
ACTUATOR STROKE(IN): 0.1500E+01, 0.1000E+01, 0.5000E+00
XDOT .OR. IGV ANGLE: 0.2000E+02, 0.0, -0.2000E+02
ACTUATOR PRESS(PSIA): 0.4200E+02, 0.3800E+02, 0.3400E+02
0.0 0.1600E+01 0.3200E+01 0.4
TIME (SECOND)

SUND 006082

Highly Confidential
Pursuant to Court Order

29TH

FIGURE 19. ONE PACK ECS FLOW SHUTOFF TRANSIENT
67°F, 15,000 F., MAX. MODE

FLAPPER STROKE(IN): 0.8000E-02, 0.4000E-02, 0.0

SENSOR DELTA P(PSID): 0.3200E+01, 0.2400E+01, 0.1600E+01

COMP DISC PRES(PSIA): 0.3200E+02, 0.3000E+02, 0.2800E+02

Surge Point (31.7)

COMP DISC FLOW (PPM): 0.1110E+03, 0.1030E+03, 0.9500E+02

COR. ECS FLOW (PPM): 0.8000E+02, 0.4000E+02, 0.0

TIME: 0.0, 0.1600E+01, 0.3200E+01, 0.400

R.S. POPPET STROKE: 0.2000E+01, 0.1000E+01, 0.0

SURGE FLOW(PPM): 0.1200E+03, 0.8000E+02, 0.4000E+02

ACTUATOR STROKE(IN): 0.1200E+01, 0.1000E+01, 0.8000E+00

IGV ANGLE .OR. XDOT: 0.1000E+01, -0.1000E+01, -0.3000E+01

ACTUATOR PRESS(PSIA): 0.2800E+02, 0.2400E+02, 0.2000E+02

TIME: 0.0, 0.1600E+01, 0.3200E+01

SUND 006083

Highly Confidential
Pursuant to Court Order

IPHA



FIGURE 20. TWO PACK ECS FLOW SHUTOFF TRANSIENT
67°F . 15,000 FT . MAX. MODE
FLAPPER STROKE(IN)
SENSOR DELTA P(PSID)
COMP DISC PRES(PSIA)
COMP DISC FLOW (PPM)
COR. ECS FLOW (PPM)
R.S. POPPET STROKE
SURGE FLOW(PPM)
ACTUATOR STROKE(IN)
IGV ANGLE .OR. XDOT
ACTUATOR PRESS(PSIA)
Surge Point (31.7)
TIME
TIME
SUND 006084
Highly Confidential
Pursuant to Court Order

FIGURE 21. TWO PACK ECS FLOW SHUTOFF TRANSIENT
103°F DAY, SEA LEVEL, MIN. MODE
COR. ECS FLOW (PPM)
COMP DISC FLOW (PPM)
COMP DISC PRES(PSIA)
SENSOR DELTA P(PSID)
FLAPPER STROKE(IN)
R.S. POPPET STROKE
SURGE FLOW(PPM)
ACTUATOR STROKE(IN)
IGV ANGLE .OR. XDOT
ACTUATOR PRESS(PSIA)
Surge Point (33.8)
0.1600E-01
0.8000E-02
0.0
0.5000E+01
0.3000E+01
0.1000E+01
0.3600E+02
0.3200E+02
0.2800E+02
0.1300E+03
0.1100E+03
0.9000E+02
0.1600E+03
0.8000E+02
0.0
0.1000E+01
0.3200E+01
0.480
0.2000E-01
0.1000E-01
0.2000E+03
0.1000E+03
0.2200E+01
0.1400E+01
0.6000E+00
0.1000E+02
-0.1000E+02
-0.3000E+02
0.7000E+02
0.5000E+02
0.3000E+02
SUND 006085
Highly Confidential
Pursuant to Court Order



FIGURE 22. ENGINE STA. TUP TRANSIENT
103°F DAY, SEA LEVEL. MIN. TO MAX. MODE
COR. ECS FLOW (PPM) COMP DISC FLOW (PPM) COMP DISC PRES(PSIA) SENSOR DELTA P(PSID) FLAPPER STROKE(IN)
0.6000E-02
0.4000E-02
0.2000E-02
0.4800E+01
0.4000E+01
0.3200E+01
0.4600E+02
0.3800E+02
0.3000E+02
0.1270E+03
0.1190E+03
0.1110E+03
0.1000E+03
0.9600E+02
0.0
0.8000E+01
0.1600E+02
0.241
TIME (SECONDS)
R.S. POPPET STROKE
SURGE FLOW(PPM)
ACTUATOR STROKE(IN)
IGV ANGLE .OR. XDOT
ACTUATOR PRESS(PSIA)
0.2000E-02
0.1000E-02
0.0
0.2800E+02
0.2000E+02
0.1200E+02
0.1540E+01
0.1440E+01
0.1340E+01
0.1000E+03
0.6000E+02
0.2000E+02
0.4800E+02
0.4400E+02
0.4000E+02
0.8000E+01
DISTURBANCE;
IGV ANGLE
INCREASE

SUND 006086
Highly Confidential
Pursuant to Court Order

37

FIGURE 23. ENGINE STARTUP TEST DATA

SUND 006087

Highly Confidential
Pursuant to Court Order



FIGURE 24. ENGINE STARTUP TRANSIENT SIMULATION
103°F DAY, SEA LEVEL, MIN. TO MAX. MODE
RATE SENSOR τ = 10X NOMINAL
FLAPPER STROKE(IN)
SENSOR DELTA P(PSID)
COMP DISC PRES(PSIA)
COMP DISC FLOW (PPM)
COR. ECS FLOW (PPM)
R.S. POPPET STROKE
SURGE FLOW(PPM)
ACTUATOR STROKE(IN)
IGV ANGLE .OR. XDOT
ACTUATOR PRESS(PSIA)
0.8000E-02
0.4000E-02
0.0
0.6000E+01
0.4000E+01
0.2000E+01
0.5000E+02
0.4000E+02
0.3000E+02
0.1400E+03
0.1200E+03
0.1000E+03
0.1000E+03
0.9600E+02
0.9200E+02
0.1600E-01
0.8000E-02
0.0
0.8000E+02
0.4000E+02
0.0
0.1900E+01
0.1500E+01
0.1100E+01
0.1000E+03
0.6000E+02
0.2000E+02
0.4600E+02
0.4200E+02
0.3800E+02
SUND 006088
Highly Confidential
Pursuant to Court Order

## V. REFERENCES

1. "Nonflowing Surge Control for Modified L-1011 APU" memorandum from R. B. Goodman to K. I. Harner, February 18, 1980.

2. Design Schematic of Surge Control System for Modified APU, C. A. Glenn, June 20, 1980.

3. CD 701, "L-1011 APU Surge Control 3.5:1 Boosted Venturi Signal Probe Evaluation", by M. Spadafora, August 26, 1975.

4. CD 691, "L-1011 APU Surge Control Redesign Feasibility Study", by M. Spadafora, May 30, 1975.

5. CD 428, "L-1011 APU Surge Control Dynamic Analysis" by J. E. Lundquist, August 18, 1970.

6. HSER 7366 report, page 18, August 1977.

7. Data provided by N. Lockwood of ECS Design Group, on April 21, 1980.

8. Data provided by R. B. Goodman of ECS Design Group, on March 27, 1980.

SUND 006089

Highly Confidential
Pursuant to Court Order