# Exhibit 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.

Plaintiffs,

v.

HAMILTON SUNDSTRAND CORP.,

Defendant.

C.A. No. 99-309-GMS

**HONEYWELL'S RESPONSES TO**
**SUNDSTRAND'S FIRST SET OF INTERROGATORIES**

Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell"), through their attorneys, hereby respond to defendant Hamilton Sundstrand Corporation's ("Sundstrand's") Interrogatories to plaintiffs as follows:

**GENERAL OBJECTIONS**

1. Honeywell objects to the Interrogatories, and the definitions of terms and instructions therein, on the grounds and to the extent that they purport to impose any obligations on Honeywell beyond those imposed by the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Delaware.

2. Honeywell objects to each and every paragraph of the Interrogatories that calls for information that is privileged or otherwise exempt from discovery in accordance with applicable law, including, without limitation, documents and information within the scope of the attorney-client privilege and work product doctrine. Similarly, Honeywell objects to the Interrogatories on the grounds and to the extent that they call for disclosure of information prepared in anticipation of litigation and/or trial preparation material without the showing

required by the Federal Rules of Civil Procedure. Honeywell hereby claims all privileges and protections applicable to the extent implicated by these Interrogatories, and excludes privileged and protected information from its responses to the Interrogatories. Any disclosure of such privileged or protected information would be inadvertent, and is not intended to waive such privileges and protections.

3. Honeywell objects to the Interrogatories on the grounds and to the extent that they seek information that, by reason of filing with public agencies or otherwise, is in the public domain or is readily accessible to Sundstrand, or is obtainable from some source other than Honeywell. Such Interrogatories are beyond the scope of permissible discovery and would impose an undue burden on Honeywell. Such information and documents are as available to Sundstrand as they are to Honeywell.

4. Honeywell objects to the Interrogatories on the grounds and to the extent that they are burdensome, oppressive, and overbroad, or to the extent that they seek information without reference to a time period, or to the extent that they seek information from a time period that is unreasonable and unnecessarily broad.

5. Honeywell objects to the terms "Plaintiff(s)," "you," "your" and "Honeywell" to the extent that such terms purport to include entities other than Honeywell International Inc., Honeywell Intellectual Properties Inc. or any predecessor corporations.

6. Honeywell objects to the Interrogatories to the extent they purport to require Honeywell to create documents that are not already in existence.

7. Honeywell objects to the Interrogatories on the grounds and to the extent that they seek information that is not reasonably calculated to lead to the discovery of admissible

evidence and to the extent that they are not relevant to the subject matter involved in the pending action.

        8.     Honeywell objects to the Interrogatories to the extent the Interrogatories are premature and reserves the right to supplement as appropriate.

## SPECIFIC OBJECTIONS AND RESPONSES

        In addition to the foregoing General Objections, which apply to each of these Interrogatories as if set forth fully with each specific objection and response below, Honeywell makes the following specific objections and responses, which Honeywell reserves the right to modify, supplement, or correct:

        **INTERROGATORY NO. 1:**  Identify and describe in detail the apparatus, structure or method utilized by or contained in the APS 3200 APU that Honeywell alleges the jury found to be the equivalent that infringed the IGV Limitations under the doctrine of equivalents in the verdict dated February 16, 2001.

        **RESPONSE TO INTERROGATORY NO. 1:**  Honeywell incorporates its general objections. Subject to and without waiving those objections, Honeywell responds as follows: As the special verdict form reflects, the jury found the specific surge control system of the APS 3200 APU, and the specific method of surge control practiced by that system, to infringe the IGV Limitations under the doctrine of equivalents.

        **INTERROGATORY NO. 2:**  Describe in detail the legal and factual basis for Honeywell's contention that the alleged equivalents identified in response to Interrogatory No. 1 were not foreseeable at the time of the Relevant Amendment Dates for the '893 Patent and the '194 Patent. (*Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 535 U.S. 722, 740-41 (2002); *Honeywell International Inc. v. Hamilton Sundstrand Corp.*, 370 F.2d 1131, 1144 (Fed. Cir. 2004)).

        **RESPONSE TO INTERROGATORY NO. 2:**  Honeywell incorporates its general objections. Honeywell also objects to this interrogatory as premature to the extent it calls for the disclosure of expert testimony. Subject to and without waiving those objections, Honeywell responds as follows: Sundstrand's use of the patented technology in the APS 3200

was unforeseeable at the time of the Relevant Amendment Dates for several, independent reasons. Without limitation, these reasons include the following. First, as of 1983, it was not known in the art to measure static pressure in the diffuser as part of a delta P/P input to a surge control system of an APU. This is significant because the "inverted V/double solution" flow curve only arises in certain configurations in which the static pressure sensor is placed in the diffuser, as opposed to the compressor output, as was typical in the art at the time of the Relevant Amendment Dates. According to Sundstrand witnesses, it is the "inverted V/double solution" that led to Sundstrand's unforeseeable use of inlet guide vane position in the surge control system of the APS 3200. Second, as Sundstrand has itself repeatedly asserted, the DELPQP parameter employed in the APS 3200 surge control system was a "unique" flow parameter that had never been used in an APU surge control system before its development in the late 1980s and early 1990s. As a result, Honeywell could not have foreseen at the time of the Relevant Amendment Dates the "unique" way that Sundstrand would choose to employ Honeywell's patented technology. Third, Sundstrand's particular use of the patented technology was not foreseeable at the time of the Relevant Amendment Dates because the APS 3200 uses ambient temperature in addition to IGV position to set the set point and determine whether and how to operate the surge control system. At the time of the Relevant Amendment Dates, it was contemplated that the patented technology would operate independently of ambient temperature. (*See* '893 Patent and '194 Patent, Col. 2, lines 63 - Col. 3, lines 2.) It therefore would have been unforeseeable at the time of the Relevant Amendment Dates that the inventions could be used in such a way as to incorporate ambient temperature. Fourth, Sundstrand's particular use of the patented technology was not foreseeable at the time of the Relevant Amendment Dates because there was no example in the art at the Relevant Amendment Dates of a surge control system that

was configured and operated the same way as the surge control system of the APS 3200. Fifth, Sundstrand's particular use of the patented technology was not foreseeable at the time of the Relevant Amendment Dates because prior to the Patents-in-Suit, a load compressor could not operate continually close to a surge level. It was only with the new, patented ability to operate close to surge that the "inverted V/double solution" became relevant and useful, and therefore Sundstrand's use of inlet guide vane position in the surge control system of the APS 3200 to deal with the "inverted V/double solution" was necessarily unforeseeable at the time of the Relevant Amendment Dates.

Honeywell expressly reserves its right to amend and/or supplement this response.

**INTERROGATORY NO. 3:** Describe in detail the legal and factual basis for Honeywell's contention that the amendments made to the Patents-In-Suit on the Relevant Amendment Dates for the '893 Patent and the '194 Patent bore "no more than a tangential relationships" to the alleged equivalents identified in response to Interrogatory No. 1. (*Id.*)

**RESPONSE TO INTERROGATORY NO. 3:** Honeywell incorporates its general objections. Subject to and without waiving those objections, Honeywell responds as follows: The prosecution histories of the '893 Patent and '194 Patent establish that the amendments made to the Patents-in-Suit on the Relevant Amendment Dates bore no relationship, much less a tangential relationship, to the equivalent used by Sundstrand. There is no indication anywhere in the prosecution history that the would-be amendments at issue had anything to do with the IGV limitation. To the contrary, the Patent Examiner's rejections were based on the disclosure in the prior art of compressor control systems that included the use of proportional and integral controls to prevent surge. None of the prior art cited by Honeywell or by the Patent Examiner made any reference to the alleged equivalent, or to any use of IGV position in a surge control system. In addition, under the PTO procedure and rules during the relevant time period, the amendments at issue would have been considered amendments of form and not relevant to a

determination of claim scope or patentability. Because the amendments at issue were purely for form, and were not made in conjunction with a rejection related to patentability, they bore no relationship, much less a tangential relationship, to the equivalent used by Sundstrand.

**INTERROGATORY NO. 4:** Describe in detail the legal and factual basis for Honeywell's contention that "some other reasons" suggests that Honeywell could not reasonably be expected to have described the alleged equivalent identified in response to Interrogatory No. 1 when amending the patent claims on the Relevant Amendment Dates for the '893 Patent and the '194 Patent. (*Id.*)

**RESPONSE TO INTERROGATORY NO. 4:** Honeywell incorporates its general objections. Honeywell also objects to this interrogatory as premature to the extent it calls for the disclosure of expert testimony. Subject to and without waiving those objections, Honeywell responds as follows: There are a number of "other reasons" why Honeywell could not reasonably be expected to have described the equivalent used by Sundstrand at the time of the Relevant Amendment Dates. Without limitation, these include the following. First, a person of reasonable skill in the art at the time of the Relevant Amendment Dates would have believed that Honeywell was not disclaiming any patent scope by accepting the Patent Examiner's suggestion that it rewrite its dependent claims in independent form. A person of reasonable skill in the art at the time would not have believed that Honeywell was surrendering any patent coverage by agreeing to the Patent Examiner's offer. In fact, the corporate directive at Honeywell was precisely the opposite -- to draft claims as broadly as possible, knowing that the doctrine of equivalents was robust and would provide additional protection. Second, Honeywell was unable to capture the Sundstrand equivalent literally due to the limitations and inherent imprecision of language. Because of those limitations, it was impossible for Honeywell to describe literally every precise surge control system that would make use of the Honeywell inventions. This is especially true given the complexity of the Honeywell inventions as described in the prosecution histories and specifications of the Patents-in-Suit. Third, those

reasonably skilled in the art would have interpreted the asserted claims of the Patents-in-Suit to cover the Sundstrand equivalent because, *inter alia*, the equivalent used by Sundstrand on the APS 3200 is a less nuanced embodiment of the invention described in the Patents-In-Suit. As a result, those skilled in the art would have believed that Sundstrand's more simplistic embodiment was already encompassed by the sophisticated Patents-in-Suit, and there would have been no incentive to draft additional claims to provide redundant literal coverage.

**INTERROGATORY NO. 5:** Identify each individual having any information relating to Honeywell's responses to Interrogatory Nos. 1-4, including any individual on whom Honeywell may rely in attempting to meet its burden under *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 535 U.S. 722, 740-41 (2002) to rebut the presumption that Honeywell surrendered the alleged equivalents identified in response to Interrogatory No. 1, and describe in detail that individual's knowledge, information or proposed testimony.

**RESPONSE TO INTERROGATORY NO. 5:** Honeywell incorporates its general objections. Honeywell also objects to this interrogatory to the extent that it purports to require disclosure of expert testimony; Honeywell will disclose its expert testimony in accordance with the scheduling order in this matter. Honeywell also objects to this interrogatory as premature. Subject to and without waiving its objections, Honeywell preliminarily responds that the following people may have information relating to Honeywell's responses to Interrogatory Nos. 1-4: Milton Adams, Shauna Barkley, Jim Clark, Albert Ducrocq, Edward Edelman, Ed Goff, Alan Gruebel, Ken Henry, Kevin Jonestrask, Kurt Kenzler, J. Richard Konneker, Stephen R. LaCroix, Eric Moon, Richard F. Stokes, Peter Suttie, John Szillat and James D. Timm. Discovery has just begun, and Honeywell does not yet know in detail the extent of the knowledge, information or proposed testimony of each aforementioned individual.

**INTERROGATORY NO. 6:** Identify and describe any and all changes or developments in technology (including the date(s) such change or development occurred and became known in the art), occurring after the Relevant Amendment Dates for the '893 Patent and the '194 Patent, that would explain why the technology used in the alleged equivalent was unforeseeable at the time of the Relevant Amendment Dates.

**RESPONSE TO INTERROGATORY NO. 6:** Honeywell incorporates its general objections. Honeywell also objects to this interrogatory as premature to the extent it calls for the disclosure of expert testimony. Honeywell further objects to this interrogatory as misleading and based on an erroneous premise to the extent it suggests that the foreseeability test could only be met based on a change or development in technology. Subject to and without waiving those objections, Honeywell responds as follows: As of 1983, it was not known in the art to measure static pressure in the diffuser as part of a delta P/P input to a surge control system of an APU. This is significant because the "inverted V/double solution" flow curve only arises, on certain occasions and in certain configurations, when the static pressure sensor is placed in the diffuser, as opposed to the compressor output, as was typical in the art at the time of the Relevant Amendment Dates. According to Sundstrand, it is the "inverted V/double solution" that led to Sundstrand's unforeseeable use of inlet guide vane position in the surge control system of the APS 3200. This change in technology took place in the late 1980s. Honeywell further incorporates by reference its Response to Interrogatory No. 2.

**INTERROGATORY NO. 7:** Identify all Honeywell APUs encompassed in the statement, in paragraph 10 of the Declaration of Jim Crocker Clark in Support of Honeywell's Responses to Sundstrand's Summary Judgment Motions, that "several of Honeywell's APUs – including the 331-350 – have the same 'inverted-V/double solution.'"

**RESPONSE TO INTERROGATORY NO. 7:** Honeywell incorporates its general objections. Subject to and without waiving its objections, Honeywell responds as follows: the Honeywell APUs that may exhibit the "inverted-V/double solution" flow curve are

the 331-350, 331-400, 331-500, 331-600, 131-9[A], 131-9[B], 131-9[D], 131-9[J] and 131-9[JC]. Honeywell further responds that all of these APUs were developed after 1985.

MORRIS, NICHOLS, ARSHT & TUNNELL

Thomas C. Grimm

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

October 3, 2005
485834

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2005, copies of the foregoing were served upon counsel of record in the manner indicated:

**BY HAND**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 10th Floor
P.O. Box 25130
Wilmington, DE 19899

**BY EMAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB,
STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Thomas C. Grimm
Thomas C. Grimm (#1098)

485834

# Exhibit 29

# SURGE CONTROL STUDY

FOR

# GTCP331-350/ BOEING 767-400

***Ed Goff***

***Garrett Auxiliary Power Division***

November, 1987

***Allied-Signal Aerospace Company***

MC 531-0

Allied Signal

CONFIDENTIAL

GARRETT

SURGE CONTROL STUDY FOR GTCP331-350 / BOEING 767-400

# OUTLINE

I BASIC REVIEW

II CURRENT PROBLEM AREAS ON 331-200/250

III ANALYSIS METHODS
  1. STEADY-STATE TOLERANCE ANALYSIS
  2. DYNAMIC ANALYSIS

IV COMPARISON STUDY
  1. VALVE ACTUATION TYPES
    A. PNEUMATIC POWER / ELECTRONIC SIGNAL (CURRENT 331-200 VALVE)
    B. PNEUMATIC POWER / PNEUMATIC SIGNAL / ELECTRONIC TRIM
    C. HYDRAULIC POWER / ELECTRONIC SIGNAL
    D. AIRCRAFT TRANSIENT FLOW REQUIREMENTS
  2. FLOW MEASUREMENT TYPES
    A. $\Delta P$ AND $P_T$ PRESSURE SIGNALS
    B. ALTERNATIVES

V SUMMARY / PLANS

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

# I REVIEW OF SURGE CONTROL AND THE GTCP331-200/250 SURGE CONTROL SYSTEM

CONFIDENTIAL

AS 103034

2





# SURGE CONTROL SYSTEM PREVENTS LOW COMPRESSOR FLOW

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL





GARRETT

GTCP 331-200/250 SYSTEM USES PRESSURE SENSING & PNEUMATIC VALVE

LOAD COMPRESSOR
INLET GUIDE VANES
IGV POS.
ELECTRONIC CONTROLLER
STATIC PRESSURE RING
.05"
ORIFICES
VOLUMES
DIAPHRAGM
ΔP 0-5 PSI
$P_T$ 0-75 PSIA
TRANS-DUCERS
TOTAL PRESSURE PITOT TUBE
.021"
AIRCRAFT FLOW
AIRCRAFT DUCT
SURGE VALVE IS POWERED BY ENGINE COMPRESSOR AIR, COMMANDED BY ELECTRONIC CONTROLLER
EXHAUST PIPE

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL



GARRETT

SYSTEM SENSES AND CONTROLS $\frac{\Delta P}{P_T}$, THEREBY REGULATING $W\frac{\sqrt{\theta_0}}{\delta_0}$ (GTCP331-200/250)

FLOW SENSOR CHARACTERISTIC

- $\Delta P/P_T$ CORRESPONDS TO DISCHARGE - CORRECTED FLOW

$\frac{\Delta P}{P_T}$ SETPOINT

DESIRED AREA OF OPERATION

OPERATION NOT PERMITTED

IGV ANGLE

CONTROL SCHEDULE IN ELECTRONIC CONTROLLER MEMORY

- SURGE VALVE IS COMMANDED TO MAINTAIN $\Delta P/P_T$ AT OR ABOVE THE SETPOINT

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



GARRETT
GTCP331-200/250 HAS ELECTRONIC COMPUTER CONTROL
IGV
ADP
MODE
SURGE CONTROL
SCHEDULE
ΔP/PT SETPOINT
IGV
P2
ALTITUDE COMPENSATION
KP2
+
+
+
-
ΔP/PT ERROR
1
0
0 .008
KICKER RESETS INTEGRATOR
TO 0ma → OPENS
VALVE QUICKLY
S/ωlead + 1
S/ωlag + 1
DYNAMIC
COMPENSATION
RESET
1/S
KI
KP
+
+
TORQUE
MOTOR
CURRENT
PROPORTIONAL-
PLUS-INTEGRAL
CONTROLLER
ΔP/PT MEASURED
ΔP
FROM
TRANSDUCERS
PT
÷

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL AS 103038

II CURRENT GTCP331-200/250 PROBLEMS ARE ADDRESSED IN GTCP331-350 DESIGN

- DYNAMICS
- TOLERANCE
- RELIABILITY

CONFIDENTIAL

AS 103039

7



GARRETT

## 331-200/250 DYNAMIC PROBLEMS ARE ADDRESSED

BASIC FREQUENCY RESPONSE OF SURGE VALVE IS RELATIVELY SLOW; SYSTEM RELIES ON "QUICK-DUMP" FEATURE FOR TRANSIENT RESPONSE. RESULTS IN NUISANCE "KICKS" DURING AIRCRAFT FLOW PERTURBATIONS AND POSSIBLE CYCLING. DUCT PRESSURE DROPS SIGNIFICANTLY FOLLOWING A KICK.

POSSIBLE SOLUTIONS

1. USE A FASTER SURGE VALVE WITHOUT A KICKER, RESULTING IN A MORE STABLE SYSTEM THAT WILL NOT KICK AND DROP THE DUCT PRESSURE DURING A FLOW TRANSIENT. SUCH A SYSTEM IS LINEAR FOR SMALL PERTURBATIONS AND CAN BE DESIGNED AND UNDERSTOOD USING CLASSICAL CONTROL STABILITY ANALYSIS.
2. USE THE KICKER ONLY IN AN OPEN-LOOP MODE, THAT IS, TRIGGERED BY ELECTRICAL SIGNALS FROM THE AIRCRAFT. AN AIRCRAFT SIGNAL WOULD HAVE TO ACCOMPANY EVERY RAPID FLOW DECREASE. SLOW FLOW CHANGES WOULD BE HANDLED BY CLOSED-LOOP CONTROL.

CONFIDENTIAL

GARRETT

# 331-200/250 TOLERANCE PROBLEMS ARE ADDRESSED

STEADY-STATE TOLERANCE OF FLOW SENSOR PLUS LOW ENGINE SURGE MARGIN RESULT IN SMALL TRANSIENT BAND ALLOWANCE. STATIC PRESSURE RING IS DIFFICULT TO MAKE, IS BUILT TO GEOMETRIC SPECS AND NOT FLOW TESTED, RESULTING IN SIGNIFICANT TOLERANCE SPREAD.

POSSIBLE SOLUTIONS

1. USE AN ADJUSTABLE FLOW SENSOR (PROBABLY ADJUSTABLE $P_T$ PICKUP) WHICH IS CALIBRATED AND POSSIBLY MATCHED TO A COMPRESSOR, SIGNIFICANTLY REDUCING THE STEADY-STATE TOLERANCE BAND.

2. RUN THE LOAD COMPRESSOR AT HIGHER SURGE MARGIN

3. USE A DIFFERENT TYPE OF FLOW SENSOR, SUCH AS VORTEX-SHEDDING, WHICH IS PERHAPS MORE ACCURATE

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL



# 331-200/250 RELIABILITY PROBLEMS ARE ADDRESSED

$\Delta P$ TRANSDUCER RELIABILITY HAS BEEN VENDOR-SENSITIVE. $\Delta P$ TRANSDUCER CAN POSSIBLY BE OVER-RANGED BY MALFUNCTIONING ORIFICES, DFC (DIRECTIONAL FLOW CONTROL) OR VARIABLE-VOLUME CHAMBER. THE SYSTEM IS DIFFICULT TO TROUBLESHOOT; VARIOUS FAILURES CAN SHOW UP AS CONTROL LOOP CYCLING.

POSSIBLE SOLUTIONS

1. REMOVE THE OFFENDING TRANSDUCER VENDORS (THIS HAS ALREADY IMPROVED THE $\Delta P$ RELIABILITY)
2. REMOVE OR MODIFY THE ORIFICE-AND-VOLUME PRESSURE SIGNAL FILTERING TO PREVENT THE POSSIBILITY OF OVER-RANGING THE TRANSDUCERS.
3. USE A VENTURI STATIC PICKUP TO INCREASE THE $\Delta P$ SIGNAL LEVEL, ALLOWING USE OF A LARGER-RANGE, MORE RUGGED TRANSDUCER
4. USE A SURGE VALVE WITH DIRECT PNEUMATIC INPUT WHICH CAN RUN WITH REDUCED PERFORMANCE IF A TRANSDUCER FAILS.

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

# III ANALYSIS METHODS

CONFIDENTIAL

AS 10[illegible]

11



GARRETT
DYNAMIC MODEL IS USED TO STUDY & DESIGN THE SURGE CONTROL SYSTEM
GTCP331-200/250
SURGE CONTROL SYSTEM
BLOCK DIAGRAM
ELECTRONIC CONTROLLER
IGV
SCHEDULE
KICKER
OPENS VALVE QUICKLY
RESET
ΔP/PT SETPT.
ΔP/PT error
POSITIVE ERROR = LOW FLOW
DYNAMIC COMPENSATION
ΔP/PT MEASURED
T/M CURRENT
SURGE VALVE
SURGE VALVE DYNAMICS
SLEW LIMIT + QUICK DUMP + HYSTERESIS
FLOW AREA ×CD
CURRENT
SMITH-N EQUATION
FLOW SENSING
PT ORIFICE & VOLUME
ΔP MEASURED
τT = func(PT, Pin vol.)
PS ORIF. & VOLUME
τS = func(PT, Pin vol.)
FLOW SENSOR
COMPRESSOR
COMPRESSOR MAP
COMP. MASS FLOW
AIRCRAFT DUCT
WNET
WS SURGE VALVE MASS FLOW
WB AIRCRAFT BLEED MASS FLOW
GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



GARRETT
PLACEMENT OF SETPOINT SCHEDULE DEPENDS ON SYSTEM ACCURACY & RESPONSE
STEADY-STATE CONTROL TOLERANCE
ROOT-SUM-SQUARE COMBINATION OF ERRORS DUE TO FLOW SENSOR, PRESSURE TRANSDUCERS, IGV POSITION, ETC.
SPECIFICATION REQUIREMENT ON PRESSURE MUST BE MET AT THIS POINT
DISCHARGE-CORRECTED FLOW
$W\frac{\sqrt{\theta_0}}{\delta_0}$
CONTROL SCHEDULE
TRANSIENT BAND
HOW FAR THE FLOW DROPS BELOW THE SCHEDULE DURING A FAST AIRCRAFT VALVE CLOSURE
SURGE LINE
SURGE LINE VARIATIONS AMONG COMPRESSORS (CAN BE RSS'd WITH CONTROL TOLERANCES)
closed
MES IS USUALLY WORST CASE
IGV POSITION
open

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL



# TOLERANCE BANDS DEPEND ON COMPRESSOR, CONTROL SYSTEM, & AIRCRAFT

- STEADY-STATE BAND IS MOSTLY DUE TO FLOW SENSOR & TRANSDUCERS (ABOUT 50%), ALSO INCLUDES IGV POSITION ERROR (20%), ECU (10%), AND COMPRESSOR VARIATIONS (20%).

- TRANSIENT BAND IS EVALUATED BY COMPUTER SIMULATION OF THE SYSTEM DYNAMICS. (ACCURACY OF THE SIMULATION IS SUBSTANTIATED BY LAB TESTING. A SIMULATED AIRCRAFT VALVE CLOSING SHOWS HOW FAR THE FLOW DROPS BELOW THE SETPOINT.

- THE REQUIRED TRANSIENT BAND DEPENDS ON THE SHAPE OF THE COMPRESSOR MAP (ESPECIALLY THE PRESSURE RATIO MARGIN), THE CONTROL LOGIC, THE SURGE VALVE RESPONSE, AND THE AIRCRAFT DUCT VOLUME.

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103046



# PRESSURE RATIO MARGIN AFFECTS TRANSIENT BAND



COMPRESSORS A AND B HAVE THE SAME SURGE MARGIN (IN TERMS OF DISCHARGE-CORRECTED FLOW), BUT B REQUIRES A MUCH LARGER TRANSIENT BAND (IN TERMS OF DISCHARGE-CORRECTED FLOW) AND MUST HAVE A SURGE CONTROL SETPOINT AT A LOWER PRESSURE BECAUSE OF IT'S LOW PRESSURE-RATIO MARGIN.

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103047



# PACK VALVE CLOSURE IS WORST-CASE TRANSIENT

- FOR THIS STUDY, A SINGLE PACK VALVE CLOSURE IS CONSIDERED THE WORST-CASE AIRCRAFT FLOW TRANSIENT. (1 SEC. CLOSING TIME)
- AN AIR TURBINE STARTER VALVE CLOSURE OR A DOUBLE PACK VALVE CLOSURE WOULD BE ACCOMPANIED BY A MODE-CHANGE ELECTRONIC SIGNAL FROM THE AIRCRAFT.

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



# LOAD COMPRESSORS HAVE TOUGH SURGE CONTROL REQUIREMENTS

- A FLOW SENSOR ACCURACY OF ± 5% OF THE FLOW SENSOR'S RANGE TRANSLATES INTO A MUCH LARGER SURGE MARGIN ON A LOAD COMPRESSOR THAN ON AN INTEGRAL BLEED ENGINE

- A TYPICAL TRANSIENT FLOW UNDERSHOOT CAUSED BY AN AIRCRAFT VALVE CLOSURE TRANSLATES INTO MORE SURGE MARGIN ON A LOAD COMPRESSOR THAN ON AN INTEGRAL BLEED ENGINE.

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

# IV COMPARISON STUDY

- COMPARISON OF VALVE ACTUATOR TYPES
- COMPARISON OF FLOW SENSOR TYPES

CONFIDENTIAL

AS 103050

18

# COMPARISON STUDY RE-CONSIDERS ALL ASPECTS OF THE SYSTEM

- IN GENERAL, THE VALVE ACTUATION TYPE AND THE AIRCRAFT REQUIREMENTS DETERMINE THE TRANSIENT BAND, AND THE FLOW MEASUREMENT TYPE DETERMINES THE STEADY-STATE TOLERANCE.
- THE COMBINATION OF TRANSIENT AND STEADY-STATE BANDS DETERMINES THE REQUIRED COMPRESSOR SURGE MARGIN.
- THE LOAD COMPRESSOR SIZE AND EFFICIENCY DEPENDS ON THE SURGE MARGIN.




**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



# FOUR VALVE-ACTUATION TYPES HAVE BEEN STUDIED

VALVE ACTUATION TYPES ARE CLASSIFIED BY POWER SOURCE, PRIMARY SIGNAL TYPE, AND (POSSIBLY) TRIM SIGNAL TYPE

A PNEUMATIC POWER/ELECTRONIC SIGNAL/QUICK-DUMP (GTCP331-200/250)
TORQUE MOTOR INPUT - SLOW RESPONSE (CORNER FREQUENCY ≈ 1 Hz or 6 rad/sec)

B PNEUMATIC POWER / PNEUMATIC SIGNAL / ELECTRONIC TRIM (B-1 or MD-11)
DIRECT ΔP FROM FLOW SENSOR - FASTER RESPONSE (≈ 4 Hz or 25 rad/sec)

C HYDRAULIC POWER / ELECTRONIC SIGNAL
ELECTRO-HYDRAULIC ACTUATOR FAST (≈16 Hz or 100 rad/sec)

D HYDRAULIC POWER/ PNEUMATIC SIGNAL / ELECTRONIC TRIM
DIRECT ΔP FROM FLOW SENSOR - SAME PERFORMANCE AS C.

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103052

20



VALVE ACTUATION 1

GARRETT | A. PNEUMATIC POWER ELECTRONIC SIGNAL (331-200/250)

ECU
i
$P_T$
ΔP
TRANSDUCERS
POWER SECTION COMPRESSOR PRESSURE
VOLUME CHAMBER
ORIFICES
LOAD COMPRESSOR
$P_T$
$P_S$
FLOW SENSOR
OVERBOARD
PNEUMATIC SURGE VALVE WITH ELECTRONIC INPUT
AIRCRAFT

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103053

31

VALVE ACTUATION TYPES

GARRETT

A. PNEUMATIC POWER / ELECTRONIC SIGNAL (331-200/250)

GTCP331-200/250
SURGE CONTROL SYSTEM
BLOCK DIAGRAM
ELECTRONIC CONTROL
IGV
SCHEDULE
ΔP/PT SET
IGV
ΔP/PT SETPT.
ΔP/PT MEASURED
ΔP/PT error
POSITIVE ERROR = LOW FLOW
KICKER OPENS VALVE QUICKLY
1
0
0 .010
S/ωlead + 1
S/ωlag + 1
DYNAMIC COMPENSATION
RESET
1/S
KI
KP
T/M CURRENT
SURGE VALVE
SURGE VALVE DYNAMICS
1/((1+S/6)(1+S/20))
SLEW LIMIT + QUICK DUMP + HYSTERESIS
FLOW AREA × CD
CURRENT
SMITH-N EQUATION
WSRG = .53 PT N CD A / √TB
WS SURGE VALVE MASS FLOW
FLOW SENSING
ΔP MEASURED
PT
PT ORIFICE & VOLUME
1/(τT S + 1)
τT = func(PT, Pin vol.)
PS ORIF. & VOLUME
1/(τS S + 1)
τS = func(PT, Pin vol.)
PS
ΔP/PT
FLOW SENSOR
ΔP/PT
W√θ0/δ0
W
COMP. MASS FLOW
COMPRESSOR
COMPRESSOR MAP
PT/Pi
IGV
W√θi/δi
Pi
Ti
N
IGV
AIRCRAFT DUCT
1/S
ṖT
RT/V
WNET
W
WB AIRCRAFT BLEED MASS FLOW

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

22

CONFIDENTIAL

AS 103054



VALVE ACTUATION TYPES

GARRETT

A. PNEUMATIC POWER/ELECTRONIC SIGNAL/QUICK-DUMP (331-200/250)

1 SEC PACK VALVE CLOSURE

WCORO (lbm/sec)
1.50 1.60 1.70 1.80 1.90 2.00 2.10 2.20 2.30 2.40 2.50
VALV *10² (°)
0.00 0.10 0.20 0.30 0.40 0.50 0.60 0.70 0.80 0.90 1.00
PT (psia)
10.0 15.0 20.0 25.0 30.0 35.0 40.0 45.0 50.0 55.0 60.0
0.00 1.00 2.00 3.00 4.00 5.00 6.00
T
@ SURGE
SETPOINT
TRANSIENT BAND
SURGE VALVE POS.
PACK VALVE POS.
GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103055



24

CONFIDENTIAL

AS 103056



A. PNEUMATIC POWER/ELECTRONIC SIGNAL (331-200/250)

- VALVE IS A PROVEN DESIGN
- RESPONSE OF VALVE ANGLE TO INPUT CURRENT IS MUCH TOO SLOW TO HANDLE REASONABLE TRANSIENTS. A "QUICK DUMP" MECHANISM MUST BE USED.
- THE QUICK DUMP AND ELECTRONIC KICKER COMBINED WITH THE ORIFICE-AND-VOLUME LEAD EFFECT PROVIDE EXCELLENT SURGE PROTECTION WITH A VERY SMALL TRANSIENT BAND, BUT CAUSE STABILITY PROBLEMS THAT ARE DIFFICULT TO DEAL WITH.

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103057



VALVE ACTUATION TYPES

## B. PNEUMATIC POWER/ PNEUMATIC SIGNAL / ELECTRONIC TRIM (B-1 VALVE)

SCHEMATIC

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103058





VALVE ACTUATION FILES

B. PNEUMATIC POWER / PNEUMATIC SIGNAL / ELECTRONIC TRIM

B-1 SURGE VALVE SCHEMATIC

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103059



VALVE ACTUATION TYPES
GARRETT
B. PNEUMATIC POWER/ PNEUMATIC SIGNAL/ELECTRONIC TRIM
BLOCK DIAGRAM
ELECTRONIC CONTROL BOX
IGV
SCHEDULE
ΔP/P_T SET
IGV
ΔP/P_T SET
err
K_P
K_I/S
ΔP/P_T
P_T
ΔP_SET
ΔP_NOM
1/K_T
SURGE VALVE
i
-K_T/(S/6+1)
ΔP_TRIM
ΔP_NOM
ΔP_err
ΔP
K_V/((S/25+1)(S/25+1))
HYSTER-ESIS
FLOW AREA ×C_D
CURRENT
SMITH-N EQUATION
W_SRG = .53 P_T N C_D A / √T_B
FLOW SENSING
P_T
FLOW SENSOR
ΔP/P_T
W√θ_o/δ_o
ΔP/P_T
W
COMP. MASS FLOW
COMPRESSOR
COMPRESSOR MAP
P_T/P_i
IGV
W√θ_i/δ_i
P_i
T_i
N
IGV
P_T
AIRCRAFT DUCT
1/S
Ṗ_T
RT/V
W_NET
W_S
SURGE VALVE MASS FLOW
W
W_B
AIRCRAFT BLEED MASS FLOW
GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

AS 103060

CONFIDENTIAL



VALVE ACTUATION TYPES

GARRETT

B. PNEUMATIC POWER / PNEUMATIC SIGNAL / ELECTRONIC TRIM (BI-B)

1 SEC PACK VALVE CLOSURE

WCORO (lbm/s)
1.50 1.60 1.70 1.80 1.90 2.00 2.10 2.20 2.30 2.40 2.50
VALV *10² (°)
0.00 0.10 0.20 0.30 0.40 0.50 0.60 0.70 0.80 0.90 1.00
PT (psia)
10.0 15.0 20.0 25.0 30.0 35.0 40.0 45.0 50.0 55.0 60.0
$P_T$
SETPOINT
SURGE VALVE POS.
$W\frac{\sqrt{\theta_0}}{\delta_0}$
SURGE
PACK VALVE POS.
0.00 1.00 2.00 3.00 4.00 5.00 6.00
T

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103061



VALVE ACTUATION TYPES
GARRETT
B. PNEUMATIC POWER/PNEUMATIC SIGNAL/ELECTRONIC TRIM (B1-B)
5 SEC PACK VALVE CLOSURE
PACVLV *10^2 (lbm/s)
0.90 0.50 0.10 -0.30 -0.70 -1.10 -1.50 -1.90 -2.30 -2.70 -3.10
WCORO (°)
1.50 1.60 1.70 1.80 1.90 2.00 2.10 2.20 2.30 2.40 2.50
VALV *10^2 (psia)
0.00 0.10 0.20 0.30 0.40 0.50 0.60 0.70 0.80 0.90 1.00
PT
10.0 15.0 20.0 25.0 30.0 35.0 40.0 45.0 50.0 55.0 60.0
0.00 1.00 2.00 3.00 4.00 5.00 6.00
T
SETPOINT
TRANSIENT BAND
SURGE VALVE POS.
@ SURGE
PACK VALVE POS.
GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103062

VALVE ACTUATION TYPES

GARRETT

B. PNEUMATIC POWER/PNEUMATIC SIGNAL/ELECTRONIC TRIM (BI-B)

10 SEC PACK VALVE CLOSURE

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



VALVE ACTUATION TYPES

B. PNEUMATIC POWER / PNEUMATIC SIGNAL / ELECTRONIC TRIM

- B1-B or MD-11 -TYPE VALVE IS A PROVEN DESIGN
- DIRECT ΔP INPUT FROM THE FLOW SENSOR IS THE PRIMARY SIGNAL. VALVE ANGLE IS A FUNCTION OF ΔP, WITH ELECTRONIC SETPOINT TRIM PROVIDING ACCURACY; HAS NO QUICK-DUMP FEATURE.
- FREQUENCY RESPONSE (TO ΔP) IS MUCH FASTER THAN THE 331-200/250 VALVE: ACTS LIKE A SECOND-ORDER TERM AT 25 RAD/SEC COMPARED TO ≈6 RAD/SEC FOR 331-200 VALVE
- HOWEVER, FREQUENCY RESPONSE IS STILL TOO SLOW TO HANDLE A FAST (1 SEC) PACK VALVE CLOSURE. AIRCRAFT VALVES WOULD HAVE TO BE SLOWED DOWN AND/OR CLOSURE SIGNALS PROVIDED TO ELECTRONIC CONTROLLER.
- BASICALLY LINEAR SYSTEM IS UNDERSTOOD WITH CLASSICAL CONTROL ANALYSIS METHODS. INSTABILITY IS NOT LIKELY.
- DUCT PRESSURE DOES NOT DROP SIGNIFICANTLY DURING TRANSIENTS
- DIRECT ΔP INPUT TO VALVE CAN PROVIDE BACKUP OPERATION (WITH REDUCED PERFORMANCE) IF TRANSDUCER FAILS.

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL


VALVE ACTUATION TYPES

## C. HYDRAULIC POWER / ELECTRONIC SIGNAL

SCHEMATIC

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



VALVE ACTUATION TYPES

GARRETT

C. HYDRAULIC POWER / ELECTRONIC SIGNAL

POSSIBLE HYDRAULIC SURGE VALVE SCHEMATIC

$P_{SUPPLY}$ (fuel)
$P_R$
SPOOL VALVE
$P_R$
FLAPPER VALVE
TORQUE MOTOR
PISTON
VALVE PLATE
i
ECU

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



VALVE ACTUATION TYPES

GARRETT

# C. HYDRAULIC POWER / ELECTRONIC SIGNAL

BLOCK DIAGRAM

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103067



VALVE ACTUATION TYPES
GARRETT
C. HYDRAULIC POWER / ELECTRONIC SIGNAL
1 SEC PACK VALVE CLOSURE
WCORO (lbm/s)
1.50 1.60 1.70 1.80 1.90 2.00 2.10 2.20 2.30 2.40 2.50
VALV *10^2 (°)
0.00 0.10 0.20 0.30 0.40 0.50 0.60 0.70 0.80 0.90 1.00
PT (psia)
10.0 15.0 20.0 25.0 30.0 35.0 40.0 45.0 50.0 55.0 60.0
0.00 1.00 2.00 3.00 4.00 5.00 6.00
T
SETPOINT
TRANSIENT BAND
W √θ₀/δ₀ @ SURGE
SURGE VALVE POS.
PACK VALVE POS.
GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



VALVE ACTUATION TYPES
GARRETT
C. HYDRAULIC POWER/ELECTRONIC SIGNAL
10 SEC PACK VALVE CLOSURE
WCORO (lbm/s)
1.50 1.60 1.70 1.80 1.90 2.00 2.10 2.20 2.30 2.40 2.50
VALV *10² (°)
0.00 0.10 0.20 0.30 0.40 0.50 0.60 0.70 0.80 0.90 1.00
PT (psia)
10.0 15.0 20.0 25.0 30.0 35.0 40.0 45.0 50.0 55.0 60.0
$\frac{W\sqrt{\theta_0}}{\delta_0}$
$P_T$
SURGE VALVE POS.
SETPOINT
PACK VALVE POS.
0.00 3.33 6.67 10.0 13.3 16.7 20.0
T
GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103069



VALVE ACTUATION TYPES

GARRETT

## C. HYDRAULIC POWER/ ELECTRONIC SIGNAL

- HYDRAULIC SURGE VALVE WOULD BE POWERED BY HIGH PRESSURE FUEL, CONTROLLED BY TORQUE MOTOR INPUT FROM ELECTRONICS
- A NEW IDEA, BUT EXPERIENCE WITH FUEL-POWERED HYDRAULIC IGV ACTUATOR ON 331-200/250 HAS BEEN GOOD.
- THE ASSUMED FREQUENCY RESPONSE (2nd ORDER TERM AT 100 rad/sec) IS VERY FAST; PRELIMINARY STUDIES BY VENDORS SUPPORT FEASIBILITY.
- CAN HANDLE A PACK VALVE 2 SEC. CLOSURE WITH ABOUT THE SAME TRANSIENT BAND AS THE 331-200/250 USES. (STILL NOT AS GOOD AS 331-200/250 TRANSIENT CAPABILITY)
- SURGE CONTROL SYSTEM IS A BASICALLY LINEAR DYNAMIC SYSTEM; CLASSICAL CONTROL TECHNIQUES CAN BE USED TO INSURE SYSTEM STABILITY.
- DUCT PRESSURE WILL NOT DROP SIGNIFICANTLY DURING TRANSIENTS
- TRANSIENT CAPABILITY CAN EXTEND TO VERY FAST AIRCRAFT VALVES IF OPEN-LOOP ELECTRONIC SIGNALS ARE AVAILABLE

CONFIDENTIAL



VALVE ACTUATION TYPES
GARRETT
COMPARISON OF TRANSIENT BANDS
CURVES REPRESENT THE MAXIMUM UNDERSHOOT OF THE DISCHARGE-CORRECTED FLOW BELOW THE SCHEDULE DURING A PACK VALVE CLOSURE. INITIAL AIRCRAFT FLOW IS WORST-CASE VALUE. PACK TAKES 1 lb/sec CORRECTED FLOW
D. HYDRAULIC POWER PNEUMATIC SIGNAL ELECTRONIC TRIM
C. HYDRAULIC POWER ELECTRONIC SIGNAL
B. PNEUMATIC POWER PNEUMATIC SIGNAL ELECTRONIC TRIM
A. PNEUMATIC POWER ELECTRONIC SIGNAL WITH QUICK DUMP (331-200)
SURGE
WORST-CASE SURGE LINE 331-200
CORRECTED-FLOW UNDERSHOOT (lbm/sec)
0
0.02
0.04
0.06
0.08
0.1
0.12
0.14
0.16
0.18
0.2
0.22
0.24
0.26
REQUIRED TRANSIENT SURGE MARGIN (%)
0
1
2
3
4
5
6
7
8
9
10
11
PACK VALVE CLOSING TIME (SEC)
0
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



# AIRCRAFT FLOW TRANSIENTS STRONGLY AFFECT SURGE CONTROL SYSTEM

- THE REQUIRED TRANSIENT BAND IS A VERY STRONG FUNCTION OF AIRCRAFT VALVE CLOSING TIME, OR RATE OF CHANGE OF AIRCRAFT FLOW.

- A PRACTICAL LIMIT FOR TRANSIENT BAND SIZE IS ABOUT 5% SURGE MARGIN. A TYPE B (MD-11) PNEUMATIC SURGE VALVE COULD OPERATE IN THAT BAND IF ALL FLOW TRANSIENTS WERE SLOWER THAN 0.6 LB/SEC/SEC, OR ABOUT 6 SECOND PACK VALVE CLOSING. FASTER FLOW TRANSIENTS WOULD HAVE TO BE ELECTRONICALLY SIGNALED TO THE ECU.

- A SIMILAR CONSTRAINT FOR A TYPE C (HYDRAULIC) SURGE VALVE WOULD BE 2 LB/SEC/SEC, OR ABOUT 2 SECOND PACK VALVE CLOSING TIME. FASTER VALVES COULD BE HANDLED WITH ELECTRONIC SIGNALS FROM THE AIRCRAFT.

TRANSIENT BAND REQUIREMENT FOR HYDRAULIC (TYPE C) SURGE VALVE

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



GARRETT

# TRANSIENT BAND CAN DEPEND ON OPERATING MODE

- PERHAPS THE TRANSIENT BAND CAN BE SMALLER IN MES MODE.
- QUESTION FOR BOEING: SINCE THE AIR TURBINE STARTER NOZZLE IS A FIXED AREA, CAN WE ASSUME THAT THE AIRCRAFT FLOW IS QUITE STEADY IN MES MODE, REDUCING THE TRANSIENT BAND TO NEARLY ZERO? (WILL ANY VALVES BE OPENING AND CLOSING DURING MES MODE?)

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103073

FLOW MEASUREMENT TYPES

SEVERAL TYPES OF FLOW MEASUREMENT ARE POSSIBLE

A $\Delta P$ and $P_T$ PRESSURE SIGNALS WITH TRANSDUCERS

1. STATIC RING WITH BUMP & TOTAL PITOT TUBE (331-200/250)
2. ADJUSTABLE STATIC PROBE WITH BUMP & TOTAL PROBE
3. VENTURI STATIC & ADJUSTABLE TOTAL PROBE
4. DIFFUSER STATIC & ADJUSTABLE TOTAL PROBE

B HOT-WIRE PROBE

C VORTEX-SHEDDING FLOW SENSOR

REMINDER: STEADY-STATE TOLERANCE BAND IS DETERMINED MOSTLY BY THE TYPE OF FLOW MEASUREMENT

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



FLOW MEASUREMENT TYPES

GARRETT

STATIC RING & PITOT TUBE ARE USED ON 331-200

- STATIC RING'S BUMP PROVIDES TWICE THE $\Delta P$ SIGNAL LEVEL OF A WALL STATIC WITH VERY LITTLE FLOW RESTRICTION
- RING AVERAGES STATICS AROUND THE DUCT
- RING IS DIFFICULT TO MAKE & HEAVY. PARTS ARE NOT FLOW TESTED; INCONSISTENT STATIC SIGNALS INCREASE THE TOLERANCE BAND.

STATIC RING
TOTAL PITOT TUBE
FLOW
BUMP

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



FLOW MEASUREMENT TYPES

GARRETT

# ADJUSTABLE PROBES ARE SIMPLE

- ADJUSTABLE PROBE CAN BE EITHER STATIC OR TOTAL
- USED AS A STATIC, THE TUBE ACTS AS A BUMP, DOUBLING THE ΔP SIGNAL WITH LITTLE FLOW RESTRICTION
- ADJUSTABILITY ALLOWS FLOW TESTING AND PRECISE CALIBRATION, REDUCING THE TOLERANCE BAND (POSSIBLY CUTTING IT IN HALF)

PROBES ROTATE
FLOW
ADJUSTABLE STATIC WITH BUMP
ADJUSTABLE TOTAL PROBE

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

FLOW MEASUREMENT TYPES

GARRETT

## ADJUSTABLE TOTAL PROBE CAN BE USED WITH VENTURI STATIC

- VENTURI STATIC PROVIDES ABOUT 3 TIMES THE ΔP LEVEL OF A BUMP, BUT AT THE EXPENSE OF SOME FLOW RESTRICTION
- HIGHER ΔP LEVEL ALLOWS USE OF A MORE RUGGED TRANSDUCER
- ADJUSTABLE TOTAL PROBE ALLOWS PRECISE CALIBRATION BY FLOW TESTING, REDUCING THE TOLERANCE BAND

FLOW
FIXED VENTURI STATIC PICKUP
ADJUSTABLE TOTAL PROBE

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103077

45



FLOW MEASUREMENT TYPES

GARRETT

## DIFFUSER STATICS GIVE LARGE SIGNAL, LOW LOSSES

- STATIC PRESSURE PORTS IN THE DIFFUSER WITH TOTAL PRESSURE PROBE IN THE DUCT ALLOWS LARGE $\Delta P$ SIGNAL (3 TIMES THAT OF A BUMP ?) WITH VERY LITTLE FLOW RESTRICTION

- TOTAL PROBE CAN PROVIDE ADJUSTABILITY

- A SIMILAR TYPE OF SENSING WHICH USES $\Delta P/\Delta P$ (ONLY DIFFUSER STATICS) IS IN THE 331-350 PROPOSAL AND ON THE GTC131 ENGINE. FURTHER TESTING HAS SHOWN THAT THE SURGE LINE IN TERMS OF $\Delta P/\Delta P$ IS NOT INDEPENDENT OF IGV POSITION, AS ORIGINALLY THOUGHT.

TOTAL PROBE
STATIC PRESSURE PORTS

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

FLOW MEASUREMENT TYPES

GARRETT

# THREE METHODS OF SENSOR ADJUSTMENT ARE POSSIBLE

1. BENCH-TEST EACH DUCT SECTION TO CALIBRATE THE FLOW SENSOR, THIS METHOD ALLOWS THE DUCT SECTION TO BE REPLACEABLE ON THE FLIGHT LINE, WHILE IMPROVING THE ACCURACY. NOT APPLICABLE WITH DIFFUSER STATICS.

2. CALIBRATE THE FLOW SENSOR AFTER ENGINE ASSEMBLY. THIS ELIMINATES THE EFFECTS OF DIFFERING FLOW FIELDS AMONG COMPRESSORS. FLOW SENSOR WOULD NOT BE AN L.R.U. MAYBE A SIMPLE PROCEDURE FOR USE BY AIRLINES COULD BE DEVISED.

3. CALIBRATE THE FLOW SENSOR AFTER ENGINE ASSEMBLY AND AFTER SURGING THE LOAD COMPRESSOR TO FIND ITS SURGE LINE. THIS METHOD GIVES THE SMALLEST POSSIBLE STEADY-STATE TOLERANCE BAND BY CALIBRATING OUT THE DIFFERENCES AMONG FLOW SENSORS, COMPRESSOR FLOW FIELDS, COMPRESSOR SURGE LINES, AND EVEN LAB MEASURING EQUIPMENT. FLOW SENSOR WOULD NOT BE AN L.R.U. (BUT TRANSDUCERS WOULD BE L.R.U s)

NOTE: PRESSURE PROBES ARE NON-FLOWING DEVICES AND ARE VERY RELIABLE, THEY NEED NOT [illegible] BE LRUS

CONFIDENTIAL

AS 103079



FLOW MEASUREMENT TYPES

GARRETT

# HOT-WIRE FLOW SENSORS MEASURE MASS FLOW

- GTEC HAS TESTED HOT-RESISTOR FLOW SENSORS IN A COMPANY-SPONSORED PROGRAM.

- SINCE HOT-RESISTOR FLOW SENSORS MEASURE MASS FLOW, THEIR SIGNAL MUST BE ACCOMPANIED BY A PRESSURE AND A TEMPERATURE MEASUREMENT TO OBTAIN DISCHARGE-CORRECTED FLOW. THE TOLERANCES OF THESE EXTRA MEASUREMENTS REDUCE THE OVERALL ACCURACY.

- RUGGED SENSORS HAVE A RESPONSE SPEED WHICH IS TOO SLOW FOR SURGE CONTROL.

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



FLOW MEASUREMENT TYPES

GARRETT

## VORTEX-SHEDDING FLOW SENSORS MEASURE VOLUME FLOW

- GTEC HAS TESTED VORTEX-SHEDDING FLOW SENSORS IN A COMPANY-SPONSORED PROGRAM. THE TESTED SENSORS WERE HEAVY, INDUSTRIAL METERS NOT SUITABLE FOR AIRCRAFT USE.

- FREQUENCY OF VORTICES IS PROPORTIONAL TO VOLUME FLOW, INDEPENDENT OF PRESSURE OR TEMPERATURE. TO OBTAIN DISCHARGE-CORRECTED FLOW, SIGNAL WOULD BE ACCOMPANIED BY A THERMOCOUPLE.

- RESPONSE SPEED CAN BE VERY FAST.

- A SMALL VORTEX-SHEDDING SENSOR USED ON AUTOMOBILES IS CURRENTLY BEING INVESTIGATED. PRESSURE DROP OF THE SENSOR MAY BE A CONCERN.

FLOW
VORTICES

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

GARRETT

# COMPARISON STUDY SUMMARY

| 331-200 FLOW SENSOR / ADJUSTABLE FLOW SENSOR | STEADY-STATE TOLERANCE * | TRANSIENT BAND FOR 1 SEC PACK VALVE | REQUIRED SURGE MARGIN AT SPEC. POINT * | REQUIRED PRESSURE MARGIN AT SET POINT ** |
|---|---|---|---|---|
| A PNEUMATIC POWER/ ELECTRONIC SIGNAL (331-200/250 SYSTEM) | ±5.2% SM † / ±3.9% SM | 4.3% SM / 4.3% SM | 14.7% SM / 12.1% SM | 2.5% / 2.5% |
| B PNEUMATIC SIGNAL/ PNEUMATIC POWER/ ELECTRONIC TRIM | ±5.2% SM / ±3.9% SM | 19.6% SM (5.3% FOR 5 SEC VLV) / 19.6% SM | 30.0% SM (15.3% FOR 5 SEC VLV) / 27.4% SM (12.7% FOR 5 SEC VLV) | 4.0% / 4.0% |
| C HYDRAULIC POWER/ ELECTRONIC SIGNAL | ±5.2% SM / ±3.9% SM | 8.0% SM / 8.0% SM | 18.4% SM / 15.8% SM | 4.0% / 4.0% |
| D HYDRAULIC POWER/ PNEUMATIC SIGNAL/ ELECTRONIC TRIM | ±5.2% SM / ±3.9% SM | 8.0% SM / 8.0% SM | 18.4% SM / 15.8% SM | 4.0% / 4.0% |

NOTES: TRANS. BAND BASED ON: • CURRENT COMPRESSOR ESTIMATE • SL, STD DAY, 80° IGV • SETPT @ 12% SM • SURGE @ 1.92 lb/sec
• ASSUMED 767-400 DUCT VOLUME IS 60 000 in³

* ASSUMED ±.04 lb/sec or ±2% SM VARIATION AMONG COMPRESSOR SURGE LINES

† SURGE MARGIN DEFINED AS $\left[(W\sqrt{\theta_o}/\delta_o)_{OPERATING\ PT.} - (W\sqrt{\theta_o}/\delta_o)_{SURGE}\right] / (W\sqrt{\theta_o}/\delta_o)_{OPERATING\ PT.}$

** PRESSURE RATIO (PR) MARGIN DEFINED AS [(PR AT SURGE) - (PR AT SETPOINT)]/(PR AT SETPOINT)

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

# V SUMMARY/PLANS

CONFIDENTIAL

AS 103083



## GTCP331-350 SURGE CONTROL SYSTEM SUMMARY

- TRANSIENT PERFORMANCE IS THE MOST DIFFICULT ASPECT OF LOAD COMPRESSOR SURGE CONTROL.
- THE AMOUNT OF SURGE MARGIN ALLOWED FOR STEADY-STATE TOLERANCE DEPENDS MOSTLY ON THE TYPE OF FLOW MEASUREMENT, WHILE THAT ALLOWED FOR TRANSIENTS DEPENDS MOSTLY ON THE TYPE OF SURGE VALVE ACTUATION.
- AIRCRAFT TRANSIENT FLOW REQUIREMENTS STRONGLY AFFECT THE CHOICE AND DESIGN OF THE SURGE CONTROL SYSTEM.
- ALL ASPECTS OF THE SURGE CONTROL SYSTEM AND IT'S EFFECTS ON THE ENGINE ARE BEING CONSIDERED IN STUDYING THE ALTERNATIVES.

**GARRETT TURBINE ENGINE COMPANY**
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA



GARRETT

# GTCP331-350 SURGE CONTROL STUDY SUMMARY

- THE GTCP331-200/250 SURGE CONTROL SYSTEM DOES AN EXCELLENT JOB OF PROTECTING THE LOAD COMPRESSOR FROM SURGE WHILE USING A SMALL SURGE MARGIN. THIS IS MOSTLY DUE TO THE "KICKER" COMBINED WITH THE ORIFICES AND VOLUMES AND THE RESULTING EXTREMELY SMALL TRANSIENT FLOW UNDERSHOOT.

- HOWEVER, THESE SAME FEATURES CAUSE NUISANCE KICKS AND POSSIBLE INTERACTION WITH AIRCRAFT VALVES. WHEN THE SURGE VALVE KICKS, THE DUCT PRESSURE DROPS SIGNIFICANTLY. AT LEAST SOME "RELIABILITY" PROBLEMS ARE ROOTED IN THE KICKER AND LEAD-EFFECT ORIFICING.

- THERE IS NO FREE LUNCH. A NON-KICKING SURGE CONTROL SYSTEM CAN BE MORE INHERENTLY STABLE AND WOULD PREVENT DUCT PRESSURE DROPS, BUT IT IS DIFFICULT TO IMAGINE ONE WITH THE SAME TRANSIENT BAND AS THE 331-200/250 SYSTEM

- USE OF NON-KICKING SURGE VALVE WILL PROBABLY REQUIRE A VERY HIGH-FREQUENCY-RESPONSE ACTUATOR COMBINED WITH A SMALL RELAXATION OF AIRCRAFT VALVE TRANSIENT REQUIREMENTS OR THE USE OPEN-LOOP VALVE TRANSIENT SIGNALS TO THE APU.



GARRETT

# GTCP 331-350 SURGE CONTROL STUDY SUMMARY

- THE STEADY-STATE ACCURACY OF THE 331-200/250 SYSTEM CAN BE IMPROVED BY USE OF AN ADJUSTABLE FLOW SENSOR. CURRENT FAVORITE FLOW SENSOR TYPE IS DIFFUSER STATICS PLUS ADJUSTABLE TOTAL PROBE.
- CURRENT FAVORITE VALVE TYPE IS AN ELECTRO-HYDRAULIC FUEL-POWER SURGE VALVE.
- GTEC HAS THE EXPERTISE AND THE DESIRE TO MAKE AN EXCELLENT SURGE CONTROL SYSTEM FOR THE GTCP331-350 ON THE 767-400.

GARRETT TURBINE ENGINE COMPANY
A DIVISION OF THE GARRETT CORPORATION
PHOENIX, ARIZONA

CONFIDENTIAL

AS 103086