# Exhibit 30

1/29/96
IF FILTER BREAKPOINT
GREATER THAN SHE
WATCH FOR SUENL DENSITY
FINSTE FANURE

APS3200 Bleed System
In Service Review Meeting

# APS3200 Bleed System

Ed Edelman

December 5, 1994



**Auxiliary Power International Corp.**
A Joint Company of Labinal and Sundstrand Corp.

12/2/94

1

Confidential Pursuant
To Court Order

HSA 226735

| Agenda / Overview | APS3200 Bleed System In Service Review Meeting |
|---|---|

- **Agenda / Overview**
  - Bleed System Design Review
  - Test Requirements
  - $\Delta P/P$ Sensor Status
  - V3.0 Schedule
  - ECB Retrofit Program Schedule
  - PCR Status
  - Summary / Action Items

12/2/94

2



Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226736

| Bleed System Design Review | APS3200 Bleed System In Service Review Meeting |
|---|---|

- Bleed System Design Review

  – Bleed System Overview

  – Surge Fault Protection

  – Reverse Flow Fault Detection

  – Low Bleed Pressure during MES

  – APU Bleed Dispatch Reliability

  – Summary of Software and Hardware Changes

**APIC**

**Auxiliary Power International Corp.**
*A Joint Company of Labinal And Sundstrand Corp.*

3

12/2/94

Confidential Pursuant
To Court Order

HSA 226737

| Problem Statement | APS3200 Bleed System<br>In Service Review Meeting |
|---|---|

- Load Compressor Bleed System Control Problem Statement:

  1. Inadequate surge fault detection, leading to continuous surge with CEC-IMO sensor failures and eventually IGV bushing failure and APU replacement.

  2. No reverse flow detection, which may lead to APU failure upon A/C check valve failure.

  3. Low bleed pressure during MES, preventing main engine starts or resulting in hot main engine starts.

  4. Non-activation of bleed system (BCV full bypass) upon failure of BCV, IGV, delta P, P7, T7, T2 or P2, resulting in poor APU bleed system dispatch reliability.





<u>Auxiliary Power International Corp.</u>
A Joint Company of Labinal and Sundstrand Corp.

4

12/2/94

Confidential Pursuant
To Court Order

HSA 226738

APS3200 Bleed System
In Service Review Meeting

Overview of Bleed
Control System

- V2.6.8 Surge Control Overview (simplified)



12/2/94

5



Auxiliary Power International Corp.
A Joint Company of LabInal And Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226739

| Overview of Bleed Control System | APS3200 Bleed System In Service Review Meeting |
|---|---|

- **B-factor used to distinguish low vs. choked flow due to dual solution at ΔP/P setpoint.**



☐ BCV = 10V (open to customer)
☐ BCV = 5 to 10V (active control)

$Bc = f(GVpos)$

ΔP/P

0.35

Setpoint

$B > Bc$     $B \leq Bc$     W7'

B-factor Flow Prediction, where $B = \dfrac{Plcd - \Delta P}{Pinlet} \left\langle \dfrac{Tinlet}{Tlcd - Tinlet} \right\rangle$



**Auxiliary Power International Corp.**
A Joint Company Of Labinal And Sundstrand Corp.

6

12/2/94

Confidential Pursuant
To Court Order

HSA 226740

| Surge Fault Detection | APS3200 Bleed System<br>In Service Review Meeting |
|---|---|

- **Existing Fault Detection Logic**
  Delta P/P < KR1 (surge limit exceeded) removed during development program due to false fault declarations associated with B-factor Miscalculation due to Tlcd transient behavior.



$\Delta P/P$

0.35

0.15    KR1

Bc

□ BCV = 10V (open to customer)
□ BCV = 5 to 10V (active control)

B > Bc    B ≤ Bc    W7'

**APIC**

<u>Auxiliary Power International Corp.</u>
A Joint Company of Labinal And Sundstrand Corp.

7

12/2/94

Confidential Pursuant
To Court Order

HSA 226741



Surge Fault Detection

APS3200 Bleed System
In Service Review Meeting

- Load Compressor Discharge Sensor Dynamics Results in Miscalculation of B-factor (continued)

12/2/94

8

Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226742

Surge Fault Detection, continued

| APS3200 Bleed System |
| In Service Review Meeting |

- **Load Compressor Discharge Sensor Dynamics Results in Miscalculation of B-factor**



LCDT vs. Time for MES Transient
(Tau = 7.75 sec)

Time (sec)

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.



9

12/4/94

Confidential Pursuant
To Court Order

HSA 226743

| Surge Fault Detection, continued | APS3200 Bleed System In Service Review Meeting |

- Proposed fault detection logic isolates surge based on rate of change of P7 and Rate of change of Delta P. Two fault classes:

  - Single surge event due to control system undershoot.
  - Continuous surge (4 surges in 15 seconds) due to negative surge system margin (IMO sensor failure).

| Fault Description (RS232 Message) | SSL | Fault Cause (LRU) | APU Operation (Impact) |
|---|---|---|---|
| LC Surge | 4 | None | None |
| Surge Limit Exceeded | 4 | None | None |
| Continuous LC Surge | 4 | LCP Transducer | Bleed System Deactivation |
| Continuous LC Surge and BCV Mechanically Failed Open | 2 | LCP Transducer or LCP Transducer | APU Shutdown |
| Reverse Flow | 4 | A/C Check Valve | Bleed System Deactivation |
| Reverse Flow and BCV Mechanically Failed Open | 2 | LCP Transducer or A/C Check Valve | APU Shutdown |

12/4/94

_APIC_

Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

Confidential Pursuant To Court Order

HSA 226744

| Surge Fault Detection, continued | APS3200 Bleed System In Service Review Meeting |

- ## Several surge detection methods considered:

| Proposed Surge Detection | Pros | Cons |
|---|---|---|
| Move inlet pressure/temperature sensor to load compressor side of inlet plenum | Pressure rise and temperature rise provide accurate surge and reverse flow detection method. | Requires hardware change in addition to software modification |
| Replace slow response T7 with fast response T7 | Temperature rise can be used to detect surge and continuous surge. | Requires hardware change and must be used in conjunction with pressure measurement. |
| $\Delta P/P \leq 0.15$ psid/psia. | Simple and reliable software solution if sensor measurements are accurate | • Requires $\Delta P$ and P7 input filter change in ECB hardware to improve frequency response (currently 5 HZ). • Sensor measurement shifts may result in non-detection. |
| Rate of Change of $\Delta P$ and Rate of Change of P7. | • Provides accurate method for detecting interruption in flow due to surge. • Not dependent on sensor accuracy. Effective even with sensor drift. | Complicated implementation. Must distinguish $\Delta P$ and P7 flow interruptions due to surge from IGV transients and ECS/MES valve transients |

## Rate of change of $\Delta P$ and rate of change of P7 selected as best method

*APIC*

**Auxiliary Power International Corp.**
A Joint Company of Labinal and Sundstrand Corp.

11

12/4/94

Confidential Pursuant To Court Order

HSA 226745

| Surge Fault Detection, continued | APS3200 Bleed System In Service Review Meeting |
|---|---|

- **Surge system margin tolerance stack-up (surge margin = 0.05 psid/psia)**

  - Problem areas include CEC/IMO out-of-tolerance pressure transducers and transient undershoot due to 5 Hz. $\Delta P$ and P7 input filter.

| Surge Margin Contribution | System Margin ($\Delta$h) (psid/psia) | System Margin (Worst Case) (psid/psia) |
|---|---|---|
| Engine Deterioration | * | * |
| Sensor Variation | 0.013[8] | 0.043[10] |
| Sensor Variation, Ambient Temperature Effects | 0.0051[1] | 0.005 |
| ECB Component Variation | 0.013[1,2,3,4] | 0.0381[1,2,3,5] |
| Software Resolution | 0.0002[1] | 0.0002 |
| Steady-state Margin | 0.024[10] | 0.043[10] |
| Control Undershoot | 0.0036[6] | 0.028 |
| ECB Input Filter Undershoot | 0.0297[7] | 0.01 |
| Total of Transient Undershoot | 0.053 | 0.029 |
| Sum of Steady-state and Transient Undershoot | 0.077 | |

\* Information currently not available

[1] Assumes worst-case calculation error for $\Delta P$ and P7 (VP and P7) (VP+/- AND P7+/-)
[2] Assumes operating point of VP/P9 ±0.2, VP ± 11 psid and P7 ± 35 psia, or a typical MES operating condition. Sea-level/Static/Standard Day
[3] Input amplifier, gain resistor, SMN, and conversion offset error. Based on an A/D conversion offset error. Based on an A/D C = 90 C operating range. Based on component manufacturer tolerances
[4] Individual error at RSS values.
[5] Assumes worst-case as summation of individual errors
[6] Based on MES valve transient, MES valve closure ± 0.9 sec. Test performed on SPN deflection, worst-case result
[7] Input filter ± 4 Hz. For 25 Hz. filter, undershoot = 0.018 psid/psia
[8] P7 based on operating point of 56 psia. Represents 3σ distribution, mean ± 56.42 psia, population of seven sensors. VP based on operating point of 110 psid, population of 8 sensors. Low.
[9] Represents 3σ distribution, mean ± 10.11 psid, population of 8 sensors. Low. sensor population not included (S/N 580015 and S/N 580027)
[10] Worst case variation based on S/N 580015, assumes VP = 10 psid, P7 = 50 psia. Measured VP = 7.5 psid, P7 = 48 psia
[10] RSS of sensor variation, ECB component variation and sum of software resolution, sensor temperature effects
[11] Test performed on one sensor at Lmb = 210 F



**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

12

12/4/94

Confidential Pursuant To Court Order

HSA 226746

| Surge Fault Detection, continued | APS3200 Bleed System In Service Review Meeting |

- Single surge event due to transient undershoot. Surge control recovers due to unidirectional BCV rate limit.



Load Compressor Surge

* Test performed with 250 msec. facility valve and non representative volume. Surge cannot be duplicated in Tail section without lowering setpoint.

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

**APIC**

13

12/4/94

Confidential Pursuant
To Court Order

| Surge Fault Detection, continued | APS3200 Bleed System<br>In Service Review Meeting |
| --- | --- |

- **Continuous surge induced at Turbomeca by disabling bleed system (BCV removed).**

  **— 4 Hz. ECB filter response vs. unfiltered signal**



Delta P/P for Multiple Load Compressor Surge

Legend:
— Delta P/P 4 Hz Filter
···· Delta P/P 25 Hz Filter
···· Delta P/P Unfiltered

Time (sec)

14

12/4/94

Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226748

# Surge Fault Detection, continued

## APS3200 Bleed System
## In Service Review Meeting



$$G(s) = \frac{1}{(\tau s + 1)(4\tau s + 1)}$$

**Existing:**
U2-E = U2-F = U2-G = U2-H = 10 kΩ
C = C78 = C79 = C80 = 1.0 μF
f = 4, 16 Hz

**Proposed:**
U2-E = U2-F = U2-G = U2-H = 10 kΩ
C = C78 = C79 = C80 = 0.25μF
f = 16, 64 Hz

**Auxiliary Power International Corp.**
A Joint Company of Labinal and Sundstrand Corp.

15

12/4/94

Confidential Pursuant
To Court Order

HSA 226749

| Surge Fault Detection, continued | APS3200 Bleed System In Service Review Meeting |

- Surge detected based on rate of change of $\Delta P$ and rate of change of LCDP.
  - "Soft" sensor failure does not compromise surge detection



Rate of Change of $\Delta P$, Rate of Change of P7 vs. Time

········ Delta P DOT 4 Hz Filter
——— P7DOT 4Hz. Filter

Time (sec)

psi

**APIC**

Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

16

12/4/94

Confidential Pursuant
To Court Order

HSA 226750

| Surge Fault Detection, continued | APS3200 Bleed System In Service Review Meeting |
|---|---|

- 4-Hz. hardware filter effects fault detection based on $\Delta P/P$ alone.



Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

17

12/4/94

Confidential Pursuant
To Court Order

HSA 226751



Confidential Pursuant
To Court Order






Surge Fault Detection, continued

APS3200 Bleed System
In Service Review Meeting

- Surge limit exceeded dependent on ΔP/P level.

ΔP/P
(psid/psia) → < KR1
Default = 0.14 → CTR > 3
30 msec.

P7/P2 → > (P7/P2)c

control_lc_state → NORMAL OPERATION

SET → SURGE LIMIT EXCEEDED

ΔP/P
(psid/psia) → > KR2
Default = 0.17 → CTR > 3
30 msec.

RESET

Update Rate = 10 msec.

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

19

12/4/94

Confidential Pursuant
To Court Order

HSA 226753

| Surge Fault Detection, continued | APS3200 Bleed System In Service Review Meeting |
|---|---|

- Continuous surge detected if four consecutive surges occur within 15 sec., resulting is disabling of bleed system.



12/4/94

20

**APIC**

Auxiliary Power International Corp.
*A Joint Company of LabInal and Sundstrand Corp.*

Confidential Pursuant
To Court Order

HSA 226754

| Reverse Flow Fault Detection | APS3200 Bleed System In Service Review Meeting |
| --- | --- |

- ## V2.0.2 Fault Detection Logic

  Delta P/P < KR2 (reverse flow) removed during development program due to false fault declarations associated with B-factor Miscalculation



□ BCV = 10V (open to customer)
□ BCV = 5 to 10V (active control)

ΔP/P   0.35

KR2   0.10

Bc

B > Bc   B ≤ Bc   W7'

_APIC_

Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

21

12/4/94

Confidential Pursuant
To Court Order

| Reverse Flow Fault Detection | APS3200 Bleed System In Service Review Meeting |

# Reverse Flow Fault Detection

- ## V3.0 Reverse Flow Fault Detection
  - B-factor replaced with Load Compressor Pressure Ratio (P7/P2)c to eliminate Load Compressor Discharge Temperature Dynamic Effects and miscalculation of the B-factor.





$$(P7/P2)c = (0.00005786 \cdot IGV - 0.00068825)TT2 - 0.00023466 \cdot IGV^2 + 0.052111 \cdot IGV + 1.206503$$

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226756

Reverse Flow Fault
Detection, continued

APS3200 Bleed System
In Service Review Meeting

- Proposed fault detection logic isolates reverse flow

  – Replacement of B-factor with Load Compressor Pressure
    Ratio (P7/P2)c eliminates nuisance shutdowns due to
    LCDT sensor dynamics and miscalculation of the B-
    factor.



ΔP/P

(psid/psia)          < 0 10        CTR > 200

P7/P2               > (P7/P2)c     2.0 sec.

control_lc_state    NORMAL OPERATION

                                   LOAD
                                   COMPRESSOR
                                   REVERSE
                                   FLOW

Update Rate = 10 msec.

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

23

12/4/94

Confidential Pursuant
To Court Order

HSA 226757

| Low Bleed Pressure during MES | APS3200 Bleed System In Service Review Meeting |

- **Low bleed pressure during MES. Pilot observes bleed pressure less than 10 psia during Main Engine Start.**

  - Problem not linked to BMC power interrupt of load command signal.

    » 130 msec interrupt not sufficient to interrupt air flow due to IGV and BCV rate limiting during bleed sequencing off.

  - Problem may be linked to BMC "lock-up" problem.

    » BMC can continuously command 10V signal when lock-up occurs (normally 0 V = bleed on / 15 V = bleed off). Deadband in ECB (4.25 V positive going threshold, 8.0 V negative going threshold) permits bleed off command during BMC lock-up.



Auxiliary Power International Corp.
A Joint Company of Labinal and Sundstrand Corp.

24

12/4/94

Confidential Pursuant
To Court Order

HSA 226758

| Low Bleed Pressure during MES, continued | APS3200 Bleed System In Service Review Meeting |
|---|---|

- Low bleed pressure during MES, continued

  – Problem *may* be due to simultaneous opening of ECS and MES valves, unique to the V2500 main engine.

  » 4-5 second overlap of ECS and MES signals may result in unexpected high flow condition and false fault declaration of delta P sensor.

25

12/4/94



**Auxiliary Power International Corp.**
A Joint Company of Labinal and Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226759

| Low Bleed Pressure during MES, continued | APS3200 Bleed System In Service Review Meeting |
|---|---|

- **Low bleed pressure during MES, continued**

  - Known problem due to B-factor miscalculation, delta P sensor false fault declaration (recorded during A/C ground test)

    » B-factor miscalculation due to T7 sensor dynamics results in temporary full-bypass flow.

    » High flow condition results in deltaP false fault declaration ($\Delta P < 1.75$ psid)



Auxiliary Power International Corp.
A Joint Company of LabInal and Sundstrand Corp.

26

12/4/94



Confidential Pursuant
To Court Order

HSA 226760

Low Bleed Pressure
during MES, continued

APS3200 Bleed System
In Service Review Meeting

- B-factor miscalculation, delta P sensor false fault
  declaration results in full bypass flow

B-factor, Delta P Fault, BCV Position vs. Time for MES Transient

Constant Flow

BCV Sequencing

BCV Full Bypass

B-factor Miscalculation

ΔP Sensor Failed

Time (sec)

BCV (V)

Delta P Failed (0/1 :
FALSE/TRUE)

Bsfac (2/3 = FALSE/TRUE)

27

12/4/94

Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

APIC

Confidential Pursuant
To Court Order

HSA 226761

| Low Bleed Pressure during MES, continued | APS3200 Bleed System In Service Review Meeting |
| --- | --- |

- **B-factor miscalculation, delta P sensor false fault declaration results in full bypass flow**



B-factor, Delta P Fault, BCV Position vs. Time for MES Transient

Legend:
- BCV (V)
- Delta P Failed (0/1 = FALSE/TRUE)
- BsBc (2/3 = FALSE/TRUE)

27

12/4/94

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226762

| Low Bleed Pressure during MES, continued | APS3200 Bleed System In Service Review Meeting |
|---|---|

• **Delta P sensor false fault declaration contributed to Full Bypass Flow**



Delta P vs. Time for MES Transient

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

28

12/4/94

Confidential Pursuant
To Court Order

HSA 226763

| Low Bleed Pressure during MES, continued | APS3200 Bleed System In Service Review Meeting |
|---|---|

- **Low bleed pressure during MES Solution:**

  - Replace B-factor (a function of T7) with LC Pressure Ratio (P7/P2)c

  - Reduce delta P fault indication from 1.75 psid (7% of full-range output) to 0.875 psid (3.5% of full-range output) to account for simultaneous MES and ECS demand or BCV full bypass during MES.



**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

29

12/4/94

Confidential Pursuant To Court Order

HSA 226764

| APU Bleed System Dispatch Reliability | APS3200 Bleed System In Service Review Meeting |
| --- | --- |

- **Version 3.0 improves bleed system dispatch reliability**
  - B-factor replaced with load compressor pressure ratio, eliminating LCDT sensor control requirement
  - Tinlet and Pinlet use LCDT and LCDP upon failure    *what ?*

| Transducer | V2.0.2 | V3.0 |
| --- | --- | --- |
| Pinlet | ● | ◉ |
| Tinlet | ● | ◉ |
| LCDP | ● | ● |
| LCDT | ● | ○ |
| LCΔP | ● | ● |

*I think*

○ No effect on BCV
◉ Requires dual sensor failure before bypassing bleed (BCV = 50%)
● Bypasses bleed flow (BCV = 50%) upon sensor failure.

**Auxiliary Power International Corp.** *APIC*
A Joint Company of Labinal and Sundstrand Corp.

30

12/4/94

Confidential Pursuant
To Court Order

HSA 226765

APU Bleed System
Dispatch Reliability

APS3200 Bleed System
In Service Review Meeting

- **Load Compressor ΔP transducer fault logic**



DELTA P Input

Load Control Activated

IGV Actuator Mechanically Failed Open

N < 5%

IGV Position

< 0.875 psid

> 25 psid

> 25 psid

< 15%

C1R > 300

C1R > 300

C1R > 300

LCD DELTA P Failure

DELTA P

F

T

z⁻¹

New for V3.0

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

31

12/4/94

Confidential Pursuant
To Court Order

HSA 226766

| APU Bleed System<br>Dispatch Reliability | APS3200 Bleed System<br>In Service Review Meeting |
| --- | --- |

- ## Load Compressor Discharge Pressure Transducer Fault Logic



New for V3.0

32    12/4/94

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

APIC

Confidential Pursuant
To Court Order

HSA 226767



APU Bleed System
Dispatch Reliability

APS3200 Bleed System
In Service Review Meeting

- Inlet Pressure Transducer Fault Logic for Bleed System

12/4/94

33

Auxiliary Power International Corp.
A Joint Company of Labinal and Sundstrand Corp.

Confidential Pursuant
To Court Order



APU Bleed System
Dispatch Reliability

APS3200 Bleed System
In Service Review Meeting

- Inlet Temperature Transducer Fault Logic for Bleed System

34

12/4/94

**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226769

| Summary of Hardware and Software Changes | APS3200 Bleed System In Service Review Meeting |
| --- | --- |

- **Summary of Proposed Changes**
  - **V3.0 Software Changes**
    - » Choked flow predictor change (P7/P2)c
    - » Surge fault detection
    - » Reverse flow fault detection
    - » 7% range check on Pinlet and Pstatic sensors
    - » ΔP logic modification to prevent false fault declaration during high flow conditions
    - » Pinlet and Tinlet fault logic for improved dispatch reliability

  - **ECB input filter on ΔP and P7 change from 4 Hz. to 15-25 Hz.**



**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

35

12/4/94

Confidential Pursuant
To Court Order

| Testing Requirements | APS3200 Bleed System In Service Review Meeting |
|---|---|

- **Testing Requirements**

  - <u>Development Testing</u>: Low Bleed Pressure during MES, surge fault protection with and without faulty sensor, testing of dispatch reliability logic, reverse flow logic.

    » Low Bleed Pressure during MES, including testing of the (P7/P2)c at all bleed conditions.

    » Surge fault detection, including compatibility with the faulty CEC-IMO sensor.

    » Testing with and without the ECB filter modification.

    » Reverse flow tests with a pressurized MES bleed duct.

    » Dispatch mode reliability (test sensor failures), including the affects of soakback on LCDT.

  - <u>Software Validation:</u>

    » Functional validation will be conducted prior to flight test to ensure proper control and safety related operation. In addition, lessons learned during V2.0.3 will be added to the test program, ensuring proper software replacement. Complete validation will be performed on V3.0.

36

12/4/94



**Auxiliary Power International Corp.**
A Joint Company of Labinal and Sundstrand Corp.

Confidential Pursuant
To Court Order

HSA 226771

---

**APS3200 Bleed System
In Service Review Meeting**

---

- **Testing Requirements (continued)**

  - **Software Throughput Tests** will be performed during HSIT, engine test and aircraft test. Design goal = 10%.

    » Software task monitoring (in V2.6.8) provides an accurate accounting of throughput margin. Testing with worst-case ARINC traffic will be conducted, which exceeds the requirements observed on the aircraft with V2.6.8. All tasks in all phases of operation will meet the goal of 10% throughput margin.

  - **HSIT Test**

    » The complete HSIT test will be conducted, including a detailed throughput analysis.

  - **Compatibility Test**

    » The pneumatic portion of the compatibility test will be conducted prior to aircraft testing.

  - **Safety Test**

    » Required prior to aircraft testing.

  - **Software/APU Integration Test**

    » This test insures the integrity of the control system and software by exercising all of the control loops, maximizing software throughput, testing NVM by adjusting parameters and exercising all of the operating states.



**Auxiliary Power International Corp.**
A Joint Company of Labinal And Sundstrand Corp.

37

12/4/94

Confidential Pursuant
To Court Order

HSA 226772

APS3200 Bleed System
In Service Review Meeting

- **Testing Requirements (continued)**

  - Aircraft Compatibility Tests. Validation of the software will be conducted during a two month evaluation period on the aircraft. Included in the tests will be:

    - " Low Bleed Pressure during MES.

    - " Proper bleed operation throughout the flight envelope.

    - " Surge fault detection, including compatibility with the faulty CEC-IMO sensor.

    - " Software throughput margin.

    - " Check valve failure (reverse flow) test.



Auxiliary Power International Corp.
A Joint Company of Labinal And Sundstrand Corp.

38

12/4/94

Confidential Pursuant
To Court Order

HSA 226773

| ΔP/P Sensor Status | APS3200 Bleed System<br>In Service Review Meeting |
|---|---|

- **Dual suppliers - CEC/IMO and Kulite**

- **CEC/IMO had manufacturing defect**
  - Resulted in positive shift in measured ΔP/P, resulting in continuous APU surge
  - Six engines removed due to continuous surge

- **Kulite - no operational failures to date**
  - Retrofit of CEC/IMO sensors with Kulite
    » SB 4500001-49-23 Complete 1st Quarter of 1995
  - Evaluating stress screening of sensor
    » Vibration, temperature, pressure



Auxiliary Power International Corp.
A Joint Company of Labinal and Sundstrand Corp.

39

12/4/94

Confidential Pursuant
To Court Order

HSA 226774



ECB DELTA P /P HARDWARE FILTER UPGRADE SCHEDULE ISSUE 1

Confidential Pursuant
To Court Order

HSA 226775



APS3200 PCR STATUS FOR S/W VERSION 3.0

Legend:
- ✳ Total for Ver 3.0
- ✕ PCRs Requiring Sign-off
- △ PCRs Requiring Verification
- ☐ PCRs Requiring Implementation
- ◇ PCRs Requiring Analysis

(1) DGAC Audit
(2) PCR 1121 (MIT Improvements), PCR 1163 (LRU Identification Page Flash), PCR 1173 (MIT during Shutdown) Removed

Confidential Pursuant To Court Order

Prepared by Ed Edelman
cc: S. Lampe  O. Kruse  A. Kayvan  J. Lanham  B. Pierce

12/4/94

HSA 226776

# Exhibit 31

1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL, INC., )
and HONEYWELL INTELLECTUAL        )
PROPERTIES, INC.,                 )
                                  )
        Plaintiffs,               )
                                  )
vs.                               )No. 99-309-GMS
                                  )
HAMILTON SUNDSTRAND CORP.,        )
                                  )
        Defendant.                )
_____ )

VIDEOTAPED DEPOSITION OF JIM CROCKER CLARK
Volume 1 (Pages 1- 278)
Phoenix, Arizona
December 6, 2005
:0 a.m.

PREPARED FOR:
District Court
(Original)

PREPARED BY:
Robin L. B. Osterode, RPR, CSR
AZ Certified Reporter No. 50695

134

1 good person to call?
2     A.   I don't think he would know either; he
3 couldn't tell you specifically either, I don't think.
4     Q.   How did -- describe for me the logic in
5 the 331-350 where IGV position was used to determine
6 whether the double solution issue existed?
7     A.   Can you repeat the question?
8     Q.   Describe for me the logic in the 331-350
9 that used inlet guide vane position to determine
10 whether the double solution issue existed?
11     A.   Yeah, I think I already replied to that.
12 There's a -- I believe there's a schedule in there,
13 it's got inlet guide vane position and pressure
14 inputs, and it makes a decision on which side of the
15 curve you're on.
16     Q.   Does it compare inlet guide vane position
17 to a pressure ratio?
18     A.   Does it compare inlet guide vane position
19 to a pressure ratio?
20     Q.   In this schedule.
21     A.   The inputs to the schedule, I think, are,
22 if I recall my memory, is in inlet guide vane
23 position and then there's some pressure, some --
24     Q.   Why does the double solution problem
25 occur in the 331-350?

135

1     A.   Because the static ports were put down in
2 the diffuser.
3     Q.   So any time you put static pressure ports
4 in the diffuser, you can exhibit -- and you get
5 supersonic flow in the diffuser, you'll experience
6 this double solution problem?
7     A.   Yes, that's right.
8     Q.   Where are the static ports in the
9 331-50-- I'm sorry, where are the static pressure
10 ports within the 331-350 diffuser?
11     A.   I don't know where they are exactly,
12 they're down -- they're in the diffusers and I don't
13 know the location, that was -- if that was the
14 question.
15     Q.   Yes, sir.
16       And is -- when you're -- the 331-350 uses
17 your Delta P/P flow parameter in its surge control
18 system, correct?
19     A.   That's correct.
20     Q.   So my understanding of the Delta P/P
21 flow-related parameter is that it is total pressure
22 minus static pressure over total pressure, correct?
23     A.   It's total pressure minus static
24 pressure, that quantity over total pressure.
25     Q.   In order to get the double solution

136

1 problem, don't you need two static pressure
2 measurements, two static pressure ports?
3     A.   No, you can have a total in static.
4     Q.   So in the -- in any APU that uses the
5 Delta P/P flow-related parameter, if the static
6 pressure measurement in that parameter is taken in
7 the diffuser and if you get supersonic flow in the
8 diffuser, you'll experience the double solution
9 problem?
10       MS. STEVENSON:  Objection; asked and
11 answered several times.
12       THE WITNESS:  Any time you get supersonic
13 flow in the diffuser, you get a distortion to that
14 curve.
15 BY MR. LIND:
16     Q.   The double solution curve?
17     A.   It makes the double solution curve.
18     Q.   Do all of the Honeywell APUs you listed
19 earlier that use the Delta P/P flow-related parameter
20 take the static pressure measurement in the diffuser?
21       MS. STEVENSON:  Object to the form.
22       THE WITNESS:  The 331s -- the 331s all
23 do, I believe.
24 BY MR. LIND:
25     Q.   The 331-200, therefore --

137

1     A.   I'm sorry, the 331-200 and 250 do not
2 have static taps in the diffuser; it's out in the
3 duct.
4     Q.   Is the difference between the control --
5 surge control logic to the 331-200 and the 331-350 be
6 the location of the static pressure taps, then?
7     A.   That's correct.
8     Q.   Why did you move the static pressure tap
9 from the duct in the 331-200 to the diffuser in the
10 331-350?
11     A.   I don't know all the reasons, but I know
12 one reason was to get a larger Delta P signal, which
13 we previously discussed.
14     Q.   Because there's an advantage to having
15 the static pressure measurement in the diffuser, as
16 opposed to out in the duct?
17     A.   There's advantages and disadvantages and
18 that's one of the advantages.
19     Q.   And Honeywell recognized that advantage
20 in changing the surge control logic between the
21 331-200 and the 331-350, correct?
22     A.   That was a recognized advantage.
23     Q.   And when did Honeywell recognize the
24 advantage of measuring surge -- measuring static
25 pressure in the diffuser, as opposed to the duct?

35 (Pages 134 to 137)