IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAMILTON SUNDSTRAND CORP.,<br><br>    Defendant. | C.A. No. 99-309-GMS |

**DEFENDANT HAMILTON SUNDSTRAND'S
LIST OF EXHIBITS INTRODUCED WITHOUT OBJECTION IN
HAMILTON SUNDSTRAND'S CASE IN CHIEF**

THE BAYARD FIRM
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
*Attorney for Defendant
Hamilton Sundstrand Corp.*

OF COUNSEL:
Mark L. Levine
Chris Lind
Brian C. Swanson
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL 60610
(312) 494-4400

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

621212v1

| | | | |
|---|---|---|---|
| DTX0101 | DTX0134 | DTX0167 | DTX0200 |
| DTX0102 | DTX0135 | DTX0168 | DTX0201 |
| DTX0103 | DTX0136 | DTX0169 | DTX0202 |
| DTX0104 | DTX0137 | | DTX0203 |
| DTX0105 | DTX0138 | DTX0171 | DTX0204 |
| DTX0106 | DTX0139 | DTX0172 | |
| DTX0107 | DTX0140 | DTX0173 | DTX0206 |
| DTX0108 | DTX0141 | DTX0174 | DTX0207 |
| DTX0109 | DTX0142 | DTX0175 | DTX0208 |
| DTX0110 | DTX0143 | DTX0176 | DTX0209 |
| DTX0111 | DTX0144 | DTX0177 | DTX0210 |
| DTX0112 | DTX0145 | DTX0178 | DTX0211 |
| DTX0113 | DTX0146 | DTX0179 | DTX0212 |
| DTX0114 | DTX0147 | DTX0180 | DTX0213 |
| DTX0115 | DTX0148 | DTX0181 | DTX0214 |
| DTX0116 | DTX0149 | DTX0182 | DTX0215 |
| | DTX0150 | DTX0183 | DTX0216 |
| DTX0118 | DTX0151 | DTX0184 | DTX0217 |
| | DTX0152 | DTX0185 | DTX0218 |
| | DTX0153 | DTX0186 | |
| | DTX0154 | DTX0187 | DTX0220 |
| DTX0122 | DTX0155 | DTX0188 | DTX0221 |
| DTX0123 | DTX0156 | DTX0189 | DTX0222 |
| DTX0124 | DTX0157 | DTX0190 | DTX0223 |
| DTX0125 | DTX0158 | DTX0191 | DTX0224 |
| DTX0126 | DTX0159 | DTX0192 | DTX0225 |
| DTX0127 | DTX0160 | DTX0193 | DTX0226 |
| DTX0128 | DTX0161 | DTX0194 | DTX0227 |
| DTX0129 | DTX0162 | DTX0195 | DTX0228 |
| DTX0130 | DTX0163 | DTX0196 | DTX0229 |
| DTX0131 | DTX0164 | DTX0197 | DTX0230 |
| DTX0132 | DTX0165 | DTX0198 | DTX0231 |
| DTX0133 | DTX0166 | DTX0199 | DTX0232 |

| | | | |
|---|---|---|---|
| DTX0233 | DTX0266 | | DTX0332 |
| DTX0234 | DTX0267 | DTX0300 | DTX0333 |
| DTX0235 | DTX0268 | DTX0301 | DTX0334 |
| DTX0236 | DTX0269 | | DTX0335 |
| DTX0237 | | | DTX0336 |
| DTX0238 | DTX0271 | DTX0304 | DTX0337 |
| DTX0239 | | DTX0305 | DTX0338 |
| | DTX0273 | DTX0306 | |
| | DTX0274 | DTX0307 | DTX0340 |
| | DTX0275 | DTX0308 | |
| DTX0243 | DTX0276 | DTX0309 | DTX0342 |
| DTX0244 | | DTX0310 | DTX0343 |
| DTX0245 | DTX0278 | DTX0311 | DTX0344 |
| DTX0246 | | DTX0312 | DTX0345 |
| DTX0247 | DTX0280 | DTX0313 | DTX0346 |
| DTX0248 | DTX0281 | DTX0314 | DTX0347 |
| DTX0249 | DTX0282 | | DTX0348 |
| DTX0250 | DTX0283 | DTX0316 | DTX0349 |
| DTX0251 | DTX0284 | DTX0317 | DTX0350 |
| DTX0252 | DTX0285 | DTX0318 | |
| | | DTX0319 | |
| | DTX0287 | DTX0320 | |
| | DTX0288 | DTX0321 | |
| | DTX0289 | DTX0322 | |
| DTX0257 | DTX0290 | DTX0323 | |
| DTX0258 | | DTX0324 | |
| DTX0259 | | DTX0325 | |
| DTX0260 | DTX0293 | DTX0326 | |
| DTX0261 | | DTX0327 | |
| DTX0262 | DTX0295 | DTX0328 | DTX0361 |
| DTX0263 | DTX0296 | DTX0329 | |
| DTX0264 | | DTX0330 | DTX0363 |
| DTX0265 | DTX0298 | DTX0331 | |

| | | |
|---|---|---|
| | DTX0398 | JTX0030 |
| DTX0366 | DTX0399 | JTX0031 |
| DTX0367 | DTX0400 | JTX0032 |
| DTX0368 | DTX0401 | JTX0033 |
| | JTX0001 | JTX0034 |
| DTX0370 | JTX0002 | JTX0035 |
| DTX0371 | JTX0003 | JTX0036 |
| DTX0372 | JTX0004 | JTX0037 |
| DTX0373 | JTX0005 | JTX0038 |
| DTX0374 | JTX0006 | JTX0039 |
| DTX0375 | JTX0007 | JTX0040 |
| DTX0376 | JTX0008 | JTX0041 |
| DTX0377 | JTX0009 | JTX0042 |
| DTX0378 | JTX0010 | JTX0043 |
| DTX0379 | JTX0011 | JTX0044 |
| DTX0380 | JTX0012 | JTX0045 |
| DTX0381 | JTX0013 | |
| DTX0382 | JTX0014 | |
| DTX0383 | JTX0015 | |
| DTX0384 | JTX0016 | |
| DTX0385 | JTX0017 | |
| DTX0386 | JTX0018 | |
| DTX0387 | JTX0019 | |
| DTX0388 | JTX0020 | |
| DTX0389 | JTX0021 | |
| DTX0390 | JTX0022 | |
| DTX0391 | JTX0023 | |
| DTX0392 | JTX0024 | |
| DTX0393 | JTX0025 | |
| DTX0394 | JTX0026 | |
| DTX0395 | JTX0027 | |
| DTX0396 | JTX0028 | |
| DTX0397 | JTX0029 | |

March 24, 2006                    THE BAYARD FIRM


                                  /s/ Richard D. Kirk (rk0922)
                                  222 Delaware Avenue, Suite 900
                                  P.O. Box 25130
                                  Wilmington, DE 19899
                                  (302) 655-5000
                                  *Attorney for Defendant*
                                  *Hamilton Sundstrand Corp.*

OF COUNSEL:

Mark L. Levine
Chris Lind
Brian C. Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

and

David H. Herrington
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

621212v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 24, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on March 24, 2006, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LAP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

596059v1