# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

THOMAS C. GRIMM
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

March 29, 2006

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
    for the District of Delaware
844 King Street
Wilmington, DE 19801

       Re:   *Honeywell International Inc. et al. v. Hamilton Sundstrand Corp.*,
            C.A. No. 99-309-GMS

Dear Judge Sleet:

      Enclosed please find Honeywell's deposition designations of Edward Edelman and Peter Suttie.

      Respectfully,

      *Thomas C. Grimm*

      Thomas C. Grimm (#1098)

TCG
Enclosures
cc:    Dr. Peter T. Dalleo, Clerk (by hand - w/encl.)
        Richard D. Kirk, Esquire (by hand, e-mail, and e-filing - w/encl.)
        Mark L. Levine, Esquire (by e-mail - w/encl.)
        David H. Herrington, Esquire (by e-mail - w/encl.)