IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 99-309-GMS ) ) ) ) ) |

## NOTICE OF LODGING OF HONEYWELL'S DEPOSITION DESIGNATIONS

Please take notice that Plaintiffs, Honeywell International Inc. and Honeywell Intellectual Properties Inc., are filing with the Court a copy of the deposition designations of Edward C. Edelman (07/10/00) and Peter J. Suttie (06/14/00, 06/29/00, and 10/24/00) which were enclosed with the letter to The Honorable Gregory M. Sleet dated March 29, 2006 (D.I. 407), and served upon counsel for Hamilton Sundstrand Corporation. The hand-delivered attachments of March 29 also included a CD of excerpts of the videotaped deposition of Edward C. Edelman taken on July 10, 2000.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Robert G. Krupka
Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
 *Attorneys for Plaintiffs*

March 30, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on March 30, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

513865