HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

**Page 192**

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4   HONEYWELL INTERNATIONAL INC.,      )
     and HONEYWELL INTELLECTUAL         )
 5   PROPERTY, INC.,                    )
                                        )
 6            Plaintiffs,               )
                                        )
 7        vs.                           )   No. 99-309 (GMS)
                                        )
 8   HAMILTON SUNDSTRAND CORPORATION,   )
                                        )
 9            Defendant.                )
                                        )
10   _____
11
12
13
14
15            DEPOSITION OF PETER J. SUTTIE
16                 San Diego, California
17               Thursday, June 29, 2000
18                      Volume 2
19
20
21
22
23
     Reported by:
24   RENEE KELCH
     CSR No. 5063
25   Job No. 14814
```

**Page 194**

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4      KIRKLAND & ELLIS
        BY:   JONATHAN F. PUTNAM
 5      BY:   VICKIE REZNIK
        Attorneys at Law
 6      153 East 53rd Street
        New York, New York  10022-4675
 7      (212) 446-4695
 8   For Defendant:
        MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BORUN
 9      BY:   WILLIAM E. McCRACKEN
10      BY:   THOMAS A. MILLER
        Attorneys at Law
11      233 South Wacker Drive
        6300 Sears Tower
12      Chicago, Illinois  60606-6402
        (312) 474-6300
13
14   Also Present:
15      BEN SMALL, Hamilton Sundstrand Corporation
16
17
18
19
20
21
22
23
24
25
```

**Page 193**

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4   HONEYWELL INTERNATIONAL INC.,      )
     and HONEYWELL INTELLECTUAL         )
 5   PROPERTY, INC.,                    )
                                        )
 6            Plaintiffs,               )
                                        )
 7        vs.                           )   No. 99-309 (GMS)
                                        )
 8   HAMILTON SUNDSTRAND CORPORATION,   )
                                        )
 9            Defendant.                )
                                        )
10   _____
11
12
13
14
15          Deposition of PETER J. SUTTIE,
16     Volume 2, taken on behalf of
17     Plaintiffs, at 600 West Broadway,
18     Suite 1100, San Diego, California,
19     beginning at 9:18 a.m. and ending at
20     3:39 p.m. on Thursday, June 29, 2000,
21     before RENEE KELCH, Certified
22     Shorthand Reporter No. 5063.
23
24
25
```

**Page 195**

```
 1                        INDEX
 2   WITNESS                            EXAMINATION
 3   PETER J. SUTTIE
     Volume 2
 4
 5        BY MR. PUTNAM                      198
 6
 7
 8                      EXHIBITS
 9   DEPOSITION                              PAGE
10   42  Document labeled, "Troubleshooting guide"  202
11   43  Handwritten notes and coordination memo    244
         from G. Hardy, dated 02/03/93
12
     44  Memo from P. Suttie, dated October 16,      271
13       1990
14   45  Document labeled "ECB interfaces."          277
15   46  Multi-page document Bates numbered          290
         HSA 176217 through HSA 176295
16
17   47  Coordination memo from G. Hardy, dated      300
         December 18, 1992
18   48  Coordination memo from P. Biscay, dated     301
         13/1/93
19
20   49  Memo from Ed Edelman to Pete Suttie, dated  316
         April 4, 1993
21   50  Document labeled, "Design verification"     320
22
23
24
25
```

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

**Page 196**

```
 1        San Diego, California, Thursday, June 29, 2000
 2               9:18 a.m. - 3:39 p.m.
 3
 4               PETER J. SUTTIE,
 5   having been first duly sworn, was examined and testified
 6   as follows:
 7
 8        MR. McCRACKEN:  I just want to acknowledge we
 9   received your 30(b)6 notices for next week.  Because
10   Mr. Suttie's available today, we would like to point out
11   that as we consider responding to the 30(b)6 notices,
12   which we haven't yet finished our investigation who are
13   most appropriate to answer that, you may wish to bring
14   up those issues with Mr. Suttie today, so that you can
15   have your questions answered in the event that he
16   becomes -- is, in fact, determined to be the person most
17   knowledgeable about one or more of those requests.  We
18   simply offer that because of the short period of time
19   remaining in discovery.  We just want to point that out.
20        MR. PUTNAM:  I would like to state for the
21   record that, first of all, I will, obviously, inquire of
22   Mr. Suttie whatever topics I think he may have knowledge
23   of.  But that doesn't, in my view, relieve Hamilton
24   Sundstrand of the obligation to give us a witness for
25   each of the topics that we notice who is speaking on
```

**Page 197**

```
 1   behalf of the company.  And I think it clearly would not
 2   be sufficient to after the fact, in other words after I
 3   finish Mr. Suttie's deposition today, to tell me that he
 4   was, in fact, your witness for one or more of the
 5   topics.  I think I'm entitled to know that while I'm
 6   deposing him.
 7        I have the notice here, if you want to take a
 8   minute and confer and tell me if, in fact, you are going
 9   to designate Mr. Suttie for one or more of these topics
10   at the outset of the deposition.  That would certainly
11   be appropriate.  Obviously it wouldn't be much notice to
12   me, but I know we're all working on a fairly tight
13   schedule here.  But I don't think it's proper or
14   sufficient for you to give after-the-fact notice or
15   designation of someone as a 30(b)6 witness.
16        MR. McCRACKEN:  We're unprepared to make the
17   designation.  We understand your position.  We don't
18   necessarily agree with it, but it's been made of record.
19        MR. PUTNAM:  Okay.  Well, I'm going to continue
20   with Mr. Suttie.  And just so the record is clear, as of
21   right now Mr. Suttie is not a 30(b)6 witness for any
22   topic; is that correct?
23        MR. McCRACKEN:  I don't have an answer for you
24   on that because our investigation isn't complete.  It is
25   entirely possible that Mr. Suttie, in fact, is the
```

**Page 198**

```
 1   person most knowledgeable about one or more of the
 2   issues.  And what we will attempt to do is give you a
 3   better answer as soon as possible.  That's the most I
 4   can commit to at this point.
 5        MR. PUTNAM:  Okay.  And I think it makes sense
 6   for me to continue with the personal deposition of
 7   Mr. Suttie.  I don't necessarily agree with the
 8   procedure you're planning to follow.  But rather than
 9   spend more record time, I think it makes sense to
10   proceed with Mr. Suttie's deposition today.
11        (Witness sworn in.)
12                 EXAMINATION
13   BY MR. PUTNAM:
14        Q   Good morning again, Mr. Suttie.
15        A   Good morning.
16        Q   Have you had a chance to review your deposition
17   transcript from your previous deposition session?
18        A   Yes.
19        Q   And were there any areas of that transcript
20   that you found incorrect or incomplete?
21        A   I was asked to review it for content, not for
22   specific -- there were a few typographical errors, I
23   thought.  I didn't see anything which I thought was
24   incorrect.  But I would like to -- I did not review it
25   with that as my intent.
```

**Page 199**

```
 1        Q   Okay.  When you say that you didn't find
 2   anything that was incorrect but you find some
 3   typographical errors, I guess I'm not sure what you
 4   mean.
 5        A   There were some words that I thought were
 6   misspelled.  But I scanned it very quickly.  I was not
 7   reviewing it with the intent of signing the document at
 8   that time.
 9        Q   I take it, given your review of the transcript,
10   as you sit here this morning, there's nothing in that
11   earlier transcript that you viewed as incorrect or
12   inaccurate; is that correct?
13        A   There was nothing I found in my quick review,
14   correct.
15        Q   Have you had any discussions with anyone who
16   you understand to be working as an expert witness for
17   Hamilton Sundstrand in this litigation?
18        A   Discussions with regard to what?
19        Q   The case in any way.
20        A   No details.
21        Q   Have you had any discussions with anyone who
22   you understand to be actually or prospectively an expert
23   witness for Sundstrand in this litigation?
24        A   Yes.
25        Q   Who is that?
```

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

---

**Page 200**

1    A   Alan Greubel.
2    Q   Anyone else?
3    A   No.
4    Q   And you understand that Mr. Greubel may be an
5    expert witness in this matter; is that right?
6    A   No. I understand that he would be having a
7    discussion with you.
8    Q   And in what context did you speak to
9    Mr. Greubel?
10   A   Solely that, that he was going to be talking to
11   you. We did not discuss at all the contents of my
12   testimony or the technical issues which you are
13   inquiring about.
14   Q   And because of the way you answered my first
15   question, I'm still a little puzzled. Is it your
16   understanding that Mr. Greubel is going to be an expert
17   witness in this proceeding?
18   A   I do not know.
19   Q   Has anyone told you that he might be an expert
20   witness in this proceeding?
21   A   No.
22   Q   Is Mr. Greubel a current employee of
23   Sundstrand?
24   A   Yes.
25       MR. PUTNAM:  Off the record.

200

---

**Page 202**

1    A   I don't know. If I can explain.
2    Q   Sure.
3    A   We always have a test engineer. It would
4    normally be one person. I don't know for sure if it was
5    that person in this case.
6    Q   And who would the normal person be?
7    A   Barbara Jones.
8    Q   And her position is test engineer?
9    A   Test engineer. She runs the engine for that.
10   Q   Other than Mr. Szillat and the test engineer,
11   was anyone else involved in those tests?
12   A   The test mechanic.
13   Q   And do you know who that individual would be?
14   A   No, I don't.
15   Q   Would there be an individual who typically
16   would serve that function during a test?
17   A   Yes.
18   Q   And who is that?
19   A   Lynn Shorb.
20   Q   Is that a man or a woman?
21   A   That's a man.
22   Q   Anyone else involved in that test?
23   A   No.
24       (Discussion off the record.)
25       (Deposition Exhibit 42 marked.)

202

---

**Page 201**

1        (Discussion off the record.)
2        MR. PUTNAM:  Back on the record.
3    Q   Mr. Suttie, have you been involved in any
4    testing of an APS 3200 in any way connected with this
5    litigation?
6    A   No.
7    Q   To your knowledge, has anyone at Sundstrand
8    conducted testing on the APS 3200 in connection with
9    this litigation?
10   A   Yes.
11   Q   What testing are you aware of?
12   A   I was aware that John Szillat ran some tests.
13   But I do not know the specific details.
14   Q   Do you know what aspects of the APU he was
15   testing?
16   A   No.
17   Q   Do you know what his conclusions or findings
18   from any testing was?
19   A   No.
20   Q   Do you know if anyone other than Mr. Szillat
21   was involved in those tests?
22   A   Yes.
23   Q   Who else was involved in those tests?
24   A   The test engineer.
25   Q   Who was that?

201

---

**Page 203**

1        MR. PUTNAM:  Back on the record.
2    Q   Mr. Suttie, let me hand you what the court
3    reporter has marked as Suttie Deposition Exhibit Number
4    42, which is a multi-page document.
5        MR. McCRACKEN:  Could we go off the record for
6    a moment?
7        (Discussion off the record.)
8        MR. PUTNAM:  Back on the record.
9    Q   Actually, Mr. Suttie, before we get to
10   Exhibit 42, let me put in front of you what was
11   previously marked at the earlier session of your
12   deposition as Suttie Deposition Exhibit Number 9, which
13   is Revision N of the APS 3200 electronic control box
14   requirements specifications.
15       Do you have that document in front of you?
16   A   I have a document which appears to be that from
17   the cover page.
18   Q   Can you please turn to page 161 of the exhibit?
19   Can you tell me what the graphs on this page depict,
20   please?
21   A   They depict the sequencing logic of the bleed
22   control valve and the IG -- the guide vane actuator on
23   logic.
24   Q   When you say the sequencing logic of those two
25   things on logic, I guess I don't understand the answer.

203

---

ESQUIRE DEPOSITION SERVICES
(619) 233-0633    (800) 829-6159

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1    A   I gave a long answer.  They portray the
2  sequencing of the BCV and the IGV when the bleed is
3  commanded on.
4    Q   And what is the sequencing relationship between
5  those two items in the 3200?
6    A   The bleed control valve must open first,
7  because we found that high pneumatic flow through the
8  load compressor puts additional mechanical load on the
9  bleed control valve, and as such, there was insufficient
10 actuator force to open the valve.  So we sequenced the
11 on components, which have to move in such a way that the
12 BCV is already open by the time the high pneumatic --
13 the high mechanical forces apply.
14    Q   Now, is this talking primarily about when the
15 3200 is first turned on; is that right?
16    A   No.
17    Q   What situations of operation of the 3200 do
18 these graphs come into play, then?
19    A   When the bleed is commanded on.  The APU may
20 already be running.
21    Q   Okay.  And you're saying that the bleed must be
22 commanded on before the IGVs are open?
23    A   No.
24    Q   Okay.  Then what are you saying?
25    A   The bleed control valve must be commanded open

204

1  vanes on the 3200 sense?
2    A   Position.
3    Q   Of the inlet guide vanes?
4    A   No.
5    Q   Okay.  What does it sense, then?
6    A   Linear position of the inlet guide vane
7  actuator.
8    Q   And is the inlet guide vane actuator the
9  mechanical device that actually opens and shuts the
10 inlet guide vanes?
11    A   Yes.
12    Q   Does it do anything else?
13    A   No.
14    Q   And I take it from sensing the linear position
15 of the inlet guide vane actuator that the electronic
16 control box can figure out where the inlet guide vanes
17 themselves are located at any given time; is that right?
18    A   In most cases.
19    Q   What would be the cases in which that's not
20 correct?
21    A   There's a pin which connects the IGV actuator
22 to the IGV.  If that pin fails, there's no relationship
23 between IGV actuator and IGV angle.
24    Q   I take it the failure of that pin would not be
25 part of normal operation; correct?

206

1  before the IGV is commanded to open.
2    Q   Before the IGVs are commanded open, is any air
3  coming in through the compressor -- into the compressor?
4    A   Yes.
5    Q   So when the inlet guide vanes are closed, that
6  does not fully close off the opening to the compressor;
7  is that right?
8    A   Correct.
9    Q   As compared to the full amount of air that is
10 able to come in when the inlet guide vanes are fully
11 open, approximately what percentage or amount of air
12 comes in when the inlet guide vanes are fully closed?
13    MR. MCCRACKEN:  Objection; ambiguous.
14    THE WITNESS:  I don't know.
15 BY MR. PUTMAN:
16    Q   Is it under 25 percent?
17    A   Yes.
18    Q   Am I right that the APS 3200 has a sensor that
19 senses the position of the inlet guide vanes?
20    A   Yes.
21    Q   And is that sensor in the APS 3200 located
22 between or in sequence between the inlet guide vanes and
23 the electronic control box?
24    A   Yes.
25    Q   And what does the sensor for the inlet guide

205

1    A   Correct.
2    Q   I should have asked you before, other than your
3  own deposition transcript, have you read any part of the
4  transcript of any of the other depositions that have
5  been taken in this case?
6    A   No.
7    Q   Have you heard of something in your work as an
8  engineer called a function generator?
9    A   Yes.
10    Q   Give me what you understand by the term
11 "function generator."
12    A   Usually a piece of lab equipment which
13 generates periodic functions, such as sine waves or
14 square waves or triangular waves.  Usually a fairly
15 large piece of lab equipment on a bench.
16    Q   Have you ever heard of the phrase "function
17 generator" being applied to a component or aspect of an
18 APU?
19    A   No.
20    Q   Turning again to the charts on page 161 of
21 Suttie Deposition Exhibit Number 9, there appear to be
22 separate lines on each chart for BCV command and BCV,
23 and then, in turn, IGV command and IGV.  Do you see
24 that?
25    A   Yes.

207

4 (Pages 204 to 207)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1     Q   Why are those separately denominated in these
2   graphs?
3     A   Because the command signal is a digital number
4   in the electronic control box.  And that can move very
5   quickly.  Effectively instantaneously.  However, the
6   bleed control valve being a piece of mechanical
7   equipment, cannot move so fast.  so there are periods
8   where the commanded position moves quickly and it takes
9   some time for the mechanical BCV to follow the command.
10    Q   Is it fair to say in the APS 3200 the operation
11  of the bleed control valve and the operation of the
12  inlet guide vanes is synchronized with each other?
13    A   No.
14    Q   Is it fair to say in the APS 3200 that the
15  operation of the bleed control valve and the operation
16  of the inlet guide vanes is sequenced so that those two
17  aspects of the APU work together effectively?
18    A   No.
19    Q   Isn't that what this chart shows?
20    A   You say "is it fair to say."  For the -- this
21  is four seconds of operation, which could be a tiny
22  fraction of the operation of the APS 3200.  So I would
23  not say it was fair to say they were sequenced together.
24    Q   What's the difference between the two graphs
25  that appear on page 161 of Suttie Exhibit 9?

                                                      208

1   on page 161; correct?
2     A   Correct.
3     Q   Am I correct that these charts show that at
4   least for the period immediately after bleed is
5   commanded on, the position of the bleed control valve
6   determines, in part, the operation of the inlet guide
7   vanes?
8         MR. MCCRACKEN:  Objection; ambiguous.
9         THE WITNESS:  What do you mean by "in part"?
10        MR. PUTNAM:  Let me restate the question.
11    Q   Am I correct that these charts show that at
12  least for the period immediately after bleed is
13  commanded on, the position of the bleed control valve
14  determines the operation of the inlet guide vanes?
15        MR. MCCRACKEN:  Objection; ambiguous.
16        THE WITNESS:  What do you mean by determines
17  the operation of the IGVs?
18  BY MR. PUTNAM:
19    Q   Tells the IGVs how to operate.
20    A   The BCV does not tell the IGV how to operate.
21    Q   Directly impacts the operation of the IGVs?
22        MR. MCCRACKEN:  Objection; not a question.
23        THE WITNESS:  Can you restate the question,
24  please?
25  BY MR. PUTNAM:

                                                      210

1     A   On the top figure, you will notice the first
2   action of the BCV is to go to the full open position.
3   It goes there for a very short period, at which point we
4   measure where the full open position is.  This is a
5   calibration of the travel, of the full range travel of
6   the bleed control valve.  Then you see the bleed control
7   valve coming back to a mid position.
8         Once the ECB has powered up and done that
9   compensation, there is no need to do it again.  The
10  compensation remains in memory.  So the top figure is
11  the first time bleed is commanded on.  Should bleed be
12  commanded off and then back on again, the lower of the
13  two pictures would pertain, because there is no need to
14  repeat the compensation.
15    Q   When you say the first time bleed is commanded
16  on, do you mean the first time in the life history of an
17  APU?  Or the first time in any given period of operation
18  of an APU?
19    A   The first time bleed is commanded on following
20  the APU start.
21    Q   And as I understand your testimony, each
22  successive time that that particular APU is turned on
23  the BCV and IGV will first follow the top chart, and
24  then if bleed is turned off and then on again, for such
25  subsequent occasions follow the lower, the bottom chart

                                                      209

1     Q   Am I right that these charts show that the
2   position of the bleed control valve directly impacts the
3   operation of the inlet guide vanes?
4         MR. MCCRACKEN:  Objection; vague.
5         THE WITNESS:  I'm struggling.  What do you mean
6   by "directly impacts"?
7   BY MR. PUTNAM:
8     Q   Well, maybe I misunderstood your testimony
9   earlier.  I thought your testimony earlier was that
10  these charts showed how the bleed control valve and
11  inlet guide vanes are sequenced to work together at the
12  start of bleed sequence.  Is that not correct?
13    A   Correct.
14    Q   All right.  Let me ask the question this way,
15  then:  Is it correct that in the APS 3200 the bleed
16  control valve and the inlet guide vanes are sequenced to
17  work together at the start of bleed operation?
18    A   Correct.
19    Q   Can you turn, please, to page 63 of this
20  document?
21        Do you have page 63 of Suttie Exhibit 9 in
22  front of you, sir?
23    A   I do.
24    Q   Can you read to yourself the four paragraphs at
25  the top of the page and then look up when you have?

                                                      211

5 (Pages 208 to 211)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

**Page 212**

1      You see this is the section labeled 3.3.4.5.2?
2      A.  I hadn't finished reading the four paragraphs
3   you requested.
4      Q   I apologize.  Go ahead and finish that, please.
5      Are you ready, sir?
6      A   Yes.
7      Q   My first question is, do you see that this
8   section is labeled in the document 3.3.4.5.2?
9      A   Yes.
10     Q   And is this section talking about the same
11  aspect of the 3200 operation that we were just looking
12  at in those two graphs?
13     A   Yes.
14     Q   Do you see that the fourth sentence of the
15  first paragraph of the section I've just directed you to
16  says, "when the compensated IGV position is within 0.5
17  capital V of the IGV demanded position, the BCV --" off
18  the record.
19     (Discussion off the record.)
20     MR. PUTNAM:  Back on the record.
21     Q   In the sentence that I read part of into the
22  record before I sneezed, the capital V stands for volts;
23  is that right?
24     A   Correct.
25     Q   Do you see that the fourth sentence of the

**Page 213**

1   first paragraph on page 63 of Suttie Exhibit 9 reads,
2   quote, "when the compensated IGV position is within 0.5
3   volts of the IGV demanded position, the BCV shall
4   initiate closed loop control," period, end quote?
5      Do you see that sentence, sir?
6      A   Yes.
7      Q   What does that mean?
8      A   It means when the IGVs are close to their
9   demanded position, the bleed control valve closed loop
10  control, which we discussed previously, will start.
11     Q   And without repeating all the testimony from
12  the last session, am I right that the BCV closed loop
13  control is the delta P over P and proportional and
14  integral control that we discussed last time?
15     MR. MCCRACKEN:  Objection; vague.
16     THE WITNESS:  Can you be more specific?
17  BY MR. PUTNAM:
18     Q   Let me just ask you the open-ended question.
19  What is the closed loop control of the bleed control
20  valve that's referred to in that sentence?
21     A   The control system governing the bleed control
22  valve as defined in the various figures and paragraphs
23  of this document.
24     Q   Well, but the control base on the inlet guide
25  vanes is also part of that system; right?

**Page 214**

1      A   No.
2      Q   If you turn to page 128 of the exhibit, that
3   has Figure 12A, which is one of the figures that we were
4   looking at before?  Can you confirm that, please?  Do
5   you have Figure 12A in front of you, sir?
6      A   Yes.
7      Q   And do you see that this figure is labeled,
8   "Closed loop PI surge control"?
9      A   Yes.
10     Q   And the PI stands for proportional and
11  integral; correct?
12     A   Correct.
13     Q   Does Figure 12A show the closed loop bleed
14  control valve control that is referred to on the -- or
15  in the fourth sentence of the first paragraph on page 63
16  of this document?
17     A   Yes.
18     Q   Now, during this initial start-up period, am I
19  right that the delta P over P sensors are operating?
20     MR. MCCRACKEN:  Could you read back the
21  question when the commotion has died down?
22     MR. PUTNAM:  Off the record.  No, let's keep
23  going.
24     (Discussion off the record.)
25     MR. PUTNAM:  Back on the record.

**Page 215**

1      Q   Am I correct that the delta P over P sensors
2   are operating in the sense that they are measuring
3   pressure the whole time when the APS 3200 is operating?
4      A   Correct.
5      Q   And what we saw in those earlier graphs was
6   that sometimes the surge mechanisms will be turned off,
7   correct, the surge control mechanism?
8      A   What do you mean by surge control mechanism?
9      Q   Explain to me what again -- because I see you
10  have the two graphs in front of you still -- what it is
11  that triggers the operation of the sequence shown in
12  those graphs.
13     A   Figure 12A?
14     Q   I'm sorry, the two graphs that are on page 161.
15  Then we'll come back to Figure 12A.
16     A   Both of these figures are triggered by a bleed
17  on command.
18     Q   And is the opposite of a bleed on command a
19  bleed off command?
20     A   Yes.
21     Q   And immediately before the bleed on command is
22  triggered, in your words, what's happening?  The bleed
23  valve is fully open?
24     A   No.
25     Q   It's fully closed?

ESQUIRE DEPOSITION SERVICES
(619) 233-0633   (800) 829-6159

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1    A   Yes.
2    Q   And am I correct that in the operation of the
3  APS 3200, when the bleed valve goes from fully open to
4  some other state when a bleed on command is issued,
5  that's when the start-up routine depicted on page 161
6  kicks in; correct?
7        MR. MCCRACKEN:  Objection; vague.
8        THE WITNESS:  Can you repeat the question,
9  please?
10        MR. PUTNAM:  We'll have the court reporter read
11  it back.
12        (Record read.)
13        THE WITNESS:  No.
14  BY MR. PUTNAM:
15    Q   When does that routine kick in?
16    A   When the bleed is commanded on.
17    Q   If you turn for a minute to Figure 12C in
18  Suttie Exhibit 9.  Do you have that in front of you?
19    A   Should I close up all the other figures?
20    Q   I don't want to make life too complicated.  We
21  may refer back to them.  But for the time being I want
22  to focus on Figure 12C, which is on page 130.  Do you
23  have that in front of you?
24    A   Yes.
25    Q   Am I correct that the upper left-hand box on

216

1  the logic in the upper left-hand box of Figure 12C that
2  controls operation of the bleed control valve?
3        MR. MCCRACKEN:  Objection; ambiguous.
4        THE WITNESS:  No, you're not correct.
5  BY MR. PUTNAM:
6    Q   What's incorrect about that statement?
7    A   The block you're referring to does not generate
8  a bleed control valve command.
9    Q   What does it do?
10    A   It sets up criteria necessary for -- which need
11  to be satisfied before the bleed control valve can be
12  moved to its commanded position.
13    Q   All right.  Let me try it this way, Mr. Suttie.
14  Let me ask you, because I know you've been flipping back
15  and forth a little, to get the following pages from
16  Suttie Exhibit 9 in front of you:  Page 63, which has
17  the text we looked at earlier; Figure 12C on page 130;
18  and page 161, which was the sequencing graphs that we
19  looked at earlier.
20        MR. MCCRACKEN:  Mr. Suttie is looking at a
21  stapled document as well.  Is this part of the exhibit?
22        MR. PUTNAM:  He's looking at the copy of
23  Exhibit 9 that you gave him.  I think part of it was
24  stapled together and part of it was not.
25        MR. MCCRACKEN:  Which you provided to us.

218

1  this figure depicts in a graphic form the bleed on
2  routine that we've just been talking about and that's
3  referred to on page 63 of the exhibit?
4    A   Yes.
5    Q   And am I correct that for the first period of
6  time once a bleed on command is given during operation
7  of the APS 3200, it is this logic in the upper left box
8  of Figure 12C that controls operation of the bleed
9  control valve?
10        MR. MCCRACKEN:  Objection; ambiguous.
11        THE WITNESS:  Can you repeat the question,
12  please?
13        (Record read.)
14        THE WITNESS:  Can you define what you mean by
15  "period of time"?
16  BY MR. PUTNAM:
17    Q   I think we saw that the first five seconds or
18  something after the bleed valve was commanded on;
19  correct?  That's the bleed on command was given;
20  correct?
21    A   That's the period where the sequence in logic
22  is applicable, yes.
23    Q   Let me ask the question again, then.  Am I
24  correct that for the first five seconds after a bleed on
25  command is given during operation of the APS 3200 it is

217

1  okay.
2        THE WITNESS:  I'm sorry, can you repeat the
3  pages you wish me to look at?
4  BY MR. PUTNAM:
5    Q   63, Figure 12C on page 130, and it's actually
6  Figure 28A on page 161.  Okay.  Do you have those in
7  front of you?
8    A   Yes.
9    Q   Am I correct that in the operation of the
10  APS 3200, when a bleed on command is given, the APU
11  follows the bleed control valve and inlet guide vane
12  sequencing shown in Figure 28A to ensure proper
13  operation of the bleed control valve?
14    A   Yes.
15    Q   And looking at the fourth sentence on page 63
16  that we looked at before, am I correct that that
17  sequencing is followed until a certain inlet guide vane
18  position is measured by the APS 3200; correct?
19    A   No.
20    Q   What's not correct about that statement?
21    A   When the criteria in the fourth sentence of
22  that first paragraph is met, the BCV is rate limited to
23  the position that it is commanded to go to.  So it is
24  not -- it is still not on a closed loop control.  It is
25  being scheduled by a rate number.

219

7 (Pages 216 to 219)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1    Q  Then what does the sentence mean when it says,
2 "when the compensated inlet guide vane position is
3 within half of a volt of the demanded position, the
4 bleed control valve shall initiate closed loop control?
5    A  That statement is in contradiction with the
6 figure.
7    Q  Which correctly describes the operation of the
8 APS 3200?
9    A  I don't know for sure.
10    Q  Who would know that?
11    A  A software engineer.
12    Q  All right. Focusing on the text on page 63 for
13 a minute. Am I correct what that is saying is that when
14 the APS 3200 measures the inlet guide vane in a certain
15 position, it then kicks into the closed loop control for
16 the bleed control valve?
17    A  Correct.
18    Q  And that closed loop control is the control
19 based on the measurement of, and the proportional and
20 integral control of delta P over P; correct?
21      MR. MCCRACKEN: Objection; ambiguous.
22      THE WITNESS: Can you restate the question?
23      (Record read.)
24      THE WITNESS: By delta P on P, do you mean what
25 we discussed previously as defining delta P on P?

220

1 BY MR. PUTNAM:
2    Q  Yes.
3    A  Delta P static over P static?
4    Q  Correct.
5    A  Then the answer is, there are -- yes.
6    Q  Let me see if I can get a clean answer. The
7 closed loop control is the control based on the
8 measurement of and the proportional and integral control
9 of the delta P over P variable used by the 3200;
10 correct?
11      MR. MCCRACKEN: Objection; asked and answered.
12      THE WITNESS: Can you repeat the question?
13      (Record read.)
14      THE WITNESS: As shown on Figure 12A, correct.
15 BY MR. PUTNAM:
16    Q  Okay. Mr. Suttie, you can put that exhibit
17 away for a minute. And I want to show you what was
18 marked in the deposition of Mr. Szillat as Exhibit 30.
19      Mr. McCracken, do you have an extra copy to
20 show the witness?
21      MR. MCCRACKEN: I don't know if I have an extra
22 copy.
23      MR. PUTNAM: Do you have a copy to show the
24 witness? I have a copy myself.
25      THE WITNESS: Do I need to reassemble this

221

1 document in a way that's retrievable later?
2      MR. PUTNAM: Why don't you just put it to the
3 side. I'll take care of that at the next break.
4      I'm sorry, I'm going to show him Exhibit 24,
5 not Exhibit 30.
6      MR. MCCRACKEN: Do you have an extra copy you
7 can provide the witness?
8      MR. PUTNAM: Yes. And as soon as I get it
9 clipped, I'm going to do that.
10      MR. MCCRACKEN: Okay.
11 BY MR. PUTNAM:
12    Q  Mr. Suttie, let me show what you what was
13 marked as Exhibit 24 during the deposition of your
14 colleague, Mr. Szillat.
15      Do you have that document in front of you?
16    A  I have a document that says "Exhibit 24," yes.
17    Q  And do you see that your name is listed on the
18 front page as one of the approval signatures for this
19 document?
20    A  Yes.
21    Q  Can you tell me what this document is, please?
22    A  It's a systems requirements specification for
23 the APS 3200.
24    Q  And what's the purpose at Sundstrand for
25 creating a systems requirements specification?

222

1    A  To specify the requirements for various
2 components in the control system.
3    Q  Is this document one that is given to customers
4 who purchase or who are considering purchasing the APS
5 3200?
6    A  No.
7      MR. PUTNAM: Let's take a short break now.
8      MR. MCCRACKEN: Sure.
9      (Recess.)
10      MR. PUTNAM: Back on the record.
11    Q  Mr. Suttie, let me hand you what the court
12 reporter has marked as Exhibit 42, which is a multi-page
13 document labeled, "Troubleshooting guide," with
14 production numbers HSA 240000 through 240147. Do you
15 have that document in front of you?
16    A  I have the document that has the front and back
17 pages that you mentioned, yes.
18    Q  And approximately 145 pages in between?
19    A  Approximately.
20    Q  Can you tell me if you recognize this document,
21 sir?
22    A  Yes, I do.
23    Q  What is it?
24    A  It's a troubleshooting guide.
25    Q  And is this for the APS 3200?

223

8 (Pages 220 to 223)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1    A    Yes.
2    Q    And can you tell me the purpose of Sundstrand
3  creating this troubleshooting guide?
4    A    It's a presentation that was made to airline
5  line mechanics.
6    Q    What's an airline line mechanic?
7    A    A mechanic who works for an airline and his
8  function is line maintenance.
9    Q    What do you mean by line maintenance?
10    A    Maintenance at the airline's airports, where
11  airlines serve and have a maintenance function.
12    Q    Is it fair to say that Suttie Exhibit 42 is a
13  document created by Sundstrand to give customers of the
14  APS 3200 an explanation of the operation of that APU?
15    A    No.
16    Q    What's not accurate about that description?
17    A    This document does not define the operation of
18  the APU.
19    Q    Is it fair to say that Suttie Exhibit 42 is a
20  document created by Sundstrand to give to customers of
21  the APS 3200 to describe the operation and
22  troubleshooting for that APU?
23    A    No.
24    Q    What's the purpose of Sundstrand giving this
25  document to its 3200 customers?

224

1    A    To explain how to troubleshoot if problems or
2  failures occur on the APU. It does not define the
3  operation of the APU.
4    Q    Is it fair to say that Suttie Exhibit 42 is a
5  document created by Sundstrand to give to customers of
6  the APS 3200 to explain how to troubleshoot any problems
7  that arise in their operation of that APU?
8    A    Can you repeat that, please?
9        (Record read.)
10        THE WITNESS:  To troubleshoot some problems.
11  BY MR. PUTNAM:
12    Q    Okay.  Subject to that modification, do you
13  agree with my description of the document?
14    A    Yes.
15    Q    Can you turn to the page that is labeled in the
16  lower right-hand corner, page 5 of Suttie Exhibit 42?
17  Do you have that page in front of you?
18    A    Yes, I do.
19    Q    You see that it has the statement, "APS 3200
20  system consists of three control loops"?
21    A    Yes.
22    Q    How is the phrase "control loops" being used
23  here?
24    A    Control system.  A system whereby a parameter
25  is measured, a parameter is acquired, and a -- in this

225

1  case digital system makes a computation and determines
2  whether a desired position or function is being
3  obtained.
4    Q    Does this page list the three principal control
5  systems that are featured in the APS 3200?
6    A    Define what you mean by "principal control
7  systems."
8    Q    Let me ask it this way:  Does this page list
9  the three control systems that are featured in the
10  APS 3200?
11    A    Yes.
12    Q    And is it fair to say that each of those three
13  control systems is a necessary part of the operation of
14  the APS 3200?
15    A    Yes.
16    Q    In other words, if you didn't have any of these
17  three control systems, the APS 3200 would not function;
18  correct?
19        MR. MCCRACKEN:  Objection; ambiguous.
20        THE WITNESS:  What do you mean by "function"?
21  BY MR. PUTNAM:
22    Q    Would not operate as it is supposed to operate.
23    A    True.
24    Q    And the three control systems listed on page 5
25  of Suttie Exhibit 42 are the fuel control system, the

226

1  bleed control valve system, and the inlet guide vane
2  control system; correct?
3    A    Correct.
4    Q    Now, under fuel control on this page, I see two
5  separate bullets.  One that says, "start acceleration,"
6  and one that says "steady state."  Do you see that?
7    A    Yes.
8    Q    What is the meaning of those separate subpoints
9  under fuel control system?
10    A    Sub bullet 1, "start acceleration," defines the
11  control system, which controls fuel.  And it does it in
12  a way so as to accelerate the APU from zero percent
13  speed to 100 percent speed.
14        The "steady state" bullet defines the control
15  of the fuel flow to maintain 100 percent speed.
16    Q    Is one of those two types of fuel control more
17  important than the other?
18    A    No.
19    Q    Does the APS 3200 use a different fuel control
20  logic during the start acceleration period than it does
21  during the steady state period?
22    A    What do you mean by "fuel control logic"?
23    Q    Well, are there differences in the parameters
24  that are measured or in the commands that are given
25  between the start acceleration period and the steady

227

ESQUIRE DEPOSITION SERVICES
(619) 233-0633    (800) 829-6159

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

---

**Page 228**

1    state period?
2        A    What do you mean by commands that are given?
3        Q    Why are they listed separately on this page,
4    sir?
5        A    Because they occur at different times of APU
6    operation.
7        Q    Why is it important that the APS 3200 have a
8    start acceleration fuel control system?
9        A    Because it is necessary to put the correct
10   amount of fuel into the APU during start. And that
11   amount of fuel is not a fixed value.
12       Q    Why is it necessary to put a correct amount of
13   fuel in during start?
14       A    Because if you don't, it won't start.
15       Q    Is there also an element of efficiency at work,
16   in the sense that some start acceleration fuel control
17   systems might be more efficient than other such systems?
18       A    Define "efficient."
19       Q    What do you understand by efficient?
20       A    I understand efficient to be a measure of
21   energy consumed versus energy utilized for useful
22   purpose.
23       Q    Is the start acceleration fuel control logic
24   for the APS 3200 designed to maximize the energy
25   efficiency of that operation as you just defined the

---

**Page 229**

1    term?
2        A    No.
3        Q    What is it designed to maximize?
4        A    Start reliability.
5        Q    And why is that important?
6        A    Because when the customer asks for the APU to
7    start, the APU should start.
8        Q    And what would happen if the APS 3200 did not
9    have a start acceleration fuel control system that was
10   reliable?
11       A    The APU may not start when required.
12       Q    Would you agree with me that that would be a
13   disadvantage from a customer's perspective?
14       A    Yes.
15       Q    Can you turn to page -- strike that.
16            Would you agree with me that customers would be
17   unlikely to purchase an APU that did not start reliably?
18            MR. MCCRACKEN:  Objection; speculative.
19            THE WITNESS:  I don't know.
20   BY MR. PUTMAN:
21       Q    In designing the 3200, sir, wouldn't you agree
22   with me that you attempted to design an APU that started
23   reliably?
24       A    Yes.
25       Q    And wouldn't you agree with me that at least

---

**Page 230**

1    one reason you did that was the commonsense notion that
2    customers are less likely to purchase an APU that did
3    not start reliably?
4        A    With that commonsense notion, yes.
5        Q    Would you turn to page 19 of Suttie Exhibit 42,
6    please?  Do you have that page in front of you?
7        A    Yes, I do.
8        Q    Do you see the first sub bullet on the page
9    refers to bleed flow transducer, and then capital P24?
10       A    I do.
11       Q    Does the P24 constitute a reference to
12   something else in this document?
13       A    No.
14       Q    What does P24 signify there?
15       A    A bleed flow transducer.  The delta P on P
16   sensor we have called it previously.
17       Q    What is the designation "P24" referring to?
18       A    All connectors on the harness, the APU harness
19   have a P number.  It assists line maintenance in finding
20   a particular sensor they're trying to find.
21       Q    And is there a key somewhere in this document
22   or a picture in this document that would show the
23   various P numbers on the system?
24       A    I can't -- I don't recall.
25       Q    Can you take a minute to look through and see

---

**Page 231**

1    if you find anything like that?
2        A    While it is not intended to be a reference,
3    pages marked 240111 do list the names of the LRUs and
4    their associated P number if they have one.
5        Q    And LRU stands for line replaceable unit;
6    correct?
7        A    Correct.
8        Q    And that would be a physical wire line that
9    runs for some part of the APU; correct?
10       A    No.
11       Q    Define line replaceable unit as it's used
12   there, then.
13       A    A component which can be removed and replaced
14   by line maintenance mechanics.
15       Q    Do you see P24 listed anywhere in the table
16   starting on 240111?
17       A    Yes.
18       Q    Where is that?
19       A    Page marked 240114.
20       Q    Where on that page?
21       A    One, two, three, four major rows from the top,
22   second column.
23       Q    In the left-hand column of that row, it says
24   "reverse flow"; do you see that?
25       A    Yes.

---

10 (Pages 228 to 231)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1    Q    Is that being used synonymously with surge
2  here?
3    A    No.
4    Q    What does reverse flow there refer to?
5    A    A condition where air can be backfed from the
6  main engines of the airplane into the APU.
7    Q    And is that the same thing as surge?
8    A    Yes.
9    Q    Turning back to page 19, sir, am I right that
10  this page lists four sources of data that the bleed
11  control valve relies upon for its operation of the
12  APS 3200?
13        MR. McCRACKEN:  Objection; ambiguous.
14        THE WITNESS:  Can you repeat the question,
15  please?
16        (Record read.)
17        MR. McCRACKEN:  Objection; vague.
18        THE WITNESS:  Can you repeat that one more
19  time?
20        (Record read.)
21        THE WITNESS:  I don't recall.  I need to look
22  back to the details on the BCV specification.
23  BY MR. PUTNAM:
24    Q    Well, what do you understand the heading
25  "Receives data from" at the top of this page to mean?

232

1  that inlet temperature and inlet pressure is used to
2  determine a control setpoint?
3    A    Yes, I do.
4    Q    What do you understand by the term "control
5  setpoint" as it's used in that bullet?
6    A    To be the required position for the bleed
7  control valve.
8    Q    Okay.  What do you understand the difference
9  between to be -- strike that.
10        What you do you understand to be the difference
11  between control setpoint as it's used on the second
12  bullet in this page and software setpoint as it's used
13  in the third bullet on this page?
14    A    I don't know.  Software setpoint is a very
15  vague term.
16    Q    In what sense does the bleed control valve in
17  the APS 3200 use the inlet guide vane position to
18  determine a software setpoint?
19        MR. McCRACKEN:  Objection; vague.
20        THE WITNESS:  In my understanding of software
21  setpoint the IGV position does not determine a setpoint.
22  BY MR. PUTNAM:
23    Q    Well, in what sense does it determine a
24  setpoint for the bleed control valve in the APS 3200?
25    A    It doesn't.

234

1    A    It was intended to indicate the sensors which
2  provide data to the bleed control valve control.
3    Q    Do you see the third bullet down under the
4  heading "Receives data from" is "inlet guide vane
5  position"?
6    A    I do.
7    Q    And do you see that page 19 of Suttie
8  Exhibit 42 here says, "inlet guide vane position P21,
9  used only to determine a software setpoint"?
10    A    I do.
11    Q    What is meant there by a software setpoint?
12    A    It's an erroneous statement.
13    Q    What do you mean by that?
14    A    It's wrong.
15    Q    Well, let's take in pieces.  What do you
16  understand in general by the term "software setpoint"?
17    A    A demanded -- a requirement which is coded into
18  software.
19    Q    And what would you understand the difference to
20  be between a control setpoint and a software setpoint?
21        MR. McCRACKEN:  Objection; vague.
22        THE WITNESS:  What do you mean by "control
23  setpoint"?
24  BY MR. PUTNAM:
25    Q    Do you see the second bullet on page 19 says

233

1    Q    Why does it say in this troubleshooting manual
2  that Sundstrand gives to its customers that inlet guide
3  vane position does determine a setpoint for the bleed
4  control valve for the APS 3200?
5    A    The statement is erroneous.
6    Q    Have you ever noticed this supposedly erroneous
7  statement before I showed you the document today?
8    A    Yes, I have.
9    Q    When did you notice that?
10    A    Tuesday of this week.
11    Q    And is this a document, Suttie Exhibit 42, that
12  you reviewed in connection with your deposition session
13  today?
14    A    No.
15    Q    So is it your testimony that you totally
16  unrelated to the fact that you were being deposed today
17  happened to be reviewing the document we've marked as
18  Suttie Exhibit 42 this past Tuesday?
19    A    Yes.
20    Q    What was the context or reason for your
21  reviewing this document?
22    A    I do a training class in-house for the Hamilton
23  Sundstrand learning program on APS 3200 design.  And
24  this sheet was -- is a part of that training class
25  material.  So in the context of doing the training on

235

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

---

**Page 236**

1  Tuesday, I noticed this statement.
2      Q  And what, if any, actions have you taken to
3  have this supposedly erroneous statement corrected?
4      A  None.
5      Q  Have you, or to your knowledge anyone at
6  Sundstrand, contacted any customers who've been given
7  this troubleshooting guide to tell them that there's an
8  erroneous statement about inlet guide vane position and
9  setpoint contained in the guide you've given them?
10     A  No.
11     Q  If you look at page HSA 240113, sir.  At the
12  bottom of that page, or near the bottom of that page --
13     A  240143?
14     Q  113.  Do you see in the middle column near the
15  bottom of the page it says IGVACTR, and then P21?
16     A  I see it -- which particular?  Yes.
17     Q  Actually, those two abbreviations followed by
18  P21 occurs a couple different places on this page;
19  correct?
20     A  Yes.
21     Q  First of all, IGVACTR, is that an abbreviation
22  or shorthand for inlet guide vane actuator?
23     A  Yes.
24     Q  And is that a line replaceable unit in the
25  APS 3200 as you defined the term a couple minutes ago?

---

**Page 237**

1      A  Yes.
2      Q  And am I correct that this document, Suttie
3  Exhibit 42, is using the designation P21 to refer to the
4  inlet guide vane actuator?
5      A  Yes.
6      Q  And am I right that the inlet guide vane
7  actuator is the piece of hardware that physically opens
8  or closes the inlet guide vanes?
9      A  Yes.
10     Q  And that's the piece of hardware whose position
11  is measured by the electronic control box in the
12  APS 3200; correct?
13     A  Can you repeat that for me, please?
14        (Record read.)
15        THE WITNESS:  Yes.
16  BY MR. PUTNAM:
17     Q  Let me get another document for you.
18        Mr. Suttie, during the development of the
19  APS 3200 was there a term or a variable that was
20  referred to as the B, B as in boy, factor?
21     A  Yes.
22     Q  What was the B factor?
23     A  It was an equation, an algorithm to define a
24  parameter.
25     Q  And what parameter was the B factor used to

---

**Page 238**

1  define?
2      A  Well, B factor itself was the parameter.
3      Q  And how was the B factor?  Or, how was it
4  contemplated that the B factor would be used in the APS
5  3200?
6      A  It was used to determine which side of curve,
7  known as the delta P on P curve, the load compressor was
8  running on.
9      Q  Which you say "which side of the curve," what
10  do you mean?
11     A  As I mentioned in the previous deposition,
12  there is a relationship between delta P on P and flow,
13  air compressor flow.  There is not a unique solution one
14  needs to know which -- the curve has an apex for
15  accurate control.  The ECB needs to know which side of
16  that curve the load compressor is functioning.
17     Q  Is the B factor something that's used in the
18  current APS 3200 today?
19     A  No.
20     Q  Why not?
21     A  It was -- it did not adequately accomplish the
22  function.
23     Q  What function?
24     A  To determine which side of the curve the load
25  compressor was functioning on.

---

**Page 239**

1      Q  What's used in the APS 3200 currently in
2  operation today instead of the B factor?
3      A  A pressure ratio measurement.
4      Q  Is that delta P over P?
5      A  No.
6      Q  What is that pressure ratio measurement?
7      A  It's P --, the load compressor outlet pressure
8  ratio to the load compressor inlet pressure.
9      Q  Isn't that -- haven't you just defined delta P
10  over P?
11     A  No.
12     Q  What's the difference between what you just
13  defined and delta P over P?
14     A  Inlet air goes into the load compressor
15  ambient air is taken into the load compressor, and that
16  is discharged over the load compressor at a high
17  pressure.  That is the pressure ratio across the
18  machine.  Delta P is as we have described it.
19        Now, you could say that the pressure ratio I've
20  just discussed is a delta, yes.  I agree.  But the delta,
21  as we have discussed it, is a delta between pressure in
22  the diffuser and the pressure in the load compressor
23  outlet duct.  So it is -- and the P of the delta P on P
24  as we described it, all static pressures, is the duct
25  pressure.

---

12 (Pages 236 to 239)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1      Q   The pressure ratio in the APS 3200 that is used
2   instead of the B factor, am I right that those are
3   measurements of total pressure rather than static
4   pressure?
5      A   No.
6      Q   Are they measurements of static pressure?
7      A   Yes.
8      Q   So for the pressure ratio, you're comparing the
9   static pressure at the inlet to the load compressor to
10   the static pressure at the outlet from the load
11   compressor; is that right?
12      A   Yes.
13      Q   And for the delta P over P that we spent more
14   time during your deposition discussing, it's the static
15   pressure in the diffuser compared to the static pressure
16   at the outlet of the load compressor; correct?
17      A   Yes.
18      Q   So does the pressure ratio measurement use the
19   same pressure taps as the delta P over P measure, or do
20   they use discrete pressure taps?
21      A   Could you repeat that?
22         (Record read.)
23         MR. MCCRACKEN:  Objection; vague.
24         THE WITNESS:  I don't understand the question.
25   BY MR. PUTNAM:

240

1      Q   Am I right that for the delta P over P
2   measurement, there are two discrete places where
3   pressure is measured in the APS 3200?
4      A   Yes.
5      Q   And would you refer to the thing that does the
6   measuring at those places as a pressure tap?
7      A   Yes.
8      Q   Does the pressure ratio measurement that you
9   said replaced the B factor, does that use those same
10   pressure taps as the delta P over P, or does it use
11   separate pressure taps?
12      A   It's neither of those two.
13      Q   What is it, then?
14      A   Intake pressure is measured by an intake
15   pressure sensor.  One sensor, one tap.  The diffuser has
16   a tap which goes to a sensor.  The duct has a tap which
17   goes to a sensor.  That second sensor I described does
18   two functions.  It measures the duct pressure and it
19   measures the differential, what we've called delta P.
20   So in total there are three sensing elements.
21      Q   As I understand your testimony, one of those
22   three plays a role in both the pressure ratio
23   measurement and the delta P over P measurement; correct?
24      A   Correct.
25      Q   And what's the location of that pressure sensor

241

1   that plays both roles?
2      A   It's on -- mounted on the plenum, the APU
3   plenum.
4      Q   Am I right, as air is drawn in through the
5   compressor and sent into the system, that's the middle
6   of the two measurement points that air would pass?
7      A   No.
8      Q   Is it the final -- I'm sorry, the middle of the
9   three measurement points that the air would pass?
10      A   No.
11      Q   Is it the final one that the air would pass?
12      A   Yes.
13      Q   So it's the one closest to, for instance, the
14   bleed control valve?
15         MR. MCCRACKEN:  Objection; ambiguous.
16         THE WITNESS:  Can you define it -- no.
17   BY MR. PUTNAM:
18      Q   Why not?
19      A   It's on the BCV.
20      Q   I used the phrase before, "total pressure."
21   What do you understand by the term "total pressure"?
22      A   An equivalent pressure which is measured in
23   airflow which is moving.  You obtain the pressure as a
24   result of the -- the base static pressure and you also
25   get an impulse effect due to the flow of the air.

242

1      Q   Is it fair to say that total pressure is static
2   pressure plus an impulse effect?
3      A   Yes.
4      Q   And the impulse effect is based on the velocity
5   of airflow?
6      A   Yes.
7      Q   Am I right that total pressure is a
8   flow-related parameter in an APU?
9         MR. MCCRACKEN:  Objection; vague.
10         THE WITNESS:  What do you mean by flow-related?
11   BY MR. PUTNAM:
12      Q   Related to the airflow.
13      A   Can you repeat that, please?
14      Q   Let me state the question with my elaboration.
15         Am I right that total pressure is a
16   flow-related parameter; that is, it is related to the
17   airflow in an APU?
18      A   What do you mean by airflow in an APU?
19      Q   You don't understand that term?
20      A   There are so many places where you could
21   measure airflow.
22      Q   And, sir, my question has nothing to do with
23   where you measure it.  My question is, in an APU, am I
24   right that total pressure is a flow-related parameter in
25   the sense that it is related to the airflow?

243

13 (Pages 240 to 243)

```
1              MR. MCCRACKEN:  Objection; vague.
2              THE WITNESS:  Yes.
3              MR. PUTNAM:  Please mark this as Exhibit 43.
4              (Deposition Exhibit 43 marked.)
5   BY MR. PUTNAM:
6        Q   Mr. Suttie, I've handed you what's been marked
    as Suttie Exhibit Number 43, which is a document which
    has production numbers HSA 152238 through 152244.
         Do you have that document in front of you, sir?
10       A   I have those sheets of paper, yes.
11       Q   Can you turn to the second of the pages that
12  make up Exhibit 43, which is a coordination memo?  Do
13  you see that?
14       A   Yes.
15       Q   Is any of the handwriting on this page yours?
16       A   Yes.
17       Q   What handwriting on this page is yours?
18       A   Top of the page is written, "They are always a
19  day ahead."  I wrote that.  I wrote the line on the
20  left-hand side of the page predominantly outside of the
21  vertical line.
22       Q   And that's -- the latter is where there are, I
23  guess, five names listed and then the phrase, "Please
24  review and comment, then incorporate, thanks, Pete"; is
25  that right?

                                                        244
```

```
1        A   A particular value of B.
2        Q   What particular value of B?
3        A   The critical value intended to indicate which
4   side of the delta P on P curve we were on, as I
5   mentioned earlier.
6        Q   How are you using the term "critical value"
7   here?
8        A   It's a threshold.
9        Q   Is B critical a subset of some sort of B?
10       A   No.
11       Q   Then I don't understand what it is.
12       A   B is a computed parameter.  It varies.  B
13  critical is a fixed number, as depicted on this table
14  you reference.
15       Q   Am I right that the B factor that Sundstrand
16  contemplated using for the APS 3200 was a direct
17  function of inlet guide vane position?
18           MR. MCCRACKEN:  Objection; vague.
19           THE WITNESS:  No.
20  BY MR. PUTNAM:
21       Q   What's incorrect about that statement?
22       A   The B factor is not a function of inlet guide
23  vane position.
24       Q   Was the B factor that Sundstrand contemplated
    using for the APS 3200 related to the inlet guide vane

                                                        246
```

```
1        A   Correct.
2        Q   Is this document one that you received from
3   Turbomeca during the development of the APS 3200 and
4   then passed on to other members of your development
5   team?
6        A   Yes.
7        Q   And do you see the chart with two rows that is
8   in the middle of the page there?
9        A   Yes.
10       Q   Am I right that that was a chart created not by
11  you but by someone at Turbomeca?
12       A   Correct.
13       Q   Can you tell me what this chart is depicting?
14       A   The top line is alpha, in degrees.  Alpha is
15  intended to be IGV angle.  And the lower row is B
16  critical.
17       Q   Okay.  And is this chart showing a relationship
18  between inlet guide vane position and what you call here
19  B critical?
20       A   Yes.
21       Q   And is B critical the same as the B factor you
22  were talking about earlier?  Or is it something
23  different?
24       A   It's different.
25       Q   What is B critical?

                                                        245
```

```
1   position?
2        A   No.
3        Q   Is it your testimony it was totally independent
4   of the inlet guide vane position?
5        A   As I recall.  I would need to go back to look
6   at the B factor equation to be absolutely sure of that.
7   But as I recall, B factor is not a function of IGV
8   angle.
9        Q   Then why in this chart that we're looking at
10  does it display B factor and inlet guide vane angle in
11  tandem with each other?
12       A   It doesn't.
13       Q   I thought that's what you did say?
14       A   It says B critical.  It's a fixed number.  Not
15  the B factor.
16       Q   How was B critical used in the APS 3200?
17       A   It was compared with B, with the computed
18  parameter.
19       Q   So was B critical a setpoint of some sort for
20  B?
21       A   No.
22       Q   Is B critical used in the APS 3200 that's in
23  actual operation today?
24       A   No.
25       Q   Was B critical ever used in an APS 3200 in

                                                        247
```

ESQUIRE DEPOSITION SERVICES
(619) 233-0633   (800) 829-6159

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1  operation?
2      A   Yes.
3      Q   When was it used?
4      A   In the software versions prior to 3.0.
5      Q   And what time frame is that?
6      A   From entry into service, January, '94, so it's
7  sometime in '95.  I don't know exactly.
8      Q   How was B critical used during that period of
9  time?
10     A   It was compared with the computed B factor to
11 determine which side of the delta B on B curve we're
12 operating on.
13     Q   And what did the system do once it was
14 determined which side of the delta P over P curve you
15 were operating on?  What did it do with that
16 information?
17     A   It used that determination to cause the bleed
18 valve, control valve commanded position to be effective,
19 or to be ignored.
20     Q   And when you say the bleed control valve
21 commanded position, do you mean the position generated
22 by the delta P over P measurement?
23     A   I mean the control logic, which we have
24 discussed earlier, related to P on P, which produced a
25 signal called BCVCTL, I believe.

248

1      Q   As I understand it, all APS 3200s that went
2  into service between January, 1994 and sometime in 1995,
3  used the B factor compared to B critical, as you've just
4  described it; is that right?
5      A   Yes.
6      Q   Do APUs that went into service during that
7  period still operate that way, or was their software
8  changed?
9      A   Software was changed.
10     Q   So am I right that APUs that went into service
11 after this period in 1995 -- first of all, that APUs
12 that went into service after the period of 1995 never
13 used the B factor compared to B critical in actual
14 operation?
15     A   Correct.
16     Q   And APUs that had gone into service during that
17 first year and a half or so used the B factor compared
18 to B critical during their initial in-service operation,
19 but then had their software reprogrammed to no longer
20 use those factors?
21     A   Correct.
22     Q   And that reprogramming took place sometime in
23 1995; is that your testimony?
24     A   Sometime in '95.  Or early '96.
25     Q   And if we found out when software version 3.0

249

1  for the APS 3200 was installed in the field, would that
2  be the time that the change-over was made?
3      A   Yes.  With the caveat that 3.2, as it finally
4  ended up being, was recalled for a period, for another
5  reason; previous version of software was used again for
6  a while until version 4.1 entered service.
7      Q   And when did that recall and relapse to the
8  earlier version take place?
9      A   '95, '96.
10     Q   And what's the relationship between 3.0 and
11 3.2?
12     A   I don't recall.
13     Q   Okay.  Just so we have the testimony sequenced
14 correct.  Is it your testimony that until version 3.0 of
15 the software was released, the APU used the B factor to
16 B critical comparison, that there was then a period when
17 APUs did not do that, a period again where APUs did do
18 that while a software bug was being fixed, and then when
19 version 4.1 entered service APUs never -- APUs
20 thereafter did not operate using the B factor and B
21 critical?
22     A   Correct.
23     Q   So if we find out when version 4.1 entered
24 service, after that date and after that software was
25 installed on every given APU in service, there was no

250

1  use of the B factor and B critical; correct?
2      A   Correct.
3      Q   Now, during the time the B factor and B
4  critical was in actual use for the APS 3200, am I right
5  that as shown on this chart here on Exhibit Suttie 43, B
6  critical was a function of inlet guide vane position?
7      A   Can you define again what you mean by is a
8  function of?
9      Q   Well, let me ask you an open-ended question.
10 What was the relationship between B critical and inlet
11 guide vane position when B critical was in use for the
12 APS 3200?
13     A   The relationship was as defined in this table.
14     Q   So when B critical was in use for the APS 3200,
15 a given inlet guide vane position produced a given B
16 critical value; is that right?
17     A   Correct.
18     Q   And that B critical value was then compared to
19 the measured B factor; correct?
20     A   Yes.
21     Q   And was proportional and integral control
22 applied to the difference between the B critical factor
23 and the measured B factor?
24     A   No.
25     Q   Was any type of control compared -- applied to

251

15 (Pages 248 to 251)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

**Page 252**

1  the difference between those two values?
2      A   No.
3      Q   Was there some sort of table that determined
4  based on that value whether the — what we've been
5  calling closed loop surge control logic would control
6  the bleed control valve or not?
7      A   Can you repeat the question, please?
8      Q   Let me restate it slightly.  During the period
9  of time when the APS 3200 used B and B critical, how did
10  the comparison, or how was the comparison between B and
11  B critical used to affect operation of the surge control
12  valve?
13      A   It wasn't.
14      Q   What was it used for?
15      A   To determine which side of the delta P on P
16  curve the APU was operating on.
17      Q   And what did the APS 3200 do with that
18  information?
19      A   It used that information to allow the BCVCTL
20  control signal to pass through to the BCV or to be
21  ignored.
22      Q   Was the B critical factor ever compared to the
23  delta P over P measurement?
24      A   No.
25      Q   Suttie Exhibit 9 that we were looking at

252

**Page 254**

1  operation of the bleed control valve for the APS 3200.
2  How far back in history are they accurately — an
3  accurate depiction of the operation of that bleed
4  control valve?
5      A   When you say back in history, do you mean a
6  time?
7      A   Yes.
8      A   Approximately late '96.
9      Q   Other than the use of B critical, and the B
10  factor, whose history you've described, has there been
11  any other change to the bleed control valve operation or
12  logic for the APS 3200 from the time the APU was put
13  into operation to the present day?
14      A   Yes.
15      Q   What other changes have there been?
16      A   That I can recall right now, the BCV setpoint
17  was originally a fixed value.  It was made a function of
18  inlet temperature.  I'm sure there were other changes of
19  less magnitude which I don't recall right now.
20      Q   Am I right that if we trace through the various
21  revisions of ESR 0677, which is the APS 3200 electronic
22  control box requirements specifications, we should be
23  able to pick up the various differences in bleed control
24  valve logic during the history of the 3200?
25      A   Yes.  With the caveat that I mentioned last

254

**Page 253**

1  earlier is Revision N of the APS 3200 requirement
2  specifications; correct?
3      A   Correct.
4      Q   Would there be an earlier revision version of
5  the APS 3200 requirement specification that contained a
6  discussion of the operation of the B factor and B
7  critical?
8      A   Yes.
9      Q   Do you know what version that might be?
10      A   I don't recall exactly.
11      Q   Can you give me an approximation, just so I
12  know where to start looking for?
13      A   I think it's J.
14      Q   J as in John?  I'm sorry, that was a yes?
15      A   Yes.
16      Q   Unfortunately, I don't have revision J or
17  whatever specific revision — version contained the B
18  factor depiction in front of me.  But am I correct that
19  Figures 12A through D in that version or their
20  equivalent, that is, the figures that show operation of
21  the bleed control valve, would in that revision contain
22  a depiction of the use of the B factor and B critical?
23      A   I don't recall.
24      Q   I think your testimony before was that Figures
25  12A to D in Suttie Exhibit 9 depict the current

253

**Page 255**

1  time that this is a requirements document, and it's not
2  always translated a hundred percent accurately into the
3  operational codes.
4      Q   The BCV setpoint, is it your testimony that
5  when the APS 3200 originally went into operation, that
6  setpoint was a fixed value?
7      A   Yes.
8      Q   And that's the setpoint to which the delta P
9  over P measurement is compared; correct?
10      A   Correct.
11      Q   Over what period of time — and I think you
12  said this before — the date when the APS 3200 went into
13  in-service operation, that was roughly January, 1994; is
14  that right?
15      A   Correct.
16      Q   And as of January, 1994, I take it the BCV
17  setpoint was a fixed value; correct?
18      A   Correct.
19      Q   When did that get changed?
20      A   It was definitely changed in version 4.1.  I
21  don't recall specifically version 3.2 — 3.0, I don't
22  recall.
23      Q   So no later than the implementation of version
24  4.1; correct?
25      A   Correct.

255

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1  Q   And when was version 4.1 of the software
2  implemented?
3     A   Late '96, as I recall.
4     Q   And the BCV setpoint changed from a fixed value
5  to a function of inlet temperature. I take it that was
6  made both with respect to new APS 3200s being delivered
7  by Sundstrand and with respect to APS 3200s that had
8  been previously delivered by Sundstrand and that were in
9  operation in the field; correct?
10    A   Correct. The APUs at that time were built
11  by Turbomeca.
12    Q   All the APU -- APS 3200s in the field as of
13  whenever it was in 1996 that version 4.1 was released
14  got the update of version 4.1; correct?
15    A   Correct.
16    Q   And that update, at least one effect of it was
17  to make those APS 3200s operate using a BCV setpoint
18  that was a function of inlet temperature; correct?
19    A   Correct.
20    Q   And that's how they operate today; correct?
21    A   Correct.
22    Q   Why did Sundstrand go from a fixed value for
23  the BCV setpoint to a BCV setpoint that was a function
24  of some other parameter?
25    A   What do you mean by some other parameter?

256

1    Q   Who is the person at Sundstrand who would have
2  been responsible for making the decision to use inlet
3  temperature?
4    A   The team made the decision.
5    Q   And who was the head of the team in 1996?
6    A   I was.
7    Q   And can you think of who on your team would
8  have had responsibility for that aspect, for that issue?
9    A   Ed Edelman.
10    Q   Why did Sundstrand decide to use or to make the
11  BCV setpoint a function of inlet temperature as opposed
12  to something else?
13    A   Turbomeca suggested it.
14    Q   Who at Turbomeca suggested it?
15    A   I don't recall.
16    Q   Did Sundstrand undertake any testing of the use
17  of inlet temperature to set the setpoint as opposed to
18  some other parameter?
19    A   I don't recall.
20    Q   Do you know if Turbomeca undertook any such
21  testing?
22    A   I don't recall.
23    Q   Was the person at Turbomeca who suggested the
24  use of inlet temperature someone named Gerard Hardy?
25    A   I don't recall.

258

1    Q   I thought you said now it's a function of inlet
2  temperature?
3    A   So you mean specifically inlet temperature?
4    Q   Yes. Why did Sundstrand make the change?
5    A   There was some conditions of surge operation at
6  altitude, high altitude performance.
7    Q   And how was that connected to the change?
8    A   Those surges could be avoided by making the
9  setpoint a function of inlet temperature.
10    Q   How did that help avoid such surge?
11    A   By providing more margin to the control system.
12    Q   What do you mean by more margin?
13    A   More -- a greater delta between the -- I used
14  the delta word twice. A greater difference between the
15  delta P on P and surge, of the delta P on P setpoint.
16    Q   So am I right that by making the bleed control
17  valve setpoint a function of inlet temperature,
18  Sundstrand's purpose was to make the delta P over P
19  setpoint further away from surge conditions?
20    A   Yes.
21    Q   And did Sundstrand consider any other options,
22  anything else that it could -- that the setpoint could
23  be a function of before deciding to use inlet
24  temperature?
25    A   I don't recall.

257

1    Q   Am I right that when you made that change to
2  the software, there was no corresponding change to the
3  hardware for the APS 3200?
4    A   Correct.
5    Q   In other words, even before that software
6  change was made, the system was measuring inlet
7  temperature; correct?
8    A   Correct.
9    Q   It just wasn't using that to adjust the
10  setpoint; correct?
11    A   Correct.
12    Q   Am I right that when you decided to make the
13  change, there was a significant advantage to using a
14  parameter that was already being measured as opposed to
15  using some parameter that the current hardware did not
16  measure?
17    MR. McCRACKEN: Objection; vague.
18    THE WITNESS: What do you mean by parameter
19  that did not -- was not measured?
20  BY MR. PUTNAM:
21    Q   A parameter that the hardware configuration for
22  the 3200 didn't pick up.
23    A   Yes.
24    Q   Now, why did you decide it made sense to make
25  the setpoint a function of inlet temperature?

259

17 (Pages 256 to 259)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1      A   Turbomeca suggested it.
2      Q   And did you blindly accept that, or did you
3   think about whether that was a sensible way to control
4   the 3200?
5      A   We thought about it.
6      Q   And did you conclude that was a sensible way to
7   control the surge system for the 3200?
8      A   Yes.
9      Q   Why was it sensible?
10     A   The flight test data that we obtained from
11   Airbus indicated what the ambient temperature was when
12   the surge condition occurred.  Therefore, it was
13   logical, sensible to assume that making the delta P on P
14   setpoint a function of temperature would have avoided
15   that condition.
16     Q   In the APS 3200 that's in operation today, am I
17   right that there is a fixed relationship between the
18   inlet temperature and the BCV setpoint?
19     A   Yes.
20     Q   And that relationship is coded into the
21   software that runs the 3200; correct?
22     A   Correct.
23     Q   So the actual delta P over P measurement is
24   something that any given APU picks up at any given
25   moment?  The setpoint that it's compared to is something

260

1   that's coded into the software; right?
2      A   As a function of inlet temperature, yes.
3      MR. PUTNAM:  Off the record.
4      (Discussion off the record.)
5      (Lunch recess taken from 11:44 a.m. to
6   12:49 a.m.)
7   BY MR. PUTNAM:
8      Q   When the APS 3200 is in operation, am I right
9   that the air is continuously being brought in through
10   the load compressor?
11     A   Yes.
12     Q   And is there -- is it that there's an impeller,
13   the thing that actually draws the air in through the
14   load compressor?
15     A   Yes.
16     Q   What would happen if the system or the impeller
17   stopped turning and stopped bringing air in through the
18   load compressor?
19     A   I don't understand the question.
20     Q   Let me ask it this way:  The impeller that's
21   drawing in the air in the APS 3200, is that always
22   rotating at the same speed during operation of the 3200?
23     A   Effectively the same speed.
24     Q   Why do you say effectively the same speed?
25     A   One of the control algorithms we talked about

261

1   earlier was steady state speed control.  It is possible
2   for transient loads to slightly deviate that speed for
3   it not to be an absolute constant.  But it is the aim of
4   that control group to maintain a constant speed.
5      Q   So am I right that variations in the amount of
6   air being brought in at any one time is a function of
7   the position of the inlet guide vanes in the 3200?
8      MR. McCRACKEN:  Objection; ambiguous.
9      THE WITNESS:  Amount of air being brought into
10   where?
11   BY MR. PUTNAM:
12     Q   Into the load compressor.
13     A   If I could answer it this way:  The amount of
14   air going through the load compressor changes as IGV
15   angle changes.
16     Q   And it does not change based on any other
17   factor in the 3200; correct?
18     A   Define what you mean by "amount of air."
19     Q   The volume of the air being brought in.
20     A   The volume of air?  True.  Volume of air.  In
21   answer to your question.  Can you repeat your question?
22     Q   Let me restate the question.  Which I think
23   you've just answered yes to.  But let me restate the
24   question.
25      Am I right that the volume of air going through

262

1   the load compressor in the APS 3200 changes as IGV angle
2   changes but does not change based on any other factor?
3      A   I believe that to be true, yes.
4      Q   In the APS 3200, am I right that if the amount
5   of air being brought in through the load compressor got
6   too low, got to too low a level, that would create a
7   risk of surge?
8      A   No.
9      Q   Would that -- is it your testimony that would
10   not create a risk of surge?
11     A   Not necessarily.
12     Q   Would it increase the risk of surge if the
13   volume of air came too low?
14     A   Not necessarily.
15     Q   In what circumstances would it?
16     A   If the downstream ducting to the load
17   compressor was constricted, there is no place for that,
18   the air to go.  A back pressure is built up.  If there
19   is no back pressure on the load compressor, even low
20   flows will not cause surge.
21     Q   In fact, as the 3200 is designed, is it
22   designed so that there is a minimum level of flow always
23   being brought in through the load compressor?
24     A   No.
25     Q   What's the lowest amount of flow being brought

263

18 (Pages 260 to 263)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1  in through the load compressor for the 3200?
2     A   I don't recall the number.
3     Q   Is there -- I know you don't know the number,
4  but is there a minimum amount of flow that gets brought
5  in through the 3200 load compressor?
6     A   There is a small amount of leakage airflow when
7  the IGVs are closed which acts to cool the load
8  compressor.
9     Q   And that small amount is always being brought
10  in through the 3200; correct?
11     A   When the IGVs are closed, yes.
12     Q   And when the IGVs are open to whatever extent
13  on the 3200, that small amount, plus additional air is
14  coming in through the load compressor; correct?
15     A   Correct.
16     Q   But the amount of air coming in through the
17  load compressor in the 3200 never falls below the small
18  amount of air that comes in when the IGVs are closed;
19  correct?
20     A   Again with the assumption that there is a place
21  for the air to go once it's got through the load
22  compressor.
23     Q   With that assumption, my statement is correct?
24     A   Correct.
25     Q   And if there was not a place for the air to go,

                                                        264

1  by Turbomeca was delta P divided by P.  It was a
2  function of airflow.  Pressure alone is not a function
3  of airflow.  A single pressure measurement itself is not
4  a function of airflow.  You could have the same pressure
5  at a static level as you do with flow.
6  BY MR. PUTNAM:
7     Q   And as I understand it, in operation of the APS
8  3200, the parameter you're measuring needs to be a
9  function of airflow in order for the system to work; is
10  that right?
11     A   Airflow through the load compressor.
12     Q   Okay.  So am I correct that in operation of the
13  APS 3200, the parameter that you're measuring needs to
14  be a function of airflow through the load compressor, in
15  order for the system to work?
16     A   Yes.
17     Q   Would measuring delta P, that is, the change in
18  pressure from one point to another, be a function of
19  airflow through the load compressor?
20     A   Yes.  But it's not a unique relationship.  It
21  doesn't give you all the information you need.
22     Q   What information would just the delta P
23  measurement not give you that you need?
24     A   A reference to ambient conditions.  If you were
25  at -- on ground, your static pressures, the duct

                                                        266

1  which is the assumption that you articulated, that would
2  create a risk of surge; right?
3     A   Correct.
4     Q   That amount of air that comes in when the inlet
5  guide vanes are closed, that amount is a function of the
6  opening that exists even when the inlet guide vanes are
7  fully closed; correct?
8     A   Correct.
9     Q   So that amount is based on the geometry of the
10  hardware for the 3200; correct?
11     A   Yes.
12     Q   And the geometry of the hardware for the 3200
13  is something that is fixed when any given APU is sent
14  into operation; right?
15        MR. MCCRACKEN:  Objection; ambiguous.
16        THE WITNESS:  Yes.
17  BY MR. PUTNAM:
18     Q   The Sundstrand system measurement of delta P
19  over P, what's the effect of dividing the delta P by P
20  as opposed to just using a delta P measurement as part
21  of the surge control system?
22     A   Could you repeat the question?  I didn't hear a
23  word.
24        (Record read.)
25        THE WITNESS:  The relationship supplied to us

                                                        265

1  pressure that we discussed, is a certain volume, which
2  is different from what it happens to be at 20,000 feet.
3     Q   So by dividing the delta P measurement by P,
4  the APS 3200 takes into account ambient conditions; is
5  that right?
6     A   As I understand the system, yes.  Ambient
7  pressures.
8     Q   So by dividing the delta P measurement by P,
9  the APS 3200 takes into account ambient pressures; is
10  that your testimony?
11     A   Yes.
12     Q   We talked earlier about the concept of total
13  pressure.  Is total pressure a measurement of ambient
14  pressure?
15     A   No.
16     Q   What is it a measurement of?
17     A   It's a static pressure in, close to that
18  sensor, plus an effect as a result of the flow.
19     Q   Would total pressure vary as a function of
20  ambient pressure?
21        MR. MCCRACKEN:  Objection; ambiguous.
22        THE WITNESS:  All other things being equal,
23  then yes.  But it -- the geometry and everything else
24  would have to be exactly the same.
25  BY MR. PUTNAM:

                                                        267

19 (Pages 264 to 267)

HONEYWELL INTERNATIONAL V.                              PETER J. SUTTIE
HAMILTON SUNDSTRAND                                        06/29/00

**Page 268**

1     Q   When you say the geometry and everything else,
2  you mean the geometry of the physical environment in
3  which total pressure is being measured?
4     A  No.  I mean everything about the engine.  The
5  IGV, the impeller, the diffuser.
6     Q  If all those things are held constant, then
7  total pressure would vary as a function of ambient
8  pressure; correct?
9     A  Yes.
10    Q  Can you define for me the word "pneumatic"?
11    A  High pressure air, would be how I would define
12  that.
13    Q  Is the airline -- let me ask it this way:  The
14  APS 3200, one of the things it does is supplies air to
15  the airline; correct?
16    A  To the airplane.
17    Q  Sorry.  One of the things the APS 3200 does is
18  supply air to the airplane; correct?
19    A  Correct.
20    Q  And as I understand, one of the things
21  specifically the 3200 does is supply high pressure air
22  to the airplane; correct?
23    A  If the definition that high pressure is 60
24  pounds per square inch, yes.
25    Q  Meaning that it supplies air that is more

**Page 269**

1  pressurized than atmospheric pressure; correct?
2    A  Correct.
3    Q  And the airplane or the components of the
4  airplane to which the APS 3200 supply air are
5  pneumatically powered; correct?
6    A  Yes.
7    Q  Have you ever heard of anything called a
8  reverse pneumatic flow test?
9    A  In what context?
10    Q  In the context of an APU.
11    A  Yes.
12    Q  What is a reverse pneumatic flow test in the
13  context of an APU?
14    A  When it is possible for main engine high
15  pressure air to backflow into the APU.
16    Q  So this is high pressure air generated not by
17  the APU but by the main engine of the airplane; is that
18  right?
19    A  Correct.
20    Q  And would that be a bad thing?
21    A  Reverse flow into the APU?
22    Q  Yes, sir.
23    A  Yes, that would be a bad thing.
24    Q  Why would that be a bad thing?
25    A  Because the load compressor, which is intended

**Page 270**

1  to pump air in a certain direction, would have air
2  forced backwards through it by a higher pressure source.
3    Q  When you were working on the design and
4  development of the APS 3200, did you ever run any
5  reverse pneumatic flow tests?
6    A  Yes, we did.
7    Q  And what was the purpose of running those
8  tests?
9    A  To ensure that the APU protection mechanisms
10  functioned adequately to isolate the APU from that
11  external source.
12    Q  And what is or what are the APU protection
13  mechanisms employed by the APS 3200?
14    A  Closing the bleed control valve.
15    Q  From what source would the main engine air get
16  into the APU?
17    A  Through a duct.
18    Q  Is there a particular duct where that -- which
19  is at risk of passing the air in the wrong direction?
20    A  There is a particular duct, yes, which connects
21  the APU to the aircraft.
22    Q  And the concern with reverse pneumatic flow is
23  that air comes back up that duct towards the compressor;
24  right?  The APU compressor?
25    A  The concern is the check valve in that duct.

**Page 271**

1  which is intended to stop that, could potentially fail
2  and allow high pressure air to come to the APU.
3    Q  When you refer to a check valve, is that the
4  same thing as what we've been calling the bleed control
5  valve?  Or a different valve?
6    A  It's a different valve.
7    Q  Did the APS 3200 pass its reverse pneumatic
8  flow tests?
9        MR. McCRACKEN:  Objection; vague.
10        THE WITNESS:  Do you mean the tests we just
11  talked about?
12  BY MR. PUTNAM:
13    Q  Yes, sir.
14    A  Yes.
15    Q  Do you remember any particular problems with
16  passing those tests?
17    A  No.
18        MR. PUTNAM:  Let me have the court reporter
19  mark this as Exhibit 44.
20        (Deposition Exhibit 44 marked.)
21  BY MR. PUTNAM:
22    Q  Mr. Suttie, the court reporter has handed you
23  what she has marked as Suttie Deposition Exhibit 44,
24  which is a one-page memo authored by you, dated
25  October 16, 1990.  Production number HSA 152363.

ESQUIRE DEPOSITION SERVICES
(619) 233-0633   (800) 829-6159

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

1      Let me ask you, first of all, to review this
2  document and tell me if you recognize it?
3      A  I remember the subject.  I don't recall this
4  particular document.
5      Q  Can you tell me what the document is?
6      A  As I read it now, it's a memo from me to the
7  systems design engineers, discussing the reverse flow
8  requirements.
9      Q  And when you say "reverse flow requirements,"
10  is it fair to say that this is referring to the syndrome
11  or the risk of reverse pneumatic flow that you testified
12  about just before I gave you the document?
13      A  Yeah.  Yes.
14      Q  Do you see the first sentence of the second
15  paragraph of the memo, says: "The Garrett approach is
16  to monitor their ambient temp thermocouple for a rapid
17  increase in temp signifying a reverse flow condition."
18  Do you see that?
19      A  Yes, I see it, yes.
20      Q  What did you mean by the Garrett approach?
21      A  The logic mechanism used by 36300 APU in the
22  aircraft.
23      Q  And Garrett is a reference to the company
24  that's also been known as Allied Signal and now
25  Honeywell; correct?

272

1      A  Correct.
2      Q  How did you know that that was the Garrett
3  approach?
4      A  I don't recall.
5      Q  Was that something you had determined for
6  yourself, or someone had told you was the Garrett
7  approach?
8      A  I did not come up with this myself.
9      Q  And when you say "this," I want to be clear
10  we're talking about knowledge of what the Garrett
11  approach was; correct?
12      A  Correct.
13      Q  And I think you said it was specifically the
14  way that the 36300 APU handled this issue of reverse
15  pneumatic flow; correct?
16      A  Correct.  Because I remember being told that
17  false shutdowns, nuisance shutdowns could occur as a
18  result of hot gas recirculation from the main engines.
19  And that that was a problem we were trying to not
20  duplicate.
21      Q  It's your testimony that was a problem with the
22  Garrett approach; correct?
23      A  Correct.
24      Q  Now, I see, maybe the fourth paragraph down
25  that says, "Ideas that come initially to mind are."  Do

273

1  you see that?
2      A  Yes.
3      Q  And then there are three separate clauses after
4  that?
5      A  Yes.
6      Q  What did you mean to signify by that part of
7  the memo?
8      A  Suggestions for others to consider.  Plus
9  whatever else they could come up with.
10      Q  When you say others to consider, I take it you
11  mean those were suggestions about possible ways that
12  Sundstrand could address this issue of reverse pneumatic
13  flow in what became the APS 3200; correct?
14      THE WITNESS:  Repeat that, please.
15      (Record read.)
16      THE WITNESS:  Yes.
17  BY MR. PUTNAM:
18      Q  Can you read into the record the second of the
19  ideas that you put in this memo, Suttie Exhibit 44?
20      A  "2, duplicating the Garrett approach, and."
21      Q  And how did Sundstrand deal with the issue in
22  the actual APS 3200?
23      A  We did a modified version of Item 1.  We found
24  that the airflow sensor, the delta P on P sensor,
25  adequately protects the APS 3200 from this condition.

274

1  It, in fact, was never tested by D.A., as I mentioned.
2  Additionally, the inlet temperature sensor of APS 3200
3  is located in a position which would not allow it to
4  accomplish the function defined in paragraph 2 as the
5  Garrett approach.  So it is not possible for us to
6  duplicate that approach.
7      Q  I'm sorry, the inlet what sensor of the 3200?
8      A  Temperature.  Referred to here as ambient
9  temperature thermocouple.  We don't use thermocouple,
10  but inlet temperature, ambient temperature used
11  synonymously.
12      Q  I'm a little confused.  The APS 3200 does or
13  does not measure ambient temperature?
14      A  Measures what we call intake.
15      Q  Which is interchangeable with ambient
16  temperature; right?
17      A  It's not exactly the same, but it's similar.
18      Q  Then I guess I'm confused.  If you do measure
19  that, why is it that you're saying you couldn't use
20  Garrett approach?
21      A  Because the location of the sensor is such that
22  it would not provide the -- any useful signal.  And
23  additionally, as I mentioned, the delta P on P logic
24  which was used adequately affected it.
25      Q  You referred in answer a couple ago, and the

275

21 (Pages 272 to 275)

HONEYWELL INTERNATIONAL V.
HAMILTON SUNDSTRAND

PETER J. SUTTIE
06/29/00

**Page 276**

1 memo referred on the first line, to capital D, capital
2 A. Do you see that, D.A.? Answer yes for the record.
3     A  Yes.
4     Q  So the record is clear, can you tell us what
5 D.A. refers to?
6     A  Deutsche Airbus.
7     Q  Is that synonymous with Airbus, or German part
8 of Airbus?
9     A  In 1990 that's what the German part of Airbus
10 was known as.
11     Q  Is there a German part of Airbus today?
12     A  Yes.
13     Q  What's it called?
14     A  Currently they're called EADS, which is joint
15 venture company with Air Especiale.
16     Q  Air Especiale is the French?
17     A  French side of Airbus.
18     Q  Do you recall; did you ever do any testing
19 using what you call here the Garrett approach to combat
20 this concern of reverse pneumatic flow?
21     A  We did not.
22     Q  Do you know if it was Mr. Greubel -- first of
23 all, you see that Mr. Greubel was one of the people to
24 whom you sent Exhibit 44?
25     A  Yes.

**Page 277**

1     Q  Do you know if it was Mr. Greubel who
2 identified for you the Garrett approach to the reverse
3 pneumatic flow issue?
4     A  As I said earlier, I don't recall.
5     Q  Okay.  What do you understand to be the
6 relationship between Turbomeca and Labinal?
7     MR. MCCRACKEN: Objection; ambiguous.
8     THE WITNESS:  My understanding, and this is
9 purely my understanding, Turbomeca was a wholly-owned
10 subsidiary of Labinal.
11 BY MR. PUTNAM:
12     Q  And is it your understanding that that is true
13 today as well?
14     MR. MCCRACKEN:  Objection; calls for a legal
15 conclusion.
16     THE WITNESS:  I don't know the current status.
17     MR. PUTNAM:  Off the record.
18     (Discussion off the record.)
19     (Deposition Exhibit 45 marked.)
20 BY MR. PUTNAM:
21     Q  Mr. Suttie, the court reporter has handed you
22 what's been marked as Suttie Deposition Exhibit Number
23 45, which is a document labeled "ECB interfaces," with
24 production numbers 226567 through 226576.
25     Do you have that document in front of you?

**Page 278**

1     A  Exhibit 45?
2     Q  Yes.
3     A  Yes.
4     Q  Can you tell me what that is?
5     A  It's an interface control document between
6 Sundstrand and Turbomeca which defined the --
7 Turbomeca's requirements for the control system.
8     Q  And what was the purpose of creating this
9 document?
10     A  To have joint agreement on how the APU was to
11 be controlled, rather than just one party saying, "I
12 want this."  This document had to be signed by both
13 parties and by the joint venture organization.
14     Q  And did you lead the effort on behalf of
15 Sundstrand to put together this document, Suttie
16 Exhibit 45?
17     A  Yes.
18     Q  Am I right that Mr. Hardy was your counterpart
19 leading the effort on behalf of Turbomeca?
20     A  Yes.
21     Q  If you turn to the second page of the document
22 you see a heading, "Number 2, Computation of corrected
23 bleed airflow."
24     A  Yes.
25     Q  Can you tell me what is being described in that

**Page 279**

1 section of the document?
2     A  When you say "that section of the document,"
3 you mean Section 2?
4     Q  Yes, sir.
5     A  Our air freight customer, Deutsche Airbus,
6 required that the ECB send serial data link signal,
7 RH 429, through the data bus label, which was
8 proportional to the airflow being supplied by the load
9 compressor.  That relationship is shown in Table 1, on
10 page 3.  This section of the document allowed us to code
11 into software logic which would supply that
12 communication label to the aircraft.
13     Q  If you look at Table 1 on page 3, am I right
14 that that shows the relationship between delta P over P
15 and bleed flow?
16     A  Correct.
17     Q  And what is the unit of measure that's
18 depicted?  Or that's meant by g/sec?
19     A  Grams per second.
20     Q  And is that a common way to enumerate airflow?
21     A  It's air mass flow.
22     Q  Am I correct that Section 2 here shows that --
23 or one thing it shows is that at the time you were still
24 using or planning to use this B critical value?
25     A  Yes.