Peter Suttie, Vol 3                                                          10/24/00

sensors designed and developed -- procured by Sundstrand
would have to interface with.
    Q    So would it be fair to say that TurbomeCa
played a significant role in providing the range of the
parameters that would be necessary for the delta P/P
sensors for the APS 3200?
    A    Yes.
    MS. REZNIK:  Okay.  I'm going to finish my
questioning for today, but I want to reserve my right on
the record to continue this deposition, given the time
constraints that we had, and there are a number of
things that we may want to revisit that I didn't have
time to cover today.
    MR. MCCRACKEN:  Are you finished?  I'd like to
put something on the record.  We object to further
deposition time taken with this witness.  We provided
counsel with twice the amount of time we were indicated
was necessary to take this witness' deposition.
//
//

                                                            513

                    I, the undersigned, a Certified Shorthand
Reporter of the State of California, do hereby certify:
                    That the foregoing proceedings were taken
before me at the time and place herein set forth; that
any witnesses in the foregoing proceedings, prior to
testifying, were placed under oath; that a verbatim
record of the proceedings was made by me using machine
shorthand which was thereafter transcribed under my
direction; further, that the foregoing is an accurate
transcription thereof.
                    I further certify that I am neither
financially interested in the action nor a relative or
employee of any attorney of any of the parties.
                    IN WITNESS WHEREOF, I have this date
subscribed my name.

Dated: _____


                    _____
                    JESSICA E. MASSE
                    CSR No. 9910

                                                            515

                    I, PETER JOHN SUTTIE, do hereby declare
under penalty of perjury that I have read the foregoing
transcript of my deposition; that I have made such
corrections as noted herein, in ink, initialed by me, or
attached hereto; that my testimony as contained herein,
as corrected, is true and correct.
    EXECUTED this _____ day of _____,
19___, at _____.
                    (City)                    (State)



                    _____
                    PETER JOHN SUTTIE
                    Volume III


                                                            514

ESQUIRE DEPOSITION SERVICES
619-233-0633    800-829-6159

Peter Suttie, Vol 3

10/24/00

1    1.01; correct?
2            MR. MCCRACKEN: Objection; indefinite, vague
3    and ambiguous.
4            THE WITNESS: Can you repeat the question,
5    please?
6            (Record read.)
7            THE WITNESS: Yes.
8    BY MS. REZNIK:
9        Q    And the software version change that he's
10   describing relates specifically to load compressor
11   closed loop surge control, Figure 10; correct?
12       A    Yes.
13       Q    The court reporter just handed you what's been
14   marked Exhibit 251, with Bates numbers HSA 440124
15   through 286. Do you have that in front of you?
16       A    I have a document with those Bates numbers in
17   the front and back, yes.
18           (Plaintiffs' Exhibit 251 was marked for
19           identification by the court reporter.)
20   BY MS. REZNIK:
21       Q    Okay. Great. If you look at this document,
22   can you tell me what it is?
23       A    It's the APS 3200 ECB requirements
24   specifications for revision J.
25       Q    And as we've already described, ECB

429

1    requirements specifications require -- for software APS
2    3200 include surge control and fuel control systems; is
3    that correct?
4        A    Yes.
5        Q    And this is an earlier version of revision J,
6    but there is a more recent version that we've already
7    looked at in previous depositions?
8        A    There are more recent versions. I don't recall
9    whether we -- which ones specifically we talked about in
10   previous depositions.
11       Q    But the one we are looking at happens to be an
12   earlier version; correct?
13       A    It is not the current version, yes.
14       Q    Do you see in the distribution list Mr. Maedche
15   is among those individuals copied on this document?
16       A    Yes, I do.
17       Q    Can you tell me if Mr. Maedche had any role in
18   developing this document in particular?
19       A    I found no evidence to suggest that he had
20   input. But as I mentioned earlier, that doesn't mean
21   that -- just because I couldn't find any evidence
22   doesn't mean that he didn't have some input to the
23   document.
24       Q    Can you define for me what role he might have
25   had?

430

1            MR. MCCRACKEN: Objection; speculative.
2            THE WITNESS: No, I can't.
3    BY MS. REZNIK:
4        Q    What type of evidence would indicate that he
5    had a role in developing the requirements specified in
6    this exhibit, Exhibit 251?
7            MR. MCCRACKEN: Objection; assumes facts not in
8    evidence.
9            THE WITNESS: Can you repeat the question,
10   please?
11           (Record read.)
12           THE WITNESS: If there were memos or
13   presentations or something which was written and
14   retained with his name.
15   BY MS. REZNIK:
16       Q    Memos like the one we were just looking at
17   where he was authoring the memo regarding a particular
18   software version?
19       A    That would be an example, yes. I'm not sure of
20   the relative timing of that memo versus this release of
21   specifications, which is why I don't know if he had
22   input to this version of software.
23       Q    But you are saying it's possible that he may
24   have. You just wouldn't know the specifics?
25       A    Correct.

431

1        Q    As you mentioned earlier, Mr. Maedche was one
2    of the four members of the control group for the APS
3    3200; correct?
4            MR. MCCRACKEN: Objection; asked and answered.
5            THE WITNESS: Yes. At that time.
6    BY MS. REZNIK:
7        Q    Right. And it was the role of the control
8    group to design and develop the control logic of the APS
9    3200; correct?
10           MR. MCCRACKEN: Objection; asked and answered.
11           THE WITNESS: Correct.
12   BY MS. REZNIK:
13       Q    So would it be fair to say that Mr. Maedche
14   played a very significant role in the design and
15   development of the APS 3200 control logic?
16           MR. MCCRACKEN: Objection; indefinite and
17   vague.
18           THE WITNESS: No. He did not play a
19   significant role in the 3200 development.
20   BY MS. REZNIK:
21       Q    How would you define his role?
22       A    Insignificant.
23       Q    And what evidence do you have that it was
24   insignificant?
25       A    The date which we established that he came to

432

24 (Pages 429 to 432)

Peter Suttie, Vol 3                                                    10/24/00

Sundstrand Company was in December of 1992, by which
2  time a significant part -- by my use of the words
3  "significant part" -- of the control system logic had
4  already been defined.  The control system was in
5  existence.  All of the decisions on how the control
6  system would function had been made.
7        What needed to be done after that was
8  fine-tuning setpoint changes -- sorry.  Not setpoint or
9  gain changing, like you mentioned earlier, but what I
10 call insignificant, minor changes, not changes to the
11 fundamental architecture of the system.
12       Q   So are you saying that those members of the
13 control group for the APS 3200 during that time frame
14 that Mr. Maedche was part of that group wouldn't have
15 played any significant role in the APS 3200 control
16 logic?
17       A   No.  I'm saying that the control logic was
18 defined by Kourosh Mehr-Ayin and then followed by Ed
19 Edelman in the '91, '92 time frame, prior to Mr. Maedche
20 joining Sundstrand.
21       Q   So there was no further development of the
22 control logic after the '92 time frame?
23       A   There was some development, but you used the
24 word significant earlier, and it was absolutely not
25 significant after that time.

                                                           433

1        Q   So is it fair to say that he played a somewhat
2  significant role in the development of the APS 3200
3  control logic?
4        A   No.  It's not fair to say that.
5        Q   Is it fair to say that he played a role in the
6  design and development of the APS 3200 control logic?
7            MR. MCCRACKEN:  Objection; vague and
8  indefinite.
9            THE WITNESS:  He played a minor role.
10 BY MS. REZNIK:
11       Q   Can you describe for me what his role was in
12 the design and development of the APS 3200 control
13 logic?
14       A   We established that he did some testing of the
15 transient response of the APS 3200 control system.  We
16 established that he was our point man for the flight
17 test campaign, and thus he was viewing flight test data
18 in Europe.  That he played a minor role -- his time,
19 while he was in Europe, was quite easy.  We were not
20 flight testing every day.  He had the opportunity to
21 work only the days that we were testing.  So he was
22 actually away from the core group for a three-month
23 period even during his short employment with Sundstrand.
24       Q   So other than the testing of the transient
25 response in the APS 3200 control system and other than

                                                           434

1  the flight testing you just described of the APS 3200,
2  did Mr. Maedche have any other role with regard to the
3  design and development of the APS 3200?
4            MR. MCCRACKEN:  Objection; asked and answered.
5            THE WITNESS:  Not that I found evidence to
6  suggest, no.  You pointed out one memo where he had --
7  the last exhibit where he had made a gain change, a
8  minor, minor modification.
9  BY MS. REZNIK:
10       Q   But that was an example of other than these two
11 things you just described; correct?
12       A   No.  That was -- the gain change was related to
13 the transient testing that he had done.
14       Q   So the transient testing, then, relates to the
15 load compressor closed loop surge control diagram in
16 Exhibit 250; correct?
17       A   It relates to the modification here on SRGSPL.
18 That is a gain -- that is a gain in the system control
19 gains.  Gain effect response -- transient response, and
20 this was slowing the system down.
21       Q   Do these control gains relate to the
22 measurement of surge in the surge control system?
23       A   No.
24       Q   What does it relate to directly?
25       A   They relate to how rapidly the bleed control

                                                           435

1  valve movement moves.
2        Q   And that is a function of what?
3        A   Many things.
4        Q   But does it include the measurement of the air
5  flow to the load compressor, the delta P/P?
6        A   That is one that causes the BCV to move.
7        Q   So, then, it's fair to say that the transient
8  response testing that Mr. Maedche was involved in for
9  the APS 3200 included analysis of various control gains
10 that would be necessary in the surge control system?
11       A   When you say -- "various" is somewhat wide, but
12 certainly some, yes.  We've identified one specific gain
13 in which he recommended a change.
14       Q   Well, then, we can say that the transient
15 response testing that Mr. Maedche was involved in for
16 the APS 3200 included analysis of this particular
17 control gain in the APS 3200; correct?
18       A   Yes.
19       Q   And as we described, the control relates to the
20 operation of the bleed control valve; correct?
21       A   In certain circumstances, yes.
22       Q   So, in fact, if we look at Exhibit 250, this
23 particular control gain change that Mr. Maedche is
24 referring to, that would have arisen as a result of
25 his transient response testing had an impact on the

                                                           436

25 (Pages 433 to 436)

1  software version; correct?
2          MR. MCCRACKEN:  Objection; indefinite and
3  vague.
4          THE WITNESS:  Can I take this?
5          MS. REZNIK:  Yeah.  Go ahead.
6          THE WITNESS:  The words written here just state
7  make a change.  They don't state why.  There is no
8  definition as to why -- the logic behind the reasoning
9  for this gain change.
10 BY MS. REZNIK:
11     Q   That wasn't my question.  My question was that
12 this control gain change that Mr. Maedche recommends had
13 an impact on the software version of the APS 3200
14 control logic described in Exhibit 250; correct?
15     A   They have an effect on this figure, yes.
16     Q   The figure being?
17     A   The Figure 10.
18     Q   The control system?
19     A   Of this Deposition Exhibit 250 titled "Load
20 Compressor Closed Loop Surge Control."
21     Q   Okay.  Is there any other role Mr. Maedche
22 would have had as a member of the control group for the
23 APS 3200?
24         MR. MCCRACKEN:  Objection; asked and answered.
25         THE WITNESS:  Not that I found evidence to

437

1  sensor testing in the control system?
2      A   No.
3      Q   Is flow sensor testing at all related to the
4  testing of the transient response in the APS 3200?
5      A   What do you mean by "flow sensor"?
6      Q   Well, we were looking at various exhibits --
7  memos that had described flow sensor testing.
8      A   I don't recall.
9      Q   You can look back.  If we look at Exhibit 234
10 again, for example, you had described a sheet attached
11 to it that described the flow sensor characteristics;
12 correct?
13     A   That's what this figure says, yes.
14     Q   You had indicated that Mr. Maedche was
15 continuing discussions with Airbus at the time,
16 evaluating the check valve and the possible relationship
17 between the check valve and these flow sensor
18 characteristics; correct?
19     A   I mentioned the relationship between the check
20 valve and the flow out of the load compressor.
21     Q   And the flow out of the load compressor relates
22 to flow sensor characteristics in some way?
23     A   The reason I asked for the definition of flow
24 sensor -- this is Turbomeca's original -- it was their
25 choice of words, translating from French.  It was not

439

1  suggest, no.
2  BY MS. REZNIK:
3      Q   Could you describe for me the contributions
4  made by Mr. Maedche as a member of the control group for
5  the APS 3200?
6          MR. MCCRACKEN:  Objection; asked and answered.
7          THE WITNESS:  He worked on the transient
8  system, the APU testing that we discussed, and he
9  supported the flight test campaign.
10 BY MS. REZNIK:
11     Q   So is it fair to say that his testing of the
12 transient response included analysis of load compressor
13 controls relating to delta P/P?
14     A   If by delta P/P you mean the input -- one of
15 the many inputs to the control system, then the answer
16 would be yes.
17     Q   And a load compressor control we are talking
18 about relates specifically to the APS 3200; correct?
19     A   Yes.
20     Q   Is it fair to say that Mr. Maedche's role in
21 the testing of the transient response involved several
22 system development testings of the APS 3200?
23     A   Yes.
24     Q   Is it fair to say that Mr. Maedche's testing of
25 the transient response on the APS 3200 involved flow

438

1  normal for us to call this flow sensor characteristics.
2  To me, flow sensor is a piece of hardware that measures
3  something.  This is just what I call the delta P on P
4  curve, which related the -- which is a relationship
5  between load compressor flow and delta P static on P
6  static as measured on the APS 3200.
7      Q   Okay.  So, then, is it fair to say that
8  Mr. Maedche's testing of the transient response included
9  evaluation of this relationship between load compressor
10 flow and the delta P/P?
11     A   No.  He wasn't evaluating this curve.  He was
12 evaluating the control system as it used this curve.  We
13 never tried to duplicate our test or check to see if --
14 the accuracy of the Turbomeca information and use it.
15     Q   Okay.  Then let me rephrase the question.  Is
16 it fair to say that Mr. Maedche's testing of the
17 transient response included evaluation of the APS 3200
18 control system as it used this delta P/P curve?
19     A   Yes.
20     Q   Is it fair to say that Mr. Maedche had a role
21 in the software control logic design for the APS 3200?
22         MR. MCCRACKEN:  Objection; ambiguous and vague,
23 and it's been asked and answered a number of times.
24         THE WITNESS:  He had a minor role.
25 BY MS. REZNIK:

440

Peter Suttie, Vol 3                                                                                                10/24/00

Q    But he did have a role; correct?
MR. McCRACKEN:  Objection; asked and answered.
THE WITNESS:  He had a minor role.
BY MS. REZNIK:
Q    Is it fair to say that Mr. Maedche's testing of
the transient response in the APS 3200 included
evaluation of IGV schedules in relation to the delta
P/P?
A    There is no relationship, so the answer is no.
Q    Would he have ever evaluated whether or not
there was a relationship?
A    No.
Q    Would he have evaluated the IGV schedules at
all in the testing of the transient response of the APS
3200?
A    No.
MR. McCRACKEN:  Objection; vague.
BY MS. REZNIK:
Q    We are looking back at Exhibit 235. We see
that it's a memo written by Mr. Maedche to Mr. Hardy
regarding IGV minimum position; correct?
A    Uh-huh.
Q    So Mr. Maedche did have some role in analyzing
IGV in the APS 3200 based on this memo?
A    Yes.

441

Q    Are you aware that he used to work for
AlliedSignal or Garrett, now known as Honeywell?
A    Yes.
Q    Are you aware that he used to work on
AlliedSignal, now Honeywell's APUs?
A    No, I wasn't.
Q    You may have already answered this question,
but did he have any other job title other than systems
engineer -- Mr. Crooks?
A    No.
Q    You've just been handed Exhibit 252, Bates
numbers HSB 145329 through 333. Do you have that in
front of you?
A    145329 through 145333?
Q    Yeah.
A    I do.
(Plaintiffs' Exhibit 252 was marked for
identification by the court reporter.)
BY MS. REZNIK:
Q    Can you tell me what this is?
A    This is the APS 3200 pneumatic compatibility
test results for software version 4.1.
Q    Do you see that Mr. Crooks is copied on this
memo?
A    Yes, I do.

443

Q    Are you familiar with a Mr. Branch Crooks?
A    Yes.
Q    How are you familiar with him?
A    He works as a systems engineer at Sundstrand.
Q    Is he still employed at Sundstrand?
A    Yes.
Q    Is Mr. Crooks still a systems engineer at
Sundstrand?
A    Yes.
Q    So is it fair to say Mr. Crooks, as systems
engineer, is responsible for the surge control system of
the APS 3200?
MR. McCRACKEN:  Objection; ambiguous and vague.
THE WITNESS:  Sorry. Could you repeat the
question, please?
(Record read.)
THE WITNESS:  Is responsible? The answer is
no.
BY MS. REZNIK:
Q    Was Mr. Crooks ever responsible for the surge
control system of the APS 3200?
A    He worked on the control system for the APS
3200, yes.
Q    Including the surge control system?
A    Including the surge control system.

442

Q    Can you describe for me what pneumatic
compatibility testings are?
A    It's -- we have a standard test procedure which
is intended to be a very tough and aggressive test of
the APS 3200 load compressor controls, which we do in
our section in San Diego. As I say, it's very tough and
aggressive. On the basis of passing this test, we feel
comfortable that the APS 3200 will go into operational
service in the form specified. So this is a test report
that has test results documented which shows that we
have completed that test for this particular version of
software version 4.1.
Q    Can you describe for me what Mr. Crooks' role
was in this software version 4.1?
A    He was the systems engineer for the APS 3200 at
that time, in July 1996.
Q    What contributions did he make to the software
version 4.1? Let me rephrase it. What contributions
did Mr. Crooks make to the software version 4.1 of the
APS 3200?
A    He was, as I say, the systems engineer. He
wrote the systems specification for this particular
version of software, which was a minor modification on
the previous software. Version 4.1 -- as I mentioned to
you before, we had -- version 2.0.2 went into service.

444

Peter Suttie, Vol 3

10/24/00

1   It was followed by a version called 3.2, which was
2   removed for unrelated reasons.  The next version which
3   followed was version 4.1.
4           It was exactly the same as version 3.2, with
5   the changes to some internal software.  One particular
6   change, because of version 3.2, had been withdrawn for a
7   particular reason that addressed that reason.  It was
8   run, eliminated to APU control load compressor control.
9   So Branch Crooks, in answer to your question, was the
10  systems engineer at the time.
11          Q   So as the systems engineer, Mr. Crooks was
12  responsible for the systems specifications, including
13  surge control and fuel control logic of the APS 3200; is
14  that correct?
15          A   There were only minor modifications in version
16  4.1 from version 3.2.  In answer to your question, yes,
17  he was the systems engineer responsible for -- at that
18  time.
19          Q   You mentioned that he's currently an employee
20  of Sundstrand; is that correct?
21          A   Yes.
22          Q   And he's still a systems engineer; is that
23  correct?
24          A   Yes.
25          Q   Is he still working on the APS 3200?

445

1   of the date of this memo, March 16, 1990; correct?
2           A   Yes.  The proposed system.  We hadn't built the
3   system at that point.
4           Q   If you look up at the top of this diagram -- I
5   think it's legible -- there is a line that says delta
6   P/P.  Do you see that?
7           A   I see a line called delta P on P, yes.
8           Q   And that's leading to?
9           A   Delta P on P7.
10          Q   Okay.  And that's leading to what has been
11  previously called the summing junction; is that correct?
12          A   Correct.
13          Q   And then from there that value goes into a PI
14  controller; correct?
15          A   A combination of that value plus another value
16  go into the PI controller.  So it's not exactly that
17  value anymore.  Once it goes through the summing
18  junction, it changes.
19          Q   Whatever value is created by the summing
20  junction is then this PI controller?
21          A   Yes.
22          Q   And that ultimately leads to the surge valve
23  command to the right of this PI controller; correct?
24          THE WITNESS:  Say that again.
25          (Record read.)

447

1           A   No.
2           Q   What is he working on now?
3           A   He is a resident in the city of Phoenix.  He's
4   doing some simulations for other programs.
5           Q   Do you know when he stopped his work on the APS
6   3200?
7           A   March '97.
8           MR. MCCRACKEN:  Are you finished with this
9   exhibit?  Because I'd like to ask for a brief recess.  I
10  have to make a telephone call.
11          MS. REZNIK:  Yeah.  I'm done with this exhibit.
12          (Recess.)
13  BY MS. REZNIK:
14          Q   Mr. Suttie, I'm handing you what's been
15  previously marked as Exhibit 22.  Can you tell me what
16  this document is?
17          A   It's an agenda for a meeting which we had in
18  San Diego on March 16, 1990 between Turbomeca and
19  Sundstrand.
20          Q   If you turn to HSA 176198, you'll see a
21  diagram.
22          A   The last three digits again, please.
23          Q   198.  Do you have this diagram in front of you?
24          A   HSA 176198, yes.
25          Q   This is a diagram of the APS control system as

446

1           THE WITNESS:  Yes.
2   BY MS. REZNIK:
3           Q   If we go back to the summing junction, you were
4   referring to other values that were inputted into it;
5   correct?
6           A   Yeah.
7           Q   One of those values is an IGV charge; is that
8   correct?
9           A   If we are talking about the summing junction,
10  the summing junction is called setpoint.
11          Q   Based on this diagram, the setpoint is adjusted
12  in response to variation and the position of the IGVs;
13  is that correct?
14          A   Among other things, yes.
15          Q   Was this surge control system designed prior to
16  this memo of March 1990?
17          A   The first version of this diagram that I could
18  find was September of 1989.
19          Q   So September 1989, when the surge control
20  system was designed -- let me rephrase that.  Is
21  September 1989, the date on which the surge control
22  system depicted in Exhibit 22 was designed?
23          THE WITNESS:  It's my phone.
24          (Telephonic interruption.)
25          (Recess.)

448

Peter Suttie, Vol 3                                                10/24/00

```
              THE WITNESS:  "Designed" isn't the word I would
 2   use.  We proposed this.  This was a September
 3   presentation that I'm referring to -- was a presentation
 4   to our OEM customer then known as MBB and later became
 5   DA.  That figure was in a presentation and then also in
 6   the proposal.  So you don't design for a proposal.  You
 7   put down as many ideas as you can; to try to show your
 8   customer that you understand the subject, know what you
 9   know, leave yourself as many open possibilities as you
10   can.
11              And so I wouldn't use the word "designed."  It
12   was conceptualized, you know, at a very high level
13   for -- for a design under proposal, but that's
14   quite different from a design activity, which takes much
15   longer and turns into real equipment.  As I mentioned
16   before, this was never actually implemented as shown
17   here.
18   BY MS. REZNIK:
19         Q   I'm going to show you now what's been
20   previously marked as Exhibit 74.  Is this the proposal
21   you were referring to regarding MBB, the OEM customer?
22         A   At a quick first glance, yes.  It looks like
23   the proposal.
24         Q   Can you turn to HSA 2610147  You'll see a
25   diagram.
```
                                                        449

```
 1         A   26 --
 2         Q   -- 1014.  Do you have that in front of you?
 3         A   Yes.
 4         Q   Okay.  Can you compare the diagram in Exhibit
 5   22 to this diagram in Exhibit 74 and tell me if they
 6   look like they are the same diagram?
 7         A   The figure number is different.  This
 8   particular -- the proposal version has a number Figure
 9   4222, dash, 1, which the first exhibit you showed me
10   does not have.  Beyond that, I think that they are the
11   same.  This is a poor quality representation because of
12   multiple copies, by the look of this.  So some of the
13   subscripts are not easy to read, but it's my
14   understanding they are the same.
15         Q   So the surge control system depicted in Exhibit
16   22 was proposed to the OEM customer MBB, also known as
17   Airbus, in September 1989; is that correct?
18         A   The proposal date was actually October.
19         Q   Oh, October.  Okay.
20         A   But, yes.  October 11th, 1989.
21         Q   So let me rephrase it.  The surge control
22   system depicted in Exhibit 22 was proposed to MBB, also
23   known as Airbus, in October 1989; is that correct?
24         A   Yes.
25         Q   Okay.  You proposed this design to Airbus in
```
                                                        450

```
 1   1989.  Had you conducted any testing on that system?
 2         A   No.
 3         Q   Had you conducted any development of the system
 4   depicted in that diagram?
 5         A   No.
 6         Q   So what were you using to base the proposal on?
 7         A   The control system that was presented here was
 8   devised by a combination of myself, Wendell Reed, and
 9   Malcolm McArthur.  It was a collective outcome of three
10   control systems engineers who felt that this system, as
11   shown here, would be sufficient and adequate to control
12   an APU such as APS 3200.
13              As I mentioned earlier, we were trying to show
14   our customer that we had thought of possibilities and as
15   many features as possible.  So we were trying to show
16   everything.  Whether we thought it may be necessary or
17   not, we were trying to show that we had considered all
18   of the potential nuances for this type of APU.
19         Q   So the surge control system depicted in Exhibit
20   22 and also in Exhibit 74 was designed by a combination
21   of you, Peter Suttie, Malcolm McArthur, and Wendell
22   Reed?
23         A   Yes.
24         Q   Were any other individuals involved in the
25   design of this surge control system depicted in Exhibit
```
                                                        451

```
 1   22 and Exhibit 74?
 2         A   No.
 3         Q   Did you have any input from Turbomeca regarding
 4   this particular design?
 5         A   No.
 6         Q   Turn to Exhibit 74, again, page HSA 260926.
 7         A   260 --
 8         Q   -- 926.  I'll give you a minute to find it.
 9         A   2609267
10         Q   Yeah.  Do you have that in front of you?  Do
11   you have that page in front of you?
12         A   Titled "Performance APS 3000 Meets A321
13   Requirements"?
14         Q   Yes.  This is a chart that shows the
15   performance of the APS 3000 with respect to Airbus
16   specification requirements; correct?
17         A   Yes.
18         Q   And under APS 3000 performance, it shows a
19   measurement of bleed air flow and bleed air pressure; is
20   that correct?
21         A   Underneath APS 3000 performance, yes.
22         A   It's actually APS 3000 performance.
23         A   3000 performance.
24         Q   How did you arrive at these measurements of the
25   APS 3000?
```
                                                        452

29 (Pages 449 to 452)

ESQUIRE DEPOSITION SERVICES
619-233-0633   800-829-6159

Peter Suttie, Vol 3

10/24/00

**Page 453**

```
1        A   They are not measurements. They are
2   predictions.  APS 3000 did not exist at the time. It's
3   just a proposal, and Turbomeca supplied these numbers.
4        Q   What did Turbomeca base these numbers on?
5        A   I'm not prepared to answer that. You need to
6   ask Turbomeca.
7        Q   I believe that is covered in topic 4.
8             MR. MCCRACKEN:  But that's not information
9   within the company's domain.  That's not something
10  that -- we don't control Turbomeca.
11  BY MS. REZNIK:
12       Q   So are you telling me that you are not prepared
13  to answer any questions regarding Turbomeca's role in
14  the development of the surge control system of the APS
15  3200 or APS 3000?
16       A   No.  I'm not saying that.  Your question
17  doesn't relate to control system performance.  This
18  happens under work performance, which means how much air
19  the APU supplies.  The control system has no impact to
20  this.  This is a function of the size of the machine, of
21  the bleed angles, of the design of the APU itself, not
22  the control system.  Systems engineers separate, very
23  clearly, performance from control system.  This is
24  related to the performance of the machine and,
25  therefore, doesn't affect the control system.
```

**Page 455**

```
1        Q   Turn to 261015 of Exhibit 74.
2        A   261 --
3        Q   -- 015.  Do you have that page in front of you?
4        A   Yes, I do.
5        Q   If you look at column 2 of this page, can you
6   read for me beginning in the middle of the paragraph
7   with "The velocity head is measured," please?
8        A   The velocity head is measured using the
9   different delta P between total P7t and static pressure
10  P7s from an air flow sensor mounted in the load
11  compressor discharge line.  The delta P divided by the
12  pressure P7s is calculated from two transducer signals.
13  A desired setpoint of delta P over P7s is established,
14  based on measured corrected speed and inlet guide vane
15  position, with sufficient margin relative to the surge
16  lines illustrated in Figure 4, slash -- 4, dash, 27.
17  The value of the measured delta P on P7 is compared with
18  the setpoint value and, if the setpoint is transgressed,
19  the anti-surge valve is modulated open.
20       Q   Based on the language of this page, it says the
21  desired setpoint is based on the measured corrected
22  speed and inlet guide vane position; correct?
23       A   Yes.
24       Q   And that's what the diagram we looked at
25  depicts; correct?
```

**Page 454**

```
1             MR. MCCRACKEN:  If I may make a comment on the
2   record, Counsel.  It's been our goal to cooperate fully
3   in responding to the 30(b)(6) information.  However, for
4   whatever reason -- and I can't explain why this should
5   be -- several of the items that are requested are simply
6   not under our control.  We just don't have the ability
7   to control or otherwise force anyone outside of the
8   company to respond.
9             So there's going to be circumstances, I'm
10  afraid, where you're going to want information that we
11  just can't provide you with.  It would be more
12  appropriately asked of a third party, and this is one of
13  those cases.
14  BY MS. REZNIK:
15       Q   So is it fair to say that the values provided
16  here regarding APS 3000 performance were not based on
17  the testing of an APS 3000 that was actually built?
18       A   Correct.  It was not.  At this time, there was
19  no APS 3200 built.
20       Q   3000 or 3200?
21       A   3000.  Neither.
22       Q   So these performance numbers would have to come
23  from another APU, not a built APS 3000; is that correct?
24       A   I don't know the source of where Turbomeca
25  obtained those numbers.
```

**Page 456**

```
1        A   Yes.
2        Q   Who is the source of that design?
3        A   The same combination of myself, Wendell Reed,
4   and Malcolm McArthur.
5        Q   How did you come up with that design?
6        A   It was -- as I mentioned with the figure -- the
7   belief of three control systems engineers that this
8   would be a sufficient and adequate system to control a
9   load compressor -- a load compressor APU.
10       Q   What did you base your analysis on?
11       A   There wasn't an analysis as such.  It was
12  through the conceptual design and creation that we
13  talked about earlier.  The engineers group, being both
14  Malcolm and Wendell, very experienced control systems
15  engineers -- it was their feeling that this would be a
16  sufficient and adequate method to control the load
17  compressor.
18       Q   Can you tell me what this feeling was based on?
19       A   Their experience as control systems engineers.
20       Q   But to come up with these types of figures and
21  analysis, it had to have been derived, as you say, from
22  previous experience, but previous experience with other
23  APU systems.  Is that a fair statement?
24       A   We -- when I say "we" -- that Sundstrand had an
25  APU KC-135, which was a load compressor APU, which is
```

30 (Pages 453 to 456)

already operating. And though that APU does not use
2 this feature, it prompted these experienced control
3 systems engineers to believe that it might be necessary.
4 It was -- as I mentioned earlier, it's kind of a place
5 holder that we -- it is easier to put more into a
6 proposal and go to your customer than say we don't need
7 to do this -- than to do the reverse, which is to appear
8 like you have missed something.
9    Q    So it's your understanding that the adjustment
10 of the delta P/P setpoint from the position of the guide
11 thing was a model based on Wendell Reed, Malcolm
12 McArthur, and yourself, experience with other APUs such
13 as the KC-135; is that correct?
14    A    Yes.
15    Q    Did this experience include testing of the
16 KC-135 to see if making the setpoint adjustment
17 relationship IGV setting would work?
18        MR. McCRACKEN:  Objection.  There is lack of
19 relevance to the issue of the lawsuit with respect to
20 this line of questioning.  I'll enter a standing
21 objection.  I won't repeat myself.
22        THE WITNESS:  As I mentioned, the KC-135 does
23 not have this feature, but it was felt prudent to show
24 it in a proposal.  So should it be needed, then we
25 wouldn't be in a situation of trying to add something

457

1    Q    And on the left-hand side of this diagram, it
2 shows delta P/P, small 7, small s; correct?
3    A    Yes.
4    Q    What does this diagram depict?
5    A    It's an estimate of how the delta P on P value
6 measure may change as a result of IGV -- movement of
7 IGVs at various speeds.  We mentioned earlier another
8 input to that was corrected speed.  That's what N and C
9 stand for -- corrected.  So, in fact, if you look at
10 these figures, while there is some fluctuation for a
11 particular speed, they are relatively flat, indicating
12 that there is, as predicted here, actually a minor
13 impact of IGV -- changing IGV angle on delta P on P.
14    Q    Can you tell me where this information came
15 from depicted on this chart?
16    A    I did not prepare to find out where this figure
17 came from.
18    Q    You came prepared today to testify as to the
19 source of the design in Exhibit 22; correct?
20    A    As marked by HSA 174198, yes.
21    Q    So we are talking about the depicted surge
22 control system in Exhibit 22 that you've prepared on;
23 correct?
24    A    Yes.  This.  As defined here in topic 2 of your
25 memo we discussed earlier.

459

1 that we hadn't mentioned in a proposal.  You are always
2 trying to show that you've covered all of the potential
3 eventualities, even though it's not necessary, and this,
4 in fact, was not necessary in this particular case.
5 IGVs are not used to vary the setpoint.
6 BY MS. REZNIK:
7    Q    So at the time this proposal was made in 1989
8 to Airbus, was there any testing of this method of
9 adjusting the setpoint?
10    A    No.
11    Q    Was there any development at all with respect
12 to the adjustment of the delta P/P setpoint in relation
13 to the inlet guide vane position?
14    A    Any development, no.
15    Q    So this proposal made to Airbus was based
16 solely on prediction of what might work in the future.
17 Is that a fair statement?
18    A    What three experienced control systems
19 engineers thought might work, yes.
20    Q    If you look at HSA 261016 of Exhibit 74, it
21 shows a diagram; correct?
22    A    Yes.
23    Q    And this diagram at the bottom shows IGV
24 degrees; correct?
25    A    Yes.

458

1    Q    But you said to me that you also looked at
2 Exhibit 74, correct, in your preparation?
3        MR. McCRACKEN:  Could you show the witness
4 Exhibit 74?
5        MS. REZNIK:  He's holding it.
6        THE WITNESS:  I looked at this figure, which is
7 in Exhibit 74, as page 261014, yes, because they are
8 identical; therefore, they are the same.  But I did not
9 look at other pages of the proposal with the same
10 intention.
11 BY MS. REZNIK:
12    Q    I understand.  But we are talking about the
13 source of the surge control system that happens to be
14 depicted in this diagram, which we've already decided
15 are one and the same in Exhibit 22 and Exhibit 74;
16 correct?
17    A    This figure and this figure are one and the
18 same, yes.
19    Q    And we are looking at the source of the surge
20 control system that happens to be depicted in that
21 diagram; correct?
22    A    I don't know what you mean by "the source."
23    Q    That's what the topic defines:  The source of
24 the surge control system, where the design came from,
25 how it was obtained.  That's the type of questions we

460

Peter Suttie, Vol 3

10/24/00

```
 1  are looking at.
 2      A   Okay.  The source of this was the collective
 3  inputs from control systems engineers Wendell Reed,
 4  Malcolm McArthur, and myself.
 5      Q   And we were discussing specifically the IGV
 6  setting in relation to delta P/P; correct?
 7      A   Yes.
 8      Q   And the chart on 261016 of Exhibit 74 is
 9  directly talking about that relationship; correct?
10          MR. McCRACKEN:  But I don't understand the
11  connection between the word "source" and the -- in the
12  notice versus what is being shown here.  I don't.  It's
13  not apparent to me what the relevance is of the
14  relationship even between those two things.
15          MS. REZNIK:  Can you answer the question?
16          THE WITNESS:  Can you repeat the question,
17  please?
18          (Record read.)
19  BY MS. REZNIK:
20      Q   Exhibit 74 on HSA 261016 is talking directly
21  about the relationship between the IGV angle and the
22  delta P/P; correct?
23      A   It's talking about what three systems engineers
24  thought might be the relationship, yes.
25      Q   So can you tell me where the information for
```

461

```
 1  the IGV setting in relation to delta P/P came from?
 2      A   This is just a representation of what three
 3  systems engineers thought might be necessary to control
 4  the APU.  There are no hard numbers associated with any
 5  of the information in this figure.  It was a proposal.
 6  It was prior to even the program being proposed.  So I
 7  don't understand the question.
 8      Q   Is it your testimony, then, that the figure on
 9  HSA 261016 wasn't based on any hard numbers?
10      A   As I said, I did not research the source of
11  this figure.
12      Q   So you're unprepared to testify about the
13  source of the information relating to this chart?
14      A   261016 --
15          MR. McCRACKEN:  Can I have a moment with the
16  witness?  Maybe we can clear this one up and give you an
17  answer.
18          MS. REZNIK:  Okay.
19          (Recess.)
20  BY MS. REZNIK:
21      Q   Can you tell me the source of the information
22  for this chart on Exhibit 74 at HSA 261016 depicting IGV
23  angle in relation to delta P/P?
24      A   I believe the source of this was Wendell Reed
25  who, I think, prepared this figure on a software package
```

462

```
 1  he had in his home computer.
 2      Q   So it's fair to say this was a prediction of
 3  how it would react?
 4      A   Yes.  It absolutely was a prediction because
 5  there was no physical hardware available to measure or
 6  to determine the value in any other way other than to
 7  predict.
 8          MR. McCRACKEN:  You realize, Counsel, that
 9  Wendell Reed is no longer employed by the company, and
10  that's the reason for the answer.  He had no way of
11  getting that information, so --
12  BY MS. REZNIK:
13      Q   Do you know when Wendell Reed left the company
14  Sundstrand?
15      A   I believe it was in March of 1990.  He and I --
16  we only worked together for a short period of time
17  during the development of this proposal, and then he
18  was -- he was already a retiree.  He just came back as a
19  consultant to support us in this activity, and then
20  retired again.
21      Q   Do you know what his job title was when he was
22  working at Sundstrand?
23      A   Consultant -- control systems consultant.  I
24  don't know exactly, but that's the role he fulfilled.
25      Q   Do you know if Mr. Reed's primary
```

463

```
 1  responsibility was development of a surge control system
 2  for what was then the APS 3000 in 1989?
 3      A   His responsibility was to support the proposal
 4  effort, including conceptualizing the control system and
 5  helping write the proposal text with regard to the
 6  control system.
 7      Q   Was Mr. Reed a systems engineer, then, at the
 8  time?
 9      A   Yes.
10      Q   And specifically a systems engineer dealing
11  with control systems; is that right?
12      A   Yes.
13      Q   You mentioned that the surge control system
14  depicted in Exhibit 22 and Exhibit 74 was never
15  implemented; correct?
16      A   This is Exhibit 22?
17      Q   Yes.
18      A   Yes.  It was never implemented as shown.
19      Q   Do you know why it was never implemented?
20      A   Because when we obtained information from
21  Turbomeca, the data showed that the delta P on P
22  setpoint did not, in fact, need to be changed as a
23  function of IGVs.  And if delta P on P is not a function
24  of IGVs, you do not want to implement an IGV in that
25  control because it could have a negative effect in the
```

46

32 (Pages 461 to 464)

Peter Suttie, Vol 3

10/24/00

control system. You only do what's minimally necessary
to make the system function properly. To add extra
features could have a detrimental effect. So it was not
necessary. We did not include IGVs.

Q. Did you ever test any version of any APU that
included the surge control system depicted in Exhibit 22
or Exhibit 74?

A. No.

Q. So the information you obtained from Turbomeca
relating to the delta P/P setpoint wasn't derived from
testing of an APU; is that correct?

A. The information we got from Turbomeca -- and
you've shown it already in one of the exhibits -- was a
relationship between delta P on P and flow. It was
derived from rig testing of Turbomeca's hardware and
equipment in France. They then gave us the relationship
which we used in our control system. It was independent
of IGVs as it's stated on the figure you've shown me
earlier.

Q. Do you know what type of testing was done by
Turbomeca?

A. You need to ask Turbomeca.

Q. So Turbomeca never shared with you the basis of
their testing of hardware in deriving the delta P/P flow
relationship?

465

A. I never saw the rate they used.

Q. You never saw it, but did they ever provide you
with any information about the rig testing that they
conducted?

A. They gave us the data that they collected.
That's all the information I care about. I can think of
what the rig might have looked like, but I never saw it.
I don't really -- it's not really an issue to us. We
wanted the output data, which we used.

Q. Can you tell me when Turbomeca provided you the
information stating that the IGV angles didn't need to
affect the setpoint?

A. It's written in one of the coord memos.
October 25th, 1991.

Q. And Turbomeca provided this information in the
form of a coordination memo?

A. Yes. From Gerard Hardy.

Q. Mr. Hardy was your counterpart in Turbomeca; is
that correct?

A. No. Not at that time.

Q. What was his role?

A. He was the program manager at that time. His
counterpart -- I was the control systems project
engineer. So in hierarchy structure, I would have been
seen as junior to Mr. Hardy.

466

Q. And Mr. Hardy from Turbomeca was the program
manager of this APS 3000 at the time of the 3000
development?

A. At Turbomeca. Only responsible for the
Turbomeca portion.

Q. Let me know if I've got this correct. Is it
fair to say that you are not prepared to tell me where
Turbomeca has derived the information regarding the
unnecessary relationship between the IGVs angle and the
setpoint?

MR. McCRACKEN: Objection; ambiguous and vague.

THE WITNESS: Can you repeat the question,
please?

MS. REZNIK: Why don't I restate it for you.

Q. Are you able to identify for me how Turbomeca
derived the information they provided to you on this
October 25th, 1991 coordination memo between the
relationship of IGV angle and the setpoint?

A. They derived that information from rig tests of
a compressor. They measured the air flow, measured
delta P on P, and through laborious tasks created the
relationship by measuring many points and just plotting
them along the chart.

Q. So is it your testimony that after October
25th, 1991 Sundstrand no longer used variations in

467

position of the IGV to determine the delta P/P setpoint?

A. We never used variations of IGV to establish
the delta P on P setpoint. After October 25th, the
control -- architecture of the control philosophy
changed to incorporate the data from Turbomeca and to
delete any reference to IGVs affecting the delta P on P
setpoint.

Q. So, then, it's fair to say that after October
25th, 1991 Sundstrand no longer contemplated using
variations in position of IGVs to affect the delta P/P
setpoint?

A. That would be a fair statement, yes.

Q. Is it fair to say the sole basis for
Sundstrand's abandonment of that idea was Turbomeca's
data supplied to you in this October 25th, 1991
coordination memo?

A. Yes.

Q. So Sundstrand didn't do any independent testing
or analysis to determine whether or not the relationship
between the IGV angle and delta P/P setpoint would work?

A. No, we did not.

Q. And aside from the rig testing and lead
compressor testing by Turbomeca that you think went on,
you can't tell me if there was any other basis Turbomeca
had for providing you with this information in the

468

33 (Pages 465 to 468)

1    October 25th, 1991 coordination memo; is that correct?
2        MR. MCCRACKEN: Objection; vague.
3        THE WITNESS: The data was originally developed
4    in a rig test. Then as engine hardware becomes
5    available, test engines are built. Test engines are
6    evaluated. Multiple test engines become evaluated. You
7    start to solidify your confidence, and Turbomeca did
8    that. I think there was reference in the coord memo to
9    an engine test.
10   BY MS. REZNIK:
11    Q. Is it fair to say that you are not familiar
12    with what engine they may have used in their rig testing
13    for this October 25th, 1991 coordination memo?
14    A. Can I answer that by looking at the exhibit you
15    brought out earlier?
16    Q. Exhibit -- can you tell me which exhibit you
17    mean?
18    A. Are we finished with the proposal?
19    Q. I think so. Is there a particular exhibit you
20    think would help you? Is it this one? For the record,
21    I'm handing Mr. Suttie Exhibit 234.
22    A. This is the figure that I asked you to show me.
23    It says compressor assembly numbers, and there are some
24    coded numbers here for Turbomeca's coding of compressor
25    assembly. I thought there might be a test number --

469

1    Q. So in doing these tests, they are not
2    implementing any sort of logic to make it work; is that
3    right?
4    A. No. They are not implementing any logic to
5    make it work. They are collecting data which will then
6    be fed to logic to make it work. This is a collection
7    of raw data.
8    Q. So to be clear, you can't be sure what load
9    compressors they were actually testing to provide
10    Sundstrand with the information provided on the October
11    25th, 1991 coordination memo; is that correct?
12    A. From this piece of paper, I cannot be sure.
13    Correct.
14    Q. Is there some piece of paper that would make
15    that clear for you?
16    A. That coordination memo from October 25th.
17        MS. REZNIK: Counsel, are you sure that this
18    October 25th, 1991 memo was produced?
19        MR. MCCRACKEN: Absolutely. I can assure you
20    of that. Can we go off the record for a moment?
21        (Recess.)
22        MS. REZNIK: Counsel's taken a few minutes to
23    confer with his witness, and we've come to an agreement
24    to do our best to try to finish the deposition today as
25    time permits, but with the understanding that I may not

471

1    there might be a link there, back to a particular set of
2    hardware. There isn't, that I understand. Perhaps
3    Turbomeca's old internal development configuration
4    system may be able to lead that, but this does not say.
5    I think this was originally part of a Turbomeca
6    coordination memo, which is the one that was October
7    25th, I think, by looking, but --
8    Q. At the top of this page of Exhibit 234, Bates
9    number HSA 035282, it says APS 3000 load compressor. Is
10    this referring to one of the load compressors they would
11    have been testing?
12    A. Yes. But it's not definitive enough. It could
13    be a load compressor driven by a rig -- a load
14    compressor driven by a motor, typically, or it could be
15    a load compressor driven by a part of any APU. From
16    this information alone, I can't --
17    Q. But this load compressor would have been an
18    actual load compressor, built, running the control logic
19    that we've been talking about; correct?
20    A. No. This isn't running the control logic.
21    This is an actual load compressor, as you state, but
22    it's just turning, and data is being measured. So there
23    is no logic to control test equipment to make it turn
24    and sensors to collect each one of these. Each one of
25    these circles is a data point.

470

1    be able to get through everything I've intended to get
2    through today and may have to reserve my right to
3    continue this deposition.
4        MR. MCCRACKEN: And we, as defendant, object to
5    the continuation of the deposition beyond today. We
6    will do everything possible to give as much cooperation
7    to counsel to ensure that that happens.
8    BY MS. REZNIK:
9    Q. Why don't I go back a few steps to an earlier
10    question so that we can just clarify it for the record,
11    because of all the interruptions.
12      Earlier, you testified that Turbomeca provided
13    data in October of 1991 indicating that their testing
14    had shown that you no longer needed to adjust the
15    setpoint in relation to the IGV angle; is that correct?
16    A. They supplied us data, this curve here, delta P
17    on P versus flow, and from that data we concluded that
18    it was not necessary. You see here IGV setting goes
19    from 15 degrees to 82 degrees. That is the full range
20    of IGV angle. So if you have a unique relationship
21    which is independent of IGVs, then it is reasonable to
22    make the conclusion that IGVs had no value -- or provide
23    no benefit in the control system -- or IGV control in
24    the surge control mechanism for the APU. So based on
25    Turbomeca's data, it was clear we did not need to use

47

IGVs.

Q    The ultimate conclusion was made by Turbomeca
or Sundstrand?

A    A combination. Turbomeca's data -- we were the
control systems developer within the partnership. So
when we developed our control system, we showed it
having no IGV feed input to the P/P setpoint. We
devised the control system. We made it work. We proved
that it was, in fact, functional and did not need IGVs
in that. So perhaps a better answer would be we,
Sundstrand, made the determination that IGVs were not
necessary in the surge control system.

Q    Who at Sundstrand made that determination?

A    A combination of the lead systems engineers,
Kourosh Mehr-Ayin and myself.

Q    Were those the only two people involved in
making that decision?

A    That was all that was necessary, yes.

Q    So both you and Mr. Mehr-Ayin --

A    Yes.

Q    -- determined that the delta P/P setpoint
didn't need to adjust in relation to IGV angle; is that
correct?

A    Correct.

Q    And both of you made that determination based

473

on data supplied by Turbomeca?

A    Correct.

Q    But Turbomeca didn't advise you either way as
to whether or not you should continue to use IGV angles
in the setpoint. Is that a fair statement?

A    Yes.

Q    And is it also fair to say they were not
familiar with the load compressors tested by Turbomeca
in order to make that evaluation in that October 1991
coordination memo?

A    We, Sundstrand, were not familiar with which
pieces of hardware Turbomeca used to collect this data.

Q    Okay. Let me state it again. So it's fair to
say that Sundstrand was not familiar with the pieces of
hardware Turbomeca used to collect the data relating to
IGV angle and delta P/P setpoint in the October 1991
coordination memo?

MR. McCRACKEN:  Objection; asked and answered.

THE WITNESS:  The data was collected in France
with whatever Turbomeca test equipment they had there.
When you say "familiar," I can't determine what --
"familiar" could mean I knew exactly what it was, or
"familiar" could mean I didn't know it at all. And I
had some vague idea of what it was, but I didn't know
exactly. So it's hard to make the definitive statement

474

that you are asking me to agree or disagree to.

BY MS. REZNIK:

Q    Mr. Suttie, I'm just repeating your statement.
I'm using your language. You said we, Sundstrand -- we
are not familiar with which pieces of hardware Turbomeca
used to collect the data in October of 1991.

A    The actual pieces of hardware, that's true. We
are not familiar.

Q    You also stated that after 1991, you no longer
contemplated using the surge control system depicted in
Exhibit 22; correct?

A    Correct.

Q    How did the surge control system change after
October 1991? Let me restate it. How did the surge
control system for the APS 3200 change as a result of
Turbomeca's coordination memo of 1991?

A    The system specification was -- was written in
a way which -- the system specification is a starting
point for how the control system is to behave, and the
system definition document did not show the delta P on P
setpoint as a function of IGVs. So the people who then
take the system requirements and write the software
program -- software code met their requirements of the
system specification, and the system specification did
not call for IGVs being input into the P and P delta

475

setpoint calculation. We changed to make delta P and P
set value -- at that time, it wasn't a variable of
anything. It was a hard, fixed value.

Q    And that -- the fixed value that you then used
was developed by Sundstrand, or was it based on data
provided by Turbomeca?

A    It was developed over a period by a series of
coordination which went backward and forward between the
two groups: Proposal, counterproposal. Much the way we
discussed this morning. So it was a combination, and,
in fact, that's one of the numbers which we ended up
putting into the ICD, the interface control document,
which was our stated way of agreeing when we had an
interface between the two companies all through the
engine. It was multiple interface control documents.
We had an interface control document from the control
system, and this was one of the parameters which was put
into it. So it was a combination. It was a mutually
agreed number.

Q    You've testified previously that the use of a
fixed value for the setpoint subsequently changed; is
that correct?

A    Correct.

Q    What did it subsequently change to?

A    It changed to be a function of the inlet

476

1  temperature, sometimes called T2.  Essentially the
2  temperature of air coming into the APU.
3      Q   Who determined that the setpoint should be a
4  function of the inlet temperature?
5      A   In the research I did for this deposition, I
6  found some coord memos from Turbomeca early, by Pierre
7  Biscay, on February the 12th of 1992, proposing that --
8  February 21st.  Sorry.  I transposed those numbers.  But
9  we did not, in fact, implement that until 1994 or 1995
10  time frame.  In fact, that was one of the features which
11  came along with versions 3.2 and 4.1.  So, as many
12  things in the development of parts such as this,
13  somebody might make a proposal, and others don't
14  necessarily agree with it.  Initially it gets discussed
15  many times before it gets incorporated.
16      Q   Do you know why Mr. Biscay at Turbomeca
17  determined that the setpoint should be a function of the
18  inlet temperature on the APS 3200?
19      A   It would be analysis of test data -- flight
20  test data that was obtained.  He also got a copy of --
21  that memo was before flight test.  Turbomeca supplied
22  that in coordination with the actual process that they
23  underwent to make that deduction.  I'm not familiar with
24  it.  I never was.  That's a question better asked of
25  Turbomeca.

                                                           477

1      Q   Do you know if anyone other than Mr. Biscay
2  determined that the setpoint should be a function of
3  inlet temperature?
4      A   I don't know of anyone, no.
5      Q   Do you know what Mr. Biscay's position was with
6  Turbomeca at the time?
7      A   He was an aerodynamics engineer.
8      Q   Did Turbomeca directly advise Sundstrand that
9  the setpoint should be a function of inlet temperature?
10      A   They provided a coord memo with what is their
11  recommendation, yes.
12      Q   And Sundstrand then decided to follow
13  Turbomeca's recommendation; correct?
14          MR. MCCRACKEN:  Objection; asked and answered.
15          THE WITNESS:  Two years later.  We basically
16  we elected not to follow it.  There was some instance of
17  flight test which prompted further discussion, and we
18  at that point, incorporated Turbomeca's idea of two
19  years previous.
20  BY MS. REZNIK:
21      Q   Mr. Suttie, I'm handing you what's previously
22  been marked Exhibit 47.  It's a coordination memo, Bates
23  number HSB 2135483.
24      A   2135483, yes.
25      Q   This is a coordination memo from Mr. Hardy at

                                                           478

1  Turbomeca; is that correct?
2      A   Yes.  It states from Gerard Hardy at the top.
3      Q   And the subject is load compressor delta P/P
4  setpoint; correct?
5      A   Yes.  I think it's used to -- I note it's
6  approved by Herbert Vignau and Pierre Biscay's
7  signatures.
8      Q   Look at the first sentence.  Towards the end of
9  that first sentence it says, "It appears necessary."
10  Can you read that for me?
11      A   "It appears necessary to use a delta P/P
12  setpoint function of IGV setting angle."
13      Q   So at this point, Turbomeca is advising
14  Sundstrand that the delta on P -- delta P/P setpoint
15  should be a function of IGV setting angles; is that
16  correct?
17      A   "Advising" wouldn't be the word I would use.
18  This was a technical discussion, and the "appears
19  necessary" is a very mild conclusion statement.  So it
20  appears what they were saying to us was maybe we should
21  be considering this.
22      Q   But it's your earlier testimony that as of
23  October 1991, it was determined by Turbomeca that delta
24  P/P setpoint should not be a function of IGV setting
25  angle; is that correct?

                                                           479

1      A   I said as of 1991, we concluded, based on this
2  data, that delta P on P setpoint should not be a
3  function of IGVs.
4      Q   "We" meaning Sundstrand?
5      A   "We" meaning Sundstrand.
6      Q   Do you know how Turbomeca came up with this
7  determination in this Exhibit 477
8      A   No, I don't.
9      Q   Did Sundstrand take that into consideration
10  after this coordination memo was issued in December
11  1992?
12      A   We considered it; yes.  We -- for the next two
13  years, as I mentioned previously, the delta P on P
14  setpoint remained on value, and then we believed it
15  adequate to make the delta P on P setpoint a function of
16  temperature.  And so we never incorporated Turbomeca's
17  comment here.
18      Q   Did Sundstrand ever test Turbomeca's comment
19  regarding the delta P/P setpoint of IGV setting angle?
20      A   No.
21      Q   Did Sundstrand ever conduct an analysis of the
22  delta P/P setpoint function of IGV setting angle based
23  on the Turbomeca coordination memo depicted on Exhibit
24  477
25      A   No.

                                                           48

Peter Suttie, Vol 3                                                    10/24/00

```
    Q   So this was just an idea tossed out by
  Turbomeca to Sundstrand at some point?
3   A   Yes.
4   Q   And you are not familiar with how Turbomeca
5 came up with this determination in Exhibit 47; correct?
6   A   Correct.
7   Q   I'm handing you what's been previously marked
8 Exhibit 75.  And Exhibit 75 has Bates range numbers HSA
9 196543 through 196680.  Do you have that document in
10 front of you?
11  A   Through 196680, yes.
12  Q   Can you tell me what this document is?
13  A   It appears to be a presentation which APIC made
14 to the Boeing company for an airplane then known as the
15 Boeing B737-X.
16  Q   Can you tell me what APIC stands for?
17  A   Auxiliary Power International Corporation.
18  Q   Am I correct that APIC is a joint company of
19 Labinal and Sundstrand Corporation?
20  A   It was at the time.  The date November 15,
21 1983 -- it was erroneous.  It was, in fact, 1993.
22  Q   Can you look at 196553 for me?
23  A   196553.
24      MR. MCCRACKEN:  I'm having trouble seeing how
25 this is encompassed by the 30(b)(6) notice.

                                              481
```

```
1   A   APS 2000 was the previous -- a different kind
2 of machine altogether.  APS 2000 was like the Boeing.
3 Then we came out with the APS 3000.  Then -- only then
4 did we start to think of coding the second digit to
5 indicate who the customer was.
6   Q   When you say "we came out with the APS 3000,"
7 that means you proposed the APS?
8   A   The machine.  Think of it as the APS 3000
9 series.
10  Q   So as depicted in this diagram in Exhibit 75 at
11 page 196553, is it fair to say that the APS 3000 and APS
12 3200 were essentially the same APU, but were just
13 provided for different customers?
14  A   The same core machine, but because different
15 customers have different installation requirements,
16 different ways to hold the engine, different connectors,
17 different mechanical features, it has a different model
18 number, the APS 3000, as opposed to 3200.  But the core
19 machinery was identical -- was intended to be identical.
20 Again, this is a proposal phase for APS 3000 to Boeing.
21 This is a presentation as a proposal.
22  Q   As of November 1993, Sundstrand had done some
23 testing on an APS 3200; correct?
24  A   Yes.
25  Q   And APS 3200 was already in development; is

                                              483
```

```
1       MS. REZNIK:  I'm getting there.
2       MR. MCCRACKEN:  Okay.  I'll take your word on
3 that for now.
4 BY MS. REZNIK:
5   Q   Are you at 196553?
6   A   196553.
7   Q   Okay.  Do you see in this diagram it lists the
8 APS 3000 alongside with the APS 3200?
9   A   Yes.
10  Q   Do you know why they would be listed together
11 like that?
12  A   Yes.
13  Q   Why?
14  A   Because, I think I mentioned in my previous
15 deposition, the second digit determines who the OEM
16 customer was going to be.  So the APS 3000 was a size of
17 engine.  The second digit indicated who the customer
18 was.  The 2 is the second digit and indicated Airbus was
19 the customer.  0 in the second digit indicated that OEM
20 was the customer.  This is not to be confused with the
21 initial offer of the APS 3000.  We developed this second
22 digit numbering system after we already mentioned to
23 everybody the APS 3000.  If you want the history, I
24 can --
25  Q   Yeah.  Actually that would be great.

                                              482
```

```
1 that correct?
2   A   Yes.
3   Q   And it's your testimony that the APS 3200 that
4 was already in development and testing as of the date of
5 this document, November 1993, was essentially the same
6 core machine as what is known as the APS 3000?
7       MR. MCCRACKEN:  Objection; asked and answered.
8       THE WITNESS:  With the statement APS 3000 was,
9 at this point, being proposed to Boeing.  No engine
10 called APS 3000 existed.
11 BY MS. REZNIK:
12  Q   But the proposed APS 3000 to Boeing was
13 essentially the same core machine as the APS 3200; is
14 that correct?
15  A   Correct.
16  Q   Turn to HSA 196555.  There's a chart that
17 reads, "APS 3000 Reaches Maturity Before 737X Service
18 Introduction"; correct?
19  A   Correct.
20  Q   At the bottom there's a note.  Can you read the
21 second line of that note?
22  A   "Data for APS 3000 represents actual A320/321
23 orders, firm and options."
24      MR. MCCRACKEN:  I object to this line of
25 questioning.  It's not encompassed by the 30(b)(6)

                                              484
```

37 (Pages 481 to 484)

1    notice.
2    BY MS. REZNIK:
3        Q   Does this chart indicate that the data for
4    evaluating accumulative APU operating hours on this
5    chart was derived from data for the APS 3200?  Correct?
6        A   Yes.
7        Q   So again this seems to indicate that there was
8    an interchangeability between the analysis and testing
9    of the APS 3200 and APS 3000?
10       MR. McCRACKEN:  This is clearly outside of the
11   scope of the 30(b)(6) notice.  I am objecting
12   strenuously to the use of your time that is obviously
13   limited.  You should stick to the topics that are
14   clearly inside the scope of the 30(b)(6) notice.
15   Otherwise, to have us come back on a second day is
16   adding expense for no reason, in my opinion.  So I
17   object to this line of questioning.  I ask that you
18   please stick to the 30(b)(6) topics.
19   BY MS. REZNIK:
20       Q   Mr. Suttie, are you prepared to answer that
21   question?
22       THE WITNESS:  Could you repeat the question,
23   please?
24       (Record read.)
25       MR. McCRACKEN:  I object to the question.

485

1        THE WITNESS:  As it indicates, there is
2    interchangeability for the analysis and test data for
3    the 3200 and 3000.
4    BY MS. REZNIK:
5        Q   Turn to HSA 196570, please.  Can you read for
6    me the line that begins "August 1989"?
7        A   August 1989, colon, single shaft load
8    compressor design is selected for APS 3200.
9        Q   Can you describe for me the relationship
10   between the control logic of the 3200 and the 3000 as
11   depicted in this proposal in 1993?
12       A   Control logic for the APS 3000 for Boeing was
13   never developed.  It was a proposal.  We were not
14   selected for the airplane.  We never did any development
15   of the control system.
16       Q   I'm just trying to understand the relationship
17   between the two machines because, as I understood it
18   earlier, the APU that included the surge control system
19   logic depicted in Exhibit 22, this one, was described as
20   the APS 3000; correct?
21       A   It was called the APS 3000 originally, but, as
22   I mentioned earlier, that's not to be confused with the
23   APS 3000 as mentioned in 1993.  The reason being is our
24   naming convention started as an infant and started to
25   grow, and so our naming convention, which wasn't in

486

1    existence at the time of this proposal, was in existence
2    by this proposal.  By "this," it was the original APS
3    3200 proposal to Airbus in 1989.  The naming convention
4    became -- was developed after that Airbus proposal, and,
5    therefore, the 3000 here is not the same as the APS 3000
6    as mentioned in the Airbus proposal.
7        Q   So, then, it's still fair to say that the APS
8    3000 is just an earlier version of the APS 3200?
9        A   No.
10       Q   What's wrong with that statement?
11       A   The APS 3000 is what we originally called --
12   what we proposed to Airbus.  Then our naming convention
13   for engines became more mature.  In so doing, we
14   identified the second digit on the four-digit number to
15   identify who the OEM customer was.  We already had an
16   APU in service at Boeing on the 737 called the APS 2000,
17   a different machine, a different technology.
18       But because we had an APU Boeing, the second
19   digit was a zero.  We were already locked in to calling
20   the second digit an identifier for Boeing.  Therefore,
21   when we came along -- we had to leave.  So, therefore,
22   when we came along with the proposal for the APS 3000,
23   we had not identified this naming convention.
24       We then found ourselves in a situation where we
25   needed a naming convention, and we incorporated one,

487

1    albeit finding confusion because the 3000 previously
2    described never existed, and now going forward; and by
3    1993 our naming convention was clear.  Second digit
4    equals zero was Boeing.  Second digit equals 1 was
5    McDonnell Douglas.  Second digit equals 2 was Airbus.
6        So the APS 3000 described in this exhibit that
7    we've been discussing in November of 1993 was with our
8    new naming convention.  Previous references in the '89
9    time frame to an APS 3000 should all automatically link
10   to an APS 3200.  There was never an APS 3000 developed.
11   Think of all of the Airbus presentations and proposals
12   and paperwork and coord memos.  Even though it says
13   3000, it is 3200.
14       Q   So after October, 1991 references, if there are
15   references to an APS 3000, APS 3000 is not
16   necessarily referring to an APS 3000 with the surge
17   control system depicted in this Exhibit 22?
18       A   You mentioned a cutoff of October.  I do not
19   know what the cutoff was.  I think it was prior to
20   October.  I did not prepare to cover that today.
21       Q   So just to be clear, the APS 3000 referenced in
22   this Boeing proposal in 1993, which is Exhibit 75, did
23   not include a surge control system such as the one
24   depicted in Exhibit 22 which had the IGVs angle affect
25   the delta P/P setpoint; is that correct?

485

ESQUIRE DEPOSITION SERVICES
619-233-0633    800-829-6159

1          MR. MCCRACKEN:  Objection; asked and answered.
2          THE WITNESS:  Correct.  Did not include Exhibit
3    22-style control logic.
4    BY MS. REZNIK:
5          Q    Got it.  Because it had already been determined
6    by that point that that logic was not going to be used
7    in the APS 3000 series?
8          A    Correct.
9          Q    So we won't get confused by the reference to
10   APS 3000 in later proposals -- we shouldn't be confused,
11   and I believe that that APS 3000 is the same one being
12   described in Exhibit 22; correct?
13         A    Correct.
14         Q    Can you describe for me the role of Turbomeca
15   with regard to the design and development of the APS
16   3200?
17         A    We had a 50/50 joint venture.  Sundstrand had a
18   joint venture with Turbomeca.  Turbomeca was responsible
19   for designing the second-stage turbine disk and
20   nozzle, first-stage disk and nozzle.  Turbomeca was
21   responsible for the power section compressor and was
22   responsible for the shaft that connected those three
23   parts and also the load compressor.  They were
24   responsible for the plenum, and they were responsible
25   for the load compressor control and the bearings on

                                                       489

1    which that rotor ran.
2          Q    In dividing the responsibility between the
3    companies in the joint venture, is it fair to say that
4    Sundstrand had the responsibility for designing and
5    developing the control logic for the APS 3200?
6          A    Yes.
7          Q    Did Turbomeca have any role in the design and
8    development of the control logic of the APS 3200?
9          MR. MCCRACKEN:  Objection; asked and answered.
10         THE WITNESS:  Yes.  They had a role.
11   BY MS. REZNIK:
12         Q    What was Turbomeca's role?
13         A    To define, where appropriate, how they wanted
14   the control system to control the APU.  They had input
15   on EGT setpoints.  They told us what the speed of the
16   machine would be.  The control system has interaction
17   with many parts of the APU.  We wrote an ICD, as I
18   mentioned, to ensure that -- ICD stands for interface
19   control document -- to ensure that we have clear
20   delineation and definition of the requirements for the
21   control system.  So many of the required parameters or
22   controls were defined by Turbomeca, the exhaust
23   temperature, the limits duration cooldown period.
24         Control system is, by definition, a joint
25   venture.  We implemented the control.  We wrote the

                                                       490

1    control laws.  We wrote the system specifications.  We
2    wrote the software.  We did the testing, but Turbomeca
3    had a role in defining how their product -- their part
4    of the APU should be controlled.
5          Q    You began to list many of the required
6    parameters that were defined by Turbomeca.  Would you be
7    able to list for me all of the required parameters that
8    were defined by Turbomeca for the APS 3200 control
9    system?
10         A    A lot of them.  I couldn't guarantee to cover
11   them all.
12         Q    Could you just start to do a list, if you
13   remember?
14         A    Exhaust gas temperature, exhaust gas
15   temperature limit, exhaust gas temperature setpoint
16   during start, exhaust gas limit, exhaust gas temperature
17   limit -- that's EGT -- separating speed, number of
18   teeth on the phonic that gave the speed, sensor signal,
19   IGV angle, a function of the aircraft demand signal for
20   performance information.  That's a significant subset of
21   the ICD.
22         Q    I will provide you with the most current
23   version of the APIC ECB requirements specifications.
24   Could you point out for me which aspects Turbomeca
25   played a role in developing?

                                                       491

1          A    If it will prompt me, yes.
2          Q    I'm handing you what's been previously marked
3    as Exhibit 9.  You can put that one away.
4          Counsel, you should already have this.
5          MR. MCCRACKEN:  We do.  If I may look at it.
6          MS. REZNIK:  If you don't want to take it back,
7    that's fine.
8          Q    So for the record, Exhibit 9 is the most
9    current APS 3200 ECB requirements specifications;
10   correct?
11         A    Yes.  0677, revision N.
12         Q    If you turn to HSA 96920 --
13         A    96920.
14         Q    -- you'll see a diagram -- or a figure of the
15   closed-loop PI surge control.
16         A    969 --
17         Q    -- 20.  Yeah.
18         A    Okay.  I'm there.
19         Q    Okay.  Looking at this figure, can you indicate
20   for me which aspects of this surge control Turbomeca
21   played some role in developing or designing?
22         A    As we mentioned before, the input of inlet
23   temperature to the surge setpoint was a joint agreement
24   between -- proposed by Turbomeca, reviewed by us.  We
25   proposed back and forth to finally agree on this table

                                                       492

39 (Pages 489 to 492)

Peter Suttie, Vol 3

10/24/00

1   here showing T2 versus surge setpoint, and the rest of
2   this diagram was not defined by Turbomeca. It was
3   defined by Sundstrand.
4       Q   If you were to browse quickly through this
5   document, would you be able to indicate any other input
6   Turbomeca had in the design and development of the APS
7   3200 control logic?
8       MR. MCCRACKEN:   Take the time you need to look
9   at that document carefully.
10      THE WITNESS:   Figure 5, HSA 6907, the
11  determination for a need of a cooldown state and the
12  duration of implementation of a cooldown state. When a
13  machine is running very hot and you cool it -- and
14  you've got to stop, it cools down from a very hot
15  temperature. This can cause thermal stress to the
16  engine. If you run it in a very hot temperature, if you
17  come down to an intermediate temperature and then you
18  come down and you allow it to cool down, you can reduce
19  the amount of thermal damage -- thermal stress to the
20  machine.
21      Turbomeca, being the designer of the hot
22  section of the APU -- it was very important for them
23  that they had a control system feature to cool the
24  machine down. They defined that. They told us how long
25  it would -- we discussed it backward and forward, how it

493

1   would be implemented. They are the requester for the
2   control system.
3   BY MS. REZNIK:
4       Q   Do you know who at Turbomeca would have been
5   responsible for that?
6       A   Gerard Hardy was the individual who was the
7   coordinator of Turbomeca. We always saw memos from
8   Gerard, what support he got. On page HSA 96905, the
9   fifth block -- the block that starts -- if you look at
10  the third diamond down, that block gives the temperature
11  less 23 degrees Fahrenheit, which is P2 less 10.1 psia.
12  That block determines whether we energize the fuel
13  valve. That was Turbomeca's request.
14      Q   Is that also Mr. Hardy's area?
15      A   We received information from Gerard Hardy.
16  They had a very centralized office that we received raw
17  data from.
18      MR. MCCRACKEN:   I'll interpose an objection
19  here. I realize it comes later in the question, but
20  these details aren't relevant to the issue of the
21  lawsuit. To have the witness go through and identify
22  portions that have nothing to do with the surge control
23  system or the fuel control system is not likely to lead
24  to the discovery of admissible evidence. So I object on
25  the relevancy basis.

494

1       THE WITNESS:   All information regarding EGT,
2   and while it was Sundstrand's responsibility to design
3   and procure the thermocouples, they were located in the
4   part of the engine which was Turbomeca's responsibility.
5   Therefore, their relative location to the areas of the
6   engine which they were trying to make sure did not get
7   too hot, was up to Turbomeca to help to specify. So EGT
8   setpoints, EGT limits were Turbomeca-defined.
9   BY MS. REZNIK:
10      Q   Perhaps I can help us along if you look at page
11  62 of Exhibit 9. It may not be a Bates number HSA. It
12  will be document numbers.
13      A   Exhibit 97
14      Q   The same exhibit, page 62 of this document.
15      A   Okay.
16      Q   On this page it lists various sections relating
17  to closed loop speed control, closed loop load
18  compressor BCV control, and closed loop load compressor
19  IGV control; correct?
20      A   Yes.
21      Q   Looking at this page, can you identify for me
22  what role Turbomeca had in any of these elements of the
23  APS 3200 control?
24      MR. MCCRACKEN:   I object to the extent that the
25  question asks for a detail not at issue in this lawsuit.

495

1       THE WITNESS:   Of those three sections you
2   mentioned, Turbomeca did not define any of those
3   requirements.
4   BY MS. REZNIK:
5       Q   Did they make any contributions to the
6   requirements for the surge control system on the APS
7   3200?
8       A   As we previously mentioned, they were -- they
9   had input to making the setpoint function of inlet
10  temperature.
11      Q   Other than making the setpoint function of
12  inlet temperature, did they have any contribution to the
13  design and development of the APS 3200?
14      A   They had a general requirement that the control
15  system should function as efficiently as possible so
16  that no perform -- so that the performance of the APU
17  would be maximized, but they did not define details as
18  to how to do that. It's an obvious statement. We were
19  trying to make it as efficient as possible.
20      Q   So in terms of a direct, specific contribution
21  that Turbomeca made in the design and development of the
22  surge control system of the APS 3200, the determination
23  that the delta P/P setpoint should be a function of
24  inlet temperature was a contribution made by Turbomeca?
25      MR. MCCRACKEN:   Objection; asked and answered.

49

THE WITNESS: Yes.

BY MS. REZNIK:

2  Q  And that's the only specific contribution to
the APS 3200 surge control system by Turbomeca that you
know of; is that correct?

MR. MCCRACKEN: Objection; asked and answered
multiple times.

THE WITNESS: You ask the question again,
please.

(Record read.)

THE WITNESS: Coupled with the figure that we
discussed which showed delta P on P as a function of air
flow, which was a very important input to the control
system, which we had received from Turbomeca.

BY MS. REZNIK:

Q  So to be clear, the specific contributions that
Turbomeca made with respect to the surge control system
of the APS 3200 are the determination that the setpoint
is a function of inlet temperature and the fact that
delta P/P is a function of air flow; is that correct?

A  A function of air flow which was independent of
IGVs. That's correct.

Q  Throughout Turbomeca's involvement with the APS
3200 program, were they always involved in determining
the air flow parameter and setpoint to be used in the

497

APS 3200?

A  Yes.

Q  And I think, as we discussed before, the extent
of Turbomeca's involvement in determining the air flow
parameter and setpoint to be used in the APS 3200 was
load compressor testing and other analysis; correct?

A  Load compressor testing, yes.

MS. REZNIK: Let me just take a minute to
gather -- to see how much is left and see if we can wrap
it up.

MR. MCCRACKEN: Sure.

(Recess.)

BY MS. REZNIK:

Q  I'm handing you what's been previously marked
as Exhibit 7, which is a coordination memo from
Mr. Hardy at Turbomeca dated October 22nd, 1992;
correct?

A  Yes.

Q  You have this in front of you; right?

A  Yes.

Q  What's the subject of this coordination memo?

A  Delta P/P noise.

Q  And it indicates that Turbomeca was providing
information to Sundstrand regarding a current plan for
solving the delta P/P noise issue; is that correct?

498

A  Yes.

Q  So it's fair to say that one role Turbomeca
played in the development of the APS 3200 was helping to
solve this delta P/P noise issue; is that correct?

A  Yes.

Q  And this delta P/P noise issue is relating to
the measurement of the air flow through the load
compressor on the APS 3200; is that correct?

MR. MCCRACKEN: Objection. That's been asked
and answered many times, not only today, but in his
previous deposition.

THE WITNESS: Can you repeat the question,
again?

(Record read.)

BY MS. REZNIK:

Q  Is it fair to say that the delta P/P noise
issue is relating to the design and development of the
surge control system on the APS 3200?

A  Delta P on P, as we discussed, is an input
parameter to the surge control system.

Q  So, yes, the delta P/P noise issue would have
had a relation to the surge control system of the APS
3200?

A  Yes.

Q  If you turn to the next page, HSB 215490, it

499

describes a delta P/P noise-solving plan developed by
Turbomeca; correct?

A  Yes.

Q  To the left of that it says "GTCP 331-350 L/C
module"; correct?

A  Yes.

Q  And you understand that GTCP 331-350 is an APU
developed by Garrett, now Honeywell; is that correct?
Actually, let me rephrase the question. You understand
that GTCP 331-350 L/C is an APU developed by Garrett,
now Honeywell; is that correct?

MR. MCCRACKEN: These issues -- I object.
These issues were raised at length in his prior
deposition. This question has been asked and answered.

THE WITNESS: Yes.

BY MS. REZNIK:

Q  So as part of Turbomeca delta P/P noise-solving
plan, they were conducting tests on this Honeywell APU;
is that correct?

A  No.

Q  Why is that not a correct statement?

A  Turbomeca designed and developed the load
compressor for that APU. It was Turbomeca's
engineering, Turbomeca's expertise, Turbomeca's
development cost. They used the GTCP 331-350 as a

500

Peter Suttie, Vol 3

10/24/00

1  scriptor for the piece of equipment that they had
2  designed and supplied to AlliedSignal. So when they are
3  testing something, they are testing their own design,
4  their own technology. They happen to supply that to
5  Honeywell, then AlliedSignal. And so this is just a
6  name -- a scriptor.
7      Q  So it's your understanding that the reference
8  to GTCP 331-350 load compressor module has nothing to do
9  with Honeywell's APU?
10     A  No. That's not what I said. This is testing
11 Turbomeca's load compressor module, which they designed
12 and developed at their own expense and sold to
13 AlliedSignal. But it says load compressor module.
14 That, in definition, says that it was not an APU, that
15 it was running because it was just the load compressor
16 module which they sold to AlliedSignal. So it was their
17 own equipment, their design, their technology.
18     Q  Is it fair to say that the load compressor
19 module testing played a role in the delta P/P
20 noise-solving plan --
21     MR. McCRACKEN: Objection; vague.
22     MS. REZNIK: I didn't finish the question.
23     MR. McCRACKEN: I apologize for interrupting.
24     MS. REZNIK: Let me repeat it.
25     Q  Is it fair to say that the load compressor

501

1  in a previous deposition. It's a coordination memo,
2  Bates numbers HSA 190251 to 252. Do you have that in
3  front of you, Mr. Suttie?
4      A  190251 to 190252, yes, I do.
5      Q  This coordination memo is from you to
6  Mr. Hardy; is that correct?
7      A  Yes.
8      Q  And the subject is load compressor air flow
9  measurement; correct?
10     A  Yes.
11     Q  In number 2 it references again the GTCP-350
12 load compressor. Do you see that?
13     A  Yes.
14     Q  And the rest of this coordination memo
15 describes the delta P sensor and the air flow
16 measurement of the load compressor; is that correct?
17     A  Those two terms are used synonymously. We call
18 it the delta P sensor. Sometimes it's called the air
19 flow sensor.
20     Q  So is that a yes?
21     MR. McCRACKEN: Do you need the question read
22 back?
23     THE WITNESS: Yes, please.
24     (Record read.)
25     THE WITNESS: Yes.

503

1  module testing played a role in the delta P/P
2  noise-solving plan developed by Turbomeca for the APS
3  3200?
4      MR. McCRACKEN: Objection.
5      THE WITNESS: Turbomeca collected data from
6  these load compressor modules with a view to seeing if
7  the noise was present on their other design. So when I
8  say they played a role, we collected data.
9  BY MS. REZNIK:
10     Q  But it's listed here among their noise-solving
11 plan, correct, listed among Turbomeca's noise-solving
12 plan; correct?
13     A  Well, this was a joint noise-solving plan.
14 This was Turbomeca's portion of it. The issue was, in
15 fact, solved by Sundstrand.
16     Q  And where it says detailed analysis of APS
17 3000, you understand that to be the same as the 3200;
18 correct?
19     A  Yes.
20     Q  So is it Sundstrand's belief that the testing
21 referenced here for the 331-350 load compressor module
22 was information Turbomeca had the right to share with
23 Sundstrand?
24     A  Yes.
25     Q  I'm handing you what's been marked as Exhibit 8

502

1  BY MS. REZNIK:
2      Q  It's Turbomeca who had the responsibility, as
3  defined before, for evaluating load compressor air flow
4  measurement; is that correct?
5      A  Yes.
6      Q  It starts here in the beginning with, "Data
7  from B. Macarez."
8      A  Yes.
9      Q  Can you just quickly read that sentence for me?
10     A  "Data from B. Macarez indicates that the GAPD
11 sensor used to be 0-20 Psid. However, he stated that
12 this data may be out of date."
13     Q  Do you know who B. Macarez is?
14     MR. McCRACKEN: Objection. This is ground that
15 has been covered extensively in his prior deposition.
16     THE WITNESS: Bernie Macarez. Yes, I know who
17 he is.
18 BY MS. REZNIK:
19     Q  Was he employed by Turbomeca?
20     A  Yes.
21     Q  And he was involved in the APS 3200 control
22 system; is that correct?
23     A  No. He was Turbomeca's liaison engineer for
24 the whole program, and he resided in San Diego.
25     Q  So Mr. Macarez was involved with the APS 3200

50

ESQUIRE DEPOSITION SERVICES
619-233-0633    800-829-6159

1  program from Turbomeca's side?
2      A   Yes.
3      Q   And it indicates here that Mr. Macarez provided
4  information regarding the GAPD sensor; is that correct?
5      A   Yes.
6      Q   And the GAPD sensor, as we've described before,
7  relates to Garrett -- now Honeywell's -- sensor; is that
8  correct?
9      A   Yes.
10     Q   Is this data provided by Mr. Macarez an example
11 of the type of data that was often provided to
12 Sundstrand by Turbomeca?
13     A   No.
14     Q   Why is that not a fair statement?
15     A   You said typically. I can't think of any other
16 instance with data of this nature. So this is an
17 isolated case.
18     Q   Earlier we looked at Exhibit 7, an example of
19 references by Turbomeca to the GTCP 350 load compressor
20 module; correct?
21     A   That's just a name that Turbomeca gave a piece
22 of equipment which they had designed, yes. It's just a
23 name.
24     Q   So information Turbomeca had acquired in their
25 development of that 350 load compressor module was often

505

1      Q   Which is now known as Honeywell; correct?
2      A   Yes.
3      Q   It indicates at the bottom of this coordination
4  memo that Turbomeca intends to keep Sundstrand informed
5  of the status of all these tests of these Garrett
6  modules; is that correct?
7      A   Of the modules Turbomeca designed, yes.
8      Q   So it's fair to say, then, that in the process
9  of providing information regarding the delta P/P
10 measurements to Sundstrand, Turbomeca often refers to
11 the Honeywell modules that it was, at that time,
12 developing for Honeywell -- or in combination with
13 Honeywell; is that correct?
14     MR. MCCRACKEN:  Objection.
15     THE WITNESS:  I don't agree with the word
16 "often."  It's an isolated case. We are all referring
17 to the same series of tests, the same test plan, and it
18 was testing of modules which Turbomeca had designed and
19 developed themselves.
20 BY MS. REZNIK:
21     Q   So if I show you a handful of these same types
22 of coordination memos on different dates, would you,
23 then, be able to say that Turbomeca, in the process of
24 providing information to Sundstrand, often referred to
25 these Honeywell's APUs that it was at that point

508

1  supplied to Sundstrand; correct?
2      MR. MCCRACKEN:  Objection; vague, ambiguous.
3      THE WITNESS:  No.
4  BY MS. REZNIK:
5      Q   Was such information ever supplied to
6  Sundstrand by Turbomeca?
7      A   What do you mean by "such information"?
8      Q   Information relating to Turbomeca's development
9  of that 350 load compressor.
10     A   On this one occasion -- one instance Turbomeca
11 supplied data concerning the load compressor which they
12 had designed. They were the design authority for. They
13 chose to call it the information. They gave it a
14 reference for any APU that it would be designed for.
15     Q   I'll hand you what's been previously marked
16 Exhibit 10, a coordination memo with Bates number HSB
17 215448.  Do you have that in front of you, Mr. Suttie?
18     A   215448, yes.
19     Q   This is a coordination memo from a Mr. Tuquoi
20 at Turbomeca; is that correct?
21     A   Yes.
22     Q   And this coordination memo relates to the delta
23 P/P measurement; is that correct?
24     A   Yes.
25     Q   This memo goes on to describe testing by

506

1  Turbomeca of sensors; correct?
2      MR. MCCRACKEN:  I object to this line of
3  questioning as being repetitive of earlier questioning
4  in his individual deposition.
5      THE WITNESS:  Can you repeat the question,
6  please?
7      (Record read.)
8      THE WITNESS:  No.
9  BY MS. REZNIK:
10     Q   What does it describe?
11     A   It's exactly the same information we just
12 described. The date -- this is one day off from when
13 the coord memo was sent, and this is testing of the
14 Turbomeca's designed load compressors which would be
15 named GTCP 330 through 350.
16     Q   So the first sentence reads, in this
17 coordination memo, the unstationary sensors which are
18 going to be used on the Garrett modules and Q23 have a
19 transient frequency response of 3000 Hz, period; is that
20 correct?
21     A   Hz.  Yeah.
22     Q   Then later references three Garrett modules
23 that are in the course of testing; correct?
24     A   Three modules Turbomeca designed for -- for and
25 sold.

507

ESQUIRE DEPOSITION SERVICES
619-233-0633    800-829-6159

Peter Suttie, Vol 3

10/24/00

| | |
|---|---|
| 1 designing?<br>2     A  Turbomeca wasn't designing Honeywell's APUs.<br>3     Q  Let me restate it.  If I were to show you<br>4 coordination memos on different dates describing<br>5 Turbomeca's analysis and testing of the load compressor<br>6 modules that it was developing for Honeywell's APUs at<br>7 that time, would it, then, be fair to say that Turbomeca<br>8 often referred to that information in coordination memos<br>9 with Sundstrand?<br>10     MR. MCCRACKEN:  Objection.<br>11     THE WITNESS:  I would not use the word "often."<br>12 This was a development lasting four years.  "Often," to<br>13 me, it would be much greater frequency.<br>14 BY MS. REZNIK:<br>15     Q  Okay.  Would it be fair to say that Turbomeca,<br>16 in the process of providing information regarding delta<br>17 P/P measurements to Sundstrand, would refer to its<br>18 development and testing of load compressor modules that<br>19 it intended to use in its contract with Honeywell?<br>20     A  Yes.<br>21     MR. MCCRACKEN:  Counsel, we are at 5 o'clock, I<br>22 believe.<br>23     MS. REZNIK:  Okay.  Are you prepared to go any<br>24 further, or is this the time you need to leave?<br>25     MR. MCCRACKEN:  How much time do you need?  I | 1 P/P noise issue?<br>2     MR. MCCRACKEN:  Objection; vague and ambiguous.<br>3     THE WITNESS:  No.  They collected some data,<br>4 but we solved that issue ourselves.<br>5 BY MS. REZNIK:<br>6     Q  Would it be fair to say that they played a role<br>7 in helping you to identify how to -- let me restate it.<br>8 Would it be fair to say that Turbomeca played a role in<br>9 helping Sundstrand to identify a solution to the delta<br>10 P/P noise issue for the APS 3200?<br>11     MR. MCCRACKEN:  Objection.<br>12     THE WITNESS:  No.  They collected some data and<br>13 passed it to us.  We had to analyze it and pick out the<br>14 method of solving the problem.<br>15 BY MS. REZNIK:<br>16     Q  The data provided to you by Turbomeca wasn't<br>17 helpful.  Is that what you are saying?<br>18     A  It was helpful, but it's a small first step in<br>19 the problem solving.  You have to collect some good<br>20 data, but then comes the hard part -- business devising,<br>21 thinking of some way to solve the problem -- and we<br>22 determined that.<br>23     Q  I understand.  So, then, it would be fair to<br>24 say that Turbomeca played a role in helping you to<br>25 identify how to solve the delta P/P noise issue based on |

509

511

| | |
|---|---|
| 1 mean, if you are talking five minutes, he's got five<br>2 minutes.  Right?<br>3     THE WITNESS:  Right.<br>4     MR. MCCRACKEN:  But five or ten minutes at the<br>5 most.  Beyond that, you are going to be late.<br>6     THE WITNESS:  Yes.<br>7     MR. MCCRACKEN:  I'm sorry.  I don't mean to be<br>8 inquisitive.<br>9     THE WITNESS:  Yes, I am.  It's this individual.<br>10 He's from out of town, and he doesn't know his way<br>11 around.<br>12     MS. REZNIK:  Would 15 minutes be okay?  Can you<br>13 go for 10 minutes?  You said -- would that be -- I'm not<br>14 sure if I'd end up finishing, but I just want to get in<br>15 this line.  We should go off the record.<br>16     (Recess.)<br>17 BY MS. REZNIK:<br>18     Q  So, again, looking back at Turbomeca's<br>19 contribution to the design and development of the APS<br>20 3200, it would be fair to say that Turbomeca had a<br>21 significant role in the development of the load<br>22 compressor air flow measurements; correct?<br>23     A  Yes.<br>24     Q  Would it also be fair to say that Turbomeca<br>25 played a significant role in helping to solve the delta | 1 the data they provided to you?<br>2     MR. MCCRACKEN:  Objection; asked and answered.<br>3     THE WITNESS:  Based on the data they provided,<br>4 yes.<br>5 BY MS. REZNIK:<br>6     Q  Would it be fair to say also that Turbomeca had<br>7 a significant role in the development of the load<br>8 compressor delta P/P setpoint for the APS 3200?<br>9     MR. MCCRACKEN:  Objection, vague.<br>10     THE WITNESS:  They played a role in assisting<br>11 us to develop delta P on P setpoint, yes.<br>12 BY MS. REZNIK:<br>13     Q  Would you say they played a significant role in<br>14 the development of the delta P/P setpoint?<br>15     A  They played a less significant role than<br>16 Sundstrand.  There are only two parties.  One played<br>17 more significant than the other, and I feel that<br>18 Sundstrand played the primary role.<br>19     Q  Is it also fair to say that Turbomeca played a<br>20 significant role in the development of the delta P/P<br>21 sensors and related measurements that they provided for<br>22 the APS 3200?<br>23     A  No.  They didn't play a role in selecting or<br>24 devising the sensor.  They did provide what the absolute<br>25 values -- the range of the parameters would be, which |

510

51?

Peter Suttie, Vol 3                                                10/24/00

sensors designed and developed -- procured by Sundstrand
would have to interface with.
  Q    So would it be fair to say that TurbomeCa
played a significant role in providing the range of the
parameters that would be necessary for the delta P/P
sensors for the APS 3200?
  A    Yes.
        MS. REZNIK:  Okay.  I'm going to finish my
questioning for today, but I want to reserve my right on
the record to continue this deposition, given the time
constraints that we had, and there are a number of
things that we may want to revisit that I didn't have
time to cover today.
        MR. McCRACKEN:  Are you finished?  I'd like to
put something on the record.  We object to further
deposition time taken with this witness.  We provided
counsel with twice the amount of time we were indicated
was necessary to take this witness' deposition.
//
//

                                                513

        I, the undersigned, a Certified Shorthand
Reporter of the State of California, do hereby certify:
        That the foregoing proceedings were taken
before me at the time and place herein set forth; that
any witnesses in the foregoing proceedings, prior to
testifying, were placed under oath; that a verbatim
record of the proceedings was made by me using machine
shorthand which was thereafter transcribed under my
direction; further, that the foregoing is an accurate
transcription thereof.
        I further certify that I am neither
financially interested in the action nor a relative or
employee of any attorney of any of the parties.
        IN WITNESS WHEREOF, I have this date
subscribed my name.

Dated: _____


        _____
        JESSICA E. MASSE
        CSR No. 9910

        I, PETER JOHN SUTTIE, do hereby declare
under penalty of perjury that I have read the foregoing
transcript of my deposition; that I have made such
corrections as noted herein, in ink, initialed by me, or
attached hereto; that my testimony as contained herein,
as corrected, is true and correct.
        EXECUTED this _____ day of _____,
19___, at _____.
                (City)              (State)



        _____
        PETER JOHN SUTTIE
        Volume III

                                                514

ESQUIRE DEPOSITION SERVICES
619-233-0633    800-829-6159