# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

THOMAS C. GRIMM
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

April 6, 2006

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

        Re:    *Honeywell International Inc. et al. v. Hamilton Sundstrand Corp.*,
                 C.A. No. 99-309-GMS

Dear Judge Sleet:

        Honeywell is writing to seek guidance regarding the length of the parties' post-trial submissions. Pursuant to your Court's Order, the parties will be filing simultaneous Proposed Findings of Fact and Findings of Law on April 28, 2006. Honeywell believes that a page limit of 50 pages per side would be helpful to both the Court and the parties, however, Hamilton Sundstrand has indicated that it does not believe any page limit is appropriate (*see* attached e-mail from Mr. Kirk). Honeywell respectfully requests guidance from the Court regarding page limitations for the post-trial submissions.

                                    Respectfully,

                                      Thomas C. Grimm (#1098)

TCG
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (by hand - w/encl.)
        Richard D. Kirk, Esquire (by hand, e-mail, and e-filing - w/encl.)
        Mark L. Levine, Esquire (by e-mail - w/encl.)
        David H. Herrington, Esquire (by e-mail - w/encl.)
        Jonathan F. Putnam, Esquire (by e-mail - w/encl.)