# Thomas C. Grimm

**From:** Dick Kirk [rkirk@bayardfirm.com]
**Sent:** Wednesday, April 05, 2006 10:07 AM
**To:** Thomas C. Grimm
**Subject:** RE: Honeywell v. Hamilton Sundstrand - page limits

Hi, Tom. Thanks for following up.

Now that my side has looked at all that we need to do in the post-trial submission, we are not willing to agree to a page limit since the Judge did not see the need to impose one himself. I think we will all be guided by common sense.

Regards,

Dick Kirk

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com


-----Original Message-----
**From:** Thomas C. Grimm [mailto:TGrimm@MNAT.com]
**Sent:** Wednesday, April 05, 2006 8:03 AM
**To:** Dick Kirk
**Subject:**

Hi Dick: Do you have word on whether we can agree on a page limit for post trial proposed findings and conclusions?

Thomas C. Grimm
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington DE 19801
(302) 351-9595


.....


This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you