# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

**FILED ELECTRONICALLY**

(302) 429-4208
rkirk@bayardfirm.com

April 7, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

    RE:    *Honeywell International, Inc. et al. v. Hamilton Sundstrand Corp.*, No. 99-309-GMS

Dear Judge Sleet:

    This is in response to Mr. Grimm's letter of April 6, 2006 on behalf of Honeywell requesting the Court's guidance as to page limits for the post-trial submissions.

    The Court did not set limits for these submissions at the conclusion of trial. Mr. Grimm first asked me about a 50 page limit last week. At the time, the Hamilton Sundstrand team was not prepared to take a position on the subject. Now, with Hamilton Sundstrand having produced a working draft of a submission, I told Mr. Grimm this week that we did not think any limit was necessary, and certainly not 50 pages.

    Hamilton Sundstrand continues to believe that no imposed limit is necessary. If Honeywell believes it can say what it needs to in 50 pages, it certainly can do so without an imposed limit. If the Court believes any limit is necessary, Hamilton Sundstrand requests that it be 85 pages, for two reasons:

    First, there is only one set of post-trial submissions, and a lot of ground to cover in these submissions. They will include issues that were not presented as evidence at the hearing that, by agreement of the parties and the Court, are to be addressed in argument. We think an 85 page limit is reasonable.

    Second, setting a 50 page limit now, where no limits were set after the hearing, would prejudice Hamilton Sundstrand. Hamilton Sundstrand has prepared a working draft that is close to 85 pages. It would be unfair to Hamilton Sundstrand to set a 50-page limit at this point.

622491v1

THE BAYARD FIRM

The Honorable Gregory M. Sleet<br>
April 7, 2006<br>
Page 2

In summary, we do not think any imposed limit is necessary. If the Court wishes to impose one, we believe the limit should be 85 pages in Times New Roman font, 12 point type.

Respectfully submitted,

*/s/ Richard D. Kirk*

Richard D. Kirk (rk0922)

ABS/lmc
cc: Clerk of the Court (courtesy copy by hand)
All counsel on attached certificate

622491v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 7, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on April 7, 2006, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LAP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

596059v1