**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., )<br>AND HONEYWELL INTELLECTUAL )<br>PROPERTIES, INC., )<br>)<br>　　　　Plaintiffs, )<br>)<br>　　v. )<br>)<br>HAMILTON SUNSTRAND CORP., )<br>)<br>　　　　Defendant. ) | Civil Action No. 99-309 (GMS) |

**ORDER**

IT IS HEREBY ORDERED THAT:

    The page limit for the post-trial submissions in the above-captioned matter shall be set at 85 pages.

Dated: April 7, 2006　　　　　　　　　　　　　　/s/ Gregory M. Sleet
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE