# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

Writer's Direct Access
302-429-4208
rkirk@bayardfirm.com

**FILED ELECTRONICALLY**

April 27, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE  19801

RE:   *Honeywell International Inc. and Honeywell Intellectual Properties Inc.*
      *v. Hamilton Sundstrand Corp.*, C.A. No. 99-309-GMS

Dear Judge Sleet:

At the conclusion of trial on March 24, 2006, Mr. Lind, one of defendant Hamilton Sundstrand's trial counsel, offered to provide a copy of Hamilton Sundstrand's demonstratives to the Court later that day. He did, in fact, have a CD containing Hamilton Sundstrand's demonstratives delivered to the Court.

Because the CD was delivered without a cover letter, there is no docket reference for it. Accordingly, I am delivering with this letter an identical copy of that CD, in order to create a docket identification.

Respectfully submitted,

Richard D. Kirk

RDK/slh
Enclosure
cc:   Clerk of the Court (by hand)
      Counsel as shown on the attached certificate of service (letter but not CD)

596057v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 27, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on April 27, 2006, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

| | |
|---|---|
| Jonathan F. Putnam<br>Lee Ann Stevenson<br>Vickie Reznik<br>Michael Strapp<br>Kirkland & Ellis LAP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Robert Krupka<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017 |

        /s/ Richard D. Kirk (rk0922)
        Richard D. Kirk

596059v1