IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>HAMILTON SUNDSTRAND CORP.,<br><br>   Defendant. | C.A. No. 99-309-GMS |

**APPENDIX TO HONEYWELL'S PROPOSED**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

                Thomas C. Grimm (#1098)
                Leslie A. Polizoti (#4299)
                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                (302) 658-9200
                tcgefiling@mnat.com
                lpolizoti@mnat.com
                *Attorneys for Plaintiffs*
                *Honeywell International Inc. and*
                *Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Robert G. Krupka, P.C.
Jonathan F. Putnam
Lee Ann Stevenson
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

April 28, 2006

# Appendix to
# Honeywell's Proposed Findings Of Fact And Conclusions Of Law

Tab:        Description:

**TRIAL EXHIBITS:**

| Tab | Description |
|---|---|
| JTX 9 | 1/29/93 Coordination Memo re: Load Compressor Control |
| JTX 13 | 3/10/93 Coordination Memo re: B Factor |
| JTX 15 | 5/27/93 Coordination Memo re: B-Factor Control Logic Problems |
| JTX 19 | 11/3/94 Coordination Memo re: Load Compressor Control Design |
| JTX 28 | United States Patent No. 2,994,471 |
| JTX 29 | European Patent No. 1,021,797 |
| JTX 30 | United States Patent No. 4,380,893 |
| JTX 31 | File History for the United States Patent No. 4,380,893 |
| JTX 33 | File History for the United States Patent No. 4,428,194 |
| JTX 45 | United States Patent No. 4,428,194 |
| PTX 62 | 10/26/92 Coordination Memo re: Load Compressor Airflow Measurement |
| PTX 1006 | United States Patent No. 3,411,702 |
| PTX 1015 | United States Patent No. 1,052,172 |
| PTX 1018 | 8/3/00 Declaration of Peter J. Suttie |
| PTX 1021 | Sundstrand's Response to Honeywell's First Set of Requests for Admission (Remand) |
| PTX 1041 | 11/12/92 Sundstrand Power Systems Fax re: Surge Control |
| PTX 1065 | 10/25/91 Coordination Memo re: Load Compressor Flow Measurements |
| PTX 1066 | 4/23/69 Memorandum re: Dynamic Analysis of the Surge Control for the L-1011 APU |
| PTX 1104 | 6/23/92 Coordination Memo re: ΔP Measurement |
| PTX 1114 | 2/1/93 Memo re: B Factor Calculations |

| Tab: | Description: |
|---|---|
| PTX 1133 | 9/9/94 Coordination Memo re: Load Compressor Surge |
| PTX 1134 | 9/26/94 Coordination Memo re: APS 3200 'Surge' Program Plan |
| PTX 1140 | 9/16/92 Coordination Memo re: Load Compressor Airflow Measurement |
| DTX 104 | 5/30/75 Memo re: L1011 APU Surge Control Redesign Feasibility Study |
| DTX 105 | 8/15/75 Master Key for the L1011 APU |
| DTX 182 | 3/15/78 Memorandum re: F-18 surge control system development summary |
| DTX 202 | 12/16/83 Memo re: GPG Surge Control Valve |
| DTX 203 | 5/1/85 Memo re: GTC 131 surge control system |
| DTX 204 | 9/20/85 Memo re: GTCP36-300 surge control system dynamic analysis and design |
| DTX 210 | 5/04/89 Coordination Memo re: selection of static pressure pickup for surge control |
| DTX 217 | Baghdadi Article (March 1977) |
| DTX 282 | ASME Article (1982) |
| DTX 287 | Creare Science and Technology Diffuser Data Book (May 1975) |
| DTX 288 | Runstadler and Dolan Article (1973) |
| DTX 293 | Shapiro Text (1953) |
| DTX 295 | Shouman and Anderson Article (1964) |
| DTX 305 | Warnock Article (1976) |
| DTX 308 | Welliver and Acurio Report (Sept. 1967) |
| DTX 312 | Garrett Performance Evaluation (July 1965) |
| DTX 313 | United States Patent No. 2,470,565 |
| DTX 317 | United States Patent No. 3,047,210 |
| DTX 327 | United States Patent No. 4,164,033 |
| DTX 349 | 9/7/00 Declaration of Gerard Muller |

| Tab: | Description: |
|---|---|
| DTX 376 | Jane's Aircraft Recognition Guide (2002) |
| DTX 399 | Photograph of L1011 Diffuser |

**TRIAL TRANSCRIPTS:**

| | |
|---|---|
| Feb. 2001 | Trial Transcripts |
| March 2006 | Remand Trial Transcripts |

**DEPOSITIONS:**

| | |
|---|---|
| 6/29/00 | Peter J. Suttie Deposition Transcript |
| 10/24/00 | Peter J. Suttie Deposition Transcript |
| 12/6/05 | James C. Clark Deposition Transcript |

**PLEADINGS:**

| | |
|---|---|
| 11/10/00 | Expert Report of Francis Shinskey |
| D.I. 265 | Judgment & Special Verdict Form (2/20/01) |
| D.I. 275 | Sundstrand's Brief in Support of its Motion for Judgment as a Matter of Law (4/6/01) |
| D.I. 280 | Sundstrand's Brief in Opposition to Honeywell's Rule 50 Motions for Judgment as a Matter of Law (5/7/01) |
| 10/3/05 | Honeywell's Response to Sundstrand's First Set of Interrogatories on Remand |
| 1/28/02 | Sundstrand's Appeal Brief |
| 4/19/00 | Honeywell's Second Supplemental Responses to Sundstrand's First Set of Interrogatories (Nos. 2, 5, 6, 8, 9, 12) |

**CITED CASES:**

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.,* No. Civ. A. 99-309 GMS, 2001 WL 66348 (D. Del. Jan. 8, 2001)

*Bio-Rad Laboratories, Inc. v. Applera Corp.,* No. C 02-05946JW, 2005 WL 2008020 (N.D. Cal. Aug. 12, 2005)

*Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki,* No. Civ. A. 88-1814-PBS, 2005 WL 1398528 (D. Mass. June 10, 2005)

| Tab: | Description: |
|---|---|

*Sliptrack Systems, Inc. v. Steeler Metals, Inc.,* No. C-044-0462 PVT, 2004 WL 2323935 (N.D. Cal. Oct. 12, 2004)

Brief for the United States as Amicus Curiae filed in *Honeywell Int'l Inc., v. Hamilton Sundstrand Corp.,* No. Civ. A. 04-293, 2005 WL 1190441 (U.S. May 19, 2005)

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on April 28, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY E-MAIL & BY HAND

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

### BY E-MAIL & FEDERAL EXPRESS

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

/s/ *Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tcgefiling@mnat.com

518056