# 2001 Trial Transcripts Part 2

noise [20] solving plan, they were conducting tests on this [21] Honeywell APU; is that correct?

[22] A: No.

[23] Q: Why is that not a correct statement?

[24] A: Turbomeca designed and developed the load

Page 542

[1] compressor for that APU. It was Turbomeca's [2] engineering, Turbomeca's expertise, Turbomeca's [3] development costs. They used the GTCP-331-350 as [4] a scriptor for the piece of equipment that they [5] had designed and supplied to Allied Signal.

[6] So when they are testing something, [7] they are testing their own design, their own [8] technology.

[9] They happened to supply that to [10] Honeywell, then Allied Signal, so this is just a [11] name, a scriptor.

[12] Q: So it's your understanding that the [13] reference to GTCP-331-350 load compressor module [14] has nothing to do with Honeywell's APU?

[15] A: No, that's not what I said. That's [16] testing Turbomeca's load compressor module which [17] they signed designed and developed at their own [18] expense and sold to Allied Signal, but it says [19] load compressor module, that in definition says [20] what it was — that in definition says that it was [21] not an APU, that it was running because it was [22] just the load compressor module, which they sold [23] to Allied Signal.

[24] So it was their own equipment, their

Page 543

[1] design, their technology.

[2] MR. ZIEGLER: Your Honor, I [3] apologize for interrupting, but might counsel come [4] to side-bar to discuss one issue?

[5] (Beginning of side-bar conference.)

[6] MR. ZIEGLER: A portion that [7] Mr. Schulman was just reading is part of our [8] counter-designations on top of page 501. It's [9] very important to us — unfortunately it didn't [10] show up in what was being shown to jury on the [11] board.

[12] THE COURT: It was read, but it [13] wasn't displayed?

[14] MR. ZIEGLER: And I don't know how [15] to cure that problem. But it's a real problem, [16] this is really important to us.

[17] MR. KRUPKA: It's not intentional, [18] our Honor.

[19] THE COURT: We'll need to go back.

[20] MR. KRUPKA: And what we can do is [21] we can put one of the copies of the [22] deposition on the Elmo if that's [23] that's important.

[23] THE COURT: Will that cure the [24] problem? We are just going have to go back.

Page 544

[1] MR. ZIEGLER: Thank you, Your Honor.

[2] (Conclusion of side-bar conference.)

[3] THE COURT: Members of the Jury, a [4] portion of the counter designations, the [5] deposition testimony that Hamilton Sundstrand [6] wanted you to hear was not seen as well, so we're [7] going to arrange to go back right now and place [8] those portions on the thing that's been referred [9] to as the Elmo, so that you can visualize as well [10] those counter designations.

[11] THE COURT: Do you want my copy?

[12] MR. KRUPKA: I apologize, Your [13] Honor, but that might be — or actually maybe I [14] could borrow — I think we handed up several.

[15] THE COURT: Yes.

[16] MR. KRUPKA: And we'll all be able [17] to look at it at the same time. Thank you.

[18] THE COURT: Members of the jury, [19] are you able to see the screen? The jury has [20] indicated they can see the screen.

[21] MR. KRUPKA: Mr. Schulman, if you [22] could pick it up or actually Ms. Reznik, if you [23] could pick it up at Page 500, Line 17, please.

[24] BY MR. ZIEGLER:

Page 545

[1] Q: So as part of Turbomeca delta P/P noise [2] solving plan, they were conducting tests on this [3] Honeywell APU; is that correct?

[4] A: No.

[5] Q: Why is that not a correct statement?

[6] A: Turbomeca designed and developed the load [7] compressor for that APU. It was Turbomeca's [8] engineering, Turbomeca's expertise, Turbomeca's [9] development cost. They used — the GTCP-331-350 [10] was a scriptor for the piece of equipment that [11] they had designed and supplied to Allied Signal.

[12] So when they are testing something, [13] they are testing their own design, their own [14] technology. They happen to supply that to [15] Honeywell, then Allied Signal.

[16] And so this is just a name — a [17] scriptor.

[18] Q: So it's your understanding that the [19] reference to GTCP-331-350 load compressor module [20] has nothing to do with Honeywell's APU?

[21] A: No. That's not what I said. This is [22] testing Turbomeca's load compressor module, which [23] they designed and developed at their own expense [24] and sold to Allied Signal.

Page 546

[1] But it says load compressor module. [2] That, in definition, says that it was not an APU, [3] that it was running because it was just the load [4] compressor module, which they sold to Allied [5] Signal.

[6] So it was their own equipment, their [7] design, their technology.

[8] MR. KRUPKA: I think we can now go [9] back to the computer reading, Your Honor.

[10] THE COURT: Great.

[11] MR. KRUPKA: I apologize for that.

[12] Q: So is it Sundstrand's belief that the [13] testing referenced here for the 331-350 load [14] compressor module was information Turbomeca had [15] the right to share with Sundstrand?

[16] A: Yes.

[17] Q: Is this data provided by Mr. Macarez an [18] example of the type of data that was often [19] provided to Sundstrand by Turbomeca?

[20] A: No.

[21] Q: Why is that not a fair statement?

[22] A: You said typically. I can't think of [23] any other instance with data of this nature, so [24] this is an isolated case.

Page 547

[1] Q: Earlier we looked at Plaintiffs' Exhibit [2] 61, an example of references by Turbomeca to the [3] GTCP350 load compressor module; correct?

[4] A: That's just the name that Turbomeca gave [5] a piece of equipment which they had designed, [6] yes. It's just a name.

[7] Q: So information Turbomeca had acquired in [8] their development of that 350 load compressor [9] module was often supplied to Sundstrand; correct?

[10] A: No.

[11] Q: Was such information ever supplied to [12] Sundstrand by Turbomeca?

[13] A: What do you mean by "such information"?

[14] Q: Information relating to Turbomeca's [15] development of that 350 load compressor?

[16] A: On this one occasion, one instance, [17] Turbomeca supplied data concerning the load [18] compressor which they had designed. They were the [19] design authority for it.

[20] They chose to call it the [21] information. They gave it a reference for any APU [22] that it would be designed for.

Honeywell International, Inc. v.
Hamilton Sundstrand Corp.
Case 1:99-cv-00309-GMS   Document 421-10   Filed 05/01/2006   Page 3 of 13

Trial Volume Number 3
February 7, 2001

[23] Q: This memo goes on to describe testing by [24] Turbomeca of sensors; correct?

Page 548

[1] A: No.

[2] Q: What does it describe?

[3] A: It's exactly the same information we just [4] described, the date, this is one day off from when [5] the coordination memo was sent. And this is [6] testing of the Turbomeca designed load compressors [7] which would be named GTCP-330 through 350.

[8] Q: Would it be fair to say that Turbomeca in [9] the process of providing information regarding [10] delta P/P measurements to Sundstrand would refer [11] to its development in testing of load compressor [12] modules that it intended to use in its contract [13] with Honeywell?

[14] A: Yes.

[15] (Conclusion of read-in portion of [16] Peter Suttie's deposition.)

[17] MR. KRUPKA: Your Honor, if I may [18] introduce the next excerpt.

[19] The one thing I forgot to mention [20] earlier is that these excerpts of the depositions [21] include portions that Honeywell, the plaintiffs [22] select, as well as portions that Hamilton [23] Sundstrand selects for context.

[24] And that was what the error was, and

Page 549

[1] we apologize.

[2] The next deposition is of [3] Mr. John Szillat. It's from two episodes of his [4] deposition, June 15th, 2,000, and January 19th, [5] 2,001.

[6] He is a Sundstrand systems [7] engineer. He worked on the APS 3200 control [8] system. That's the one that's accused of [9] infringement.

[10] He will explain the relationship [11] between Sundstrand and Turbomeca on that project [12] and also testify to the fact that no effort was [13] made by Sundstrand to check to see if it was [14] infringing Honeywell's patents.

[15] (Beginning of read-in portion of [16] John Szillat's deposition.)

[17] Q: Would you please state your full name for [18] the record?

[19] A: John Carl Szillat.

[20] Q: So did you start with Sundstrand in [21] August of '97?

[22] A: That's right.

[23] Q: And have you been working with Sundstrand [24] continuously since then?

Page 550

[1] A: Yes, I have.

[2] Q: What were your titles and [3] responsibilities when you first went to work for [4] Sundstrand?

[5] A: I started, and I still am a systems [6] engineer.

[7] Q: What does that involve?

[8] A: That involves running engine tests and [9] defining requirements for the engine control, [10] primarily the control software.

[11] Q: Are there particular engines that you [12] have worked with since you have been with [13] Sundstrand?

[14] A: I've worked on the APS 2000 and the APS [15] 3200. That's all.

[16] Q: Prior to the filing of this lawsuit, were [17] you aware of any Honeywell patents for surge [18] control?

[19] A: No, I was not.

[20] Q: Did you ever, in doing your work on [21] Sundstrand's APUs, have you ever considered [22] whether any of the technology in those APUs [23] infringed any patents?

[24] A: No, I had not thought of that.

Page 551

[1] Q: Have you or anyone else that you are [2] aware of at Sundstrand ever investigated whether [3] any patents related to any technology implemented [4] any of Sundstrand's APUs?

[5] A: I'm not aware of any such thing.

[6] Q: You're not aware of anyone doing any such [7] investigation?

[8] A: No, I'm not.

[9] Q: In doing your development work for [10] Sundstrand, have you ever considered whether any [11] of the technology you considered implementing may [12] infringe any existing patents?

[13] A: No. I have not thought of that.

[14] Q: Is there a reason you haven't done that?

[15] A: I would say primarily because the work [16] that I have done at Sundstrand has been primarily [17] to change values in the software, and not change [18] the structure of the software. And the numbers [19] are all based on engine test data, so it's not [20] based on any analytical or simulated analysis.

[21] Q: Do you have any patents?

[22] A: Yes, I do.

[23] Q: For what kind of technology?

[24] A: For fuel control.

Page 552

[1] Q: How many patents do you have?

[2] A: Four patents.

[3] Q: Are they all related to fuel control?

[4] A: Three of them are related to fuel [5] control.

[6] Q: And what's the fourth?

[7] A: The fourth one is related to surge and [8] engine blow out protection.

[9] Q: Who owns patents?

[10] A: Pratt & Whitney.

[11] Q: As the inventor on patents, it never [12] occurred to you to look at whether or not any of [13] Sundstrand's APU technology used any patented [14] technology?

[15] A: No, it did not.

[16] Q: Who is Turbomeca?

[17] A: Turbomeca is a French aerospace company [18] that worked in partnership with Sundstrand under [19] the name APIC for a number of years.

[20] Q: Could you describe the nature of that [21] partnership?

[22] A: I don't know all of the precise details [23] of the partnership. That taken, I would say that [24] Turbomeca and Sundstrand had divided up many of

Page 553

[1] the engineering functions and testing of APU [2] components.

[3] Q: Is it your understanding that Turbomeca [4] had responsibility for the surge control system in [5] the APS 3200?

[6] A: It is my impression that they were the [7] group primarily responsible for analyzing load [8] compressor behavior, and suggesting bleed control [9] valve software design.

[10] (Conclusion of read-in portion of [11] John Szillat's deposition.)

[12] MR. KRUPKA: Your Honor, that [13] completes the deposition designations for this [14] morning.

[15] THE COURT: Mr. Herrington, do you [16] need —

[17] MR. ZIEGLER: Can this be done with [18] the Court's permission? It's a little [19] extraordinary.

[20] THE COURT: What is it we're trying [21] to accomplish?

[22] MR. ZIEGLER: There is apparently an [23] omitted counter designation.

[24] THE COURT: Okay.

Page 554

[1] MR. KRUPKA: Is it just the next [2] question and answer? If Mr. Schulman can get back [3] up on the stand, we can just read the next [4] question and answer.

[5] We don't have it, but we're happy to [6] read it.

[7] MR. HERRINGTON: It's something [8] that was lost, maybe we can do it at the break.

[9] MR. KRUPKA: Very well, Your Honor.

[10] THE COURT: All right. Are we [11]

vents the [16] air coming in, going back, going in, coming back, [17] it would be huffing and puffing. And that's what [18] you would actually see physically if you had a [19] malfunctioning surge control system.

[20] But, fortunately, surge control [21] systems work well and you rarely have this [22] occurrence in planes.

[23] Q: Let me ask Mr. Schlaifer to run it again, [24] because it was pretty quick. Let me have it run

Page 594

[1] again.

[2] A: Can we stop it at various times?

[3] Q: All right.

[4] A: If you just stop it here, basically, it's [5] showing again, just to recap, you have the air [6] coming in the top there just as we had on the [7] model, going through the IGV, going around the air [8] compressor, up into this collector.

[9] It then rises up into the bleed [10] control valve, which allows the separation of the [11] air between going to the cabin and going to the [12] exhaust. And it does this, it does this normally [13] to prevent this condition called surge.

[14] That is, it makes sure that the flow [15] of the compressor is always above a certain point [16] where this condition of surge can actually occur. [17] So that's what that valve is doing.

[18] So, normally, you don't experience [19] or hear any surge, and the compressor doesn't [20] experience any surge as long as this valve is [21] working well.

[22] Now if we could continue. But if [23] there is a malfunction and now you have all the [24] air going to the cabin and that air, — but the

Page 595

[1] cabin is asking for a very small amount of air and [2] your surge control system has failed, then you [3] will have this surge condition where the flow will [4] run back and forth.

[5] And that's the significance of those [6] arrows shown going up and going down. [7] signifies the air going back and forth, back and [8] forth.

[9] Q: Let me, once the video plays through, ask [10] you if you are familiar with the two Honeywell [11] patents that are at issue in this case?

[12] A: Yes, I am.

[13] MR. PUTNAM: With the Court's [14] permission, may I approach?

[15] THE COURT: Yes.

[16] BY MR. PUTNAM:

[17] Q: Let me hand you what have previously been [18] marked as Plaintiffs' Exhibits 1 and 2, and I'll [19] note that these are both in the Honeywell jury [20] notebook.

[21] MR. PUTNAM: Your Honor, you'll [22] probably end up with a number of these.

[23] THE CLERK: They are in the book.

[24] MR. PUTNAM: They are in the book.

Page 596

[1] BY MR. PUTNAM:

[2] Q: I think they should be at the very [3] beginning of the Honeywell jury notebook.

[4] And let me just ask Mr. Schlaifer to [5] put up the first page of Honeywell Exhibit 1, I [6] suppose, just so we have something on the screen.

[7] Mr. Muller, are you familiar with [8] the Honeywell patents?

[9] A: Yes, I am.

[10] Q: We'll get into the specifics of the [11] claims a little bit later in your testimony. For [12] now, can you just tell the jury, as a general [13] matter, what these patents relate to?

[14] A: What they relate to is a unique design [15] for a surge control system that allows the APU, a [16] gas turbine driven APU to run — to perform the [17] function of surge control and do it in an [18] efficient and reliable manner.

[19] Q: Okay. Now, both when you were looking at [20] the APU and when we were looking at the video, [21] there was something on the video depicted as the [22] bleed control valve, which I think you had was the [23] same as the surge control valve.

[24] And then you pointed out something

Page 597

[1] here called the surge control valve.

[2] A: By the way, just allow me to correct [3] that, functionally, it's the same as — the surge [4] control valve and the bleed control valve [5] functionally are the same.

[6] Q: Thank you.

[7] What is a surge control system?

[8] A: A surge control system, now what we've [9] shown here is you see a mechanical valve. Well [10] something has to control it.

[11] And what it has to do is as I [12] mentioned, is that to control surge, you have to [13] have — you are sensitive — well, I should say [14] surge occurs at a certain flow. And so you need a [15] means to be able to identify that flow in some [16] way.

[17] That information then — once you [18] obtain that information, you then put it into an [19] electronic control, a small little computer, which [20] with that information and other guidelines that [21] have been put into it, based on performance tests, [22] it sends out instructions, which eventually get [23] turned into a pressure of some kind to operate a [24] valve, to open or close a valve, or modulate a

Page 598

[1] valve in order to control the surge control [2] system.

[3] And that entire thing, the [4] measurement, the measurement of the flow or [5] pressure, the measurement of temperature as well [6] is part of it, the actual computer and the [7] programs and software that's involved, and the [8] actual command, which eventually get to the valve [9] to make it modulate, one way or the other, is what [10] we call generally the surge control system.

[11] Q: Before the Honeywell patents, how did [12] these type of APUs, these high speed APUs control [13] the surge valve?

[14] A: The surge control valve in prior [15] installations, one of the ways, there was a range [16] of ways, there were various models operating with [17] different speeds and different sizes. One of the [18] ways that was used was to open up a valve, that is [19] when the flow got too low and the compressor says, [20] "I need more flow because I'm going to go in [21] surge", but the aircraft in this case says, "But [22] look, I only need so much."

[23] And so you had to do something — [24] you had to make sure that the compressor was happy

Page 599

[1] and that the aircraft was satisfied. The aircraft [2] is saying, "I need less". The compressor is [3] saying, "But I can't go that low."

[4] So what was done is in the discharge [5] portion, a separate, a separate pipe was put in [6] with a valve on it that would open up and allow [7] air to go through it to maintain a minimum flow [8] going through the compressor.

[9] But what it would do is, it would [10] open up at a minimum flow and then it would [11] increase flow in order to get it away from the [12] surge point. And that was generally how it was [13] done because the concern always was, and I didn't [14] mention this, that when surge occurs, and we [15] haven't touched on what happens to compressor when [16] surge occurs, and I think it's important to [17] mention that.

[18] Q: Okay. Let me just ask the question, [19] then. What happens when surge occurs in a [20] compressor?

[21] A: Thank you.

[22] We talked about surge up to now in [23] terms of gee, it's not good and you get things, [24] and you feel the surge goes

back and forth.

*Page 600*

[1] Well, really the question is: So [2] what? So it can be in there and it doesn't sound [3] good, what harm does it do? And that's the [4] issue.

[5] Surge is the most destructive [6] operational thing that can happen to a centrifugal [7] compressor or any compressor of this basic [8] design. And the reason is this: You recall I [9] mentioned that the compressor, when it compresses [10] air, that air is coming out at between four and [11] 500 degrees Fahrenheit.

[12] That's pretty hot. [13] And the reason it stays at that [14] temperature as well is because cool air is coming [15] in the front, it's going through it and it [16] continues to take — to push all that hot air [17] out.

[18] Now, consider for a moment that [19] while this gas turbine is running away at [20] 50,000 RPM, let's say, and it's putting power into [21] the compressor, but suddenly that air, which was [22] also taking away this hot air that you had [23] compressed and produced, suddenly it starts coming [24] back in.

*Page 601*

[1] So this hot air starts coming back [2] in while you're producing more hot air. And [3] suddenly the compressor is getting hotter and [4] hotter and hotter. And being metal, and being [5] very like metal, something which is aluminum, for [6] instance, as you may know, expand very easily, [7] when that hot air comes in, it gets so hot on the [8] outside of the compressor, the paint, I've seen [9] this myself, the paint will begin to burn off.

[10] Inside the metal will begin to [11] expand. Since these are very tight clearances in [12] there, they will begin to contact things. And [13] keep in mind that it's spinning away at 50,000 [14] RPM.

[15] So when it makes contact with [16] something, it then begins to destroy itself and it [17] can easily catastrophically fail. And this does [18] occur.

[19] So surge is not simply an [20] inconvenience in terms of flow going back and [21] forth, but if allowed to continue and if severe [22] enough it can literally destroy the entire [23] compressor and consequences are left to your [24] imagination as to what is left in the aircraft.

*Page 602*

[1] THE COURT: I think this would be a [2] good time to take our morning break.
[3] MR. PUTNAM: Thank you, Your Honor.
[4] (A brief recess was taken.)
[5] THE COURT: Welcome back, members [6] We're going to get going again.

[7] THE COURT: Welcome back, members [8] of the jury. We're going to get going again.
[9] Mr. Putnam.
[10] MR. PUTNAM: Thank you, Your [11] Honor.
[12] BY MR. PUTNAM:
[13] Q: I think when we broke I had just asked [14] you about how previous surge control systems [15] worked and you described in general terms. Let me [16] ask you this: Did those systems work well for [17] their purpose?
[18] A: The surge control systems on centrifugal [19] compressors have existed for a long time, because [20] surge has always been a problem with compressor [21] operation.
[22] So there were surge control concepts [23] and systems that have been available for many, [24] many years and had worked adequately for their

*Page 603*

[1] services in other applications.
[2] Q: How about when it came to applying those [3] concepts to a compressor like found on APUs like [4] you were showing the jury earlier this morning?
[5] A: Well, on the APU, you have to understand, [6] you know, I'm trying to convey to you as a [7] designer, because I spent much of my life both [8] designing and evaluating the designs.
[9] Generally, what you do when you go [10] about designing a new piece of equipment is you [11] base it on an old piece of equipment because you [12] are forced to — you are forced to build a piece [13] of equipment in a time constraint, so much money, [14] so much manpower and you have certain objectives.
[15] So what you do is you go about, for [16] instance, if you have that testimony you want to [17] make a larger one. Well, you would scale things [18] up, basically, and then you would see how it would [19] work.
[20] And you will apply everything that's [21] worked before, and put it on, and see how it [22] works. The same was true of surge control systems [23] as well.
[24] They took surge control systems that

*Page 604*

[1] had worked adequately in the past and tried — and [2] put them on these designs and tried — and then [3] tested them to see how they would work.
[4] Well, what they found was, they [5] didn't work well. Apparently, because of [6] sensitivity of these designs, these, again, are [7] very high speed specialized designs, and the [8] application, the fact that you have these varying [9] demands, air demands coming from the aircraft [10] which was a special problem, which for instance, [11] is not true on the same basic design used on the [12] gas turbine, with a steady flow.

[13] When they tried to use the old surge [14] compressor systems, they found they did not work [15] properly, they cannot work efficiently. And [16] remember these APUs, something I didn't mention [17] before, is when they start up, they are draining [18] their fuel from the main fuel tanks, the same ones [19] used for the engines, and once that plane is at [20] the gate, they put fuel into it.

[21] It gets filled up before it gets to [22] the gate. It gets to the gate, and that's when [23] they start the APU. And as you know, they can sit [24] there for a while, and they may go out there and

*Page 605*

[1] taxi for a while, they may have to sit for a while [2] before they actually take off, so fuel efficiency [3] is very important on these APUs.

[4] And the surge control systems that [5] they had in the past, because of their [6] characteristics, did not provide the kind of [7] efficiency, and also did not satisfy the overall [8] operability of the — or the operability that was [9] desired, that was associated with this very flow [10] demand that they had from the aircraft.

[11] So what the designers were forced to [12] do, and from my experience it has always been the [13] case that, basically, that when you innovate, when [14] you invent something, it comes out not because you [15] want to invent something, it's because you have to [16] invent something.

[17] It's out of necessity. [18] You try to make the old thing work. [19] You couldn't make it work, so now you've got to [20] figure out a new way of doing it, because actually [21] you look for every other way that's been done, how [22] does this work, how does that work, can't find [23] it. I've finally got to bite the bullet and say [24] we have to come up with something better that

*Page 606*

[1] doesn't exist.
[2] So what they did was they went out [3] and they had to design something that satisfied [4] the unique characteristics that APUs, gas turbine [5] driven load compressors are faced when supplied [6] on aircrafts, a very special, very special problem.

[7] And so they designed this surge [8] control system, and then like you do, usually with [9] basic innovations, when you have something new, [10] you want to find out if it's patentable. That's [11] how patents come about in this field when [12] you innovate as a necessity to make a

[23] THE COURT: Mr. Krupka.

[24] MR. KRUPKA: Your Honor, the only

Page 613

[1] thing I would add is he's not being offered to his [2] opinions with respect to any new issue. There is [3] no new opinions and simply these don't relate to [4] the surge control system and quite frankly I don't [5] think Mr. Herrington would disagree. And if he [6] does, he can cross-examine him on it.

[7] THE COURT: I tend to agree on [8] that. I think what the objection is and [9] Mr. Herrington can correct me if I'm mis- stating [10] his position, is he's now testifying as a fact [11] witness essentially. Is that basically it?

[12] MR. HERRINGTON: That's right.

[13] THE COURT: And's he testifying [14] beyond the scope of his expert report. I do take [15] your point and I do believe that he can be [16] cross-examined. Go ahead, Mr. Ziegler.

[17] MR. ZIEGLER: He's frankly not a [18] fact witness who knows this information, whatever [19] he relates as a fact witness would be hearsay to [20] him. He's not an expert in APU, he's a man who is [21] expert in —

[22] THE COURT: You're saying that —

[23] MR. ZIEGLER: He's not competent.

[24] THE COURT: In commenting on the FAA

Page 614

[1] notice, you're suggesting — you're arguing that [2] he has gone beyond the scope of his expertise?

[3] MR. ZIEGLER: I think it's two [4] points. If it's within his expertise, then it's [5] opinion testimony of which there was no notice. [6] Perhaps they could put it on in their rebuttal [7] case, in their case in chief. To the extent it's [8] not opinion testimony, then it's fact testimony [9] for which I believe that it's pure hearsay. He's [10] repeating what some Honeywell engineers told him.

[11] MR. HERRINGTON: He testified in his [12] deposition that he never has worked on APUs.

[13] MR. KRUPKA: Your Honor, the only [14] other point I would make with respect to the [15] testimony that came in on the airworthiness, there [16] was a lot of questions and answers that went back [17] and forth and they didn't object.

[18] THE COURT: I'm not going to strike [19] that testimony, but I will prevent you from [20] proceeding any further down the road with the [21] witness. You do have recourse on rebuttal. I [22] will not grant the motion to strike.

[23] (Conclusion of side-bar conference.)

Page 615

[1] BY MR. PUTNAM:

[2] Q: Mr. Muller, are you familiar with the APS [3] 3200, the APU manufactured by Sundstrand that's at [4] issue in the case?

[5] A: Yes, I am.

[6] Q: And does the APS 3200 have a system or [7] method for controlling surge?

[8] A: Yes, it does.

[9] Q: And are you familiar with that surge [10] control system.

[11] A: Yes, I am.

[12] Q: I'm going to ask you in a second to [13] explain that to the jury, but first of all, can [14] you tell us generally how it is that you became [15] familiar with the surge control system used on the [16] APS 3200?

[17] A: I became familiar with it after I became [18] involved with this case.

[19] Q: And what did you do as part of your work [20] on this case to gain your understanding of the way [21] that the surge control system on the APS 3200 [22] works?

[23] A: Well, I was provided, by your office, [24] with the information that was provided to you by

Page 616

[1] Sundstrand regarding their descriptions of the APS [2] 3200 or, in other words, my understanding of the [3] APS 3200 is completely based on the in- formation [4] provided by Sundstrand.

[5] Q: Let me ask you to briefly identify two [6] documents in that regard. Let me first show you [7] what's been marked as Honeywell PTX Exhibit Number [8] 63.

[9] This is a thick document. There are [10] pages of this in the jury notebook, but not, I [11] think, the entire document.

[12] And Mr. Muller, the only question [13] for right now is can you look at this, [14] refamiliarize yourself with this enough to — [15] first of all, tell me if you've seen this as part [16] of your work on the case.

[17] A: Yes, I have.

[18] Q: What is this?

[19] A: This is what is termed the ECB [20] requirements specification, meaning electronic [21] control box, ECB.

[22] Q: And for what APU or what mach- ine does it [23] relate to?

[24] A: It indicates that it was intended for the

Page 617

[1] APS 3200.

[2] Q: And does that contain a des- cription of [3] the surge control system used in the APS 3200?

[4] A: Yes, it does.

[5] Q: Let me next hand you another document, [6] which is Honeywell PTX 910, and ask if that is a [7] document that you saw and reviewed as part of your [8] work on this matter?

[9] A: Yes, it is.

[10] Q: And can you tell the jury what Honeywell [11] PTX 910 is, please?

[12] A: Well, this is one of the many engineering [13] specifications that, of hundreds of specifications [14] that are used. And this is something called a [15] system requirement specification, which goes into [16] the — a short description and — a short [17] description of various functions and defines [18] locations where things are measured, things of [19] that nature.

[20] I'm not sure where it fits into [21] Sundstrand's scheme of how they deve- lop things, [22] but this is a fairly typical document that is [23] provided as part of the development of any [24] engineering system.

Page 618

[1] Q: And what system or machine does that [2] specification relate to?

[3] A: It appears to relate to the surge control [4] system.

[5] Q: And does it relate to the APS 3200, sir?

[6] A: Yes, it does.

[7] Q: And have you also read the dep- osition [8] testimony, the sworn testi- mony that's been [9] provided by some of these Sundstrand, Hamilton [10] Sun- dstrand engineers in this case?

[11] A: Yes, I have.

[12] Q: And have you also considered that [13] testimony as part of reaching the opinions that [14] you have reached in this case?

[15] A: Yes, I have.

[16] Q: All right. Have you prepared, or [17] assisted in the preparation of schematics of the [18] APS 3200 surge control system in order to explain [19] that system to the jury?

[20] A: Yes, I have.

[21] MR. PUTNAM: All right. With Your [22] Honor's permission, I would like to ask the [23] witness to step down and show the schematics, what [24] we have done, because as I mentioned to Your Honor

Page 619

[1] earlier, I wanted to use the screen. And I have a [2] binder, which has the schematics that are going to [3] be use [4] The first ones are the ones that are [5] going to be projected on the screen and the later [6] four are the ones that will be used here. And I [7] provided a copy to counsel.

[8] BY MR. PUTNAM:

[9] Q: Mr. Muller, take it away. Start wherever [10] you want to, and I want you to explain how it is [11] that the APS 3200 control system works?

[12] A: Okay. Let's first get ourselves oriented [13] as to what the job is that's at hand.

[14] Q: First of all, can you tell the jury what [15] it is that you're looking at there?

[16] A: Yes, what we're looking at is an outline [17] of a cross-section, a slice right through the [18] engine. It's a cross section showing all the [19] elements that we discussed.

[20] This is of the APS 3200, which while [21] very similar, and in fact, the load compressor is [22] very hard to distinguish to the layperson as to [23] what the differences would be, they're very subtle [24] between the Sundstrand load compressor and the

Page 620

[1] Honeywell load compressor.

[2] Q: Let me ask you, and for the record, I [3] think you're looking at Honeywell PTX 952; is that [4] correct?

[5] A: That's right.

[6] Q: What was the schematic prepared from?

[7] A: It was prepared from a drawing from [8] Sundstrand, and I'm not sure in which document, [9] but it's one of their drawings and what we [10] basically did was just make an outline for it for [11] the purpose of illustrating the major points that [12] are at issue in this case.

[13] Q: Using that diagram or schematic, can you [14] start explaining to the jury how the Sundstrand [15] APS 3200 surge control system works?

[16] A: Well, what — the way it basically works [17] is that, again, in the Sundstrand machine, the [18] inlet guide vanes determine the amount of flow [19] going to compress, and based on the demand from [20] the aircraft, and that is a typical function.

[21] It is, basically, the compressor [22] that we have here is similar in appearance to what [23] we have there. It collects it in much the same [24] way.

Page 621

[1] You can see the shapes are very [2] similar. And then it discharges, it discharges [3] through a duct and then it gets to a device that [4] Sundstrand calls the bleed control valve, which [5] performs a similar function to the surge control [6] system used by Honeywell as well.

[7] And what it does is based on — [8] based on a series of measurements such [9] as temperature and pressure, and

position of the IGV, [10] it determines — and the load demand from the [11] aircraft, it determines, it has a valve in here [12] which in much the same way diverts an amount of [13] air going to the aircraft or going to the exhaust [14] such that this amount of air — I should say such [15] that at all times, this amount of air plus this [16] amount of air always equals the amount that's [17] coming out of this — coming out of the [18] compressor.

[19] So that this — as the amount of air [20] goes here or here, and as the valve changes [21] position, so that this can increase or decrease, [22] the actual flow coming out of the compressor stays [23] constant.

[24] So what you're really doing is you

Page 622

[1] got flow going out, you're kind of diverting it [2] and channeling it one way or the other, but you're [3] not changing the amount of flow coming in here. [4] That's how it performs its basic surge control [5] function.

[6] That is, when a signal comes from [7] the surge control system that says, We're getting [8] a low flow, just as it did here, what it does here [9] is it will divert the flow to the exhaust to [10] maintain a constant minimum flow so the compressor [11] never gets low enough to get close to this surge [12] point. And that's basically how it works.

[13] Q: I'm sorry. You may need to step back.

[14] We're looking for a pointer which [15] might be an arm extender, or a pencil works [16] perfectly. I want to make sure that all the [17] jurors on the side can see.

[18] You talked a couple of times about [19] the logic that the bleed control valve uses. Do [20] you have some diagrams to help show the jury the [21] logic that the 3200 bleed control valve uses?

[22] A: Yes,. Let me start off with a more [23] general diagram.

[24] By the way, everything that I'm

Page 623

[1] showing you was obtained — this was a [2] characterization that we just made an outline for [3] this purpose. But what I'm showing you now are [4] actual, and I think you have this in your jury [5] book, I have not seen your jury book, so I assume [6] it's in there, but these are the actual schematics [7] and figures that are there. And we've just blown [8] them up here.

[9] Q: Mr. Muller, let me give you something [10] longer than a pencil. For the record, you're [11] looking at Honeywell PTX 953.

[12] And I want to make sure the jury is [13] clear on what we're looking at. I see that

there [14] are some colors on the PTX 953, and there is a [15] little legend on the color coding.

[16] Q: I want to be clear, is that from the [17] Sundstrand document or is that something that's [18] been added?

[19] A: No, this was not in the Sundstrand [20] documents, this was added by me for illustrative [21] purposes.

[22] Q: When you say "this", you're talking about [23] the color?

[24] A: Yes, the color is just to highlight these

Page 624

[1] things, so it's easier to follow.

[2] Q: How about the text from this part of the [3] diagram down, was that text that you added or was [4] that text from the Sundstrand document?

[5] A: As far as I recall, this is exactly the [6] same text that is in the — as a matter of the [7] text, the relative relationship, the arrows, the [8] flow, the thickness of the lines, the type, to the [9] best of my understanding, — you know, we copied [10] it exactly as it was in the Sundstrand document.

[11] Q: You mentioned a jury notebook, I think [12] the jurors can see that, but also for the record, [13] it's part of PTX 63, and that's one of the [14] documents I showed you earlier. And the relevant [15] excerpt from PTX 63 is in the jury notebook, [16] that's the demonstrative?

[17] A: It says here 963.

[18] Q: That's the number of that particular [19] board for demonstrative purposes, but the document [20] it comes from PTX 63 in the jury notebooks.

[21] Now, using that, I think you have [22] said overall or an overall view. Start to explain [23] the logic that the APS 3200 uses in controlling [24] surge.

Page 625

[1] A: Well, what it does is the way that [2] Sundstrand — I'm sorry.

[3] The way that Sundstrand has chosen [4] to really illustrate this is to break some of the [5] functions down into various descriptions. And [6] starting here, it's what is called, what they [7] called the BCV closed loop PI surge control.

[8] Q: There is this acronym in there, BCV, [9] what does that mean?

[10] A: I have to apologize for the engineering [11] profession because what we use is acronyms all [12] over the place and you've heard a lot of jargon.

[13] Actually it does follow a certain [14] logic, that BCVCTL means bleed control valve [15] control. BLDSEL is bleed select. Bleed select. [16] IGVPOS, IGV position.

[17] T2 is a two — T is temperature. [18] Two is the location, which is right at the

[19] location, right where the air goes into the [20] compressor and the gas turbine that has a location [21] two. That's referred to as T2.

[22] PS, in the way that Sundstrand [23] chooses to call it, refers to the location of the [24] pressure at the discharge of the compressor.

Page 626

[1] P2, again, is the pressure right at [2] the inlet of the compressor, that pressure at [3] location two. Temperature location two.

[4] PS, again, is the same here as it is [5] here. And DELP is — that's an acronym for delta [6] P which refers to the change in pressure.

[7] And what Sundstrand does is within [8] the compressor itself, between the discharge of [9] the compressor and the diffuser, and I didn't show [10] you, because it's very hard to visualize, but it's [11] a small segment, just as it leaves the rotating [12] impeller where thermodynamically all the [13] pressure — there is pressure increase.

[14] And as much as I'm going to discuss [15] it, because it's not germane to what is occurring [16] here, basically, it's a part of the compressor, [17] and it's a location where Sundstrand measures [18] pressure.

[19] So this delta P is the change in [20] pressure between the diffuser, a position in the [21] diffuser and a position at the discharge of the [22] compressor.

[23] And what they do is that based on [24] this change in pressure — now, remember what was

Page 627

[1] mentioned earlier, I don't recall where, just [2] where it was mentioned, but this value delta P [3] over PS, that is delta P over P, that during [4] long — long before in the early development of [5] this engine, for this compressor under test [6] conditions, they just — they went out and [7] actually in a test stand, you measure the flow and [8] then you measure delta P over P on this part of [9] the graph, and on this part you measure flow. [10] What.

[11] You do is as you increase flow, you [12] measure this characteristic using other [13] instruments, laboratory instruments. This is a [14] test cell, and with that you're able to calibrate [15] how this particular compressor works.

[16] So they got a correlation that is [17] something that for delta P over P and for certain [18] flow varies — values changed as inlet guide vane [19] was taken from the minimum to the maximum [20] position.

[21] So here this is where they actually [22] generate flow. A flow measurement, here, which is [23] also called a flow perimeter, but it's basically a [24] flow measurement, a means of measuring flow.

Page 628

[1] This here, the temperature is used [2] in order to make corrections in how the — it [3] makes corrections in how this curve I mentioned is [4] used, because there is, you know, you operate [5] these aircrafts at all sorts of temperatures.

[6] You have a standard temperature, [7] very cold day, hot day, desert conditions and you [8] have to make some corrections. That's why you [9] measure the temperature at the inlet.

[10] This is used to actually come out [11] with a value called bleed control valve control, [12] that's shown as a voltage, V. So there is a [13] voltage coming out, and it goes into another [14] component.

[15] By the way, if you were to look [16] at — this is all on a computer, and you were to [17] look at it, you would never see any of this stuff [18] because they're all integrated. This is only for [19] illustrative purposes, so you can logically follow [20] it.

[21] This is for the engineers to [22] logically follow it. So what's being shown to you [23] here is just what engineers use themselves. It [24] hasn't been provided for your purpose alone.

Page 629

[1] So a value is established and that [2] goes into a sequencing, what they call a BCV [3] limited and sequencing logic. It's basically [4] where some of this information is collected, but [5] other things are happening, too.

[6] Because of the way that Sundstrand [7] has chosen to measure flow, they end up with a [8] curve which has kind of a funny characteristic to [9] it. And that characteristic is such that they [10] have to measure what the inlet guide vane position [11] is in order to control the surge control system, [12] so that they can determine when it's what they [13] term something like high flow and low flow.

[14] Now we're getting into kind of how [15] this actually works.

[16] But as far as the overall idea here, [17] what's going on, they're measuring flow here, [18] they're correcting it for local temperature, [19] they're measuring the IGV position, and they're [20] using it in the determination of what signal [21] actually goes to the bleed control valve, which is [22] that one valve that moves back and forth.

[23] And, basically, the signal goes to [24] this valve here as it rotates, as it swings back

Page 630

[1] and forth. And that's what this whole effort here [2] has done. And so that's, basically, the function [3] I believe.

[4] Q: All right. Mr. Muller, let me actually [5] ask you to keep this up for a second.

[6] A: Okay.

[7] Q: And introduce two other graphics we're [8] going to see a little bit later.

[9] I see the top one here says Figure [10] 12A and BCV closed loop PI surge control.

[11] Does the Sundstrand documents [12] contain a detail or a blowup of what happens in [13] that part of the control logic?

[14] A: Yes, it does.

[15] Q: I don't know that I want to go through [16] all the detail now, but can you use the poster [17] board that you prepared just to show the jury [18] what's going on in that part?

[19] A: Okay. Well, we can start on 12A. Start [20] on 12A.

[21] Q: And why don't you — first of all, if [22] you could keep it on the ground — go ahead. That [23] works better.

[24] Let's go through the detail when we

Page 631

[1] get to the patent claims. But just in a general [2] manner, what is this that the jury is looking at?

[3] A: What you're looking at, what you[4] re looking at is a much more detailed schematic now [5] of the various functions. And now we're getting [6] into acronyms which it doesn't — which I'm not [7] going to go into because what I would prefer to do [8] is, rather than deal with the acronym, tell you [9] what it does.

[10] Would this be an appropriate time to [11] discuss proportion and integral control?

[12] Q: Let me, first of all, have the [13] foundation. Is this, again, a document that comes [14] from the Sundstrand business records you were [15] looking at earlier?

[16] A: Yes.

[17] Q: The color coding, is that yours or [18] Sundstrand?

[19] A: It's mine.

[20] Q: The text, this text here that goes with [21] the color coding, I take p2229X your text, [22] also?

[23] A: Yes. Yes.

[24] Q: But the rest of the diagram is from the

Page 632

[1] Sundstrand document is that what you're saying?

[2] A: All of this, from here, everything that [3] you see written here, from here, is

based on a — [4] is based on a Sundstrand document which is figure [5] 12a in this big thick ECB document. That's what [6] taken from.

[7] Let me ask you, maybe I'll lay a chart [8] over here in a minute, if you can relate this one [9] figure we have just gotten up to the overall [10] figure that you have there.

[11] **A:** Okay. This is — here, this is what is [12] called BCV closed loop PI surge control. This [13] figure 12a, which is all of this.

[14] And the DLPPS and T2 that are [15] indicated here refer to these things, exact same [16] thing. So, basically, you can see why, you know, [17] this is just a, just a blot showing what's really [18] inside here.

[19] **Q:** How about the variable BCV TCL that's [20] shown on the overall chart coming out, is that [21] shown on this chart?

[22] **A:** Yes. That's this green — this light [23] green, BCV TL is the same as this light green [24] shown here.

Page 633

[1] You can see the reason why to the [2] color coding, because it's easier to follow.

[3] Let me ask you about Figure 12b, [4] also have a chart prepared for Figure 12b?

[5] **A:** Yes, I do.

[6] **Q:** Let's do the same thing. First of all, [7] I'll show the jury 12b, and then I'll ask you, [8] again, to relate it to the overall logic diagram.

[9] **A:** Here it's 12 — 12b shows where [10] measurements are made of pressure at the [11] discharge, pressure at the — pressure at the [12] inlet of the compressor, IGV position, temperature [13] T2, again, measured at the inlet of the [14] compressor, and IGV position, which you actually [15] have an electrical device on top of the IGV.

[16] And as it rotates, it gives you a [17] signal in proportion to the amount that's opened. [18] That's why it's shown in percentage.

[19] **Q:** And am I right, again, that the colors [20] that are on the chart you have added?

[21] **A:** Yes, I have.

[22] **Q:** But other than the coding for the colors [23] at the top, the source of the chart is?

[24] The source of the chart comes

Page 634

[1] Sundstrand's ECB document.
[2] **Q:** And again, let me play chart holder.

[3] **A:** But I haven't finished with this yet. I [4] just want to indicate that there is, also you see [5] a term here DELPQP, this is not a measured value, [6] this is a calculated value. So it's shown [7] separately.

[8] It will be discussed shortly. What [9] the output is, which is shown in red here, which [10] is BLDSEL, which is bleed select. And basically, [11] the selection is to tell the surge control system [12] if it's operating at the high end of the flow or [13] if it's operating at the low end of the flow where [14] surge is possible.

[15] The logic being that when you're at [16] the high end of the flow chart, there is no [17] possibility for surge. But when you're at the low [18] end, there is possibility for surge and the surge [19] control system has to work hard to avoid it.

[20] **Q:** Okay. Can I be the chart holder now?

[21] **A:** Please.

[22] **Q:** Okay. Let me hold this up.

[23] I apologize for blocking the court [24] staff momentarily. Can you, again, relate this

Page 635

[1] diagram to the overall diagram?

[2] **A:** Yes. This diagram here refers to this [3] item here, which is shown as Figure 12b.

[4] **Q:** And can you match up to inputs and the [5] outputs like you did last time?

[6] **A:** Yes. Here are the measured values, P2, [7] PS2, actually position. They are the same as [8] here. It's repeated twice here because how it's [9] shown, and BLD select is this value here, which is [10] shown as zero one. And that feeds into the [11] logical sequence here.

[12] **Q:** Mr. Muller, I want to turn now to the [13] Honeywell patents, the '194 and '893 patents that [14] are the subject of this lawsuit.

[15] **A:** Excuse me, do you want me to return to [16] the witness stand?

[17] **Q:** Actually I think with the Court's [18] permission, I want you to stay there because you [19] can refer to these diagrams that we just [20] introduced to the jury.

[21] Let me ask you the question, have [22] you formed an expert opinion as to whether the [23] Sundstrand surge control system that's illustrated [24] there infringes the claims of the Honeywell '194

Page 636

[1] and '893 patent?

[2] **A:** Yes, I have.

[3] **Q:** Okay. I'm going to take you through [4] those claims one at a time, and let me start, if I [5] can, and ask Mr. Schlaifer if he please can put up [6] Claim 4 of the '194 patent.

[7] And let me say while we're waiting, [8] that the text, you have seen these before, a lot [9] of text, small display — actually it's not bad, [10] but I think you'll see we're going to be able to [11] blowup pieces, so hopefully, as we go through [12] them, it will be easier.

[13] Mr. Muller, have you formed an [14] expert opinion on whether Sundstrand APS 3200 [15] infringes Claim 4 of the Honeywell '194 patent?

[16] **A:** Yes, I have.

[17] **Q:** And what is that opinion?

[18] **A:** My opinion is that it does.

[19] **Q:** And in your opinion, is that infringement [20] literal or under the Doctrine of Equivalents?

[21] **A:** Based on my understanding of what a [22] literal infringement is, I believe it's literal [23] infringement.

[24] **Q:** Do you have an opinion if, whether there

Page 637

[1] was a finding that there was no literal [2] infringement, that there would still be [3] infringement under the Doctrine of Equivalents [4] claim?

[5] **A:** I believe it's literal infringement, but [6] implicit in that, if it's not literal, then it's [7] so close, that it's, basically, equivalent.

[8] **Q:** Now, on the left-hand side here we have [9] the text of the patent claim, and on the [10] right-hand side there, you have a column that says [11] present in Sundstrand's APS 3200.

[12] And in this one, there are three [13] places where it says Sundstrand admits yes. What [14] does that denote?

[15] **A:** Well, my understanding is that in prior [16] documents that Sundstrand has submitted in [17] exchanges between Honeywell and Sundstrand, that [18] they have admitted that these particular elements [19] of the claim have been agreed to. That is, [20] Sundstrand has agreed that they, in fact, infringe [21] on these particular elements of Claim 4.

[22] **Q:** Okay. Now, I'm going to ask you to go [23] through this word by word, element by element [24] because as Judge Sleet told the jury in the

Page 638

[1] beginning, and as Mr. Ziegler indicated and [2] Mr. Krupka indicated, we need to address every [3] element of the claims and determine whether it's [4] in the APS 3200.

[5] So let me start with the first [6] introductory part to Claim 4, and ask [7] Mr. Schlaifer to actually blow that up so I can [8] see it a little bit larger.

[9] "A method of utilizing a compressor [10] of a gas turbine engine to power pneumatically [11] operated apparatus having a variable inlet air [12] flow demand, the compressor having adjustable [13] inlet guide vanes, said method comprising the [14] steps of:"

[15] In your opinion, is that part of [16] Claim 4 of the '194 patent met by the APS 3200?

[17] A: Yes, it is.

[18] Q: Can you briefly explain why?

[19] A: Well, just going through the sentence, a [20] method of utilizing a compressor of a gas turbine [21] engine. And this is the compressor of the gas [22] turbine engine.

[23] To power pneumatically operated [24] apparatus, powering pneumatically operated

Page 639

[1] apparatus, refers to pressurized air to the [2] aircraft, which goes through an environmental [3] control system with a pneumatically operated [4] apparatus, having a variable inlet air flow [5] demand.

[6] We have guide vanes which vary the [7] inlet air flow demand. It's the BCV that has — I [8] got ahead of myself. This is not easy to read.

[9] I've been reading these for months. [10] The pneumatically operated apparatus having a [11] variable inlet air flow, this concerns the [12] environmental air control on the aircraft, [13] adjustable inlet guide vanes.

[14] These are the inlet guide vanes that [15] are on the APS 3200, and the method comprising of [16] the next item.

[17] Q: Let's go to the next steps. The first [18] step of the method of Claim 4 reads, [19] Interconnecting a supply duct between the [20] compressor and the pneumatically operated [21] apparatus."

[22] I note that's one of the ones where [23] we have Sundstrand admits, yes, but let me go [24] ahead and ask you for the record, in your opinion,

Page 640

[1] does the APS 3200 system meet that limitation?

[2] A: Yes, it does.

[3] Q: Can you show the jury where?

[4] A: Basically, as shown, from the compressor [5] itself, there is a duct which connects through the [6] bleed control valve to another duct which [7] eventually goes to the aircraft, to pneumatically [8] operated apparatus.

[9] Q: The next step of Claim 4 of the '194 [10] patent reads, "flowing discharge air from the [11] compressor through said supply duct to the [12] pneumatically operated at apparatus."

[13] Again, I note that's one where [14] Sundstrand admits yes. Let me ask you, is that [15] present in the APS 3200?

[16] A: Yes. The prior one referred to the [17] actual duct.

[18] This is now referring to what is in [19] the duct, which is the air going through the [20] duct. So it's the same logic as before.

[21] It goes from the compressor and the [22] pressurized air goes to the pneumatically operated [23] apparatus on the aircraft.

[24] Q: Clause C of Claim 4 is a mouthful, so I

Page 641

[1] want to take it in little steps. The first clause [2] of the claim, Clause C, Claim 4 reads maintaining [3] an essentially constant minimum supply duct flow [4] rate, despite fluctuations in the flow rate of air [5] received by the pneumatically operated [6] apparatus."

[7] I'm going to ask you, sir, piece by [8] piece, and then I'll ask you the overall thing. [9] That's the way to deal with such a long claim [10] term.

[11] Does the APS 3200 meet that part of [12] Claim 4?

[13] A: Yes.

[14] Q: Can you explain to the jury why that is?

[15] A: Well, as I described to you earlier, [16] when it says maintaining an essentially constant [17] minimum supply duct flow rate, this is the duct [18] that we're talking about. And what is supplying [19] the flow rate is the load compressor.

[20] And that flow stays, stays at a [21] constant minimum, not simply at a minimum, [22] but it stays at a constant minimum, despite the changes [23] in the position of the bleed control valve, which, [24] as you recall, I mentioned that when it diverts

Page 642

[1] flow between these two, by the way, equal sized [2] pipes, the diameter of this pipe, this duct is the [3] same as the diameter of this, the same as the [4] diameter of this duct, so it can take the full [5] capacity of the flow coming out of the compressor.

[6] And what that says is that — so [7] this enables it then, that even if I move this [8] valve completely over for all the air to go to the [9] aircraft, the flow here will stay constant. If I [10] take at the same time and move that valve [11] physically over to the exhaust, the flow will go [12] to the exhaust, but the flow will remain [13] constant.

[14] The compressor does not really [15] know [15] how much air is going here or here as the valve is [16] being activated.

[17] Q: The next part of Step C of Claim 4 of the [18] '194 patent reads, "by exhausting air from said [19] supply duct response to variations therein in [20] value of a predetermined, flow-related [21] parameter."

[22] Is that met or present in the APS [23] 3200?

[24] A: Yes.

Page 643

[1] Q: Explain why, please.

[2] A: Well, two parts. Again, the air going to [3] the supply duct, but now the question is what is [4] controlling that, and that goes back to what I had [5] shown earlier.

[6] And what the point is here — the [7] issue here is the exhaust air from the apply duct [8] I just described. Now, the other part of it is [9] the predetermined flow-related parameter.

[10] And this is the pre-determined flow [11] related parameter. Where you take the change in [12] pressure, divide it by the pressure, and that is [13] compared to a value on a curve.

[14] And that's the predetermined portion [15] is the curve. So you go to the value, you go to [16] the curve and pick off a value. That's what's [17] referred there.

[18] Q: Why is that a flow-related parameter?

[19] A: Well, because as the — in that guide [20] vane change position on the load compressor, the [21] flow changes on the load compressor, and that [22] results in a change in pressure.

[23] For as the flow is changing, the — [24] there is a change in pressure inside the

Page 644

[1] compressor, and also there is a change in the [2] pressure at the discharge of the compressor.

[3] So when you divide this value by [4] that value, you always get a different value [5] depending on what the flow is.

[6] Q: Okay. The next part of Claim 4C reads, [7] "The flow rate of air exhausted from said supply [8] duct being related to the magnitude of said [9] parameter value variations in both a proportional [10] and time-integral manner."

[11] Is that part met by the APS 3200?

[12] A: Yes, it is.

[13] Q: Can you show where, please?

[14] A: Now, we're getting into describing [15] the proportional and time integral manner. I'll get [16] into that in a moment.

[17] But to get that, we start off as we [18] said earlier, you've got your flow rate and [19] you generate a signal, which is called

DELPQP. I only [20] mention it because it comes up again and again.

[21] But you generate a signal, and [22] eventually before I get into discussing how this [23] happens, but this is really referring to when it [24] goes into this part of the circuitry.

Page 645

[1] Now what it's doing here — perhaps [2] I should describe this.

[3] What it's doing here is it measures [4] flow, it measures flow. And then it compares it. [5] It compares it against a desired value, a desired [6] value where the flow should be at that [7] particular — at that particular location.

[8] It's like the examples you heard [9] about temperature variation. You have a set point [10] at a certain value, this is your set point here. [11] And where you want to be is here, and so what you [12] get is a difference.

[13] So sort of where I am and where I [14] would like to be.

[15] Now, in controlled terminology, [16] that's referred to as an error. It's just the way [17] it's done, it's called an error. It's their [18] world.

[19] So in controlled thinking, it's [20] referred to as an error. And then this is a [21] signal.

[22] But before you can do anything with [23] the signal, you have to do a couple more things [24] with it. You just can't take that difference and

Page 646

[1] push it out into the valve and try to turn the [2] valve around.

[3] You have to do something because [4] it's not a usable signal yet. You have to do [5] something.

[6] You have to pass it through what is [7] called the controllers, and there are two ideas [8] here. And that is called a proportional [9] controller and an integral control.

[10] And physically, I feel that one way [11] of understanding what a proportional controller is [12] is this idea: If you're driving home, and you're [13] trying to get home, home is your desired value, [14] that's where I want to go.

[15] Now, if I'm five miles away and I'm [16] in a rush, I have something to do at home. I'm [17] five miles away, I'm going to apply greater load, [18] make a greater effort to get there.

[19] The proportional controller does [20] that. It says, Gee, if I'm far away, I'm going [21] to drive harder to get there faster because I want to [22] get there.

[23] If that error, if that distance, if [24] you happen to be three blocks away from home,

Page 647

[1] still have the same desire and value, still want [2] to be there, you're not trying as hard, it's not [3] as much effort because it's only a few blocks [4] away.

[5] Now, having said that what the [6] proportional controller will do is when you drive [7] by your house, you're not going to stop at your [8] house. If your proportional controller is [9] controlling your car at that point, it's going to [10] go up to your house and go right past it.

[11] And then it's going to go down the [12] block and say, Woops, I missed the house, and it's [13] going to come back and drive back up the road [14] again. And this time it may also miss it, but not [15] go quite as far beyond the driveway.

[16] It will do this for a while. This [17] is what proportional controllers could.

[18] So to help the proportional [19] controller work properly what it has is what is [20] called an integral controller. And what it says [21] is, basically, that the proportional controller [22] gets you close to your house and then the integral [23] controller says, I know where the driveway is, and [24] it makes the car turn in the driveway and go to

Page 648

[1] your desired point.

[2] So what this does here is generate [3] information, electrical information, taking the [4] result of these flow measurements, it takes the [5] result of this comparison that's made here, takes [6] that information, and then processes it along the [7] lines I've just described it, and then, finally, [8] comes out with an electrical signal, a signal [9] which then can be used by the bleed control valve [10] in order to get to the position it should be.

[11] Not just going back and forth and [12] getting close and running back and forth, but [13] getting to where it should be. And that's the way [14] it's done.

[15] Q: Okay. And then —

[16] A: But I have to cover that proportional [17] integral at some time.

[18] Q: And based on that explanation, does that [19] match up with the portion of Claim 4 that was most [20] recently read into the record?

[21] A: Yes, it does.

[22] Q: The next part of Claim 4 reads, " said [23] maintaining step including the steps of providing [24] an outlet passage from said supply duct."

Page 649

[1] Is that present in the APS 3200?

[2] A: Yes. Yes.

[3] It's providing — the passage that's [4] referred to here is an outlet passage,

including [5] the steps of providing an outlet passage from said [6] supply duct.

[7] Yes. These are the various passages [8] from the supply duct.

[9] Q: Okay. The next step, next part of Step C [10] of Claim 4 is, "positioning in said outlet passage [11] a surge bleed valve operable to selectively vary [12] the flow of air outwardly through said outlet [13] passage."

[14] Is that met in the APS 3200?

[15] A: Yes, it is. And it's met in what we have [16] been discussing now for a while, where the flow [17] comes out, it goes through the valve, and it goes [18] out here.

[19] I believe it's referring to [20] outwardly, or its goes to the aircraft.

[21] Q: The next part of Element C of Claim 4 of [22] the '194 patent says, " generating an integral [23] control signal in response to said variation in [24] said flow-related parameter, generating a

Page 650

[1] proportional signal in response to said variations [2] in said flow-related parameter."

[3] Is that met in the APS 3200?

[4] A: Yes, it is.

[5] Q: Can you show the jury where that is?

[6] A: This goes back to what I was saying [7] earlier, but what they're specifically breaking [8] out is we're taking this information here, but [9] we're only talking about passing it through this [10] portion, this dark blue portion, which is the [11] proportional portion of the analysis.

[12] Q: The next part of the claim — we may have [13] skipped —

[14] A: I believe there should be something about [15] integral controls. Did we move ahead?

[16] Q: Maybe we can go back to all of Claim C. [17] What I want to do is I'll point to it.

[18] A: Generating, yes.

[19] Q: Generating the integral — the next part [20] of Claim C of Claim 4 of the '194 patent was [21] generating an integral control signal in response [22] to said variation in said flow-related parameter. [23] It actually came in the claim before the [24] proportional signal.

Page 651

[1] You explained the proportional [2] signal. Is the part that I just read relating to [3] the integral signal present in the APS 3200?

[4] A: Yes, it is.

[5] Q: Can you show the jury where?

[6] A: It's — as I discussed earlier, this was

[7] a proportional portion in dark blue, the green [8] portion in parallel, simultaneously, this [9] integral, this integral portion which is where you [10] are generating an integral signal in response to [11] the flow-related parameter.

[12] **Q:** And the final, I think, part of Clause C, [13] we finally got to the end, is " simultaneously [14] utilizing said integral and proportional control [15] signals to operate said surge bleed valve."

[16] Is that present in the APS 3200?

[17] **A:** Yes, it is.

[18] **Q:** Can you show the jury where that is [19] present?

[20] **A:** Well, it gets, the proportional signal [21] and the integral signal get combined here and then [22] generates actually a control signal for the bleed [23] control valve.

[24] **Q:** I think we've now made it all the way

Page 652

[1] through Claim C and — or Clause C of Claim 4. [2] And to summarize, in your opinion, does the APS [3] 3200 surge control system meet all of the [4] different elements of Step C of Claim 4 of the [5] '194 patent?

[6] **A:** Yes, it does.

[7] **Q:** Now, let me turn to the final part of [8] Claim 4, which is Clause D.

[9] Clause D says, "adjusting the [10] relationship between the magnitude of said [11] integral and proportional control signals and the [12] magnitude of said parameter variations as a [13] function of the position of the inlet guide [14] vanes."

[15] Is that part of Claim 4 of the '194 [16] patent present in the APS 3200?

[17] **A:** Yes, it is.

[18] **Q:** Explain where, please.

[19] **A:** Well, this is the portion here, as I [20] indicated earlier, the IGV position. The IGV [21] position is used in the determination of where [22] the — of where the compressor is operating on the [23] flow curve that I referred to if it's operating in [24] the high flow region or in the low flow region.

Page 653

[1] When it's operating in the low flow [2] region, which means close to the area where surge [3] can occur, the proportional and integral — the [4] proportional and integral control portions are [5] functioning and the adjustment occurs when — I [6] should — I had forgotten to mention something to [7] you.

[8] It's very important because it ties [9] into what we're talking about here. I want to [10] take a small step back.

[11] **Q:** Okay.

[12] **A:** One thing I forgot to mention is it [13] refers to — what I forgot to mention was update [14] rate of ten milliseconds here, and the values [15] range between — I think in this particular case, [16] it's 10 to 40 milliseconds, which means what is [17] happening here is this calculation that I've shown [18] here, this instruction that goes out to the [19] control valve, it's not really continuous.

[20] It's not opening and closing a valve [21] on a water faucet. You open a bit and increase [22] and decrease it. It's not the way it works.

[23] Computers don't work that way. What [24] they do is they have to scan information. And

Page 654

[1] what they do, it's like polling — bad word these [2] days — but still, they have to scan around and [3] they actually, the computer will go and measure [4] pressure and temperature, then IGV position, and [5] it goes around and it makes all the calculations, [6] determines what the value should be, and then it [7] starts over again.

[8] And it does this continuously. In [9] fact, it does it from the moment the surge control [10] system or really when the engine is turned on, [11] when it's electrically turned on, it starts to do [12] it already.

[13] So it's doing it between 25, 25 and — [14] 25 and a hundred times a second, 25 and a [15] hundred times a second. It's making this [16] calculation continuously, and it does it all the [17] time.

[18] It never stops doing it. While the [19] engine is on, the electrical system is on, it does [20] it on a continual basis.

[21] Now, having said that, what it's [22] doing when it gets to a high flow condition, when [23] it gets to a high flow condition, this computation [24] continues, continues, but since there is no chance

Page 655

[1] for surge flow to occur, it doesn't bother to use [2] this information any longer, and says all we need [3] is a fixed value now, because it's a high flow.

[4] There is no chance for error, so we [5] generate — so we generate a fixed signal of some [6] kind that keeps the valve fully opened going to [7] the aircraft. That's, basically, what it does.

[8] **Q:** Okay. And can you explain —

[9] **MR. ZIEGLER:** Your Honor, can I [10] just ask Mr. Putnam to record on the record where [11] the witness was moving his hand when he said, when [12] it gets to high flow conditions in this [13] computation?

[14] **THE WITNESS:** I believe it was [15] the — what I was referring to, Mr. Ziegler, is [16] that the come —

[17] **BY MR. PUTNAM:**

[18] **Q:** Let me respond to Mr. Ziegler's issue, [19] which I'm happy to do, and then — because I think [20] his issue was for me, not for the witness, which [21] was for the record, when Mr. Muller made the [22] statement that Mr. Ziegler referred to, he was [23] referring to the blue or the purple and dark green [24] portions of what we have marked as Plaintiffs'

Page 656

[1] Exhibit 954.

[2] Now, let me ask you, Mr. Muller, to [3] tie that language in Claim 4d. Show the jury, [4] please, how adjusting the relationship between the [5] magnitude of said integral and proportional [6] control signals and the magnitude of said [7] parameter variations as a function of the position [8] of the inlet guide vanes.

[9] **A:** Basically what it says there is for [10] varying flow, as I interpret it for varying flow, [11] the determination of where the proportional [12] integral controllers will impact is a function of [13] the IGV position, which will determine — which [14] will determine the actual — the actual [15] relationship of the proportional and integral [16] controller as it relates to the flow parameter, [17] which is measured — which is another way [18] saying, a very long-winded way of saying it [19] determines — it basically — basically, adjusts [20] these values to accommodate for the fact that [21] there is a variation — that there is a part of [22] the flow control where it — there is no chance [23] for surge — part of the flow curve where there is [24] no chance for surge, and the lower part of the

Page 657

[1] flow curve, where there is the possibility of a [2] surge, referred to as high and low flow.

[3] **Q:** Is that a function of the position of [4] the inlet guide vanes?

[5] **A:** Yes, it is.

[6] **Q:** Where in the testimony is that shown?

[7] **A:** That's shown right here.

[8] **Q:** And for the record, you have up what [9] we've marked for identification as PTX 955; is [10] that right?

[11] **A:** Yes, it is.

[12] And your question, sir?

[13] **Q:** Where on PTX Exhibit 955 is the [14] position of the inlet guide vanes function in?

[15] **A:** This is shown here as the input, as [16] the input in determining in the overall function [17] and — it's used as part of the logic which [18] determines —

which determines when the — where [19] we are on this curve, high or low flow.

Okay. Let me now ask Mr. Schlaifer [21] put up all of Claim 4, and ask you now that we've [22] walked through each and every step, each and every [23] word of Claim 4 of Honeywell's '194 patent, is it [24] your opinion that Sundstrand's APS 3200 surge

Page 658

[1] control system literally infringes that patent?

[2] A: I believe so.

[3] Q: Now, let me turn to the Honeywell '893 [4] patent. And I think the pace will pick up a [5] little because a lot of the concepts will be [6] familiar.

[7] Let me ask Mr. Schlaifer to first [8] put up Claim 8 of the '893 patent.

[9] Okay. Again, we'll blow up the [10] language of the claims so that it's easier for the [11] jury to see as we go through it.

[12] I see here paragraphs where [13] Sundstrand admits yes, I also see paragraphs where [14] it says Sundstrand's expert admits yes. What's [15] that about?

[16] A: My understanding is that Sundstrand's [17] expert, in depositions that he participated in, [18] expressed a view that, in effect, admitted that [19] the — that particular section here, Claim [20] 8c, and Claim 8e, in fact, Sundstrand did infringe [21] on them per the expert's statements.

[22] Q: Okay. And when you refer to the [23] Sundstrand expert statement, you're referring to [24] Mr. Shinskey, is that right?

Page 659

[1] A: Yes.

[2] Q: Let me just, for the record, identify [3] Plaintiffs' Exhibit 873. I'm not going to ask you [4] any substantive questions other than: Is what's [5] in the chart that you recall in connection with [6] the admission that you just referred to?

[7] A: Yes, it is.

[8] Q: And was it your recollection — you were [9] at Mr. Shinskey's deposition; is that right?

[10] A: Yes, I was.

[11] Q: And was it your recollection that [12] Mr. Shinskey indicated that the parts of the [13] claims that were in bold type in this Exhibit 873 [14] were the ones he was contesting, and the parts of [15] the claim that were in standard type were the ones [ ] the conceded were present in the [ ] 00?

[17] A: That was my recollection, yes.

[18] Q: Okay. Let's walk through Claim 8, and as [19] I said, I think we'll be able to do it a little [20] bit more quickly, given that we have some similar [21] concepts. But we've got to do it step by step.

[22] Let me start with the top of Claim [23] 8, the first part of Claim 8 of the '893 patent. [24] I suppose I should ask you the overall question,

Page 660

[1] first.

[2] Q: Do you have an opinion as to whether [3] the APS 3200 surge control system infringes [4] Claim 8 of Honeywell's '893 patent?

[5] A: Yes, I do.

[6] Q: What is that opinion?

[7] A: I believe that in that particular — in [8] that particular — are you asking me of the [9] element or Claim 8?

[10] Q: Claim 8, yes.

[11] A: As far as the claim, I believe it's [12] equivalent — on the basis of equivalents, it does [13] infringe on — that Element 8 — that Sundstrand [14] infringes on Element 8, yes.

[15] Q: I got you tangled up there. Let me start [16] the question over again.

[17] A: Yes.

[18] Q: What is your opinion with regard to [19] Claim 8 of Honeywell's '893 patent and the [20] Sundstrand APS 3200?

[21] A: Well, my opinion is that Sundstrand, in [22] fact, infringes on Claim 8.

[23] Q: Is that infringement literal or under the [24] Doctrine of Equivalents?

Page 661

[1] A: On certain aspects, the literal basis, [2] and certain elements, it's based on equivalents.

[3] Q: Okay. With that background, let me now [4] walk us through each part of Claim 8.

[5] The top of Claim 8 reads, "a gas [6] turbine engine accessory power unit having a [7] fluctuating compressed air supply demand, said [8] accessory power unit comprising."

[9] That's one I note Sundstrand admits [10] yes to. Does the APS 3200 meet that part of [11] Claim 8, in your opinion?

[12] A: Yes, it does. And as indicated earlier, [13] this is the gas turbine portion. And the [14] compressed air supply, after having a fluctuating [15] compressed air supply depending on what the [16] aircraft is demanding.

[17] Q: The next part of Claim 8 which Sundstrand [18] also admits is "a compressor having adjustable inlet guide [19] vanes."

[20] Does the APS 3200 meet that part of [21] the claim?

[22] A: Yes, it does. They're shown here.

[23] Q: And for the record you have Honeywell PTX [24] 952 in front of the jury; is that correct?

Page 662

[1] A: That is correct.

[2] Q: The next part of Claim 8 reads, " duct [3] means for receiving compressed air discharged from [4] said compressor and supplying the received air to [5] the pneumatically-powered apparatus."

[6] Again, that's one that Sundstrand [7] admits. Can you show where on PTX 952 that is [8] indicated?

[9] A: Yes. This is the duct portion that that [10] refers to.

[11] Q: Okay. The next part of Claim 8 of the [12] '893 patent, Part C reads, "surge bleed means [13] operable to exhaust from said duct means a [14] selectively variable quantity of air to assure at [15] least a predetermined minimum flow rate through [16] said duct means and thereby prevent surge of said [17] compressor."

[18] Is that present in the APS 3200?

[19] A: Yes, it is.

[20] Q: Can you show where?

[21] A: It refers to the bleed control valve [22] which can divert flow back and forth between the [23] aircraft and the exhaust.

[24] Q: The next part of Claim 8 of Honeywell's

Page 663

[1] '893 patent reads, "sensing means or sensing the [2] value of a predetermined, flow-related parameter [3] within said duct means and generating an output [4] signal indicative of said value, said value of [5] said flow-related parameter being substantially [6] independent of the temperature of the compressed [7] air."

[8] Is that met in the Sundstrand [9] APS 3200?

[10] A: Yes, it is.

[11] Q: Can you explain why, please?

[12] A: At the — in the duct itself, if you [13] recall, I mentioned that they measure a pressure [14] at the discharge of the compressor itself, that is [15] measured in the duct portion of the compressor at [16] the discharge where the output — the discharge is [17] part of the duct of the compressor.

[18] And let's see. What more does it [19] say?

[20] Sensing means is the actual pressure [21] sensor, where there is a hole in the duct. So [22] there's a pressure device screwed into it, and [23] it's also in communication with whatever the air [24] is in the duct. And that's the sensing means, I

Page 664

[1] believe, that that's referred to.