# 2001 Trial Transcripts Part 3

Case 1:99-cv-00309-GMS   Document 421-11   Filed 05/01/2006   Page 1 of 13

[2] For sensing a value of predetermined [3] flow-related parameter within said duct means, [4] that sensing value is used in the flow parameter, [5] which I showed you earlier, that sensing means [6] refers to this value here, this is the pressure [7] means value for the generation of this term, which [8] is a function of flow.

[9] Q: Let me just stop you, this value here, [10] you're referring to PS on —

[11] A: It's on PTX 954.

[12] Q: And then this value here, which was a [13] function of flow, you were circling the DELPQP?

[14] A: That's correct. I'm sorry if I went a [15] bit too fast there.

[16] Q: No. I want to make sure the court [17] reporters have a record of what's happening.

[18] A: Yes. I was referring to what is called [19] DELPQP which is a — which is a value which is [20] generated from delta P divided by PS, the [21] discharge pressure measured, which is referred to [22] here as a sensing means.

[23] Q: Okay. And the last part of Claim D, [24] Part D of Claim 8 says "said value of said

Page 665

[1] flow-related parameter being substantially [2] independent of the temperature of the compressed [3] air.

[4] Is that part also met by the APS [5] 3200?

[6] A: Yes, the value of the pressure measured [7] here — sorry. The value, the value of the [8] pressure measured here is independent of [9] temperature.

[10] Q: And when you say "here", you're pointing [11] to what I think you have identified as the duct [12] flow, the bleed control valve on PTX 952?

[13] A: Yes, it's the general area around the [14] discharge of the compressor.

[15] Q: Okay. The next part of Claim 8 reads, [16] "compare for means for receiving said sensing [17] means output signal and generating an error signal [18] representing the difference between the incensed [19] value of said parameter and a desired value [20] thereof, said comparator means having an [21] adjustable control set point representing said [22] desired value of said parameter."

[23] A: Yes.

[24] Q: Is that met by the APS 3200?

Page 666

[1] A: Yes, it is. And this is the comparator [2] that it's referring to in this particular case. [3] And what it's measuring here is the said [4] parameter, I believe is the flow parameter, and it [5] is comparing it against the point here and — and [6] this is — and this is where the comparing [7] function occurs.

[8] Q: I think on the demonstrative we have left [9] off one word. The word parameter was in the end [10] of the claim.

[11] A: Yes.

[12] Q: I take it the said parameter is the rest [13] of Claim E?

[14] A: As I recall, that was the same set [15] parameter as said earlier in that sentence, yes.

[16] Q: The text part of Claim 8 reads, " means [17] for transmitting to said comparator means a reset [18] signal for varying said set point as a function of [19] the position of said inlet guide vanes in [20] accordance with a predetermined reset schedule."

[21] Let me ask you if you believe that [22] part of Claim 8 is met either literally or [23] equivalently by the APS 3200 surge control system?

[24] A: I believe that's met equivalently.

Page 667

[1] Q: Okay. And can you explain to the jury [2] the basis for that opinion?

[3] A: Well, it says means for transmitting to [4] said comparator a reset signal for varying said [5] set point as a function of the position of said [6] inlet guide vanes.

[7] Well, a means is a device which is [8] mounted right on the inlet guide vane and as it [9] rotates, it generates a value which is a [10] percentage of it opening and closing. And that's [11] what it refers to as the means.

[12] And then a means for transmitting [13] said comparator means for a said — I'm sorry. I [14] should speak more slowly. And that value is then [15] in turn — and that inlet vane, vane position is [16] then, in turn — then, in turn, is used in this [17] equivalent comparator for setting a high or low [18] flow.

[19] Q: When you say this equivalent comparator, [20] you're referring to the BLDSEL thing?

[21] A: Referring to the area just prior, the [22] actual generation, the actual item which generates [23] the BLD select signal.

[24] Q: Let me ask you, in your opinion, what is

Page 668

[1] the function being served in Claim 8 of the '893 [2] patent by the claim term of means for transmitting [3] to said comparator means a reset signal, et [4] cetera?

[5] What's the function of Part F of [6] Claim 8?

[7] A: Well, I believe I might have mentioned [8] that earlier. If I didn't, I thought I had.

[9] It was the actual — I believe it [10] was the generation of the signal that — means [11] are the — the means are actual device on the [12] IGV, which is — that is the means for [13] transmitting the value to the said comparator, [14] yes.

[15] Q: Okay. Let me ask you to take a step back [16] and ask what is the function that is being served [17] in the patented system by Step 8 of Claim 8 of [18] the — Step F of Claim 8 of the '893 patent?

[19] A: What it serves to do is to determine, is [20] to establish for the surge control system and tell [21] it when it's in high or low flow.

[22] Q: Okay. And what is the function in the [23] APS 3200 of the measurement?

[24] A: The function in the APS 3200 of the

Page 669

[1] measurement is to determine — is to — it [2] utilizes this information to — in relationship — [3] in order to tell the surge control system, to tell [4] the surge control system when — when — in order [5] as part of the surge control to tell it when it is [6] operating in high flow, and when it is operating [7] in low flow.

[8] Q: And what is the way that the patent — [9] Claim 8f, what is the way that it us that [10] information to serve that function?

[11] A: It uses the function to make a [12] determination — that's how you — which then is [13] used in — it goes back to our earlier chart.

[14] Q: And you're putting up now PTX 953?

[15] A: Yes, I believe that's what it is.

[16] This goes back to what we talked [17] about earlier, where basically the actual, the [18] actual flow and the generation of this BCV control [19] signal, the IGV position is then used to actually [20] determine, as I just indicated, when it's in high [21] or low flow, which eventually generates the actual [22] control signal for the bleed control valve.

[23] Q: What is the result of the patents used [24] in Claim F of the inlet guide vane position?

Page 670

[1] A: It is used in the control of the surge [2] control system.

[3] Q: Do you have an opinion as to whether the [4] function, way and result of Claim 8f is identical [5] to the function, way and result of the use of the [6] inlet guide vane position in the APS 3200 surge [7] control system?

[8] A: Yes.

[9] Q: And what is that opinion?

[10] **A:** Yeah, I believe it's equivalent to it.
[11] Yes.

[12] **Q:** Now, let me ask you to go to the [13] part of Claim 8, or to put up — [14] I guess we have got two parts left that Sundstrand admits.

[15] The next one is "control means for [16] receiving said error signal and transmitting to [17] said surge bleed means a control signal to operate [18] said surge bleed means, the magnitude of said [19] control signal having, relative to the magnitude [20] of said error signal, a proportional component and [21] an integral component."

[22] Is that met in the APS 3200?

[23] **A:** Yes. Yes it is.

[24] And it's met in this chart again,

Page 671

[1] working it through item by item. We refer, again, [2] to the pressure value, the flow parameter value, [3] which compares it against a set point which [4] generates an error. There is an error signal [5] indicated here which then — and then it goes [6] through the proportional and integral controller, [7] which eventually results in the control of the [8] bleed control valve.

[9] **Q:** Okay. And the final part of Claim 8 of the '893 patent reads, "whereby minimum flow [11] rate through said means is essentially [12] constant regardless of the compressed air supply [13] demand of the pneumatically-powered apparatus."

[14] Can I ask you whether that is [15] present in the APS 3200 surge control system?

[16] **A:** Yes, it is.

[17] **Q:** Can you show where that is present?

[18] **A:** As in other claims, it's present in this [19] portion here, where the minimum no rate is [20] maintained by use of this valve to — by [21] altered — by moving the air to the aircraft and [22] to the exhaust in equal portions that are such [23] that you maintain a constant flow going through [24] the compressor.

Page 672

[1] **MR. PUTNAM:** And let me ask [2] Mr. Schlaifer to turn to all of Claim 8.

[3] BY MR. PUTNAM:

[4] **Q:** Now that we've gone through each part of [5] Claim 8, do you have — let me just ask you again [6] to state your opinion on whether Claim 8 of [7] Honeywell's '893 patent is met by the [8] and APS 3200 surge control system?

[9] **A:** Yes.

[10] **Q:** Now, let me turn to the next claim, which [11] is in dispute in this case, and that is Claim 10 [12] of the '893 patent.

[13] Claim 10 looks to be a little bit [14] shorter than Claim 8, because as the jury would [15] see if they looked at the actual patents in the [16] book, this is the full length of Claim 10.

[17] Claim 10 reads, "the accessory power [18] unit of Claim 8 wherein said control means include [19] parallel proportional and integral controllers [20] coupled to a summer having an outlet connected to [21] said surge bleed means."

[22] First of all let me ask you about [23] the form of the claim there. There is a reference [24] at the start of Claim 10 to Claim 8. What's that

Page 673

[1] about?

[2] **A:** Well, what I understand that to mean is [3] that Claim 10, everything in Claim 8 is — Claim 8 [4] is part of Claim 10.

[5] **Q:** So is it your understanding that [6] Claim 8 — Claim 10 includes everything in Claim 8 [7] and then an additional element?

[8] **A:** Yes.

[9] **Q:** And I think there may have been a [10] reference to something earlier called a dependent [11] patent claim.

[12] Is it your understanding that [13] Claim 10 is an example of a dependent patent [14] claim?

[15] **A:** That's what I understand.

[16] **Q:** And just for the terminology, it is [17] dependent on Claim 8; is that your understanding?

[18] **A:** That's what that term implies.

[19] **Q:** Now, we already did Claim 8, so I just [20] want to focus here on your opinion on Claim 8 [21] itself.

[22] Let me just focus here on the new [23] material that is added by Claim 10, which is, [24] "wherein said control means include parallel

Page 674

[1] proportional and integral controllers coupled to a [2] summer having an outlet connected to said surge [3] bleed means."

[4] Is that present on the APS 3200?

[5] **A:** Yes, it is.

[6] **Q:** And can you show the jury where that's [7] present?

[8] **A:** It's present here and here. I believe [9] the difference earlier is that it referred to [10] these individually, and here it's basically saying [11] that they are coupled in parallel, which is what [12] these black lines are showing, which then goes to [13] a summer, where they are sum, and that generates [14] the surge, the surge bleed means which is shown [15] here.

[16] **Q:** Okay. The next part of Claim 10 —

I'm [17] sorry, the next patent claim at issue is Claim 11 [18] of Honeywell's '893 patent. And let me ask [19] Mr. Schlaifer to put that up on the board.

[20] Claim 11 of the '893 patent reads, [21] "the accessory power unit of Claim 8 wherein said [22] sensing means include at least one [23] pressure-to-electric transducer, and said [24] comparator means and said control means comprise

Page 675

[1] electronic components."

[2] Again, this is a — let me ask you [3] this question. In your opinion, is this claim met [4] by the APS 3200 surge control system?

[5] **A:** Yes, it is.

[6] **Q:** Again, it's dependent on Claim 8; is that [7] your understanding?

[8] **A:** That's my understanding as before.

[9] **Q:** And we've already dealt with your opinion [10] on Claim 8, and its infringement, so let me [11] address the new part added by Claim 11.

[12] The new part added by Claim 11 reads, [13] "wherein said sensing means include at least one [14] pressure-to-electric transducer and said [15] comparator means and said control means comprise [16] electronic components."

[17] Why is that present in the APS 3200?

[18] **A:** Well, as indicated earlier, the pressure [19] sensors, the pressure sensor is actually a devised [20] which is screwed into the duct itself, the [21] discharge as one example, where it takes the [22] pressure reading.

[23] It then converts that pressure [24] reading into an electrical signal which can be

Page 676

[1] used within the computer, because computers can [2] only use electrical signal. So that's one example [3] of it.

[4] And as far as the remainder of it, [5] this as I indicated before, all of this is done [6] electronically. And in fact, the actual document [7] itself is referred to as — make sure I get the [8] terminology right, the electrical control box.

[9] **Q:** Okay. That takes care of Claim 11 of [10] Honeywell's '893 patent.

[11] We have two patent claims left that [12] are at issue, Claims 19 and 23. I wonder, Your [13] Honor, if I could have a brief side-bar with you [14] before we proceed to those claim terms.

[15] (Beginning of side-bar conference.)

Page 677

[1] **MR. PUTNAM:** Your Honor, [2] Mr. Muller, the reason for the side-bar, I [3] apologize for this, is to see if we can take the [4] lunch break fifteen minutes ear-

lier.

[5] Mr. Muller has been on his feet all [6] day. I don't know if he's hypoglycemic. When we [7] have been working with him, we have to feed him [8] lunch early because he starts losing energy. It's [9] important stuff, so with your permission, I would [10] like to end fifteen minutes early.

[11] (Conclusion of side-bar conference.)

[12] THE COURT: We're going to take our [13] luncheon recess a bit early today. We will break [14] now and return at two p.m.

[15] See you then.

[16] MR. PUTNAM: Thank you, Your [17] Honor.

[18] (A brief recess was taken.)

[19] THE COURT: Counsel please be [20] seated.

[21] MR. KRUPKA: Your Honor, two [22] housekeeping matters that I just wanted to mention [23] to the Court before you reviewed some things over [24] the lunch hour.

Page 678

[1] In view of Your Honor's ruling this [2] morning with respect to the deposition [3] designations that we were hoping to read later [4] this afternoon, about which there is still some [5] dispute, I just wanted to mention that I believe [6] it's true that Mr. Van Santen, who is one of the [7] deposition designations in dispute, will be a live [8] witness.

[9] THE COURT: Well, I'm glad you [10] raised that issue because I had intended to [11] address the substance of the letters of February [12] 6th.

[13] MR. KRUPKA: Okay.

[14] MR. ZIEGLER: Just before you rely [15] on what Mr. Krupka said —

[16] THE COURT: Whether he is or whether [17] he's not, it doesn't matter.

[18] MR. ZIEGLER: Okay.

[19] THE COURT: What the Court has [20] before it are Honeywell's objections to [21] Sundstrand's objections to certain deposition [22] designations. And I guess what I'm going to do is [23] sustain Honeywell's objections to the objections.

[24] MR. KRUPKA: Thank you, Your Honor.

Page 679

[1] THE COURT: As a matter of form. [2] There will be — it is the core's [3] view that these are issues of weight, and not [4] questions of admissibility. And that you, [5] Hamilton, have ample opportunity through argument [6] and cross-examination to refute the contentions, [7] direct or indirect, that Hamilton seeks to have [8] the inferences that Hamilton seeks to have drawn [9] specifically, for instance, through the testimony [10] of the designations of Mr. Van Santen.

[11] And that's the Court's ruling.

[12] MR. KRUPKA: Your Honor, just one [13] other point of clarification. Since this is my [14] first trial before this Court, I just want to make [15] sure that I am complying with the Court's wishes [16] with respect to how things are conducted.

[17] It was my understanding that one [18] lawyer deals with each witness, one lawyer for [19] each side, and that we don't have a tag team. I [20] was a little surprised to hear Mr. Ziegler [21] interpose an objection during Mr. Muller's [22] testimony, because I had thought that it was [23] Mr. Herrington who had made previous objections.

[24] And I just would like to have a

Page 680

[1] clarification to that for future reference.

[2] THE COURT: That's a fair point and [3] that is a point that we didn't go over earlier, so [4] there was nothing improper that was done. It is [5] the Court's preference that one lawyer handle a [6] witness.

[7] MR. ZIEGLER: Your Honor, just to [8] explain, I actually didn't object, I simply asked [9] that the record be clarified to show where the [10] witness had put his hand on the chart.

[11] Mr. Herrington was seated at the [12] counsel table, only I was standing to the side and [13] saw what was going on.

[14] THE COURT: I think your opponent [15] took it as objection, I understand the [16] clarification, I hope the clarification has she [17] had.

[18] MR. KRUPKA: Thank you, Your Honor.

[19] THE COURT: Anything else we need to [20] discuss before we adjourn to take lunch?

[21] MR. KRUPKA: I don't think so, Your [22] Honor.

[23] THE COURT: See you back at 2:00.

[24] (A brief recess was taken.)

Page 681

[1] THE COURT: Good afternoon.

[2] MR. KRUPKA: Good afternoon.

[3] THE COURT: We're ready.

[4] MR. KRUPKA: Your Honor, if I may [5] just hand to Ms. Preston some additions to the [6] juror notebook that will be necessary before the [7] depositions are shown. There is two — there is [8] request for admissions that Exhibit 2.

[9] (Jury entering the courtroom at [10] 2:00 p.m.)

[11] THE COURT: Good afternoon, members [12] of the jury. Are you all ready to go? Okay.

[13] THE CLERK: Mr. Muller, you're still under oath. You may resume stand.

[15] THE COURT: Mr. Putnam.

[16] MR. PUTNAM: Thank you, Your [17] Honor.

[18] BY MR. PUTNAM:

[19] Q: Mr. Muller, why don't you stay off the [20] stand because I think we are going to do a little [21] bit more of what we were doing.

[22] Before lunch we went through your [23] opinions on literal infringement of Claim 4 of the [24] '194 patent and infringement under the doctrine

Page 682

[1] of equivalence on Claims 8, 10 and 11 of the '893 [2] patent and that left two patent claims that are at [3] issue in this case that we didn't have a chance to [4] go through, through lunch.

[5] I think we'll see some familiar [6] concepts. I don't know how long it will take, but [7] we need to go through those.

[8] Let me ask you about Claim 19 of the [9] '893 patent and ask Mr. Schlaifer to put it up.

[10] Mr. Muller, have you formed an [11] opinion on whether the surge control [12] system used by the APS 3200 fringes claim 19 of the '893 [13] patent?

[14] A: Yes, I have.

[15] Q: And what is that opinion?

[16] A: And that opinion is that it does [17] infringe, yes.

[18] Q: And is that infringement literal or under [19] the doctrine of equivalence in your view for this [20] claim 19?

[21] A: I believe it's under the doctrine of [22] equivalence.

[23] Q: Again, let me ask you to walk through [24] each step of the claim, starting with the first

Page 683

[1] part. And the first part of claim 19 reads, "A [2] control system for assuring a substantially [3] constant minimum flow rate through a duct [4] receiving air discharged from a compressor or the [5] like having adjustable inlet guide vanes.

[6] Why don't you put up whatever chart [7] you want to.

[8] A: I'm putting up Honeywell PTX 952.

[9] Q: And can you — I take it from your [10] earlier answer that you believe that the 3200 does [11] meet this part of Claim 19; is that correct?

[12] A: Yes, it does.

[13] Q: And can you show where that is,

please?

[14] **A:** As in the prior case as similarly, the actual constant minimum flow is ...ined at the [16] discharge of the ... compressor.

[17] The duct receiving is what is shown [18] here, has been shown throughout receiving air [19] discharged from a compressor or the like having [20] adjustable inlet guide vanes and that refers to [21] this compressor which was adjustable guide vanes.

[22] **Q:** The next part of claim 19 of the '893 [23] patent reads, "The duct having a supply outlet [24] connect to do a pneumatically-operated apparatus

### Page 684

[1] having a variable supply air demand, the duct [2] further having an exhaust outlet, said control [3] system comprising."

[4] Is that part present in the APS [5] 3200?

[6] **A:** Yes, it is.

[7] **Q:** Can you tell the jury, please?

[8] **A:** Yes. The duct it's referring to is here [9] of course which we did previously, which is the [10] duct having the supply outlet connected to a [11] pneumatically operated apparatus having a v...le [12] supply air demand, that ...hg to the aircraft [13] environ...tal control system.

[14] The duct further having an exhaust [15] outlet which generally constitutes this portion as [16] well.

[17] **Q:** Okay. The next part of Claim 19 of the [18] '893 patent, I see is one that Sundstrand expert [19] admits yeses on is, "A flow regulating device [20] adapted to be positioned enter the exhaust outlet [21] and operable to selectively vary air flow [22] outwardly there through." Is that present in the [23] claim?

[24] **A:** Yes.

### Page 685

[1] **Q:** The next part of claim 19 reads, "a [2] sensing device having a sensing portion adapted to [3] be positioned in the duct to sense therein a [4] predetermined parameter related to the air flow [5] rate through the duct, said sensing device further [6] having an output portion."

[7] Is that present in the APS 3200?

[8] **A:** Yes, it is.

[9] **Q:** Can you show where, please, it is?

[10] **A:** As I indicated earlier, in the discharge [11] portion of the compressor ... pressure sensor [12] is utilized in ... measure a parameter, which [13] is associated with the flow rate.

[14] **Q:** Okay. The next portion of Claim 19 [15] reads, "An adjustable set point comparator having [16] an input portion couple to said output portion of [17] said sensing device, and an outlet adapted to [18] generate an error signal."

[19] Is that present in the APS 3200 [20] system?

[21] **A:** Yes, it is. And that's illustrated on [22] Honeywell PTX 954. Let's just go through that a [23] moment. An adjustable set point comparator which [24] refers to this, this signifies a comparator.

### Page 686

[1] The adjustable set point arrives [2] from SRGSPT, coupled to output portion of said [3] sensing device, this is the output portion of the [4] said sensing device which is the change in [5] pressure over pressure which measures flow and an [6] outlet adapted to generate an error signal, and [7] here is the error signal emanating from the [8] comparator.

[9] **Q:** The next portion reads, a proportional [10] controller having an inlet coupled to said output [11] of said comparator and further having an outlet."

[12] Is that present in the APS 3200?

[13] **A:** Yes. And all that is saying is that [14] continuing on, that this connects to the [15] proportional controller and that in turn has an [16] outlet as well, it comes out through here.

[17] **Q:** Okay. The next part of Claim 19 of the [18] '893 patent reads, "An integral controller having [19] an inlet coupled to said outlet of said comparator [20] and further having an outlet."

[21] Is that present in the APS 3200?

[22] **A:** Yes, it is. It is in the same way that [23] the proportional controller was the integral [24] controller, also has the inlet coupled to the set

### Page 687

[1] comparator, and it also has an outlet as well.

[2] **Q:** Okay. The next part of Claim 19 of the [3] '893 patent, part F says, "A summer having a [4] first inlet coupled to said outlet of said [5] proportional controller, a second inlet coupled to [6] said outlet of said integral controller, and an [7] outlet coupled to said flow regulating device."

[8] Is that present in the APS 3200?

[9] **A:** Yes, it is.

[10] **Q:** Can you show the jury where it is?

[11] **A:** And that basically completes the thought [12] of where the outlet here, the outlet from the [13] integral controller and the outlet from the [14] proportional controller complete a summer, sums [15] both signals to generate one signal and that's [16] what "coupled" really means.

[17] And then it goes off to direct the [18] flow regulating device which is the signal [19] generated here, this is the BCVCTL. It's a signal [20] that goes to the bleed control valve to regulate [21] it.

[22] **Q:** The final part of Claim 19 of the '893 [23] patent reads, "A guide vane position sensor and a [24] function generator coupled in series between the

### Page 688

[1] inlet guide vanes and said input portion of said [2] comparator."

[3] In your opinion, is that portion of [4] Claim 19 present in the APS 3200?

[5] **A:** Yes, it is.

[6] **Q:** And is it your opinion that that is [7] literally present or present by the doctrine of [8] equivalence?

[9] **A:** I believe it's present by the doctrine [10] of equivalence.

[11] **Q:** Can you show, please, the jury, the basis [12] for that belief, that opinion?

[13] **A:** I'm placing Honeywell PTX 955 up for [14] illustration.

[15] And basically here this is [16] illustrated by the measurement of the IGV [17] position, the guide vane position sensor is here. [18] This is the function generator that it goes [19] through, and it's between inlet guide vanes and [20] the inlet portion to a said comparator and here is [21] the said comparator.

[22] **Q:** What is the function that is being served [23] by the guide vane position sensor and the rest of [24] clause G of Claim 19 of the '893 patent?

### Page 689

[1] **A:** The function is to identify a guide vane [2] position in order to help in the control of the [3] surge control system.

[4] **Q:** What is the function of the inlet guide [5] vane position sensor and the other elements that [6] you've identified to the chart that we've labeled [7] plaintiffs Exhibit 955?

[8] **A:** The purpose here is to measure the guide [9] vane position in order to help to, as input to the [10] surge control system.

[11] **Q:** What is the way in which the sensor in [12] Claim 19 G works?

[13] **A:** The sensor in 19 G, the sensor, the [14] sensor on the — the sensor on the Honeywell — [15] I'm sorry, the sensor on the patent. — The [16] sensor on the patent refers to a device which [17] I've referred to earlier which is at the end of [18] the inlet guide vane which measures the position [19] and generates a signal which is relative to the [20] position of the guide vane.

[21] **Q:** Okay. And how does the guide vane [22] position sensor and the other elements in the APS [23] 3200 work? What is the way in which they work in [24] the APS 3200?

Page 690

[1] **A:** On the APS 3200, the vane position is [2] measured in the same way. As the vane position [3] moves, there is a device which determines its [4] position and generates a signal proportional to [5] the signal of the guide vane.

[6] **Q:** And what's the result in the patent of [7] the use of this guide vane position sensor that's [8] called out in Claim 19 G?

[9] **A:** The — it is used in the operation of the [10] surge control system.

[11] **Q:** Okay. And what's the result of the guide [12] vane position sensor that is shown in the Hamilton [13] Sundstrand APS 3200 system?

[14] **A:** It's the same thing, the value of the IGV [15] position is used in the proper operation of the [16] surge control system.

[17] **Q:** Mr. Schlaifer if you can go to the final [18] screen on Claim 19. Now, that we've gone through [19] all of Claim 19, let me ask you for the record to [20] restate, now that we've seen it all, what is your [21] opinion on whether the Hamilton Sundstrand APS [22] 3200 infringes Claim 19 of the '893 patent?

[23] **A:** I believe it does infringe.

[24] **Q:** Finally for the patent claims, let me

Page 691

[1] turn to Claim 23 of the '893 patent. A welcomed [2] relief in terms of its length. It says "The [3] control system of Claim 19 wherein said control [4] system is electronic."

[5] First of all, is this another one of [6] those dependent claims that we saw earlier?

[7] **A:** Yes, as I indicated earlier, this is [8] another dependent claim.

[9] **Q:** So I think what you said earlier was this [10] incorporates all of the limitations, all of the [11] different elements of Claim 19 that we were just [12] looking at and then adds one additional element; [13] correct?

[14] **A:** Yes. The same thing is done here as was [15] done in the former claims wherein there was a [16] dependent claim based on a claim that was [17] mentioned in the actual claim itself.

[18] **Q:** Okay. Well, we've already covered all [19] the parts of Claim 19, that's what we just did. [20] Let me ask you about this new part added by claim [21] 23. Wherein said control system is electronic. [22] Is that met by the APS 3200?

[23] **A:** Yes, it certainly is. The entire [24] operation of the APS 3200 is based on electronic.

Page 692

[1] instruments, or concepts, concepts and logics and [2] devices.

[3] **Q:** I'm now taking you through your opinions [4] on doctrine of equivalence under the '893 patent. [5] I want to return, if I can, to Claim 4 of the '194 [6] patent.

[7] And you previously testified to your [8] opinion that Claim 4 of the '194 patent was [9] literally infringed; is that correct?

[10] **A:** That's correct.

[11] **Q:** All right. Now, let me ask you this [12] question, Mr. Muller. If it was determined that [13] Clause D of Claim 4, if this clause, Clause D, was [14] not literally present in the APS 3200, would you [15] have an opinion as to whether this clause, this [16] part was present by the doctrine of equivalence in [17] the APS 3200?

[18] **A:** Well, as I said, yes, the answer — yes, [19] I would.

[20] **Q:** And what would the opinion be, sir?

[21] **A:** And my opinion would be as it was [22] formally, that if I believe that this was in fact [23] a literal infringement, and for some reason it [24] should be shown not to satisfy the strict, the

Page 693

[1] strict interpretation of what a — an allege [2] infringement is, by my logic, by my reasoning it [3] would certainly infringe on the basis of [4] equivalence.

[5] **Q:** What is the function of this adjustment, [6] just of the relationship that is called out in [7] Clause D of Claim 4 of the patent?

[8] **A:** The function of that is to aid in the [9] operation, is to allow the proper operation of the [10] surge control system.

[11] **Q:** Okay. And what is the function of the [12] relationship between the control signals and the [13] parameter variations as a function of the guide [14] vane positions in the APS 3200?

[15] **A:** The function there is in order to [16] establish if the APS 3200 is operating under a [17] high flow condition or a low flow condition.

[18] **Q:** And what is the way in which the APS 32 [19] — what is the way in which Claim 4 of the '194 [20] patent adjusts that relationship?

[21] **A:** It adjusts that relationship as was [22] formally shown — it adjusts — the relationship, [23] this relationship here, this relationship here, [24] which is the proportional and the integral

Page 694

[1] portion, this relationship here, is adjusted by [2] the IGV position in such a way that it determines [3] — that that it determines — it determines if the [4] compressor is operating under high or low flow [5] condition.

[6] **Q:** And what is the result of the adjustment [7] of the relationship of magnitudes set forth in [8] Claim 4 D the '194 patent?

[9] **A:** The result of it is to, as I said [10] earlier, basically, it's to allow the surge [11] control system to properly operate from the [12] standpoint of that it provides it with an ability [13] to control the — to control the compressor when [14] it is operating in an area where surge is [15] possible, and also at the same time when the [16] compressor is in a high flow rate, at the help in [17] determining when it's in the high flow regime [18] where no surge is possible.

[19] **Q:** Is that the same result as occurs at the [20] APS 3200 surge control system?

[21] **A:** Yes.

[22] **Q:** Thank you. Why don't you go ahead and [23] resume the stand now. And I guess just let me ask [24] the final question having gone through that. —

Page 695

[1] Why don't you resume the stand.

[2] So in summary, is it your opinion [3] that to the extent that it's determined that Claim [4] 4 of the '194 patent is not literally infringed [5] that there wou' still be infringement under the [6] doc ine of equivalence?

[7] **A:** Yes, for the reasons I cited earlier.

[8] **Q:** Thank you.

[9] There has been some mention of this [10] issue of temperature. Does the APS 3200 measure [11] temperature?

[12] **A:** Yes, it measures temperature among the [13] whole series of other measurements such as [14] pressure, IGV and so on.

[15] **Q:** Does that measurement affect your opinion [16] as to whether there is infringement of the [17] Honeywell patent as we've just gone through?

[18] **A:** No.

[19] **Q:** Why not?

[20] **A:** Well, because the Honeywell patent, and [21] the APS 3200 both, or the APS 3200 measures the [22] same things that are measured by the Honeywell [23] patent. The fact that it may measure other things [24] as well is perfectly — is perfectly reasonable,

Page 696

[1] but as long as it measures the same things as are [2] measured in the Ho eywell patent, my understanding [3] that that means, in fact, it is infringing.

[4] **MR. PUTNAM:** Thank you, Your [5] Honor. No further questions.

[6] **THE COURT:** Mr. Herrington, you may

[7] cross-examine.

[8] MR. HERRINGTON: Thank you, Your Honor. Could we have the Claim 4 [9] right back up [10] that Mr. Muller was [11] talking about?

[11] Your Honor, if I may ask Mr. Muller [12] to step down so we can review some of these charts [13] that we have been looking at.

[14] THE COURT: Certainly.

[15] MR. HERRINGTON: Thank you.

[16] MR. PUTNAM: Your Honor, do you [17] mind if I stand back there in order to see?

[18] THE COURT: That's fine.

[19] MR. PUTNAM: If Your Honor doesn't [20] mind, I suspect Mr. Herrington won't mind.

[21] MR. HERRINGTON: Not at all [22] CROSS-EXAMINATION [23] BY MR. HERRINGTON:

[24] Q: So, Mr. Muller, you understand that

Page 697

[1] element D requires adjusting the relationship [2] between the magnitude of said integral and [3] proportional control signals and the magnitude of [4] said proportional control signals as a management [5] function of the inlet vanes?
Yes.

[7] Q: You said that occurs in the 3200 in that [8] in the guide vane position affects whether this [9] bleed select signal is zero or one?

[10] A: That's right.

[11] Q: So is it the switching between zero and [12] one that adjusts the relationship between the [13] magnitudes of said integral and proportional [14] control signals and the magnitudes of said [15] parameter variations?

[16] A: That's not the way I think of it. The [17] way I think of it is that it is basically what [18] is being done here, is that the proportional and [19] integral control signals are being continuously [20] generated. And they get generated regardless if [21] the compressor is in high or low flow.

[22] But where the IGV position is used [23] here is that because of the characteristics of the [24] APS 3200, it has an additional step, and — what

Page 698

[1] it does is it establishes a fixed position for [2] the bleed control valve under a low condition.

[3] Nevertheless, the proportional — [4] and the proportional integral control signals [5] continue to be generated but now what you have [6] done is you have changed the magnitudes of those [7] as

far as the surge control system is as [8] established by the position of the IGV's.

[9] Q: In your understanding, the test that uses [10] IGV position changes the magnitudes of the PI [11] signal?

[12] A: As far as the surge control system [13] operates and as far as I understand it.

[14] Q: So it has a different magnitude depending [15] on the IGV position?

[16] A: As far as the bleed control valve is [17] concerned, yes.

[18] Q: And that's the understanding of the facts [19] that you have been using in doing your analysis?

[20] A: The explanation I just gave I think is [21] consistent with what I have said throughout the [22] morning and part of this afternoon.

[23] Q: Very good.

[24] Now, Mr. Muller, again, IGV position

Page 699

[1] has an affect on whether this bleed select signal [2] is zero or one; is that correct?

[3] A: Yes, that's correct.

[4] Q: And all of the things you've said about [5] what happens in the 3200 with respect to IGV [6] position and how it satisfies the patent claims, [7] that goes to IGV position changing the signal [8] between zero and one?

[9] A: No. It actually has to do with the fact [10] that as far as the proportional and integral, the [11] magnitude of those and as they impact on the bleed [12] control valve. So all I'm saying is that the IGV [13] position controls, has direct impact on the bleed [14] control valve by modifying the magnitudes of the [15] proportional and integral controls.

[16] Q: Which way does it modify them, does it [17] make them bigger or smaller?

[18] A: No, as I said earlier, the value [19] continues but what it does do is it imposes a [20] fixed value, a high flow because of the [21] characteristics that, the characteristics of this [22] compressor, so it has an additional — it has an [23] additional capability in order to set the bleed [24] control valve open so that all the flow goes to

Page 700

[1] the aircraft.

[2] Q: And Mr. Muller, does IGV position [3] determine or switch bleed select signal from zero [4] to one or from one to zero?

[5] A: What it does is it establishes a value of [6] zero or one, which is used in the determination of [7] that fixed value to keep the bleed control open, [8] even though during the entire time the [9] proportional and integral control signals

are [10] generated and primarily going along.

[11] Q: Does it switch the value from zero to [12] one?

[13] A: It doesn't switch the value, as I [14] understand it that value continues but what it [15] does is it imposes a fixed value on the control [16] bleed value as the signals continue to be [17] generated.

[18] Q: What I'm asking is, the effect on this [19] red line will not effect, the effect of this red [20] line to BCVCTL is whether it's zero or one?

[21] A: This BCVCTL continues to function and [22] operate. What this determines is if there is an [23] additional set value, fixed value which is used to [24] generate, I know I think it's a ten volt signal,

Page 701

[1] which then goes to the bleed control valve and [2] fixes it open to keep it in this high flow [3] position so that it does not because of the [4] compressor characteristics, the flow [5] characteristics of this compressor.

[6] So it does not mistakenly identify [7] that it finds itself in a low flow condition.

[8] Q: That's a function of whether this bleed [9] select value is zero or one?

[10] A: This value of zero or one is used in [11] determining if the fixed value is to be imposed.

[12] MR. HERRINGTON: My colleague [13] suggested a microphone so that I could be heard. [14] Is there one available?

[15] Q: Stepping back, Mr. Muller, what is the [16] event that adjusts the relationship between the [17] magnitudes of said integral and proportional [18] control signals and the magnitudes of said [19] parameter variations as a function of the position [20] of the inlet guide vanes?

[21] A: I'll wait until you put — it's not fair [22] to answer a question before you are properly mic'd [23] up.

[24] Q: Thank you.

Page 702

[1] Please.

[2] A: As I've said, as I said formally, the [3] value is used for setting the — for invoking a [4] fixed value that will fix the bleed control valve [5] open to make sure it stays under high flow. So [6] the actual surge control system, the BCVCTL signal [7] continues, and it's also available but it effects [8] it because it imposes another value so it's [9] modified in that fashion.

[10] Q: Let me show you another chart. Let me [11] reask the question because I'm not sure you [12] addressed it. What event is it, how do you know [13] that there has been an adjustment between the [14] magnitudes of the integral and

proportional [15] control signals and the magnitudes of the [16] parameter variation signals?

[17] A: How do we know that? In this particular [18] logic, the IGV position among these other measured [19] values generate, generate information which is [20] then used to determine, which is used to determine [21] if the compressor is in high or low flow.

[22] This is going on in parallel with [23] the operation of the proportional and integral [24] controls which operated throughout. And so this

Page 703

[1] is also marching along and making that measurement [2] continuously.

[3] I should also mention, I'm glad you [4] brought up that point because when you are in high [5] flow the proportional and integral controllers [6] continue to operate and measure and continue in [7] fact to function and stay available throughout [8] because since surge and flow can change so during [9] that time automatically on these compressors, as [10] the air demand from the airplane varies, that, and [11] that is — that it must be stand ready at any time [12] to be able to recognize when it falls from a high [13] to a low flow condition, and therefore to assure [14] that the compressor itself will not go into surge.

[15] And so the IGV position plays a [16] critical part in assuring that the surge system on [17] the APS 3200 in fact prevents this catastrophic [18] possibility of a surge compressor impeller [19] failure.

[20] Q: Mr. Muller, with all due respect I think [21] I haven't still heard an answer to any question.

[22] A: I'm sorry. I thought I had answered your [23] question.

[24] Q: What event adjusts the relationship

Page 704

[1] between the magnitudes of the integral and [2] proportional control signals and the magnitudes of [3] said parameter variations?

[4] A: Well, the event is this, that at any [5] given time, the value — here, may I —

[6] Q: Sure, please.

[7] A: At any given time, this value, the value [8] coming out of the closed loop surge control has a [9] specific value. And as the — in the IGV [10] position, it is in parallel independently [11] monitoring where are we on this curve.

[12] When it imposes, when it finds that [13] it's above, it is in a high flow condition, it [14] imposes a value. Now that value, that value is a [15] fixed value which can be very likely different [16] than the value that has been generated by the [17] surge control.

[18] And therefore you have effectively [19] adjusted them because you have taken it clearly [20] from one value that it was prior to that and now [21] you've established — you've changed, you affected [22] it by changing that value and providing a fixed [23] value.

[24] Q: Maybe you did answer just now. The

Page 705

[1] adjustment is when you switch from low flow to [2] high flow?

[3] A: No, the adjustment is the fact of — it's [4] not that — the adjustment is the fact that you [5] have adjusted the relationship because the [6] relationship — well, perhaps, I'm sorry, I think [7] you basically caught the sense of what I was [8] saying, yes.

[9] Q: So switching from low flow to high flow [10] is the adjustment that satisfies element D?

[11] A: The portion that satisfies element D is [12] not the physical of switching, it is basically the [13] actual adjustment of the values themselves. That [14] is formally — it's a subtle point.

[15] Formally you had a value that was [16] very continuously and while this was going on, [17] this logic here was keeping track of this to make [18] sure it wasn't in the high flow condition. It [19] then — it basically — it basically adjusts this [20] value that is coming out of the surge control [21] based on the IGV position and these measured [22] perimeters as well.

[23] And it adjusted by saying I am now [24] taking, we are now in a situation where that value

Page 706

[1] that I have from here is now adjusted to a fixed [2] value to keep that valve open.

[3] Q: So that happens when the system switches [4] from low flow to high flow, correct?

[5] A: There is an adjustment that is made in [6] the process, at some position, at some location, [7] there is an adjustment made.

[8] In much the same way as you're [9] suddenly — a clever analogy doesn't come to mind [10] at the moment. But basically what you're doing is [11] at some point where the system is continually [12] monitoring where it is on the compressor curve, [13] it is at various times where it says either be [14] careful we're about to go in a low flow value, in [15] the same way that the value is adjusted on the way [16] up when you go into high flow. That is whatever [17] the output is here.

[18] It says we're now in high flow so [19] let's adjust that value and bring it into fixed [20] value on the opposite side the demand from [21] the aircraft beg to decrease, the actual value [22] is continually being monitored against a [23] continually generated value from the surge control [24] that is being generated from the proportional and

Page 707

[1] integral controllers and then at some point it [2] will adjust the fixed value back to the actual [3] proportional and control value.

[4] So it's continually adjusting the [5] proportional control value depending on the IGV [6] position telling us if we are in high or low flow.

[7] Q: Okay. Mr. Muller, I think I gathered [8] from that that you're saying the adjustment [9] happens when the system determines whether it's in [10] high flow or low flow, the system switches from [11] high flow to low flow?

[12] A: It's part of the process, yes.

[13] Q: And whether you're in high flow or low [14] flow depends on whether zero equals low flow and [15] one equals high flow, correct?

[16] A: That's the way the information [17] conveyed.

[18] Q: Mr. Muller, isn't it a fact that there [19] is another test that's used in the high flow [20] logic; correct?

[21] A: Yes.

[22] Q: One that I think we've hardly talked [23] about so far?

[24] A: That's right.

Page 708

[1] Q: It's this test?

[2] A: Yes.

[3] Q: This test says DELPQP is greater than [4] .35?

[5] A: Yes.

[6] Q: If it's greater than .35 it would change [7] the value of this from zero to one?

[8] A: That's correct.

[9] Q: This test doesn't use inlet guide [10] position at all?

[11] A: That's right.

[12] Q: No role of IGV position?

[13] A: Rigorously, that's not correct.

[14] Q: Well, the calculation of DELPQP is a [15] measurement of two static pressures?

[16] A: Let's take a look at that.

[17] MR. PUTNAM: Your Honor, I do have [18] an objection, Your Honor.

[19] THE COURT: Sustained.

[20] **A:** It would appear that way. But in a [21] rigorous way, but in a rigorous way, I [22] think that we have to look at this and when you say [23] DELPQP has no relationship to IGV position, well, [24] as I've been discussing throughout the day, it in

Page 709

[1] fact does in a strong one, in fact.

[2] In fact, it's part and parcel of how [3] the entire compressor is equaled. DELPQP is a [4] value basically the result of a division process [5] that has occurred resulting from the change in [6] pressure divided by the pressure at the discharge [7] of the compressor.

[8] That division which generates this [9] value, which we call DELPQP, well, the change in [10] pressure and the discharge pressure as, especially [11] the change in pressure, is a result of change in [12] flow.

[13] And as we know from the earlier [14] description, the only way you can have a change in [15] flow in the compressor is by changing the IGV, the [16] position of the IGV valves. So in the IGV [17] position — so following it through, as the IGV [18] position changes, it changes the flow, which [19] changes the value of pressure, divided by the [20] pressure, which generates DELPQP which is a [21] function of, in and, the change in the IGV [22] position.

[23] And then we use that — and then we [24] use that — you've taken my poster.

Page 710

[1] And we use that value to, a value of [2] .35 which goes back to a compressor curve, which [3] has been generated by Turbomeca where they — [4] where they went from the curve itself has been [5] generated from minus — from minus 15 degrees IGV [6] position to plus 82 degrees IGV position.

[7] And that curve has been — is a [8] function of IGV position, the value of DELPQP [9] comes from the — a flow generated by the APS [10] 3200, which is a function of IGV position, and [11] that in turn finally is what is used in this test.

[12] So technically, I mean truly as an [13] engineer, it is from a rigorous standpoint. It is [14] very difficult to say that DELPQP has no [15] relationship, the IGV itself has a very strong [16] relationship.

[17] **Q:** Sure, but not as a matter of controlled [18] logic. We're talking about controlled logic [19] here.

[20] MR. PUTNAM: Objection, Your Honor.

[21] THE COURT: Sustained. Ask a [22] question.

[23] **Q:** The value of DELPQP depends on the demand [24] from the aircraft?

Page 711

[1] **A:** Yes.

[2] **Q:** DELPQP measures the physical flow, or [3] what you call the physical flow through the [4] parameter through the compressor?

[5] **A:** DELPQP doesn't know a thing about the [6] flow demand from the aircraft. It's a very dumb [7] measurement. It only knows a few things.

[8] And those things that it knows [9] basically is it knows this, that DELPQP knows this [10] calculation. That's all it knows. It couldn't [11] have an idea of what went on before. It's very [12] focused and it just focuses on this, and this in [13] turn is a function of IGV position.

[14] The fact that IGV position is a [15] function of the aircraft load is true and is very [16] interesting, but in the end DELPQP is not aware of [17] it. But DELPQP is directly, as far as a measured [18] quantity, the only way that a compressor demand [19] can ever be incorporated or recognized by the APS [20] 3200 is IGV position because the IGV position, if [21] that IGV position did not fail in some fashion, [22] that is it got stuck, IGV is occasionally to stick [23] and the load demand changed from the aircraft, [24] DELPQP would never know about it.

Page 712

[1] It would never know that the [2] aircraft demand changed because the only way it [3] could know that is because the position of the IGV [4] has to change.

[5] **Q:** Mr. Muller, let's get back to figure 12. [6] We've talked about what makes the adjustment [7] between high flow and low flow, and what you've [8] talked about is supporting your conclusion of [9] infringement is this part of the high flow logic; [10] correct?

[11] **A:** Yes.

[12] **Q:** And you've said, I believe, correct me if [13] I'm wrong, that the switch between zero and one is [14] what makes the adjustment that satisfies element [15] D?

[16] **A:** What I said is that it is part — it is [17] the means by which the actual adjustment, the [18] actual adjustment between those — those [19] relationships is actually affected. This goes [20] into the determination of when that adjustment is [21] made.

[22] **Q:** And let's just be clear. This is the [23] test that switches the system from zero to one; [24] correct?

Page 713

[1] **A:** That is one of the tests.

[2] **Q:** Is it your understanding of the facts [3] that this other test is sometimes what switches [4] the system from zero to one?

[5] **A:** I believe, am I confusing something [6] here?

[7] **Q:** No, I just want to clarify, that is your [8] understanding?

[9] **A:** This is what it says here, it says — it [10] has a choice, there is a logic here that [11] determines this is what it uses. And if this [12] condition is not satisfied, then that condition is [13] used. Yes.

[14] **Q:** So it is your understanding that this [15] test that uses IGV position sometimes switches the [16] system from zero to one?

[17] **A:** This entire circuit results in whatever [18] manner the measurements are made and whatever [19] logic is used, in the end, at the end of the day, [20] or the end of a second, it comes out and says [21] here am I in high flow or am I in low flow.

[22] **Q:** I want to be clear, your understanding is [23] that this test that uses IGV position is sometimes [24] responsible for moving the value of bleed select

Page 714

[1] from zero to one?

[2] **A:** What it does is provides the information, [3] it provides the information which makes the [4] adjustment between the — between the PMI Controls [5] and the fixed value.

[6] **Q:** Let's be clear. Isn't it true that this [7] is the only test this ever switches the system [8] from zero to one?

[9] **A:** This is the only test?

[10] **Q:** Yes.

[11] **A:** But that's not what's shown here.

[12] **Q:** So that's not your understanding?

[13] **A:** My understanding is what is indicated in [14] the ECB, the actual control document for the APS [15] 3200. And that is what my understanding of how [16] the APS 3200 works.

[17] **Q:** Just to be clear, the factual [18] understanding that you've been working with is [19] that this is not the only test that switches the [20] system between zero and one?

[21] MR. PUTNAM: Objection.

[22] THE COURT: Sustained. He's [23] answered that question a number of times.

[24] MR. HERRINGTON: I just wanted to be

Page 715

[1] very clear. Okay. Thank you.

[2] BY MR. HERRINGTON:

[3] **Q:** The record isn't clear. This test is [4] DELPQP is greater than 0.35, and I've asked [5] whether that is the only test that switches the [6] system between zero and

one.

[7] THE COURT: Your next question.

[8] MR. HERRINGTON: I think that's all [9] I have with this chart for now. We can resume our [10] seats.

[11] THE COURT: You can resume the [12] stand, Mr. Muller. Don't worry about that, he'll [13] take care of it. You're working hard enough.

[14] MR. PUTNAM: If I can move it, Your [15] Honor, so the jury can see the witness.

[16] THE WITNESS: Thank you, John.

[17] BY MR. HERRINGTON:

[18] Q: Mr. Muller, the '893 and the '194 patents [19] that we're working with, they claim a particular [20] surge control —

[21] A: I'm sorry, before I answer your question, [22] I'm sorry to interrupt, but my batteries have run [23] out and I thought while we're here, in case I have [24] to go down again, if the clerk would be so kind as

Page 716

[1] to — thank you.

[2] Q: Actually, before we go back, I would like [3] to ask you to talk about something, the second to [4] last thing you talked about, and that's the [5] comparators in claim 19. If we could please, [6] project that claim.

[7] And I'm sorry to ask you to come [8] down, but if you could show me wherein element C, [9] if you could highlight that?

[10] A: If we could wait a minute until I get my [11] batteries. I need my voice as well.

[12] MR. PUTNAM: I'm sorry, Your Honor, [13] just as a matter of form should I ask your [14] permission?

[15] THE COURT: Please, just go ahead.

[16] MR. PUTNAM: Thank you, Your [17] Honor.

[18] BY MR. HERRINGTON:

[19] Q: Element C states an adjustable set point [20] comparator having an input portion coupled to said [21] output portion of said sensing — an adjustable [22] set point comparator having an input portion [23] coupled to said output portion of said sensing [24] device, and an outlet adapted to generate an error

Page 717

[1] signal.

[2] And if you could, please, [3] Mr. Muller, show me where that comparator is?

[4] A: And your question was, where is the [5] comparator?

[6] Q: Yes, sir.

[7] A: Let me just go through it again, the [8] adjustable set point comparator having an input [9] portion coupled to said output portion of said [10] sensing device, and an outlet adapted to generate [11] an error signal, I think what I was talking about [12] is this right here. There is an adjustable set [13] point. This is what it's referring to, having an [14] output portion of said sensing device, that is [15] referring to, to generate an error signal, [16] generating that.

[17] Q: If we could go to element G. And element [18] G states a guide vane position sensor and a [19] function generator coupled in series between the [20] inlet guide vanes and said input portion of said [21] comparator.

[22] And now let me ask you, first of [23] all, you understand the phrase "said comparator," [24] does that refer back to the comparator that's

Page 718

[1] already been defined?

[2] A: What — it depends on what doctrine you [3] want. On the literal or equivalent doctrine?

[4] Q: Well, talking about what the claim [5] actually means?

[6] A: Well, on a literal basis, you'd be [7] correct. On a literal basis that's what it [8] means. But I recall saying at the time that on an [9] equivalent basis that it is performing this [10] function, this function here — may I —

[11] Q: Sure.

[12] A: It is performing this function here is [13] the equivalent of this comparator as far as how it [14] performs.

[15] Q: I did want to be clear about that. It [16] says said comparator, but you're pointing to a [17] different comparator than you pointed to earlier?

[18] A: That's right.

[19] Q: All right. Thank you.

[20] A: Should I return to —

[21] Q: Yes, please.

[22] Mr. Muller, the '893 and '194 [23] patents claim a particular control logic for surge [24] control, a surge control system of a compressor?

Page 719

[1] A: Yes.

[2] Q: And you've only designed a surge control [3] system once; is that correct?

[4] A: I have designed a surge control system [5] once, but that was only — that was only a special [6] circumstance.

[7] What I do is I evaluate surge [8] control systems which I've done for decades.

[9] Q: In terms of designing a surge control [10] system, that's only happened once?

[11] A: Yes, that only occurred once.

[12] Q: And that was 30 years ago?

[13] A: And that was not intended, that was not [14] intended, that was an instance where I designed [15] one because we were under an emergency condition [16] "emergency" meaning that we were trying to start [17] a piece of equipment up, so we had something that [18] was manual. It didn't work, and so me and my team [19] designed a surge control system in a matter of a [20] day or two and were able to get it implemented and [21] operating.

[22] But that was an exceptional [23] condition. Normally, my involvement in surge [24] control systems has been in the evaluation of

Page 720

[1] surge control systems, in compressor systems [2] ranging with all types of compressor, gas turbine [3] operations, as well as steam turbines and motor [4] drives and so on.

[5] Q: Okay. Mr. Muller, you talked quite a bit [6] about the history of surge control and APUs?

[7] A: I talked about APUs and surge control [8] systems, yes.

[9] Q: And before this case, you've never worked [10] on an APU?

[11] A: That's right.

[12] Q: Now, I would also like to talk you [13] about what you know about the APS 3200, the [14] accused product here. You've never examined an [15] APS 3200?

[16] A: That's correct.

[17] Q: And you've obviously never tested an APS [18] 3200?

[19] A: That's right.

[20] Q: So for your analysis in this case there [21] is no need to test or examine an APS 3200?

[22] A: The — in fact, you might even go [23] further, I have not examined the Honeywell [24] machine, either.

Page 721

[1] My judgements have been based on the [2] actual physical descriptions that are provided in [3] the patents, which I believe is what really — [4] what really is at issue and all of the information [5] regarding the surge control system from the APS [6] 3200, which has been provided by Sundstrand, and [7] using those descriptions of a surge control system [8] in the patent and the operation, and the [9] operational and engineering specifications and all [10] the documentations and depositions from experts by [11] Sundstrand who know the system implicitly, I've [12] been able to arrive at conclusions which I [13] have.

[14] Q: Is it fair to say that you can't tell [15] how a surge control logic works just from operating [16] the APS 3200?

turn to HSB 401574.

[3] A: Yes. I'm saying yes, I'm at 574, but I [4] don't know what's there.

[5] Q: Okay.

[6] A: May I have a moment to look at this?

[7] Q: Certainly. Please.

[8] A: Yes.

[9] Q: Turning back to HSB 401570, that's a —

[10] A: Yes.

[11] Q: At the bottom that states, "Canceled [12] claims 48 and 49."

[13] A: Yes.

[14] Q: That means those claims were canceled?

[15] A: I don't — based on what's said here, [16] yes.

[17] Q: Comparing the canceled claims to the [18] allowed Claim 4, you see that the only difference [19] is the language relating to the use of the inlet [20] guide vane position; correct?

[21] A: I have to take — I take your word for [22] that.

[23] Q: Okay.

[24] A: I mean, I've seen this before and I'm

Page 729

[1] looking at it and noting yes, that's the point [2] you're making and that clearly appears to be the [3] difference; yes.

[4] Q: And it's the language relating in Element [5] D to the use of in the inlet guide vane position [6] that is what Hamilton Sundstrand believes is not [7] present in the APS 3200?

[8] A: Yes.

[9] Excuse me, do you wish me to stay on [10] page —

[11] Q: No, that's all.

[12] Mr. Muller, do you have a copy of — [13] let me hand to the witness Exhibit 2, the '893 [14] patent.

[15] Mr. Muller, you've taken a position [16] that what the APS 3200 does is it adjust the set [17] point based on inlet guide vane position, it does [18] the equivalent of that?

[19] A: Yes.

[20] Q: Now, you agree that the '893 patent [21] specifically defines what the set point means?

[22] A: It defines it in part, yes, part of it [23] defines it, yes.

[24] Q: Why don't you turn to column two, line

Page 730

[1] 60.

[2] THE COURT: What line was that, [3]

Mr. Herrington?

[4] MR. HERRINGTON: Column two, line [5] 60.

[6] BY MR. HERRINGTON:

[7] Q: It states, "Additionally means are [8] provided for automatically resetting the desired [9] value or set point of the flow parameter as a [10] function of the position of the load compressor [11] inlet guide vanes." Is that what it says?

[12] A: That's what it says.

[13] Q: So it's the desired value of the flow [14] parameter?

[15] A: That's what it says in the description, [16] yes.

[17] Q: And akin to the set point of a cruise [18] control system would be the desired speed of the [19] cruise control system?

[20] A: A desired set point, a desired value in a [21] cruise control system is whatever speed you set it [22] for.

[23] Q: Now, in the APS 3200, the desired value [24] of what you call the flow-related parameter is not

Page 731

[1] adjusted based on the inlet guide vane position?

[2] A: I'm a little confused as to your question [3] because while the description is interesting, I [4] think it was told to us at the beginning and while [5] described to me, while this is all very [6] interesting statements and expands on some of the [7] background and so on, the issues at hand have to [8] do with what's specifically stated in the claim.

[9] My comments go to what is claimed in [10] the patent. What various — there are various [11] descriptions in the patent itself on background [12] and so on which are interested and kind of flesh [13] out what the background is, but my understanding [14] of patents, the limited understanding that I have, [15] says that the only thing at issue here is what is [16] claimed.

[17] Q: Why don't we look at a patent claim, [18] then, Mr. Muller.

[19] A: Okay.

[20] Q: If you turn to column 11, beginning at [21] line 52.

[22] A: You've given me the wrong copy, by the [23] way. My copy has your notes on it as to what [24] you're going to ask me. I can't cheat.

Page 732

[1] Q: Do you have a clean copy?

[2] A: No, I don't.

[3] THE COURT: I have one.

[4] MR. KRUPKA: And Mr. Herrington, if [5] you would like to have a clean copy,

we have one [6] for you, too.

[7] MR. HERRINGTON: Okay.

[8] A: Before you ask another question, might I [9] have some more water, please?

[10] Q: Sure.

[11] If you could, please, turn to [12] Element E, that's on column 12, line four, I [13] believe it is. And that states, " Comparator means [14] for receiving said sensing means output signal and [15] generating an error signal representing the [16] difference between the sensed value of said [17] parameter and a desired value thereof."

[18] Do you see there, said comparator [19] means having an adjustable control set point [20] representing said desired value of said parameter?

[21] A: I need a clarification on this. Is this [22] claim one of the claims at issue here?

[23] Q: Claim 8?

[24] A: No, Claim 12. Is it Claim 12?

Page 733

[1] Q: No, column 12.

[2] A: Column 12. I'm sorry, I thought you [3] meant Claim 12.

[4] Q: Do you see the language there?

[5] A: Be so kind as to repeat your question, [6] please.

[7] Q: Okay. Element E, states, "Comparator [8] means for receiving said sensing means output [9] signal and generating an error signal representing [10] the difference between the sensed value of said [11] parameter and a desired value thereof, said [12] comparator means having an adjustable control set [13] point representing said desired value of said [14] parameter."

[15] That's referring to the desired [16] value of the flow-related parameter; correct?

[17] A: Yes, that's correct.

[18] Q: And it may be helpful at this point to [19] look at figure 12a which we've been looking at [20] together. Would you mind stepping down?

[21] A: Of course. I think after doing this, we [22] could start a talk show after this.

[23] Q: As I believe you said earlier, this is [24] the comparator that would relate to what is

Page 734

[1] claimed in Claim 8; correct?

[2] A: That's correct, yes.

[3] Q: And the desired value of the set point is [4] this line right here?

[5] A: You're pointing to SRGSPT going back to [6] curve, T 2 versus surge set point, yes.

[7] Q: And, in fact, SRGSPT means surge set [8] point?

[9] A: That's right.

[10] Q: Okay. Now, I'm sorry if you could get [11] your copy for the patent so we can refer to it.

[12] So the desired value of the [13] flow-related parameter, and we disagree about [14] whether it's flow-related parameter, but the [15] desired value is represented by surge set point?

[16] MR. PUTNAM: Objection to the [17] question.

[18] THE COURT: Basis.

[19] MR. PUTNAM: There is an argument [20] in the question.

[21] THE COURT: Could you rephrase.

[22] MR. HERRINGTON: Sure.

[23] Q: Desired value of the parameter is [24] represented by surge set point?

Page 735

[1] A: That is my understanding.

[2] Q: And if we look at element F, Claim 8, it [3] says, "Means for transmitting to said comparator [4] means a reset signal for varying said set point as [5] a function of position of said inlet guide vanes [6] in accordance with a predetermined reset [7] schedule."

[8] Correct? Is that a fair reading?

[9] A: Yes.

[10] Q: Now, this is not adjusted as a function [11] of inlet guide vane position; fair?

[12] A: This is — this surge set point is a [13] function of temperature.

[14] Q: Okay. So it is adjusted?

[15] A: This point, yes, is adjusted.

[16] Q: But as a function of temperature?

[17] A: It's a function of — well, yes and no. [18] What it refers to on this table is it's [19] really what — it depends how you want to look at this.

[20] Temperature is used for the [21] determination of where will the surge [22] set point [22] be. These values, .245 measured minus 42 degrees [23] is associated with starting this at 20,000 feet. [24] Minus seven degrees, a cold day. 59 degrees,

Page 736

[1] which is the national standard day for purposes, [2] and 88 degrees, which is the classic hot day.

[3] These four, these four standard [4] values are associated with a surge set point which [5] comes from the flow curve, where you have DELP [6] over P is measured across this curve and this [7] curve which has been generated as a function of [8] varying IGV angles, what we have is in order to [9] accommodate — really the way — the way I look at [10] it is am really — this is the value I'm using.

[11] This is a reference. This is a value that I [12] really use.

[13] And that value of surge set point [14] which you've obtained from this flow curve, from [15] this flow curve which is generated as we vary the [16] IGV angles from minimum to max, you basically are [17] saying well, in order to accommodate the fact that [18] I know there will be an adjustment made with [19] temperature of the actual flow off this curve, I [20] then basically allow these four various settings [21] that I can use to make a comparison based on what [22] the temperature is.

[23] So both temperature, temperature and [24] the actual flow values are used which were part of

Page 737

[1] the overall flow curve.

[2] THE COURT: Are we ready to take our [3] afternoon break at this time?

[4] MR. HERRINGTON: Sure. Thank you.

[5] THE COURT: Members of the jury, [6] we'll retire for our afternoon break.

[7] (A brief recess was taken.)

[8] THE COURT: The jury is on the way. [9] The jury has agreed we're going to go to five [10] today.

[11] (Jury entering the courtroom at [12] 3:40 p.m.)

[13] THE COURT: Good afternoon again, [14] members of the jury. I have advised counsel of [15] your good graciousness and your willingness to [16] work until 5:00 today, so the Court appreciates [17] it. We will go to 5:00 today.

[18] BY MR. HERRINGTON:

[19] Q: Mr. Muller, I think we left off talking [20] about the '893 patent and comparing it to figure [21] 12a, so maybe we should go back and continue [22] talking about that.

[23] A: This?

[24] Q: Yes, please. Thank you.

Page 738

[1] Just to go back to what we said [2] earlier, element E talks about a comparator means [3] having —

[4] A: I'm sorry, I've lost track. Where are [5] we? Where did we leave it off?

[6] Q: Element E of Claim 8?

[7] A: Element E of Claim 8. I'm with you.

[8] Q: And element E talks about a comparator [9] means having an adjustable control said point [10] representing said desired value of said [11] parameter.

[12] And we agreed that this is the set [13] point that would be meant by Claim 8, element E?

[14] A: That's correct.

[15] Q: And then when we left off, we were [16] talking about the fact that that set point is [17] adjusted as a function of temperature?

[18] A: Yes. Well, that's what you had said. I [19] had added to it the fact that from my standpoint, [20] I saw it really basically as a — these were the [21] points that are on the flow parameter curve which [22] was generated by Turbomeca, and where various [23] points have been picked off to accommodate for [24] certain standard temperatures.

Page 739

[1] Q: So what happens is that the temperature [2] is measured, that's fed into this box that says [3] surge set point on this line and T2 F on this [4] line, and then what comes out of it is the surge [5] set point?

[6] A: That is right. What this curve — what [7] this curve does is, is it has plotted on here [8] points from the flow curve that was generated so [9] that you could pick off various points, yes.

[10] Q: So to find out what set point is, you [11] look at temperature?

[12] A: Temperature is what is used to be able to [13] work this graph as it's set up here, yes.

[14] Q: And that is the desired value of the [15] parameter that's going to be maintained by the [16] 3200 system?

[17] A: That's correct.

[18] Q: Okay. So —

[19] A: Well, it's the desired value which is [20] used to determine as far as the surge set point is [21] concerned as to where you want to be, yes, [22] correct.

[23] Q: Correct, that's where you want to be?

[24] A: Yes.

Page 740

[1] Q: Claim F — element F of Claim 8 states, [2] "Means for transmitting to said comparator means [3] a reset signal for varying said set point as a [4] function of the position of said inlet guide vanes [5] in accordance with a predetermined reset [6] schedule."

[7] What I want to ask is: Looking at [8] this, it's the temperature that varies the value [9] of the set point according to a predetermined [10] schedule?

[11] A: That's correct, yes.

[12] Q: So as far as what Claim 8 talks about, it [13] is literally satisfied if it were to talk about [14] temperature?

[15] A: Yes, if it were to talk about [16] temperature, it would be, yes.

[17] Q: Thank you.

[18] Now, looking at figure 12a, there is [19] a comparison between the actual value of the [20] static pressure parameter and

the desired value; [21] is that fair?

[22] A: What do you mean by the static pressure, [23] this is not the static pressure parameter.

[24] Q: What was called DELPQP. The actual value

Page 741

[1] of DELPQP?

[2] A: You mean the flow parameter?

[3] Q: Why don't we agree on the exact term [4] that's used here, DELPQP?

[5] A: Oh, yes.

[6] Q: So it's the comparison of the actual of [7] DELPQP and a desired value; is that fair?

[8] A: Yes.

[9] Q: And that then is compared in this what we [10] call a "comparator"?

[11] A: Yes.

[12] Q: The output is an error signal?

[13] A: Correct.

[14] Q: That would represent any difference [15] between the actual value and the desired value?

[16] A: That's correct.

[17] Q: Then that's what generates the [18] proportional integral control signals?

[19] A: That is what is used by the proportional, [20] the proportional integral controller in order to [21] generate the signal, it doesn't generate it.

[22] These are continuing functions that [23] get a signal coming in, so they don't — it [24] doesn't generate it. It's waiting to get that

Page 742

[1] information in so it can spit out information to [2] control the BCV valve, the bleed control valve.

[3] Q: So figure 12a shows us how the [4] proportional integral control signals are [5] generated in the 3200?

[6] A: What it shows is it shows the series of [7] events from measured values, from the, how it's [8] compared against desired value, the generation and [9] error, the error signal which is then processed by [10] the proportional and integral control to form a [11] signal.

[12] It's not just showing this or that. [13] This is showing everything. It shows a complete [14] system. This is a system process and I can't say [15] it's showing you this or that.

[16] Q: Well, it shows how — why don't we look [17] at this, BCVCTL is the command that would actually [18] move the valve, the bleed valve in the 3200?

[19] A: This is the signal which eventually gets [20] used, which eventually gets used with the bleed [21] valve controller in order to activate

[22] Q: So if the bleed valve is ever actually [23] moved from one position to the other, it's going [24] to be because of BCVCTL?

Page 743

[1] A: It's going to be because of BCVCTL, as [2] well as, and/or this.

[3] Q: Okay. Let's go back to BCVCTL for a [4] moment.

[5] A: When is this, what I'm referring to to [6] answer your question more fully, the bleed control [7] valve, its movement will be determined by the — [8] by this circuitry here, and/or it will be [9] determined by the result of the IGV position [10] determining if it's high or low flow because high [11] flow, as you know, it will take control and move [12] it or it will dictate that it — that the surge [13] control system goes to a maximum opening of the [14] bleed control valve.

[15] Q: Why don't we leave that on the screen [16] because you said a few things I want to follow-up [17] on.

[18] For one thing, does switching the [19] system into high flow cause the bleed valve to [20] actually move?

[21] A: It's not — we're not talking about [22] switching, what it does is it provides — it [23] provides the information to establish where the [24] high and low flow is, as I indicated earlier,

Page 744

[1] where — so that as the proportional and integral [2] controller continually generates the signal used [3] to determine where the bleed control valve is.

[4] Meanwhile, while this is going on in [5] parallel with that effort, this rate of 25 to a [6] hundred times a second, the IGV position is being [7] used to continually check to see if it's in high [8] or low flow condition.

[9] And when it is in high flow [10] condition, it says it modifies or it adjusts the [11] proportional and integral control signal to give a [12] constant value to the bleed control valve so it [13] stays open to the aircraft in a fixed position.

[14] Q: Picking up on something you just said, [15] the proportional and integral control signals that [16] are generated, they're never ever adjusted, [17] they're either not used or used, correct?

[18] A: They are — they are part of the surge [19] control system which is used in controlling the [20] bleed control valve.

[21] I think it's fairly clear that you [22] have a continual, this is a continual generation [23] of a signal by the proportional and integral [24] control system, that because of the unique

Page 745

[1] characteristics, the special characteristics I [2] should say of the Sundstrand compressor, the IGV [3] position also has to be used here in order to fix [4] — in order to adjust this value, in order to [5] control the bleed control valve.

[6] I think I've described it several [7] times already.

[8] Q: I just want to —

[9] The value of the proportional [10] integral control signals is not adjusted up or [11] down; correct?

[12] A: Well, as far as the bleed control valve [13] is concerned, which is customary for all this, [14] this is all very interesting but the bleed control [15] valve is the business end of the surge control [16] system. And as far as it's concerned, the signal, [17] the proportional and integral control signal is [18] adjusted, is adjusted by the fact if it's in high [19] or low flow.

[20] So as far as it's concerned, that [21] signal is adjusted because that's what it sees.

[22] Q: Well, what actually happens, if you [23] agree, is that a different signal is supplied to [24] the bleed control valve; correct?

Page 746

[1] A: There is — you are generating here [2] continuously, every 25 to a hundred times a second [3] you are generating a new signal. And this also [4] has different signals.

[5] It never has a constant signal [6] unless you impose one. And the only time it gets [7] a constant signal is that because of the [8] characteristics of the way that Sundstrand has [9] chosen to measure flow, it has — it imposes a [10] value to keep that valve open when it's at high [11] flow, which I think we have pretty well gone [12] around on for a while now.

[13] Q: I'm just trying to be clear with what [14] happens with the PI signal. The actual magnitude [15] to the proportional and integral control signals [16] don't change?

[17] A: Of course it does.

[18] Q: As a result of being in high flow or low [19] flow?

[20] A: It does, it's continually being [21] calculated. It doesn't go away. No one says, [22] let's plug it out and take it out and then we'll [23] plug it back in.

[24] This process continues, it

Page 747

[1] continues, and while it's in high flow it [2] continues. And the reason it continues is because [3] at anytime within a fraction of a second, the load [4] from the aircraft could suddenly drop. And as it [5] drops, this part of the circuit must be ready to [6] immediately take control to prevent the