# 2001 Trial Transcripts Part 4

compressor [7] from going into this catastrophic surge [8] condition. So it is always on.

[9] It's ready and waiting, and it [10] continues to operate, generating these signals [11] while this — as this system continues, because [12] both of these have to be in parallel. Otherwise [13] you don't know where you are. So nothing gets [14] shut down, nothing gets locked out. Everything [15] continues to operate.

[16] We just adjust values in order to [17] respond to the special characteristics of your [18] compressor curve, of Sundstrand's — not even the [19] compressor curve, the way Sundstrand has chosen to [20] measure its compressor flow, which is another [21] issue entirely.

[22] Q: So when the system is in high flow, the [23] proportional and integral control signals are [24] present, they're just not used?

Page 748

[1] A: They are — well, "used" is an odd word. [2] They are there and "use" means, as far from my [3] standpoint as an operator, I'm looking at the [4] surge control system for what it's intended [5] purpose is, which is the surge control system does [6] not live for the purpose of keeping the surge [7] control system alive. It has a purpose.

[8] Its purpose is to protect the [9] compressor. And it continues to protect the [10] compressor by maintaining continuous operation as [11] the high and low flow continues to maintain [12] continuous operation to insure that it's always [13] ready and prepared to monitor the position of the [14] bleed control valve.

[15] So under no circumstances I allow [16] the compressor to go into surge.

[17] Q: Could you highlight the bottom line?

[18] A: This is, excuse me, you've shown 12C, I [19] believe, figure 12C.

[20] Q: Exactly.

[21] A: Yeah. This is 12C. Is this portion here [22] on PTX 953? That's the same thing, right?

[23] Q: No, Mr. Muller, that's not 12C, I don't [24] believe.

Page 749

[1] A: This is 12C.

[2] Q: This tells you what is inside this box is [3] shown by 12C.

[4] A: I'm saying —

[5] THE COURT: Let Mr. Herrington pose [6] the questions to you.

[7] THE WITNESS: I'm sorry.

[8] BY MR. HERRINGTON:

[9] Q: If you could pull out that, please.

[10] THE COURT: Do you want him to [11] resume his seat, counsel?

[12] MR. HERRINGTON: Sure.

[13] MR. PUTNAM: I think the witness [14] has that document in front of him.

[15] BY MR. HERRINGTON:

[16] Q: Mr. Muller, this, I believe, illustrates [17] what happens as a result of switching the system [18] between high flow and low flow?

[19] A: Is that a question?

[20] Q: If you could look at figure 12C at the [21] bottom. Do you see BCVCTL coming in from the [22] left?

[23] A: Yes, I do.

[24] Q: That's the control signal by generating a

Page 750

[1] desired value of DELPQP to the actual value?

[2] A: Yes, that value of BCVCTL is the value [3] I've been pointing to on the chart.

[4] Q: The guide vane position plays no role in [5] that process?

[6] A: The guide vane position in that specific [7] one we use temperature, yes.

[8] Q: BCVCTL is calculated based on the other [9] figure we looked at and it comes along and bleed [10] select decides whether it will be used or not [11] used; correct?

[12] A: No, what it does, what it does is it [13] actually — it's always using it, when you say [14] it's not being used, what it's doing is that at [15] that point, that point where you have BCVCTL [16] (0/one), that is the output of the other, of the [17] other figure that I've shown where there it then [18] goes and where it says, do you see where — right [19] now the position it's in right now is basically [20] associated with low flow.

[21] And that is the BCVCTL signal is [22] coming out and it is continuing on through because [23] you have these two contacts that are being made [24] and the bleed control valve moderates to avoid

Page 751

[1] surge.

[2] And then as a result of the IGV [3] position, the IGV position then determines that [4] we're in high flow. This is the area right here [5] where that little horizontal thing that's [6] connecting that comes off BLD SCL and then goes up [7] a vertical line. That little what looks like a [8] cap up on top, it now moves up, kind of pivots and [9] it pivots from the right hand and pivots at 45 [10] degrees and makes contact with the upper portion, [11] which is connected to KSRGMX. And KSRGMX is the [12] max-

imum signal which I've been referring to which [13] opens the bleed control valve to allow all the [14] flow to go to the aircraft.

[15] Q: And KSRGMX is proportional and integral [16] control signal?

[17] A: That is a signal, a fixed signal which [18] then goes out. What is occurring is just that [19] signal coming in by going to the KSRGMX and [20] providing a fixed signal.

[21] Q: Not a proportional integral control [22] signal?

[23] A: As a fixed signal, yes, that's right.

[24] Q: So the affect of switching from zero to

Page 752

[1] one determines whether the proportional and [2] integral control signal is used. And whether a [3] nonproportional and integral control signal is [4] used to control the bleed valve?

[5] A: Yes. It's used to the extent that — [6] let's remember that the proportional and integral [7] control signal continues to be used and consistent [8] with what's said in the patents.

[9] It adjusts that signal by going to a [10] fixed signal only during that special portion of [11] high flow operation.

[12] But meanwhile, meanwhile during this [13] entire time, those proportional and integral [14] control signals continue to be generated and are [15] continuously available.

[16] Q: They continue to be generated then?

[17] A: And are available for use by the surge [18] control system at all times.

[19] Q: And their magnitude is the same in high [20] flow as it would be in low flow?

[21] A: No, the BCVCTL control valve varies. If [22] it were the same as the KSRGMX value, then why [23] would you need a separate value?

[24] Q: Are you aware of the double solution

Page 753

[1] behavior of DELPQP?

[2] A: Yes, I'm aware of it, but what you said [3] is not in relationship to that. What you said —

[4] Q: Mr. Muller, the manner in which the [5] proportional and integral control signal is [6] calculated does not change according to whether [7] the system is in high flow or low flow?

[8] A: As I said, or as I've shown in figure [9] 12a, 12a doesn't know anything about this. 12a [10] continues to make those measured values. It [11] continues to look at Delta Power P, look at [12] temperature, look at pressure, continues to [13] oper-

ate, it's ignorant of all this stuff.

[14] Along the way, along the way those [15] values get adjusted because of the compressor [16] curve, which I'm referring to, which as you just [17] referred to as a double solution curve which is [18] really this peaky curve which is generated with [19] APS 3200 only because it measures — it measures [20] flow in a special way which is special to the [21] 3200, not the only way. It's just the way that's [22] done there generating this funny looking curve.

[23] And so what you have here is that [24] because of this odd curve which you have, the NPNI

Page 754

[1] controller continues to operate, but since you [2] have this odd control with odd response you adjust [3] that value to accommodate for the way you have [4] generated this curve in order to give a constant [5] value to open up at high flow, to open up at bleed [6] control value so all the flow goes to the [7] aircraft.

[8] No matter how we look at it and how [9] we play back and what context, that idea never [10] changes.

[11] Q: And the signal that is provided to the [12] control valve in high flow is a different signal [13] from BCVCTL?

[14] A: It may be.

[15] Q: There are times when it is not?

[16] A: I'm not sure. But one thing I am sure of [17] is that when it does go to high flow, it gets a [18] fixed signal.

[19] Q: And that's not a proportional and [20] integral control signal?

[21] A: That is a fixed signal. That's right.

[22] Q: And it's not BCVCTL?

[23] A: That's right, it's not BCVCTL.

[24] Q: Now, the relationship between the

Page 755

[1] variations in DELPQP and the proportional and [2] integral control signals, that's reflected in [3] BCVCTL, correct?

[4] A: I think so. I'm sorry, I'm trying to [5] remember the exact way you asked the question. [6] Could you repeat that again, please?

[7] Q: Sure. The relationship between the [8] variations the DELPQP and the magnitude of the [9] proportional integral control signals is contained [10] in BCVCTL?

[11] A: DELPQP feeds in the proportional and [12] integral controller which generates a signal which [13] is used by the bleed control valve. Is that [14] consistent with what I just said with what you [15] were asking?

[16] Q: Right.

[17] A: Than the answer to that is yes.

[18] Q: If you could please look at Claim 4, [19] element C.

[20] Mr. Muller, if you have a copy of [21] the '194 patent, I believe that's defendants [22] exhibit —

[23] A: Give me a moment to find it in this stack [24] here.

Page 756

[1] Q: Okay.

[2] A: Yes. Sorry. You seem to have given me [3] two copies of '893 — I'm sorry, no. It's my [4] mistake. I do have a copy of '194.

[5] Q: Thank you.

[6] If you could look at the last page, [7] and that's Claim 4, and I would like to ask you [8] about element C, and in particular the last line [9] of element C, the last three lines.

[10] Element C refers to generating [11] proportional and integral control signals in [12] response to variations in —

[13] A: I'm sorry, could you say exactly what [14] portion you're starting at? I'm trying to follow [15] you.

[16] Q: Let me ask you generally about element [17] C. That relates to generating proportional and [18] integral control signals in response to variations [19] in the values of the flow-related parameter; is [20] that fair?

[21] A: Allow me to read it again just to make [22] sure. Yes.

[23] Q: So the proportional and integral control [24] signals are generated in response to the

Page 757

[1] variations in the flow-related parameter?

[2] A: Yes.

[3] Q: And then the last three lines of element [4] C require simultaneously utilizing said integral [5] and proportional control signals to operate said [6] surge bleed valve, is that fair?

[7] A: That's the correct reading, yes.

[8] Q: Now, in your opinion, is that requirement [9] that to utilize the integral and proportional [10] control signals to operate the surge bleed valve [11] require that the system actually utilizes the [12] proportional and integral signals to operate the [13] bleed valve?

[14] A: What it says, what it says is that this [15] is a provision which basically states that the [16] integral and proportional control signals [17] simultaneously generated, control to operate — [18] let me just — it's the way the wording is phrased [19] here.

[20] Yes, what it refers to, it basically [21] just refers to the generation of these

signals. [22] And then it says, and basically it says these [23] signals are generated to operate the valve. And [24] in fact that what occurs.

Page 758

[1] Q: My question is, where it says utilizing [2] said integral and proportional control signals to [3] operate said surge bleed valve, does that [4] necessarily require that the integral and [5] proportional control signals are used to operate [6] the said surge bleed valve?

[7] A: What it says is that these valves are [8] generated to operate the valve. It does not say [9] to what extent they're operated, over what range. [10] It just simply states that the flow parameter is [11] used, fed through a proportional and integral [12] controller to generate a signal that is available [13] to the bleed control valve, or to a surge control [14] valve, or in the case to a surge bleed valve, as [15] the wording in the patent.

[16] Q: Just to be clear, it states utilizing [17] said integral and proportional control signals to [18] operate said surge bleed valves?

[19] A: Yes, which is exactly what it does.

[20] Q: Does it require that they be utilized to [21] operate the said bleed valve?

[22] A: It says nothing here about who it's used [23] and to what extent it's used. It basically says [24] that it's available to be used to operate these,

Page 759

[1] the surge bleed valves.

[2] Q: So a system in your — could, in your [3] view, satisfy about this language but not [4] utilizing said integral and proportional control [5] signals to operate said surge bleed valve?

[6] A: This language does not put constraint to [7] the utilization of the signals widely proportional [8] and integral controllers to operate the said bleed [9] control valve. It actually states that they be [10] available to be used to operate the surge bleed [11] valve, that's the extent of what the statement [12] says, in my reading.

[13] I mean, I can see where there could [14] be disagreement on that, but that's the way I read [15] that.

[16] Q: Now, you are aware that in the APS 3200 [17] in high flow, the surge control system does not [18] utilize said proportional and integral control [19] signals to operate the bleed valve?

[20] A: Well, as I've said several times, [21] utilizes them to the extent that continues to [22] generate them. And it generates them to make them [23] available to operate the bleed control valve.

[24] Q: But they're not operating the

bleed valve

---

Page 760

igh flow?

[2] A: When they are in high flow a fixed value [3] is sent out to fix the bleed control, the bleed [4] valve open, but the proportional and integral [5] signals still generate a control voltage available [6] to the APS 3200 bleed control valve.

[7] Q: Mr. Muller, I just want to ask you about [8] your range of expertise, and in particular [9] expertise as an expert witness.

[10] Now, as part of your report in this [11] case you were required to disclose other cases in [12] which you've testified as an expert witness?

[13] A: That's correct.

[14] Q: And in the Pitney Bowes versus Baker [15] Industries, you were an expert with respect to the [16] corrosion of a fuel tank; is that fair?

[17] A: That's correct, yes.

[18] Q: What did that case involve?

[19] A: Well, that case involved — this was a [20] site in Morris County, New Jersey. And what had [21] happened is on the Pitney Bowes campus, corporate [22] campus — Pitney Bowes is the people t⸍ ⸍ou know [23] with the mail stampings and ⸍⸍ey had rather [24] ⸍ ⸍sive facilities. And they had these

---

Page 761

[1] underground fuel tanks.

[2] And what had happened was they had [3] found that the fuel tanks had begun to leak. And [4] the water table in that area is fairly high, so as [5] you're I'm sure familiar with the fuel oil that [6] was leaking from the tank began to be detected in [7] wells that they locate around fuel tanks and they [8] began to find that there was fuel oil in the [9] water.

[10] Naturally, this is a very serious [11] environmental matter and there are laws dictating [12] as to the extent of correction that has to be [13] done.

[14] And so there was a rather [15] significant lawsuit involving a wide range of [16] companies and many, many lawyers. And I was — [17] and the claim was made that the reason — that the [18] reason the fuel tank — the reason the fuel tank [19] was leaking was because it was due to the [20] installation of the fuel tank itself. And that [21] there would have been errors made in it and it was [22] the kind of h⸍ you would expect.

[⸍] ⸍eone said the fuel tank was [24] mpⱳoperly installed. It was damaged in he⸍⸍⸍

---

Page 762

[1] process. It was improperly made in the

---

first [2] place.

[3] So what I did, what the expertise [4] that I brought was as a mechanical engineer. Part [5] of your training as a mechanical engineer is to be [6] involved in the knowledge of stress analysis, that [7] is when things are under stress, if you put a load [8] on something, what is the effect.

[9] And also corrosion, because [10] corrosion has an effect on stress, that is if [11] things corroded, the effect of stress can have [12] greater or less effect.

[13] And what I did is I made an analysis [14] to find out what actually was the likely causes of [15] the failure of the tank that resulted in the [16] leakage.

[17] And from my analysis, I determined [18] that it was not an installation problem, that in [19] fact it was a corrosion problem. And the [20] corrosion problem which by the way is a common [21] problem to everyone's fuel tank, that is if you [22] have — if you get water in your tank and the oil [23] goes on top, the interface where the oil and water [24] meet in your oil tank is just the area where you

---

Page 763

[1] have just at where the oil level and the water is, [2] that's just the area where you begin to get an [3] awful lot of corrosion.

[4] And that corrosion, even though the [5] rest of the tank confined, that corrosion can work [6] its way through unbeknownst to you because it's at [7] the bottom of the tank so you end up losing oil [8] going through it.

[9] I was able to demonstrate that in [10] fact that was the condition in that fuel tank and [11] as a result all the plaintiffs quickly came to a [12] settlement to my client's satisfaction.

[13] Q: Thank you, Mr. Muller.

[14] That case in which you served as an [15] expert witness, you were not an expert with [16] respect to surge control of a compressor?

[17] A: When I did that case, I was also an [18] expert in surge control systems.

[19] Q: What I meant is you served as an expert, [20] but on a different subject?

[21] A: Yes, that's right.

[22] Q: And you also were an expert witness in [23] Hartford Steam Boiler versus Cummings Power case?

[24] A: That's correct, yes.

---

Page 764

[1] Q: I don't mean to cut you off, but I want [2] to get in a sentence or two. The subject of your [3] expertise as a witness in that case. You were an [4] expert witness on the question of diesel engines [5] and maintenance work on diesel

---

engines?

[6] A: Yes. That drew on the experience I had [7] over many years as part of plant operations where [8] I was involved as part of my — as part of my [9] overall responsibility I was responsible for, in [10] some cases, purchasing and maintaining and testing [11] the diesel powered emergency pumps that they have [12] in refineries and chemical plants.

[13] And what those are, are in refining [14] of chemical plants, if you have a fire, and [15] particularly as a result of a storm, and you lose [16] power coming into the plant, you may not have [17] power available to put a fire out because all of [18] your pumps have suddenly been shut down.

[19] And so what you need in your fire [20] hydrants, you need a secondary source of pumps to [21] generate water pressure, and in order to be able [22] to put out a fire, if you should be part of a [23] major power failure. The way that could be [24] accomplished in most plants is the use of a large

---

Page 765

[1] diesel engine, and that diesel engine is connected [2] to a pump and that draws water from the usual [3] sources of water and pressurizes the fire water [4] system.

[5] And that use of diesels is a very [6] important one. And over the years in my [7] responsibility for plant, for plant projects, when [8] I was a — when I was a supervisor and section [9] head of a technology group at the refinery, as [10] part of start-up responsibilities, and also in the [11] evaluations of the purchasing of diesel engines, [12] and occasionally where diesel engines were used [13] and where they failed as part of a troubleshooting [14] group, I became — I developed an expertise in [15] their operation and I was able to use it in this [16] particular instance here in Hartford.

[17] That was a case where it was the [18] Connecticut General Insurance Company —

[19] MR. HERRINGTON: Your Honor, do I [20] have the opportunity to —

[21] THE COURT: Yes, you may interrupt.

[22] MR. HERRINGTON: I believe a lot of [23] this is nonresponsive to what I've asked for and [24] it's using up my time on the clock.

---

Page 766

[1] THE COURT: If you would put the [2] question in a more focused fashion, [3] Mr. Herrington, it will be a more focused answer.

[4] BY MR. HERRINGTON:

[5] Q: Let me ask you about an another case [6] where you testified as expert witness in the last [7] four years?

[8] A: Thoroughly I testified in that Cummings [9] case, also.

[10] Q: In a case called Teresa Sorentino versus [11] Amaco Oil, isn't it true that you testified as an [12] expert witness on whether a fueling terminal [13] caused the death of a truck driver?

[14] A: That's correct.

[15] Q: And that involved the safety aspects of [16] the fuel terminal, correct?

[17] A: That drew on the plant safety expertise [18] that I had gained in plants over the years, yes.

[19] Q: Now, you actually list yourself as [20] available as an expert witness with an agency [21] called TASA?

[22] A: I use a firm called Technical Advisory [23] Service for Attorneys.

[24] Q: And that's an agency where people who

[1] want to be expert witnesses will list themselves [2] so that lawyers will find them?

[3] A: Not quite, what that is it's a service [4] used by attorneys when they have a special need.

[5] Your first characterization was [6] incorrect. It is not people who want to be expert [7] witnesses. It is attorneys who contact people [8] with special expertise and discuss their needs [9] with them, and if the individual is able to [10] provide assistance in the particular need the [11] attorney has, then to some degree, they come to an [12] arrangement as to how that service would be [13] provided.

[14] Technical Advisory, TASA, has a list [15] of tens of thousands of specialists in the widest [16] range possible, and they assist attorneys when [17] they have very special unique technical needs that [18] you cannot easily be obtained by asking other [19] attorneys or calling a college or something of [20] that nature, because they draw on experts that are [21] not only in this country but this hemisphere and [22] worldwide because there are so many specialized [23] needs.

[24] Q: You list yourself also a potential expert

[1] on a lot of different subjects with TASA?

[2] A: I list myself — I have checked off [3] categories which have to do with the full range of [4] equipment, refining equipment, or compression [5] equipment, machinery equipment, plant safety [6] aspects, reliability aspects, associated with [7] refining plants, chemical plants, production [8] units.

[9] In short, all the areas that I have [10] developed expertise that I described in

my [11] credentials when we began this session this [12] morning.

[13] Q: And, in fact, that's how the Honeywell [14] lawyers located you in this case is they went to [15] this TASA agency?

[16] A: Yes.

[17] Q: And there is another agency that you list [18] yourself with as putting yourself in touch with [19] lawyers; is that fair?

[20] A: That's correct. Actually, that one is [21] not so much with lawyers, that has to do with [22] insurance companies.

[23] Q: So you work for insurance companies [24] through that agency?

[1] A: I don't work for insurance companies. [2] What I have is representative insurance companies [3] when they have special technical claims, they will [4] — they occasionally contact me and ask me to [5] make an evaluation of the — whatever the claim is [6] to determine if the technical basis is valid.

[7] Q: And it's fair to say that you've [8] testified as an expert witness about 30 times in [9] your career?

[10] A: Excuse me, I have to correct something.

[11] As far as the Hudson International [12] work which you are describing with insurance [13] companies, that's basically an advisory capacity. [14] I provide them with a technical assessment.

[15] Q: Leaving that aside and looking at just [16] the times you've actually testified in court or in [17] a deposition as an expert witness for a company, [18] that's happened about 30 times?

[19] A: No, I've only testified, I've only [20] testified five or six times. I was trying to [21] remember this morning because I knew you would ask [22] this question. Because you asked it at [23] deposition, so I assume you would ask it again.

[24] I couldn't remember whether it was

[1] five or six times, offhand.

[2] Q: You have been retained as an expert [3] witness in litigation, I believe you said at other [4] depositions about 30 times?

[5] A: Yes, about 30 times. But even there — [6] I was thinking about that this morning and I [7] realized when I even referred to that, often they [8] were technical advisory where it was basically no [9] resolution that I was involved in. I was advising [10] — that is there was no deposition, there was no [11] trial, it basically was providing a technical [12] resource in a particular issue that was involved [13] among various companies

and they wanted to have an [14] independent evaluation of what the circumstances [15] were.

[16] Some of these were arbitration [17] of arrangements. And so that's [18] difficulty in answering the question of how many of these I was [19] involved in because they don't fall into a very [20] tight category.

[21] The only things I can speak [22] specifically of are the times I've been deposed [23] and the times I've actually testified as an expert [24] in Court.

[1] MR. HERRINGTON: Thank you, [2] Mr. Muller.

[3] THE COURT: Mr. Putnam, redirect?

[4] MR. PUTNAM: No redirect of this [5] witness, Your Honor.

[6] THE COURT: You may step down.

[7] THE WITNESS: Thank you very much.

[8] THE COURT: Your next witness.

[9] MR. KRUPKA: Your Honor, the next [10] witness is going to be William Van-Santen by video [11] deposition.

[12] It's my understanding Mr. Ziegler [13] wanted to consult with the Court before we do the [14] transition statement.

[15] (Beginning of side-bar.)

[16] MR. ZIEGLER: Your Honor, this is [17] just a question of trying to gauge the Court's [18] philosophy on the purpose of transition [19] statements. If the parties are prepared to act in [20] the same way, the proposed transition statement to [21] me means like a belief as opposed to an [22] explanation. This is this witness offering [23] testimony on a given subject or, this way [24] describes and summarizes what he says in

[1] considerable length and reads like a brief or a [2] summation.

[3] THE COURT: What is the subject of [4] Mr. VanSanten's testimony?

[5] MR. KRUPKA: He's testifying, Your [6] Honor, with respect to the knowledge that he on [7] behalf of Sundstrand and other people at [8] Sundstrand had of the two patents at issue during [9] the course of their operation.

[10] THE COURT: This goes to [11] willfulness?

[12] MR. KRUPKA: It goes to willfulness.

[13] THE COURT: Do you want to explain [14] to the jury that this witness will ask them in [15] the determination of will infringement?

[16] MR. KRUPKA: Yes, Your Honor.

[17] THE COURT: Rather than going in a [18] proffer.

[19] MR. KRUPKA: Well, I'm happy to be [20] guided by Your Honor.

[21] THE COURT: Well, I think if we have a problem, apparently we do.

[22] MR. KRUPKA: My understanding what [24] Mr. Ziegler was saying, we have a problem, my

---

**Page 773**

[1] offer is I'm happy to.

[2] MR. ZIEGLER: Transition statements [3] are not a brief. I'm new to transition —

[4] THE COURT: I would suggest you [5] avoid brief-like transition statements. Let's try [6] to educate the jury on the various phases of the [7] trial that we're moving into with. The witness' [8] testimony will speak for itself.

[9] MR. KRUPKA: That's fine, Your [10] Honor.

[11] MR. ZIEGLER: Thank you, Your Honor.

[12] (End of side-bar.)

[13] MR. KRUPKA: Your Honor, these [14] formal looking documents are the actual [15] transcripts of the depositions. I have one for [16] the Court and one for the clerk in the event that [17] you want to follow along.

[18] May I make the transition statement, [19] Your Honor?

[20] THE COURT: Yes.

[21] MR. KRUPKA: Ladies and gentlemen of [22] jury, the next witness is William VanSanten. He's [23] an attorney. He's one of the private attorneys [24] that I mentioned in the opening who did work for

---

**Page 774**

[1] Sundstrand and we are now entering a phase of the [2] case that deals with the subject of willful [3] infringement and the knowledge that the attorneys [4] for Hamilton Sundstrand, both the outside [5] attorneys and the in-house attorneys and people at [6] Hamilton Sundstrand had of the existence and the [7] substance of the '194 and the '893 patents [8] dating back as far as 1986.

[9] (Videotape).

[10] Q: State your full name for the record, [11] please?

[12] A: William Albert VanSanten, Jr.

[13] Q: Who are you employed or associated with?

[14] A: I am a partner in the law firm of Wood, [15] Phillips, VanSanten, Clark & Mortimer in Chicago, [16] Illinois.

[17] Q: Am I correct that the Wood, Phillips [18] represents Sundstrand?

[19] A: We have for a number of years, yes.

[20] Q: Am I correct that Wood, Phillips [21] continues to today, through today, to

---

actively [22] represent Sundstrand?

[23] MR. HERRINGTON: Object to the [24] form.

---

**Page 775**

[1] A: That is correct.

[2] Q: But I take it you've have either been [3] employed by —

[4] (Stop videotape)

[5] MR. ZIEGLER: Your Honor, I [6] apologize for the interruption. Can we approach [7] side-bar?

[8] (Side-bar conference.)

[9] MR. ZIEGLER: My clear [10] understanding, and I believe there was a letter [11] proposing this to me from Mr. Putnam, was that all [12] designations would exclude colloquy by counsel of [13] objections, and the very first segment there is [14] portion of this where frankly there is one [15] direction not the answer because it's privileged, [16] there is repeated questions, I frankly just [17] assumed based on the way it's normally done and I [18] believe the letter that Mr. Putnam, the way they [19] proposed to do it that all colloquy would be [20] excluded.

[21] MR. KRUPKA: Actually, Your Honor, [22] there is two things going on here. First of all [23] as that last example is a good example, there is [24] an overlap between the objection and the answer,

---

**Page 776**

[1] and it's technically impossible to completely [2] separate it.

[3] The other is, Your Honor, there was [4] a letter that was sent last night and I think [5] previously that indicated because they hadn't [6] agreed with us that we were leaving things in [7] because they had objected to things and these were [8] substantial or the subject of their objections.

[9] And I wanted — for example, last [10] night I wrote a letter and said we were planning [11] on leaving it in at their request unless they got [12] in touch with us and told us to leave it out. It [13] doesn't relate to this particular one. With [14] respect to these, Your Honor, we can't physically [15] separate the two because of the overlay.

[16] THE COURT: Let's separate out the [17] overlap issue because that's technological problem [18] that we'll just have to live with.

[19] MR. ZIEGLER: The price of video.

[20] MR. KRUPKA: The other instance, [21] Your Honor, if that's what they want us to do, [22] we'll be happy to do it.

[23] THE COURT: Are you able to do it [24] now or do you want to do it overnight?

---

**Page 777**

[1] MR. KRUPKA: With respect to this [2] one, Your Honor, I did talk with Mr. Schulman. He [3] said with respect to this one you can't do it [4] because of overlap because of the way it was [5] done. Any other ones we do we'll immediately [6] eliminate those things.

[7] MR. ZIEGLER: Your Honor, this is [8] the one that I believe, in fact, maybe has a [9] paragraph on the transcript of repeated objection, [10] and repeat question and objection, and ultimately [11] no answer.

[12] MR. HERRINGTON: Instruction not to [13] answer.

[14] THE COURT: Can we get the [15] transcript?

[16] MR. KRUPKA: Mr. Schulman, they're [17] raising a concern with respect to apparently there [18] is a section of this where there was an [19] instruction not to answer and then some colloquy [20] and then ultimately an answer. Is that included [21] in the video or is that taken out.

[22] MR. SCHULMAN: My belief is that the [23] instructions not to answer are included in the [24] video. And I don't think there ever was an answer

---

**Page 778**

[1] to the question, so I think the video leaves it [2] with an instruction not to answer.

[3] MR. ZIEGLER: I just assumed it had [4] been taken out. It's page 323 of the transcript [5] starting at line 10 and it keeps going through 325 [6] line 14.

[7] THE COURT: Is it possible to edit [8] that?

[9] MR. KRUPKA: I'll see right now, [10] Your Honor.

[11] MR. KIRK: We can just turn the [12] volume down.

[13] THE COURT: That's one solution.

[14] MR. HERRINGTON: There is another [15] tape you can play if it takes a while to fix this, [16] there is the Crowe tape.

[17] MR. SCHULMAN: Sure.

[18] THE COURT: I'll be right back. [19] I'll just wait. Just wait. I hate to have the [20] jury sitting over there.

[21] MR. KRUPKA: Your Honor, that [22] apparently is the very end of the video, so we can [23] just stop it.

[24] THE COURT: Agreed, Mr. Ziegler.

---

**Page 779**

[1] They said it's at the very end of the video. [2] We'll stop it.

[3] MR. ZIEGLER: As long as they stop [4] it, that's fine.

[5] THE COURT: All right.

[6] (Side-bar ended.)

# In The Matter Of:

*Honeywell International Inc., et al.   v.*
*Hamilton Sundstrand*

---

*Trial Volume Number 5*
*February 9, 2001*

---

*Hawkins Reporting Service*
*715 N. King Street*
*Wilmington, DE  19801*
*(302) 658-6697    FAX: (302) 658-8418*

*Original File 020901FC.V1, 287 Pages*
*Min-U-Script® File ID: 2719580293*

# Word Index included with this Min-U-Script®

[6] **Q:** So Hamilton Sundstrand Corporation is [7] part of United Technologies Corporation?

[8] **A:** That's correct.

[9] **Q:** Can you tell the jury what the other [10] major parts of United Technologies?

[11] **A:** Well, within United Technologies, [12] Hamilton Standard is part of Flight Systems that's [13] Sicorski.

[14] **Q:** What is Sicorski?

[15] **A:** Sicorski is one of the world's largest [16] manufacturers of helicopters for commercial and [17] military applications.

[18] **Q:** What are the other part of United [19] Technologies?

[20] **A:** Otis Elevators. I noted the elevators in [21] this building are Otis elevators.

[22] **Q:** I don't think that's something they want [23] to brag about.

[24] **A:** We also have Carrier Air Conditioning.

Page 1239

[1] And of course our biggest division is Pratt & [2] Whitney, which manufacture many of the very large [3] gas turbine engines that power commercial and [4] military aircraft.

[5] **Q:** Let's focus on the Hamilton Sundstrand [6] Corporation today, Mr. Johanson. Can you tell the [7] jury its principal products that it makes?

[8] **A:** We're a very diversified company. We [9] have one of our larger divisions is the Electric [10] Power Group and they produce the electric power [11] generation equipment virtually every aircraft made [12] in the free world and many, many military [13] applications as well.

[14] In our division of course we [15] produced APUs as you've heard plenty of today. We [16] also produce in our division, cooling fans, oxygen [17] generating systems and within the mechanical [18] division we produce a number of things like gear [19] boxes, main engine starters, actuation devices [20] that actually move the control surfaces on the [21] aircraft and many of the equipment that hang on [22] the outside of an engine both APUs and main [23] engines.

[24] We're also, we have an air — or

Page 1240

[1] space and undersea division which produces for [2] underwater torpedo engines. And for in space, we [3] produce space suits. The astronauts that are out [4] in space today have Hamilton Sundstrand space [5] suits, so as they're doing their spacewalks.

[6] **Q:** How about the Space Shuttle Atlantis, [7] that got them to space today, is

there any [8] Hamilton Sundstrand product used on the Space [9] Shuttle?

[10] **A:** Yes, we do. In addition to space suits, [11] we have also the emergency power units that are on [12] board the Space Shuttle in case they have a power [13] loss.

[14] We have some, I think, three or four [15] of those units on board the Space Shuttle.

[16] **Q:** Approximately how many employees does [17] Hamilton Sundstrand have today, Mr. Johanson?

[18] **A:** We're about 17,000 worldwide.

[19] **Q:** Where are the principal locations where [20] those people work for Hamilton Sundstrand in the [21] United States?

[22] **A:** For myself, San Diego. We have [23] manufacturing facilities in Windsor Locks is where [24] we're actually headquartered, Windsor Locks,

Page 1241

[1] Connecticut. We have manufacturing facilities in [2] Puerto Rico, Nebraska, Illinois, Colorado. I'm [3] sure there are others, they just don't occur to [4] me.

[5] **Q:** In addition to facilities in the United [6] States, does Hamilton Sundstrand also have [7] facilities outside the US?

[8] **A:** Yes, as I mentioned, we're a worldwide [9] corporation. We have facilities in Italy, we have [10] facilities in China, France, United Kingdom, [11] Singapore, I believe in Japan as well.

[12] **Q:** Has Hamilton Sundstrand received any [13] awards for its work on airplane equipment?

[14] **A:** In what aspect?

[15] **Q:** Anything from Boeing?

[16] **A:** Yes. I'm sorry. We have from time to [17] time some of our original equipment manufacturers [18] such as Airbus or Boeing. They do honor their [19] suppliers, or airlines suppliers for the support [20] they've provided in either supporting the product [21] or the quality of the product that they deliver, [22] or the timeliness of their correspondence and [23] Sundstrand has received awards from Boeing.

[24] And I believe also from American

Page 1242

[1] Airlines and Delta Airlines within the last 12 to [2] 24 months.

[3] **Q:** What award did it get from Boeing in the [4] year 2000?

[5] **MR. KRUPKA:** Your Honor. [6] Objection. I don't have — I object to background [7] about if we get into specifics, I object.

[8] **THE COURT:** Do you want to [9] rephrase?

[10] **BY MR. ZIEGLER:**

[11] **Q:** Are you aware of an award that Hamilton [12] Sundstrand received in the year 2000 from Boeing?

[13] **A:** Yes. We received a Supplier of the Year [14] Award.

[15] **Q:** Now, Mr. Johanson, could you describe for [16] the jury — withdrawn. You've described a number [17] of different products that Hamilton Sundstrand [18] manufactures. Let's now focus on auxiliary power [19] units.

[20] Does Hamilton Sundstrand manufacture [21] auxiliary power units for aircraft.

[22] **A:** Yes, we have. We have been in the gas [23] turbine engine for 24 years.

[24] **Q:** Focusing on the current day, what are the

Page 1243

[1] different airplanes for which Hamilton Sundstrand [2] manufacturers auxiliary power units, putting [3] military ones aside for the moment?

[4] **MR. KRUPKA:** Objection, Your Honor.

[5] **THE COURT:** See counsel at [6] sidebar.

[7] (Side-bar conference.)

[8] **THE COURT:** What's the basis of the [9] objection, Mr. Krupka?

[10] **MR. KRUPKA:** The objection is that [11] during the course of discovery they took the [12] position that no APU other the APS 3200 accused [13] product had any relevance to any issue in this [14] lawsuit.

[15] As Your Honor will recall, there was [16] a narrow accepting that Your Honor agreed to, [17] actually the parties agreed to in the presence of [18] Your Honor with respect to a single unit at the [19] pretrial conference.

[20] Having taken the position that all [21] other APUs are irrelevant, we object on relevancy [22] and prejudice grounds that since we have had no [23] opportunity to take any discovery or receive any [24] discovery on any APUs other than the APS 3200, I

Page 1244

[1] object to having this witness testify about any [2] APU other than the APS 3200.

[3] I didn't mind the general background [4] that described the business, but as soon as we got [5] into specific models, I feel I'm prejudiced [6] because I have no discovery on it and they took [7] the position it was irrelevant.

[8] **THE COURT:** Mr. Ziegler.

[9] **MR. ZIEGLER:** Your Honor, this is [10] background information. I'm not going to be [11] eliciting anything about the technical features of [12] any —

Honeywell International Inc., et al.   v.
Hamilton Sundstrand
Case 1:99-cv-00309-GMS    Document 421-12    Filed 05/01/2006    Page 9 of 13
Trial Volume Number 5
February 9, 2001

involved in negotiating these deals and we [24] don't get into any of the conclusions or opinions

**Page 1251**

[1] or experience he has with respect to any [2] particular APU or any particular sole source [3] contract, and we don't get into any of the [4] discussions about when we are negotiating a sole [5] source deal, this is what I do, this is what [6] happens and that this is what our experience has [7] been, which I'm precluded from cross-examining.

[8] I have no problem, Your Honor, as [9] long as you're talking about well, I'm involved in [10] negotiations and some of them are in dual source [11] situations against Honeywell and some of them are [12] in sole source situations, as long as it doesn't [13] go into any of the details or description of what [14] happens in these other deals that we've been [15] precluded from get any discovery on because they [16] took the position they were irrelevant, I don't [17] have a problem.

[18] But as soon as we get into well, [19] what's your experience been on the basis of these [20] other deals or a comparison of his other deals to [21] the APS 3200, then I have a prejudice because I'm [22] not able to cross-examine him with respect to [23] those other experiences because they took the [24] position those documents were irrelevant.

**Page 1252**

[1] THE COURT: To that extent, I'm [2] going to sustain the objection. Okay.

[3] And give you lead to try to [4] accomplish your task without resorting to that [5] level of detail. Okay?

[6] MR. ZIEGLER: Thank you.

[7] MR. KRUPKA: Thank you, Your Honor.

[8] (End of side-bar conference.)

[9] THE COURT: You may continue, [10] Mr. Ziegler.

[11] MR. ZIEGLER: Thank you, Your [12] Honor.

[13] BY MR. ZIEGLER:

[14] Q: Mr. Johanson, could you describe to the [15] jury briefly the history of Sundstrand's entry [16] into the APU markets?

[17] A: The original APU or small gas turbine [18] engine was designed by a company that Sundstrand [19] actually later acquired called Turbomeca, back [20] before that the parent company was solar [21] turbines.

[22] They built their first small turbine [23] engine in 1957. It actually powered a US Navy [24] gyrocopter.

**Page 1253**

[1] Subsequent to that they started in [2] the business with APUs that were put on military [3] helicopters and generator sets, just about every [4] US military helicopter in the '60s and 70's had a [5] solar Turbomeca APU in the back and we provided [6] those APUs to start the main engines and provide [7] power in the aircraft.

[8] Later on in the 70's, we got on [9] board the F 16 program and provided to, actually [10] to Sundstrand at that time, the jet fuel starter [11] so that the F 16 has a way to start the main [12] engine.

[13] It's the only source of starting [14] power for that main engine. And I think we've [15] delivered well in excess of 3,000 of those units.

[16] Around 1985, we were acquired by [17] Sundstrand and merged into the Sundstrand [18] Aerospace division. And we continued to develop [19] military and commercial APUs.

[20] About 1987, we got into the larger [21] commercial engines, we were moving into regional [22] transport aircraft and then subsequently we were [23] looking at the larger aircraft to broaden our [24] commercial business, which started off with a 737

**Page 1254**

[1] and that was the APS 2000 APU. Subsequently, the [2] APS 3200 and a number of other military APUs as [3] well.

[4] Q: Can you explain to the jury what led [5] Sundstrand to decide to develop the APS 3200 for [6] use on the Airbus A320 airplane?

[7] A: Well, if we back up just a little bit, we [8] had been looking at the APS 2000 as a commercial [9] APU, and the opportunity came that there was a [10] problem with the incumbent supplier on that [11] aircraft to the extent that a major European [12] carrier came to us and asked us if we would [13] develop an APU and put it on Boeing 737, that [14] airline was Lufthansa.

[15] And we came to an agreement with [16] Boeing and eventually became a second source on [17] that airplane with our APS 2000.

[18] During that period the Airbus A320 [19] had also entered commercial service, I think that [20] was around 1988. And again, there were problems [21] and a great deal of customer dissatisfaction, and [22] we saw an opportunity there to create a new and [23] better product and we did that.

[24] Q: When you say there were problems and a

**Page 1255**

[1] great deal of customer dissatisfaction,

[2] Mr. Johanson, what were you referring to?

[3] A: The unreliability of the APU, the incumbent was the 36-300. And I think we saw [5] excerpts from Aviation Week articles that [6] evidenced the fact that the airlines that were [7] operating it were unhappy with its performance.

[8] Q: Just for clarity, who was manufacturing [9] the 36-300 APU that you've just been describing?

[10] A: Currently the name of the company is [11] Honeywell.

[12] Q: And when was it that customer [13] dissatisfaction with Honeywell's 36-300 came to [14] Sundstrand's attention?

[15] A: Early 1989.

[16] Q: And what did Sundstrand determine to do?

[17] A: What we did is we examined the [18] possibility of developing an APU of that size, and [19] we decided it was quite an expensive project so we [20] went and searched for a partner.

[21] Q: And what was the reason for attempting to [22] find a partner to develop the APS 3200?

[23] A: The cost of developing one of these units [24] is very, very high. We felt that we needed to,

**Page 1256**

[1] number one, have someone who would share the cost [2] of that development, and number two, it was a [3] European designed aircraft, manufactured in [4] Toulouse, France by a consortium of European [5] countries.

[6] So European content was a very [7] important factor in being able to compete for that [8] airplane.

[9] Q: What was the company that Sundstrand [10] decided to team up with to make the 3200?

[11] A: It was Turbomeca, that's a division of [12] Labinal.

[13] Q: Is that a French company?

[14] A: Yes, it is.

[15] Q: What was your position — well, [16] withdrawn.

[17] What was the name of the joint [18] venture that Turbomeca and Sundstrand created?

[19] A: Auxiliary Power International [20] Corporation, which everyone commonly calls APIC.

[21] Q: Did you have a position with APIC, [22] Mr. Johanson?

[23] A: Yes, I was marketing manager.

[24] Q: When did you become marketing manager for

**Page 1257**

[1] APIC?

need them?

THE COURT: Yes, we do.

R. HERRINGTON: Great.

[21] DIRECT EXAMINATION

[22] BY MR. HERRINGTON:

[23] Q: Mr. Shinskey, would you please introduce [24] yourself to the jury?

Page 1321

[1] A: Yes. I'm Francis Gregway Shinskey. I am [2] a process control consulting engineer. I am a [3] self-employed engineer operating out of my home in [4] New Hampshire.

[5] I have many years of experience in [6] industry, chemical industry, and instrumentation [7] industry, and have spent since approximately 1957 [8] working in process control exclusively of [9] industrial plants and facilities.

[10] Q: Mr. Shinskey, if you could explain, what [11] is "process control"?

[12] A: Process control involves controlling [13] variables in plants and in machinery so that the [14] plant or the machine operates safely, [15] profitability, meets production objectives.

[16] Q: And does that field include surge [17] control?

[18] A: That field includes surge control,

[19] Q: Surge control of compressors?

[20] A: Of compressors, yes, yes, sir.

[21] Q: And have you, yourself, designed surge [22] control systems?

[23] A: I have.

[24] Q: On approximately how many projects?

Page 1322

[1] A: Oh, perhaps 20 projects.

[2] Q: Let's go back and review your education.

[3] When did you graduate from college?

[4] A: I graduated from college in 1952 with a [5] degree, bachelors of science and chemical [6] engineering.

[7] Q: Where did you go to school?

[8] A: The University of Notre Dame.

[9] Q: And after receiving your diploma, what [10] did you do?

[11] A: After receiving my diploma, I was [12] commissioned as a naval officer having participate [13] in the ROTC program at the university. And I [14] immediately went to active military duty i [15] Korean War on a destroyer.

[16] For how long were you in Korea?

[17] A: I was there for two years.

[18] Q: And what did you do when you finished [19] your tour of duty?

[20] A: When I finished my tour of duty, I

joined [21] the DuPont Company in the Savannah River, an [22] atomic energy plant in Georgia.

[23] Q: When did you first begin to work in the [24] field of controls?

Page 1323

[1] A: From DuPont, I went to work for Olan [2] Chemical in 1955. And after two years working for [3] Olan chemical, and gaining some experience working [4] with controls, repairing them, in fact, I was [5] appointed the instrument engineer for the group of [6] pilot plants which were manufacturing high energy [7] fuels at the Olan facility in Niagara Falls.

[8] Q: For how long did you work at Olan?

[9] A: I work at Olan from 1955 until 1960.

[10] Q: Where did you go after that?

[11] A: When I left Olan in 1960, I began work [12] for the Foxboro Company in Foxboro, [13] Massachusetts. The Foxboro Company is an old line [14] instruments and control systems manufacturing [15] company.

[16] Q: And are you still working in the field [17] today?

[18] A: I still am working in the field today. I [19] retired from the Foxboro Company in 1993, and [20] after retiring, I continued to be actively working [21] in the field of process control. I have very many [22] clients who use my services to help them control [23] their plants.

[24] Q: At some point, Mr. Shinskey, did you

Page 1324

[1] begin writing about controls?

[2] A: Yes, I did. I found that my education in [3] process control that I was able to obtain did not, [4] while it was interesting to learn the theory of [5] how process controllers behave, I found that the [6] information available from academic sources was [7] not adequate to help me in a plant situation, so I [8] developed my own method for analyzing process [9] control loops and improving the performance of [10] control in plants situations.

[11] So at that point I began instructing [12] the engineers who I was associated with OOK at Foxboro [13] in my methods of achieving better performing [14] control systems.

[15] Q: And when did you first write a book on [16] controls?

[17] A: I was teaching Foxboro engineers in my [18] methods when the — the head of the research [19] department asked me if I would write a book on the [20] subject, which I did, and which my first book was [21] published in 1967. It is not in its

fourth [22] edition.

[23] MR. HERRINGTON: Your Honor, if I [24] may, may I ask Mr. Shinskey to identify his first

Page 1325

[1] book that he just referred to and we also have the [2] second edition?

[3] THE COURT: You may.

[4] BY MR. HERRINGTON:

[5] Q: I've handed you what we've marked as [6] Defendant's Exhibit 1196 A and B. If you could [7] please, just identify those?

[8] A: Yes, 1196 A is the first edition of [9] process control systems published in 1967. And [10] Exhibit 1196 B is a second edition which was [11] published in 1979.

[12] Q: And what is the general subject of those [13] books?

[14] A: They go through the theory of process [15] control, how controllers function. And how to [16] achieve the best performance out of control [17] loops. They describe controllers of various kinds [18] and then they concentrate specifically on [19] controlling different types of processes, pumps, [20] compressors, heat exchangers, boilers, [21] distillation columns, all the variety of processes [22] that you would find in a more than processing [23] plant.

[24] Q: Do they contain some discussion of surge

Page 1326

[1] control of compressors?

[2] A: Yes, they do contain a discussion of [3] surge control.

[4] Q: Now, in addition to your books, is it [5] fair to say you've also written articles over your [6] career?

[7] A: I have written, as was mentioned, more [8] than 100 articles on process control, yes.

[9] Q: I don't want to embarrass you, but you've [10] received awards throughout your career from the [11] Instrument Society of America, the American [12] Institute of Chemical Engineers, the Institute of [13] Measurement and Control of the United Kingdom, the [14] Nordic Process Control Group and the American [15] Automatic Control Counsel?

[16] A: That's correct.

[17] Q: And I understand that this spring you're [18] to be inducted into the Control Hall of Fame?

[19] A: That's correct.

[20] Q: Mr. Shinskey, you've also had occasion to [21] teach controls to other engineers?

[22] A: Yes, I have participated. I have given [23] many, many seminars over the

years since my — I [24] began writing, I also began giving seminars and I

---

Page 1327

[1] have given, on the average, of five to six [2] seminars a year, perhaps more than that in some [3] years, since about the last 30 or 35 years.

[4] Q: Now, one of the issues in this case is [5] what a person of ordinary skill in the art to [6] which the Honeywell patents apply would understand [7] and be able to do.

[8] And, I believe you have an [9] understanding of what you think a person of [10] ordinary skill in the field would be?

[11] A: Yes. A person of ordinary skill in the [12] art in this field would be someone with a degree [13] in engineering, would have perhaps five or more [14] years experience in applying control systems to [15] industrial plants and facilities. And some of [16] those control systems would be associated with [17] controlling compressors.

[18] Q: Now, based on your own experience as of [19] the time period of February 1980 and the late [20] 1970's, would you have an understanding of what [21] would be known and understood by a person of [22] ordinary skill in this field?

[23] A: Yes. Back at that period of time I would [24] have been that person of ordinary skill and my

---

Page 1328

[1] colleagues at Foxboro Company, my colleagues in [2] industry with whom I worked, and also the students [3] that came to me for training in advanced control [4] systems would have been representative of persons [5] of ordinary skill in the art.

[6] Q: Mr. Shinskey, I want to discuss the [7] patents and the APS 3200, but before we do that, I [8] would like to give you an opportunity to give the [9] jury a brief tour, if they like, of the APS 3200.

[10] MR. HERRINGTON: Your Honor, may I [11] ask the jury would step down? We have it over [12] here.

[13] THE COURT: Chance to stretch your [14] legs, ladies and gentlemen.

[15] BY MR. HERRINGTON:

[16] Q: Please.

[17] A: Now, as the previous witness had [18] mentioned this is not an operating APU, but it is [19] a mock up, but it is of the same size, weight, and [20] so forth. It's made of the same parts that would [21] be an operating APU.

[22] We have at the far end is the [23] engine, the external engine which spins the [24] turbine blades and so forth, and the parts powered

to the shaft, T shaft turns both the power [2] compressor which is on this side and the load [3] compressor which is on this side.

[4] Air for this machine is drawn up [5] from underneath, there is a large opening, the air [6] comes vertically upward from openings underneath [7] and spins around in the load compressor and is [8] discharged right at this point.

[9] Now, at this point, the air can go [10] in two different directions. The compressed air [11] enters the bleed control valve at this point and [12] the bleed control valve can either send air to the [13] aircraft or to the exhaust.

[14] And it has a what we call a [15] butterfly valve, which can swing from left to [16] right and close off either one port or partially [17] close off the other port.

[18] The valve is operated by an electric [19] hydraulic actuator right here which receives a [20] signal from the surge control system in order to [21] adjust its position in one direction or the other.

[22] The guide vane operator is this [23] motor right here. And as the guide vane operator [24] is — receives a signal, it moves its shaft in and

---

Page 1330

[1] out which opens or closes the louvers, the guide [2] vanes that you have seen in the other compressor.

[3] The additional features, there is [4] the generator at this end, and of course the [5] exhaust is over here, and whatever air is not [6] delivered to the aircraft goes here because the [7] aircraft demand might be less than the surge limit [8] for the compressor, whatever additional air beyond [9] what is required by the aircraft, then is bled to [10] the exhaust through the bleed surge control.

[11] Q: Thank you.

[12] MR. HERRINGTON: Your Honor, [13] Mr. Shinskey has prepared a set of digital aids [14] that I would like to show him and then present to [15] the jury if I may.

[16] THE COURT: You may.

[17] MR. HERRINGTON: Would you like [18] copies for the Court?

[19] THE COURT: Yes.

[20] MR. HERRINGTON: Three?

[21] THE COURT: Two.

[22] MR. KRUPKA: Your Honor, may we have [23] a side-bar.

[24] THE COURT: Yes, I'll join counsel

---

Page 1331

[1] at side-bar.

[2] (Side-bar conference.)

[3] MR. KRUPKA: I'll let Mr. Putnam do [4]

it.

[5] MR. PUTNAM: Your Honor, I gather [6] Mr. Herrington's intent is to give these demonstratives to the jury, which I would object [8] to assuming that they have all been disclosed [9] before and we need to look through — I don't have [10] any objection him showing them to the jury, but I [11] think having the jury have them in their [12] possession, even if it's just during the course of [13] Mr. Shinskey's testimony would be prejudicial. [14] They are not evidence, they can illustrate his [15] testimony. I don't think it's appropriate that [16] copies be given to the jury.

[17] MR. ZIEGLER: Your Honor, it's just [18] at way of letting them follow along. It's a small [19] version.

[20] THE COURT: Are these going to be [21] displayed?

[22] MR. HERRINGTON: Yes, in addition to [23] being displayed.

[24] THE COURT: Just display them, to

---

Page 1332

[1] avoid any further dispute.

[2] MR. HERRINGTON: Okay.

[3] (End of side-bar conference.)

[4] THE COURT: Members of the jury, [5] we'll just have them displayed for your benefit on [6] the screen as we did before.

[7] BY MR. HERRINGTON:

[8] Q: Mr. Shinskey, I want to turn now to [9] the question of whether the APS 3200 infringes the two [10] patents at issue in this case, the '893 and '194 [11] patent.

[12] Did you conduct an evaluation of [13] that issue?

[14] A: I did.

[15] Q: And did you reach a conclusion?

[16] A: I definitely reached a conclusion, yes.

[17] Q: What was your conclusion?

[18] A: My conclusion is that the APS 3200 surge [19] control system does not infringe either the '893 [20] or the '194 patents.

[21] Q: If you could, please explain, just [22] briefly, what the basis for your opinion is?

[23] A: If we look closely at all of the claims [24] of the two patents, we find that in every claim is

---

Page 1333

[1] the feature of adjusting the set point of the [2] surge controller as a function of inlet guide vane [3] position, or of changing the proportional integral [4] output signals are the source of the controller [5] signal as a function of inlet guide vane position.

[6] In the APS 300, the guide vane [7]

position is neither used to set the set point of [8] the surge controller nor does [9] affect the [9] proportional and integral [10] units of the surge [10] controller in any

[11] **Q:** Mr. Shinskey, I would like to give you [12] copies of the patents?

[13] **MR. HERRINGTON:** Your Honor, if I [14] may?

[15] **THE COURT:** Yes.

[16] **Q:** What we call the '893 patent is [17] Defendant's Exhibit 2, and the '194 patent is [18] Defendant's Exhibit 3.

[19] Mr. Shinskey what did you do to [20] familiarize yourself with these patents and the [21] claims at issue?

[22] **A:** Well, I read the patents and their claims [23] in close detail. And in light of my experience in [24] controlling surge in various compressors over the

### Page 1334

[1] years, and also in light of what was considered to [2] be the state-of-the-art at the time prior to the [3] filing of these patents.

[4] And I was surprised to find out that [5] the elements of the claims upon which the patents [6] depend were commonly practiced, not only singly, [7] but also in combination, in combinations similar [8] combinations which appear in the [9] is at [9] that time.

[10] for example, the flow related [11] parameter is a very common flow related parameter, [12] which was used to measure the flows of compressed [13] air and gas in many, many applications, not only [14] surge control back at this period of time.

[15] And so I was somewhat surprised that [16] these patents were even granted.

[17] Then after having familiarized [18] myself with all of the characteristics of the [19] control systems as described in the patents, then [20] I investigated the way surge control was provided [21] in the APS 3200.

[22] And I found some, again, very [23] unusual differences. For example, I discovered [24] that the inlet guide vane position in the 3200

### Page 1335

[1] does not set the set point of the surge controller [2] as it does in the patents.

[3] I also discovered that the variable [4] used by the surge controller in the APS 3200 is [5] not the same variable as the flow related [6] parameter in the patents, it's quite different.

[7] In fact, the surge variable, the [8] variable which is used to control surge in the APS [9] 3200, I discovered that I had never seen that used [10] to control surge before in any work that I had [11] ever done or in any publications that I have

ever [12] read.

[13] That is the use of the pressure rise [14] across the diffuser as an indication of the [15] approach to surge in a compressor.

[16] **Q:** Mr. Shinskey, what did you look at to [17] become familiar with the operation of the APS [18] 3200?

[19] **A:** I looked very thoroughly through the [20] specification. What we have talked about earlier [21] is the ECB or Electronics Control Box requirement [22] specification for the APS 3200, which describes [23] the — in block diagram form and also in text how [24] the control system for the APS 3200 functions.

### Page 1336

[1] **MR. HERRINGTON:** Your Honor, if I [2] may show Mr. Shinskey what's been marked as [3] Defendant's Exhibit 26?

[4] **THE COURT:** You may.

[5] **BY MR. HERRINGTON:**

[6] **Q:** Mr. Shinskey, if you could, please, [7] identify what we have marked here as Defendant's [8] Exhibit 26?

[9] **A:** Yes, this is the APS 3200 ECB [10] requirements specification, revision N. This is [11] the same document I was using.

[12] **Q:** Before we talk about what the patents [13] claim and what the APS 3200 does, could you give a [14] brief summary of how a surge control system works?

[15] **A:** I believe I can.

[16] A surge control system in order to [17] prevent surge from developing in a compressor, the [18] surge control system has to maintain at least a [19] certain minimum flow through the machine.

[20] And the difficulty that we have in [21] controlling a surge in a compressor is that the [22] particular value of minimum flow which will be [23] safe as far as surge goes is not a constant. It [24] varies with many different things. It varies with

### Page 1337

[1] the compression ratio of the compressor. It [2] varies with the speed of the compressor. With the [3] opening of guide vanes. It varies with the [4] composition of gas which is being compressed, and [5] also with the temperature of the gas being [6] compressed.

[7] And so it's a fairly complicated [8] science to be able to arrive at an effective surge [9] control system for a compressor. And the control [10] system which is best for a given compressor may [11] not be best for another because compressors vary [12] based on again whether we have a constant speed, [13] variable speed, inlet guide vanes or not, whether [14] the system pressure is constant temperature, gas [15] composition and so forth.

[16] **Q:** Is a surge control system an example of a [17] closed loop system?

[18] **A:** A surge control system is a closed loop [19] system, yes.

[20] **Q:** We have a figure from your 1967 book. [21] And if we can project it on the screen and have [22] you explain the basis of a closed loop [23] controller.

[24] **MR. HERRINGTON:** Your Honor, may the

### Page 1338

[1] witness approach the board here?

[2] **THE COURT:** Yes.

[3] **A:** This is the simplest example of a closed [4] loop. And I would like to identify the inputs and [5] outputs to the controller.

[6] We have an input entering from the [7] right, which is identified as the set point. And [8] as we have defined the set point in the last few [9] days, it is the desired value of the variable [10] which we wish to control.

[11] And if we would like the temperature [12] in our home to be 68 degrees, we would set the set [13] point of the thermostat at 68 degrees.

[14] On the other side of this circle [15] entering from the top, we have what we would call [16] the controlled variable. And for the thermostat [17] in our house that would be the temperature of the [18] room would be the controlled variable which we [19] would wish to be maintained at set point.

[20] In the case of a surge control [21] system, the set point is whatever value of the [22] controlled variable, be it flow or whatever we're [23] using as a controlled variable. That would [24] represent a safe condition and still an economic

### Page 1339

[1] condition. A safe condition means we're not going [2] to go into surge. We are protected from surge by [3] maintaining that value, an economic condition [4] means that we would not waste compressed air [5] unnecessarily by operating far away from surge.

[6] Then the comparison between the [7] controlled variable and the set point is developed [8] here in this circle then is what we might call a [9] comparator.

[10] The difference between the [11] controlled variable and the set point is the error [12] signal. And it has been called the error signal [13] and it appears that way in other documents which [14] we have looked at this week.

[15] The controller acts in such a way as [16] to try to maintain the error as close to zero as [17] possible. So the controller is where the [18] proportional and integral actions will take place.

[19] The output of the controller will [20]

then move some variable such as the fuel flow to [21] an engine, if we wish to control the speed of an [22] engine. The fuel flow to a heater, if we wish to [23] control the temperature of the heater and so [24] forth.

### Page 1340

[1] And so the controller almost always [2] manipulates some type of flow by moving a valve.

[3] And so how here we would have some [4] type of a valve actuator, and let me just put a [5] general term in here. An actuator, a signal going [6] to an actuator which would move it and cause a [7] change in the controlled variable, whether the [8] controlled variable is flow or temperature.

[9] Finally, when we make this [10] adjustment by means of the actuator to the [11] process, the result of that is that the controlled [12] variable is affected, and if the controller is [13] controlling properly, the controlled variable will [14] be returned to set point and maintained there.

[15] Q: One of the common examples of a closed [16] loop control we talked about is cruise control on [17] a car?

[18] A: Yes, we did talk about cruise control on [19] a car. In that case our controlled variable would [20] be the speed of the car as sensed by the [21] speedometer. Our set point we set by hand when we [22] push the little button on the end of the cruise [23] control handle, and about when we push the button [24] at a particular speed, then that places the

### Page 1341

[1] controller on automatic and there's that value of [2] speed as the set point.

[3] Now, this arrangement as shown here [4] applies quite well to cruise control. The [5] controller then moves the throttle in the car and [6] causes an increase or decrease in the speed of the [7] engine. In that case the car would be our [8] process. The controlled variable would be speed. [9] And the actuator would be the throttle on the [10] engine.

[11] Now, there is — cruise control [12] would be a relatively simple thing if there were [13] no disturbances of any kind. But we find out when [14] we're driving a car that if we start going up [15] hill, the hill increases the load on the engine, [16] and so there is another variable here which I will [17] identify as the load variable.

[18] And the load variable is a variable [19] which is quite often not measured, but which [20] causes a disturbance to the controlled variable [21] which requires the controller to readjust its [22] output and the actuator to rebalance the system.

[23] So if we start going up a hill, the [24] load on the engine increases, the speed then

### Page 1342

[1] falls. And falling below set point creates an [2] error signal which causes the controller to move [3] the throttle in a direction that will bring the [4] speed back to set point by matching the load on [5] the engine with increased fuel flow.

[6] Q: Now, Mr. Shinskey, looking at the set [7] point, that term, that's the desired value?

[8] A: The set point is the desired value. In [9] the cruise control system it is the desired speed [10] at which we wish to operate the vehicle.

[11] Q: I want to talk about the patents, and the [12] patents talk about adjusting the set point of a [13] surge control system based upon a position of the [14] inlet guide vanes, is that fair?

[15] A: Yes, the patent does talk about that.

[16] Q: First of all, I would like to get an idea [17] of what inlet guide vanes are and I think we have [18] an image of some inlet guide vanes.

[19] Mr. Shinskey, if you could explain [20] what we're seeing here?

[21] A: The inlet guide vane is a ring of vanes [22] that you can see and the vanes open or close to [23] allow more or less air to in the compressor. And [24] when the guide vanes move, then they change both

### Page 1343

[1] the flow and the compression ratio of the [2] compressor.

[3] If the guide vanes are nearly [4] closed, then the compressor has a low capacity and [5] delivers a low pressure. If we need to increase [6] the capacity of the compressor, we open the guide [7] vanes and that delivers more flow and a higher [8] pressure at the same time.

[9] Q: Does the position of inlet guide vanes [10] affect when surge will occur?

[11] A: Yes, it does. There is a relationship [12] between the flow, which will be minimum, to [13] prevent surge and the position of the guide vanes.

[14] As the guide vanes are more open, we [15] will require more flow through the compressor to [16] avoid surge than if the guide vanes were nearly [17] closed, for example.

[18] Q: I think we have an illustration of that. [19] If, you could, please, explain what we see here in [20] this chart?

[21] A: Yes. This is a representation of [22] compression ratio achieved by a given compressor, [23] plotted against the flow delivered by the [24] compressor in

volume metric units. By volume

### Page 1344

[1] metric units we would, for exam talk about [2] cubic feet per minute.

[3] And each one of these curves that [4] you see on the screen position of the guide vane. [5] So the curve next to the word "minimum" would [6] represent the minimum opening of the guide vanes [7] and the curve next to maximum would represent the [8] maximum opening of the guide vanes.

[9] Now, the relationship between the [10] flow and the pressure on these curves, you'll [11] notice that it goes through a maximum value. Each [12] one of these curves has a maximum value.

[13] And on the right side of that [14] maximum value we have stable operation of the [15] compressor. It behaves perfectly well. There is [16] no difficulty in controlling the compressor.

[17] However, if we allow the flow to [18] decrease so that we fall onto the left side, that [19] represents an unstable operation of the [20] compressor, and that's what's called surge.

[21] So rather than the flow being [22] maintained at that peak value, it will tend to [23] fall to a zero or even negative value so that it [24] will pulse back into the compressor, that causes

### Page 1345

[1] the pressure to rise again to drive the flow back [2] here and you have pulsations existing.

[3] And the pulsations can be on the [4] order of once per second within the compressor and [5] that's what can do the damage to the internals of [6] the compressor.

[7] Each one of these curves, again each [8] curve represented by a different guide vane [9] position passes through a maximum. And if we [10] connect the maximum values together, then what we [11] have established here is the surge limit.

[12] Everything to the left of this line [13] I have shown by connecting the dots represents a [14] surge condition and everything to the right is [15] stable.

[16] And as you see as we open the guide [17] vanes, the minimum flow to protect the compressor [18] from surge keeps moving towards an increased [19] value.

[20] Q: Mr. Shinskey, if you might maybe trace in [21] some of those lines because I don't think they're [22] very visible. And if you could, maybe explain [23] what each line represents as far as how open the guide vanes would be?

### Page 1346

[1] A: This entire first line that I have drawn [2] in in black represents the