# 2001 Trial Transcripts Part 5

Trial Volume Number 5
February 9, 2001
Case 1:99-cv-00309-GMS   Document 421-13   Filed 05/11/2006   Page 2 of 13
Honeywell International Inc. et al. v.
Hamilton Sundstrand

minimum position of the [3] guide vanes, they would close. As we open the [4] vanes more and more the curve we find [5] moves farther to the right.

[6] That is more flow is produced by the [7] compressor, but also you'll notice that the [8] pressure is higher. So that if we are operating [9] at a certain flow rate through the compressor [10] right here, for example, let's say this is the [11] flow rate at which we're currently operating the [12] compressor and we need to increase the flow rate [13] to some other value, here, for example, that if we [14] don't change the guide vanes, you will see that [15] the pressure produced by the compressor will fall.

[16] If we wish to control pressure, for [17] example, for the increased flow position, then we [18] would have, let's say we want to control pressure [19] right here, then what we would have to do would be [20] open the guide vanes to produce a characteristic [21] represented by an intermediate curve here where [22] the same pressure would be produced and yet [23] accommodate the higher flow.

[24] **Q:** Mr. Shinskey, looking at the Honeywell

---
Page 1347

[1] patents, do they also have an illustration of the [2] affect of inlet guide on the surge point?

[3] **A:** Yes, they do. In figure six of the [4] Honeywell patents there is a representation, using [5] similar coordinates as we have here, showing the [6] relationship between the surge area and the guide [7] vane positions.

[8] So here we have compression ratio [9] shown again on the left axis of the screen here [10] and we have inlet air flow shown along the base [11] and that is a volume metric flow which also was [12] the flow coordinate on the last screen.

[13] Now, the curves which were shown on [14] the previous screen, only a portion of these [15] curves is shown here, just a portion approaching [16] the surge point.

[17] So, for example, in figure six, line [18] 146 B would represent the relationship between [19] compression ratio and flow for a guide vane angle [20] of 70 degrees.

[21] Now, the guide vane angle of 70 [22] degrees, that's 70 degrees closed rather than [23] opened. When the guide vane is almost fully [24] opened the angle is zero degrees, so don't be

---
Page 1348

[1] used with the fact that we get low with [2] a smaller angle. We're talking about angled [3] closed, not opened.

[4] And then again here is the surge [5] area corresponding to that particular guide vane [6] position, and as we go to a more open guide vane [7] position, 35 degrees in this case, then we see [8] that the surge area has moved from here up to [9] here, and the surge point at the same value of [10] temperature, the three parallel curves that we [11] have here are different temperatures, so we'll [12] just look at the center of the three curves.

[13] So we would be moving from 70 [14] degrees guide vane angle to 35 degrees guide vane [15] angle and you see that the surge point which is in [16] the center curve, the mean temperature in each [17] case, moves to a higher flow rate and also to a [18] higher compression ratio.

[19] **Q:** If you could, please, explain the [20] connection between what we see here and why a [21] surge control system would adjust the set point [22] based on inlet guide vane position?

[23] **A:** Let's suppose that we were operating with [24] a guide vane angle 35 degrees, and if this is our

---
Page 1349

[1] surge point, our control line is normally giving a [2] safe margin from surge point.

[3] So if surge would be here, for [4] example, our control line is positioned here. So [5] this gives us this safety margin of five percent [6] or something like that.

[7] And this then would be the flow at [8] which we would control our surge controller would [9] be set. This would represent the set point of the [10] surge controller for the 35 degree guide vane [11] angle.

[12] Now, suppose if at some later time [13] in the operation the guide vanes were closed to [14] the 70 degree angle, and our — we were still [15] operating with the set point corresponding to the [16] more open, or 35 degree angle. Well, when the [17] flow came down to this point, we would exhaust [18] compressed air when we really did not need to [19] exhaust compressed air until the flow came down to [20] this point here and so you see that the compressor [21] operates more efficiently if the set point for the [22] flow controller which is protecting against surge [23] is adjusted as a function as a position of inlet [24] guide vane.

---
Page 1350

[1] **Q:** And do the Honeywell patents show how to [2] adjust the set point based on guide vane [3] positioning?

[4] **A:** Yes, they do. That is shown in the [5] functional diagram on figure four, which is [6] directly above figure six on the second page of [7] the patents.

[8] In this figure we have an input [9] signal from the guide vane appearing right here [10] this is the ITP position.

[11] **Q:** Mr. Shinskey, let me interrupt you, we [12] have a simply extract for figure four that might [13] be a little easier to follow. If we could show [14] our 21, I think it is. If you could explain what [15] this shows?

[16] **A:** This is an extract. What the extract [17] does is eliminate in the lines which are not [18] pertinent to the surge control system as we are [19] describing it now.

[20] The signal coming in at the upper [21] left of the screen, which is number 90 on [22] the patent, this is the position of the vanes.

[23] And the next to the right where the [24] signal is there as an input expresses the

---
Page 1351

[1] relationship between the desired flow and the [2] angle of the guide vanes.

[3] And the desired flow is shown in [4] terms of the pressure drop across the flow meter [5] divided by the pressure in the — the discharge [6] pressure — the total pressure of the compressor.

[7] This is your flow related [8] parameter. I'm simply going to reduce that flow. [9] I happen to know it's a representation of volume [10] metric flow cubic feet per minute.

[11] This functional block or function [12] generator as it is called in the patent takes the [13] measure of the guide vane position, and for any [14] guide vane position, converts that to a [15] corresponding set point for the flow controller, [16] the surge controller.

[17] Then it produces the output signal, [18] then representing the desired value for flow and [19] so this then becomes our set point for flow.

[20] And again, as in the other control [21] loop you saw earlier, we have a comparator where [22] the set point is compared against the sensed value [23] of flow this is the measured or sensed value of [24] our flow related parameter. The error signal is

---
Page 1352

[1] produced.

[2] And then the error signal is sent to [3] the integral and proportional controllers.

[4] **MR. HERRINGTON:** Stephanie, could [5] you save this visual?

[6] **BY MR. HERRINGTON:**

[7] **Q:** Mr. Shinskey, I would like to compare [8] what you've shown here to what the APS 3200 does. [9] And if I could, please, ask you, does the APS 3200 [10] adjust its set point as a function of inlet guide [11] vane position?

[12] **A:** No, it does not. The APS 3200 adjust its [13] set point as a function of air temperature.

Honeywell International Inc., et al. v. Hamilton Sundstrand
Case 1:99-cv-00309-GMS   Document 421-13   Filed 05/01/2006   Page 3 of 13
Trial Volume Number 5
February 9, 2001

[14] **Q:** If we could please have chart 32.
[15] Mr. Shinskey, if you could identify [16] what this shows and relate it to what we've marked [17] previously as Defendant's Exhibit 26?
[18] **A:** Yes. This is figure 12a out of the [19] specification for the ECB block, the ECB [20] requirement specification. Figure 12a describes [21] the surge control system which uses the [22] proportional integral controller to modulate the [23] bleed control valve.
[24] This particular visual has been

### Page 1353

[1] simplified somewhat in that the complications that [2] appear in the actual figure 12a have been replaced [3] by just a block that says PI controller to avoid [4] distraction.
[5] In this diagram, we have temperature [6] rather than inlet guide vane positions used to set [7] the set point.
[8] So here we have temperature which is [9] used. And again, it's done in a similar way. [10] There is a function block, the measured [11] temperature in this function block and it's [12] converted into a surge set point. Again, a very [13] similar functionality.
[14] In the table that appears under this [15] function block, it simply points out four [16] different values of temperature and the [17] corresponding set point associated with those. [18] But the function block contains the complete set [19] of information from the maximum to the minimum [20] temperature.
[21] The output of the function block is [22] identified as the surge set point.
[23] And it is compared, here is our [24] comparator again, it is compared with the surge

### Page 1354

[1] controlled variable, which in the case of the APS [2] 3200, we have called DELPQP. This is not volume [3] metric flow cubic feet per minute such as used in [4] the patent. It's a different variable.
[5] **MR. HERRINGTON:** Your Honor, before [6] we move on, could I either ask for a short break [7] or maybe just a stand up, and/or to stand up in [8] the seats? It's hot on a Friday afternoon.
[9] Could I ask for an opportunity for a [10] very short break or maybe an opportunity for [11] people to stand up and stretch a little bit?
[12] **THE COURT:** Are you okay? Do you [13] want to stand? You're fine. They're fine.
[14] **MR. HERRINGTON:** Very good, Your [15] Honor.
[16] BY MR. HERRINGTON:
[17] **Q:** Mr. Shinskey, I think we have a picture [18] of how the APS 3200 adjust its set point [19] side-by-side with what the patent shows, and if [20] you could, please.
[21] Mr. Shinskey I think you need to put [22] the pen back and then it will change screens.
[23] If you could please explain what [24] this shows?

### Page 1355

[1] **A:** Right. The left-hand figure here is an [2] extraction from the patent and it shows inlet [3] guide vanes being used to set the set point of the [4] surge controller and you can see inlet guide vanes [5] appearing as the input signal to the function [6] block and the flow related parameter as the output [7] from the function block.
[8] On the right-hand side we show a [9] similar function block used in the APS 3200, but [10] it has a temperature input rather than guide vane [11] input. But it's output has the same affect on the [12] control system if in that it's the set point for [13] the surge controller.
[14] **Q:** I think we have another visual that shows [15] the effect of the difference in how the set point [16] is adjusted. If you could please show chart 42.
[17] Mr. Shinskey, if you could walk us [18] through this exhibit?
[19] **A:** This is a repeat of the two drawings that [20] we had earlier individually. And again, up in the [21] upper left, we have the IGV is the input to the [22] function block which sets the set point to the [23] comparator to the proportional and integral [24] controller for the patents.

### Page 1356

[1] And to the right we have instead our [2] temperature input, which enters the function block [3] and sets the set point to the comparator for the [4] APS 3200 surge control system.
[5] **MR. HERRINGTON:** Stephanie, if you [6] could save this chart.
[7] BY MR. HERRINGTON:
[8] **Q:** Mr. Shinskey, let's discuss how and why [9] the APS 3200 uses inlet guide vane position at [10] all, if you could please explain that?
[11] **A:** Well, we talked briefly about the — a [12] surge variable which is used by the APS 3200 not [13] being a flow measurement. There is no flow meter [14] in the APS 3200 used for surge control. The [15] measurable variable used for surge control in the [16] APS 3200 is a combination of the differential [17] pressure taken across the diffuser, which is an [18] integral part of the compressor and the pressure [19] that is measured at the discharge of the [20] compressor.
[21] And this produces a unique [22] measurement. It has the property of representing [23] surge conditions for a variety of guide vane [24] positions without having to move the set point.

### Page 1357

[1] In other words, the value of this [2] DELPQP parameter and its approach to the surge [3] point is not a surge of the guide vane position [4] because of the pecuniary nature of this parameter.
[5] However, it has some undesirable [6] features with it. Because it is not a simple flow [7] measurement, it does not increase proportional to [8] flow across the entire operating range. The [9] DELPQP measurement is really a composite [10] measurement. It includes compression ratio along [11] with flow.
[12] The diffuser in the compressor takes [13] the flow from the spinning blades of the impeller [14] and directs that into the scroll which collects [15] the compressed air from all around the periphery [16] and sends it of course to the aircraft.
[17] This diffuser is a set of vanes [18] which converts velocity into pressure rise. And [19] as much as half the pressure rise that's created [20] in the compressor is created in the diffuser.
[21] When we measure pressure across [22] the diffuser, we'll measure, for example, in the [23] order of ten to 7 pounds per square inch pressure rise.
[24] Now, what happens if we increase

### Page 1358

[1] flow to some extreme value in a compressor, the [2] pressure that is produced at the discharge of the [3] compressor all of a sudden falls very sharply.
[4] And we find that at extremely high [5] flow rates, our DELPQP signal starts falling [6] instead of rising continuously as it would if it [7] were a simple control valve signal.
[8] If it were to fall low enough to [9] have the same value that it did at low flow [10] conditions where we were controlling at a surge [11] set point, then it would open the bleed valve when [12] the bleed valve did not need to be open because we [13] have more than enough flow to keep out of surge.
[14] So to protect the bleed valve from [15] opening at these very high flow rates when there [16] is no need for the bleed valve to open, we needed [17] to test to see whether we were on the right side [18] of this double valued curve or on the left side.
[19] **Q:** Mr. Shinskey, why don't we show [20] the double valued curve and first we'll show what an [21] Real engineering charts looks like and then we'll [22] show an illustration of it.
[23] Why don't we first show chart 49.

Trial Volume Number 5
February 9, 2001
Case 1:99-cv-00309-GMS    Document 421-13    Filed 05/01/2006    Page 4 of 13
Honeywell International Inc. et al. v. Hamilton Sundstrand

[24] A: Now, this chart doesn't have a smooth

Page 1359

...rve drawn through it. It looks like kind of a [2] pattern of gun shots, for example at a target. I [3] will try to connect the dots, so to speak, to make [4] it look like a more coherent curve.

[5] What we're seeing here is DELPQP and [6] I will write it as such. That's your surge [7] parameter which is being controlled in the APS [8] 3200.

[9] And this is plotted against flow. [10] Now, if we connected all these dots together we [11] will have a curve that rises as we increase flow [12] very, very sharply and up in this region where [13] DELPQP reaches approximately 0.5, increasing flow [14] causes it to fall.

[15] So it turns around in this area, and [16] if we extrapolate the data, we can see that it [17] might fall down into the region where our set [18] point would be located.

[19] The set point for surge for the APS [20] 3200 is located between approximately .2 two and [21] .24 as a function of temperature.

[22] So this would be the set point range [23] for the APS 3200. So we normally ...ol here.

...w if, an extreme value of flow

Page 1360

[1] came which caused DELPQP to fall back into the set [2] point range over here, again, the bleed valve [3] would be opened unnecessarily.

[4] To avoid that, Sundstrand has put in [5] some calculations to determine whether we are on [6] the right side or the left side of the peak value.

[7] Q: Why don't we show our illustration of [8] what we were calling the double solution curve. [9] Chart 49.

[10] A: This is a simplification of course of [11] that pattern that you saw on the previous slide, [12] but it gives all of the important features we have [13] shown for values of DELPQP that are too low below [14] the set point we can encounter surge. So our set [15] point is set in the region where we will protect [16] the compressor from surge.

[17] Now, if the demand for flow from the [18] aircraft increases beyond the surge limit, then [19] the flow increases above the set point and there [20] is no need to exhaust air using the bleed control [21] v...

...he bleed control valve would [23] ...and flow would be in this region here.

[24] Now, if flow were to get this high

Page 1361

[1] so that DELPQP is well above the surge set point, [2] we don't need that control system at all anymore. [3] The bleed valve is already closed, so we built in [4] some protective features to be sure that the surge [5] control system will not, in fact, move the bleed [6] valve should we ever get over here.

[7] And that has two protections, two [8] tests so to speak. And the first test executes [9] when DELPQP reaches 0.35.

[10] Once DELPQP rises that the value [11] would reach the high flow cutoff point and the [12] system goes into high flow mode.

[13] That would be enough if — as long [14] as the flow never causes DELPQP to fall back below [15] 0.35 again, if it did, over in the region here, [16] you can see that DELPQP less than .35 would then [17] switch back to low flow.

[18] So to prevent that from happening [19] there is a second calculation or test where we use [20] guide vanes to estimate the compression ratio at [21] which we reach what we call choked flow and the [22] compressor cannot deliver anymore flow.

[23] Choked flow occurs on the right side [24] of the peak. So over on this right side of the

Page 1362

[1] peak we go through the IGV compression ratio test [2] to determine if we're in the high flow mode. So [3] the IGV compression ratio test acts as a backup to [4] high flow cutoff test.

[5] Q: Mr. Shinskey, are there other variables [6] in this compression ratio test?

[7] A: I believe temperature is also another [8] variable in this IGV. And let me just add to it, [9] IGV temperature compression ratio test.

[10] Q: Why don't we look at what we called the [11] logic of the 3200 surge control system that deals [12] with this double solution problem.

[13] Before I do that, maybe if you [14] could, maybe it would help to illustrate, compare [15] what is happening to how say a speedometer on the [16] car and how that increases in relation to speed, [17] could you give us a picture of what is going on [18] here?

[19] A: If we had a speedometer that kept [20] increasing as we increased the speed of the car [21] and then turned a corner and went back down as we [22] increased the speed even further, if we put a [23] cruise control system on that, once we came back [24] to the set point on the cruise control, it would

Page 1363

[1] work backwards.

[2] If we increased the speed of the car, the indicated speed would fall and the [4] controller would say the speed is falling below [5] set point, we need to put more fuel into the [6] engine. See we cannot allow reverse or double [7] solution variable to exist in the context of a [8] closed control loop.

[9] Q: Why don't we look at the control logic [10] that deals with this problem.

[11] Can we show chart 39. [12] And Mr. Shinskey, let me ask you [13] first, does this correspond to anything in the ECB [14] spec which is Defendants' Exhibit 26?

[15] A: Yes, it does. This would be Figure 12D [16] in the ECB specification. I don't see the figure [17] at the bottom of the page, but that's where it's [18] taken from.

[19] Q: If you could, please explain what we see [20] here?

[21] A: Well, what we see here is the logic [22] behind the high flow testing. And the first [23] element of logic or the first test that is [24] performed is this test here, DELPQP greater than

Page 1364

[1] 0.35 and that occurs right here.

[2] If DELPQP should rise to a value [3] greater than 0.35, then this device, which is a [4] logical operator, would produce a value of one [5] which would equal high flow.

[6] And normally, of course, when we're [7] in low flow, that is when DELPQP is less than [8] 0.35, this would have a logical value of zero.

[9] And as I said, that's the first [10] test, that would be the first thing that would [11] happen which would produce a logical output of one [12] to the bleed select as opposed to the low flow [13] which is represented by a logical value of zero.

[14] Now, if we pass the peak, then the [15] compression ratio test comes into play. And the [16] compression ratio test is performed here.

[17] The temperature of the air and the [18] position of the guide vane goes to — into a very [19] complicated calculation here to determine what the [20] compression ratio would be if the compressor were, [21] in fact, operating in the choked flow mode.

[22] This goes into another logical [23] operated device where the calculated value of [24] compression ratio corresponding to choked flow is

Page 1365

[1] compared against the actual compression ratio.

[2] And if the actual compression ratio [3] — these are — let me back up a little bit. [4] This is the discharge pressure, and this is the [5] inlet pressure to the compressor. So we're [6] dividing one by the other.

Honeywell International Inc., et al. v.
Hamilton Sundstrand
Trial Volume Number 5
February 9, 2001
Case 1:99-cv-00309-GMS    Document 421-13    Filed 05/01/2006    Page 5 of 13

And the ratio of these [7] is the compression ratio.

[8] So if the actual value of the [9] compression ratio at this point in time now were [10] to be lower than the calculated value [11] corresponding to choked flow, then this will send [12] out a one, it says this statement is true. And [13] therefore, we are in choked flow. So one over [14] here corresponds to choked flow.

[15] Now, where these two logical signals [16] combined over here, they're combined in the device [17] known as an or gate. This is a very, very simple [18] concept. It means that if one of the inputs is [19] true, or the other input is true, the output is [20] true.

[21] So if the high flow test performed [22] by DELPQP being greater than .35 is true, then it [23] sends out a bleed select value of one saying we're [24] high flow.

Page 1366

[1] Or if the compression ratio test is [2] true, indicating we're in choked flow, the or gate [3] again sends out a high flow signal of one which [4] would then keep the system in the high flow mode [5] regardless of whether DELPQP had fallen below 0.35 [6] on the right side of the curve.

[7] MR. HERRINGTON: I have just a [8] couple of minutes to address one issue, and then I [9] think it would be a natural breaking point.

[10] THE COURT: Okay.

[11] BY MR. HERRINGTON:

[12] Q: Mr. Shinskey, if we could please put on [13] chart 41.

[14] Could you put on chart 35. [15] There was some discussion in earlier [16] testimony about whether the tests that uses IGV [17] position would ever switch the system from high [18] flow to low flow or not. Could you please address [19] that?

[20] A: Yes. If we look at the progression of [21] flow, we see that on an increase in flow, first [22] what will happen is that the flow will begin to [23] increase above the surge point, the set point of [24] the surge controller.

Page 1367

[1] As the flow increases above the set [2] point of the surge controller, then the surge [3] controller closes the bleed valve because the flow [4] is already higher than the set point and no more [5] flow is required.

[6] As the flow continues to increase, [7] then we reach the high flow cut off which is [8] trigger by the DELPQP greater than 0.35.

[9] Q: Let me ask you this. If DELPQP is [10] greater than .35, does that use the inlet guide [11] vane position at all?

[12] A: No. What that does is it transfers the [13] system from the low flow to the high flow mode. [14] And in the high flow mode the bleed valve is [15] closed, but it's already closed before we get [16] there. It's closed because while operating in the [17] yellow region here, the surge controller has [18] already closed the bleed valve.

[19] We reach the high flow cut off when [20] DELPQP is greater than .35, it gives us a logical [21] one from your or gate which locks the bleed valve [22] control valve closed and interlocks the [23] proportional integral controller.

[24] Q: What effect, if any, would the test that

Page 1368

[1] does use the inlet guide vane position have within [2] the system?

[3] A: The test that uses inlet guide vane [4] position only comes into play between the peak and [5] the equivalent value for high flow cut off on the [6] right-hand side of the curve.

[7] So in this region somewhere, if it [8] were to come into play, the IGV temperature [9] compression ratio test would produce a logical [10] value of one which would then pass through the or [11] gate and if DELPQP were to fall below .35, the [12] test using IGV position, compression ratio and so [13] forth, would serve to hold the system in high [14] flow, not switch it between high flow and low [15] flow, but simply hold it in lie flow.

[16] Then as we return to lower flow, you [17] will see that — let's say that we leave in region [18] that I have circled in red the choked flow [19] position no longer prevails, but because DELPQP is [20] greater than .35, we have a logical one coming [21] from the DELPQP test, so again we remain in the [22] high flow condition even after the test using IGV [23] position fails that produces a zero rather than an [24] one.

Page 1369

[1] And then coming back down as we the [2] DELPQP falls below .35, we unlock the bleed valve, [3] we reconnect the proportional and integral [4] controller to the bleed valve, but again we're not [5] opening the bleed valve, it's still closed because [6] our flow is still well above the surge control set [7] point.

[8] MR. HERRINGTON: Thank you, [9] Mr. Shinskey. This would probably be a good place [10] to stop.

[11] THE COURT: All right. [12] Ladies and gentlemen of the jury, [13] we've come to the end of our day and end of our [14] week. And I'm going to wish you a safe journey [15] home, but I want to remind you that you must not [16] discuss this case, certainly among yourselves or [17] with anyone. Do not listen to any news accounts, [18] read any news accounts, do any research on it. [19] Please above all keep an open mind.

[20] Have a safe journey I. Have a good [1.] weekend.

[22] (Jury leaving the courtroom at [23] 4:36 p.m.)

[24] THE COURT: Counsel, the only

Page 1370

[1] thoughts on my mind were two questions, how are we [2] making out with the jury instructions, and [3] secondly, the verdict sheet?

[4] MR. KRUPKA: Your Honor, the jury [5] instructions, I think that's in your court right [6] now.

[7] THE COURT: Is it back to me?

[8] MR. KRUPKA: I think it's back to [9] you now, Your Honor. I think you have got [10] everything that we've got. There may be some [11] additional ones that we want to propose to clean [12] up some issues, but —

[13] THE COURT: Fundamentally it's in [14] my court.

[15] MR. ZIEGLER: What was submitted [16] Monday morning, Your Honor, isolated the two [17] current proposals on each side on the issues of [18] willfulness and doctrine of equivalents.

[19] MR. KRUPKA: Your Honor, just to [2] give you a final update on that, I have proposed [21] to Mr. Ziegler an expanded instruction on the [22] definition of comprising. He hasn't gotten back [23] to me on it. I know he's been busy. I don't [24] think it's controversial. We will get that in to

Page 1371

[1] you next week.

[2] THE COURT: Okay. See you back here [3] on Monday.

[4] (Court recessed at 4:40 p.m.)

Page 1372

INDEX
WITNESS: JULIE DAVIS                         PAGE
DIRECT EXAMINATION BY MR. KRUPKA:............ 1091
CROSS-EXAMINATION BY MR. RASWSON: ........... 1156
REDIRECT EXAMINATION BY MR. KRUPKA:.......... 1208
RECROSS-EXAMINATION BY MR. RAWSON:........... 1227
WITNESS: CARL SHELDON JOHANSON              PAGE
DIRECT EXAMINATION BY MR. ZIEGLER:........... 1234
CROSS-EXAMINATION BY MR. KRUPKA:............. 1299
REDIRECT EXAMINATION BY MR. ZIEGLER:......... 1315
RECROSS-EXAMINATION BY MR. KRUPKA:........... 1317
WITNESS: FRANCIS GREGWAY SHINSKEY           PAGE
DIRECT EXAMINATION BY MR. HERRINGTON: ....... 1320
CERTIFICATE OF REPORTER                 PAGE 1373

Page 1373

State of Delaware        )
New Castle County        )
CERTIFICATE OF REPORTER
I, Dale C. Hawkins, Registered Professional Reporter and Notary Public, do hereby certify that the foregoing record is a true and accurate transcript of my stenographic notes taken on February 9, 2001, in the above-captioned matter.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 9th day of February, 2001, at Wilmington.

Dale C. Hawkins, RPR

# In The Matter Of:

*Honeywell International Inc., et al. v. Hamilton Sundstrand*

*Trial Volume Number 6*
*February 12, 2001*

*Hawkins Reporting Service*
715 N. King Street
Wilmington, DE  19801
(302) 658-6697    FAX: (302) 658-8418

Original File 021201FC.V1, 261 Pages
Min-U-Script® File ID: 0171938648

**Word Index included with this Min-U-Script®**

Honeywell International Inc., et al. v.     Trial Volume Number 6
Hamilton Sundstrand
Case 1:99-cv-00309-GMS    Document 421-13    Filed 05/01/2006    Page 8 of 13    February 12, 2001

Page 1374

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
HONEYWELL INTERNATIONAL, INC., )
and HONEYWELL INTELLECTUAL ) VOLUME 6
PROPERTIES, INC. )
   Plaintiffs, )
v. ) No. 99-CV-309
HAMILTON SUNDSTRAND CORPORATION, )
   Defendant. )

Wilmington, Delaware
February 12, 2001
9:00 a.m.

BEFORE: HONORABLE GREGORY M. SLEET
APPEARANCES:
  MELANIE SHARP, ESQ.
  Young, Conaway, Stargatt & Taylor
  -and-
  ROBERT KRUPKA, ESQ.
  JONATHAN PUTNAM, ESQ.
  LEE ANN STEVENSON, ESQ.
  VICKIE REZNIK, ESQ.
  TODD SCHULMAN, ESQ.
  Kirkland & Ellis
  (New York, New York)
  for the Plaintiff

Page 1375

APPEARANCES, CONTINUED:
  RICHARD D. KIRK, ESQ.
  Morris, James, Hitchens & Williams
  -and-
  RICHARD F. ZIEGLER, ESQ.
  DAVID HERRINGTON, ESQ.
  LARRY FRIEDMAN, ESQ.
  JUSTIN ANAND, ESQ.
  STEVEN S. SPARLING, ESQ.
  JOSHUA RAWSON, ESQ.
  G. CHRISTOPHER BRAIDWOOD, ESQ.
  Cleary, Gottlieb, Steen & Hamilton
  (New York, New York)
  for the Defendant

Page 1376

[1] THE COURT: Be seated, please. [2] Counsel, I'm in receipt of a letter [3] dated yesterday concerning some disputes over some [4] deposition designations. [5] It's the last thing I would have [6] expected and wanted to see coming into my office [7] this morning.

[8] Counsel, you have exhausted the last [9] reservoir this Court has to offer you. I'll offer [10] you this, you work this out or we're going to have [11] a mistrial. Okay?

[12] (A brief recess was taken.)

[13] THE COURT: Good morning again, [14] counsel. Are we ready to have our jury brought [15] in?

[16] MR. HERRINGTON: Can Mr. Shinskey [17] come on up or wait until the jury comes in?

[18] THE COURT: Why doesn't he wait. [19] Good Monday morning, ladies and [20] gentlemen. I trust that you had a restful [21] weekend, hopefully. I tried.

[22] In light of the late start this [23] morning, we'll work straight through until 11:30 [24] and take our morning break at 11:30 instead of

Page 1377

[1] 11:00. Is that acceptable?

[2] Thank you very much. [3] Counsel, we're ready to go.

[4] MR. HERRINGTON: Your Honor, we ask [5] Mr. Shinskey to resume the witness stand. [6] Mr. Shinskey, please resume the stand.

[7] THE CLERK: Mr. Shinskey, having [8] been previously sworn, you may take the stand.

[9] DIRECT EXAMINATION
[10] BY MR. HERRINGTON:

[11] Q: Good morning, Mr. Shinskey.

[12] A: Good morning.

[13] Q: On Friday, we talked about inlet guide [14] vanes being used with compressors. I just want to [15] ask you a quick question about that.

[16] I believe Mr. Muller said in his [17] testimony that adjusting the position of inlet [18] guide vanes is the only way to effect flow through [19] the compressor. In your understanding, is that [20] correct?

[21] A: I would not agree with that, no. In fact [22] if that were the case, opening the bleed valve [23] would not change the flow through the compressor, [24] and therefore, would not be useful in controlling

Page 1378

[1] surge.

[2] Additionally, the ducting from the [3] compressor to the aircraft goes to several places, [4] the main engine starts, and also the air [5] conditioning system. Each one of those consumers [6] of compressed air has valves, and when those [7] valves open, of course inflow through the [8] compressor increases.

[9] When they close, the flow through [10] the compressor decreases, that's what's called the [11] load on the system.

[12] And in this respect the bleed valve [13] acts as kind of an artificial load to apply a load [14] equivalent to what the aircraft would be drawing [15] if the aircraft was not drawing enough to keep the [16] compressor out of surge.

[17] Q: Now, before we stopped on Friday, you [18] were explaining the difference between adjusting [19] the set point of a surge control system based on [20] inlet guide vane position and what the APS 3200 [21] does, which is adjusting the set point based on [22] temperature.

[23] If we could please have chart 42. [24] Mr. Shinskey, can you briefly

Page 1379

[1] explain —

[2] THE COURT: Hold on a second.

[3] MR. PUTNAM: What exhibit number is [4] that?

[5] MR. HERRINGTON: I'm not sure which [6] one it is in this book.

[7] MR. PUTNAM: I'll just look at it [8] on there. Thank you.

[9] MR. HERRINGTON: Okay.

[10] MR. ZIEGLER: Your Honor, it's [11] somewhat faint on the screen. I wonder if there [12] is some lights that can be turned off.

[13] THE COURT: Ms. Preston, can you [14] adjust the lights? Members of the jury, how is [15] your sight on this? Can you see? The jury seems [16] to be okay. Maybe one bank. Is that a little [17] better? Okay.

[18] BY MR. HERRINGTON:

[19] Q: Mr. Shinskey, if it would help to [20] approach the smart board, please feel free, but if [21] you could briefly walk us through — if you could [22] please walk us through what this shows and from [23] the point of view of a controls engineer what the [24] difference is between these two diagrams?

Page 1380

[1] A: Yes. On the left-hand side we have an [2] excerpt from figure four of the patent, which [3] shows the functional relationship between guide [4] vane position and the set point of the surge [5] controller.

[6] And it shows a guide vane input to [7] the left and the output of this function block, [8] functional device is the set point for the surge [9] controller.

[10] And that enters the comparator where [11] it's compared against the flow related part and [12] the air goes on to the proportional plus integral [13] controller.

[14] And this means that for any given [15] position of the guide vane, there will be a [16] corresponding value as a set point for the surge [17] controller.

[18] In the case of the APS 3200, that [19] functionality is replaced by a temperature input.

[20] So in the 3200, we have another [21] function block similar to the function block in [22] the patent, but temperature is the input [23] variable.

[24] And again, this generates the set

Page 1381

[1] point as the output of the function block, the set [2] point goes to the comparator which is just like [3] the comparator in the patent, and then to [4] proportional integral controls like the proceed [5] proportional integral controls in the patent.

[6] So the temperature input is not [7] additional to guide vane input, it substitutes for [8] guide vane input.

[9] And in this case, if there is a [10] given temperature, for example, 59 degrees or [11] whatever the temperature happens to be, that [12] produces a set point of, for example, .214, or [13] whatever is the relationship, I can't quite see [14] because of the numbers are so small on the screen.

[15] So if the aircraft is sitting on the [16] tarmac at a certain temperature, then a certain [17] set point is produced and sent to the controller.

[18] Now, the guide vanes can move all [19] over as demanded by the control system in the [20] aircraft and still that will have no affect on [21] this set point. This set point will remain at [22] whatever value is programmed into it as a function [23] of the existing temperature on the field.

[24] So, again, the temperature is a

Page 1382

[1] substitute for IGV position. It's not added over [2] and above, it is separate and replaces the IGV [3] position in functionality of the control system.

[4] Q: Thank you.

[5] Why don't we talk now about the [6] reason why IGV position is used at all in the APS [7] 3200. And if you could, please, show chart 35.

[8] Mr. Shinskey, if you could explain [9] what we're seeing here?

[10] A: I believe we covered some of this ground [11] on Friday, but the idea here is that the [12] particular variable which is used, which is [13] controlled in the surge control system for the APS [14] 3200, is DELPQP, which is also called the "static [15] pressure parameter."

[16] And because this only includes flow [17] as a component and flow is not the only variable [18] which it reflects, we discover that at very high [19] flow rates because the compression ratio of the [20] compressor falls at high flow rates, that at very [21] high flow rates this DELPQP measurement falls [22] instead of rising as a flow signal would.

[23] And therefore the possibility exists [24] that DELPQP could fall into a region and

Page 1383

[1] approaching the set point of the surge controller [2] at very high flow rates.

[3] Under this condition, we're so far [4] away from surge that we do not need to open the [5] surge valve, and so the surge controller has no [6] function in this operating range. And therefore [7] to prevent the surge controller from operating the [8] bleed valve in this range of flows where we know [9] it's not required we have logic, which disconnects [10] the bleed valve from the surge controller, and [11] closes the bleed valve to exhaust, fully open to [12] the aircraft.

[13] Again, its only purpose is to [14] protect against this possibility and it's [15] based on the unique characteristic of the DELPQP [16] measurement as a function of flow.

[17] Q: Let me ask you, Mr. Shinskey, does [18] the Honeywell patent, the '893 and '194 patent, have [19] any discussion at all [20] of a parameter that behaves [20] like this?

[21] A: There is no discussion in the patents on [22] a double value function. There is no discussion [23] on a high flow versus a low-flow mode of [24] operation, or any means used to protect against

Page 1384

[1] the double valued function interfering with surge [2] control.

[3] Q: Why don't we take a look at what we call [4] the logic in the APS 3200 that was developed to [5] deal with this situation.

[6] If we could have chart 39, please. [7] And Mr. Shinskey, let me ask you [8] first of all, is this a reprint of figure 12a from [9] the ECB specification from the 3200 which is the [10] exhibit?

[11] A: Yes, it is a reprint of figure 12b.

[12] Q: 12b, I'm sorry. You're correct.

[13] If you could please briefly identify [14] the two tests that are used here for dealing with [15] this double solution parameter issue?

[16] A: The first test I'll put a number one [17] here. The first test is whether DELPQP is greater [18] than 0.35. If DELPQP is greater than 0.35, then a [19] logical value of one, and I'll write here " logical [20] one" so you'll know what I mean, logical value of [21] one which means true is sent to the bleed select [22] system to lock out, or lock closed to exhaust the [23] bleed surge control valve, and disconnect the PI [24] controller from operating that valve. That's the

Page 1385

[1] first test.

[2] Now, if the first test should fail [3] because we have proceeded so far into the high [4] flow region that DELPQP comes back down below .35, [5] if that event were ever to happen, we have a [6] second test, a backup test to protect against the [7] bleed valve being operated by the surge [8] controller.

[9] And that second test is very [10] complicated. It involves calculating what the [11] compression ratio would be if we ever reached that [12] condition.

[13] And we measure the compression ratio [14] and compare it to the compression ratio [15] corresponding to that very high flow condition.

[16] If the compression ratio is less [17] than calculated which would correspond to that [18] high flow condition, then this device puts out a [19] logical one, which then goes through this gate.

[20] Now this, what we call an or gate, [21] which will produce a logical one or true [22] value in its output if either input has a [23] value of one or true.

[24] Now, you may have heard this called

Page 1386

[1] a comparator. This is not a comparator. The [2] or gate will produce a value of one if either input [3] is one regardless of what the other input is, so [4] the two inputs are not compared at all.

[5] Q: Mr. Shinskey, let me just stop you. You [6] say you may have heard this referred to, I'm not [7] sure it was entirely clear from Mr. Muller's [8] testimony, but if he was referring to this or gate [9] as a comparator, from your understanding as an [10] engineer, is that correct?

[11] A: That's not correct, no.

[12] Q: All right. Let's show chart 35, [13] briefly.

[14] If you can explain on chart 35, is [15] the same logic that we just saw in the double [16] solution curve on the right?

[17] A: Yes.

[18] Q: I want to ask you, I believe Mr. Muller [19] said that the test that uses inlet guide vane [20] position sometimes switches the value of bleed [21] select from zero to one or one to zero, in other [22] words, sometimes switches the system between high [23] flow and low flow.

[24] In your understanding, is that

Page 1387

[1] correct?

[2] A: No, that's not correct. If we follow the [3] natural progression as flow increases, as flow [4] goes above the set point of the surge controller, [5] which is in this region here, then, of course, the [6] surge controller will close the bleed valve [7] through proportional integral action.

[8] Then as flow continues higher than [9] that, eventually DELPQP reaches this high-flow [10] cutoff point which is this 0.35, at which point [11] the bleed valve has already been closed by the [12] controller, but now the bleed valve is locked [13] close with a constant voltage signal and the [14] controller is disconnected from the bleed valve. [15] Further increasing in flow will bring us up into [16] this area over here.

[17] After the peak has been crossed is [18] where this second or back up test comes into [19] play. It will not function until after the peak [20] is crossed because the falling DELPQP signal on [21] the far side is indicative of a lower compression [22] ratio.

[23] So when the come pressure ratio [24] suddenly starts falling sharply, it indicates

Page 1388

[1] we're over here. And then this test will produce [2] a logical value of one.

[3] So it never switches between high [4]

Honeywell International Inc., et al. v. Trial Volume Number 6
Hamilton Sundstrand February 12, 2001
Case 1:99-cv-00309-GMS   Document 421-13   Filed 05/01/2006   Page 10 of 13

flow and low flow, it only would stay in the [5] high-flow mode or retain the high-flow mode in the [6] event that DELPQP signal test happened to fail.

[7] Q: When you say it would not switch the [8] system between high flow and low flow, what are [9] you referring to?

[10] A: I'm referring to the test in which the [11] IGV position is used will not switch between high [12] flow and low flow. The high flow and low flow [13] transfer takes place over here by virtue of the [14] DELPQP being greater than or less than .35.

[15] Q: Let's talk about the effect of the switch [16] between high flow and low flow, regardless of what [17] causes the switch, but the effect of the switch [18] between high flow and low flow. And if we could [19] have chart 41, please.

[20] Mr. Shinskey, could you explain [21] briefly what this is showing?

[22] A: Yes. Over on the left side of the screen [23] here, we have the signal coming from the P & I [24] controller. Let me just label that as such. This

Page 1389

[1] signal then passes through some limits and then [2] will continue to go to the bleed valve and operate [3] the bleed valve, as long as the bleed select, [4] which signal comes in here, has a value of zero.

[5] Now, the switch that's shown right [6] here, let me circle this switch, the switch that's [7] shown right here is normally in the position where [8] it connects the bleed controller the PI controller [9] over here to the bleed valve.

[10] When high flow condition exists, [11] that switch moves up, and when it moves up — when [12] it moves up, what it does is disconnect the PI [13] controller from the bleed valve and substitutes a [14] closed voltage equivalent to a closed position.

[15] Closed to exhaust. That's what this [16] voltage signal represents. And it is applied then [17] instead of the P and I control signal.

[18] Q: This other signal that is applied instead [19] of the PI control signal, is it a PI control [20] signal?

[21] A: No, it's not. It's constant voltage.

[22] Q: Let me ask you, I believe Mr. Muller may [23] have said that switching so the PI signal is not [24] used would adjust the magnitude of the PI control

Page 1390

[1] signal. In your understanding, is that correct?

[2] A: No, that's not correct. The PI control [3] signal remains whatever it was before the [4] switching took place. It is

not affected at all [5] by the switching.

[6] Q: Thank you.

[7] Mr. Shinskey, did you participate in [8] preparing an animation that we've put together to [9] try to illustrate just how inlet guide vane [10] position is used and the effect of the high flow [11] logic in the APS 3200?

[12] A: I did.

[13] Q: I'm going to ask if we could bring that [14] up and if you could walk us through it.

[15] A: Here we have a graphic of the compressor, [16] the bleed valve at the top, and the bleed valve [17] swings left to right to change the air flow from [18] going to the aircraft to going to exhaust.

[19] And we have superimposed on this the [20] same double valued function that we've already [21] seen.

[22] Over to the left we have this box, [23] this is the electronic control box and we've only [24] shown it as outputs. It has many inputs, but more

Page 1391

[1] simplicity we've only shown two of its outputs.

[2] And one of the outputs, the line [3] that you see that is blue with the yellow bars in [4] it, this is the output of the P and I controller.

[5] And this goes through a switch and [6] then into the actuator that operates the bleed [7] valve.

[8] The green line to the left is the [9] logical signal, the bleed select signal. And the [10] bleed select signal has a value of zero or one. [11] And in the normal condition when there is low [12] flow, the value is zero and so it does not operate [13] the switch.

[14] However, when we reach the high flow [15] cutoff you'll see the switch will move over to [16] this constant voltage signal which is this green [17] block at the top.

[18] So what we're going to do is to [19] follow the sequence of events as flow is increased [20] based on demand from the aircraft.

[21] Q: Should we make it run?

[22] A: Yes, could you start it over again, [23] please.

[24] Now, you see the blade spinning on

Page 1392

[1] the compressor and you will see air flow begin [2] flowing first to exhaust assuming no demand from [3] the aircraft.

[4] Now, the demand from the aircraft is [5] increasing and as it does the surge controller [6] begins to close the valve for less exhaust.

[7] Finally, when the aircraft has [8]

demanded enough air, the exhaust is closed and now [9] you see that the flow is increasing, follow the [10] black arrow on the inserted diagram you can see [11] flow increasing above set point. As long as the [12] flow remains above set point the bleed control [13] valve is closed to exhaust.

[14] Q: This is where we are before the system [15] has even gotten to the high flow switch?

[16] A: Yes, we're still in the low-flow mode, [17] but the bleed valve is closed.

[18] Now, as flow continues to increase, [19] we will reach — follow the black ball, we will [20] reach the high-flow cutoff and you will see the [21] switch transferred us to high flow. Okay. Bleed [22] select now has changed states.

[23] Now we're in the high-flow mode and [24] you can see that the bleed control valve is no

Page 1393

[1] longer connected to the P and I controller. Now [2] the P and I controller, still functions, it still [3] produces whatever signal it produced before the [4] transfer took place, but now the bleed control [5] valve has a constant voltage which keeps it closed [6] to exhaust.

[7] Q: Mr. Shinskey, let me ask you, are the [8] magnitudes of the PI signal any different now that [9] the system is in high flow?

[10] A: No, they're not different at all. [11] They're simply not used.

[12] Q: We saw the system switched into high [13] flow, we talked about a test that used IGV [14] position and a test that does not use IGV [15] position. Which of those two switch the system [16] into high flow?

[17] A: The test that does not use IGV position.

[18] Now, the flow continues and we can [19] even go past the peak. Now we're going back down [20] in load. You'll see the transfer takes place, [21] we're back into the low-flow mode, still the bleed [22] valve is closed to exhaust because the flow is [23] still well above the set point. And as flow falls [24] such that the DELPQP now approaches set point, the

Page 1394

[1] bleed valve will open to maintain set point so [2] that the DELPQP never falls down into the surge [3] region.

[4] If you can continue. And we can go [5] all the way to zero load where all of the flow [6] will then go to the exhaust without falling below [7] set point.

[8] Q: Would you like to run it once more just [9] to briefly explain?

[10] A: I'm happy to do that.

[11] Q: Let me ask you, when the bleed valve is [12] being moved at all, is that as a result of the [13] system that adjusts the set point waived on [14] temperature?

[15] A: Yes, it is. If the temperature were to [16] change, then the set point would change and that [17] would of course cause the controller to move the [18] bleed valve if the bleed valve were open and [19] therefore controlling at set point. [20] Again, start off very little flow, [21] all going to exhaust, the load to the aircraft [22] begins to increase as the air conditioning system [23] calls for air. The more air that flows, the less [24] that needs to be exhausted.

### Page 1395

[1] The exhaust valve is closed, flow [2] continues to increase, when the high-flow cutoff [3] is reached, transfer takes place, disconnecting [4] the P and I controller from the bleed valve and [5] locking the valve closed to exhaust.

[6] And the reverse happens when the [7] flow decreases, transfer takes place, bleed valve [8] remains closed because we're still above set [9] point. Only as we approach set point does the [10] bleed valve begin to open by the P and I [11] controller.

[11] Q: Thank you.

[12] Mr. Shinskey, before we turn — you [13] might want to have a seat.

[14] Before we turn to comparing the APS [15] 3200 to the Honeywell patent claims, looking at [16] the system that we just saw, does the patent teach [17] or disclose any kind of system like what we were [18] just witnessing?

[19] A: As far as the high flow —

[20] Q: Exactly the high-flow logic?

[21] A: No, there is nothing in the patent that [22] describes switching between high flow and low flow [23] or disconnecting the PI controller, the bleed [24] valve.

### Page 1396

[1] Q: We talked about an engineer of ordinary [2] skill in this field. Would such an engineer who [3] read the patents be enabled or taught how to [4] develop such a system?

[5] A: No, there is no way.

[6] Q: Why don't we turn to the patent claims [7] and let's begin with the '194 patent.

[8] If you could project 51. A: We're [9] trying to have a projection of Claim 4 so it [10] would be easier for all of us to follow along.

[11] What we did have is a version of [12] this without the nose on the right-hand side but [13] that won't project, so with Your Honor's [14] indulgence we'll project it this way.

[15] MR. PUTNAM: That's fine.

[16] Q: Mr. Shinskey, let's begin with claim 4 of [17] the '194 patent, and this is the only claim that [18] Honeywell is asserting is literally infringed by [19] the APS 3200. Why don't I read it first and then [20] we'll talk about how these elements relate to the [21] 3200.

[22] Claim 4 states, "A method of [23] utilizing a compressor of a gas turbine engine to [24] power pneumatically operated apparatus having a

### Page 1397

[1] variable inlet air flow demand, the compressor [2] having adjustable inlet guide vanes, said method [3] comprising the steps of (a) interconnecting a [4] supply duct between the compressor and the [5] pneumatically-operated apparatus, (b) flowing [6] discharge air from the compressor through said [7] supply duct to pneumatically operated apparatus, [8] (c) maintaining an essentially constant minimum [9] supply duct flow rate, despite fluctuations in the [10] flow rate of air received by the [11] pneumatically-operated apparatus, by exhausting [12] air from said supply duct in response to [13] variations therein of the value of a [14] predetermined, flow-related parameter, the flow [15] rate of air exhausted from said supply duct being [16] related to the magnitude of said parameter value [17] variations in both a proportional and [18] time-integral manner, said maintaining step [19] including the steps of providing an outlet passage [20] from said supply duct, positioning in said outlet [21] passage a surge bleed valve operable to [22] selectively vary the flow of air outward through [23] said outlet passage, generating an integral [24] control signal in response to said variation in

### Page 1398

[1] said flow-related parameter and simultaneously [2] utilizing said integral and proportional control [3] signals to operate said surge bleed valve; and (d) [4] interrupting said integral control signal when the [5] difference between the actual value of said [6] parameter and a desired value thereof exceeds a [7] predetermined level. Relationship between the [8] magnitudes of said integral and proportional [9] control signals and the magnitudes of said [10] parameter variations as a function of the position [11] of the inlet guide vanes.

[12] Let me look first at element D. [13] Again, this states, "Adjusting the relationship [14] between the magnitudes of said integral and [15] proportional control signals and the magnitudes of [16] said parameter variations as a function of [17] position of the inlet guide vanes."

[18] Mr. Shinskey, is this satisfied in [19] the APS 3200?

[20] A: No, it's not.

[21] Q: Why don't we call up figure chart 30. If [22] you could, please, explain in your understanding [23] why this is not satisfied by the APS 3200?

[24] A: Well, you can see that the P and I

### Page 1399

[1] controller operates at — has as an input the [2] error signal A and the inputs through the [3] comparator which produces the error signal are [4] DELPQP and the surge set point which is derived as [5] a function of temperature.

[6] IGV position is not an input into [7] the P and I controller and therefore IGV position [8] has no way of affecting the controller output and [9] therefore the relationship between the magnitudes [10] after the controller output signals and any [11] flow-related parameter.

[12] Q: In the APS 3200, what, if anything, does [13] adjust the relationship as specified in element D?

[14] A: That relationship is a function of [15] temperature.

[16] Q: We talked about the effect of switching [17] the system of the APS 3200 into high flow and low [18] flow, does the adjust the relationship between the [19] magnitudes of the integral and proportional signal [20] and the magnitude of the inlet guide vane [21] parameters?

[22] A: No, it does not. The high flow switching [23] takes place downstream of the P and I controller. [24] It doesn't affect the output signals of the P and

### Page 1400

[1] I controller at all.

[2] Q: Now, in your view, is what the APS 3200 [3] does with IGV position in the high flow logic [4] equivalent to what element D requires?

[5] A: No, it's not equivalent at all.

[6] Q: If you could please explain why you say [7] that?

[8] A: Well, the functions that are performed [9] are entirely different. The function that is [10] performed in the patent is to take the IGV [11] position and adjust the set point of the [12] controller so that the surge control, the flow [13] representing surge conditions, or approach the [14] surge control conditions is affected as a function [15] of IGV, as the IGV position moves, the set point [16] position moves.

[17] In the case of the APS 3200, that [18] role is taken by temperature. So there is no [19] relationship there.

[20] The way in which this is performed [21] is by — through the act of adjusting the set [22] point to the comparator

which then goes to the P [23] and I controller and changes its output in the [24] patent.

Page 1401

[1] In the case of the APS 3200, IGV [2] position has a completely different function. Its [3] function is to lock out the P and I controller [4] from even moving the bleed valve.

[5] And the way in which it does it is [6] to — through the bleed select logic is to throw a [7] switch disconnecting the P and I controller.

[8] And finally the results are [9] completely different. The result of the use of [10] IGV position in the patent is to be sure that the [11] surge controller operate at a safe set point at [12] all conditions of IGV position, whereas in the — [13] the result in the case of the APS 3200, is to [14] insure that when we are an in the high flow [15] condition, the surge controller, the P and I [16] controller does not operate the bleed valve. So [17] all three are different.

[18] Q: Now, I believe Mr. Muller in going [19] through this analysis may have said something to [20] the effect that all the patent requires is that [21] inlet guide vane position be used in some way in a [22] surge control system. In your understanding, is [23] that a fair reading of element D?

[24] A: No, that's not a fair reading at all.

Page 1402

[1] Q: Can you please explain?

[2] MR. PUTNAM: Objection Your Honor [3] it's calling for claim construction testimony. [4] The question was a fair reading of claim D.

[5] THE COURT: Let me see counsel at [6] side-bar.

[7] (Side-bar conference.)

[8] THE COURT: Go ahead, Mr. Putnam.

[9] MR. PUTNAM: The question is asking [10] the witness to interpret what claim D means. That [11] is not proper testimony in front of the jury. As [12] the Court knows, it's an issue for the Court. I [13] don't need to remind the Court of the history on [14] this topic. I know that's pending before the [15] Court, but in any event, it's not proper and the [16] witness cannot testify as to meaning of claim D, [17] he can testify to what he thinks it satisfies.

[18] When he testifies to the meaning, [19] he's suggesting the claim construction to the jury [20] and that's Your Honor's duty to instruct the jury [21] on.

[22] MR. HERRINGTON: First of all, it's [23] hard to talk about the claims without asking [24] questions like this. I think I might be able to

Page 1403

[1] cure this by saying what is the function of the [2] claim D and that's certainly something we can ask [3] an expert to come in and relate in an engineering [4] way when he thinks the function is.

[5] MR. PUTNAM: Well, the pending [6] question was what the meaning of the claim. He [7] can talk about the function.

[8] THE COURT: Then I'll sustain the [9] objection. Go ahead.

[10] MR. HERRINGTON: Okay.

[11] THE COURT: Did you want to say [12] something else?

[13] MR. HERRINGTON: I'm, I think we can [14] get to the same question about the comparator and [15] use the claims, and again I think it will just be [16] what is a comparator, what's the function of a [17] comparator.

[18] MR. PUTNAM: And my objection is to [19] any testimony that ask him here is a claim term, [20] what does that term mean in your understanding.

[21] THE COURT: Okay.

[22] MR. PUTNAM: I think that's the [23] objection.

[24] THE COURT: And I understand the

Page 1404

[1] objection and it is sustained.

[2] MR. PUTNAM: Thank you, Your Honor.

[3] (End of side-bar conference.)

[4] THE COURT: Mr. Herrington, you're [5] going to rephrase the question?

[6] MR. HERRINGTON: Sure.

[7] BY MR. HERRINGTON:

[8] Q: Mr. Shinskey, looking at element D, in [9] your view is it fair to say that the function of [10] what's called for there is merely to use inlet [11] guide vane position in some way in a surge control [12] system?

[13] MR. PUTNAM: Objection.

[14] THE COURT: Sustained, that's a [15] little leading, Mr. Herrington.

[16] MR. HERRINGTON: Okay.

[17] BY MR. HERRINGTON:

[18] Q: Mr. Shinskey, looking at element D, what [19] do you understand the function of that element to [20] require?

[21] A: I understand that the function of that [22] element is to move, adjust the magnitudes of the [23] controller output signals which are operating the [24] bleed valve as the inlet guide vane position

Page 1405

[1] moves.

[2] Q: And again, is that function carried out [3] by the APS 3200?

[4] A: No, it's not. In fact, the use of the [5] inlet guide vane position in the APS 3200 has [6] really nothing to do with surge control because it [7] represents a high flow condition where there is no [8] danger of surge whatsoever.

[9] Q: Thank you.

[10] Let's look at another part of Claim [11] 4, and that's the last phrase in element C. And [12] again, that states, element C refers to generating [13] integral and proportional control signals and then [14] it states in the last phrase, "utilizing said [15] integral and proportional control signals to [16] operate said surge bleed valve".

[17] Let me ask you, Mr. Shinskey, when [18] the APS 3200 does switch into high flow, is what [19] we have just read satisfied?

[20] A: No, it's not. The integral and [21] proportional control signals are disconnected from [22] the surge bleed valve.

[23] Q: Let's look further up in element C. It [24] refers to — why don't I read again from element

Page 1406

[1] C, and I'll tell you the language I would like to [2] you focus on.

[3] Element C states "maintaining an [4] essentially constant minimum supply duct flow [5] rate, despite fluctuations in the flow rate of air [6] received by the pneumatically-operated apparatus, [7] by exhausting air from said supply duct in [8] response to variation therein of the value of a [9] predetermined flow-related parameter."

[10] Is that reference to the value of a [11] predetermined flow-related parameter measured in [12] the supply duct present in the APS 3200?

[13] A: No. The APS 3200 does not measure [14] the flow rate in the supply duct. It's a different [15] type of measurement. It's measured across the [16] diffuser in the compressor itself.

[17] Q: And is the measurement that the APS 3200 [18] takes or the variable that the APS 3200 measures, [19] is that the same as or equivalent to what's being [20] described here in element C?

[21] A: No, its not simply a flow-related [22] parameter. It has a very strong component of [23] compression ratio in its output.

[24] Q: How does the performance of the variable,

Page 1407

[1] as measured by the APS 3200, compare to what you [2] would understand as a predetermined — as a [3] flow-related parameter that's measured in a supply [4] duct?

[5] A: Well, if the use of a flow-related parameter measured in the supply duct requires the [7] adjustment of a set point of the surge controller [8] as a function of guide vane position, if we wish [9] to control close to surge conditions, whereas the [10] use of the DELPQP signal as our surge variable for [11] the APS 3200 appears to be insensitive to [12] variations in the position of the inlet guide [13] vanes and therefore the inlet guide vane signal is [14] not used to adjust the set point for the surge [15] controller in the APS 3200.

[16] Q: Before you move on from Claim 4, I just [17] want to clarify what we're talking about in [18] element C is the difference between APS 3200 and [19] the required by Claim 4, is that a straight and [20] distinct difference from what you discussed with [21] respect to element D of Claim 4?

[22] A: If I understand the question correctly, I [23] believe that claim C and claim D must both apply [24] at the same time, or excuse me, element C and

Page 1408

[1] element D must both apply at the same time, [2] they're not one or the other.

[3] Q: I guess just to clarify, what you've [4] identified as addressing Claim 4 as it applies in [5] the APS 3200 is there are at least two differences [6] between the APS 3200 and what's required in Claim [7] 4?

[8] MR. PUTNAM: Objection.

[9] MR. HERRINGTON: I'm just sort of [10] summarizing his testimony, Your Honor.

[11] THE COURT: Why don't instead of [12] summarizing the testimony, put the next question [13] out to the witness.

[14] MR. HERRINGTON: Okay [15] BY MR. HERRINGTON:

[16] Q: Mr. Shinskey, again, what you have stated [17] here, how many differences are there between what [18] Claim 4 requires and what the APS 3200 does?

[19] A: Well, the difference in the flow-related [20] parameter, as I said DELPQP is not a flow-related [21] parameter, and secondly, there is the element D of [22] the Claim 4 is completely absent in the APS 3200.

[23] Q: Thank you.

[24] Now, why don't we turn to item eight

Page 1409

[1] of the '893 patent, that's going to be chart 55. [2] And Mr. Shinskey, the '893 patent is Defendant's [3] Exhibit No. 2. I believe you have that there with [4] you?

[5] A: Yes, I have.

[6] Q: Let me read Claim 8 and then we'll focus [7] in on some of the elements. It states, "A gas [8] turbine engine accessory power unit having a [9] fluctuating compressed air supply demand, said [10] accessory power unit comprising: (a) a compressor [11] having adjustable inlet guide vanes; (b) duct [12] means for receiving compressed air discharged from [13] said compressor and supplying the received air to [14] the pneumatically-powered apparatus; (c) surge [15] bleed means operable to exhaust from said duct [16] means a selectively variable quantity of air to [17] assure at least a predetermined minimum flow rate [18] through said duct means and thereby prevent surge [19] of said compressor; (d) sensing means for sensing [20] the value of a predetermined, flow-related [21] parameter within said duct means and generating an [22] output signal indicative of said value, said value [23] of said flow-rated parameter being substantially [24] independent of the temperature of the compressed

Page 1410

[1] air; (e) comparator means for receiving said [2] sensing means output signal and generating an [3] error signal representing the difference between [4] the sensed value of said parameter and a desired [5] value thereof, said comparator means having an [6] adjustable control set point representing said [7] desired value of said parameter."

[8] Mr. Shinskey, I'm going to ask you [9] about the next element, but why don't we stop at [10] element E and talk about whether the APS 3200 does [11] have a comparator that has an adjustable control [12] set point.

[13] A: Was that a question?

[14] Q: Yes.

[15] A: The APS 3200 does have a comparator with [16] an adjustable control set point, yes. And that's [17] set point does represent the desired value.

[18] Q: Can you show chart 32.

[19] Mr. Shinskey, if you could, please, [20] identify what we have here?

[21] A: We have a comparator, which is this [22] circle right here. One input into the comparator [23] is the set point. And the other input to the [24] comparator is the surge control variable, which in

Page 1411

[1] the case of the APS 3200 is DELPQP.

[2] Q: We'll go back to Claim 8. Now — chart [3] 55.

[4] Now, let's focus on this next [5] element of Claim 8, that's element F and it [6] states, "Means for transmitting to said comparator [7] means a reset signal for varying said set point as [8] a function of the position of said inlet guide [9] vanes in accordance with a predetermined reset [10] schedule."

[11] Mr. Shinskey, is that element [12] present in the APS 3200?

[13] A: No, it's not. There is no connection [14] between the position of the guide vanes and the [15] comparator in the APS 3200.

[16] Q: Is what the APS 3200 does with inlet [17] guide vane position the equivalent of what element [18] F requires?

[19] A: No, it does not.

[20] Q: Could you explain why that is so?

[21] A: Well, element F requires the use of the [22] guide vane position signal to reset the set point [23] of the surge controller, according to a schedule, [24] and that is simply not done in the APS 3200.

Page 1412

[1] Q: Now, I believe Mr. Muller in his [2] testimony that element F was satisfied in the APS [3] 3200 pointed to something different than a [4] comparator that you referred to when you were [5] looking at element E.

[6] In your understanding, is what he [7] pointed to something, that place, the same [8] function as what's required by element E and F?

[9] A: No. In fact, element F requires the [10] means for transmitting the reset signal to said [11] comparator, which means it has to be the same [12] comparator described in element E.

[13] And Mr. Muller pointed to a [14] different comparator on a different diagram. In [15] fact, the device which he identified as the second [16] comparator was the or gate, it's not a comparator [17] at all.

[18] Q: Looking at element F, what in your [19] understanding is the function of that element as [20] required by Claim 8?

[21] A: The function of element F is to adjust [22] the set point of the surge controller as the inlet [23] guide vanes in the aircraft, in the compressor are [24] moved.

Page 1413

[1] Q: And is that function performed by inlet [2] guide vane position as used in the APS 3200?

[3] A: No, in the APS 3200 the function of inlet [4] guide vanes is to disconnect the PI controller — [5] excuse me, is to maintain high flow and keep the [6] controller disconnected from the bleed valve.

[7] Q: If you could, please, compare what [8] element F requires and what the APS 3200 does in [9] terms of the way they operate and the result of [10] how they operate?

[11] A: The way in which the surge controller [12] in the patent operates is to have set point of the [13] flow related