# 2001 Trial Transcripts Part 6

Honeywell International Inc., et al. v.
Hamilton Sundstrand
Case 1:99-cv-00309-GMS    Document 421-14    Filed 05/01/2006    Page 2 of 8
Trial Volume Number 6
February 12, 2001

variable changed as a function of [14] guide vane position according to a predetermined [15] schedule.

[16] The way in which inlet guide vane [17] position is used in the APS 3200 is through logic, [18] which recognizes a high-flow condition, which is [19] not connected with surge control at all, but [20] simply maintains the surge control system [21] essentially inoperable during the high flow [22] condition.

[23] And the result is that in the case [24] of the APS 3200 — in the case of the patent, each

### Page 1414

[1] guide vane position will have the flow controller [2] controlling a different value of flow as required [3] to keep the compressor out of surge.

[4] The result of the IGV position being [5] used in the APS 3200 is to prevent the surge [6] controller from moving the bleed valve at all.

[7] Q: All right, Mr. Shinskey, let's look at [8] another element of Claim 8 to see if that is [9] satisfied in the APS 3200, and that's element D. [10] That says, "Sensing means for sensing the value of [11] a predetermined, flow-related parameter within [12] said duct means and generating an output signal [13] indicative of said value, said value of said [14] flow-related parameter being substantially [15] independent of the temperature of the compressed [16] air."

[17] Is that requirement satisfied in the [18] APS 3200?

[19] A: No, in fact, it's not. The APS 3200 uses [20] the DELPQP parameter to control surge and that is [21] not independent of the temperature of the air. [22] And we can tell this because it is necessary to [23] change the set point of the surge controller in [24] the APS 3200 as air temperature changes.

### Page 1415

[1] Q: Now, is the parameter that the APS 3200 [2] uses, which we call DELPQP or the static pressure [3] parameter, that is equivalent to the parameter [4] that's required by this element D?

[5] A: No, it's not.

[6] Q: If you could please explain why that's [7] your opinion?

[8] A: The DELPQP parameter includes compression [9] ratio as a component, which of course gives a rise [10] to this double solution curve.

[11] And while that parameter represents [12] approach to surge for a variety of guide vanes [13] positions, the approach to surge is sensitive to [14] temperature and therefore temperature is required [15] to adjust the set point of the surge controller.

[16] Q: Is that parameter used in the APS 3200 [17] interchangeable with the parameter that meets [18] element D in Claim 8?

[19] A: No, they are not interchangeable.

[20] Q: Why is that?

[21] A: Because they have fundamentally different [22] properties, especially as temperature changes or [23] as guide vane position changes in the compressor.

[24] Q: In your understanding of element D, what

### Page 1416

[1] is the function of using a flow parameter whose [2] value is substantially independent of the [3] temperature of the compressed air?

[4] A: Well, the advantage of having a [5] flow-related parameter that is independent of [6] temperature is we do not need to include [7] temperature compensation in the control of that [8] parameter.

[9] Q: Is that function parameter used in the [10] APS 3200?

[11] A: No, it's not, because of the sensitivity [12] of the DELPQP parameter in the APS 3200, two [13] variations in temperature, we need to use [14] temperature as a set point function in the APS [15] 3200.

[16] Q: Thank you.

[17] Let's turn to Claims 10 and 11 of [18] the '893. That is chart 56 B. Let me ask you [19] about Claims 10 and 11. In your understanding, [20] are these claims dependent on Claim 8 of the '893 [21] patent?

[22] A: Yes, they are.

[23] Q: And in your understanding, if Claim 8 is [24] not infringed by the APS 3200, can Claims 10 and

### Page 1417

[1] 11 be infringed?

[2] A: No, they could not be, because of Claims [3] 10 and 11 really include all the claims, all of [4] the elements of Claim 8.

[5] Q: And so do you have any conclusion with [6] respect to whether Claims 10 and 11 are infringed [7] by the APS 3200?

[8] A: My opinion is that neither Claim 10 nor [9] 11 is infringed.

[10] Q: Thank you.

[11] Why don't we turn to Claim 19 of the [12] '893 patent, that's chart 59.

[13] Let me read this claim. It states, [14] "A control system for assuring a substantially [15] constant minimum flow rate through a duct [16] receiving air discharged from a compressor or the [17] like having adjustable inlet guide vanes, the duct [18] having a supply outlet connected to [19] pneumatically-operated apparatus having a variable [20] supply air demand, the duct further having an [21] exhaust outlet, said control system comprising:

[22] (a) a flow regulating device adapted to be [23] positioned in the exhaust outlet and operable to [24] selectively vary air flow outwardly therethrough;

### Page 1418

[1] (b) a sensing device having a sensing portion [2] adapted to be position in the duct to sense [3] therein a predetermined parameter related to the [4] air flow rate through the duct, said sensing [5] device further having an output portion."

[6] Let me stop with element B. In your [7] understanding what element B requires, is that [8] satisfied by the APS 3200?

[9] A: No, it's not. There is no sensing device [10] located in the duct that is used for surge control [11] in the APS 3200.

[12] Q: And is what the APS 3200 does do in terms [13] of measuring a variable the equivalent of what's [14] required by element B?

[15] A: No, because this element B requires a [16] parameter that is related to flow rate through the [17] duct, and of course the DELPQP signal reflects [18] compression ratio as much as it does flow rate.

[19] Q: Let me read on. Element C states, "An [20] adjustable set point comparator having an input [21] portion coupled to said output portion of said [22] sensing device, and an outlet adapted to generate [23] an error signal."

[24] Let me ask you, does the APS 3200

### Page 1419

[1] have such a comparator?

[2] A: Yes, it does. At the input of the [3] controller.

[4] Q: And is that the comparator we've [5] discussed earlier that's shown in figure 12a of [6] the ECB specification?

[7] A: It is the same comparator, yes.

[8] Q: And in the APS 3200 — let me just read [9] on.

[10] Element D states, "A proportional [11] controller having an inlet coupled to said output [12] of said comparator and further having an outlet; [13] (e) an integral controller having an inlet coupled [14] to said outlet of said comparator and further [15] having an outlet; (f) a summer having a first [16] inlet coupled to said outlet of said proportional [17] controller, a second inlet coupled to said outlet [18] of said integral controller, and an outlet coupled [19] to said flow regulating device; and (g)", which [20] what is I would like to focus on, states, "A guide [21] vane position sensor and a function

generator [22] coupled in series between the inlet guide vanes [23] and said input portion of said comparator."
[24] Mr. Shinskey, is that element

Page 1420

[1] satisfied in the APS 3200?
[2] A: No, it's not. The guide vane position [3] signal does not — is not connected either through [4] a function generator or any other way coupled in [5] series between the guide vanes and in the input of [6] the comparator of said comparator in the APS 3200.
[7] Q: Can you show chart 32, please.
[8] When we read element C of Claim 19, [9] which said, "An adjustable set point comparator [10] having an input portion coupled to said output [11] portion of said sensing device, and an outlet [12] adapted to generate an error signal."
[13] Can you identify where that would be [14] in the APS 3200?
[15] A: Again, the comparator is this circle [16] here, which receives a set point as an input, [17] which receives the DELPQP surge variable as [18] another input and generates an error signal which [19] is output to the P and I controller.
[20] Q: And in element G of claim 19 states, [21] "Guide vane position sensor and a function [22] generator couple in series between the inlet guide [23] vanes in said input portion of said comparator."
[24] Is that present in the APS 3200?

Page 1421

[1] A: No, it's not present.
[2] Q: If you could explain why that's not so?
[3] A: The set point which is set to 2 [4] comparator in the APS 3200 is generated as a [5] function of temperature and not guide vane [6] position. So it substitutes for the role of guide [7] vane position in the APS 3200, essentially [8] replaces guide vane position as an input.
[9] Q: Now, is the APS 3200 in using inlet [10] guide vane position in another part of its control [11] logic, is that equivalent to what claim 19 (g) [12] requires in stating that a guide vane position [13] sensor and function generator coupled in series [14] between the inlet guide vanes and input portion of [15] said guide vane comparator?
[16] A: No, the guide vane portion is not [17] connected.
[18] Q: Looking at element G, what is the [19] function in the patent claim of having guide [20] vane position sensor and a function generator [21] coupled in series between the inlet guide vanes [22] and the input portion of said comparator?
[23] A: The function is to change the set point [24] of the flow-related parameter as inlet guide vane

Page 1422

[1] position changes in the patent.
[2] Q: And again, is that function performed in [3] the APS 3200 by inlet guide vane position?
[4] A: No, it's not performed by inlet guide [5] vane position. It is performed by temperature, [6] however.
[7] Q: Can you compare in terms of way and [8] result what element G requires and what the APS [9] 3200 actually does?
[10] A: The way this operates is in the patent is [11] to send the guide vane position signal through a [12] function generator which produces a relationship [13] between the set point of the surge controller, [14] which is the desired value of flow and the [15] temperature.
[16] In the case of the — excuse me, in [17] the patent, the relationship is between the set [18] point of the surge controller and the guide vane [19] position. In the APS 3200, the guide vane [20] position instead is used in such a way as to [21] disconnect the PI controller from the bleed valve.
[22] Q: Now, I believe Mr. Muller in arguing [23] that element G was satisfied in the APS 3200 pointed to [24] something that he said was a comparator, and it

Page 1423

[1] was different than what he had pointed to as [2] satisfying element C.
[3] In your understanding, is that a [4] fair reading of the function that's required by [5] element G of Claim 19?
[6] A: No. I would say it's not a fair reading [7] because element G requires the connection to the [8] said input portion of said comparator, and [9] Mr. Muller pointed to a different device on [10] another diagram which was not even a comparator.
[11] Q: Why don't we turn to Claim 23 of the '893 [12] patent. That's chart 60, 60(a) or 60(b).
[13] Mr. Shinskey, in your understanding [14] is Claim 23 dependent on Claim 19?
[15] A: Yes, it is.
[16] The Claim 23 states that it uses [17] Claim 19 as a basis, and simply is an additional [18] term to add to what the elements of claim 19 would [19] be.
[20] Q: And in your understanding, is Claim 23 [21] infringed by the APS 3200?
[22] A: No. Claim 23 would not be infringed if [23] Claim 19 were not infringed.
[24] Q: All right. Mr. Shinskey, looking at all

Page 1424

[1] of the Honeywell patent claims that are being [2] asserted here and looking at how IGV position is [3] used in all of those claims, does inlet guide vane [4] position perform that same role in the APS 3200?
[5] A: No, it does not.
[6] Q: In the APS 3200, is there something else [7] that occupies that role that's required by IGV [8] position in the patent claims?
[9] A: The role of IGV in the patent claims is [10] to adjust the set point for the surge control [11] variable. And temperature plays that role in the [12] APS 3200.
[13] Q: With respect to an argument that the APS [14] 3200 does use inlet guide vane position in the [15] same way that the patents require and that the [16] 3200's use of temperature is just something extra [17] that can be ignored, do you have any opinion with [18] respect to that issue?
[19] A: The APS 3200 does not use guide vane [20] position in surge control. It simply is a [21] secondary test recognizing a high-flow condition [22] which locks out the surge control system or [23] maintains a locked out condition for the surge [24] control system.

Page 1425

[1] It does not help in surge control at [2] all.
[3] Q: And how is temperature used in the APS [4] 3200?
[5] A: Temperature is used to adjust the set [6] point of the surge controller so as to maintain [7] the compressor out of surge as temperature [8] variations take place.
[9] Q: Okay. We are a going to turn now to [10] the question of whether the Honeywell patents are [11] valid in light of the prior art that has been [12] identified in this case.
[13] Mr. Shinskey, let me ask you, did [14] you consider the question of whether the Honeywell [15] patent claims that are at issue in the lawsuit [16] were either anticipated by or made obvious by what [17] was already known in the field of surge control [18] for compressors as of the time more than a year [19] before the Honeywell patent applications were [20] even filed?
[21] A: I did consider that, yes.
[22] Q: And what was your conclusion on that [23] question?
[24] A: My conclusion was that there were many

Page 1426

[1] references of prior art that included all of the [2] elements that were claimed in the Honeywell [3] patent, and these — this prior art were [4] publications that predated the filing of the [5] application

for the Honeywell patents.

[6] Q: Now, first of all, let's take a look at [7] what the patent office itself found was already [8] known in the field at the time the Honeywell [9] patent applications were filed.

[10] If you could, please, pull up chart [11] No. 4.

[12] Mr. Shinskey, could you explain what [13] this chart shows with respect to what the patent [14] office itself found was already known in the field [15] of surge control?

[16] A: Yes. On the left-hand side, we have [17] Claims 48 and 49 from the application that was [18] filed with the patent office. And these claims [19] were not accepted by the patent office. And the [20] claims that were allowed differed from the claims [21] that were rejected on the basis that they had the [22] provision for adjusting the set point of the surge [23] controller or otherwise changing the output of the [24] surge controller as a function of inlet guide vane

Page 1427

[1] position.

[2] Q: Just to explain to the jury, looking at [3] the language in Claim 4, the language that's not [4] highlighted, what does that correlate to with [5] respect to what we see in the left-hand column?

[6] A: Well, all the other elements are [7] essentially the same. You can even see the same [8] language, for example, subparagraph A is the same [9] in both cases.

[10] So the only distinction of the [11] addition of the feature of adjustable guide vanes [12] and the use of adjustable guide vanes in effecting [13] the controllers's output.

[14] Q: Let me show you what's called the file [15] wrapper for the '194 patent, that's Defendant's [16] Exhibit 12, and if we could walk through what is [17] reflected there in this Claim 4 chart.

[18] MR. HERRINGTON: Your Honor, may I [19] approach the witness?

[20] THE COURT: Yes, you may.

[21] BY MR. HERRINGTON:

[22] Q: Mr. Shinskey, first of all, could you [23] identify what Defendant's Exhibit 12 [24] is?

[24] A: Yes. This appears to be the file wrapper

Page 1428

[1] for the patent, and therefore, includes the [2] examiners's comments and reasons for rejecting [3] some of the claims and whatever amendments [4] followed that.

[5] Q: This is for the '194 patent? It even [6] shows that in the top right corner of the first [7] page?

[8] A: Yes, it does.

[9] Q: Why don't you turn to the page that has a [10] Bates stamp number, HSB 401556.

[11] A: I have that page.

[12] Q: Looking at the claims that are numbered [13] 48 and 49, does that correlate with what we've [14] shown on chart four on the board there?

[15] A: Yes. The wording in the file wrapper is [16] the same as the wording that's on the screen.

[17] THE COURT: The jury can't read it.

[18] MR. HERRINGTON: Okay. We can make [19] it bigger.

[20] Is that better?

[21] THE COURT: No, it's the size.

[22] Q: Why don't we leave that up for a minute [23] and let me ask you, what we have here on the [24] left-hand side is Claim 48 as it was shown in a

Page 1429

[1] patent claim that Honeywell originally tried to [2] obtain from the patent office, is that correct?

[3] A: That's correct.

[4] Q: And did the patent office allow that [5] claim?

[6] A: No, the patent office did not allow Claim [7] 48.

[8] Q: And before we move on, if we could focus [9] on Claim 49. Is Claim 49 another claim that [10] Honeywell tried to obtain from the patent office?

[11] A: Yes, it is. Claim 49 depends on Claim [12] 48, but it is rejected as well.

[13] Q: The patent office — did the patent [14] office allow that claim?

[15] A: No, the patent office did not allow the [16] claim.

[17] Q: Why don't we turn to HSB 401565.

[18] Could you identify what that is, [19] please?

[20] A: I believe this is what is called office [21] action, where the patent examiner lists which [22] claims were rejected, which are objected to, and [23] so forth.

[24] Q: Okay. Let me ask you to turn to the

Page 1430

[1] second page of that document, and I'll read from [2] the first — the second full paragraph. Let me [3] ask you, what is shown by the second page?

[4] A: In the second page are the reasons for [5] rejecting the claims which the examiner rejected.

[6] Q: And I'm going to try — we're going to [7] try to project this onto the screen.

While we're [8] waiting for that, let me read what the patent [9] examiner stated in this office action. He states, [10] "Shell," and if you understand what that refers [11] to, what does "Shell" refer to?

[12] A: Shell is the international oil company [13] that has a patent relevant to the art.

[14] Q: It states: Shell discloses a compressor [15] control system including surge control passage 9 [16] with valve 10, P and delta P sensor, dividing [17] circuit 14 and controller 15. Controller 15 [18] compares the quotion with circuit 15 with set [19] point 16. Note that the controller in figure two [20] has both proportional and integral action.

[21] What does that last sentence refer [22] to?

[23] A: The last sentence refers to the fact that [24] Shell in their patent was, claimed proportional

Page 1431

[1] and integral control of the surge variable.

[2] Q: And it goes on to state, "Moreover, [3] Shell's system operate according to a method [4] generally similar to that claimed."

[5] Now, skipping over to the next page, [6] the first full paragraph, we just referred to [7] Claims 48 and 49 that Honeywell originally tried [8] to obtain from the patent office, and here it [9] states, "Claims 48 and 49 are rejected like claims [10] 41 through 43 and 52 above in view of Louis. The [11] Shell control system is obviously applicable to [12] any dynamic compressor, including gas turbine [13] driven compressor means such as those disclosed by [14] Louis."

[15] If you could please explain what you [16] understand the patent examiner has stated here?

[17] A: Well, the patent examiner says that the [18] system as patented by Shell, the system —

[19] MR. HERRINGTON: I'm sorry, we're [20] not able to project this.

[21] THE COURT: Is there — is this [22] document available to the jury in the jury [23] notebook?

[24] MR. HERRINGTON: I believe it may be

Page 1432

[1] in the jury book.

[2] THE COURT: Why don't you take a [3] moment and see.

[4] MR. HERRINGTON: All right. We'll [5] take just a moment.

[6] BY MR. HERRINGTON:

[7] Q: What we're reading from is in Tab I [8] of the jury notebook. And looking in

Honeywell International Inc., et al. v. Trial Volume Number 6
Hamilton Sundstrand February 12, 2001
Case 1:99-cv-00309-GMS   Document 421-14   Filed 05/01/2006   Page 5 of 13

### Page 1439

[19] Now, this is one of the prior art [20] articles that we'll be relying upon, and it's in [21] Exhibit O of the jury book. We'll also be [22] projecting it on the screen as Mr. Shinskey walks [23] through the document.

[24] Mr. Shinskey, let me ask you first

[1] of all to tell us just the title and the date of [2] this periodical in which this article appears?

[3] A: The periodical is the Sulzer Technical [4] Review, it's published by Sulzer Corporation which [5] is the manufacturers of compressors in Europe. [6] And this was published in 1963.

[7] Q: Now, the Honeywell patent applications [8] were filed in 1981?

[9] A: That's correct.

[10] Q: Before we discuss this article, was this [11] article something that the patent office had [12] before it when it considered the Honeywell patent [13] claims?

[14] A: Well, there was no indication in the file [15] wrapper of references to this article by the [16] patent office.

[17] Q: Why don't we turn to the second page. [18] And if we could focus in on the top, if you could, [19] please, tell us the title of this article?

[20] A: The title is the control of [21] turbo-compressors, and turbo-compressors are [22] understood to include centrifugal compressors such [23] as we have in the APUs and also axial compressors.

[24] Q: And who is the author of this article?

### Page 1440

[1] A: The author is a man by the name of Kempe [2] who worked for Sulzer at the time.

[3] Q: Now, does Mr. Kempe's article discuss [4] surge control for compressors were adjustable [5] inlet guide vanes?

[6] A: Yes, it does.

[7] Q: If you could please walk us through where [8] he discusses that?

[9] A: I believe we have to go to the next [10] page. Yes. And let me blow up this area of the [11] screen right here.

[12] In Figure 7, Mr. Kempe describes the [13] relationship between flow and the position of the [14] guide vanes as required to protect the compressor [15] from surge.

[16] The surge limit is shown here, [17] that's the surge limit. And each one of the [18] curves shown here represents a different guide [19] vane position.

[20] And his variable that's plotted [21] across the bottom of the chart here, the variable [22] Q is identified over here as the charge flow rate, [23] so this is a

### Page 1441

relationship between flow and guide [24] vane position.

[1] Q: Does Mr. Kempe's article specifically [2] show how to adjust the set point based on inlet [3] guide vane position?

[4] A: Yes, it does.

[5] In this diagram, Figure 8B, he shows [6] first of all a compressor with inlet guide vanes, [7] and this propeller looking device in the center of [8] the compressor is representative of the guide vane [9] device.

[10] And then circle number seven, he [11] identifies under the figure as a position [12] transmitter which sends the position of the inlet [13] guide vanes to the control system.

[14] He identifies device six as a [15] function relay which takes as an input the guide [16] vane position signal and converts that into a flow [17] set point.

[18] Then Kempe further, he has a flow [19] measurement on the discharge here, this is a flow [20] metering device which sends a flow-related [21] parameter to the surge controller. And the surge [22] controller appears right here. And then the surge [23] controller operates the bleed valve as a function [24] of variations in the measured flow and variations

### Page 1442

[1] in the set point coming from the guide vane [2] position sensor.

[3] Q: Now, does Mr. Kempe also discuss this [4] system in the text of his article?

[5] A: It is described in the text as well, yes.

[6] Q: Can you show where that is?

[7] A: This section here describes the control [8] of compressors with adjustable guide vanes. And [9] previous to this, he's talked about the [10] relationships between variables in a compressor [11] which are necessary to keep the compressor from [12] surge, but he says the above laws don't hold good [13] for the surge limit in compressors with adjustable [14] guide vanes. The blowoff limit is a function of, [15] for example, guide vane setting here, guide vane [16] position setting.

[17] And the arrangement of surge control [18] system shown in Figure 8A, and then he shows [19] Figure 8B, and Figure 8B is the figure that we [20] have just looked at, and it says Figure 8B uses [21] the — for a set point taken during the guide vane [22] setting alpha, is the variable that he assigns to [23] the guide vane position.

[24] Q: Let me just ask you given the information

### Page 1443

[1] that can be provided by adjusting the set point [2] based on guide vane position, would an engineer of [3] ordinary skill in this field be able to implement [4] that feature in a surge control system?

[5] A: Yes.

[6] Q: Let's talk about Kempe's disclosure of [7] flow-related parameters. I think you needed that [8] in Figure 8B the flow related parameters are on [9] the discharge side of the compressor?

[10] A: That's correct.

[11] Q: Now, does Kempe discuss a parameter that [12] would be substantially independent of temperature?

[13] A: Yes, he does. On this same page. If we [14] look at this figure, Figure 6B, in this case what [15] we'll see is again a flow measuring device [16] indicated by an orphous and a signal going to a [17] box, that box is a divider, and a pressure [18] measurement also going to that same device N, and [19] he shows that flow is proportional to the ratio, [20] he says about the control shown in figure 6B, the [21] ratio of delta P, that's the pressure drop across [22] the orphous to P which is the total pressure [23] measured upstream of the orphous is shown in relay [24] seven, so relay seven makes that comparison and

### Page 1444

[1] then the surge controller makes that reference to [2] seven by surge point and therefore controls surge.

[3] This calculation which is made and [4] the location of the measurement in the discharge [5] duct from the compressor is identical to what [6] appears in the Honeywell patent.

[7] Therefore, if the calculation and [8] the measurements are made in the same location, [9] and the claim in the Honeywell patent is that that [10] measurement is substantially independent of [11] temperature, then this measurement is as well.

[12] Q: Now, the Honeywell patent claims talk [13] about the use of a proportional and integral [14] controls for the surge control system.

[15] What type of controllers does the [16] Kempe article show for the surge control systems [17] that he discusses?

[18] A: Well, while he doesn't identify what type [19] of controller on these individual diagrams, in the [20] text in the paper and later figures, he identifies [21] all the controllers as PI or PID controllers.

[22] We could see this on one of the [23] later pages where figure 13 and 14 appear. Here [24] is figure 13 and let me blowup figure 13, which is

Page 1445

[1] kind of a pictorial view of the surge [2] system.
[3] we have here identified figure 13 [4] as the surge control unit. And we identify the [5] controller as a PI D controller.
[6] Now, PI D, the D part is derivative [7] action, it's a third mode of the controller. And [8] whenever I'm controlling flow, I know I cannot use [9] derivative. It is not beneficial to the action of [10] a flow controller, so it's always set to zero, in [11] which case the PI D controller reduces to a PI [12] controller.
[13] Q: Does a PI D controller include the [14] functions of a PI controller?
[15] A: Yes, the PI D controller has all the [16] functions of the PI controller plus the derivative [17] action if one chooses to use it.
[18] Q: Now, Mr. Kempe's article doesn't discuss [19] using electronic control for the surge control [20] system?
[21] A: No, it doesn't.
[22] Q: By the time of the year before the [23] Honeywell patent applications were filed, would [24] that be something that would be known to an

Page 1446

[1] engineer of ordinary skill in this field?
[2] A: Yes, in 1963 when this article was [3] published, electronic control was in its infancy. [4] And not all of the components that are required in [5] a surge control system would be available [6] implemented electronically, but by the 1970's, [7] there was a complete line of components [8] available.
[9] And people who were skilled in the [10] art would recognize that electronic control was [11] faster and more accurate than pneumatic control. [12] So by the early '70's, all surge control systems [13] were implemented electronically.
[14] Q: Let's go to the page 16, which I think is [15] the third page in.
[16] Does Kempe's article discuss [17] generally the importance in a surge control system [18] of matching the set point with the surge line?
[19] A: Yes, he does. I think we have to go back [20] to page one to find that. Excuse me. In fact, [21] it's the next page after his.
[22] Yes, let me blowup this section [23] here. Kempe says, "For economic reasons it is [24] important to keep the blow-off limit as near to

Page 1447

[1] surge limit as possible, in other words [2] to match the response curve of [3] the surge control [3] device with the surge characteristic."
[4] Q: Now, Mr. Shinskey, stepping back, looking [5] at all these features that Kempe dispose, as [6] adjusting the set point using guide vane position, [7] using proportional integral controls, a flow-rated [8] parameter that's independent of temperature, does [9] the information that he provides give enough [10] disclosure so that an engineer of ordinary ability [11] in the field would be able to take what he's [12] showing and actually implement it in a surge [13] control system?
[14] A: Yes, definitely.
[15] Q: All right. Why don't we turn to our next [16] article, and that's Defendant's Exhibit 147, the [17] Warnock article.
[18] THE COURT: Before you do that, let [19] me pole the jury here. I misspoke earlier when I [20] said that we were going to be on our normal [21] schedule today.
[22] Ms. Preston advises me that I have a [23] meeting at 12 noon which leads to me to ask [24] whether you would like to take a morning break or

Page 1448

[1] work straight through until noon. We would break [2] from 12:00 until 1:15.
[3] Do you want to stay and work [4] straight through to 12:00?
[5] THE JURY: A short break.
[6] THE COURT: Why don't we take a [7] short ten-minute break right now. Okay.
[8] (A brief recess was taken.)
[9] THE COURT: Mr. Shinskey, take a [10] seat, please.
[11] (Jury entering the courtroom at [12] 11:15 a.m.)
[13] THE COURT: All right. We'll [14] continue. And we're going until noon and break [15] until 1:15.
[16] BY MR. HERRINGTON:
[17] Q: I think we left off with the Warnock [18] article, Defendant's Exhibit 147.
[19] Mr. Shinskey, could I ask you to [20] tell us the name of this article?
[21] A: Typical Compressor Control [22] Configurations.
[23] Q: And the author?
[24] A: Y.D Warnock.

Page 1449

[1] Q: Is — are you familiar with Mr. Warnock?
[2] A: Yes, I am.
[3] Q: Who is he — who was he?
[4] A: He was an application engineer at Warnock [5] Products Company, which is a competitor of my [6] company. He held a position within his company [7] similar to what I held in my company.
[8] Q: Was he a controls engineer?

[9] A: Yes.
[10] Q: Why don't we look at the top left corner, [11] I believe that shows a date. If you could please [12] explain what that reflects?
[13] A: Yes. This is copyright 1976, I.S.A. [14] I.S.A. Is the Instrument Society of America. And [15] A.C. is their annual conference which would have [16] been held in 1976.
[17] This article would be a print from [18] their proceedings of that conference.
[19] Q: And if you could, please, just describe [20] who attends an annual conference of the Instrument [21] Society of America?
[22] A: The I.S.A. is a professional society [23] which fosters the development of technology in [24] measurement and control systems applied to a

Page 1450

[1] variety of industries.
[2] They have representatives from — in [3] fact, they have divisions for the petroleum [4] chemical industries, pulp and paper, aerospace, [5] automotive, biomedical and so forth, and control [6] and instrument engineers from all of those [7] industries will attend their annual conferences.
[8] Q: What's the purpose of a paper that's [9] being delivered at this annual conference?
[10] A: The paper delivered at this conference [11] would be used by the presenter to show his [12] findings, his results, the technology that was [13] developed in his company to the rest of the [14] membership, so that they would be able to benefit [15] by and possibly use the technology presented in [16] the paper.
[17] Q: Before we discuss what the contents of [18] this article, was this article something that the [19] patent examiner had when he was considering the [20] validity of the Honeywell patents?
[21] A: I did not see this among the references [22] that the examiner cited, no.
[23] Q: Now, generally what is the subject of [24] this article?

Page 1451

[1] A: Well, in this article, Warnock tries to [2] cover the whole universe of compressor control [3] configurations regardless of the demands or the [4] applications of compressors. And therefore, he [5] shows many, many different systems, which apply to [6] different applications.
[7] Q: Does he discuss compressors with [8] adjustable inlet guide vanes?
[9] A: Yes, he does.



Honeywell International Inc., et al. v.
Hamilton Sundstrand
Case No. 1:99-cv-00309-GMS   Document 421-14   Filed 05/01/2006   Page 7 of 13
Trial Volume Number 6
February 12, 2001

[10] Q: And where is that?

[11] A: He describes adjustable inlet guide vanes [12] in one of the later pages, it's figure 15, and [13] there is text associated with figure 15.

[14] Q: I don't know if I've said yet, I believe [15] this is at Tab P in the jury book.

[16] A: His figure 15 shows, in fact, a [17] compressor with a guide vane operator, as you can [18] see. The guide vane operator is right here. And [19] the guide vane operator happens to be driven by a [20] pressure controller.

[21] Then he shows a function block here [22] where the position of the guide vanes is used to [23] adjust the set point for the surge flow [24] controller.

Page 1452

[1] There is the set point and a surge [2] controller is identified here.

[3] Q: Is he depicting the adjustment of the set [4] point based on inlet guide vane position?

[5] A: Yes, he is. In essentially the same [6] manner as the patents, the position of the guide [7] vane signal goes through a function block, [8] converted into an equivalent flow of set point.

[9] Q: You mentioned that he also in his text is [10] describing this figure. Where is that?

[11] A: That appears on the page of the text that [12] begins with the description of what's happening in [13] figure 15.

[14] And I'll read the text, it says [15] "When changes in guide vane position introduce a [16] pronounced difference between the actual surge [17] line and the surge control line defined by a [18] particular surge control system, accuracy, in [19] fact, this is an important word," the accuracy of [20] the surge control can be improved by entering the [21] guide vane position into the system for [22] compensation."

[23] And then he goes on to describe how [24] figure 15 shows a flow surge control system with a

Page 1453

[1] set point generated by the guide vane loading [2] signal.

[3] Q: And what does that mean?

[4] A: Well, that means that the guide vane [5] position signal is characterized into a [6] corresponding set point change, so that the system [7] will be operated efficiently as possible, but [8] still kept out of surge for all the various [9] positions of the guide vanes.

[10] And he shows that this can be done [11] by straight line approximation or by a nonlinear [12] characterizing device and he's describing the [13] functional relationship between the guide vane [14] position and the set point.

[15] Q: Does Mr. Warnock's article have any [16] explanation or any figures explaining use to [17] adjust the set point based on inlet guide vane [18] position?

[19] A: Yes, if we can go back to the previous [20] page, I think figure 14, in fact, shows the [21] relationship.

[22] Yes, in figure 14, he relates, he [23] relates the flow meter differential pressure [24] measurement to the guide vane position, that each

Page 1454

[1] one of these points that appear on the each one [2] of the points that appear on the graph represents [3] a surge point.

[4] And he shows how the surge point [5] will move as the guide vanes are moved, and [6] therefore we have to develop a control system that [7] has a surge control line, that is where we're [8] controlling flow on the safe side of the surge [9] points for all various guide vane positions.

[10] And he list them all from 70 degrees [11] rotation to zero.

[12] Q: And then he shows a surge control system [13] that adjusts the set point based on guide vane [14] position?

[15] A: Yes, he essentially is implementing the [16] function in figure 15, which we've already seen.

[17] Q: All right. Now, you talked about how the [18] Honeywell patent claims refer to the use of [19] proportional integral controls. What type of [20] controls does Mr. Warnock's article recommend for [21] a surge control system?

[22] A: Warnock specifies proportional plus [23] integral control. And that appears if you go back [24] to the text just under the heading figure 15, we

Page 1455

[1] go to the next piece of text over here. And so [2] he's talking about the surge controller as can be [3] seen at the very top, the heading is Surge [4] Control, then he talks about reset and describes a [5] proportional plus reset controller as his surge [6] controller.

[7] And "reset" is another word for [8] "integral". That was the word — the word [9] "reset" was developed earlier in the technology [10] and later it was identified as an integral mode, [11] so reset is very common used in industry.

[12] Then he goes on to describe how the [13] reset access is in the controller, then [14] we can run into a problem called "reset windup". And he goes [15] into disclosing how the controller can be [16] protected against this reset windup problem and so [17] you can see proportional and integral are part of [18] his scheme.

[19] Q: Does Warnock also discuss measuring a [20] flow-related parameter?

[21] A: Yes, of course he does. If we could [22] look at figure 6(a).

[23] In figure 6(a), he shows a flow [24] measurement made on the discharge of the

Page 1456

[1] compressor, so we have discharge flow. Then [2] pressure measurement also made on the discharge to [3] the compressor. And then he shows a divider where [4] we divide one by the other.

[5] And in this case, his example shows [6] pressure divided by the differential pressure [7] across the flow meter. This is the inverse of the [8] flow-related parameter which is described in the [9] patents, however in this case the text Warnock [10] goes on to point out that we can calculate this [11] either as the pressure divided by the differential [12] pressure or as the inverse. This is a purely [13] arbitrary function. You can do it either one way [14] or the other way. And either way produces the [15] same result.

[16] This is in essence the flow-related [17] parameter of the patents, and if the flow-related [18] parameter of the patents is independent of [19] temperature, then this flow-related parameter is [20] as well.

[21] Q: When you say here the flow-related [22] parameter of the patents, you're talking about [23] what?

[24] A: The flow-related parameter of the patents

Page 1457

[1] is PT minus PS over PT. The function that is [2] calculated in figure 6(a) is the inverse of that [3] parameter. But as I said in the text, Warnock [4] describes that it can be calculated either in this [5] way or as the inverse, either way produces the [6] same result.

[7] Q: Let's look at figure 15 for just a [8] moment.

[9] Now, in figure 15, Mr. Warnock is [10] showing measuring a flow parameter on the inlet [11] side of the compressor?

[12] A: Yes, he does.

[13] Q: Does he also discuss how that measurement [14] can be taken on the discharge side?

[15] A: He does. There is a section of this [16] paper where he discusses this relationship between [17] inlet and outlet flow measurements. And so one [18] can be replaced with the other, if compensation [19] — and sometimes, compensation isn't even necessary, [20] especially in constant speed compressors.

[21] Q: Now, some of the Honeywell patent [22] claims talk about using electronic

controls. Does [23] Warnock refer to using electronic equipment in the [24] control system?

*Page 1458*

[1] A: Yes, he does. I believe this is — this [2] text follows the discussion on the reset windup [3] protection. If we could go back to the text that [4] has —

[5] Q: I think it's page 12.

[6] A: Yes. Right at the very top, the first [7] full paragraph at the top talks about, he has [8] developed this method or described this method for [9] protecting the proportional plus reset controller [10] against windup. That method is — he names the [11] batch switch.

[12] And so he says, "The batch switch [13] system is available on a number of pneumatic [14] controllers as an option, and a number of [15] electronic controllers as a standard feature."

[16] So he does address electronic surge [17] control systems.

[18] Q: Now, looking back at the, Mr. Warnock's [19] introduction to his article on the first page, [20] does he discuss the importance of matching a set [21] point of a surge control system with where the [22] surge point would be?

[23] A: Yes, I believe he does. I think it's
[  ] r here.

*Page 1459*

[1] Now, he addresses here, and this is [2] quite important, he addresses the economy of the [3] system. And he says since bypassing or blowing [4] off gas waste power, it's desirable to determine [5] surge flow as accurately as possible to avoid [6] bypassing while maintaining safe operation.

[7] However, he says, this is not a [8] simple matter. Surge flow for compressors is not [9] a fixed quantity, but is related to other [10] variables. And I'm going to underline here other [11] variables.

[12] And among those variables, of [13] course, would be inlet guide vanes. And speedy [14] and so forth. And so where other variables [15] substantially affect surge flow, they must be [16] measured and included in the surge system, and [17] that's the role of inlet guide vanes when they [18] were variable.

[19] He goes on to say, surge conditions [20] can be defined completely in terms of variables [21] other than flow. But the problem of defining [22] surge conditions has led to the development of a [23] wide a[   ] of systems.
[  ] of course he shows many
x[   ]les.

*Page 1460*

[1] of those systems in his paper.
[2] Q: I believe you already reviewed one

of the [3] examples he shows is when a compressor has [4] adjustable guide vanes that the set point should [5] be adjusted based on the guide vane position?

[6] MR. PUTNAM: Objection, leading.

[7] THE COURT: Why don't you rephrase [8] it.

[9] Q: With respect to compressors that have [10] adjustable guide vanes, what does Mr. Warnock [11] show?

[12] A: Mr. Warnock's conclusion with adjustable [13] guide vanes, he uses the adjustable guide vanes to [14] set the set point of the surge controller and [15] therefore compensate for the guide vanes in their [16] affect on the location of the surge limit.

[17] Q: Now, Mr. Shinskey, we've talked about [18] Warnock disclosing data of the set point based on [19] inlet guide vane position, his reference to using [20] a flow-related parameter that would be to [21] temperature, to using, would an engineer of [22] ordinary skill read this article back in the late [23] 1970's be able to take what Warnock is describing [24] and implement it in a surge control system?

*Page 1461*

[1] A: Yes, he could.

[2] Q: Why don't we turn to the White article, [3] that's Defendant's Exhibit 6. This is Tab N in [4] the jury book.

[5] Mr. Shinskey, if you could, please, [6] tell us the title of the article?

[7] A: Surge Control for Centrifugal [8] Compressors.

[9] Q: Do you recognize the author?

[10] A: Yes, the author, M.H. White was a member [11] of the Foxboro Company at the same time I was, and [12] at the time the article was prepared.

[13] Q: And if you could, please, tell us the [14] journal in which this article was published?

[15] A: This article appeared in Chemical [16] Engineering magazine. Chemical Engineering [17] magazine, a technical magazine which serves the [18] chemical industry and the light industries, [19] different — wherever chemical technology is used, [20] and food processing, paper mills, hydrocarbons and [21] so forth. Chemical Engineering magazine is used.

[22] And it also includes technical [23] articles on controlling those processes in all of [24] those industries.

*Page 1462*

[1] Q: And are you familiar with generally the [2] circulation of this journal?

[3] A: It would be over 100,000, I would

[4] believe. I have subscribed to Chemical [5] Engineering magazine for almost 50 years and some [6] of my articles have appeared in here as well.

[7] Q: Now, this particular article by [8] Mr. White, has this been cited in other [9] publications?

[10] A: Yes, in fact, Warnock does include White [11] as a reference in his article. And it is — this [12] article that he published here was — has been [13] used at the Foxboro Company as kind of a standard [14] for engineers in the work that they have done in [15] designing surge control for compressor.

[16] Q: I don't know if you mentioned yet, what [17] is the date of this article?

[18] A: December 25th, 1972.

[19] Q: That was before the that was before the [20] patents were applied for?

[21] A: Yes.

[22] Q: You reviewed the file wrapper for the [23] Honeywell patents. Was this article examined by [24] the patent office when they were considering the

*Page 1463*

[1] validity of the Honeywell patents?

[2] A: It is not among their references, no.

[3] Q: What is the subject of Mr. White's [4] article?

[5] A: Mr. White is trying to show engineers how [6] to design an efficient and safe surge control [7] system, again, for a variety of different [8] compressors.

[9] Q: Does he discuss surge control for [10] compressors that have adjustable inlet guide [11] vanes?

[12] A: Yes, he does.

[13] Q: Where is that?

[14] A: That's about four or five pages into the [15] paper.

[16] Yes, here it is. Inlet guide vanes [17] shown here. And he talks about constant speed [18] compressors which is, of course, the case in the [19] patent.

[20] Q: Let me just interrupt for a second. [21] That's page 60 of his article?

[22] A: Page 60.

[23] Q: Okay.

[24] A: Constant speed centrifugal and axial

*Page 1464*

[1] compressors being frequently equipped with [2] adjustable inlet guide vanes. So it appears right [3] here.

[4] And then he talks about addition [5] reply, axial compressors may have adjustable [6] stator blade, so he puts the stator blades of an [7] axial compressor into the same category inlet [8] guide vanes of a centrifugal compressor.

[9] He describes beside influencing the

[10] compressor output, moving these vanes also changes [11] the slope of the surge curve. There is a surge [12] line for each vane position, just as there is, for [13] example, for each inlet temperature.

[14] Q: Now, does Mr. White describe a system [15] where the set point is adjusted based on guide [16] vane position?

[17] A: Yes, he does. I believe it's his figure [18] nine that shows that. Now, figure nine, White [19] uses for two different purposes. And in his first [20] purpose, he describes automatic temperature [21] compensation for compressors where we are [22] compressing a gas over a very, very wide [23] temperature range.

[24] And in that case, if the temperature

### Page 1465

[1] of the gas is variable, then White uses a [2] temperature measurement and sends that temperature [3] measurement into a calculation to adjust the set [4] point of the surge controller.

[5] Then he goes on after he's finished [6] with his discussion of temperature compensation, [7] he goes on to discuss what we do in the case of [8] inlet guide vane variation, and he uses the same [9] diagram to do double service here, so he doesn't [10] have to draw the diagram over again.

[11] And he replaces the temperature [12] input with IGV position, and he says the [13] functional relationship is quite similar, and in [14] this configuration, variations in the position of [15] the inlet guide vanes go on to adjust the [16] temperature — excuse me, adjust the set point for [17] the surge controller.

[18] Q: Does Mr. White's article provide a [19] description of what's shown in figure nine?

[20] A: Yes, the text immediately to the right of [21] figure nine on the same page I believe describes [22] that.

[23] He talks about, first of all, if we [24] don't put any compensation in for variable guide

### Page 1466

[1] vanes, this could result in bypassing gas at times [2] when it is not required. And therefore, when [3] vanes are positioned from a manual station and not [4] frequently changed, it's possible to simply make [5] an adjustment manually.

[6] However, he says, when frequent [7] changes in vane position produce large variations [8] in the slope of the surge line, it is desirable to [9] make the changes in the setting automatically. [10] And then he goes on to say, using a system like [11] the one for automatic temperature compensation in [12] figure nine.

[13] So he says the signal for the [14] controller to the vane operator, which is an [15] indication of the position of the vane, instead of [16] temperature measurement, is fed into the analog [17] computer to adjust the ratio setting.

[18] Then he goes on to say, this [19] produces a linear relationship between the ratio [20] setting and the vane position that is not [21] precisely correct; however, the errors introduced [22] are usually small enough to be neglected.

[23] Q: Let me ask you about measuring the flow [24] parameter. Does White describe how to measure a

### Page 1467

[1] flow parameter in the discharge side of the [2] compressor?

[3] A: Yes, he does. If we can back up, there [4] is a discussion on discharge line flow [5] measurement. Now, the discussion on discharge [6] line flow measurement begins on this page and [7] continues to the next page; but in the next page [8] he relates it specifically to the case — and [9] we've skipped a page here somehow.

[10] Q: Why don't I see if I can project it on [11] the Elmo.

[12] This is on page 61. 61 doesn't have [13] a page number, but it's preceding 62.

[14] A: Can you lower it down just a little bit?

[15] Okay. This is the area of interest [16] right here. Can I still — can I still mark this [17] up, Stephanie? No. Okay.

[18] The paragraph that begins right in [19] the middle of the page here says, When the [20] compressor operates at constant speed, the [21] instrumentation can be further simplified, that [22] means we don't have to divide by temperature, [23] multiply by pressure and so forth.

[24] Under the condition the compress

### Page 1468

[1] ratio is constant at the search point and [2] therefore the equation 33 reduces to a simple [3] proportionality between a flow measurement made at [4] the inlet which produces a signal H1 and a flow [5] measurement made at the discharge of the [6] compressor which produces a signal H2.

[7] And therefore, we can use a standard [8] control system, simply replace H1 with H2.

[9] Q: Now, the Honeywell patents talk about [10] using proportional integral controls in a surge [11] control system. Does Mr. White in his article [12] discuss using proportional and integral controls?

[13] A: Yes, he does. It's under the heading of [14] Instrumentation. If we look at the second [15] paragraph here, he says the surge controller [16] should have in addition to proportional and reset [17] functions.

[18] Q: This is on page 58 of the article.

[19] A: And then he goes on, he goes on [20] describe the need for windup protection, referring [21] to batch feature which is the same terminology [22] that Warnock used in his system, in his paper.

[23] Q: Now, some of the Honeywell patent claims [24] refer to using electronic equipment, and does

### Page 1469

[1] Mr. White refer to that as well?

[2] A: Yes, he does. If we look at the first [3] paragraph under this heading of instrumentation, [4] he says that the equipment can be either pneumatic [5] or electronic.

[6] Q: Looking at all the features we've [7] discussed, adjusting the set point based on inlet [8] guide vane position, measuring a parameter in the [9] discharge side of the compressor, using PI control [10] for the surge control system, and using electronic [11] equipment, would an engineer of ordinary ability [12] working in the period a year before the Honeywell [13] patents were applied for, be able to take the [14] White article and implement a surge control system [15] that uses those features?

[16] A: Yes, definitely.

[17] Q: Do you have any knowledge the White [18] article actually being used in that way?

[19] A: Oh, yes. The White article has been [20] used, again, by engineers at the Foxboro Company [21] to develop surge control systems.

[22] Q: Why don't we look at what's called the [23] Fallin article, that's our Exhibit No. 19. This [24] is Tab Q in the jury book.

### Page 1470

[1] Mr. Shinskey, if you could please, [2] read the title of the article?

[3] A: Controls for an Axial Turbo Blower.

[4] Q: Who are the authors?

[5] A: The authors are Fallin and Belas, [6] employees of the Bethlehem Steel Corporation at [7] the time the article was published.

[8] Q: When was this article published?

[9] A: May 1968 is the date.

[10] Q: And in what journal was it published?

[11] A: This article was published in [12] Instrumentation Technology, which the Journal [13] of the Instrument Society of America, published [14] monthly.

[15] Q: If you'll turn one page you'll see where [16] that's shown a little bit lower on the screen.

system match the surge line in [16] order to economize the operation of the [17] system.

[18] Q: Is there any discussion of that in [18] the Shell patent?

[19] A: There is, on page 1, column 1, line 27, [20] begins with "Since the bypassing or blow off of [21] gas through the bypass or the blow-off line [22] represents a loss, in any case a loss of power, [23] the valve is only open when and insofar as it is [24] necessary to avoid surging."

Page 1497

[1] Q: Now, as we discussed, the patent office [2] found that the Shell patent proposed proportional [3] and integral controls?

[4] A: Yes.

[5] Q: For a surge control system?

[6] A: Yes.

[7] Q: Have you had an opportunity whether or [8] not Shell does disclose that. It appears in [9] figure two of the patent there is some text that [10] describes it as well.

[11] A: It's on page 2, and it's at the last [12] paragraph on the first column of page 2.

[13] Q: Okay. Thank you.

[14] Going back to what we just read [15] about what Shell says about keeping the [16] bypass valve only when and insofar as it is [17] necessary to avoid surging, how, if at all, does [18] that relate to adjusting the set point based on [19] guide vane position when a compressor has [20] adjustable guide vanes?

[21] A: Well, if — we know that as the guide [22] vanes are moved the flow at which surge develops [23] changes in accordance with the position of the [24] guide vanes.

Page 1498

[1] And since the Shell patent states [2] the importance of the economy of the compressor to [3] open the blow-off or bypass valve only when and [4] insofar as necessary to avoid surging, then we see [5] that if we didn't change the set point when the [6] guide vanes are moved, then we will be — to [7] protect the compressors against all possible surge [8] conditions, then we must be venting or blowing off [9] compressed air unnecessarily at lower guide vane [10] positions.

[11] Q: And does that translate into a motivation [12] to use adjusting the set point based on guide vane [13] position when a compressor has adjustable guide [14] vanes?

[15] A: That is definitely an economical [16] motivation, yes.

[17] Q: All right. Let me turn to what we call [18] the Glennon patent, the '035 patent, that's [19] Defendant's Exhibit 142.

[20] Let me just ask you, Mr. Shinskey, [21] if I could, identify the title of this patent?

[22] A: Surge Control for Variable Speed Variable [23] Geometry Compressors.

[24] The connotation "variable geometry"

Page 1499

[1] refers to adjustable guide vanes.

[2] Q: This is Tab U in the jury book.

[3] THE JUROR: Tab what?

[4] MR. HERRINGTON: U.

[5] BY MR. HERRINGTON:

[6] Q: And if you could, please, identify the [7] person to whom this patent was issued and the [8] assignee of the patent?

[9] A: The inventors are Timothy Gleeson, [10] Theodore Sarphine, I believe, and it's assigned to [11] the Sundstrand Corporation.

[12] Q: I believe you may have misspoken. Is it [13] Timothy Glennon?

[14] A: Glennon, I'm sorry.

[15] Q: And the assignee is?

[16] A: Sundstrand Corporation.

[17] Q: And if you could, please, identify what [18] date this application for a patent was filed?

[19] A: It was filed on September 14th, 1977.

[20] Q: And when was the patent issued?

[21] A: Issued August 7th, 1979.

[22] Q: Now, does the Glennon patent contain a [23] discussion of adjusting the set point based on [24] inlet guide vane position?

Page 1500

[1] A: Yes, it does. We'll have to move in to [2] about the third or fourth — well, the next [3] figure, or what is figure one on the next page [4] shows the motivation for adjusting.

[5] Here we have — some of the things [6] we've seen before where the surge line varies with [7] the position of guide vanes. And in this [8] position, Glennon covers variable speed as well as [9] variable guide vanes.

[10] And so Glennon shows that as the [11] guide vanes are changed from fully opened to fully [12] closed, the surge point moves following the [13] contour of the surge line.

[14] And, therefore, it would be [15] desirable to move the set point of the surge [16] controller commensurate with the movement of the [17] surge point.

[18] Q: Is that shown in the Glennon patent as [19] well?

[20] A: The implementation is shown in the [21] Glennon patent, yes. It's perhaps two or three [22] more figures after this.

[23] This is the one, yes. Here we have [24] the IGV position is indicated here. The IGV

Page 1501

[1] position is measured and then it goes through [2] what's called a describing function.

[3] The describing function is [4] essentially the functionality that we see in the [5] other patents relating or converting the position [6] of the guide vane into a signal representing the [7] corresponding flow as a set point for the [8] controller.

[9] And this is sent on to the [10] comparator, which you'll see right here and in [11] that way performs essentially the same role in the [12] Glennon patent as we have seen guide vane [13] positions in both the prior art and in the [14] Honeywell patents.

[15] Q: All right. Let me ask you about another [16] Glennon patent that's Defendant's Exhibit 143. [17] This is Tab V in the jury book.

[18] And let me just maybe to move this [19] through this a little more quickly. This is also [20] a patent issued to Glennon and others and assigned [21] to the Sundstrand Corporation?

[22] A: That's correct.

[23] Q: And the application date is September [24] 14th, 1977, and this patent was issued on August

Page 1502

[1] 7th, 1979?

[2] A: That's correct.

[3] Q: And does this patent also have a [4] discussion of adjusting the set point based on [5] guide vane position?

[6] A: Yes, it does.

[7] Q: Maybe just quickly identify the figures [8] where that is?

[9] A: Figure one again is very similar to the [10] figure one in the previous patent. And shows a [11] similar relationship to the position of the guide [12] vanes and the surge point plotted in flow versus [13] compression ratio.

[14] Q: And then is there another figure actually [15] shown?

[16] A: Yes, there is another figure. And this [17] figure shows more complex calculation than in the [18] previous patent, but it also shows as well this [19] input signal here, inlet guide vane and/or speed [20] information, if employed.

[21] So it shows the capability for [22] bringing inlet guide vane position into the set [23] point of the surge controller and again, the [24] comparator appears right here, that's the same

Page 1503

[1] comparator that we've seen where the surge [2] variable is compared with the set point in the [3] other patents.

[4] Q: And this is figure three in the Glennon [5] patent, which is Exhibit 143?

[6] A: I think it's — yes, it is figure three, [7] it's shown up here.

[8] Q: Why don't we turn now to some other [9] articles in the prior art. If we could have [10] Defendant's Exhibit 16.

[11] This is Tab R in the jury book. [12] Mr. Shinskey, if you could, please, [13] just identify the title and authors of this [14] article?

[15] A: Parallel Compressor Control, and it is [16] written by A.E. Nisenfeld and Cho of Fisher [17] Control Company.

[18] Q: The date in the bottom left is a little [19] cut off in the copy I have but do you know what [20] date this was published?

[21] A: Yes. This was published in November of [22] 1976, I believe, in Instrumentation Technology.

[23] Q: And I think you discussed Instrumentation [24] Technology earlier, if you could briefly identify

Page 1504

[1] that journal?

[2] A: Yes, Instrumentation Technology is the [3] Journal of the Instrument Society of America, [4] I.S.A.

[5] Q: Let me ask you with reference to this [6] article, Defendant's Exhibit 116, and I don't [7] think I asked, but the two Glennon patents we [8] discussed, were those patents and articles before [9] the patent office examiner when he was considering [10] the validity of the Honeywell patents?

[11] A: I don't see the Glennon patents listed as [12] references by the patent office, no.

[13] Q: Thank you.

[14] Looking at the article by Nisenfeld [15] and Cho, do you have any discussion of adjusting [16] the set point of the surge control system based on [17] inlet guide vane position?

[18] A: Yes, they do, in figure four.

[19] Figure four shows a very simple [20] schematic, but it has the various elements that we [21] have looked at in the past.

[22] Again, vane position is an input to [23] the surge control system. And it sets the set [24] point of the surge controller, this would be the

Page 1505

[1] set point here.

[2] The controlled variable to protect [3] the compressor against surge is the flow measured [4] on the discharge, and we see it going to a flow [5] controller, the flow controller manipulates the [6] recirculation valve in the case to protect against [7] surge.

[8] Q: Would the information in these Nisenfeld [9] and Cho article be enough to teach an engineer of [10] ordinary skill in this field how to use this [11] feature of adjusting the set point based on guide [12] vane positions in a surge control system?

[13] A: Yes.

[14] Q: All right. Why don't we take a look at [15] another Nisenfeld and Cho article, this one is [16] Defendant's Exhibit 17. This is Tab S in the jury [17] book. And again, if you could, please, identify [18] the title and authors and date of this article?

[19] A: Again the title is Parallel Compressor [20] Control by A.E. Nisenfeld and C.H. Cho, and it was [21] published in the Australian Journal of [22] Instrumentation and Control in December, 1977.

[23] Q: In your review of the file wrapper for [24] the two Honeywell patents, was this article

Page 1506

[1] something that was considered by the patent [2] examiner?

[3] A: No, it was not.

[4] Q: Does this article have a discussion of [5] adjusting the set point based on inlet guide vane [6] position?

[7] A: It does. It appears in figure four of [8] this article as well as the last.

[9] As you see, this diagram is [10] identical to the other one. These two [11] publications are very, very similar.

[12] Q: And let me ask you, would this diagram [13] enable an engineer of ordinary skill in his field [14] to practice what is shown there?

[15] A: Yes.

[16] Q: All right. Let me turn to another [17] Nisenfeld and Cho article. This is Defendant's [18] Exhibit 18. This is Tab T in the jury book.

[19] If you could, identify the title, [20] author, date and the journal of this article?

[21] A: Parallel Compressor Control, What Should [22] Be Considered. Again, the authors are A.E. [23] Nisenfeld and C.H. Cho. It was published in [24] Hydrocarbon Processing magazine in February of

Page 1507

[1] 1978.

[2] Q: And from your review of the file wrapper [3] of the Honeywell patent applications, did the [4] patent examiner have this article when he was [5] considering the validity of the patent [6] applications?

[7] A: There is no reference to it, no.

[8] Q: Does this article say anything about [9] adjusting the set point based upon guide vane [10] position?

[11] A: Yes, it does, and that appears again in [12] figure four. Right here. This diagram is [13] arranged a little differently, but the same [14] elements are here. We have vane position, taken [15] from the compressor, and sent by a transducer to [16] the set point of a surge controller.

[17] And the surge controller has the [18] pressure this time at the suction of the [19] compressor as opposed to the discharge.

[20] But again, we know that for constant [21] speed compressors the flow can be measured either [22] at the compression or the discharge.

[23] Q: Mr. Shinskey, having reviewed all of [24] these articles that were published more than a

Page 1508

[1] year before the Honeywell patent applications were [2] filed, I would like to take the claims of the [3] Honeywell patents and show how the articles match [4] up with the claims.

[5] If we could begin with the '194 [6] patent, that's Exhibit 3. And the last — the [7] second to the last page. Could you look at the [8] very bottom of the column on the right.

[9] Let me ask you before we go through [10] each element of the claim, do you have an opinion [11] as to whether Claim 4 is anticipated by the Kempe [12] article?

[13] A: Yes, I believe it is.

[14] Q: By the Warnock article?

[15] A: Yes.

[16] Q: By the White article?

[17] A: Yes.

[18] Q: And by your book in combination [19] reprinting the Fallin article?

[20] A: Yes.

[21] Q: And do you have an opinion as to [22] whether by combining the prior art that the patent office [23] found, and when they examined the '194 patent, [24] with any one of these other articles that show

Page 1509

[1] adjusting the set point based on inlet guide vane [2] position what is claimed in Claim 4 would be [3] obvious to one of ordinary skill in the field?

[4] A: I agree.

[5] Q: Why don't I read the claims. "A method [6] of utilizing a compressor, a gas turbine engine to [7] power pneumatically-operated apparatus having a [8] variable inlet air flow demand, the com-

Honeywell International Inc., et al. v.  
Hamilton Sundstrand  
Case 1:99-cv-00309-GMS    Document 421-14    Filed 05/01/2006    Page 12 of 13  
Trial Volume Number 6  
February 12, 2001

that [7] would have on the use of inlet guide vane [8] positions that had been used in that high flow?

[9] A: It would remove the inlet guide vane [10] position as an input to any part of the surge [11] control system.

[12] Q: And can you explain what affect this [13] would have on any possible claim of infringement [14] under the Honeywell patents?

[15] A: Well, because the guide vanes would no [16] longer play any part in the surge control logic [17] whatsoever, that would remove any suspected cause [18] of infringement.

[19] Q: And just to reiterate your opinion as to [20] whether the current system infringes the Honeywell [21] patents?

[22] A: No, I believe the current system does not [23] infringe Honeywell patents as it stands.

[24] MR. HERRINGTON: All right. Thank

Page 1554

[1] you, Mr. Shinskey.

[2] THE COURT: Mr. Putnam, you my [3] cross-examine.

[4] MR. PUTNAM: Thank you, Your [5] Honor. It may take me a minute to set up.

[6] THE COURT: Okay.

[7] CROSS-EXAMINATION

[8] BY MR. PUTNAM:

[9] Q: Good afternoon, Mr. Shinskey.

[10] A: Good afternoon.

[11] Q: You and I met for the first time, as I [12] recall, back last December when I had the [13] opportunity to take your deposition on a couple of [14] days; is that correct?

[15] A: That's correct.

[16] Q: Now, is it fair to say that the product [17] that is at issue here is auxiliary power units?

[18] A: Yes.

[19] Q: Am I correct, sir, that before this case, [20] you had never had any professional engagement that [21] related directly to auxiliary power units?

[22] A: That's correct.

[23] Q: So your professional career, I think as [24] Mr. Herrington elicited, has spanned more than

Page 1555

[1] four decades; is that correct?

[2] A: That's correct.

[3] Q: And this case is the first time that [4] you've had direct involvement with auxiliary power [5] units, correct?

[6] A: Correct.

[7] Q: Okay. Now, in fact, when I deposed you [8] back in December of 2000, you had never actually [9] seen the APS 3200 before; is that correct?

[10] A: That's correct.

[11] Q: All right. And also at the time that I [12] deposed you, you had never actually seen an APU go [13] into surge; correct?

[14] A: That's correct.

[15] Q: You never seen with your own two eyes an [16] APU go into surge; correct?

[17] A: Correct.

[18] Q: Am I right that you have never designed a [19] control system for an auxiliary power unit?

[20] A: That's correct.

[21] Q: And is it also true that you've never [22] designed a surge control system for an auxiliary [23] power unit?

[24] A: That's correct.

Page 1556

[1] Q: In fact, am I right that you have not [2] designed a control system of any type for use on a [3] commercial airplane during your career?

[4] A: That's correct.

[5] Q: In fact, would you agree with me, sir, [6] that you are not well-versed in all of the [7] operating modes in which an APU might be called [8] upon to operate in?

[9] A: I would say that's correct, yes.

[10] Q: Let me ask you some questions about the [11] relative level of experience you had throughout [12] the course of your career, sir.

[13] First of all, am I right that the [14] two industries in which you have had the most [15] experience in your career are the chemical and [16] plastics industry and the petroleum and refining [17] industry?

[18] A: That's correct.

[19] Q: Let me ask you about the power industry. [20] Would you agree that you've had more experience [21] with the power industry in your career than you've [22] had with the aircraft industry?

[23] A: That would be true.

[24] Q: All right. Would you agree with me that

Page 1557

[1] you had more experience in your career, sir, with [2] the food and beverage industry than you've had [3] with the aircraft industry?

[4] A: That's probably true as well.

[5] Q: In fact, am I right, sir, that you've [6] had, or you consider yourself as having had more [7] experience with the water and wastewater industry [8] than you've had before this case began with the [9] aircraft industry?

[10] A: That would probably be true as well, [11] yes.

[12] Q: Now, your testimony with Mr. Herrington [13] was divided, I guess into three sections, [14] infringement, patent validity, and this issue at [15] the end of alternative designs.

[16] And I basically want to address the [17] three issues in that order during this [18] cross-examination. Is that all right with you, [19] sir?

[20] A: That's fine.

[21] Q: You were first retained by Sundstrand in [22] this matter, as I recall from your deposition, in [23] about May 2000; is that correct?

[24] A: That's right.

Page 1558

[1] Q: And am I right that when you were first [2] retained, you initially thought that the only [3] thing at issue was patent validity, nothing to do [4] with infringement, just the validity of the [5] Honeywell patents; correct?

[6] A: I was first asked to look into the [7] validity issue, yes.

[8] Q: And the infringement issue, that came up [9] later during the course of your engagement; [10] correct?

[11] A: Correct.

[12] Q: Okay. When the infringement issue came [13] up, was it your understanding that what you were [14] supposed to do was not to form an independent [15] opinion on whether or not the APS 3200 infringed [16] the Honeywell patents, instead what you were to do [17] was to come up with the opinion that Sundstrand [18] was not infringing?

[19] A: I don't understand what you mean by an [20] independent opinion, or the distinction between [21] the two parts of the statement you just gave me.

[22] Q: Let me ask the question this way, sir.

[23] Did you come to understand that the [24] purpose of your retention on the infringement

Page 1559

[1] issue was specifically to provide an opinion for [2] Sundstrand that the APS 3200 does not infringe the [3] Honeywell patents?

[4] A: I don't quite understand the question. I [5] don't know exactly what you're driving at.

[6] Q: Let me try it again. Did there come a [7] time during the course of your retention and work [8] with Sundstrand where you came to understand that [9] another purpose of your retention was to provide [10] an opinion for Sundstrand that the APS 3200 does [11] not infringe

Trial Volume Number 6
February 12, 2001
Case 1:99-cv-00309-GMS   Document 421-14   Filed 05/01/2006   Page 13 of 13
Honeywell International Inc., et al. v.
Hamilton Sundstrand

the Honeywell patents?

[12] **A:** Yes, I believe that's true.

[13] **Q:** The purpose of your retention was to [14] provide the opinion that it did not infringe, is [15] that what you're saying?

[16] **A:** Yes, I believe so.

[17] **Q:** Now, it's clear from your direct [18] testimony that you have read the Honeywell patents [19] during the course of your engagement, correct?

[20] **A:** Correct.

[21] **Q:** Do you have copies up there or do you [22] want me to give you —

[23] **A:** I have copies of both patents, yes.

[24] **Q:** Okay. Do you notice that all three of

Page 1560

[1] the independent claims that are at issue, Claim 4 [2] of the '194 patent, and Claims 8 and 19 of the [3] '893 patent, that they all use at the start of [4] them this word "comprising" did you notice that?

[5] **A:** I remember seeing "comprising". I don't [6] remember whether it applied to all three, but I [7] did see it.

[8] **Q:** Actually, let me ask Mr. Schlaifer to put [9] up the very start of the '194 patent and to blowup [10] the top step, and if you can see the word [11] "comprising" at the start of Claim 4 of the '194 [12] patent, sir?

[13] **A:** I see that.

[14] **Q:** And do you understand that "comprising" [15] basically means the same as "including"?

[16] **A:** Yes.

[17] **Q:** All right. And if we look at Claim 8 of [18] the '893 patent, Mr. Schlaifer, again, if you [19] blowup the top part of the claim, do you see that [20] also starts with this word "comprising" or [21] "including"?

[22] **A:** I see that.

[23] **Q:** All right. And finally just to run [24] through them all, the independent ones,

Page 1561

[1] Mr. Schlaifer, if you would pull up Claim 19, do [2] you see that, Mr. Shinskey, that the last word on [3] the lead-in phrase at the top of Claim 19 is also [4] this word, "comprising"?

[5] **A:** I see that.

[6] **Q:** Am I correct that you understand that [7] since each of the Honeywell patent claims at issue [8] uses this word, "comprising," it is still [9] infringement if what Sundstrand is doing is [10] everything that the Honeywell patents do and then [11] just adding an extra thing or two?

[12] **A:** I understand that.

[13] **Q:** So if Sundstrand does everything any one [14] of those patent claims does and then adds an extra [15] step or an extra two steps, that's still [16] infringement; correct?

[17] **A:** Yes, I understand that.

[18] **Q:** All right. Now, with that background, [19] let me turn to specific claims that are at issue [20] here. And I'm going to start with this inlet [21] guide vane position item that the jury has heard [22] so much about and that was mentioned frequently [23] during your direct examination.

[24] Would you agree with me, sir, that

Page 1562

[1] each compressor like the compressor on the APS [2] 3200, each compressor has its own unique [3] characteristics?

[4] **A:** I'm not sure I could agree with that. [5] There are certainly compressors of the same model [6] and the same size would have the same [7] characteristics.

[8] **Q:** Each compressor model has its own unique [9] characteristics, would you agree with that?

[10] **A:** I would agree with that.

[11] **Q:** Would you agree with me also that each [12] compressor model has its own set of surge set [13] points?

[14] **A:** Yes, I think that — I would except that [15] statement.

[16] **Q:** If I understood your testimony correctly, [17] it's your understanding that for compressors like [18] the APS 3200 with adjustable inlet guide vanes, [19] the position of the IGV's will affect the point at [20] which surge will occur; is that correct?

[21] **A:** It would affect the flow and the [22] compression ratio at which surge would occur.

[23] **Q:** Okay. And in fact, I think you testified [24] during your testimony on Friday that there is a

Page 1563

[1] relationship between the flow, which would be the [2] minimum to prevent surge, and the position of the [3] guide vanes; is that correct?

[4] **A:** That's correct.

[5] **Q:** Now, I want to talk about the APS 3200 [6] and its use of surge. And I actually wanted to [7] put up for the jury, to start, a couple of the [8] things that you said this morning because you [9] noticed them and I thought they were pretty [10] interesting.

[11] Let me first put up a bit of [12] testimony, we have to ask Mr. Schlaifer to help me [13] out as well on the Elmo. This is testimony that [14] you gave this morning in response to questions [15] from Mr. Herrington, you said that the use of the [16] inlet guide vane position in the APS 3200 has [17] really nothing to do with surge control because it [18] represents a high flow condition where there is no [19] danger of surge whatsoever. Do you remember that [20] testimony, sir?

[21] **A:** Yes.

[22] **Q:** And then a couple pages later on pages [23] 1411 and 1412, you said, "The way in which inlet [24] guide vane position is used in the APS 3200 is

Page 1564

[1] through logic, which recognizes a high-flow [2] condition, which is not connected with surge [3] control at all." That was your testimony, right, [4] sir?

[5] **A:** That's right.

[6] **Q:** All right. And then finally on this [7] point, when Mr. Herrington asked you his final [8] question on the topic, you said, "The APS 3200 [9] does not use guide vane position in surge [10] control. It simply is a secondary test [11] recognizing a high-flow condition which locks out [12] the surge control system or maintains a locked out [13] condition for the surge control system. It does [14] not help in surge control at all."

[15] Now, that's what you told the judge [16] and the jury, right, sir?

[17] **A:** Yes.

[18] **Q:** Okay. Now, let's look at some documents [19] where Sundstrand describes its APS 3200 and its [20] use of inlet guide vane position.

[21] You may have seen this in your [22] testimony, sir, but let me show it to you. And [23] that is the electronic control box specifications, [24] which has previously been marked as Honeywell PTX

Page 1565

[1] 63.

[2] **MR. PUTNAM:** Your Honor, may I [3] approach?

[4] **THE COURT:** Yes.

[5] **MR. PUTNAM:** I suspect Your Honor [6] has had a couple of copies of these. I'm happy to [7] hand up another one.

[8] **THE COURT:** I have it right here.

[9] **BY MR. PUTNAM:**

[10] **Q:** Now, this is a document prepared by [11] Sundstrand; correct?

[12] **A:** Correct.

[13] **Q:** And this is a document prepared by [14] Sundstrand in which Sundstrand describes its [15] control systems, more than just its surge control [16] systems, but its control systems for the APS 3200; [17] correct?

[18] **A:** Correct.

[19] **Q:** Now, sir, can I ask you to turn in the [20] document to page number 118,