# 2006 Remand Trial Transcripts Part 2

### Page 145

1  plaintiffs talked about some here today.
2      First of all, did the L1011 experience the
3  double solution response curve in the same manner as did
4  DELPQP in the APS 3200?
5  A.   No.
6      MR. PUTNAM:   May I approach, Your Honor?
7      THE COURT:   Yes, you may.
8  BY MR. PUTNAM:
9  Q.   I am going to hand you PTX-1066. We will display
10  this, but I will give copies to the Court.
11      Can you tell the Court what PTX-1066 is?
12  A.   It is titled as a dynamic analysis of the surge
13  control for the L1011 APU.
14  Q.   Dated when?
15  A.   Dated April 23rd, 1969.
16  Q.   From your study of the record, where is April 23rd,
17  1969 with regard to the life cycle or the development
18  history of the L1011?
19  A.   The L1011 came into service, I think the first one was
20  1970 that I have been able to find, that was actually in
21  service prior to that, of course, and actually went into
22  flight testing many years before then. So 1965 falls right
23  into the period when the L1011 was being flown.
24  Q.   I think you misspoke. You said 1965 falls into the
25  period?

### Page 146

1  A.   1969, I am sorry.
2  Q.   And the title of this or the subject of this document
3  is what, sir?
4  A.   Dynamic analysis of the surge control for the L1011
5  APU.
6  Q.   If you turn a couple pages in to SUND6011.
7      Let's not blow it up yet.
8      Let's highlight the top right-hand corner.
9      What do you understand this to be, Mr. Muller?
10  A.   Yes.
11  Q.   What do you understand 6011 to be, sir?
12  A.   What it is, it is a block diagram of the L1011 APU
13  surge control.
14  Q.   And is there any information on this page regarding
15  the flow parameter and the flow curve for the L1011 surge
16  control system?
17  A.   Yes. The flow parameter is indicated in a curve in
18  the lower left-hand corner, which is indicated as Figure 87,
19  or refers to Figure 87.
20  Q.   Where Mr. Schlaifer has a little icon?
21  A.   Just that block right there, right there.
22  Q.   And how do you know that is the flow-related parameter
23  in the L1011 surge control system?
24  A.   Because what it's showing is delta P over P.
25  Q.   On the left-hand side.

### Page 147

1  A.   On the left-hand side, on the Y axis it shows delta P
2  over P. On the X axis, it is hard to read. But what it is,
3  it is a value of W, which is what you normally refer to as
4  the flow rate, times a value which is -- you can't make it
5  out but I know what it is because these are reported for the
6  corrected flow, it is the measured flow times theta, which
7  is a correcting factor, divided by a value referred to as
8  delta.
9  Q.   So is that a depiction of delta P over P compared to
10  corrected flow or versus corrected flow for the L1011?
11  A.   That's correct.
12  Q.   Is that curve a constant curve or a double value
13  curve?
14  A.   This is the kind of curve, this proportional curve
15  starting from the lower left-hand corner going to the right
16  that goes up in a proportional manner where, as the value of
17  delta P over P changes, what you actually measure when you
18  read over to the right and you strike that curve and look
19  down, you get a unique measurement of flow for every
20  measurement of delta P over P, you get a unique measurement
21  of flow as it increases or decreases.
22  Q.   And at the top, does that say Figure A-7?
23  A.   I believe so, yes.
24  Q.   Is there another page later in this document that is,
25  in fact, Figure A-7?

### Page 148

1  A.   The last page.
2  Q.   So if we flip to SUND6029. Maybe we can turn it
3  sideways.
4      Mr. Muller, first of all, if you can, look back,
5  because this is not a great copy, it is the best copy the
6  parties have, if you look back to the previous page, 6028 --
7  let's put that up -- do you see in the upper right quadrant
8  the reference to Figure A-6 there?
9  A.   Yes.
10  Q.   If you look back at the previous page before that, you
11  see the reference to Figure A-5 in the same place?
12  A.   Yes.
13  Q.   If you go to 6029, we flip it around, in the upper
14  right-hand, if we can highlight the upper right-hand
15  quadrant, blow it up, first of all, is it your understanding
16  that the writing on the lower portion of the blowup says
17  Figure A-7, it is just not a great copy of it?
18  A.   That's right.
19  Q.   What is the title of Figure A-7?
20  A.   It appears to be delta P over P versus corrected flow
21  for diffuser of load compressor.
22  Q.   Now, if we expand out to the whole document.
23      What is the curve there? Does that relate to
24  the curve we saw sort of in miniature in the earlier
25  diagram?

149

1  A.    What this is is obviously a proper curve, an actual
2  curve citing measurement, where on the Y axis it is showing
3  the difference between, the difference between two
4  pressures, two separate pressures divided by one of them to
5  provide this range of values that goes from zero to .4 on
6  the Y axis, and on the X axis, it shows this value of W,
7  which is in nomenclature in this field, is associated with
8  flow, times a value which is called the square root of that,
9  which is just to the right of that W value.
10           The term that it is a means of correcting the
11  measured flow for the actual temperature compared to a
12  standard temperature, dividing by a value delta. And that
13  delta compares the measurement, or corrects the measurement
14  from the altitude at which it is actually measured to some
15  standard altitude.
16           By that, you end up with a corrected flow.
17  Q.    Would a simpler way to say that, this is delta P
18  compared to corrected flow for the L1011?
19  A.    But I am an engineer. So I have to describe what it
20  is.
21  Q.    Thank you, Mr. Muller.
22           Let's put that slide down.
23           In addition to this question of the nature of
24  the flow curve, did you find in your review other
25  differences or similarities between the L1011 surge control

150

1  system and the APS 3200 surge control system?
2  A.    I found other differences.
3  Q.    If we can turn to Slide No. 12, please. Now, is this
4  the slide you put together summarizing your findings in that
5  regard?
6           MR. LEVINE: Your Honor, I object as leading.
7  He is putting up a slide and going through the --
8           THE COURT: It is leading.
9           MR. LEVINE: If it works both ways...
10          THE COURT: All right.
11          MR. PUTNAM: I am trying to move forward. The
12  predicate is he put the slide together.
13          MR. LIND: It is okay to be leading as long as
14  you work it out in advance.
15          THE COURT: Yes.
16  BY MR. PUTNAM:
17  Q.    The first bullet refers to a shock switch. Is that
18  correct?
19  A.    That's correct.
20  Q.    What is your understanding of the shock switch in the
21  L1011?
22  A.    Well, if you keep that thought in mind, a switch as it
23  indicates in the normal term means something that is on or
24  off. It's not a control, it's not the control, it doesn't
25  vary anything. It is a switch. It turns it on and off.

151

1           The shock portion there is based on a
2  possibility that the standard had, the concern they had that
3  in the event that there were to be a shock, that they did
4  not want a shock or supersonic flow to pass through the
5  system.
6           So if it sensed any indication that there was
7  even a suggestion that a supersonic flow could occur at all,
8  it immediately disabled the surge control. And did that
9  very simply by simply removing all the air that could
10  control the valve. It just dumped it all out to the
11  atmosphere.
12          So the switch just basically opened up, suddenly
13  opened up and dumped out all the air for the surge control
14  valve.
15  Q.    Is that comparable or not to the way the APS 3200
16  surge control system operates?
17  A.    No. The APS 3200, the value of the DELPQP, the actual
18  measurement that was made was continually generating --
19  finally responding to some supersonic flow condition. And
20  that flow change was going back and forth, was going and
21  operating continuously and still does, apparently. In the
22  case of the L1011 they wanted to prevent that possibility
23  from even occurring.
24  Q.    The second bullet on the chart is pneumatic electronic
25  control.

152

1           What does that mean?
2  A.    The pneumatic control system is an older system. It
3  is based, basically, on the use of valves and levers which
4  are moved by variations in pressure alone. There is no
5  electrical component at all. It is purely the movement of
6  levers and pistons as a result of variations in pressure.
7  Whereas the electronic control is what is used on the 3200.
8  Q.    The pneumatic control is used on the L1011?
9  A.    The pneumatic control is used on the L1011, yes.
10 Q.    What do you mean by that the third bullet, DELPQP
11 response does not occur --
12 A.    The response of the DELPQP response, the one I
13 mentioned earlier, where it halfway through the flow peaks
14 up and back down, as the flow continues to increase, it is
15 referred to the inverted-V response, that sort of response
16 is nowhere evident on this APU.
17 Q.    Now, the L1011, I think Mr. Levine said in his opening
18 that it measures static pressure, he said four places, four
19 ports in the diffuser. Is that the same place that the APS
20 3200 measures static pressure?
21 A.    No.
22 Q.    What is the diffuser?
23 A.    Well, it is two different diffusers. First of all,
24 the diffuser, on this diffuser using the L1011 referred to
25 as a conical diffuser, which is basically something shaped

Page 153

1 like a megaphone, a small end going to a large end, there
2 are a series of measurements along the sides of those walls
3 which are used for static pressure measurements.
4 Q. Are all of the static pressure measurements in the
5 L1011 in the diffuser?
6 A. They are all in the diffuser.
7 Q. How about in the 3200?
8 A. In the 3200, there are two measurements made. One, as
9 I have indicated earlier, is in the diffuser. The other is
10 outside of the diffuser in the discharge of the compressor.
11 Q. And so in the L1011, when you do a comparison between
12 the two pressures, where are those two pressures being
13 measured?
14 A. In the L1011, all the pressures are being measured
15 within the diffuser itself.
16 Q. How about in the APS 3200?
17 A. There is only one pressure measurement made in the
18 diffuser. The other is in the outlet of the machine.
19 Q. Let me turn to this last bullet then, which is the
20 inlet guide vane position.
21     Does the L1011 measure the inlet guide vane
22 position as part of its surge control system?
23 A. No.
24 Q. Does the L1011 measure the inlet guide vane position
25 as part of its shock switch option?

Page 154

1 A. No.
2 Q. Now, let me ask you if you saw from your review of the
3 record materials whether Sundstrand made any changes to the
4 L1011 surge control system over time?
5 A. Yes, they did.
6 Q. What was that?
7 A. In 1980, they abandoned this measurement that we have
8 just discussed, this measurement of measuring static
9 pressures in the conical -- in the wall of the conical
10 diffuser for the purpose of surge control. They abandoned
11 that system and went to a conventional reflow, flow
12 measurement device.
13 Q. Were there actual L1011 APUs produced with the
14 modified surge control system?
15 A. Yes.
16 Q. And did those relate to a particular line or brand of
17 the L1011?
18 A. Yes. It was a modification made to the L1011 -- the
19 APU was modified to address a basic upgrade in engines used
20 on the L1011.
21 Q. How does that relate to this issue of how the surge
22 control works?
23 A. Well, it relates to the fact, as I indicated earlier,
24 when the question came up, why would you have wanted --
25 would an engineer who was aware of the art at the time, if

Page 155

1 they were looking ahead to what kind of flow measurement
2 device would they want, or would they consider, what would
3 they consider. Well, if they looked at the prior art, there
4 was no other prior art. And what prior art there might have
5 been, if one were to look at the L1011, where a method of
6 measuring in the -- of measuring flow based solely on static
7 pressure measurements in the wall, if they had considered
8 that, they would have seen, since that in 1980 that method
9 had been abandoned, and they had resorted to the use of a
10 venturi device, which you can buy off the shelf.
11     So if I were the engineer at that time, I don't
12 think I would have looked at an abandoned system that didn't
13 work well. And I would have gone to the same place that
14 they bought the venturi flow meter and used that one.
15     MR. PUTNAM: Thank you, Your Honor, that is all
16 I have at this time.
17     MR. KIRK: Your Honor, in another case which I
18 am involved, Judge Poppiti was appointed special master last
19 week. Late yesterday he scheduled a teleconference at 3:00
20 today that I would be expected to at attend. May I ask for
21 Hamilton Sundstrand to be relieved temporarily of its local
22 counsel obligation at 3?
23     THE COURT: All right.
24     MR. KIRK: Thank you, Your Honor.
25     MR. LEVINE: We will behave ourselves.

Page 156

1     THE COURT: He will keep you in line.
2              CROSS-EXAMINATION
3 BY MR. LEVINE:
4 Q. Good afternoon, Mr. Muller.
5 A. Good afternoon, Mr. Levine.
6 Q. I want to talk a little bit about your expertise in
7 diffusers and compressors. I want to talk about it compared
8 to Dr. Japikse, Dr. David Japikse. You know Dr. Japikse is
9 the technical expert for Hamilton Sundstrand in this
10 proceeding. Correct?
11 A. That's the way he has been introduced, yes.
12 Q. And you believe that you have a better understanding
13 than Dr. Japikse of what a diffuser's function truly is.
14 Correct?
15 A. I believe I understand what the function of a diffuser
16 is, yes.
17 Q. And you believe you have a better understanding than
18 Dr. Japikse of what a diffuser's function really is. Right?
19 A. My understanding of the diffuser is I think a clear
20 understanding of what a diffuser is. I don't clearly
21 understanding what your question is.
22 Q. I understand that. But you think your understanding
23 of what a diffuser is better than Dr. Japikse's
24 understanding. Correct?
25 A. My understanding of diffusers is based on the

## 241

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF DELAWARE
 3                         - - -
 4   HONEYWELL INTERNATIONAL INC.    :  Civil Action
     and HONEYWELL INTELLECTUAL      :
 5   PROPERTIES INC.,                :
                                     :
 6             Plaintiffs,           :
                                     :
 7        v.                         :
                                     :
 8   HAMILTON SUNDSTRAND             :
     CORPORATION,                    :
 9                                   :
               Defendant.            :  No. 03-1153-GMS
10
11                          Wilmington, Delaware
12                          Friday, March 24, 2006
                            8:15 a.m.
13
                            - - -
14
     BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J., and a Jury
15
     APPEARANCES:
16
        THOMAS C. GRIMM, ESQ.
17      Morris, Nichols, Arsht & Tunnell
             -and-
18      ROBERT KRUPKA, ESQ.,
        JONATHAN F. PUTNAM, ESQ., and
19      LEE ANN STEVENSON, ESQ.
        Kirkland & Ellis
20      (New York, New York)
21                    Counsel for Plaintiffs
22                          - - -
23              SECOND DAY OF TRIAL
24
25
```

## 242

```
 1  APPEARANCES CONTINUED:
 2     RICHARD D. KIRK, ESQ.
       The Bayard Firm
 3          -and-
       MARK L. LEVINE, ESQ.,
 4     CHRIS J. LIND, ESQ., and
       BRIAN SWANSON, ESQ.
 5     Bartlit Beck Herman Palenchar & Scott LLP
       (Chicago, Illinois)
 6          -and-
       DAVID HERRINGTON, ESQ.
 7     Cleary Gottlieb
 8                Counsel for Defendant
 9
10
11
12
13         THE COURT: Good morning.
14             Please be seated.
15             (Counsel respond "Good morning.")
16         THE COURT: Mr. Levine, you may resume your
17  examination of the Doctor. Is he here?
18         MR. LEVINE: While he is getting set up, I have
19  a set of remaining demonstratives that he may be referring
20  to during his testimony. I hand them to the Court. I also
21  have for convenience a set of binders of documents we may be
22  referring to. I hand that to the witness, the Court and the
23  other side.
24             (... DAVID JAPIKSE, having been previously
25  sworn as a witness, was examined and testified further
```

## 243

```
 1  as follows ...)
 2                DIRECT EXAMINATION CONTINUED
 3  BY MR. LEVINE:
 4  Q.   Good morning.
 5  A.   Good morning.
 6  Q.   Where we were yesterday before we broke, we had just
 7  been through the different parts of the load compressor and
 8  we had just talked about the different kinds of pressure.
 9  With that background, I want to now turn to some specific
10  issues relating to the use of IGV position and the effect on
11  flow.
12       I have up near you a board marked as HSC
13  Demonstrative Exhibit 3. It lays out Sundstrand's position
14  on what the equivalent is.
15       What happened in the trial is a legal issue,
16  that is not something for this witness.
17       I want to point you to this language here where
18  it says this Court, where it says the flow-related parameter
19  used by the APS 3200 DELPQP was a direct function of inlet
20  guide vane position.
21       In your opinion, was having a flow-related
22  parameter that was a direct function of IGV position
23  foreseeable in 1982 to a person of ordinary skill in the
24  art?
25  A.   Yes.
```

## 244

```
 1         MR. KRUPKA: Objection, Your Honor. This is not
 2  the equivalent that the witness testified to or put in his
 3  report.
 4         THE COURT: Okay. Can we clear this up, Mr.
 5  Levine?
 6         MR. LEVINE: Your Honor, let me get a copy of
 7  the report.
 8         MR. PUTNAM: I have copies of the report if the
 9  Court wants them.
10         THE COURT: If you have an agreement, the Court
11  may not need it. At some point the Court is going to get
12  it.
13         MR. LEVINE: Pages 8 to 10 and 13 to 17.
14         MR. PUTNAM: I am handing the Court binders with
15  his two reports and a deposition as well, for what it's
16  worth.
17         THE COURT: Mr. Levine, so you are paying
18  attention, I have been handed your witness reports by your
19  opponents.
20         MR. LEVINE: Okay. If you look at Page 9 of his
21  report? This is the report of 1/27/06?
22         THE COURT: Okay.
23         MR. LEVINE: It is called expert report of David
24  Japikse.
25         THE COURT: Okay.
```

## Page 257

1 parameters and the surge set point were a function of inlet
2 guide vane position. Correct?
3     That's -- I believe that's correct.
4     What conclusions did you draw from this
5 testimony, if any?
6 A.  Well, I found it was consistent and didn't change my
7 views. It was consistent with what I found in the art.
8 Q.  Yesterday, Mr. Muller testified on Pages 668 through
9 669 of the transcript as follows. Actually, I am sorry, I
10 have it wrong.
11     I am going to take you to trial testimony from the
12 trial. This is just as reference. Pages 668 to Page 669 of
13 the trial.
14     At trial, Mr. Muller answered a question talking
15 about -- this is the trial in 2001. Mr. Muller answered a
16 question, The function in the APS 3200, and he is talking
17 about the surge control system and how it uses IGV position,
18 and he says it tells when it is operating in high flow and
19 when it is operating in low flow.
20     Can IGV position tell you whether you are
21 operating in high flow or low flow or being input into that?
22 A.  Yes.
23 Q.  Was it known or foreseeable to a person of ordinary
24 skill in the art in 1982 to use IGV position to determine
25 whether the flow was high or low?

## Page 258

1 A.  Yes.
2 Q.  I want to now move to the second part of what we
3 talked about before, we read -- I asked you about the use of
4 inlet guide vane position into a surge control system by
5 utilizing a flow-related parameter that is a direct function
6 of inlet guide vane position.
7     I now want to talk about that in a little
8 broader sense, just more generally incorporating the
9 position of inlet guide vanes into the surge control system.
10 Is that something that was known in 1982?
11 A.  Yes.
12 Q.  In your opinion, was incorporating the position of
13 IGVs surge control system to efficiently control surge
14 foreseeable to a person of ordinary skill in the art in
15 1982?
16 A.  Yes.
17 Q.  I am going to put up the Glennon reference again,
18 which is Defendant's Exhibit 327. If we turn to Figure 3 of
19 that document, there is a portion of that -- first of all,
20 what is this schematic, generally?
21 A.  It is a general control schematic.
22 Q.  There is a reference to inlet guide vane or speed
23 information. Do you see that?
24 A.  That's correct.
25 Q.  Now I am going to turn to Figure 5 -- I am sorry,

## Page 259

1 Column 5 of Exhibit 327, at Lines 33 to 37. It says as
2 follows: A variable speed or a variable geometry compressor
3 may be employed in lieu of fixed speed fixed geometry
4 compressor discussed above. In such a situation, the
5 calculated surge line must be shifted as required for a
6 given inlet guide vane position or a selected speed. This
7 may be most easily accomplished by adding a signal
8 representative of the shift to summer 36 by an inlet guide
9 vane or speed information circuit 74.
10     What is this referring to when it talks about
11 adding a signal representative of this shift by an inlet
12 guide vane?
13 A.  It's saying that you would use an inlet guide vane
14 input in a surge control system.
15 Q.  I now want to turn toward how Honeywell has described
16 the equivalent. I want to focus first on, in a general
17 sense, delta P over P.
18     MR. LEVINE: Mr. Lind, you can sit down for now.
19 BY MR. LEVINE:
20 Q.  Are you familiar with DELPQP?
21 A.  Yes.
22 Q.  What is DELPQP?
23 A.  It is DELP divided by P.
24 Q.  Is it a label in anything?
25 A.  Yes, it is an acronym.

## Page 260

1 Q.  Was the use of delta P over P known in 1982?
2 A.  Yes, it was.
3 Q.  What is the purpose of having the P in the denominator
4 of delta P over P?
5 A.  Well, the important part is the delta P. If you want
6 to scale it, you would divide by something. So you can use
7 a variety of things in the denominator to scale that to a
8 functional level you might want.
9 Q.  What do you mean by scaling?
10 A.  Reduce it, say, to zero to one, or some other
11 convenient range of numbers.
12 Q.  Why would someone want to do that?
13 A.  Well, if you wanted to have a signal of just a certain
14 level, say 0 to 1, then you would divide it down. And also,
15 if you want to operate over a wide range of conditions with
16 a large variation, and you can put it on a simpler scale.
17 Q.  Do you see scaling often in aviation applications?
18 A.  Yes, we do.
19 Q.  What?
20 A.  We always use reference conditions. We always refer
21 things to a particular pressure and a particular
22 temperature.
23 Q.  Was the measurement of static pressure in the diffuser
24 known to persons of ordinary skill in the art in 1982?
25 A.  Yes.

289

1  Q.  If you look at Column 1, Lines 40 to 44, there is a
2  reference to differential existing between pressures acting
3  on the opposing sides thereof and derived from upstream and
4  downstream points of the discharge channel of the
5  compressor.
6       What is this reference to the differential
7  existing between pressures?
8  A.  That's referring to the inlet of a diffuser and
9  downstream in the volute.
10 Q.  I want to turn to the figure of this patent. It is an
11 early patent, it is only one figure. Can you explain -- I
12 am putting up something in blue here. What is shown here?
13 A.  That is the diffuser for the Figure 1 variation.
14 Q.  And what is shown in the red circle?
15 A.  That is the blue, just to be complete, under that blue
16 is an impeller. An impeller, a diffuser and a volute.
17 Q.  You said the volute or scroll?
18 A.  Yes.
19 Q.  What is shown in the green highlights?
20 A.  Those are the two pressure taps. They are both wall
21 flush mounted pressure taps.
22 Q.  Where are the pressure taps located in the Loss patent
23 figure?
24 A.  The one is just -- the first one, the first green --
25 the lower one on the page there is at the diffuser inlet.

290

1  And the second green is at the scroll or volute discharge.
2  Q.  Now, I will put up a copy of it. What I just put up
3  with the different colors on the figure of Loss, we are
4  going to mark as HSC Demonstrative Exhibit No. 15.
5       If you are measuring static pressure at the
6  diffuser throat, does it affect whether you get the
7  inverted-V curve whether the second measurement is at the
8  exit pressure of the scroll as opposed to the exit of the
9  diffuser?
10 A.  No, it does not.
11 Q.  Why not?
12 A.  Because you just have to have the two pressure taps on
13 the two sides of the shock, one upstream of the shock and
14 one downstream. And you will have it either way.
15 Q.  Now I want to turn to the L1011. Are you familiar
16 with the L1011 APU?
17 A.  Yes.
18 Q.  Who made it?
19 A.  That was made by Hamilton Standard.
20 Q.  Did you familiarize yourself with the L1011 APU?
21 A.  Yes, I did.
22 Q.  I am putting up HSC Demonstrative Exhibit No. 338.
23 Can you explain what this shows?
24 A.  Yes. This is an exploded view again of the principal
25 components of the L1011 APU, showing particularly the

291

1  diffuser, half of the diffuser there in that exploded view.
2  Q.  Does this show -- can you just go from right to left
3  and show what parts of the APU load compressor in the L1011
4  compressor are shown in HSC demonstrative 338?
5  A.  On the right-hand side we have the inlet guide vane
6  and they are shown in a nearly closed or mostly closed
7  position. Just to the left of that, the round disk with the
8  various little plate-like like things on it, that is the
9  impeller with its various blades.
10      Just to the left is the piece that we now
11 recognize in the room here, which is one-half of the
12 diffuser. Those two halves mate together. So what you see
13 on that surface mates up exactly with the other side at the
14 interface. And then behind that you have the scroll.
15 Q.  Are there measurements of static pressure in the L1011
16 APU?
17 A.  Yes, there are.
18 Q.  Where are those measurements?
19 A.  There are four in a diffuser passage.
20 Q.  Are those the four holes that are shown in Defendant's
21 Exhibit -- the portion of Defendant's Exhibit 399 that's the
22 part of the diffuser?
23 A.  I can't see them from here.
24 Q.  These four little holes here?
25 A.  Yes. Those are the pressure taps.

292

1       THE COURT:  Can you point them out again?
2       MR. LEVINE:  Here, here, here and here
3  (indicating).
4  BY MR. LEVINE:
5  Q.  Did the L1011 APU surge control system look at a delta
6  P over P?
7  A.  Did the surge control system look at a delta P --
8  Q.  Let me ask it differently. Was there a delta P over P
9  in the L1011 APU?
10 A.  Yes, it senses a delta P over P.
11 Q.  Was the L1011 APU diffuser subject to the inlet guide
12 vanes?
13 A.  Yes.
14 Q.  I am going to put up Exhibit 105, the Master Key
15 document, in particular 2-12, SUND 4999, it is the third
16 full paragraph, it talks, if the flow becomes supersonic,
17 the ventura chamber acts as a divergent duct and there is a
18 progressive pressure low from PSO to PT.
19      What is that referring to?
20 A.  It is referring to the supersonic flow.
21 Q.  What happens to the static pressure in the L1011 APU
22 diffuser when there is supersonic flow?
23 A.  Well, you have to trace through that. But you are
24 going to get a diminishing of the pressure at the exit, so
25 you end up with the two points on an inverted-V curve.

293

01:53:41  1   Q.   Well, is there a difference between what happens in
01:53:44  2   the L1011 diffuser when the flow is subsonic compared to
01:53:49  3   supersonic?
          4   A.   It is a different flow state.
01:53:51  5   Q.   When there is subsonic flow, does the pressure go up
01:53:54  6   or down?
01:53:54  7   A.   The subsonic flow, the pressure is going up, and the
01:53:58  8   supersonic flow, it is reduced.
01:54:00  9   Q.   I am going to put up now Defendant's Exhibit 108,
01:54:07 10   which is an October 28th, 1975 memo from Mr. Emmons. If you
01:54:13 11   look at Page 5 of the document, SUND 677, there is a
01:54:20 12   reference at the very top, the undesirable tendency of both
01:54:23 13   the signal curve and the delta P curve to peak and then drop
01:54:27 14   off thus potentially giving an ambiguous signal.
01:54:30 15        What do you understand that to refer to?
01:54:32 16   A.   That is an inverted-V curve behavior.
01:54:35 17   Q.   I am now going to put up Defendant's Exhibit 104,
01:54:41 18   which is a memorandum from Mr. Spadafora dated May 30th,
01:54:48 19   1975. If we look at the last page of this document, SUND
01:54:54 20   294, can you tell me what is shown there?
01:54:57 21   A.   Yes. Those are measurements for the flow
11:55:06 22   characteristic for the L1011, and we are seeing the
11:55:09 23   inverted-V curve here for this machine. We have a delta P
11:55:16 24   over P on the left, and a corrected compressor flow on the
         25   bottom.

294

11:55:22  1             MR. LEVINE:  Mr. Lind...
11:55:25  2             MR. LIND:  Your Honor, duty calls again.
11:55:27  3             THE COURT:  All right, Mr. Lind.
1:55:28   4   BY MR. LEVINE:
1:55:29   5   Q.   How is it that Hamilton Sundstrand addressed this
1:55:33   6   inverted-V or double solution issue?
1:55:36   7   A.   They created a device called a shock switch.
1:55:39   8   Q.   What did the shock switch do?
1:55:41   9   A.   It detected supersonic flow.
1:55:44  10   Q.   Now, Mr. Muller made a few different points about the
1:55:49  11   L1011 during his testimony. First, he said, and this is in
1:55:55  12   one of the demonstratives put up by Honeywell, that the
1:55:57  13   shock switch was designed to disable a surge control system
1:56:01  14   before reaching supersonic flow.
:56:04   15        Does the L1011 APU shock switch have any effect
:56:07   16   on the surge control system before it reaches supersonic
:56:10   17   flow?
:56:11   18   A.   No, not at all. You have to have supersonic flow.
:56:14   19   Q.   Even in supersonic flow, does the L1011 APU shock
         20   switch stop the APU from experiencing this flow?
         21   A.   No.
:56:25   22   Q.   What is it that it does?
:56:28   23   A.   It just tells it to ignore that part of the system,
:56:32   24   and keep the valve in position to deliver all the flow to
:56:37   25   the system, the aircraft or whatever load they have.

295

01:56:40  1   Q.   So is it saying to ignore what is on the right-hand
01:56:43  2   side of the curve?
01:56:44  3   A.   Yes, ignore that input.
01:56:48  4   Q.   Is that any different than what is done in the 3200 in
01:56:51  5   terms of ignoring what is on the right-hand side of the
01:56:54  6   curve?
01:56:56  7   A.   No. Same process.
01:56:57  8   Q.   Mr. Muller also said yesterday the control was
01:57:00  9   pneumatic and not electronic. Is that correct, is that
01:57:04 10   correct, that he said that?
01:57:05 11   A.   Yes, that is basically right.
01:57:05 12   Q.   Is the surge control in the L1011 pneumatic?
01:57:09 13   A.   Yes.
01:57:09 14   Q.   Is that relevant to your opinion on the issues in this
01:57:12 15   case?
01:57:12 16   A.   No. I am looking at the functionality. That is not
01:57:15 17   relevant.
01:57:17 18   Q.   Now, Mr. Muller next argued that the DELPQP response
01:57:21 19   does not occur in the L1011. Can the L1011 experience a
01:57:25 20   double solution curve?
01:57:26 21   A.   Oh, yes.
01:57:27 22   Q.   And how do you know that?
01:57:28 23   A.   Well, because there is various pieces of evidence of
01:57:34 24   supersonic flow and there is nothing to keep it from going
01:57:36 25   over there.

296

01:57:37  1   Q.   Does Figure 9 of Defendant's Exhibit No. 104 show what
01:57:44  2   evidence you looked at is?
01:57:47  3   A.   Yes. They have taken the data from one of the
01:57:49  4   devices, I think, that we have on the right-hand side.
01:57:52  5   Q.   I am now going to skip a couple slides, and go to HSC
01:57:58  6   Demonstrative Exhibit No. 237. Just to set this up, on the
01:58:07  7   left-hand side we have Figure 9 from Defendant's Exhibit
01:58:10  8   104, which we just looked at, double solution/inverted-V
01:58:14  9   curve. On the right-hand side we have Figure 1 from
01:58:17 10   Glennon, which is Defendant's Exhibit 327.
01:58:20 11        And then, the next thing that is shown on HSC
01:58:26 12   Demonstrative Exhibit No. 238 is -- tell me what is shown
01:58:31 13   there.
01:58:31 14   A.   It's the same information. We have the inverted-V
01:58:35 15   curve for the basically L1011, but it is generic here on the
01:58:40 16   left. And we have the compressor map with various different
01:58:44 17   IGV positions on the right.
01:58:46 18   Q.   Let's start with the compressor map on the right.
01:58:49 19   Does the compressor map show the effect of IGV position on
01:58:53 20   flow?
01:58:54 21   A.   Yes, different lines or different flow levels.
01:58:57 22   Q.   Is there any indication from the IGV position whether
01:59:00 23   the flow is low or high?
01:59:02 24   A.   Yes. We understood from the previous data cases that
01:59:08 25   the high IGV angle settings are on the left, and that's

297

1 highly closed. So we get the low flows. And when you use
2 the low angle settings, where it is quite open, that's on
3 the right-hand side where we get the high flow rates.
4 Q.    And now there is some icons that have been added to
5 HSC Demonstrative Exhibit No. 238. What do those show?
6 A.    It is just a depiction of what I was trying to say.
7 You have got a wide open IGV on the upper right-hand corner.
8 You have got a pretty closed, the little Venetian blind
9 things there are laid over in the lower corner. So it's
10 mostly closed, just partially open.
11 Q.   Then there i some dashed lines that are drawn. What
12 do those show?
13 A.   Well, the horizontal one is a, just a constant, equal
14 pressure line. Just call it an equal pressure line or equal
15 pressure ratio for the compressor. And you are looking at
16 two possibilities, a high flow and a low flow. And the high
17 flow is obviously on the right. It corresponds to an open
18 guide vane setting. On the left, obviously, it corresponds
19 to a much more closed guide vane setting.
20 Q.   And if you now look on the left-hand curve, that is
21 labeled double solution curve on Demonstrative Exhibit No.
22 238, in 1982, what information would a person of ordinary
23 skill in the art be looking for in order to determine
24 whether you are on the left-hand side of the curve or the
25 right-hand side of the curve?

298

1 A.    An indicator of high flow or low flow.
2 Q.    How is it that a person of ordinary skill in the art
3 in 1982 would go about determining whether you are in high
4 flow or low flow?
5 A.    Well, the most apparent one would be to use inlet
6 guide vane settings.
7 Q.    How is it that inlet guide vane settings or position
8 could help in determining whether the flow is low or high?
9 A.    Well, clearly, if you have a guide vane setting and
10 you check it and see that it's set open, you should be on
11 the right-hand side. If you check and you see it is quite
12 closed, you would know you would have to be on the left-hand
13 side. Especially dealing with the low levels that we are
14 showing right here.
15 Q.    Is that something you know from the compressor map on
16 the right?
17 A.    Yes.
18 Q.    And now again, IGV icons are shown on the left graph
19 now of HSC Demonstrative Exhibit No. 238. What does that
20 show?
21 A.    Well, we are showing your icons, open guide vanes on
22 the right and closed down on the left.
23 Q.    And some dashed lines are drawn again. What do those
24 show?
25 A.    It just repeats what I said: that you would make a

299

1 distinction, if you wanted to know if you are on the right,
2 you would check the guide vane that is open, you know you
3 are on the right. If you checked it, you found out it is
4 quite closed, you would expect to be and you would be on the
5 left.
6 Q.    Now, I am going to turn to some testimony yesterday
7 from Mr. Muller, on Page 135, Lines 10 through 19. He said
8 on the 3200 that when they were faced with this unexpected
9 response, what they had to do was to find a way of
10 discriminating between the low region and the high region,
11 or the high flow region and the low flow region of the
12 response.
13       Was IGV position a way of discriminating between
14 the low flow region and the high flow region of the double
15 solution curve in 1982?
16 A.    Yes.
17 Q.    In your opinion, would it have been foreseeable to a
18 person of ordinary skill in the art in 1982 to use IGV
19 position to address a double solution issue?
20 A.    Yes.
21 Q.    Are there other ways that could be used to address the
22 double solution issue?
23 A.    Yes.
24 Q.    Can you give any examples?
25 A.    Yes. If you made any kind of a gauge to check for

300

1 supersonic flow directly, that would indicate, such as the
2 pressure taps in the L1011, that would be an option. You
3 could use other gauges to answer that, too.
4 Q.    One last thing, and then we will be done. This will
5 take five minutes or less. Are you familiar with the
6 Honeywell 331-350 APU?
7 A.    Yes.
8 Q.    And was that developed in the late 1980s?
9 A.    Yes.
10 Q.   Does the Honeywell 331-350 measure static pressure in
11 the diffuser throat?
12 A.   Yes.
13 Q.   And if we look at Exhibit, Demonstrative Exhibit 210,
14 which is a Honeywell document from May 4th, 1989, it is a
15 reference to the selection of static pressure pick-up for
16 surge control. And then, if we look at the third page of
17 the document, there is some, there are two curves that are
18 shown. Are these two curves that are shown for the 331-350
19 inverted-V or double solution curves?
20 A.   Yes, they are.
21 Q.   How is it that Honeywell addressed the double solution
22 issue in the 331-350 in the late 1980s?
23 A.   With guide vane position.
24 Q.   Did you look at what Mr. Clark from Honeywell said
25 about how they addressed the use, how they addressed the

1  whether or not the APS 3200 is the equivalent, an issue this
2  expert didn't look at at all, is completely irrelevant in
3  this proceeding. That is an assumed point for the purposes
4  of this proceeding.
5            THE COURT: Mr. Krupka, where are you going?
6            MR. KRUPKA: Your Honor, I am just trying to
7  determine what opinions he has with respect to the subject
8  matter. It is cross-examination. I want to find out
9  whether that is pertinent to his opinion.
10           THE COURT: It is cross-examination. But there
11 are boundaries, I am trying to be reasonably liberal in the
12 application of the rules, given the setting. But there do
13 need to be some parameters. So what is the purpose of this
14 particular line of inquiry?
15           MR. KRUPKA: To determine, Your Honor, what his
16 opinion is with respect to this as to whether or not this
17 has any impact on the opinions he rendered with respect to
18 foreseeability. If he is of the opinion -- depending on
19 what the opinion is on this subject, that could have an
20 impact on his credibility and the bases for the opinion with
21 respect to --
22           THE COURT: I am going to let you explore this a
23 bit. But let's not get too far afield.
24           MR. KRUPKA: We are not going to go very far,
25 Your Honor.

306

1            THE COURT: All right.
2  BY MR. KRUPKA:
3  Q.   Mr. Japikse -- excuse me, Dr., let me hand you --
4            MR. KRUPKA: May I approach, Your Honor?
5            THE COURT: Yes.
6  BY MR. KRUPKA:
7  Q.   Let me hand you Joint Trial Exhibits 30 and 32, which
8  are the two patents in suit.
9       Looking first at JTX-30, which I think is the
10 '893 patent, if you look at Claim 19, my question is --
11 A.   Wait a minute. Claim 19?
12 Q.   Yes. The question is, is the APS 3200 an equivalent
13 of what is literally stated in Claim 19?
14           MR. LEVINE: Your Honor, objection. Renewing my
15 objection. May I have a standing objection to this line of
16 questioning, please?
17           THE COURT: Yes. We are going to see where it
18 goes.
19           MR. LEVINE: I just don't want to have to stand
20 up and repeat it.
21           THE COURT: That's right.
22           THE WITNESS: I am not trained in discussions of
23 literal and equivalent. I have not worked on matters what
24 is literal, what is equivalent. I have been looking at
25 technological issues. I can't make a distinction that you

307

1  are making there.
2  Q.   Is it fair then to say you just don't know?
3  A.   I can't make that kind of distinction.
4  Q.   And is it then fair to say that it wasn't in your
5  opinion pertinent to any of your opinions or testimony in
6  this case?
7  A.   Repeat, please?
8  Q.   Is it therefore correct that you didn't believe it was
9  either pertinent or relevant to any of the opinions or
10 testimony that you are giving in this case?
11 A.   It meaning, referring to this claim?
12 Q.   No. Referring to the question of whether the APS 3200
13 is or is not equivalent to either Claim 19 or Claim 8 or
14 Claim 4?
15 A.   I think you said literally equivalent before. I did
16 not look at that -- I did not form an opinion.
17 Q.   Well, I didn't say literally equivalent. Just so we
18 get this clear. I asked you whether the APS 3200 was
19 equivalent to the literal terms of Claim 19.
20 A.   I did not make a detailed review of that structure
21 language.
22 Q.   Okay. But is it then correct to say that in your
23 opinion, you didn't think that determination was relevant to
24 either your opinions or your testimony in this case?
25 A.   I did not form an opinion on that question or subject.

308

1  Q.   And you didn't think that it was necessary to do so in
2  order to render the opinions you were asked to give and give
3  the testimony that you have been asked to give in this case?
4  A.   I didn't think about it at all. I can't answer one
5  way or the other.
6  Q.   Now, looking at Claim 19 again as a representative
7  example of the three claims we have in suit here, did you
8  form an opinion as to whether or not the subject matter of
9  Claim 19 was or was not obvious to somebody of ordinary
10 skill in the art?
11 A.   Various parts of these technical questions I looked
12 at, issue by issue on a technological basis in forming
13 opinions as to whether those technologies were foreseeable
14 by people.
15 Q.   Now, you have given various testimony in this case
16 today and yesterday. And you rendered several opinions in
17 your expert reports that used the word foreseeable.
18 Correct?
19 A.   That's right.
20 Q.   What do you understand the word foreseeable to mean?
21 A.   Whether a person would be able -- whether a person
22 skilled in the art would be able to foresee that, reasonably
23 foresee that at a time stated.
24 Q.   Well, what do you mean by reasonably foresee?
25 A.   A person skilled in the art would take that approach

309

1  to do the job, to do the work.
2  Q.  Is your understanding of foreseeability that it would
3  be readily apparent to the person of ordinary skill in the
4  art to do it the way you say is foreseeable?
5  A.  I would say reasonably apparent to the person.
6  Q.  But not readily apparent?
7  A.  I think the words are very close together. I can't
8  make any particular distinction.
9  Q.  You think reasonably apparent and readily apparent are
10 the same?
11 A.  It seems to me linguistically, that seems to me to be
12 close to each other.
13 Q.  Now, let's talk about what you did to prepare for your
14 testimony and to render your opinions. You had eight or
15 nine of your colleagues at your company working with you to
16 help prepare all this. Right?
17 A.  To work on technical documents and technical
18 references for me, to procure them.
19 Q.  And after you were hired, you and all these eight or
20 nine people that were working with you went around and
21 looked for all sorts of technical materials to support your
22 opinion. Correct?
23 A.  Well, went around is not an appropriate expression.
24 We did a systematic search, starting with materials that I
25 have used in lectures and so forth over the years and just

310

1  branched out from there.
2  Q.  Indeed, you listed some 80 references in Exhibit B to
3  your report.
4  A.  Yes, I believe that's approximately the kind of
5  number.
6  Q.  And all of those were cited some place as support for
7  your opinions. Correct?
8  A.  I would have to check whether all of those, but
9  substantially. Most of those references you can find in my
10 book. Many of the references you can find in the book and
11 other sources.
12 Q.  Well let me ask, because I didn't go through and check
13 it either. I assumed because of the way it was referred,
14 that all of the references listed in Exhibit B to your
15 report were references that you cited someplace in the body
16 of your report. Is that correct? Or don't you know?
17 A.  Yes, unless they are typographical errors.
18 Q.  Now, when you started your work for Hamilton
19 Sundstrand, is it correct that you knew what opinion they
20 wanted you to reach?
21 A.  No, it is not.
22 Q.  How did you know what it was that you were being asked
23 to determine was foreseeable or not?
24 A.  That evolved over a period of time. The first weeks
25 expanded over about three months, October and November into

311

1  December weren't focused on anything in particular. There
2  were general questions asked, how does this work, how does
3  that work. I was just providing general answers.
4        Then in December I started writing what I
5  thought about different questions that were out there. It
6  was very abstract at that point. At that point, I had not
7  been asked to be a witness. There was just general writing
8  on the subject. Look at it, was asked questions. It was
9  very general back-and-forth questions. How does this work,
10 how does that work, and I provided those answers.
11 Q.  For example, did anybody tell you what the subject
12 matter was that you were going to be asked to opine on?
13 A.  Eventually. But in the period of time that I have
14 just described, I was given various documents to read, and
15 more as the time went along. Initially, I was just talking
16 about Shapiro and what the fluid mechanics was and discussed
17 the general fluid mechanics and how the different things
18 function, how I saw them functioning.
19 Q.  By that time had you been exposed to the patents in
20 suit or any of the claims at issue?
21 A.  I cannot remember when I first saw the patents. It
22 would be later in the process. I don't think it's in the
23 early weeks or months that I actually had a copy or read it.
24 I think that evolved with time but I can't remember a
25 particular time.

312

1  Q.  Well, during this time period you were discussing
2  things with Hamilton Sundstrand's counsel. Correct?
3  A.  Yes.
4  Q.  Now, during this time period, were you asked to go
5  find evidence of this being used in the prior art or that
6  being used in the prior art?
7  A.  No. Not in any significant way early on. I was
8  taking references from my diffuser book or my compressor
9  book for early discussion. I just used off-the-shelf stuff
10 for a long time.
11 Q.  Doctor, pardon me. I am trying to understand how it
12 was, if you did focus on, for example, surge control
13 systems, inlet guide vanes, double solution curves, things
14 like that, was it just happenstance that you happened to
15 come upon those subjects, or did someone direct you to those
16 topics?
17        MR. LEVINE:  Objection, argumentative as far as
18 happenstance.
19        THE COURT:  Overruled.
20        THE WITNESS:  Could you repeat, please?
21 BY MR. KRUPKA:
22 Q.  Yes. My question is, how is it you came to focus on
23 surge control systems, inlet guide vanes, double solution
24 curves, delta P over P?
25 A.  Okay. Questions about guide vanes and what they do

313

```
02:34:41  1  were asked from the earliest discussions onward, they asked
02:34:44  2  about it. Questions about how surge works, system surge and
02:34:49  3  so forth, those were asked and discussed generally.
          4         The very first meeting occurred when they came
          5  out to talk and I was actually lecturing on stall and surge
02:34:59  6  in my compressor class. They sat and listened and just
02:35:02  7  asked more questions. How does this work? How does it go?
02:35:06  8  And they got most of the class under their belt and started
02:35:09  9  asking questions. So we talked back and forth about how it
02:35:12 10  worked, what guide vanes do and so forth.
02:35:15 11         Then it evolved bit by bit as the time went
02:35:19 12  longer as to what the technologies were.
02:35:21 13  Q.  Okay. Did there come a time when you were asked to
02:35:24 14  render an opinion as to whether or not the equivalent that
02:35:28 15  was found by the jury to be infringing in this case was or
02:35:32 16  was not foreseeable?
02:35:34 17  A.  Eventually I was asked whether various topics were
02:35:37 18  foreseeable.
02:35:38 19  Q.  And were you asked about those topics individually or
02:35:42 20  as a combination?
02:35:45 21  A.  Well, we certainly did them individually. There were
02:35:48 22  various combinations, yes.
02:35:51 23  Q.  And in connection with the combination, did you go and
02:35:56 24  try to find the individual pieces?
         25  A.  What do you mean, go and find the individual pieces.
```

314

```
02:36:01  1  Q.  Did you seek in prior art references examples of
02:36:07  2  individual elements of the combination that was found to be
02:36:11  3  an infringing equivalent?
02:36:14  4  A.  Let me try to answer your question. I am not sure if
02:36:17  5  I quite got it. I think you are asking if I had documents
02:36:21  6  already, that I used those, or whether I went searching for
02:36:25  7  documents to answer pieces. Is that what you asked?
02:36:28  8  Q.  Let me rephrase the question, Doctor. I am not
02:36:31  9  communicating with you clearly. I apologize. What I am
02:36:33 10  asking is the other end.
02:36:34 11         In terms of figuring out what subject matters
02:36:36 12  you should seek in the prior art, did you start from the
02:36:43 13  combination that was found to be the infringing equivalent
02:36:48 14  by the jury?
02:36:50 15  A.  I don't remember.
02:36:55 16  Q.  Now, is it correct that nowhere prior to 1982-1983 did
02:37:01 17  you find any example of the surge control system used in the
02:37:07 18  APS 3200?
02:37:13 19  A.  The surge control system, an identical surge control
02:37:16 20  system?
         21  Q.  The surge control system that is used in the APS 3200.
02:37:23 22  A.  Well, I think that means that electronic pieces and
02:37:25 23  everything, no, there is no other identical equivalent,
02:37:30 24  identical copy of that I know of, piece of the circuit and
02:37:34 25  everything in your discussion, I interpret that broadly, if
```

315

```
02:37:39  1  I am getting that right.
02:37:40  2  Q.  The closest you came was the surge control system for
02:37:45  3  the L1011. Correct?
02:37:46  4  A.  The L1011 shows the principal features, that's
02:37:52  5  correct.
02:37:52  6  Q.  And you agree that the closest example that you came
02:37:56  7  up with or any of your eight or nine colleagues who were
02:38:02  8  looking at this for months, the closest you came up with was
02:38:05  9  the surge control system for the L1011?
02:38:09 10  A.  I am going to correct a part of that then answer the
02:38:11 11  question. The colleagues were not looking for an equivalent
02:38:14 12  to that machine for months.
02:38:18 13         They were giving me technical information on the
02:38:20 14  various areas when I used them.
02:38:22 15         With that correction, that is correct. That is
02:38:28 16  the understanding.
02:38:28 17  Q.  Now, in the preparation of your expert report, you
02:38:36 18  reviewed only brief portions of the trial transcript in the
02:38:40 19  jury trial of this case. Correct?
02:38:42 20  A.  Yes.
02:38:43 21  Q.  And at your January 27th deposition, you couldn't
02:38:49 22  recall any witness testimony that you read in full.
02:38:52 23  Correct?
02:38:55 24  A.  I can't --
02:38:56 25         MR. LEVINE: Your Honor, it is irrelevant what
```

316

```
02:38:59  1  he could or couldn't recall then. If he wants to impeach,
02:39:01  2  he can ask. He couldn't recall the question.
02:39:03  3         THE COURT: Sustained.
02:39:04  4  BY MR. KRUPKA:
02:39:04  5  Q.  Can you recall any witness testimony that you have
02:39:06  6  read in full?
02:39:08  7  A.  In full?
02:39:08  8  Q.  Yes.
02:39:09  9  A.  I can't recall particularly.
02:39:11 10  Q.  And what portions of the transcript and deposition
02:39:18 11  testimony that you read was selected for you by Hamilton
02:39:22 12  Sundstrand's counsel. Correct?
02:39:25 13  A.  Repeat, please?
02:39:26 14  Q.  The portions of the transcript that you read were
02:39:29 15  selected by Hamilton Sundstrand's counsel. Correct?
02:39:32 16  A.  I think that's overstating it. Various sections
02:39:36 17  that's correct, read or look at. I think you are going
02:39:41 18  beyond that in your statement.
02:39:50 19  Q.  The trial transcript that you read was supplied to you
02:40:36 20  by Hamilton Sundstrand's counsel. Correct?
02:40:38 21  A.  I received all of my trial transcripts from the
02:40:42 22  attorneys, yes. That's my only source.
02:40:48 23  Q.  And you don't recall if you read either Judge Sleet's
02:40:51 24  opinion in this case or any of the appellate opinions.
02:40:54 25  Correct?
```