# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4208
rkirk@bayardfirm.com

**FILED ELECTRONICALLY**

May 4, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

RE: Honeywell International Inc., et al., v. Hamilton Sundstrand Corp.,
C.A. No. 99-309-GMS

Dear Judge Sleet:

Upon reviewing Hamilton Sundstrand's post-trial submission of Proposed Findings of Fact and Conclusions of Law [D.I. 417], I realized that it probably should have included a Table of Authorities. I apologize for that oversight.

I am enclosing two copies of a Table of Authorities that can be inserted into the filed brief. If the Court would prefer, I can submit entirely new, bound copies of the brief with the Table of Authorities included.

I am also enclosing copies of the unreported cases cited in the brief, another oversight for which I apologize.

Respectfully submitted,

Richard D. Kirk

RDK/smb
Enclosures
cc: Clerk of the Court (by hand)
   Counsel as shown on the attached certificate of service

596057v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 4, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on May 4, 2006, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

| | |
|---|---|
| Jonathan F. Putnam | Robert Krupka |
| Lee Ann Stevenson | Kirkland & Ellis LLP |
| Vickie Reznik | 777 South Figueroa Street |
| Michael Strapp | Los Angeles, CA 90017 |
| Kirkland & Ellis LAP | |
| Citigroup Center | |
| 153 East 53rd Street | |
| New York, NY 10022-4611 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

596059v1