# TABLE OF AUTHORITIES
## Cases

*Amgen, Inc. v. Hoechst Marion Roussel, Inc.*,
   287 F. Supp. 2d 126 (D. Mass 2003).................................................................84

*Aventis Pharm., Inc. v. Barr Labs, Inc.*
   335 F. Supp. 2d 558 (D.N.J. 2004)....................................................................64

*Biagro Western Sales, Inc. v. Grow More, Inc.*,
   423 F.3d 1296 (Fed. Cir. 2005)....................................................................passim

*Bio-Rad Laboratories, Inc. v. Applera Corp.*,
   No. C0205946JW, 2005 WL 2008020 (N.D. Cal. Aug. 12, 2005)..............46,47

*Competitive Technologies Inc. v. Fujitsu Ltd.*,
   333 F. Supp. 2d 858 (N.D. Cal. 2004)...............................................................47

*Cordis Corp. v. Medtronic Avenue Inc.*,
   336 F. Supp. 2d 363 (D.Del. 2004)...............................................................79,80

*Custom Accessories, Inc. v. Jeffrey-Allan Industries, Inc.*,
   807 F.2d 955 (Fed. Cir. 1986).....................................................................45,57

*Engineered Products Co. v. Donaldson Co., Inc.*,
   313 F. Supp. 2d 951 (N.D. Iowa 2004).............................................................47

*eSpeed, Inc. v. BrokerTec USA, L.L.C.*,
   342 F. Supp. 2d 244 (D. Del. 2004)...............................................................63,70

*Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*,
   344 F.3d 1359 (Fed. Cir. 2003)................................................................passim

*Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*,
   535 U.S. 722 (2002)....................................................................................passim

*Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*,
   75 U.S.P.Q. 2d (BNA) 1830 (D. Mass. 2005)...................................................60

*Freeman v. Playtex Prods., Inc.*,
   388 F. Supp. 2d 1251 (D. Kan. 2005)................................................................63

*Glaxo Wellcome, Inc. v. Impax Laboratories, Inc.*,
   356 F.3d 1348 (Fed. Cir. 2004)..........................................................................46

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.*,
  370 F.3d 1131 (Fed. Cir. 2004) (en banc),
  cert. denied, 125 S.Ct. 2928 (2005)......................................................................passim

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.*,
  166 F. Supp. 2d 1008 (D. Del. 2001)......................................................................passim

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.*,
  2001 U.S. Dist. LEXIS 2155 (D. Del. Jan. 8, 2001)..............................................5, 42

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.*,
  125 S. Ct. 2928 (2005)....................................................................................................7

*Honeywell Int'l Inc. v. Hamilton Sundstrand Corp.*,
  2006 U.S. Dist. LEXIS 11829 (D. Del. Mar. 22, 2006)....................................passim

*Insituform Technologies, Inc. v. CAT Contracting, Inc.*,
  385 F.3d 1360 (Fed. Cir. 2004)....................................................................77, 78, 79, 86

*Intex Recreation Corp. v. Metalast, S.A.*,
  400 F. Supp. 2d 123 (D.D.C. 2005)..............................................................................48

*Lava Trading, Inc. v. Sonic Trading Management, LLC*,
  2006 U.S. App. LEXIS 9708 (Fed. Cir. April 19, 2006..............................................50

*Lear Siegler, Inc. v. Sealy Mattress Co. of Michigan, Inc.*,
  873 F.2d 1422 (Fed. Cir. 1989)................................................................................49, 52

*Medtronic Navigation, Inc. v. Brainlab Medizinische Computersystems Gmbh*
  2006 U.S. Dist. LEXIS 10102 (D. Colo. Feb. 28, 2006)........................................46, 84

*Moba v. Diamond Automation*,
  325 F.3d 1306 (Fed. Cir. 2003)....................................................................................54

*Norian Corp. V. Stryker Corp.*,
  432 F.3d 1356 (Fed. Cir. 2005)....................................................................................63

*Orthopedic Equipment Co. v. United States*,
  702 F.2d 1005 (Fed. Cir. 1983)..............................................................................45, 57

*Porter v. Farmers Supply Service, Inc.*,
  617 F. Supp. 1175 (D. Del 1985)..................................................................................44

*Princeton Biochemicals, Inc. v. Beckman Coulter, Inc.*,
  411 F.3d 1332 (Fed. Cir. 2005)....................................................................................54

*Rhodia Chimie v. PPG Industries Inc.*,
    402 F.3d 1371 (Fed. Cir. 2005)......................................................................63,86

*Talbert Fuel Sys. Patents Co. v. Unocal Corp.*,
    347 F.3d 1355 (Fed. Cir. 2003)...........................................................................64

*Tracinda Corp. v. DaimlerChrysler AG (In re DaimlerChrysler AG sec. Litig.*,
    294 F. Supp. 2d 616 (D. Del. 2003)..................................................................50,54

*Windbrella v. Taylor Made Golf*
    414 F. Supp. 2d 305 (S.D.N.Y. 2006).............................................................passim