# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

May 8, 2006

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

> Re:    *Honeywell International Inc. et al. v. Hamilton Sundstrand Corp.,*
>        C.A. No. 99-309-GMS

Dear Judge Sleet:

    In paragraphs 43 and 44 of Honeywell's Proposed Findings of Fact and Conclusions of Law (D.I. 416), Honeywell inadvertently cited to pages from the deposition of Sundstrand engineer Peter Suttie that had not been designated.  We apologize for this oversight.  The document that is also cited in those paragraphs, PTX 1065, was admitted into evidence at trial.

                            Respectfully,

                            */s/ Thomas C. Grimm*

                            Thomas C. Grimm (#1098)

/klm
cc:    Dr. Peter T. Dalleo, Clerk (by hand)
       Richard D. Kirk, Esquire (by hand, e-mail, and e-filing)
       Mark L. Levine, Esquire (by e-mail)
       David H. Herrington, Esquire (by e-mail)
       Jonathan F. Putnam, Esquire (by e-mail)
519266