IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | C.A. No. 99-309-GMS |

## EXHIBITS INTRODUCED AS PART OF HONEYWELL'S CASE IN CHIEF

                                                  Thomas C. Grimm (#1098)
                                                  Leslie A. Polizoti (#4299)
                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                  1201 N. Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE  19899-1347
                                                  (302) 658-9200
                                                  tcgefiling@mnat.com
                                                  lpolizoti@mnat.com
                                                  *Attorneys for Plaintiffs*
                                                  *Honeywell International Inc. and*
                                                  *Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Robert G. Krupka, P.C.
Jonathan F. Putnam
Lee Ann Stevenson
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

Handed to the Court:  March 23, 2006
Today's Filing Date:  May 8, 2006

| | | | |
|---|---|---|---|
| PTX1001 | PTX1062 | PTX1113 | PTX1164 |
| PTX1002 | PTX1063 | PTX1114 | PTX1165 |
| PTX1003 | PTX1064 | PTX1115 | PTX1166 |
| PTX1004 | PTX1065 | PTX1116 | PTX1167 |
| PTX1005 | PTX1066 | PTX1117 | PTX1168 |
| PTX1006 | PTX1067 | PTX1119 | PTX1169 |
| PTX1007 | PTX1068 | PTX1120 | PTX1170 |
| PTX1008 | PTX1069 | PTX1121 | PTX1171 |
| PTX1009 | PTX1071 | PTX1122 | PTX1172 |
| PTX1010 | PTX1072 | PTX1123 | PTX1162 |
| PTX1011 | PTX1073 | PTX1124 | PTX1020 |
| PTX1012 | PTX1074 | PTX1126 | PTX1025 |
| PTX1013 | PTX1075 | PTX1127 | PTX1031 |
| PTX1014 | PTX1076 | PTX1128 | PTX1032 |
| PTX1015 | PTX1077 | PTX1129 | PTX1033 |
| PTX1017 | PTX1078 | PTX1130 | PTX1042 |
| PTX1018 | PTX1079 | PTX1131 | PTX1043 |
| PTX1019 | PTX1080 | PTX1132 | PTX1044 |
| PTX1021 | PTX1081 | PTX1133 | PTX1047 |
| PTX1022 | PTX1082 | PTX1134 | PTX1048 |
| PTX1023 | PTX1083 | PTX1135 | PTX1049 |
| PTX1024 | PTX1084 | PTX1136 | PTX1050 |
| PTX1026 | PTX1085 | PTX1137 | PTX1051 |
| PTX1027 | PTX1086 | PTX1138 | PTX1052 |
| PTX1028 | PTX1087 | PTX1139 | PTX1054 |
| PTX1029 | PTX1088 | PTX1140 | PTX1055 |
| PTX1030 | PTX1089 | PTX1141 | PTX1057 |
| PTX1034 | PTX1091 | PTX1142 | PTX1070 |
| PTX1035 | PTX1092 | PTX1143 | PTX1090 |
| PTX1036 | PTX1093 | PTX1144 | PTX1104 |
| PTX1037 | PTX1094 | PTX1145 | PTX1109 |
| PTX1038 | PTX1095 | PTX1146 | PTX1110 |
| PTX1039 | PTX1096 | PTX1147 | PTX1118 |
| PTX1040 | PTX1097 | PTX1148 | JTX1 |
| PTX1041 | PTX1098 | PTX1149 | JTX2 |
| PTX1045 | PTX1100 | PTX1150 | JTX3 |
| PTX1046 | PTX1103 | PTX1151 | JTX4 |
| PTX1053 | PTX1105 | PTX1152 | JTX5 |
| PTX1056 | PTX1106 | PTX1159 | JTX6 |
| PTX1058 | PTX1107 | PTX1160 | JTX7 |
| PTX1059 | PTX1108 | PTX1161 | JTX8 |
| PTX1060 | PTX1111 | PTX1162 | JTX9 |
| PTX1061 | PTX1112 | PTX1163 | JTX10 |
| JTX11 | | | |

JTX12
JTX13
JTX14
JTX15
JTX16
JTX17
JTX18
JTX19
JTX20
JTX21
JTX22
JTX23
JTX24
JTX25
JTX26
JTX27
JTX28
JTX29
JTX30
JTX31
JTX32
JTX33
JTX34
JTX35
JTX36
JTX37
JTX38
JTX39
JTX40
JTX41
JTX42
JTX43
JTX44
JTX45

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Thomas C. Grimm*

                         _____
                         Thomas C. Grimm (#1098)
                         Leslie A. Polizoti (#4299)
                         1201 N. Market Street
                         P.O. Box 1347
                         Wilmington, DE  19899-1347
                         (302) 658-9200
                         tcgefiling@mnat.com
                         lpolizito@mnat.com
                         *Attorneys for Plaintiffs*
                         *Honeywell International Inc. and*
                         *Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Robert G. Krupka, P.C.
Jonathan F. Putnam
Lee Ann Stevenson
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

May 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on May 8, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL  60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

519327