# THE BAYARD FIRM
### A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4208
rkirk@bayardfirm.com

**FILED ELECTRONICALLY**

May 9, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

RE:   *Honeywell International Inc., et al., v. Hamilton Sundstrand Corp.,*
      *C.A. No. 99-309-GMS*

Dear Judge Sleet:

      To create a docket entry for the demonstratives used by Messrs. Levine and Lind during the oral argument today, I am enclosing another copy of the demonstratives binder that we handed up in the Courtroom earlier today.

                                               Respectfully submitted,

                                               Richard D. Kirk

RDK/smb
Enclosure
cc:    Clerk of the Court (by hand, letter only)
        Counsel as shown on the attached certificate of service (letter only)

596057v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 9, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on May 9, 2006, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
Kirkland & Ellis LAP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Robert Krupka
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

596059v1