# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

THOMAS C. GRIMM
302 351 9595
302 425 4661 FAX
tgrimm@mnat.com

May 10, 2006

**BY E-FILING & BY HAND**

The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE  19801

> Re:    *Honeywell International Inc. et al. v. Hamilton Sundstrand Corp.,*
>        C.A. No. 99-309-GMS

Dear Judge Sleet:

In order to create a docket entry for Honeywell's demonstratives used during closing arguments on May 9, 2006, enclosed is another set of those demonstratives for Your Honor's reference.

Respectfully,

Thomas C. Grimm (#1098)

TCG
cc:    Dr. Peter T. Dalleo, Clerk (by hand - w/encl.)
       Richard D. Kirk, Esquire (by hand, e-mail, and e-filing - w/encl.)
       Mark L. Levine, Esquire (by e-mail - w/encl.)
       David H. Herrington, Esquire (by e-mail - w/encl.)
       Jonathan F. Putnam, Esquire (by e-mail - w/encl.)