IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | C.A. No. 99-309-GMS |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on August 14, 2006, and all interlocutory, ancillary or related orders that led up to and have merged into that judgment, including without limitation the District Court's Memorandum and Order dated August 14, 2006 [D.I. 435], vacating the Jury Verdict [D.I. 264] and Judgment [D.I. 265] previously entered in favor of Plaintiffs, the District Court's Memorandum Opinion and Order dated March 22, 2006 [D.I. 405] granting in part and denying in part Defendant's motion to preclude Plaintiffs from introducing the testimony of two patent lawyers at trial and the District Court's Memorandum and Order dated January 4, 2001 [D.I. 183] granting Defendant's motion to limit the damages period in light of the marking issue, as supplemented during a hearing on January 23, 2001 and by Order dated February 8, 2001 [D.I. 244].

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Leslie A. Polizoti*
          _____
          Thomas C. Grimm (#1098)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          Wilmington, DE 19899-1347
          (302) 658-9200
          tgrimm@mnat.com
          lpolizoti@mnat.com

          *Attorneys for Plaintiffs*
          *Honeywell International Inc. and*
          *Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Robert G. Krupka, P.C.
Jonathan F. Putnam
Lee Ann Stevenson
Michael Strapp
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

August 24 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk and Brian Swanson.

I further certify that on August 24, 2006, copies of the foregoing were served upon counsel of record in the manner indicated:

**BY HAND**

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY EMAIL**

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB,
STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com