# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

HONEYWELL INTERNATIONAL INC. AND  ) Appeal from ☒ U.S. District Court for District of Delaware
HONEYWELL INTELLECTUAL PROPERTIES  
INC.,                                                                         ☐ Court of International Trade
                                                                                   ☐ Claims Court
—VERSUS—                              ) TRIAL COURT NO. 99-309-GMS

HAMILTON SUNDSTRAND CORPORATION       ) CIRCUIT COURT NO. _____

### TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART 1 - TO BE COMPLETED BY APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
Copies to be distributed by appellant as follows: Copies 1, 2, and 3 to court reporter; Copy 4 to Trial Court; Copy 5 to appellee; Copy 6 retained by appellant.

A. Complete one of the following:
   (   ) A transcript is not needed for the appeal
   ( X ) A transcript is already on file
   (   ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):
         Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
   (   ) Private funds
   (   ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____ Date 1-06 COUNSEL FOR Honeywell
ADDRESS Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347
TELEPHONE (302) 658-9200                                    Wilmington, DE 19899-1347

PART II - TO BE COMPLETED BY COURT REPORTER.
Copy 1 and 3 retained by the reporter; Copy 2 to be transmitted to the Court of Appeals on same date transcript order is received.

Date Purchase Order received: _____.

Estimated completion date: _____.

Estimated number of pages: _____.

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date
Telephone: _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____          _____
Date                              (Signature of Court Reporter)

Copy 4 -- Trial Court Copy

3cca Eff. 9/82

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I also certify that on September 1, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND & E-MAIL

Richard D. Kirk
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

### BY E-MAIL

Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, IL 60610

David H. Herrington
CLEARY, GOTTLIEB, STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com