# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2006-1602 - HONEYWELL INTL V HAMILTON SUNDSTRAN

**Date of docketing:** 09/06/2006

**Appeal from:** United States District Court / District of Delaware
case no. 99-CV-309  GMS

**Appellant**(s): Honeywell Intellectual Properties Inc (fka AlliedSignal Tech and Honeywell International Inc. (f/k/a AlliedSignal Inc.)

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
   Jonathan F. Putnam
   Mark L. Levine

2006 SEP 11  PM 3: 22

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2006-1602

HONEYWELL INTERNATIONAL, INC. (formerly known as AlliedSignal, Inc.)
and HONEYWELL INTELLECTUAL PROPERTIES, INC.
(formerly known as AlliedSignal Technologies, Inc.),

Plaintiffs-Appellants,

v.

HAMILTON SUNDSTRAND CORPORATION
(formerly known as Sundstrand Corp.),

Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in
case no. 99-CV-309, Judge Gregory M. Sleet.

Authorized Abbreviated Caption[2]

HONEYWELL INTL v HAMILTON SUNDSTRAND, 2006-1602

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders.
FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT       **2006-1602**

Caption:    Honeywell International Inc., et al v. Hamilton Sundstrand

Plaintiff(s):   Honeywell International Inc., Honeywell Intellectual Properties Inc.

Defendant(s):  Hamilton Sundstrand Corporation

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No.99cv309 GMS          Date of Judgment/Order:    8/14/06

Cross/Related Appeal: NO
Date of Notice of Appeal:    8/24/06
Date of Notice of Appeal Docketed: 8/24/06
Appellant is:   Honeywell International Inc., Honeywell Intellectual Properties Inc.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 6 2006

JAN HORBALY
CLERK

Fees:   Court of Appeals Docket Fee Paid? PAID

U.S. Appeal? Yes

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| Leslie A. Polizoti | Richard D. Kirk |
|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | The Bayard Firm |
| 1201 North Market Street | 222 Delaware Avenue, Suite 900 |
| P.O. Box 1347 | P.O. Box 25130 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

Attorney for Plaintiff                          Attorney for Defendant

COURT REPORTER(S)
(Name and Telephone Number)

| Leonard  Dibbs | Phone:  302-573-6195 |
|---|---|
| Kevin Maurer | Phone:  302-573-6196 |
| Valerie Gunning | Phone:  302-573-6194 |
| Brian Gaffigan | Phone:  302-573-6360 |

IMPORTANT:  Attach copy of opinion and/or order appealed from.  Forward together with a certified copy of
notice of appeal and certified copy docket entries.

By: _E Stricklin_

Deputy Clerk

Date:    August 28, 2006