IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON SUNDSTRAND CORPORATION, <br><br> Defendant. | Civil Action No. 99-309-GMS |

## STIPULATION AND ORDER REGARDING
## THE TIME FOR FILING A BILL OF COSTS

WHEREAS, the Court of Appeals for the Federal Circuit has denied the appeal of plaintiffs Honeywell International, Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and issued the mandate on June 5, 2008; and

WHEREAS, defendant Hamilton Sundstrand Corporation ("HSC") has requested additional time to prepare and file a bill of costs in this case; and

WHEREAS, Honeywell does not object to that request provided it is accorded a similar extension of time to respond;

NOW, THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1.  Any bill of costs submitted by HSC on or before July 21, 2008 pursuant to 28 U.S.C. §1920, Fed. R. Civ. P. 54(d)(1) and/or Local Rule 54.1 will be deemed timely filed.

2. Any response by Honeywell to HSC's bill of costs pursuant to L.R. 54.1(a)(3) filed on or before September 3, 2008 shall likewise be deemed timely filed.

3. The time in which the Clerk shall tax costs pursuant to L.R. 54.1(a)(4) is hereby enlarged to permit the Clerk to consider Honeywell's response to HSC's bill of costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| /s/ *Thomas C. Grimm (tg1098)*<br>Thomas C. Grimm<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiffs*<br>*Honeywell International, Inc. and*<br>*Honeywell Intellectual Properties, Inc.* | /s/ *Richard D. Kirk (rk0922)*<br>Richard D. Kirk<br>Stephen B. Brauerman<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19899<br>(302) 655-5000<br>*Attorneys for Defendant*<br>*Hamilton Sundstrand*<br>*Corporation* |

SO ORDERED, this _____ day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE