# United States Court of Appeals for the Federal Circuit

2006-1602

HONEYWELL INTERNATIONAL, INC. (formerly known as AlliedSignal, Inc.)
and HONEYWELL INTELLECTUAL PROPERTIES, INC.
(formerly known as AlliedSignal Technologies, Inc.),

Plaintiffs-Appellants,

v.

HAMILTON SUNDSTRAND CORPORATION
(formerly known as Sundstrand Corp.),

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the District of Delaware

in CASE NO(S).        99-CV-309.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED.

ENTERED BY ORDER OF THE COURT

DATED APR 1 8 2008

Jan Horbaly, Clerk

ISSUED AS A MANDATE   JUN 0 5 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: 6/5/08