# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:                              )
                                    )
Transcript Rates of                 )
Official Court Reporters            )

ORDER

On this 31st day of March, 2003, consistent with a September 2002 Resolution of the Judicial Conference of the United States authorizing a ten percent increase to the maximum allowable transcript rates, and subject to further action of the Judicial Conference, the transcript rates to be charged by the Court Reporters of the United States District Court for the District of Delaware, effective April 1, 2003, shall be as follows:

COST PER PAGE

|  | Original | First Copy to Each Party | Each Additional Copy to the Same Party |
| --- | --- | --- | --- |
| Ordinary Transcript A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.30 | $ .83 | $ .55 |
| Expedited Transcript A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.40 | $ .83 | $ .55 |

|  | Original | First Copy to Each Party | Each Additional Copy to the Same Party |
| --- | --- | --- | --- |
| Daily Transcript |  |  |  |

| | | | |
|---|---|---|---|
| A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $5.50 | $1.10 | $ .83 |
| Hourly Transcript A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $6.60 | $1.10 | $ .83 |

Sue L. Robinson
Chief Judge

Joseph J. Farnan, Jr.
Judge

Gregory M. Sleet
Judge

Kent A. Jordan
Judge

To download this document in PDF format Right-Click **HERE** and select Save Target As... or Save Link As...

[ Home ]