# EXHIBIT B

501655



Esquire Deposition Services - ECG
155 North Wacker Drive, 10th FL
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950
Tax ID # 33-0781435

63775    VARGR01

| INVOICE NUMBER | DATE |
|---|---|
| 77497 | 12/07/00 |

To: Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

ATTN : David Harrington, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER

CAPTION HONEYWELL VS HAMILTON SUNSTRAND

SERVICES PROVIDED ON 11/21/00:

Lawrence Crowe pp 1-309
William Vansanten pp 466-515
9:00-12:21   1:3-7:50

| | | |
|---|---|---|
| Video Copy Transcript | 359 @ $2.35 | 843.65 |
| Interactive Realtime | 10 @ $45.00 | 450.00 |
| ASCII Diskette | 2 @ $18.00 | 36.00 |
| Min-U-Script | 2 @ $18.00 | 36.00 |
| Delivery/Shipping & Handling | | 41.00 |

OK TO PAY
R. ZIEGLER

24130-106

TOTAL    1,406.65    Thank You!

DUE UPON RECEIPT.    THANK YOU.

Please detach and send with payment

Remit To:

Esquire Deposition Services
155 N. Wacker Drive - 10th Floor
Chicago, IL 60606
Tax ID # 33-0781435

JOB #: 63775   TOTAL: $1406.65
INVOICE #: 77497 ECG
DATE: 12/07/00

Cleary, Gottlieb, Steen & Hamilton
Attn: David Harrington, Esq.
One Liberty Plaza
New York, NY 10006



A Record Of Excellence