# EXHIBIT C

Mar. 26 2000 4:59PM   HP LASERJET 3200                                                                      P.2

**ESQUIRE DEPOSITION SERVICES   (X)**
216 EAST 45TH STREET, 8TH FLOOR
NEW YORK, NY  10017
(212) 687-8010   FAX: (212) 557-5972        117603      BAS FO
Tax ID # 22-3779684

Cleary Gottlieb Steen & Hamilton
One Liberty Plaza                                                    136313    01/22/01
New York, NY 10006-1404
                                                                               03/27/01

ATTN : David Herrington, Esq.


HONEYWELL V HAMILTON SUNDSTRAND

SERVICES PROVIDED ON 01/19/01:
JOHN CARL SZILLAT              1- 178   178 PGS @ $2.90       516.20   1CC

ASCII DISK                                                     45.00
KEY-WORDS/CONDENSED TRANSCRIPT     178 @  $0.20                35.60
ROUGH ASCII/INTER. REALTIME        178 @  $2.00               356.00
HAND DELIVERY                                                  21.00

24130-106
OK TO PAY

R. ZIEGLER                                                    973.80


On the road? Call us to cover your depositions - anywhere! 800-944-9454


ESQUIRE DEPOSITION SERVICES      JOB #: 117603   TOTAL: $973.80
216 EAST 45TH STREET             INVOICE #: 136313 ENY
8TH FLOOR                        DATE: 03/27/01
NEW YORK,NY 10017
Tax ID # 22-3779684


Cleary Gottlieb Steen & Hamilton
Attn: David Herrington, Esq.
One Liberty Plaza
New York, NY 10006-1404