EXHIBIT D

XILSS



**Esquire Deposition Services - ECG**
155 North Wacker Drive, 10th FL
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950
Tax ID # 33-0781435

63692    VARGR01

| INVOICE NUMBER | DATE |
|---|---|
| 77332 | 12/06/00 |

To: Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

ATTN : David Herrington, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER 99-309 (GMS)

CAPTION HONEYWELL VS HAMILTON SUNSTRAND

SERVICES PROVIDED ON 11/16/00:

William Vansanten, Jr.
pp 1-268

| | | |
|---|---|---|
| Video Copy Transcript | 268 @ $2.35 | 629.80 |
| Exhibit Reproduction | 673 @ $0.35 | 235.55 |
| ASCII Diskette | | 18.00 |
| Interactive Realtime | | 270.00 |
| Delivery/Shipping & Handling | | 71.78 |

OK TO PAY
R. ZIEGLER

24130-106

TOTAL  1,225.13   Thank You!

DUE UPON RECEIPT.   THANK YOU.

↓ Please detach and send with payment

Remit To:
**Esquire Deposition Services**
155 N. Wacker Drive - 10th Floor
Chicago, IL 60606
Tax ID # 33-0781435

JOB #: 63692   TOTAL: $1225.13
INVOICE #: 77332 ECG
DATE: 12/06/00

Cleary, Gottlieb, Steen & Hamilton
Attn: David Herrington, Esq.
One Liberty Plaza
New York, NY 10006



A Record Of Excellence

501251



Esquire Deposition Services - ECG
155 North Wacker Drive, 10th FL
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950
Tax ID # 33-0781435

63530    GOLDM01

| INVOICE NUMBER | DATE |
|---|---|
| 76996 | 12/04/00 |

To: Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

ATTN : David Herrington, Esq.

Due upon receipt.    AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER: 99-309 (GMS)

CAPTION. HONEYWELL VS HAMILTON SUNSTRAND

SERVICES PROVIDED ON 11/17/00:

William Vansanten pp 269-465

| | | |
|---|---|---|
| Video Copy Transcript | 197 @ $2.35 | 462.95 |
| ASCII Diskette | | 18.00 |
| Min-U-Script | | 18.00 |
| Interactive Realtime | | 270.00 |
| Delivery/Shipping & Handling | | 5.00 |

OK TO PAY
R. ZIEGLER

24130-106

TOTAL    773.95    Thank You!

DUE UPON RECEIPT.    THANK YOU.

Please detach and send with payment

Remit To:

Esquire Deposition Services
155 N. Wacker Drive - 10th Floor
Chicago, IL 60606
Tax ID # 33-0781435

JOB #: 63530    TOTAL: $773.95
INVOICE #: 76996 ECG
DATE: 12/04/00

Cleary, Gottlieb, Steen & Hamilton
Attn: David Herrington, Esq.
One Liberty Plaza
New York, NY 10006

ESQUIRE
DEPOSITION SERVICES
A Record Of Excellence

50155



**Esquire Deposition Services - ECG**
155 North Wacker Drive, 10th FL
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950
Tax ID # 33-0781435

63775    VARGR01

| INVOICE NUMBER | DATE |
|---|---|
| 77497 | 12/07/00 |

To: Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

ATTN : David Harrington, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER

CAPTION HONEYWELL VS HAMILTON SUNSTRAND

SERVICES PROVIDED ON 11/21/00:

Lawrence Crowe pp 1-309
William Vansanten pp 466-515
9:00-12:21   1:3-7:50

| | | |
|---|---|---|
| Video Copy Transcript | 359 @ $2.35 | 843.65 |
| Interactive Realtime | 10 @ $45.00 | 450.00 |
| ASCII Diskette | 2 @ $18.00 | 36.00 |
| Min-U-Script | 2 @ $18.00 | 36.00 |
| Delivery/Shipping & Handling | | 41.00 |

OK TO PAY
R. ZIEGLER

24130-106    TOTAL    1,406.65

Thank You!

DUE UPON RECEIPT.    THANK YOU.

⤓ Please detach and send with payment

Remit To:

Esquire Deposition Services
155 N. Wacker Drive - 10th Floor
Chicago, IL 60606
Tax ID # 33-0781435

JOB #: 63775   TOTAL: $1406.65
INVOICE #: 77497 ECG
DATE: 12/07/00

Cleary, Gottlieb, Steen & Hamilton
Attn: David Harrington, Esq.
One Liberty Plaza
New York, NY 10006



A Record Of Excellence