# EXHIBIT E



Sent by: MANHATTAN/ADVOCATE REPORTING;    2126929171;    Mar 9 01    1:45PM;    Page 3/3

**Advocate Reporting Services**
420 Lexington Avenue
Suite 2108
New York, NY 10170
(212)697-6565    Fax:(212)692-9171

Job #: 001214AW
Job Date: 12/14/2000    30805
Order Date: 12/14/2000
DB Ref #:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 34611
Inv. Date: 12/20/2000
Balance: $3,019.50

**Bill To:**
David H. Herrington, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Action:** Honeywell International
vs
Hamilton Sundstrand Corp
Action #:
Rep: AW
Cert:

| Proceeding/Witness | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Gerard Muller | Original & One Expedited | 254.00 | $6.75 | $1,714.50 |
| Gerard Muller | Appearance Fee | 3.00 | $50.00 | $150.00 |
| Gerard Muller | Ascii Diskette | 1.00 | $0.00 | $0.00 |
| Gerard Muller | Minuscript | 1.00 | $0.00 | $0.00 |
| Gerard Muller | Rough ascii | 254.00 | $1.50 | $381.00 |
| Gerard Muller | Rough ascii for Mr Braidwood | 254.00 | $1.50 | $381.00 |
| Gerard Muller | Realtime | 254.00 | $1.50 | $381.00 |
| Gerard Muller | Delivery Charge | 1.00 | $12.00 | $12.00 |

24130-106

**Comments:** OK TO PAY
R. ZIEGLER

Sub Total: $3,019.50
Shipping: $0.00
Tax: N/A
Total Invoice: $3,019.50
Payment: $0.00
Balance Due: $3,019.50

Federal Tax I.D.: 13-2881069    Terms:

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
David H. Herrington, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Deliver To:**
David H. Herrington, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Invoice**

Advocate Reporting Services
420 Lexington Avenue
Suite 2108
New York, NY 10170

Invoice #: 34611
Inv. Date: 12/20/2000
Balance: $3,019.50
Job #: 001214AW
Job Date: 12/14/2000
DB Ref #:
Date of Loss: / /
Your File #:
Your Client: