# EXHIBIT F

**Advocate Reporting Services**
420 Lexington Avenue
Suite 2108
New York, NY 10170
(212)697-6565      Fax:(212)692-9171

Job #: 010104JM
Job Date: 01/04/2001
Order Date: 01/04/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:   35141
Inv.Date:    01/08/2001
Balance:     $3,204.30

**Bill To.**
Joshua H. Rawson, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Action:** Honeywell International
vs
Hamilton Sundstrand Corp
**Action #:**
**Rep:** JM
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 1 | Julie L. Davis | Original & One Daily | 289.00 | $9.20 | $2,658.80 |
| 2 | Julie L. Davis | Appearance Fee | 2.00 | $50.00 | $100.00 |
| 3 | Julie L. Davis | Ascii Diskette | 1.00 | $0.00 | $0.00 |
| 4 | Julie L. Davis | Minuscript | 1.00 | $0.00 | $0.00 |
| 5 | Julie L. Davis | Realtime | 289.00 | $1.50 | $433.50 |
| 6 | Julie L. Davis | Delivery Charge | 1.00 | $12.00 | $12.00 |

Comments:

RECEIVED 01 APR 23 PM 5:53 ACCOUNTING

OK to pay
Rawson
24130.106
1304
XX-9014

Sub Total    $3,204.30
Shipping     $0.00
Tax          N/A
Total Invoice $3,204.30
Payment      $0.00
Balance Due  $3,204.30

Federal Tax I.D.: 13-2661069    Terms:

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT

**Bill To:**
Joshua H. Rawson, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Deliver To:**
Joshua H. Rawson, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

# Invoice

Advocate Reporting Services
420 Lexington Avenue
Suite 2108
New York, NY 10170

Invoice #:   35141
Inv.Date:    01/08/2001
Balance:     $3,204.30
Job #:       010104JM
Job Date:    01/04/2001
DB Ref.#:
Date of Loss: / /
Your File #: