# EXHIBIT G

**Advocate Reporting Services**
420 Lexington Avenue
Suite 2108
New York, NY 10170
(212)697-6565    Fax:(212)692-9171

Job #: 001218RIG  201211
Job Date: 12/18/2000
Order Date: 12/18/2000
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



Invoice #: 34773
Inv. Date: 12/27/2000
Balance: $3,241.75

**Bill To:**
Richard F. Ziegler, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Action:** Honeywell International
vs
Hamilton Sundstrand Corp
**Action #:**
**Rep:** RIG
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Russell L. Parr | Original & One Expedited | 321.00 | $6.75 | $2,166.75 |
| | Russell L. Parr | Appearance Fee | 2.00 | $50.00 | $100.00 |
| | Russell L. Parr | Ascii Diskette | 1.00 | $0.00 | $0.00 |
| | Russell L. Parr | Minuscript | 1.00 | $0.00 | $0.00 |
| | Russell L. Parr | Rough ascii | 321.00 | $1.50 | $481.50 |
| | Russell L. Parr | Realtime | 321.00 | $1.50 | $481.50 |
| | Russell L. Parr | Delivery Charge | 1.00 | $12.00 | $12.00 |

RECEIVED 01 APR 23 PM 5:53 ACCOUNTING

Comments:

Sub Total: $3,241.75
Shipping: $0.00
Tax: N/A
Total Invoice: $3,241.75
Payment: $0.00
Balance Due: $3,241.75

Federal Tax I.D.: 13-2661069    Terms:

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

−481.50
2760.25
OK to pay
Rawson 04/30/01

Adjustment per conversation with Louise on 4/23

**Bill To:**
Richard F. Ziegler, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Deliver To:**
Richard F. Ziegler, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Invoice**

Invoice #: 34773
Inv. Date: 12/27/2000
Balance: $3,241.75
Job #: 001218RIG
Job Date: 12/18/2000
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Advocate Reporting Services
420 Lexington Avenue
Suite 2108
New York, NY 10170