# EXHIBIT H

# INVOICE

**Veritext Corporate Services, Inc.**
25B Vreeland Road, Suite301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

**Bill To:** Chris Lind, Esq.
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street
Suite 300
Chicago, IL 60610

| | |
|---|---|
| Invoice #: | CS40435 |
| Invoice Date: | 12/28/2005 |
| Balance Due: | $ 4,344.57 |

| | |
|---|---|
| Case: | Honeywell International Inc v. Hamilton Sunstrand Corp. |
| Job #: | 88932  \|  Job Date: 12/06/2005  \|  Delivery: Normal |
| Billing Atty: | Chris Lind, Esq. |
| Location: | Osborn Maledin |
| | 2929 N. Central Ave \| Ste 2100 \| Phoenix, AZ 85012 |
| Sched Atty: | Chris Lind, Esq. \| Bartlit Beck |
| Deposing Att: | Chris Lind, Esq. |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jim Clark | Attendance Fee (appearance) | | 8.50 | $50.00 | $425.00 |
| 2 | | Transcript - Original & 1 copy | Page | 316.00 | $4.90 | $1,548.40 |
| 3 | | Realtime | Per page | 316.00 | $2.25 | $711.00 |
| 4 | | Exhibits | per page | 92.00 | $0.40 | $36.80 |
| 5 | | Video - Initial fee | | 1.00 | $325.00 | $325.00 |
| 6 | | Video - Additional hours | Hour | 8.00 | $110.00 | $880.00 |
| 7 | | Video - Burn video to CD | Per CD | 4.00 | $95.00 | $380.00 |
| 8 | | Shipping & handling | Package | 1.00 | $38.37 | $38.37 |

| | |
|---|---|
| Invoice Total: | $4,344.57 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $4,344.57 |

Notes: Non-Contracting
UTC

Terms: Net 30

Fed Tax ID: 20-3133569

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.

# INVOICE

**Veritext Corporate Services, Inc.**
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040
Fax. 973-410-1313

**Bill To:** Chris Lind, Esq.
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street
Suite 300
Chicago, IL 60610

**Invoice #:** NJ40341
**Invoice Date:** 12/22/2005
**Balance Due:** $3,440.50

**Case:** Honeywell International Inc v. Hamilton Sunstrand Corp.
**Job #:** 88933 | **Job Date:** 12/07/2005 | **Delivery:** Normal
**Billing Atty:** Chris Lind, Esq.
**Location:** Osborn Maledin
2929 N. Central Ave | Ste 2100 | Phoenix, AZ 85012
**Sched Atty:** Chris Lind, Esq. | Barlit Beck
**Deposing Atty:** Chris Lind, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jim Clark | Attendance Fee (appearance) | | 8.00 | $50.00 | $400.00 |
| 2 | | Transcript - Original & 1 copy | Page | 270.00 | $4.90 | $1,323.00 |
| 3 | | Realtime | Per page | 270.00 | $2.25 | $607.50 |
| 4 | | Video - Initial fee | | 1.00 | $325.00 | $325.00 |
| 5 | | Video - Additional hours | Hour | 7.00 | $110.00 | $770.00 |
| 6 | | Shipping & handling | Package | 1.00 | $15.00 | $15.00 |

| | | |
|---|---|---|
| | Invoice Total: | $3,440.50 |
| | Payment: | $0.00 |
| | Credit: | |
| | Interest: | $0.00 |
| | Balance Due: | $3,440.50 |

**Notes:** Non-contracting
UTC
UTCHFS

Fed. Tax ID: 20-3132569       Term Net 30

# INVOICE

**Veritext Corporate Services, Inc.**
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Chris Lind, Esq.
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street
Suite 300
Chicago, IL 60610

Invoice #: CS40499
Invoice Date: 12/28/2005
Balance Due: $390.25

| Case: | Honeywell International Inc v. Hamilton Sunstrand Corp. |
|---|---|
| Job #: | 88933  \| Job Date: 12/07/2005  \| Delivery: Normal |
| Billing Atty: | Chris Lind, Esq. |
| Location: | Osborn Maledin<br>2929 N. Central Ave \| Ste 2100 \| Phoenix, AZ 85012 |
| Sched Atty: | Chris Lind, Esq. \| Bartlit Beck |
| Deposing Att: | Chris Lind, Esq. |

VOUCHER #

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jim Clark | Video - Burn video to CD | Per CD | 4.00 | $95.00 | $380.00 |
| 2 | | Shipping & handling | Package | 1.00 | $10.25 | $10.25 |

Invoice Total: $390.25
Payment:
Credit:
Interest: $0.00
Balance Due: $390.25

Notes:

Fed Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.