# EXHIBIT I

# INVOICE

## Veritext Corporate Services, Inc.
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Mark Levine Esq
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street
Suite 300
Chicago, IL 60610

| | |
|---|---|
| Invoice #: | CS42444 |
| Invoice Date: | 02/16/2006 |
| Balance Due: | $ 4,968.20 |
| Ambassador # | 107,660 |

| | |
|---|---|
| Case: | Honeywell International Inc v. Hamilton Sunstrand Corp. |
| Job #: | 91355   |  Job Date: 01/25/2006   |  Delivery:   Daily |
| Billing Atty: | **Mark Levine Esq** |
| Location: | Kirkland & Ellis |
| | 153 East 53rd St | New York, NY |
| Sched Atty: | Mark Levine Esq | Bartlit Beck |
| Deposing Att | **Mark Levine Esq** |

VENDOR # 5106   ADDRESS # 2

GL # 2-45   CL #   AMT
432
1307

VOUCHER # 215408   APPROVAL

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gerard Muller | Attendance Fee (appearance) | | 1.00 | $0.00 | $0.00 |
| 2 | | Transcript - Original & 1 copy | Page | 350.00 | $7.90 | $2,765.00 |
| 3 | | Transcript - Rough ASCII | Page | 350.00 | $1.25 | $437.50 |
| 4 | | Realtime | Per page | 350.00 | $1.25 | $437.50 |
| 5 | | Exhibits | per page | 281.00 | $0.20 | $56.20 |
| 6 | | Video - Initial fee | | 1.00 | $250.00 | $250.00 |
| 7 | | Video - Additional hours | Hour | 7.00 | $85.00 | $595.00 |
| 8 | | Video - Burn video to CD | Per CD | 4.00 | $95.00 | $380.00 |
| 9 | | Shipping & handling -- Express Delivery | | 1.00 | $47.00 | $47.00 |

| | | |
|---|---|---|
| Notes: | Invoice Total: | $4,968.20 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |