# EXHIBIT J

 **U.S. General Services Administration**

Back to Original

# Domestic Perdiem Rates

## Delaware - FY 01

Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, click here for the National Association of Counties (NACO) website (a non-federal website).

NOTE: If neither the city nor the county is listed, the location is a standard CONUS destination with a rate of $55.00 for lodging and $30.00 for meals and incidental expenses (M&IE).

| Primary Destination (1) | County (2, 3) | Max Lodging (excl. taxes) | + | M&IE Rate | = | Max Per Diem Rate (4) | First & Last Day (75% of M&IE) |
|---|---|---|---|---|---|---|---|
| DOVER | KENT | 69 | | 34 | | 103 | 25.5 |
| LEWES (June 1 - August 31) | SUSSEX | 73 | | 42 | | 115 | 31.5 |
| LEWES (September 1 - May 31) | SUSSEX | 55 | | 42 | | 97 | 31.5 |
| WILMINGTON | NEW CASTLE | 99 | | 34 | | 133 | 25.5 |