# EXHIBIT K

 U.S. General Services Administration

Back to Original

# Domestic Perdiem Rates

## Delaware - FY 06

(October 1, 2005 through September 30, 2006)

Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, click here for the National Association of Counties (NACO) website (a non-federal website).

> NOTE: If neither the city nor the county is listed, the location is a standard CONUS destination with a rate of $60.00 for lodging and $39.00 for meals and incidental expenses (M&IE).

State Tax Rates & Exemption Forms

Properties at Per Diem (FedRooms)

| Primary Destination (1) | County (2, 3) | Max Lodging (exc. taxes) | + | M&IE Rate | = | Max Per Diem Rate (4) | First & Last Day (75% of M&IE) |
|---|---|---|---|---|---|---|---|
| Dover (October 1 - April 30) | Kent | 72 | | 44 | | 116 | 33.0 |
| Dover (May 1 - September 30) | Kent | 79 | | 44 | | 123 | 33.0 |
| Lewes (October 1 - June 30) | Sussex | 67 | | 39 | | 106 | 29.25 |
| Lewes (July 1 - August 31) | Sussex | 107 | | 39 | | 146 | 29.25 |
| Lewes (September 1 - September 30) | Sussex | 67 | | 39 | | 106 | 29.25 |
| Wilmington | New Castle | 90 | | 39 | | 129 | 29.25 |