# EXHIBIT L

LEGALIMAGES, LLC
ACCOUNTING OFFICE
259 WINTHROP ROAD
TEANECK, NJ 07666-3044
201 833.8288

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 01/02/'01 | '01101 |

**BILL TO**

Cleary, Gottlieb, Steen & Hamilton
Richard Ziegler, Esq.
David Herrington, Esq.
One Liberty Plaza
New York, NY 10006



| TERMS | DUE DATE | WorkDATE | PROJECT |
|---|---|---|---|
| Due on receipt | 01/02/'01 | 01/02/'01 | Honeywell v. Hamilt... |

| DESCRIPTION | AMOUNT |
|---|---|
| Initial Payment, Per Estimate in Steve Hess Letter 12/18/00<br>Amount represents 50% of estimate of initial project cost, payable to initiate work<br><br>Project to include:<br>  - Courtroom images and/or boards<br>  - Animation Sequences<br>  - Trial Director pre-trial setup and operation in court | 36,250.00 |

EIN #22-3363154
Thank you!

**Total**  $36,250.00

**LEGALIMAGES, LLC**
ACCOUNTING OFFICE
259 WINTHROP ROAD
TEANECK, NJ 07666-3044
201.833.8288

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 02/28/'01 | 2K1-113 |

### BILL TO
Cleary, Gottlieb, Steen & Hamilton
Richard Ziegler, Esq.
David Herrington, Esq.
One Liberty Plaza
New York, NY 10006



| TERMS | DUE DATE | WorkDATE | PROJECT |
|---|---|---|---|
| Due on receipt | 02/28/'01 | 02/16/'01 | Honeywell v. Hamilt... |

| DESCRIPTION | AMOUNT |
|---|---|
| Graphic Design of exhibits and demonstratives for Boards & Trial Director<br>Project included:<br>- Creation of 74 original chart designs & 26 major re-designs per attorney instructions<br>- Produce charts in JPEG form for display on Trial Director<br>- Manufacture one timeline on 4'x8' courtroom board, sent by courier to Wilmington<br>- Most designs created on RUSH basis to meet submission deadlines | 32,400.00 |
| Computer Animation:<br>- 5 segments of animation created in consultation with attorneys and experts<br>- 4-minutes 30-sec of animation produced (double the time of original estimate)<br>- $180 per second of finished animation<br>- Proofs and samples on video tape and CD-ROM<br>- Final files prepared on VHS tapes & in suitable format to play from Trial Director | 48,600.00 |
| Trial Director Consulting, including pre-trial and in-trial (2 consultant-operators)<br>- 254.25 hours @ $200 | 50,850.00 |
| Video Digitization/Synchronization 68 hours | 15,300.00 |
| Document Imaging — 73,389 pages | 13,943.91 |
| Computers: Trial Laptop and War Room Desktop | 1,220.00 |
| Smart Boards (2) for Courtroom and War Room | 3,560.00 |
| Video Projectors (2) for Courtroom and War Room | 2,380.00 |
| Parking, Meals, Incidentals and Shipping | 1,149.65 |
| Previous Payment to LegalImages | -36,250.00 |

EIN #22-3363154
Thank you!

**Total**    $133,153.56