# EXHIBIT M

Case 1:99-cv-00309-GMS    Document 441-14    Filed 07/21/2008    Page 1 of 2



**CHICAGO WINTER COMPANY**

1 NORTH LASALLE STREET S-3210
CHICAGO, IL 60602
312.223.1300   312.223.9608 (FAX)

| Lawpack Matter |
| No. HSC010085 |

# INVOICE



| Date | Invoice |
|---|---|
| 2/10/2006 | 146 |

EIN 81-0648187

Greg Stephenson
Hamilton Sundstrand Corp.
One Hamilton Road
M/S 1-1-BC18
Windsor Locks, CT 06096-1010

| Description | Ho... | Rate | Date | Amount |
|---|---|---|---|---|
| KPope-Work session with clients at BBHPS | 1.75 | 175.00 | 12/22/2005 | 306.25 |
| ECDaniels-Engine illustration | 5 | 165.00 | 1/4/2006 | 825.00 |
| KPope-Producing and illustrating exhibits | 2 | 175.00 | 1/5/2006 | 350.00 |
| KPope-3D modeling/animation | 4 | 225.00 | 1/5/2006 | 900.00 |
| KPope-Producing and illustrating exhibits | 7 | 175.00 | 1/6/2006 | 1,225.00 |
| ECDaniels-Engine illustration and chart designs | 6 | 165.00 | 1/6/2006 | 990.00 |
| KPope-3D modeling and animation | 1 | 225.00 | 1/9/2006 | 225.00 |
| KPope-Illustrating and animating demonstratives | 5.75 | 175.00 | 1/9/2006 | 1,006.25 |
| ECDaniels-Work up concept and create graphs for presentation | 6.5 | 165.00 | 1/9/2006 | 1,072.50 |
| KPope-Illustrating and animating demonstratives | 7.75 | 175.00 | 1/10/2006 | 1,356.25 |
| ECDaniels-Work up concept and create graphs for presentation | 4 | 165.00 | 1/10/2006 | 660.00 |
| KPope-Illustrating and animating demonstratives | 7.75 | 175.00 | 1/11/2006 | 1,356.25 |
| ECDaniels-Work up concept and create graphs for presentation | 6.5 | 165.00 | 1/11/2006 | 1,072.50 |
| KPope-Illustrating and animating demonstratives | 5.25 | 175.00 | 1/12/2006 | 918.75 |
| ECDaniels-Work up concept and create graphs for presentation | 1 | 165.00 | 1/12/2006 | 165.00 |
| KPope-Illustrating and animating demonstratives | 5.25 | 175.00 | 1/13/2006 | 918.75 |
| KPope-Illustrating and animating demonstratives | 7 | 175.00 | 1/16/2006 | 1,225.00 |
| DWinter-Develop graphics and animation;review w/M. Levine, C. Lind | 8.5 | 350.00 | 1/30/2006 | 2,975.00 |
| KPope-Working session w. M. Levine and C. Lind | 3 | 175.00 | 1/30/2006 | 525.00 |
| DWinter-Develop graphics and animation | 2.5 | 350.00 | 1/31/2006 | 875.00 |
| | | | | |
| Expenses | | | | |
| Taxi for KPope from BBHPS to CWC, One North LaSalle | | 5.00 | 1/30/2006 | 5.00 |

| It's been a pleasure working with you! | **Total** | $18,952.50 |
|---|---|---|