# EXHIBIT N





**Lawpack Matter No. HSC010085**

# INVOICE

| | |
|---|---|
| Date | Invoice |
| 2/22/2006 | 152 |

EIN  81-0648187

Greg Stephenson
Hamilton Sundstrand Corp.
One Hamilton Road
M/S 1-1-BC18
Windsor Locks, CT 06096-1010

| Description | Ho... | Rate | Date | Amount |
|---|---|---|---|---|
| KPope-Producing and animating exhibits | 7 | 175.00 | 2/3/2006 | 1,225.00 |
| KPope-Illustrating and producing exhibits | 6.5 | 175.00 | 2/6/2006 | 1,137.50 |
| DWinter-Develop graphics and animation | 2.5 | 350.00 | 2/6/2006 | 875.00 |
| HMaldonado-Draft and develop airbus a320 illustration | 5 | 200.00 | 2/6/2006 | 1,000.00 |
| KPope-Illustrating and producing exhibits | 3.25 | 175.00 | 2/7/2006 | 568.75 |
| KPope-3D modeling and animation for the exhibits | 2 | 225.00 | 2/7/2006 | 450.00 |
| DWinter-Develop graphics and animation | 10 | 350.00 | 2/7/2006 | 3,500.00 |
| HMaldonado-Materials review, research and draft development | 3 | 200.00 | 2/7/2006 | 600.00 |
| KPope-Illustrating and producing exhibits | 7.75 | 175.00 | 2/8/2006 | 1,356.25 |
| KPope-3D modeling and animation for the exhibits | 8.25 | 225.00 | 2/8/2006 | 1,856.25 |
| DWinter-Develop graphics and animation | 9.25 | 350.00 | 2/8/2006 | 3,237.50 |
| HMaldondado-Draft graphics development | 5 | 200.00 | 2/8/2006 | 1,000.00 |
| KPope-Producing exhibits, work group with clients | 6 | 175.00 | 2/9/2006 | 1,050.00 |
| DWinter-Develop graphics and animation; review w. M.Levine and C.Lind | 7.5 | 350.00 | 2/9/2006 | 2,625.00 |
| KPope-Illustrating and producing exhibits | 6.25 | 175.00 | 2/10/2006 | 1,093.75 |
| KPope-Illustrating and producing exhibits | 5 | 175.00 | 2/11/2006 | 875.00 |
| KPope-3D modeling and animation for the exhibits | 0.5 | 225.00 | 2/11/2006 | 112.50 |
| DWinter-Develop graphics and animation | 9 | 350.00 | 2/11/2006 | 3,150.00 |
| KPope-Illustrating and producing exhibits | 5 | 175.00 | 2/12/2006 | 875.00 |
| DWinter-Develop graphics and animation | 2.25 | 350.00 | 2/12/2006 | 787.50 |
| HMaldondao-L1011 graphic diagram illustration | 1 | 200.00 | 2/12/2006 | 200.00 |
| DWinter-Develop graphics and animation; review w/M.Levine, C.Lind | 3.75 | 350.00 | 2/13/2006 | 1,312.50 |
| ECDaniels-Revisions to demonstratives | 3 | 165.00 | 2/13/2006 | 495.00 |
| KPope-Work session w. M.Levine and C.Lind; illustrating and animating demonstratives | 7.25 | 175.00 | 2/13/2006 | 1,268.75 |
| KPope-Modelling and rendering 3d objects for exhibit | 1 | 225.00 | 2/13/2006 | 225.00 |
| DWinter-Develop graphics and animation; direct revisions to file | 0.5 | 350.00 | 2/14/2006 | 175.00 |
| ECDaniels-Revisions to demonstratives | 2 | 165.00 | 2/14/2006 | 330.00 |
| KPope-Illustrating and animating demonstratives | 6 | 175.00 | 2/14/2006 | 1,050.00 |
| KPope-Illustrating and animating demonstratives | 7.75 | 175.00 | 2/15/2006 | 1,356.25 |
| KPope-Illustrating and animating demonstratives | 4.75 | 175.00 | 2/16/2006 | 831.25 |
| Expenses | | | | |
| Taxi from CWC to home to BBHPS for KPope | | 27.00 | 2/7/2006 | 27.00 |
| Taxi for DWinter and KPope from CWC to BBHPS | | 6.00 | 2/9/2006 | 6.00 |
| Taxi for DWinter and KPope from CWC to BBHPS | | 6.00 | 2/13/2006 | 6.00 |
| Taxi for DWinter and KPope from BBHPS to CWC | | 6.00 | 2/13/2006 | 6.00 |
| Weekend parking for DWinter | | 13.00 | 2/11/2006 | 13.00 |

| It's been a pleasure working with you! | | |
|---|---|---|
| | **Total** | **$34,676.75** |