# EXHIBIT O





| Lawpack Matter No. HSC010085 |
|---|

# INVOICE

1 NORTH LASALLE STREET S-3210
CHICAGO, IL 60602
312.223.1300 312.223.9808 (FAX)

| Date | Invoice |
|---|---|
| 3/29/2006 | 162 |

EIN 81-0648187

Greg Stephenson
Hamilton Sundstrand Corp.
One Hamilton Road
M/S 1-1-BC18
Windsor Locks, CT 06096-1010

| Description | Ho... | Rate | Date | Amount |
|---|---|---|---|---|
| ECDaniels-Changes to demonstratives | 1 | 165.00 | 2/20/2006 | 165.00 |
| KPope-Illustrating and animating demonstratives | 4 | 175.00 | 2/22/2006 | 700.00 |
| KPope-Illustrating and animating demonstratives | 3.75 | 175.00 | 2/23/2006 | 656.25 |
| KPope-Illustrating and animating demonstratives | 1.75 | 175.00 | 2/24/2006 | 306.25 |
| ECDaniels-Revisions to presentation | 1.5 | 165.00 | 3/6/2006 | 247.50 |
| ECDaniels-Revisions to presentation | 1 | 165.00 | 3/8/2006 | 165.00 |
| ECDaniels-Timeline edits | 1.5 | 165.00 | 3/9/2006 | 247.50 |
| KPope-Changes and revisions to exhibit per client | 7.25 | 175.00 | 3/10/2006 | 1,268.75 |
| KPope-Illustration and changes to presentation, boards | 5.25 | 175.00 | 3/13/2006 | 918.75 |
| ECDaniels-Production on court boards | 3 | 165.00 | 3/14/2006 | 495.00 |
| KPope-Illustration and changes to presentation, boards | 7.75 | 175.00 | 3/14/2006 | 1,356.25 |
| HMaldonado-L1011 compressor (parts) illustration | 4 | 200.00 | 3/14/2006 | 800.00 |
| JPae-Build HSB demonstrative exhibit boars 3 & 4 | 5 | 165.00 | 3/14/2006 | 825.00 |
| ECDaniels-Production on court boards | 0.5 | 165.00 | 3/15/2006 | 82.50 |
| KPope-Illustration and changes to presentation, boards | 6.75 | 175.00 | 3/15/2006 | 1,181.25 |
| HMaldondao-2nd version of L1011 (parts) illustration | 4 | 200.00 | 3/15/2006 | 800.00 |
| JPae-Revise HSB demonstrative exhibit boards 3 & 4; build HSB demonstrative exhibit board 5 | 3 | 165.00 | 3/15/2006 | 495.00 |
| KPope-Illustration and changes to presentation, boards | 1.5 | 175.00 | 3/16/2006 | 262.50 |
| ECDaniels-Revisions to court boards | 1.5 | 165.00 | 3/16/2006 | 247.50 |
| KPope-Illustration and changes to presentation, boards | 6.5 | 175.00 | 3/17/2006 | 1,137.50 |
| ECDaniels-Revisions to board magnets | 1 | 165.00 | 3/17/2006 | 165.00 |
| KPope-Illustration and changes to presentation, boards | 5 | 175.00 | 3/18/2006 | 875.00 |
| KPope-Building and rendering models for presentation | 1 | 225.00 | 3/18/2006 | 225.00 |
| VBell-Travel from San Diego to Wilmington, DE for trial support | 9.5 | 200.00 | 3/19/2006 | 1,900.00 |
| VBell-On-site trial support | 6.5 | 200.00 | 3/19/2006 | 1,300.00 |
| VBell-On-site trial support | 14.25 | 200.00 | 3/20/2006 | 2,850.00 |
| KPope-Reprinting magnets and extra magnets | 1 | 175.00 | 3/20/2006 | 175.00 |
| VBell-On-site trial support | 15.25 | 200.00 | 3/21/2006 | 3,050.00 |
| KPope-Building and rendering models and images per client request | 2 | 225.00 | 3/21/2006 | 450.00 |
| VBell-On-site trial support | 19 | 200.00 | 3/22/2006 | 3,800.00 |
| VBell-On-site trial support | 20.5 | 200.00 | 3/23/2006 | 4,100.00 |
| RBhatt-Create demonstrative cd and menu for Hamilton Sundstrand submission | 8.5 | 150.00 | 3/23/2006 | 1,275.00 |
| VBell-On-site trial support | 10 | 200.00 | 3/24/2006 | 2,000.00 |
| RBhatt-Demonstrative CD and menu for Hamilton Sundstrand submission | 5.5 | 150.00 | 3/24/2006 | 825.00 |
| VBell-Travel from Wilmington, DE to Chicago, IL Expenses | 6 | 200.00 | 3/25/2006 | 1,200.00 |
| It's been a pleasure working with you! | | | **Total** | |

Page 1



| Lawpack Matter No. HSC010085 | INVOICE |

**CHICAGO WINTER COMPANY**

1 NORTH LASALLE STREET S-3210
CHICAGO, IL 60602
312.223.1300  312.223.9608 (FAX)

PAID

Date: 3/29/2006
Invoice: 162
EIN 81-0648187

Greg Stephenson
Hamilton Sundstrand Corp.
One Hamilton Road
M/S 1-1-BC18
Windsor Locks, CT 06096-1010

| Description | Ho... | Rate | Date | Amount |
|---|---|---|---|---|
| 4 4X6 boards, 2 4 x 6 magnetic boards, magnets, shipping crates, tax and shipping (P&R invoice 95727 attached) | | 8,805.85 | 3/21/2006 | 8,805.85 |
| Rolling stand and cradles for compressor exhibits (Windy City Plastics invoice 00-125 attached) | | 2,850.00 | 3/16/2006 | 2,850.00 |
| Compressor pick up and delivery (for construction) | | 115.66 | 3/8/2006 | 115.66 |
| 2nd compressor pick up and delivery to Windy City Plastics | | 97.35 | 3/10/2006 | 97.35 |
| Compressor redelivery to BBHPS for witness review | | 122.35 | 3/16/2006 | 122.35 |
| Stand with compressor in crate delivery to BBHPS | | 144.76 | 3/16/2006 | 144.76 |
| Airfare to Phil. PA for VBell | | 909.30 | 3/19/2006 | 909.30 |
| Taxi from Philadelphia Airport to Hotel DuPont in Wilmington, DE for VBell | | 60.00 | 3/19/2006 | 60.00 |
| Taxi for KPope to BBHPS for meeting | | 5.00 | 3/14/2006 | 5.00 |
| Taxi for WBeaver to and from P&R to proof boards | | 12.00 | 3/16/2006 | 12.00 |
| Working meal for VBell | | 3.15 | 3/22/2006 | 3.15 |
| Working meal for VBell | | 6.10 | 3/25/2006 | 6.10 |
| Taxi to airport for VBell | | 50.00 | 3/25/2006 | 50.00 |
| Airfare from Philadelphia, PA to Chicago, IL for VBell | | 187.30 | 3/25/2006 | 187.30 |
| Fedex of CD with Powerpoint presentation to VBell for trial prep | | 24.49 | 3/15/2006 | 24.49 |

It's been a pleasure working with you!

**Total** $49,940.81