# EXHIBIT P

Case 1:99-cv-00309-GMS    Document 441-17    Filed 07/21/2008    Page 1 of 2



**Lawpack Matter No. HSC010085**

# INVOICE

1 NORTH LASALLE STREET S-3210
CHICAGO, IL 60602
312.223.1300  312.223.9608 (FAX)

PAID

| Date | Invoice |
|---|---|
| 5/17/2006 | 185 |

EIN 81-0648187

Greg Stephenson
Hamilton Sundstrand Corp.
One Hamilton Road
M/S 1-1-BC18
Windsor Locks, CT 06096-1010

| Description | Ho... | Rate | Date | Amount |
|---|---|---|---|---|
| MThomas-Create callouts and demonstratives for closing | 4.5 | 185.00 | 5/5/2006 | 832.50 |
| KPope-Work group w client C.Lind; creation of demonstratives for closing argument | 7.25 | 175.00 | 5/5/2006 | 1,268.75 |
| KPope-On-site support at trial, edits and changes to closing argument demonstratives | 10 | 175.00 | 5/7/2006 | 1,750.00 |
| KPope-On-site support creating and editing slides for closing argument exhibits | 11.25 | 175.00 | 5/8/2006 | 1,968.75 |
| KPope-On-site support creating and editing slides for closing argument exhibits | 10 | 175.00 | 5/9/2006 | 1,750.00 |
| | | | | |
| Expenses | | | | |
| Roundtrip airfare Chicago-Philadelphia for KPope | | 423.60 | 5/5/2006 | 423.60 |
| Dinner for KPope | | 19.00 | 5/7/2006 | 19.00 |
| Taxi from Phil. airport to Hotel DuPont in Wilmington for KPope | | 84.00 | 5/8/2006 | 84.00 |
| Hotel DuPont for KPope | | 539.70 | 5/10/2006 | 539.70 |
| Change Order for flight to Chicago for KPope (N/C) | | | 5/9/2006 | |

It's been a pleasure working with you!

| **Total** | **$8,636.30** |
|---|---|