# EXHIBIT Q

Case 1:99-cv-00309-GMS    Document 441-18    Filed 07/21/2008    Page 1 of 2

APR-29-2008  14:44        AON RISK SVCS                          212 792 5270      P.01/01



| Betty Calderon/NY/ARS/US/AON 04/29/2008 01:23 PM | To | "Bascom, Diane UTCHQ" <Diane.Bascom@utc.com> |
| | cc | |
| | bcc | |
| | Subject | Re: Hamilton Sundstrand Surety Bond for Honeywell Litigation |

Diane,

Two (2) Court Bonds were executed for this case as follows:

1) Stay of Execution Bond issued May 4, 2001 in the amount of $46,578,065.00, copy attached:


015009514.pdf

Premium paid as follows:

Annual Premium for the term 5/4/01-02 ---- $69,867.00
Bond Cancelled 10/25/01- Return Prem.     ($33,327.00)

Total Premium Paid                         $36,540.00

2) Supersedeas Bond issued 10/25/01 in the amount of $46,872,530.00, copy attached:


015014553.pdf

Premium paid as follows:

Annual Premium for the term 10/25/01-02    $70,309.00
Renewal Premium for the term 10/25/02-03    70,309.00
Renewal Premium for the term 10/25/03-04    70,309.00
Bond Cancel 6/28/04-Return Prem.           (20,996.00)

Total Premium Paid                         $189,931.00

Any questions, please advise.


Aon Risk Services, Inc. of NY
199 Water Street
New York, NY 10038-3551
Phone - 212-479-3727
FAX - 212-479-4269
"Bascom, Diane UTCHQ" <Diane.Bascom@utc.com>



| "Bascom, Diane UTCHQ" <Diane.Bascom@utc.com> 04/29/2008 12:46 PM | To | "Betty Calderon" <Betty_Calderon@ars.aon.com> |
| | cc | |

TOTAL P.01