## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 21, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on July 21, 2008, the foregoing document was served by email and by hand on the above local counsel and by email and U.S. Mail on the following non-registered participants in Court:

| | |
|---|---|
| Jonathan F. Putnam | Robert Krupka |
| Lee Ann Stevenson | Kirkland & Ellis LLP |
| Vickie Reznik | 777 South Figueroa Street |
| Michael Strapp | Los Angeles, CA 90017 |
| Kirkland & Ellis LAP | |
| Citigroup Center | |
| 153 East 53rd Street | |
| New York, NY 10022-4611 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

596059v1