# EXHIBIT B

1 | Brett L. Dunkelman, No. 006740
  | David B. Rosenbaum, No. 009819
2 | OSBORN MALEDON, P.A., No. 00196000
  | 2929 North Central Avenue, Suite 2100
3 | Phoenix, Arizona 85012-2794
  | (602) 640-9000
4 | bdunkelman@omlaw.com
  | drosenbaum@omlaw.com
5 |
6 | Jonathan F. Putnam
  | Lee Ann Stevenson
7 | Vickie Reznik
  | Michael Strapp
8 | KIRKLAND & ELLIS LLP
  | 153 East 53rd Street
9 | New York, New York 10022

10 | Robert G. Krupka
   | KIRKLAND & ELLIS LLP
11 | 777 South Figueroa Street
   | Los Angeles, California 90017
12 |
13 | Attorneys for Defendant Honeywell International Inc.

14 |                    **UNITED STATES DISTRICT COURT**
15 |                         **DISTRICT OF ARIZONA**

16 |
17 | HAMILTON SUNDSTRAND CORP.,     ) Case No.: CIV 01-0901 PHX SMM
                                    )
18 |              Plaintiff,         )
                                    ) **DEFENDANT HONEYWELL'S**
19 |       v.                       ) **LOCAL RULE 54.1 MEMORANDUM**
                                    ) **OF COSTS AND NECESSARY**
20 | HONEYWELL INTERNATIONAL INC.,  ) **DISBURSEMENTS**
                                    )
21 |              Defendant.         )
                                    )
22 |

23 |       Pursuant to Local Rule 54.1(a), Honeywell International Inc., Defendant in the above-
24 | captioned lawsuit, submits this memorandum of costs and necessary disbursements incurred in
25 | this lawsuit:

26 | 5/31/02  TrialGraphix, creation of demonstrative exhibits for              1,092.20
27 |          summary judgment hearing on 6/3/02

28 |

| | | |
|---|---|---|
| 1  | 6/12/02  Gary Moll, U.S. Court Reporter, copy of 6/3/02 summary judgment hearing transcript | 48.00 |
| 2  | | |
| 3  | 11/20/02  Sandy's Reporting Service, transcript of deposition of Diane Sucharski on 11/14/02 | 482.50 |
| 4  | | |
| 5  | 12/11/02  Esquire Deposition Services, videotape of deposition of Leland Weber on 11/25/02 | 1,131.50 |
| 6  | 12/11/02  Esquire Deposition Services, videotape of deposition of Thomas Latos on 11/26/02 | 1,131.50 |
| 7  | | |
| 8  | 12/18/02  Spherion, transcript and videotape of deposition of Richard Stokes on 12/3/02 | 1,152.87 |
| 9  | | |
| 10 | 12/20/02  Spherion, transcript and videotape of deposition of Harold Riley on 12/4/02 | 768.55 |
| 11 | | |
| 12 | 12/20/02  Esquire Deposition Services, videotape of deposition of Malcolm McArthur on 12/06/02 | 1,015.00 |
| 13 | 12/27/02  Spherion, transcript of deposition of Rocco Divito on 12/10/02 | 1,704.60 |
| 14 | | |
| 15 | 12/27/02  Spherion, transcript of deposition of Christian Anghel on 12/11/02 | 1,093.15 |
| 16 | | |
| 17 | 1/03/03  Esquire Deposition Services, videotape of deposition of Ken Carr on 12/18/02 | 1,193.50 |
| 18 | | |
| 19 | 1/30/03  Esquire Deposition Services, transcript of deposition of Albert Markunas on 1/10/03 | 2,074.95 |
| 20 | 2/06/03  Esquire Deposition Services, videotape of deposition of Albert Markunas on 1/10/03 | 915.00 |
| 21 | | |
| 22 | 2/12/03  Spherion, transcript of deposition of Daniel Stambaugh on 1/22/03 | 1,361.50 |
| 23 | | |
| 24 | 2/12/03  Spherion, transcript of deposition of Shauna Barkley on 1/22/03 | 1,135.85 |
| 25 | | |
| 26 | 5/19/03  Spherion, transcript and videotape of deposition of Robert Wahl on 4/30/03 | 1,118.65 |
| 27 | 5/19/03  Spherion, transcript and videotape of deposition of Larry Smalley on 5/1/03 | 1,988.70 |
| 28 | | |

| # | Date | Description | Amount |
|---|---|---|---|
| 1, 2 | 5/20/03 | Spherion, transcript and videotape of deposition of Larry Smalley on 5/2/03 | 701.95 |
| 3, 4 | 6/02/03 | Esquire Deposition Services, transcript of deposition of Colin Rodgers on 5/14/03 | 1,045.30 |
| 5 | 6/02/03 | Spherion, transcript and videotape of deposition of John Arenare on 5/21/03 | 2,280.10 |
| 6, 7 | 6/02/03 | Spherion, transcript and videotape of deposition of Raymond McGinley on 5/22/03 | 2,081.20 |
| 8, 9 | 6/07/03 | Esquire Deposition Services, videotape of deposition of Colin Rodgers on 5/14/03 | 440.00 |
| 10, 11 | 6/13/03 | Esquire Deposition Services, transcripts of depositions of John Diemer and Jeffrey Nelson on 5/29/03 | 3,213.00 |
| 12 | 6/13/03 | The Boeing Company, document production responsive to subpoena | 851.44 |
| 13, 14 | 6/17/03 | Esquire Deposition Services, videotape of deposition of Gregory Rozman on 5/16/03 | 575.00 |
| 15, 16 | 6/18/03 | Esquire Deposition Services, videotape of depositions of Jeffrey Nelson and John Diemer on 5/29/03 | 1,159.00 |
| 17, 18 | 6/26/03 | Esquire Deposition Services, videotape of deposition of James Shippling on 5/15/03 | 580.00 |
| 19 | 6/26/03 | Esquire Deposition Services, transcript of deposition of James Shippling on 5/15/03 | 1,154.80 |
| 20, 21 | 6/27/03 | Esquire Deposition Services, transcript of deposition of Gregory Rozman on 5/16/03 | 1,016.20 |
| 22, 23 | 8/12/03 | Esquire Deposition Services, videotape of deposition of Don Baker on 5/09/03 | 645.00 |
| 24, 25 | 8/22/03 | Esquire Deposition Services, videotape of deposition of Mark Bakken on 7/30/03 | 1,114.50 |
| 26 | 9/10/03 | Esquire Deposition Services, transcript of deposition of Mark Bakken on 7/30/03 | 2,248.55 |
| 27, 28 | 10/17/03 | Spherion, transcript of deposition of Richard Cotter on 10/2/03 | 341.85 |

3

| | | |
|---|---|---|
| 11/26/03 | Spherion, transcript and videotape of deposition of Gerard Muller on 11/11/03 | 2,878.38 |
| 12/31/03 | Esquire Deposition Services, videotape and transcript of deposition of David Taylor on 11/20/03 | 2,992.60 |
| 1/08/04 | Esquire Deposition Services, transcript of deposition of Harry Steck on 11/13/03 | 2,150.60 |
| 4/09/04 | Esquire Deposition Services, transcript of deposition of Brian Roy on 3/29/04 | 981.10 |
| 4/09/04 | Esquire Deposition Services, videotape of deposition of Brian Roy on 3/29/04 | 485.00 |
| 4/22/04 | Esquire Deposition Services, videotape of deposition of Joel Parker on 4/8/04 | 685.00 |
| 4/25/04 | Spherion, transcript of deposition of John Irwin on 3/31/04 | 736.15 |
| 5/19/04 | Esquire Deposition Services, transcript of deposition of Joel Parker on 4/8/04 | 1,712.88 |
| 5/19/04 | Spherion, transcript of deposition of Kevin Fernandez on 04/06/04 | 699.00 |
| 7/08/04 | Esquire Deposition Services, transcript of deposition of Harry Steck on 6/9/04 | 427.40 |
| 7/09/04 | Spherion, transcript of deposition of Jerry Holden on 6/18/04 | 751.10 |
| 7/15/04 | Esquire Deposition Services, videotape of deposition of Harry Steck on 6/9/04 | 502.00 |
| 7/15/04 | FTI Consulting Inc., demonstrative exhibits for Markman Hearing | 11,225.00 |
| 7/19/04 | The TASA Group, Markman Hearing travel expenses for testifying witness, Gerard Muller | 1,354.97 |
| 8/09/04 | Esquire Deposition Services, videotape of deposition of Ray Sims on 7/20/04 | 575.00 |
| 8/09/04 | Esquire Deposition Services, transcript of deposition of Ray Sims on 7/20/04 | 1,149.20 |

| Date | Description | Amount |
|---|---|---|
| 8/16/04 | Gary Moll, U.S. Court Reporter, copy of 7/15/04 - 7/16/04 Markman hearing transcript | 766.88 |
| 8/17/04 | Spherion, transcript of deposition of Gerard Muller on 8/12/04 | 1,033.90 |
| 8/18/04 | Spherion, videotape of deposition of Jerry Holden on 6/18/04 | 110.00 |
| 8/26/04 | Spherion, videotape of deposition of Gerard Muller on 8/12/04 | 128.00 |
| 9/17/04 | Spherion, transcript of deposition of Gerald Keeler on 9/9/2004 | 2,150.50 |
| 9/30/04 | Spherion, videotape of deposition of Gerald Keeler on 9/9/04 | 182.00 |
| 10/18/04 | FTI Consulting Inc., deposition travel expenses for deponent, Gerald Keeler | 1,675.04 |
| 10/21/04 | Skyline Duplication Corp., summary judgment exhibits | 415.71 |

**TOTAL:** $74,623.32

Pursuant to LRCiv 54.1(a), where available, documentation of these costs is attached hereto as Exhibit A.

5

RESPECTFULLY SUBMITTED this 14th day of October, 2005

By: s/ Brett L. Dunkelman
Brett L. Dunkelman, No. 006740
David B. Rosenbaum, No. 009819
OSBORN MALEDON, P.A.
2929 North Central Avenue,
Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Jonathan F. Putnam
Lee Ann Stevenson
Vickie Reznik
Michael Strapp
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022

Robert G. Krupka
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Honeywell International Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Don Bivens
MEYER HENDRICKS & BIVENS, PA
Phoenix Corporate Center
3003 North Central Ave., Suite 1200
Phoenix, AZ 85012-2915

Mark E. Ferguson
Mark L. Levine
Chris J. Lind
Brian Swanson
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, Illinois 60610

s/ Ann E. Blacketer